**PLEASE RETURN FOR FILING**

# IMMEDIATELY

**APPEARANCE**

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**NO.** 15-3160

Keith D. Nelson, Appellant,

**vs.**

United States of America, Appellees.

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Keith D. Nelson, Appellant.


s/ Paula K. Harms
ATTORNEY NAME

Office of the Federal Public Defender, Dist. of AZ
FIRM NAME

602-382-2816
OFFICE PHONE NUMBER

850 W. Adams Street, Ste 201
STREET or P.O. BOX

602-889-3960
FACSIMILE NUMBER

Phoenix, Arizona 85007
CITY, STATE, ZIP

Paula_Harms@fd.org
E-MAIL ADDRESS


## CERTIFICATE OF SERVICE

☑ I hereby certify that on September 29, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

______________________________

______________________________.

s/ Robin Stoltze