PLEASE RETURN FOR FILING

# IMMEDIATELY

APPEARANCE

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**NO.** 15-3160

Keith Nelson, Appellant

**vs.**

United States of America, Appellee

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Appellant, Keith Nelson

**s/** David A. Ruhnke
**ATTORNEY NAME**

Ruhnke & Barrett
**FIRM NAME**

47 Park Street
**STREET or P.O. BOX**

Montclair, NJ 07042
**CITY, STATE, ZIP**

973-744-1000
**OFFICE PHONE NUMBER**

973-746-1490
**FACSIMILE NUMBER**

dr@ruhnkeandbarrett.com
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 09/29/2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

s/ David A. Ruhnke