IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Keith Nelson,<br><br>Appellant,<br><br>v.<br><br>United States of America,<br><br>Appellees. | No. 15-3160<br><br>Civil No. 4:04-8005-cv-W (FJG)<br><br>**CONSENT MOTION FOR EXTENSION OF TIME TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY**<br><br>**<u>Death-Penalty Case</u>** |

Nelson, by and through counsel, respectfully requests an extension of 45 days, up to and including November 25, 2015, in which to file his Application for Certificate of Appealability (hereinafter "COA"). Counsel for the government consents to the requested extension.

**REASONS FOR REQUESTED EXTENSION OF TIME**

Nelson's application is currently due October 12, 2015. Because the case is a capital one, the record is extensive, especially given that a four-day evidentiary hearing, including complex expert testimony, was held in the district court. In addition, there were voluminous exhibits submitted to the district court in advance of the hearing which the district court stated it would consider in reaching its decision. In addition, because no COA was granted by the district court, Nelson must thoroughly argue the law and facts in this motion to ensure that some kind of

appellate review of the death sentence can be secured. Good cause exists for the requested extension of time.

Co-counsel for Nelson, David A. Ruhnke, has several pre-existing obligations in other cases – capital and non-capital – that make it almost impossible for counsel to meet the current deadline. On October 5, 2015 Mr. Ruhnke is filing pre-trial motions in an authorized federal capital case, *United States v. Con-Ui*, 13-cr-00123 (ARC) (MDPA). The case involves the murder of a federal correctional officer at USP/Canaan and is scheduled to begin trial in the summer of 2016. From October 7-11, Mr. Ruhnke will be in Phoenix, Arizona for a long-scheduled defense team meeting in that same case. From October 23-25, Mr. Ruhnke will be traveling to and from Florence, Colorado to meet with the client in the same case at the Admax facility. From October 29-31, Mr. Ruhnke will be attending, and serving as a faculty member, at a seminar sponsored by the Office of Defender Services that is billed as a strategy session for attorneys around the country who are handling federal capital cases. In addition to these major time commitments, Mr. Ruhnke has ongoing responsibilities to private clients and to those he represents from the CJA panels in the Southern and Eastern Districts of New York and the District of New Jersey. These responsibilities run the gamut from scheduled sentencings, ongoing client contact, preparation and filing of pretrial motions, and routine court appearances such as status conferences.

Co-counsel for Nelson, Paula Harms, has several other conflicting deadlines in other capital cases that make filing a competent motion in the two-week time frame problematic. On September 29, counsel filed a Response to a Motion for 59(e) relief in another capital case in which relief was granted after a hearing. Counsel is scheduled to be out of the office on that case on October 8-9 and October 13. Counsel has a motion due in the Ninth Court of Appeals on another capital habeas case on October 14. Counsel has a stay and abeyance motion and motion to supplement claims due in another capital habeas case on October 20. Counsel has a Reply brief due in another capital habeas case on October 21 and has no co-counsel in this matter. Counsel has a response to a summary judgment motion and motion to strike due in Utah state court in another capital post-conviction case on November 9. Oral argument is being held on that same case on November 18, requiring out of state travel.

WHEREFORE, for the reasons herein stated, and with the consent of the United States, Nelson prays that the Court grant his motion for extension of time up to and including November 25, 2015.

Respectfully submitted this 2nd day of October, 2015.


Jon M. Sands
Federal Public Defender

By */s/ Paula Harms*
Paula K. Harms (Arizona Bar No. 022489)
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone (602) 382-2816
Facsimile (602) 889-3960
Paula_Harms@fd.org

Ruhnke & Barrett

By: */s/ David A. Ruhnke*
David A. Ruhnke
47 Park Street
Montclair, New Jersey 07042
Telephone (973)744-1000
Facsimile (973)746-1490
dr@ruhnkeandbarrett.com

## Certificate of Service

I hereby certify that on October 2, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/Robin Stoltze
Legal Assistant
Capital Habeas Unit



Appellate Case: 15-3160 Page: 5 Date Filed: 10/02/2015 Entry ID: 4322585