IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Keith Nelson,

Appellant,

v.

United States of America,

Appellees.

No. 15-3160

Civil No. 4:04-8005-cv-W (FJG)

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY**

**Death-Penalty Case**

---

Nelson, by and through counsel, respectfully requests an extension of 30 days, up to and including February 28, 2016, in which to file his Application for Certificate of Appealability (hereinafter "COA"). Counsel for the government consents to the requested extension.

**REASONS FOR REQUESTED EXTENSION OF TIME**

Nelson's application is currently due January 25, 2015. Because the case is a capital one, the record is extensive, especially given that a four-day evidentiary hearing, including complex expert testimony, was held in the district court. In addition, there were voluminous exhibits submitted to the district court in advance of the hearing which the district court stated it would consider in reaching its decision. In addition, because no COA was granted by the district court, Nelson must thoroughly argue the law and facts in this motion to ensure that some kind of

Appellate Case: 15-3160 Page: 1 Date Filed: 01/20/2016 Entry ID: 4357739

appellate review of the death sentence can be secured. Good cause exists for the requested extension of time.

Lead counsel David A. Ruhnke has the following pre-existing major time commitments over the next 45 days, but believes he will have the time – with the assistance of co-counsel – to contribute to the finalization of the COA motion:

- On January 21, Mr. Ruhnke is scheduled to be in court all day for the argument of pre-trial motions in a non-capital RICO multi-defendant murder case venued in the District of New Jersey, United States v. Reyes-Villatoro, et als., 13-cr-00615(SRC);
- On January 22 and 23, he is scheduled to travel to and from Birmingham, Alabama to teach at a CLE program focusing on the cross-examination of expert mental-health witnesses in a capital trial;
- On January 25, he is scheduled to be in an all-day team meeting of a potential federal capital case in the Southern District of New York;
- From January 27-29, he is travelling to and from Denver to meet with a client in an authorized federal capital case who is housed at the federal "supermax" Administrative Maximum facility at the Florence Correctional Complex in Florence, Colorado;



Appellate Case: 15-3160 Page: 2 Date Filed: 01/20/2016 Entry ID: 4357739

- From February 3-6, he is travelling to and from Phoenix for a multi-day team meeting in connection with the case mentioned in the preceding paragraph;
- On February 9, trial of the DNJ RICO case described above commences and is expected to proceed on a 5-day per week trial basis for the next 60 days.

WHEREFORE, for the reasons herein stated, and with the consent of the United States, Nelson prays that the Court grant his motion for extension of time up to and including February 28, 2016.

Respectfully submitted this 20th day of January, 2016.

Jon M. Sands
Federal Public Defender

By *<u>/s/ Paula Harms</u>*
Paula K. Harms (Arizona Bar No. 022489)
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone (602) 382-2816
Facsimile (602) 889-3960
Paula_Harms@fd.org

Ruhnke & Barrett

By: *<u>/s/ David A. Ruhnke</u>*
David A. Ruhnke
47 Park Street
Montclair, New Jersey 07042
Telephone (973)744-1000
Facsimile (973)746-1490
dr@ruhnkeandbarrett.com

**Certificate of Service**

I hereby certify that on January 20, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/Chelsea Pitman
Legal Assistant
Capital Habeas Unit



Appellate Case: 15-3160 Page: 4 Date Filed: 01/20/2016 Entry ID: 4357739