No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 14D**

---


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 14
# Part D

Pappadeaux Seafood Kitchen
Ft. Worth Texas

Waiter: KELVIN B.    September 6, 2001
Ticket #: 374    Table #: 503

| | |
|---|---|
| SHINER BOCK DRAFT | ~~3.75~~ |
| GREEK SALAD FOR 1 | 5.95 |
| CEDAR PLANK SALMON | 20.95 |
| Subtotal: | 30.65 |
| 7.25 % tax Tax: | + 2.22 |
| Total Bill: | 32.87 |
| | $28.85 |

COME ON IN FOR ALL YOU CAN EAT LOBSTER NIGHT! IT'S A STEAL AT $29.95 PER PERSON! HURRY IN!

BASE AMOUNT $32.87

TIP AMOUNT ______

TOTAL

Thank you! ☺ $32.87

X Patrick J. Berrigan

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

TOP COPY-MERCHANT    BOTTOM COPY-CUSTOMER

X______________________

COTTONDALE GROCERY    615700
HWY 2123    88600
PARADISE TX 76073

Cash Purchase Receipt

Receipt Date: THU SEP.06 10:13A 2001

Items Purchased :

| GALS | PRICE | TYPE | | FUEL TOTAL |
|---|---|---|---|---|
| 13.708 | 1.459 | UNL1 | | 20.00 |
| HOSE | | SVCE | CASH | TOTAL 20.00 |

A7
LUCILE'S LLC
FORT WORTH
00090321159591
APPROVAL CODE 02
015689

SEP 05, 01
PATRICK J BERRIGAN
5490953161&9726 03/11
M.C.
SALE 0038
ROC # TERMINAL #
817979 50005259

FOOD AND BEVERAGE

BASE AMOUNT $30.52

TIP AMOUNT ______

TOTAL $30.52

AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

Lunch 9/5/01

| | | |
|---|---|---|
| ADULT BUFFET | X1 | $3.99 |
| ADULT BUFFET | X1 | $3.99 |
| ADULT DRINK | X1 | $1.09 |
| ADULT DRINK | X1 | $1.09 |
| TAX1 AMT | | $0.84 |
| TOTAL | | $11.00 |
| CASH | | $11.00 |
| CLERK 1 | | NO.233861 |
| TIME 13:12 | | 0000 |

IHOP #1394
2015 S. Cherry Ln.
Fort Worth, TX 76108
(817) 246-5401

LUCILE'S

| Check no | Tab | Cov | Ser | Time | Date |
|---|---|---|---|---|---|
| 50577/1 | 42 | 2 | 38 | 21:02 | 09/05/01 |

| | | |
|---|---|---|
| 1 | DINNER RAINBOW TROUT | 15.95 |
| | Food Sub-Total | 15.95 |
| 1 | IRISH COFFEE | 6.25 |
| 2 | KILLIANS RED | ~~7.00~~ |
| | Bar Sub-Total | 13.25 |
| | Sub Total | 29.20 |
| | *** Tax *** | 1.32 |
| | Total | 30.52 |

Thank You
STEPHEN

23.20

THANK YOU
GIFT CERTIFICATES AVAILABLE

Pat Berringan

Central Res #:0R61DP71
Confirmation#: 197590
Arrival: 09/04/01
Departure: 09/05/01

Room: 201
Cashier:
Page: 1
Departure Time: 00:56

I N V O I C E N O.

Radisson Hotel & Suites Dallas, 09

Make your next reservation via the WWW at - http://www.radisson.com

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 09/04 | Room Charge | 201 | 89.00 | |
| 09/04 | Tax - City 9% | | 8.01 | |
| 09/04 | Tax - State 6% | | 5.34 | |

Total 102.35

Balance 102.35 $

Try EXPRESS CHECKOUT - If all of the charges are correct, you may keep this statement as your FINAL BILL and use our video checkout and leave your room key in the room.

Thank you for choosing Radisson Hotel & Suites Dallas.

Radisson Hotel & Suites
2330 W. Northwest Highway • Dallas, Texas 75220
Telephone: 1-214-351-4477 • Fax: 1-214-351-4499

Radisson®

KCI AIRPORT
PARKING
84X

Rcpt#150417
09/07/01 15:19 L# 4 A# 49 Txn#210262
09/04/01 08:42 In 09/07/01 15:19 Out
CASH PAID $ 16.00-
THANK YOU

---

JOE'S CRAB SHACK STEMMONS
10250 East Tech. Blvd.
Dallas, Tx 75220
214 654 0707

Server: 8 BAR 2 DOB: 09/04/01
09:07 PM 09/04/2001
T3/2 5/38

M/C 03666404
Card #5490997531618972б Exp:1103
Magnetic card present: berriganpatrick j
Approval: 015658

Amount: 30.79
+ Tip: $6.— cash
= Total: 36.79

X $30.79 ON credit card

>>>JOE SEZ<<<
CHECK OUT OUR COOL
TYE- DYE SHIRTS!!!
LOTS OF COOL STUFF
FOR DIRT CHEAP!!!

Thanks! Come again.

---

* Radisson Hotel & Suites *
****************************

78 CHRIS 1

TBL 18/1 CHK 1453 GST 2
SEP04'01 1:48PM

| | |
|---|---|
| 1 [illegible] BURGER | 7.95 |
| 1 [illegible] CHIX QUESAD | 7.95 |
| 1 Soft Drinks | 1.95 |
| 1 Tea/Coffee | 1.95 |
| FOOD | 19.80 |
| Tax | 1.63 |
| Total Due | 21.43 |

TIP $5.— cash

TOTAL $26.43

PRINT NAME ROOM #

$21.43 charged to C.C.
(SIGNATURE)

Thank you and have a great day!!

