No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 14E**

---


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 14
# Part E

LITIGATION CONSULTANTS, INC.

# Invoice

| Date | Invoice # |
|---|---|
| 11/20/2001 | 39 |

**Bill To**

Watson & Dameron
Pat Berrigan, Esq.
2500 Holmes
Kansas City, MO 64108

| Terms |
|---|
| Net 14 days |

**Case:** US v. Nelson

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Questionnaire Coding | 340.1 | 25.00 | 8,502.50 |

WATSON & DAMERON, LLP / LAW OFFICE ACCOUNT
Litigation Consultants, Ltd. 9/30/2002 11291
4092/NelsonK:Exp Cons 8,502.50

PAYMENT RECORD

LawOffice Lisa Dahl - US v. Keith Nelson 8,502.50

174154 (3/02)

| Balance Due | $8,502.50 |
|---|---|

Attorney Work Product: Privileged and Confidential

901 Kentucky Street, Suite 303 Lawrence, Kansas 66044-2853
Telephone: 785.865.5113 Facsimile: 785.865.0556 E-Mail: research@cjnetworks.com

American Society of Trial Consultants American Association for Public Opinion Research American Psychology-Law Society

LITIGATION CONSULTANTS, INC.

# Invoice

| Date | Invoice # |
|---|---|
| 11/20/2001 | 39 |

**Bill To**

Watson & Dameron
Pat Berrigan, Esq.
2500 Holmes
Kansas City, MO 64108

| Terms |
|---|
| Net 14 days |

**Case:** US v Nelson

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Questionnaire Coding | 340.1 | 25.00 | 8,502.50 |

| | |
|---|---|
| **Total** | $8,502.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,502.50 |

Attorney Work Product: Privileged and Confidential

901 Kentucky Street, Suite 303 Lawrence, Kansas 66044-2853
Telephone: 785.865.5113 Facsimile: 785.865.0556 E-Mail: research@cjnetworks.com

American Society of Trial Consultants American Association for Public Opinion Research American Psychology-Law Society

# *MEMO*

Date: April 16, 2003

To: Judge Gaitan

From: Laura/Finance

Re: Patrick Berrigan's CJA voucher on Keith Nelson

Judge Gaitan–

There were several items on Mr. Berrigan's voucher which could be considered questionable, and I wanted to bring them to your attention. I did not deduct any of these items, but if you do not wish to reimburse Mr. Berrigan for any of them, let me know and I will adjust the voucher.

No

1) A bill from Neuropsychology Consultants in the amount of $515.11. According to Mr. Berrigan's assistant, prior counsel Mr. Shull had made an appointment to have the defendant examined by Neuropsychology Consultants. When Mr. Berrigan was appointed, he decided to use another doctor for the examination. However, in the process of the change-over of counsel, neither Mr. Shull nor Mr. Berrigan canceled the appointment. Neuropsychology Consultants ultimately did no work for the defense, and billed for the missed appointment.

2) A reimbursement for photocopy expenses in the amount of $484.70, representing 4,847 photocopies. All copy work was done within the office, and Mr. Berrigan's assistant could provide no supporting documentation for the amount.

3) A bill from Litigation Consultants for $8,502.50 for "Questionnaire Coding." I could find no order authorizing this expense, although it is possible that there was a sealed order allowing the expense. Mr. Berrigan's assistant was not aware of any pre-authorization of this expense.

Thank you for your consideration.

LAURA

# MEMO

Date: April 23, 2003

To: Judge Gaitan

From: Laura/Finance

Re: Patrick Berrigan's CJA voucher on Keith Nelson

Judge Gaitan–

Attached is a memo which Mr. Berrigan has submitted in support of the claim for reimbursement regarding the bill from Litigation Consultants, in response to your request for more information.

I have reduced the total on the voucher by $515.11 to disallow the billing from Neuropsychology Consultants. Currently, the voucher total is $116,054.06. If you wish any more adjustments, just let me know and I will adjust the voucher.

Thank you for your consideration.