P17-0078

** WELCOME TO OUR **
KMART STORE 9345

| | | |
|---|---|---|
| 66402065002 | BH SHIRT | 11.99 T |
| 66402063002 | BH SHIRT | 11.99 T |
| 78688903700 | MENS SOCKS | 4.99 T |
| 78688903700 | MENS SOCKS | 4.99 T |
| 04823766056 | MEN'S SHIRT | 14.99 T |
| 04823766056 | MEN'S SHIRT | 14.99 T |
| 72430324807 | MENS BELTS | 7.00 T |
| **** TAX | 4.79 BAL | 75.73 |

XXXXXXXXXXXX9726 EXP 1103
VISA/MC APPROVAL 035520

VF VISA/MC 75.73
CHANGE .00

RECEIPT# 09345 102601 003 71197

10/26/01 12:35 PM 9345 03 7119 0173

************************************
TAKE A CHANCE TO WIN
CALL 1-800-799-2535, ENTER CODE 09345
SEE SERVICE DESK FOR COMPLETE RULES
************************************

** GET SPECIAL DEALS VIA EMAIL!!! **
** REGISTER AT WWW.BLUELIGHT.COM **

** WELCOME TO OUR **
KMART STORE 9345

| | | |
|---|---|---|
| 71516807250 | MENS SLACKS | 21.99 T |
| 71516807254 | MENS SLACKS | 21.99 T |
| **** TAX | 2.97 BAL | 46.95 |

XXXXXXXXXXXX9726 EXP 1103
VISA/MC APPROVAL 025232

VF VISA/MC * 46.95
CHANGE .00

RECEIPT# 09345 102601 008 42593

10/26/01 2:22 PM 9345 08 4259 0131

** GET SPECIAL DEALS VIA EMAIL!!! **
** REGISTER AT WWW.BLUELIGHT.COM **

Please Retain Receipt

BRANDS YOU WANT -
SAVINGS YOU DESERVE
>>> THANKS FOR SHOPPING GORDMANS <<<
VISIT OUR WEB SITE WWW.GORDMANS.COM
816-454-5900 10-26-01 S00048 R001

GUEST RECEIPT COPY

| | |
|---|---|
| SWEATERS/BT | 29.99 |
| 674283 | |
| SWEATERS/BT | 24.99 |
| 674911 | |
| SUB TOTAL | 54.98 |
| SALES TAX | 3.70 |
| TOTAL | 58.68 |
| AMOUNT TENDERED | |
| CREDIT CARD | 58.68 |
| CARD #: | 5490995316189726 |
| EXP DATE | 1103 |
| AMOUNT | 58.68 |
| AUTH CODE | 055826 |
| TOTAL PAYMENT | 58.68 |

WITH RECEIPT WE OFFER A FULL REFUND,
EXCHANGE, OR CHARGE CREDIT WITHIN 90
DAYS OF ORIGINAL PURCHASE DATE ON
UNUSED ITEMS.
#22311 10-26-01 01:04P ADL

Please Retain Receipt

** WELCOME TO OUR **
KMART STORE 9345

| | | |
|---|---|---|
| 41609536420 | STEP-IN | 9.99 T |
| **** TAX | .67 BAL | 10.66 |
| CASH | | 20.16 |
| CHANGE | | 9.50 |

RECEIPT# 09345 102801 008 46113

10/28/01 4:25 PM 9345 08 4611 0307

************************************
TAKE A CHANCE TO WIN
CALL 1-800-799-2535, ENTER CODE 09345
SEE SERVICE DESK FOR COMPLETE RULES
************************************

** GET SPECIAL DEALS VIA EMAIL!!! **
** REGISTER AT WWW.BLUELIGHT.COM **

disallowed —
clothes for defendant

P17-0080

**Sir Speedy DIGITAL**
PRINTING • COPYING • GRAPHIC DESIGN
1200 Grand Blvd., Suite 100 • Kansas City, MO 64106
Phone: 816-421-7137 • Fax: 816-421-4329
Email: graphix1@swbell.net • www.sirspeedy.com/kansascity

**Invo**
**No.** 7

**Date** 11/12/2001
**Cust. No.** 557
**P.O. No.**

Richard
Watson & Dameron, LLP
2500 Holmes Street
Kansas City MO 64108
816-474-3350
816-221-1636

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 15 | Color Copies, 8.5 x 11 White 28# Microprint Color Copy Paper, copied on 1 side | 15.85 |

Pd Cash

Sales Rep: IH
Taken by: Dana
Account Type: Charge

Ship Via
Wanted: Mon 11/12

We appreciate the opportunity to be of service.
Please pay from this invoice.
Terms: Net 30 days.

Check #______ Cash ☐
CR Card______ Chg. to Acct. ☐

X______________
Approved by/Date

| | |
|---|---|
| **Subtotal** | 15.85 |
| **Tax** | 1.05 |
| **Shipping** | 0.00 |
| **TOTAL** | 16.90 |
| **Amount Due** | 16.90 |

Thank You For Your Business

*Count on Sir Speedy for all your printing, copying and digital reproduction needs!*

CERTIFIED 100% DIGITAL

*We have solutions for virtually any budget or deadline ...call us today!*

TERMS: Net 30 days on all approved accounts. All other invoices due upon receipt.

WOLF CAMERA #1551 (816)-531-8155
Old Westport S/C

1551 1H 6778 11/24/2001 58253

844 RITZ 1 HOUR PROCESS 13.99
5616

SUBTOTAL 13.99
TAXABLE 13.99
TAX .92
TOTAL 14.91

TENDERED CASH 15.01

CHANGE AMOUNT .10
ASSOCIATE: VIRGINIA

This receipt must be with all returns & warranty repair requests. Mdse must be new, in original packaging with unopened software. All digital, video & cellular units must be returned within 10 days. All others must be returned within 30 days. Cash refunds over $50 paid by check.

THANK YOU

* * * CUSTOMER COPY * * *

Nelson

BIG K mart

** WELCOME TO OUR **
** KMART STORE 9647 **

07410120184 DISPLAY 5.99 T
07410120184 DISPLAY 5.99 T
**** TAX .83 BAL 12.81
Cash 13.01
CHANGE .20
TOTAL NUMBER OF ITEMS SOLD = 2

RECEIPT# 09647 112301 011 65025

11/23/01 3:05 PM 9647 11 6502 0088

** GET SPECIAL DEALS VIA EMAIL!!! **
** REGISTER AT WWW.BLUELIGHT.COM **

Kinko's (816) 960-2030
612 W. 47th St.
Kansas City, MO 64112

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 21 FS COLOR S/S LTR, LGL | | | |
| 1.49 | 0.00 | 1.49 | 31.29 |

SUB 31.29 TX 2.22 TOT 33.51
CASH 40.00
CHG 6.49
CUSTOMER ID BERRIGAN, PATRICK

CW 8 TR 216452 RG 2A 11/25/01 09:37
Visit us @ http://www.kinkos.com

P17-0082

O'DOWD'S LITTLE DUBLIN
4742 Pennsylvania
816-561-2700

**Table #70**

Trans#: 127435 Serv: DON N.
11/27/2001 7:34:55 PM # Cust:6

| Quan | Descript | Cost |
|---|---|---|
| 1 | PUB SKINS | $6.95 |
| 3 | FISH & CHIPS | $23.85 |
| 1 | SHEPHERD'S PIE | $8.95 |
| 1 | COORS LT. | $2.99 |
| 1 | KALIBER | $3.45 |
| 2 | BEEFEATER'S | $8.73 |
| 2 | BACARDI LIMON | $8.73 |
| 1 | BAILEY'S & COFFEE | $5.05 |
| 4 | HARP 20 OZ | $17.46 |