LAURA

WATSON & DAMERON, LLP
TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jason B. Billam* • Angela L. Williams*
Of Counsel: Ramón Murguía
*Licensed in Missouri & Kansas — All others licensed in Missouri only

April 23, 2003
Hand-Delivered

Honorable Fernando J. Gaitan, Jr.
District Judge
Charles Evans Whittaker Courthouse
400 E. Ninth Street, Room 7552
Kansas City, Missouri 64106

**RE: U.S. v. Keith D. Nelson, 99-00303-01-CR-W-2**
**Use of Jury Consultant**

Dear Judge Gaitan:

Litigation Consultants, Inc. is a small company owned and operated by Lisa M. Dahl, a jury consultant with vast experience in capital murder trials in Missouri, Kansas, New York, Colorado and in federal courts throughout the Midwest, including U.S. v. Timothy McVeigh, the Oklahoma bomber executed by the federal government in 2002. In the course of representing capital murder defendants over the past sixteen (16) years, I have had the pleasure of working with Ms. Dahl in at least a dozen capital cases in Missouri and Kansas, and in U.S. v. Plutarco Tello, a death penalty case tried before Judge Gary Fenner in the spring of 2000, approximately a year before Keith Nelson's trial.

Although, I have retained Ms. Dahl to perform many tasks in different cases, including conducting surveys to support change of venue requests, organizing mock trials with volunteer juries, formulating effective death penalty questionnaires, and assisting counsel in the preparation of probing voir dire questions, in Keith Nelson's case her role was much more limited. Lisa Dahl assisted me in reviewing the several hundred questionnaires received from prospective jurors, organized law students who summarized the questionnaires so that I could quickly assess a prospective juror's attitudes, opinions and beliefs during voir dire, and sat with and consulted with me during the voir dire, sharing her observations and conclusions of the venire so that split second decisions regarding the questioning, motions for strikes, and peremptory challenges could be made in a manner most advantageous to Mr. Nelson.

**2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax: (816) 221-1636 • (816) 474-3350**

Frankly, your honor, my experiences with Ms. Dahl's assistance over the years has taught me much about how to question and evaluate jurors, the results in Mr. Nelson's case notwithstanding. I am strongly of the view that even experienced trial lawyers are not capable of watching every venireman during voir dire, not always able to pick up on nonverbal cues to how a venireman really feels about an important issue, and are frequently not attuned to the psychology of voir dire, what jury studies such as Jury Works and The Jury Project have taught us about selecting juries and how prospective jurors think about certain issues. In a case such as Mr. Nelson's, with a client's life literally at stake, I am not the least hesitant to admit that I rely on the expertise of Ms. Dahl, and people like her, to help me select the twelve people that will, hopefully, spare the defendant's life.

If the Court does not believe Ms. Dahl's services to be necessary in spite of my assurances to the contrary, I will readily compensate Ms. Dahl from my own pocket without a moment of regret. Had I not availed myself of her expertise and hard work, there would always be a question of whether her help might have affected a different result in Mr. Nelson's case. I may not have been able to live with that question.

Thank you, your honor, for allowing me this opportunity to discuss the valuable contribution of Ms. Lisa Dahl and Litigation Consultants, Inc. in the preparation and trial of Mr. Nelson's case. I am happy to answer any additional questions which the Court may have.

Respectfully submitted,

Patrick J. Berrigan

PJB:rlw

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax: (816) 221-1636 • (816) 474-3350

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
400 E. 9TH STREET
KANSAS CITY, MO 64106

MEMORANDUM

TO: Judge Gaitan

FROM: Laura/Finance LAURA

DATE: April 16, 2003

RE: CJA 30 Voucher

Case 99-CR-00303 Defendant 1, Keith Nelson

The attached voucher is for services rendered to defendant Keith Nelson by appointed co-counsel Patrick Berrigan.

To be approved for immediate payment:

| | |
|---|---|
| In Court time and Out of Court Time: | 103,312.50 |
| Travel Expenses: | 1,404.27 |
| Other Expenses: | 11,852.40 |
| **Total Amount of this Payment** | **$116,569.17** |

This voucher does not require Circuit approval.