Net Total: $86.14
TAX 1 $7.62

**TOTAL : $93.76**

Food: $39.75
Liquor: $46.39

LIVE MUSIC EVERY SATURDAY
DECEMBER 15:
JAKOB'S WELL
NEW YEARS EVE:
THULIUM

Disallowed

Appellate Case: 15-3160 Page: 10 Date Filed: 02/29/2016 Entry ID: 4372451

P17-0083

**Sir Speedy**
**DIGITAL**
PRINTING • COPYING • GRAPHIC DESIGN
1200 Grand Blvd., Suite 100 • Kansas City, MO 64106
Phone: 816-421-7137 • Fax: 816-421-4329
Email: graphix1@swbell.net • www.sirspeedy.com/kansascity

# Invoice
**No.** 7358

**Date** 12/28/2001
**Cust. No.** 557
**P.O. No.**

~~Richard~~ Casey
Watson & Dameron, LLP
2500 Holmes Street
Kansas City MO 64108
816-474-3350
816-221-1636

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 18 | Color Copies, 8.5 x 11 White 28# Microprint Color Copy Paper, copied on 1 side | 18.82 |
| | Pd ck# 10205 | |

Sales Rep: IH
Taken by: Dana
Account Type: Charge

Ship Via:
Wanted: Mon 12/31

We appreciate the opportunity to be of service.
Please pay from this invoice.
Terms: Net 30 days.

Thank You For Your Business

Check # 10205 Cash ☐
CR Card ______ Chg. to Acct. ☐

X ______________________
Approved by/Date

| | |
|---|---|
| **Subtotal** | 18.82 |
| **Tax** | 1.24 |
| **Shipping** | 0.00 |
| **TOTAL** | 20.06 |
| **Amount Due** | 20.06 |

*Count on Sir Speedy for all your printing, copying and digital reproduction needs!*

CERTIFIED 100% DIGITAL

*We have solutions for virtually **any** budget or deadline ...call us today!*

TERMS: Net 30 days on all approved accounts. All other invoices due upon receipt.

Keith Nelson Collect Calls

Long Distance Calls

• Operator-Assisted Calls

EVERCOM SYSTEMS INC.

| | Date | Time | Place And Number Called | Type Rate | Min | Amount |
|---|---|---|---|---|---|---|
| 1. | Nov 07 | 11:55A | To KANSASCITY MO 816 474-3350<br>Fr PLATTECITY MO 816 431-2685 | Colct Day | 3.0 | 4.20 |
| 2. | Nov 07 | 11:59A | To KANSASCITY MO 816 474-3350<br>Fr PLATTECITY MO 816 431-2685 | Colct Day | 15.0 | 9.00 |
| 3. | Nov 08 | 10:49A | To KANSASCITY MO 816 474-3350<br>Fr PLATTECITY MO 816 431-2685 | Colct Day | 10.0 | 7.00 |
| 4. | Nov 16 | 11:12A | To KANSASCITY MO 816 474-3350<br>Fr PLATTECITY MO 816 431-2685 | Colct Day | 2.0 | 3.80 |
| 5. | Dec 11 | 3:00P | To KANSASCITY MO 816 474-3350<br>Fr PLATTECITY MO 816 431-2685 | Colct Day | 6.0 | 5.40 |

EVERCOM SYSTEMS, INC.

| | Date | Time | Place And Number Called | Type Rate | Min | Amount |
|---|---|---|---|---|---|---|
| 6. | Oct 15 | 12:57P | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 18.0 | 5.22 |
| 7. | Oct 15 | 4:39P | To KANSASCITY MO 816 474-3350<br>Fr LIBERTY MO 816 781-3942 | Colct Day | 2.0 | 2.00 |
| 8. | Oct 17 | 2:17P | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 1.0 | 1.82 |
| 9. | Oct 17 | 3:03P | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 6.0 | 2.82 |
| 10. | Oct 17 | 3:52P | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 8.0 | 3.22 |
| 11. | Oct 18 | 3:23P | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 8.0 | 3.22 |
| 12. | Oct 19 | 4:36P | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 1.0 | 1.82 |
| 13. | Oct 22 | 10:52A | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 6.0 | 2.82 |
| 14. | Oct 22 | 10:59A | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 6.0 | 2.82 |
| 15. | Oct 22 | 3:45P | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 30.0 | 7.62 |
| 16. | Oct 24 | 4:11P | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 23.0 | 6.22 |
| 17. | Oct 26 | 4:30P | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 13.0 | 4.22 |
| 18. | Oct 30 | 9:49A | To KANSASCITY MO 816 474-3350<br>Fr ATCHISON KS 913 367-1937 | Colct Day | 9.0 | 6.15 |
| 19. | Oct 31 | 10:37A | To KANSASCITY MO 816 474-3350<br>Fr ATCHISON KS 913 367-1937 | Colct Day | 5.0 | 4.75 |
| 20. | Oct 31 | 12:54P | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 26.0 | 6.82 |
| 21. | Oct 31 | 2:03P | To KANSASCITY MO 816 474-3350<br>Fr LIBERTY MO 816 781-3942 | Colct Day | 3.0 | 2.00 |
| 22. | Nov 02 | 9:22A | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 12.0 | 4.02 |
| 23. | Nov 05 | 2:10P | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 28.0 | 7.22 |
| 24. | Nov 06 | 1:45P | To KANSASCITY MO 816 474-3350<br>Fr LIBERTY MO 816 781-3942 | Colct Day | 4.0 | 2.00 |
| 25. | Nov 06 | 3:22P | To KANSASCITY MO 816 474-3350<br>Fr LANSING KS 913 727-2912 | Colct Day | 21.0 | 5.82 |