WATSON & DAMERON, LLP
TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jason B. Billam*
Of Counsel: Ramón Murguía
*Licensed in MO & KS
All others licensed in MO only

March 28, 2003

Sharon Dover
CJA Administrator
Charles Evans Whittaker Courthouse
400 E. 9th Street
Kansas City, Missouri 64106

***Re: CJA30 Voucher for U.S. v. Keith D. Nelson***

Dear Ms. Dover:

Enclosed please find for submission of payment, Pat Berrigan's CJA30 voucher in regard to the above-referenced case. The grand total claim is in the amount of $118,589.47.

If you should have any questions or concerns, please feel free to call me at 816-474-3350, ext. 101. Thank you.

Very truly yours,

Rebecca L. Walker

Rebecca L. Walker
Legal Secretary to Patrick J. Berrigan

RLW:gt

Enclosure

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

Appellate Case: 15-3160 Page: 11 Date Filed: 02/29/2016 Entry ID: 4372451



OTHER EXPENSES WORKSHEET
Patrick J. Berrigan, Atty.

United States of America
v.
Keith D. Nelson

Case No.: 9-00303-01-CR-W-62
Voucher #1

| Description | Date | Parking | Lodging | Meals | Mileage | Tele-phone Chrgs. | Copying | Postage | Fax | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Parking meter | 2/19/2001 | $1 | | | | | | | | |
| Parking meter | 2/23/2001 | $2 | | | | | | | | |
| Parking meter | 6/28/2001 | $2.00 | | | | | | | | |
| Parking meter | 7/31/2001 | $2.25 | | | | | | | | |
| Parking meter | 8/7/2001 | $2.25 | | | | | | | | |
| Parking meter outside Susan Hunt's office | 8/7/2001 | $1.50 | | | | | | | | |
| Lunch mtg. w/Susan to discuss case-Radisson | 9/4/2001 | | | ~~$26.43~~ | OK | Dallas Perdiem = $135 | | | | |
| Dinner mtg. w/Susan to discuss case at Joe's Crab Shack | 9/4/2001 | | | 46.00 allowed ~~$36.79~~ | OK | | | | | |
| KCI Airport Parking ($4/day for 4 days) | 9/4-7/01 | $16.00 | | | | | | | | |
| Radisson Hotel in Dallas Texas | 9/4-9/5/01 | | $102.35 | | | | | | | |
| Breakfast (IHOP) (White Settlement) | 9/5/2001 | | | ~~$21.88~~ | | | | | | |
| Lunch (White Settlement) (Pizza Chef) | 9/5/2001 | | | ~~$11.00~~ | | perdiem = $111.00 | | | | |
| Dinner (Fort Worth) (Lucile's LLC) | 9/5/2001 | | | ~~$30.52~~ | | | | | | |
| Gasoline for rental car (Cottondale Grocery) | 9/6/2001 | | | 52.00 | allowed | | | | | $20.00 |
| Lunch (Church's Chicken in White Settlement) | 9/6/2001 | | | ~~$4.78~~ | No receipt | | | | | |
| Dinner at Pappadeaux Seafood Kitch., FtWorth | 9/6/2001 | | | ~~$32.87~~ | | | | | | |
| Hampton Inn in White Settlement, TX | 9/5/01- | | $118.00 | 28.85 | | | | | | |
| Dollar Rental Car | 9/7/01 | | | | | | | | | $127.32 |
| Gasoline for rental car (Blue Star 200) | 9/7/2001 | | | | | | | | | $5.02 |
| Breakfast (Denny's) | 9/7/2001 | | | $4.54 | | | | | | |
| Parking meter | 9/13/2001 | $2.00 | | | | | | | | |
| Parking meter | 9/14/2001 | $2.00 | | | | | | | | |
| Development for White Settlement Mit. Photos | 9/17/2001 | | | | | | | | | $13.13 |
| Parking meter | 9/19/2001 | $2.00 | | | | | | | | |
| Jason Billam time - paralegal work (see expense attachment and breakdown attachment) | 10/6/01; 11/14/01; | | | | | | | | | 420.00 ~~$640.00~~ |
| Casey McDonald time - paralegal work (see exp attachment and breakdown attachment) | 9/26/- 10/24/01 | deducted 8hrs for training on 10/11/01 | | | | | | | | 830.00 ~~$1,030.00~~ |
| Holiday Inn Express Hotel expense | 9/25-27/01 | | $158.70 | | | | | | | |
| **PAGE 1 TOTALS:** | | **$33.00** | **$379.05** | ~~**$168.81**~~ | **0** | **0** | **0** | **0** | **0** | **$1,835.47** |
| | | ✓ | ✓ | 131.39 | | | | | | |
| | | | | | | | | | | |

Appellate Case: 15-3160 Page: 12 Date Filed: 02/29/2016 Entry ID: 4372451



OTHER EXPENSES WORKSHEET
Patrick J. Berrigan, Atty.