CORRECTIONAL BILLING SERVICES

10248
P17-0085

WATSON & DAMERON,LLP
Bill Date: Dec 26, 2001
Account No: 816-474-3350

2

Keith Welson Collect Calls



| Date | Time | Place And Number Called | | | Type Rate | Min | Amount |
|---|---|---|---|---|---|---|---|
| 1. Nov 07 | 4:01P | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 2.0 | 2.02 |
| 2. Nov 08 | 12:57P | To KANSASCITY<br>Fr LIBERTY | MO 816<br>MO 816 | 474-3350<br>781-3942 | Colct Day | 7.0 | 2.00 |
| 3. Nov 08 | 2:38P | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 14.0 | 4.42 |
| 4. Nov 08 | 3:47P | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 30.0 | 7.62 |
| 5. Nov 09 | 12:45P | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 30.0 | 7.62 |
| 6. Nov 12 | 9:11A | To KANSASCITY<br>Fr OLATHE | MO 816<br>KS 913 | 474-3350<br>780-9961 | Colct Day | 2.0 | 3.50 |
| 7. Nov 14 | 3:02P | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 9.0 | 3.42 |
| 8. Nov 15 | 11:27A | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 30.0 | 7.62 |
| 9. Nov 15 | 2:54P | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 7.0 | 3.02 |
| 10. Nov 16 | 10:36A | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 6.0 | 2.82 |
| 11. Nov 26 | 9:18A | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 5.0 | 2.62 |
| 12. Nov 27 | 9:57A | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 6.0 | 2.82 |
| 13. Nov 28 | 4:46P | To KANSASCITY<br>Fr LIBERTY | MO 816<br>MO 816 | 474-3350<br>781-3942 | Colct Day | 3.0 | 2.00 |
| 14. Nov 30 | 11:25A | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 8.0 | 3.22 |
| 15. Dec 03 | 3:23P | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 12.0 | 4.02 |
| 16. Dec 04 | 9:58A | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 1.0 | 1.82 |
| 17. Dec 07 | 1:52P | To KANSASCITY<br>Fr LANSING | MO 816<br>KS 913 | 474-3350<br>727-2912 | Colct Day | 14.0 | 4.42 |

Total Operator-Assisted Calls 176.98

| Total Long Distance Calls | $176.98 |
|---|---|

Taxes and Surcharges

| | Description | Amount |
|---|---|---|
| 18. | Federal Tax | 5.28 |
| 19. | State Tax | 8.41 |
| 20. | County Tax | 1.86 |
| 21. | City Tax | 2.13 |

| Total Taxes and Surcharges | $17.68 |
|---|---|

| | | |
|---|---|---|
| MCI Account: | 5BO31839 | Statement Date: 04/28/02 |
| Telephone Number: | 816 474-3350 | Page 7 of 17 |

MCI

Customer Service: www.mci.com/service 1 800 999-1909

## Long Distance (continued)

Calls from 816 221-7706:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| Mar 29 | 2:02p | Jollyville, TX | 512 331-4409 | 24Hr | 1 | .00 |
| Apr 11 | 9:25a | Terrehaute, IN | 812 238-1531 | 24Hr | 2 | .00 |
| Apr 19 | 3:04p | Topeka, KS | 785 368-6553 | 24Hr | 2 | .00 |
| Total Calls from 816 221-7706 | | | | | | $.00 |

Calls from 816 221-7707:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| Mar 29 | 10:32a | Fredecksbg, TX | 830 456-7036 | 24Hr | 1 | .00 |
| Mar 29 | 10:33a | Balcones, TX | 830 981-8689 | 24Hr | 9 | .00 |
| Mar 29 | 2:25p | Balcones, TX | 830 981-8689 | 24Hr | 1 | .00 |
| Mar 29 | 2:26p | Fredecksbg, TX | 830 456-7036 | 24Hr | 3 | .00 |
| Apr 1 | 8:47p | Jollyville, TX | 512 331-4409 | 24Hr | 5 | .00 |
| Apr 5 | 10:07a | Balcones, TX | 830 981-8689 | 24Hr | 1 | .00 |
| Apr 5 | 10:09a | Fredecksbg, TX | 830 456-7036 | 24Hr | 1 | .00 |
| Apr 5 | 11:33a | Balcones, TX | 830 981-8689 | 24Hr | 3 | .00 |
| Apr 7 | 9:36p | Des Moines, IA | 515 205-6425 | 24Hr | 2 | .00 |
| Apr 10 | 10:41a | Jeffersncy, MO | 573 751-3321 | 24Hr | 3 | .15 |
| Apr 10 | 4:05p | Topeka, KS | 785 232-7761 | 24Hr | 5 | .25 |
| Apr 12 | 10:20a | Fulton, MO | 573 592-4100 | 24Hr | 2 | .10 |
| Apr 13 | 2:38p | Jollyville, TX | 512 331-4409 | 24Hr | 2 | .10 |
| Apr 15 | 9:30a | Roselle, IL | 847 804-3753 | 24Hr | 5 | .25 |
| Apr 17 | 2:53p | Danvers, MA | 978 762-6648 | 24Hr | 5 | .25 |
| Apr 22 | 1:44p | Ashland, MO | 573 657-2544 | 24Hr | 1 | .05 |
| Total Calls from 816 221-7707 | | | | | | $1.15 |

Calls from 816 474-5297:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| Apr 24 | 4:26p | Washington, DC | 202 879-3845 | 24Hr | 2 | .10 |
| Total Calls from 816 474-5297 | | | | | | $.10 |

Total Calls for Accounting Code 0313 $1.25

Calls for Accounting Code 0354:

Calls from 816 221-1636:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| Apr 12 | 9:55a | Browning, MT | 406 338-3738 | 24Hr | 2 | .00 |
| Total Calls from 816 221-1636 | | | | | | $.00 |

Calls from 816 221-7706:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| Mar 28 | 2:36p | Browning, MT | 406 338-6146 | 24Hr | 4 | .00 |
| Apr 10 | 4:26p | Terrehaute, IN | 812 238-1531 | 24Hr | 2 | .00 |
| Total Calls from 816 221-7706 | | | | | | $.00 |

Calls from 816 221-7707:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| Apr 11 | 1:03p | Browning, MT | 406 338-7096 | 24Hr | 1 | .05 |
| Apr 11 | 2:35p | Eglacierpk, MT | 406 226-4210 | 24Hr | 2 | .10 |
| Total Calls from 816 221-7707 | | | | | | $.15 |

Invoice Continues on Reverse ...