United States of America
v.
Keith D. Nelson

Case No.: 9-00303-01-CR-W-62
Voucher #1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rental Car | 9/27/2001 | | | | | | | | | $73.36 |
| Hotel exp. - Hilton at KCI Airport - for Daniel Foster | 10/5/2001 | | ~~$80.08~~ | | | | | | | 80.08 |
| All day parking at Courthouse | 10/9/2001 | $3.00 | | | | | | | | |
| Parking meter | 10/10/2001 | $1.00 | | | | | | | | |
| Parking meter | 10/18/2001 | $2.00 | | | | | | | | |
| Parking meter | 10/23/2001 | $3.00 | | | | | | | | |
| Parking meter | 10/25/2001 | $3.00 | | | | | | | | |
| Clothing for Keith Nelson's trial (3 receipts: Gordman's, K-Mart (2x's) | 10/26/2001 | | | | | | | | | ~~$181.36~~ |
| Shoes for Keith Nelson's trial | 10/28/2001 | | | | | | | | | ~~$10.66~~ |
| Parking meter | 10/29/2001 | $3.00 | | | | | | | | |
| Parking meter | 10/30/2001 | $1.00 | | | | | | | | |
| Parking meter | 11/1/2001 | $2.00 | | | | | | | | |
| Parking Meter | 11/7/2001 | $2.00 | | | | | | | | |
| Parking meter | 11/12/2001 | $0.25 | | | | | | | | |
| Parking meter | 11/13/2001 | $3.00 | | | | | | | | |
| Parking meter | 11/14/2001 | $2.00 | | | | | | | | |
| Parking meter | 11/15/2001 | $1.00 | | | | | | | | |
| Photos made at Sir Speedy | 11/15/2001 | | | | | | | | | $16.90 |
| ~~Hemming Def's pants for court;Seamstress rcpt~~ | ~~11/16/2001~~ | | $69.69 | | | | | | | ~~$19.90~~ |
| Parking meter | 11/19/2001 | $3.00 | | | | | | | | |
| Paralegal Work-Questionnaire Coding (by Litigation Consultants -see paralegal breakdown wrksht & invoice attchmnt)(340.1 hrs. @$25/hr.) | 11/20/2001 | | | | | | | | | $8,502.50 |
| Parking meter | 11/20/2001 | $3.00 | | | | | | | | |
| Display materials for trial | 11/23/2001 | | | | | | | | | $12.81 |
| Disposable Camera purchase for CCA photos | 11/23/2001 | | | | | | | | | ~~$5.99~~ |
| cost of photos at Wolfe/Fox Photo | 11/24/2001 | | | | | | | | | $14.91 |
| Photocopy chg of CCA photos at Kinko's | 11/25/2001 | | | | | | | | | $33.51 |
| Becky Walker-paralegal work (& exps) for in-court time during Trial-See attchmnt for brkdown | 11/26-28/01 | | | | | | | | | ~~$433.00~~ |
| Parking meter | 11/26/2001 | $3.00 | | | | | | | | |
| Parking meter | 11/27/2001 | $3.00 | | | | | | | | |
| Dinner for stranded mitigation witnesses | 11/27/2001 | | | ~~$93.76~~ | | | | | | |
| Parking meter | 11/28/2001 | $3.25 | | | | | | | | |
| **PAGE 2 TOTALS:** | | **$41.50** | ~~**$80.08**~~ | ~~**$93.76**~~ | **0** | **0** | **0** | **0** | **0** | ~~**$9,304.90**~~ |

8,734.07

**P17-0110**

OTHER EXPENSES WORKSHEET
Patrick J. Berrigan, Atty.