Long distance Nelson

Nelson

| | | |
|---|---|---|
| MCI Account: | 5BO31839 | Statement Date: 04/28/02 |
| Telephone Number: | 816 474-3350 | Page 8 of 17 |

**Customer Service:** www.mci.com/service 1 800 999-1909

MCI

## Long Distance (continued)

Total Calls for Accounting Code 0354 $.15

Calls for Accounting Code 0501:

Calls from 816 221-7706:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| Apr 17 | 3:06p | Cedar Rpds, IA | 319 310-2658 | 24Hr | 5 | .00 |

Total Calls from 816 221-7706 $.00

Calls from 816 221-7707:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| Apr 7 | 8:59p | Cedar Rpds, IA | 319 364-2467 | 24Hr | 3 | .00 |
| Apr 17 | 2:09p | Des Moines, IA | 515 243-7600 | 24Hr | 21 | 1.05 |
| Apr 17 | 2:30p | Cedar Rpds, IA | 319 310-2658 | 24Hr | 12 | .60 |
| Apr 17 | 2:43p | Des Moines, IA | 515 243-7600 | 24Hr | 10 | .50 |
| Apr 17 | 2:57p | Des Moines, IA | 515 243-7600 | 24Hr | 2 | .10 |
| Apr 17 | 3:00p | Cedar Rpds, IA | 319 310-2658 | 24Hr | 3 | .15 |
| Apr 17 | 3:03p | Des Moines, IA | 515 243-7600 | 24Hr | 8 | .40 |
| Apr 17 | 3:11p | Des Moines, IA | 515 243-7600 | 24Hr | 7 | .35 |
| Apr 24 | 2:47p | Zionsville, IN | 317 733-4446 | 24Hr | 1 | .05 |
| Apr 24 | 2:48p | Jackson , WY | 307 733-4446 | 24Hr | 15 | .75 |
| Apr 24 | 3:02p | Des Moines, IA | 515 243-7600 | 24Hr | 42 | 2.10 |
| Apr 24 | 3:49p | Cedar Rpds, IA | 319 364-2467 | 24Hr | 2 | .10 |
| Apr 25 | 8:59a | Des Moines, IA | 515 271-3928 | 24Hr | 9 | .45 |

Total Calls from 816 221-7707 $6.60

Calls from 816 474-5297:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| Mar 29 | 3:13p | Sioux City, IA | 712 233-3900 | 24Hr | 4 | .20 |
| Mar 29 | 4:16p | Sioux City, IA | 712 233-3900 | 24Hr | 11 | .55 |

Total Calls from 816 474-5297 $.75

Total Calls for Accounting Code 0501 $7.35

Calls for Accounting Code 0516:

Calls from 816 221-7706:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| Mar 28 | 1:46p | Browning, MT | 406 338-6146 | 24Hr | 2 | .00 |

Total Calls from 816 221-7706 $.00

Total Calls for Accounting Code 0516 $.00

Calls for Accounting Code 0602:

Calls from 816 221-7707:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| Apr 1 | 4:01p | Pittsburgh, PA | 412 605-3245 | 24Hr | 3 | .00 |

Total Calls from 816 221-7707 $.00

Total Calls for Accounting Code 0602 $.00

**Invoice Continues on Next Page ...**

**FAX COST**
**US v. Keith Nelson**

| DATE | DESCRIPTION | FAX AMT. |
|---|---|---|
| | | |
| 8/28/01 | Fax to CCA (2 pages) | $1.25 |
| 8/31/01 | Fax to Dr. Dan Foster,Ph.D. | $1.00 |
| 9/22/01 | Fax to Lisa Dahl (10 pgs) | $3.25 |
| 10/3/01 | Fax to Judge Hays re Prel. Juror Strikes (3) | 1.50 |
| 10/4/01 | Fax to Susan Hunt re same (3) | 1.50 |
| 10/5/01 | Fax to Judge Hays (3 pgs) cc: Whitworth, Jeans, & Miller | 1.50<br>1.50 |
| 10/10/01 | Fax to Judge Gaitan (4 pgs) | 1.75 |
| 10/10/01 | Fax to Lisa Dahl re Strike for Cease (4) | 1.75 |
| 10/10/01 | Fax to Susan Hunt (4) | 1.75 |
| 10/12/01 | Fax to M. Pendergraph (6pg) | 2.25 |
| 10/17/01 | Fax to Susan Hunt (2pgs) | 1.25 |
| 10/18/01 | Fax to Mr. Roger Moore of CCA (2) | 1.25 |
| 10/22/01 | Fax to Judge Hays (2) | 1.25 |
| 10/24/01 | Fax to Lisa Dahl (2) | 1.25 |
| 10/24/01 | Fax to Judge Hays (2) | 1.25 |
| 10/24/01 | Fax to Susan Hays (2) | 1.25 |
| 10/25/01 | Fax to Warden Lawrence (1) | 1.00 |
| 10/26/01 | Fax to Judge Gaitan (3) | 1.50 |
| 10/26/01 | Fax to Whitworth, Jeans, and Miller | 1.50 |
| 10/29/01 | Fax to Ms. Jeans (2) | 1.25 |
| 10/31/01 | Fax to S. Hunt (9) | 3.00 |
| 10/31/01 | Fax to Whitlow (7) | 2.50 |
| 10/31/01 | Fax to Hucke (7) | 2.50 |
| 11/01/01 | Fax to Hucke (3) | 1.50 |
| 11/01/01 | Fax to Susan Hunt (3) | 1.50 |
| 11/02/01 | Fax to Ms. Dahl and Mr. Dillingham (2) | 1.25 |
| 11/02/01 | Fax to Dr. Cunningham (3) | 1.50 |
| 11/5/01 | Fax to Susan Hunt (4) | 1.75 |
| 11/6/01 | Fax to Judge Gaitan (2) | 1.25 |
| 11/6/01 | Fax to Whitworth, Miller | 1.25 |



Appellate Case: 15-3160 Page: 16 Date Filed: 02/29/2016 Entry ID: 4372451

| | | |
|---|---|---|
| | and Jeans (2) | |
| 11/8/01 | Fax to Judge Hays (1) | 1.00 |
| 11/8/01 | Fax to Mark Miller – more juror strikes (2) | 1.25 |
| 11/8/01 | Fax to Lisa Dahl (2) | 1.25 |
| 11/8/01 | Fax to Judge Gaitan (3) | 1.50 |
| 11/8/01 | Fax to Whitworth, Miller and Jeans (3) | 1.50 |
| 11/8/01 | Fax to Dr. Logan (3) | 1.50 |
| 11/9/01 | Fax to Judge Gaitan (2) | 1.25 |
| 11/9/01 | Fax to Whitworth, Miller and Jeans | 1.25 |
| 11/9/01 | Fax to L. Murphy and Francis (8) | 2.75 |
| 11/9/01 | Fax to T. Murphy (2) | 1.25 |
| 11/19/01 | Fax to M. Cunningham (8) | 2.75 |
| 11/20/01 | Fax to S. Nelson (2) | 1.25 |
| 11/20/10 | Fax to M. Cunningham (2) | 1.25 |
| 11/25/01 | Fax to G. Thompson (2) | 1.25 |
| 11/16/01 | Fax to S. O'Brien (2) | 1.25 |
| 12/06/01 | Fax to R. Gordon (6) | 2.25 |
| 12/12/01 | Fax to P Berrigan from B. Walker, Secty. (2) | 1.25 |
| 12/12/01 | Fax to S. Richart(2) | 1.25 |