United States of America
v.
Keith D. Nelson

Case No.: 9-00303-01-CR-W-62
Voucher #1

| | | PARK | LODGING | Meals | | Phone | Copies | Postage | Fax | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| Sir Speedy color copies | 12/28/2001 | | | | | | | | | $20.06 |
| Tele. charges through 1/12/02 (collect calls fr. client to P. Berrigan) | 1/12/2002 | | | | | $117.34 | | | | |
| Neuropsychology Cons. Services; Consultation w/Dr. Cowen | 2/28/2001 | | | | | | | | | ~~$515.11~~ Not allowed per Judge Gaitan |
| Parking Meter | 3/11/2002 | $2.00 | | | | | | | | |
| MCI Telephone statement of 3/28/02 | 3/27/2002 | | | | | ~~$0.05~~ | | | | |
| Telephone charges | 4/11/2002 | | | | | $0.15 | | | | |
| In-house Copying Charges (4,847 pgs.) | 4/29/2002 | | | | | | $484.70 | | 76.75 | |
| Fax Cost | 5/6/2002 | | | | | | | | ~~$88.00~~ | |
| Postage Cost | 5/6/2002 | | | | | | | $68.75 | | |
| **PAGE 3 TOTALS:** | | **$2.00** | **$0.00** | **$0.00** | **0** | **117.54** | **484.7** | **68.75** | **88** | **$535.17** |
| **Grand Total Other Expenses:** | **$13,232.73** | 76.60 | 379.05 | 131.39 | | 117.49 | 484.70 | 68.75 | 76.75 | ~~4,104.71~~ 10,589.60 |

| **Mileage Expenses** | **Date** | **Miles** | **Charge** |
|---|---|---|---|
| Drive to Susan's Office | 02/21/01 | 4 | 1.38 |
| Drive to CCA for first visit (33 miles) | 02/21/01 | 33 | 11.385 |
| Drive back from CCA on first visit (33) | 02/21/01 | 33 | 11.385 |
| Drove to and from CCA for 2nd visit (65.5 miles) | 02/22/01 | 66 ~~65.5~~ | 22.632 |
| Drive to/back to office from CCA (66.2) | 03/09/01 | 66 ~~66.2~~ | 22.839 |
| Drive to Susan Hunt's Office (2.0) | 03/20/01 | 2 | 0.69 |
| Drive back from Susan Hunt's office | 03/20/01 | 2 | 0.69 |
| Drive to/back CCA (66.4 miles) | 03/21/01 | 66 ~~66.4~~ | 22.908 |
| Drive to Susan Hunt's office (2.1) | 05/21/01 | 2 ~~2.1~~ | 0.7245 |
| Drive back from Susan Hunt's office | 05/21/01 | 2 ~~2.1~~ | 0.7245 |
| Drive to CCA (35 miles) | 05/23/01 | 35 | 12.075 |
| Drive to Susan Hunt's office (37.9) | 05/23/01 | 38 ~~37.9~~ | 13.0755 |
| Drive back to office from Susan Hunt's office | 05/23/01 | 3 ~~2.9~~ | 1.0005 |
| Drive to CCA (34.5 miles) | 05/30/01 | 35 ~~34.5~~ | 11.9025 |
| Drive back home from CCA (34.5) | 05/30/01 | 35 ~~34.5~~ | 11.9025 |
| Drive to CCA (32.9 miles) | 06/12/01 | 33 ~~32.9~~ | 11.3505 |
| Drive back to office from CCA (33.2) | 06/12/01 | 33 ~~33.2~~ | 11.454 |
| Drive to CCA (33.9 miles) | 06/22/01 | 34 ~~33.9~~ | 11.6955 |
| Drive back to office from CCA (33.9) | 06/22/01 | 34 ~~33.9~~ | 11.6955 |
| Drive to Courthouse (1.7 miles) | 06/28/01 | 2 ~~1.7~~ | 0.5865 |
| Dr. to Hunt's off. for conf.call w/T. Francis(2.2m.) | 06/28/01 | 2 ~~2.2~~ | 0.759 |
| **Page 3 Total for Mileage Exp:** | | **~~558.9~~** 560 | **~~192.86~~** 193.20 |

Appellate Case: 15-3160 Page: 14 Date Filed: 02/29/2016 Entry ID: 4372451



OTHER EXPENSES WORKSHEET
Patrick J. Berrigan, Atty.