**GRAND TOTAL:** **$76.75**



Appellate Case: 15-3160 Page: 17 Date Filed: 02/29/2016 Entry ID: 4372451

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

ISSUED BY AmericanAirlines

BOARDING PASS

DATE OF ISSUE 27SEP01 PLACE OF ISSUE DALLAS FT WORTH ISO US

ISS. AGENT ID 5K8 /DFW

NAME OF PASSENGER (NOT TRANSFERABLE) BERRIGAN/PATRICK

X/O FROM DALLAS FT WORTH

X/O TO KANSAS CITY INTL

CARR. AA FLIGHT 416 CLASS Y DATE 27SEP TIME 756A

PNR CODE GSHWGS /AA

BOARDING PASS

GROUP 4
SEAT 10A

STOCK CONTROL NUMBER TX 00106093459606

ELECTRONIC
2 001 7093676491 2

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., DALLAS, TX REV. 7/98 CPN1092483

INSERT
STAPLE HERE ATB2
Do not expose to excessive heat or direct sunlight

AmericanAirlines
BOARDING PASS

NAME OF PASSENGER BERRIGAN/PATRICK

FROM DALLAS FT WORTH
TO KANSAS CITY INTL
AMERICAN AIRLINES

CARRIER AA FLIGHT 416 CLASS Y DATE 27SEP TIME 756A

GATE A17 BOARDING TIME 726A SEAT 10A SMOKE NO

GROUP 4

COUPON AIRLINE 5K8 /DFW

ELECTRONIC

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

ISSUED BY AmericanAirlines

BOARDING PASS

DATE OF ISSUE 25SEP01 PLACE OF ISSUE KANSAS CITY INT ISO US

ISS. AGENT ID 42T /MCI

NAME OF PASSENGER (NOT TRANSFERABLE) BERRIGAN/PATRICK

X/O FROM KANSAS CITY INTL

X/O TO DALLAS FT WORTH

CARR. AA FLIGHT 1607 CLASS Y DATE 25SEP TIME 615P

PNR CODE GSHWGS /AA

BOARDING PASS

GROUP 2
SEAT 25A

STOCK CONTROL NUMBER TX 00106178913856

ELECTRONIC
1 001 7093676491 6

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., DALLAS, TX REV. 7/98 CPN1092483

INSERT
STAPLE HERE ATB2
Do not expose to excessive heat or direct sunlight

AmericanAirlines
BOARDING PASS

NAME OF PASSENGER BERRIGAN/PATRICK

FROM KANSAS CITY INTL
TO DALLAS FT WORTH
AMERICAN AIRLINES

CARRIER AA FLIGHT 1607 CLASS Y DATE 25SEP TIME 615P

GATE 12 BOARDING TIME 545P SEAT 25A SMOKE NO

GROUP 2

COUPON AIRLINE 42T /MCI

ELECTRONIC

National Travel, Inc.
Information • Technology • Service

COURTS

(304) 357-0808
Fax:(304) 343-5059

Prepared on 09/24/01 13:28:12, PNR WVJZ0U
Passenger: BERRIGAN/PATRICK D08MOWH-092300

25SEP TUE

**AIR** American Airlines flight no: 1607 class: Y seat: 25A
depart: Kansas City, MO(MCI) 615P
arrive: Dallas/Ft Worth, TX(DFW) 755P
equipment: M80 flight time: 1:40
TELEPHONE/NON-SMOKING/
IN-SEAT POWER SOURCE
DEPARTS MCI TERMINAL A

American # 416
7:56 -
9:51

---

27SEP THU

**AIR** American Airlines flight no: 371 class: Y seat: 08A
depart: Dallas/Ft Worth, TX(DFW) 709P
arrive: Kansas City, MO(MCI) 843P
equipment: 72S flight time: 1:34
TELEPHONE/NON-SMOKING/
IN-SEAT POWER SOURCE
ARRIVES MCI TERMINAL A

GSHWGS

---

**Ticket Information**

| Air Transportation (Total) | Base Fare | US Taxes | Other Taxes | Agent | Ticketing Date | Reservation # |
|---|---|---|---|---|---|---|
| USD 409.50 | USD 370.24 | USD 27.76 | USD 11.50 | AE | 24SEP | WVJZ0U |

Additional service fee of $11.75 applies to each ticket.

**Airfares are not guaranteed until ticketed.**

NO FREQUENT FLYER DATA ON FILE
TRAVEL AUTHORIZATION NA
NONSMOKING WINDOW SEATS REQUESTED
NO CAR REQUESTED
NO HOTEL REQUESTED

THANK YOU. APRIL

For Nationwide Assistance call 1-800 445-0668 Mon-Fri 8:00am-9:00pm
After 9pm call 1-800 624-8283 and give code C5A
For airline travel within the U.S. the Department of Transportation
Requires all passengers over 18 to present photo ID at check-in.
Note-Frequent flyer benefits earned while on official
Government travel are the property of the US Government
No car or hotel requested

Please review the itinerary carefully
and notify National Travel immediately
with any changes.........AE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CHARLES E. WHITTAKER COURTHOUSE
OFFICE OF THE CLERK

PATRICIA L. BRUNE
CLERK OF COURT

REPLY TO:
( ) ROOM 1510 U.S. COURTHOUSE KANSAS CITY, MO. 64106
( ) ROOM 2710 U.S. COURTHOUSE KANSAS CITY, MO. 64106
( ) ROOM 310 U.S. COURTHOUSE JEFFERSON CITY, MO. 65101
( ) ROOM 1400 U.S. COURTHOUSE SPRINGFIELD, MO. 65806

# TRAVEL AUTHORIZATION

Authorized Traveler: Susan Hunt & Patrick Berrigan

Voucher Number: S/B092101

Authorized Travel Dates: September 25, 2001 - September 27, 2001

Purpose of Travel Travel to Dallas, TX and return for the purpose of meeting with migitation investigator and interviewing witnesses in U. S. v. Keith Nelson, case # 99-303-01-CR-W-2.

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above-described trip in connection with your providing representation under the Criminal Justice Act (CJA).

You are authorized to contact National Travel Service (NTS) at 1-800-445-0668 to request reservations and airline tickets. You must provide NTS with your Voucher Number SB 092101 Western District of Missouri and advise NTS that your tickets are to be charged to that court's account. You may instruct NTS where to deliver your tickets.

Reimbursement will be limited to per diem rate ($127.00) as provided by government employee travel regulations.

A copy of this Travel Authorization, as well as a copy of the airline tickets which were provided by NTS, must be submitted upon completion of travel. All other travel expense should be claimed on, and receipts should be attached to, the voucher on which you were appointed in case. Our internal accounting control number for this trip is: 01MOW0007 .