United States of America
v.
Keith D. Nelson

Case No.: 9-00303-01-CR-W-62
Voucher #1

| | | | |
|---|---|---|---|
| Drive back to office (2.1 miles) | 06/28/01 | ~~2.1~~ 2 | 0.72 |
| Drive to CCA (36 miles) | 07/03/01 | 36 | 12.42 |
| Drive back to office (32 miles) | 07/03/01 | 32 | 11.04 |
| Drive to & from CCA to visit w/Keith and S. Hunt | 07/24/01 | 62 | 21.39 |
| Drive to and from CCA to visit with Keith | 08/04/01 | 62 | 21.39 |
| Drive to CCA and back to office to see client | 09/18/01 | 62 | 21.39 |
| Drive from office to CCA (32 miles) | 09/20/01 | 32 | 11.04 |
| Drive back to office (31 miles) | 09/20/01 | 31 | 10.695 |
| Mileage to and from CCA | 10/02/01 | 62 | 21.39 |
| Mileage to and from hotel and to CCA and back to office | 10/05/01 | 82 | 28.29 |
| Mileage to and from hotel, to and from CCA & back to office | 10/06/01 | 91 | 31.395 |
| Mileage to & from hotel & to & from CCA | 10/06/01 | 71 | 24.495 |
| Mileage from off. to mit. witness home and back | 10/10/01 | 10 | 3.45 |
| Paralegal mileage for Casey McDonald (96m.) | 11/11/01-10/24/01 | 96 | 33.12 |
| Mileage to CCA and to Dillon's house and then back to office | 10/15/01 | 67 | 23.115 |
| Mileage from Clay County to Susan's office (20) | 10/16/01 | 20 | 6.9 |
| Mileage from courthouse to Elliott's office back to office | 10/18/01 | 30 | 10.35 |
| Mileage from office to Mary Smith's home and back, mitigation witness | 10/22/01 | 35 ~~35.2~~ | 12.144 |
| Mileage too and from mitigation wit. Homes | 10/23/01 | 39 ~~38.5~~ | 13.2825 |
| Drove to CCA (32.5) | 10/25/01 | 33 ~~32.5~~ | 11.2125 |
| Drove back to office from CCA | 10/25/01 | 32 | 11.04 |
| Kmart trip to buy shoes for client's trial(15.8) | 10/28/01 | X ~~15.8~~ | ~~5.451~~ |
| Trip to Leavenworth to see K. Nelson in Hospital | 10/29/01 | 62 | 21.39 |
| Trip to Leavenworth to see K. Nelson in Hospital (trip # 2) | 10/29/01 | 62 | 21.39 |
| Trip to Leavenworth to see Def in Hosp(62) | 10/30/01 | 62 | 21.39 |
| Drive to CCA and back (62) | 11/03/01 | 62 | 21.39 |
| Drive to CCA and back (62) | 11/09/01 | 62 | 21.39 |
| Drive to mitigation witness home in KC, KS (17) | 11/11/01 | 17 | 5.865 |
| | | | |
| **Page 4 Total for Mileage Exp.:** | | ~~**1329.1**~~ 1314 | ~~**458.54**~~ 479.61 |

Appellate Case: 15-3160 Page: 15 Date Filed: 02/29/2016 Entry ID: 4372451



OTHER EXPENSES WORKSHEET
Patrick J. Berrigan, Atty.