Sarah W. Hays
Judicial Officer

September 21, 2001
Date


Sep. 21. 2001 9:40AM No. 3966 P. 1

National Travel, Inc.
Information • Technology • Service

COURTS

(304) 357-0808
Fax:(304) 343-5059

Prepared on 09/26/01 20:01:30, PNR WVJZ0U
Passenger: BERRIGAN/PATRICK D08MOWH-092300

NELSON

25SEP TUE — **AIR** American Airlines flight no: 1607 class: Y no seat info.
depart: Kansas City, MO(MCI) 615P
arrive: Dallas/Ft Worth, TX(DFW) 755P
equipment: M80 flight time: 1:40
TELEPHONE/NON-SMOKING/
IN-SEAT POWER SOURCE
DEPARTS MCI TERMINAL A

---

27SEP THU — **AIR** American Airlines flight no: 416 class: Y seat: 10A
depart: Dallas/Ft Worth, TX(DFW) 756A
arrive: Kansas City, MO(MCI) 931A
equipment: M80 flight time: 1:35
TELEPHONE/NON-SMOKING/
IN-SEAT POWER SOURCE
ARRIVES MCI TERMINAL A

---

**Ticket Information**

| Air Transportation (Total) | Base Fare | US Taxes | Other Taxes | Agent | Ticketing Date | Reservation # |
|---|---|---|---|---|---|---|
| USD 409.50 | USD 370.24 | USD 27.76 | USD 11.50 | AE | 24SEP | WVJZ0U |

Additional service fee of $11.75 applies to each ticket.

**Airfares are not guaranteed until ticketed.**

DOCUMENT NUMBER 8908142800049/ BILLED $11.75
AIRLINE REPORTING CORP SERVICE FEE BILLED SEPARATELY
NO FREQUENT FLYER DATA ON FILE
TRAVEL AUTHORIZATION NA
NONSMOKING WINDOW SEATS REQUESTED
NO CAR REQUESTED
NO HOTEL REQUESTED

THANK YOU. CHRISS

For Nationwide Assistance call 1-800 445-0668 Mon-Fri 8:00am-9:00pm
After 9pm call 1-800 624-8283 and give code C5A
For airline travel within the U.S. the Department of Transportation
Requires all passengers over 18 to present photo ID at check-in.
Note-Frequent flyer benefits earned while on official
Government travel are the property of the US Government
No car or hotel requested

Please review the itinerary carefully
and notify National Travel immediately
with any changes.........AE

**POSTAGE**
**US v. Keith Nelson**

| DATE | DESCRIPTION | POSTAGE AMT. |
|---|---|---|
| | | |
| 2/16/01 | Ltr to Filing Clerk for Appl. for Continuance; pre-stamped envelope encl.; cc: prosecution also (3x's);cc: Susan Hunt; cc: K. Nelson | 2.97 |
| 3/8/01 | Ltr to Warden Bruno Stolc at CCA<br>cc: Susan Hunt and K. Nelson | .99 |
| 4/2/01 | Ltr. to Judge Roberts – certified mail<br>cc: Hugh Jenkins (certified mail), K. Nelson and Susan Hunt | 3.74<br>3.74<br>.66 |
| 4/24/01 | Ltr to Kevin McNally | .33 |
| 5/24/01 | Ltr to Filing Clerk and encl. Pre-stamped env.<br>cc: S. Hunt, K. Nelson and 3 Prosecuting Attys | .80<br>.57<br>1.70 |
| 6/14/01 | Ltr to Filing Clerk and encl. Pre-stamped env.<br>cc: S. Hunt, K. Nelson and 3 Prosecuting Attys | 1.14<br>.80<br>2.85 |
| 7/10/01 | Ltr to Filing Clerk and encl. Pre-stamped env.<br>cc: S. Hunt, K. Nelson and 3 Prosecuting Attys | .80<br>.57<br>1.70 |
| 9/21/01 | Ltr to Filing Clerk and encl. Pre-stamped env.<br>cc: S. Hunt, K. Nelson and 3 Prosecuting Attys | 1.14<br>.80<br>2.85 |
| 10/2/01 | Ltr to K. Nelson | .57 |
| 10/18/01 | Ltr to Ms. Taylor | .34 |
| 10/22/01 | Ltr to M. Pendergraph | .34 |
| 10/22/01 | Ltr. to K. Nelson | .57 |
| 10/22/01 | Ltr. to Judge Hays | .34 |
| 10/23/01 | Ltr. to M. Smith | .34 |
| 10/23/01 | Ltr. to G. Hawk | .34 |



Appellate Case: 15-3160 Page: 22 Date Filed: 02/29/2016 Entry ID: 4372451

| | | |
|---|---|---|
| 10/23/01 | Ltr to Filing Clerk and encl.<br>Pre-stamped env.<br>cc: S. Hunt, K. Nelson and 3 Prosecuting Attys | 1.14<br>.80<br>2.85 |
| 10/24/01 | Ltr. to Irene Wood | .34 |
| 10/24/01 | Ltr. to M. Griffin | .34 |
| 10/24/01 | Ltr. to R. Monroe | .34 |
| 10/24/01 | Ltr. to E. Crutsinger | .34 |
| 10/24/01 | Ltr. to H. Dear | .34 |
| 10/24/01 | Ltr. to J. Monroe | .34 |
| 10/26/01 | Ltr. to Dr. Cunningham w/encl. | .80 |
| 10/29/01 | Ltr to Filing Clerk and encl.<br>Pre-stamped env.<br>cc: S. Hunt, K. Nelson and 3 Prosecuting Attys | .57<br>.34<br>1.70 |
| 10/29/01 | Ltr. to Mr. Dear | .34 |
| 10/29/01 | Ltr. to Ms. Jeans | .34 |
| 11/02/01 | Ltr. to Ms. Crutsinger<br>cc: Susan Hunt<br>bcc: K. Nelson | .34<br>.34<br>.34 |
| 11/02/01 | Ltr. to Mr. Dear | .34 |
| 11/02/01 | Ltr. to J. Monroe | .34 |
| 11/02/01 | Ltr. to I. Wood | .34 |
| 11/02/01 | Ltr. to R. Monroe | .34 |
| 11/02/01 | Ltr. to M. Griffin | .34 |
| 11/02/01 | Ltr. to G. Thompson | .34 |
| 11/02/01 | Ltr. to Ms. Dahl and Mr. B. Dillingham<br>cc: Hunt and Nelson | .34<br>.68 |
| 11/02/01 | Ltr to Dr. Cunningham | .34 |
| 11/02/01 | Nelson Medical Records sent to Susan Hunt | .80 |
| 11/5/01 | Ltr to S. Nelson<br>cc: S. Hunt and K. Nelson | .34<br>.68 |
| 11/8/01 | bcc to K. Nelson of Fax to Judge | .34 |
| 11/8/01 | Ltr to J. Monroe | .34 |
| 11/8/01 | Ltr to G. Thompson | .34 |
| 11/8/01 | Ltr to H. Dear | .34 |
| 11/8/01 | Ltr to E. Crutsinger | .34 |
| 11/8/01 | Ltr to I. Wood | .34 |
| 11/8/01 | Ltr. to M. Griffin | .34 |
| 11/8/01 | Ltr. to Rhonda Monroe | .34 |