United States of America
v.
Keith D. Nelson

Case No.: 9-00303-01-CR-W-62
Voucher #1

| | | | | |
|---|---|---|---|---|
| Drive to Indep. To interview Mit. Wit. | 11/12/01 | 34 | 11.73 | |
| Paralegal Mileage for Jason Billam | 11/14/01-11/27/01 | ~~98~~ | ~~$33.82~~ | duplicated on detailed sheet pg 3, + included below at "☆" & disallowed |
| To CCA and back to office (62) | 11/16/01 | 62 | 21.39 | |
| Mileage to Mitigation Witness home | 11/23/01 | 37 ~~36.7~~ | 12.6615 | |
| Video Pro, Overland Park, KS (17.5) - to fix videotape of mit. wit. | 11/23/01 | 18 ~~17.5~~ | 6.0375 | |
| To CCA from Video Pro | 11/23/01 | 34 ~~34.1~~ | 11.7645 | |
| Drive back to office from CCA | 11/23/01 | 31 ~~31.1~~ | 10.7295 | |
| Drove to Kerri Dillion's for interview | 11/25/01 | 12 ~~12.1~~ | 4.1745 | |
| Paralegal Mileage for Becky Walker (15) | 11/26/01-11/28/01 | ~~15~~ | ~~5.175~~ | " " " " " " " |
| To CCA and back (62) | 12/01/01 | 62 | 21.39 | |
| To CCA and back (63) | 12/18/01 | 63 | $21.74 | |
| To CCA and back (62) 36½¢ | 02/06/02 | 62 | 22.63 | |
| Paralegal mileage (see pg. 3 of Paralegal Breakdown Worksheet (209 miles) | 10/11/01-11/28/01 | ~~209~~ | ~~$72.11~~ | ☆ |
| **Page 5 Total for Mileage Exp.:** | | ~~**736.5**~~ | ~~**255.35**~~ | |
| **Total Mileage Expenses** | | 415. | ~~**$906.74**~~ | |
| | | | | |
| **GRAND TOTAL FOR OTHER EXPENSES/MILEAGE EXP:** | **$14,139.47** | 62 @ 36.5 = 22.63 | | |

353 @ 34.5 = 121.79
144.42

Total Mileage Exp: $ 817.23

Appellate Case: 15-3160 Page: 16 Date Filed: 02/29/2016 Entry ID: 4372451



Paralegal Breakdown Worksheet

United States of America
v.
Keith D. Nelson

Case No.: 99-00303-01-CR-W-62
Attachment to Other Expenses Worksheet

| Description | Date | Start | End | Hours | Min./Tenths | Totals |
|---|---|---|---|---|---|---|
| | | | | | | |
| Nelson coding hours for Jason B. Billam -paralegal work (see attachment) | 9/26/01 - 10/6/01 | | | 13 | 0.3 | $332.50 |
| Nelson Questionnaire work & filing doc.;Lawrence quest. training (Casey McDonald - paralegal work - see attachment) | 9/26/01 - 10/24/01 | less day training in Lawrence 10/11/01 | | 41 | 0.2 | $1,030.00 |
| Conf. w/P. Berrigan, Keith Nelson, & S. Hunt re preemptive strikes & prospective jurors (Jason Billam) | 11/14/2001 | 9:00am | 12:30pm | 3 | 0.5 | $87.50 |
| Questionnaire Coding (Litigation Consultants - paralegal wk - see attchmt) | 11/20/2001 | | | 340 | 0.1 | $8,502.50 |
| Becky Walker (paralegal): At Courthouse instructing mit. wit's as they arrive for ctroom entry & making sure all proper forms for reimbursement are filled out & turned into US Marshall's office | 11/26/2001 | 9:00am | 11:00am | 2 | | ~~$50.00~~ |
| Becky Walker (paralegal): at Cthouse instructing mit. wit's as they arrive for ctroom entry & making sure all proper forms for reimbursement are filled out & turned into US Marshall's off.; met w/Berrigan at court breaks for further instrs. re case & a motion | 11/26/2001 | 2:00pm | 4:00pm | 2 | | ~~$50.00~~ |
| **Page 1 Totals** | | | | **401** | **1.1** | **$10,052.50** |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Appellate Case: 15-3160 Page: 17 Date Filed: 02/29/2016 Entry ID: 4372451