Appellate Case: 15-3160 Page: 23 Date Filed: 02/29/2016 Entry ID: 4372451

| | | |
|---|---|---|
| 11/8/01 | bcc of 7 ltrs to K. Nelson | .57 |
| 11/9/01 | Filing to Federal Ct;<br>Pre-stamped Env. | 1.03<br>.80 |
| 11/9/01 | bcc: K Nelson and S. Hunt<br>on filing | .57<br>.57 |
| 11/9/01 | Ltr. to Ms. Murphy and Ms. Francis<br>cc: K. Nelson, Susan Hunt | .57<br><br>1.14 |
| 11/16/01 | Ltr. to Judge Gaitan | .34 |
| 11/19/01 | Ltr to Mark Cunningham | .57 |
| 11/19/01 | Ltr. to Whitworth w/encl.<br>cc: Miller, Jeans and Hunt | .80<br>.34<br>.34<br>.34 |
| 12/6/01 | Ltr. to R. Gordon | .34 |
| 12/12/01 | Ltr to S. Richart;<br>cc: Judge Gaitan<br>bcc: K. Nelson | .34<br>.34<br>.34 |
| 1/7/02 | Ltr to K. Nelson – encl. of pictures<br>cc: N. Nelson | .80<br><br>.34 |
| 2/6/02 | Filing w/Federal Court<br>Pre-stamped Envl.<br>cc: Hunt, Nelson, Whitworth, Jeans, Miller | .80<br>.57<br>1.70 |
| 3/1/02 | Ltr to K. Nelson w/Encl. | .34 |
| 3/21/02 | Ltr. to L. Dahl | .34 |
| 4/10/02 | Ltr. to S. Hunt w/encl. | .34 |
| 5/3/02 | Filing w/Federal Court<br>Pre-stamped Env.<br>cc: Hunt, Nelson, Whitworth, Jeans, and Miller | 1.03<br>.80<br><br>1.48 |

**GRAND TOTAL:** **$68.75**

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ .34 |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.74 |

Postmark Here

**Recipient's Name** *(Please Print Clearly) (To be completed by mailer)*
Hon. William J. Roberto
*Street, Apt. No.; or PO Box No.*
P.O. Box 83
*City, State, ZIP+4*
Clinton, mo 64735

PS Form 3800, February 2000 — See Reverse for Instructions

7000 0520 0024 1053 3169

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ .34 |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.74 |

Postmark Here

**Recipient's Name** *(Please Print Clearly) (To be completed by mailer)*
Hugh Jenkins
*Street, Apt. No.; or PO Box No.*
P.O. BOX 222
*City, State, ZIP+4*
Butler, mo 64730

PS Form 3800, February 2000 — See Reverse for Instructions

7000 0520 0024 1053 3176

P17-0098

Neuropsychology Cons. Services
Dennis G. Cowan, Ed.D.
400 E Red Bridge Road, #212
Kansas City, MO 64131
(816)941-3883

| Statement Date | Page |
|---|---|
| 5/1/2001 | 1 |

| Chart Number |
|---|
| BERPA000 |

Mr. Pat Berrigan
Law Firm of Watson & Dameron
2500 Holmes
Kansas City, MO 64055

| Date | Document | Description | Number of Hours | Amount |
|---|---|---|---|---|
| Last Payment Received: 12/30/1899 | | Amount: 0.00 | Previous Balance: | 0.00 |
| Patient: Keith Nelson | | Chart #: NELKE000 | Case Description: Neuropsychological Testing | |
| 2/28/2001 | 2-28-01 | Late or Not Cancelled Appointment | 8 | 500.00 |
| 4/1/2001 | 4-1-01 | Late Fee Charge | 1 | 7.50 |
| 5/1/2001 | 5-1-01 | Late Fee Charge | 1 | 7.61 |

Please Note: Account in over 60 days past due. At 90 days goes to Collections. Please call me if

**WATSON & DAMERON, LLP / EXPENSE ACCOUNT** 4703

Neuropsychology Cons. Services 5/11/2001

4091/Nelson,K:expcons 515.11

Law Office Expense Acc Keith Nelson 515.11

332873 QBB1-01 1301 PROD54 *Reorder from BEST CHECKS, 100 Executive Dr., Unit 1, Dulles, VA 20166 • Phone: 1-800-521-9619 • www.bestchecks.com* QB1F-000104

Neuropsycholo[illegible] Cons. [illegible]ervices
Dennis G. Cowan, Ed.D.
400 E Red Bridge Road, #212
Kansas City, MO 64131
(816)941-3883

| Statement Date | Page |
|---|---|
| 5/1/2001 | 1 |

| Chart Number |
|---|
| BERPA000 |

Mr. Pat Berrigan
Law Firm of Watson & Dameron
2500 Holmes
Kansas City, MO 64055

| Date | Document | Description | Number of Hours | Amount |
|---|---|---|---|---|
| Last Payment Received: 12/30/1899 | | Amount: 0.00 | Previous Balance: | 0.00 |
| Patient: Keith Nelson | | Chart #: NELKE000 | Case Description: Neuropsychological Testing | |
| 2/28/2001 | 2-28-01 | Late or Not Cancelled Appointment | 8 | 500.00 |
| 4/1/2001 | 4-1-01 | Late Fee Charge | 1 | 7.50 |
| 5/1/2001 | 5-1-01 | Late Fee Charge | 1 | 7.61 |

Please Note: Account in over 60 days past due. At 90 days goes to Collections. Please call me if any questions. (5-30-01)

[illegible]
816-942-6267

| Past Due 30 Days | Past Due 60 Days | Past Due 90 Days | Balance Due |
|---|---|---|---|
| 7.50 | 500.00 | 0.00 | **515.11** |

**Please Note: A 15% Late Fee Charge is added for all accounts over 30 days.**

*Please contact Debra (816) 942-6267 for any questions regarding your account. Thank you.*