Paralegal Breakdown Worksheet

United States of America
v.
Keith D. Nelson

Case No.: 99-00303-01-CR-W-62
Attachment to Other Expenses Worksheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Drove to airport to p/u mit. wit.; help-ed organize mit. witnesses; met w/ Marshall's off.; drove Dr. Cunningham to airport; shuttled TX stranded wits to their hotel (Holiday Inn)(Jason Billam) | 11/27/2001 | 10:15am | 7:00pm | 8 | 0.8 | ~~$220.00~~ |
| Becky Walker (paralegal): at Cthse instructing mit. wit's & hav-ing them fill out pmt. forms for P.Berrigan; tak-ing pmt forms to US Marshall's off. for reimburse-ment; making flight arrg. w/ US Marshall's off.; brief mtgs w/ P. Berrigan during breaks for instrs | 11/27/2001 | 9:00am | 12:00pm | 3 | | ~~$75.00~~ |
| Becky Walker (paralegal): shuttling mit. wit's to lunch & bk to cthouse (along w/J. Billam) | 11/27/2001 | 12:00pm | 1:00pm | 1 | | ~~$25.00~~ |
| Becky Walker (paralegal): cont'g w/ mit. wit's at cthse w/instrs; having them fill out reimbursement forms & deliver to US Marshall's off.; winter storm shut down flights for Tx wit's - made hotel arrgmts. & next day fl. arrgs from US Marshall's off. | 11/27/2001 | 1:00pm | 6:20pm | 5 | 0.3 | ~~$132.50~~ |
| Becky Walker (paralegal): Arr'd at Cthouse; mtg. mit. witness & making sure reimbursement forms for US Marshall's off. are filled out; instruct wit. of ctroom entry; made sure they rec'd reimbursements from US Marshall's off.; chk'd yesterday mit. wit's. had no flight problems; brief mtg. w/P. Berrigan at break for instrs | 11/28/2001 | 10:00am | 12:00pm | 2 | | ~~$50.00~~ |
| Becky Walker (paralegal): Met Dr. Cunningham & p/up lunch for him, gave instructions for ctroom entry; heard verdict & left for off. | 11/28/2001 | 1:00pm | 2:35pm | 1 | 0.6 | ~~$40.00~~ |
| | | | | 20 | 1.7 | ~~$542.50~~ |
| Grand Billable time @$25/hr. | **$10,595.00** | | | | | |

Paralegal Breakdown Worksheet

United States of America
v.
Keith D. Nelson

Case No.: 99-00303-01-CR-W-62
Attachment to Other Expenses Worksheet

| **Mileage and Parking Expenses:** | | **Miles** | **Amt.** | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| To Lawrence for quest. Training (Casey McDonald) | 10/11/2001 | 90 | $31.05 | | | |
| To Fed court to file doc. (Casey McDonald) | 10/15/2001 | 3 | $1.04 | | | |
| To retrieve subpoenas (Casey McDonald) | 10/24/2001 | 3 | $1.04 | | | |
| From office to cthouse and back (Jason Billam) | 11/14/2001 | 3 | $1.04 | | | |
| From office to courthouse and back (Becky Walker) | 11/26/2001 | 3 | $1.04 | | | |
| Parking Meter (Becky Walker) | 11/26/2001 | | $3.00 | | | |
| From off. to airport & back to courthouse (Jason Billam) | 11/27/2001 | 46 | $15.87 | | | |
| From Cthouse to Holiday Inn to Office (Jason Billam) | 11/27/2001 | 3 | $1.04 | | | |
| Shuttled Cunningham from KCI to Courthouse and back (J. Billam) | 11/27/2001 | 46 | $15.87 | | | |
| From office to courthouse & back (Becky Walker) | 11/27/2001 | 3 | $1.04 | | | |
| From Courthouse to Gates BBQ and McDonalds and back - Mit. witnesses/lunch (Becky Walker) | 11/27/2001 | 3 | $1.04 | | | |
| Parking Meter (Becky Walker) | 11/27/2001 | | $4.50 | | | |
| From office to cthouse & back (Becky Walker) | 11/28/2001 | 3 | $1.04 | | | |
| From Cthouse to Gates & back to p/u Witness, Dr. Cunningham's lunch (Becky Walker) | 11/28/2001 | 3 | $1.04 | | | |
| Parking Meter (Becky Walker) | 11/28/2001 | | $3.00 | | | |
| | | | | | | |
| **Grand Mileage and Parking Exp.** | | **209** | **$82.65** | | | |
| **Grand Time** | | | **$10,595.00** | | | |
| **Grand Total (Inserted in Other Expenses Worksheet):** | | | **$10,677.65** | | | |