No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 16A**

---

*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public
Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 16
# Part A

Appellate Case: 15-3160 Page: 3 Date Filed: 02/29/2016 Entry ID: 4372456



# 2001

# WEEK-IN-VIEW PLANNING CALENDAR

Weekly Calendar

International Holidays

4-Year Overview

DAY RUNNER®

CLERK U.S.DISTRICT COURT
Exhibits:
P 17B
Case No. 4:04-CV-08005-FJG

© 1995 Day Runner, Inc. All Rights Reserved. ® Registered Trademark of Day Runner, Inc. 71300-01

PRIORITY THIS WEEK
WEEK 1

P17B-0002

## 1 MONDAY 1/364

SCHEDULE | RECORD | NEW YEAR'S DAY | ✓

7
8
9
10
11
12
1
2
3
4
5
6

## 2 TUESDAY 2/363

7
8
9
10
11
12
1
2
3
4
5
6

## 3 WEDNESDAY 3/362

7
8 8:50 am – 11:30am and 1:50pm – 4:30pm Reading Discovery in Angela Johnson.
9
10
11
12
1
2
3
4
5
6



Order No. 491-285-01

## 4 THURSDAY 4/361

SCHEDULE | RECORD

8:15 am Appt. at Cardiovascular Consultants

11:30 am – 1:00 pm LUNCH w/ Jack Albreight

## 5 FRIDAY 5/360

10 AM CCA Visit w/ Hector Daniel Vasquez Torrez, Plutarco Tello + Luis Padillo – Moreno

2:30pm Meeting w/ Chuck + Jason at Sean O'Brien's office res Jim Johnson

## 6 SATURDAY 6/359

EPIPHANY

## 7 SUNDAY 7/358



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

P17B-0004

# 8 JANUARY 2001

## 8 MONDAY 8/357

SCHEDULE | RECORD

① 1:30pm CRAIG RIDER pretrial w/ J. Lungstrom.
② 2pm Tel. Conf. w/ PAUL KREUTZER
6:30pm BOY SCOUTS

Chuck will call this afternoon re: Tina Johnson

## 9 TUESDAY 9/356

9AM Call Chuck Gordon 460-2538

## 10 WEDNESDAY 10/355

Appellate Case: 15-3160 Page: 6 Date Filed: 02/29/2016 Entry ID: 4372456

P17B-0005

| JAN S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

| FEB S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | | | |

# JANUARY 14
2 0 0 1

## 11 THURSDAY 11/354

SCHEDULE | RECORD

9AM ORAL ARGUMENT MO. CT. of APPEALS : JOE MORELAND

Paul Kreutzer to call from Potosi

3pm Meeting w/ Jim Johnson defense team.

5pm DRIVE TO CEDAR RAPIDS re: ANGELA JOHNSON

## 12 FRIDAY 12/353

TRIP TO CEDAR RAPIDS re: ANGELA JOHNSON

## 13 SATURDAY 13/352

10 AM Craig Rider tel. conf.

## 14 SUNDAY 14/351

1:05pm – 4:40pm Jim Johnson Cert. Pet. Research (3.6 hrs.)

© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 3

P17B-0006

## 15 MONDAY 15/350

SCHEDULE | RECORD

MARTIN LUTHER KING, JR. DAY—U.S.A.
COMING OF AGE DAY—JAPAN

7
8
9
10
11
12
1
2
3 3:30pm JAN THOMPSON off. appt.
4
5
6

## 16 TUESDAY 16/349

7
8 9AM Thai Pham depos all day. (Dale Close's office).
9
10 10Am Dr. Hawtter | 454-1212
11
12
1
2
3
4
5
6 6pm CALL CRAIG RIDER tonight! # 863-646-5406.

## 17 WEDNESDAY 17/348

7
8
9
10
11
12
1
2
3
4
5
6



Order No. 491-285-01

## 18 THURSDAY 18/347

SCHEDULE | RECORD

10 — 10:30am Gordon Martin pretrial hrg.

## 19 FRIDAY 19/346

7 — JOHN SEXTON'S APPELLATE BRIEF due in 8th CIRCUIT today!

10 — 10AM Meet w/ Al Willet + Tom Frerichs in Bob Riggs' off. at Drake Univ. law School in Des Moines, Iowa

## 20 SATURDAY 20/345

10:05am – 1:35pm Jim Johnson Record for Cert. Pet.

2pm Deanna Field's wedding @ Metropolitan Church at Linwood near Prospect.

## 21 SUNDAY 21/344



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

# 22 JANUARY 2001

Call Tom Barker for lunch this week 985-296-4411

PRIORITY THIS WEEK

WEEK 4

## 22 MONDAY 22/343

SCHEDULE | RECORD

8:15am Call Dr. Kiburz re: Angela Brown
660-826-5890

ST. LOUIS TRIP ! re: Chris Simmons

## 23 TUESDAY 23/342

8:30am See Dr. Giorgi at St. Luke's Northland
I-29 & Barry Rd. east
Take left at Lt.
Barry Medical Plaza
Suite 230

Lunch w/ Mike # 421-5301

2pm JAN THOMPSON off. visit.

## 24 WEDNESDAY 24/341

JAN THOMPSON RSI response due today!!



Order No. 491-285-01

**25** THURSDAY 25/340

SCHEDULE | RECORD

7 8 9 10 11 12 1 2 3 4 5 6

**26** FRIDAY 26/339

AUSTRALIA DAY

8 BRIEFS due in Angela Johnson case today:
9 re: Atty-Client Conflict, Proc. for 1/30 hrg.

5 6pm Cocktails 7pm Dinner for MACDL Bd. Members at
6 J.B. Hook's on Business 54.

**27** SATURDAY 27/338

7 9AM MACDL Meeting at Holiday Inn Sun-Spree Resort
120 Holiday Lane (at Bus. 54)
LAKE OZARK, MO.

12 6

**28** SUNDAY 28/337

7 12 6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

# 29 JANUARY 2001

Call Tom Bartee
#785-296-4411

PRIORITY THIS WEEK
WEEK 5

P17B-0010

## 29 MONDAY 29/336

SCHEDULE RECORD

CRAIG RIDER MOTIONS due today!

1:30pm Luis Padillo — Look at evidence at US Atty's office

## 30 TUESDAY 30/335

1pm Rule 26 Meeting at Roy True's office re: D.J. Coyle

1:30pm HRG. in Cedar Rapids Re.: Angie Johnson.

## 31 WEDNESDAY 31/334

9:20 am PTC Luis-Padilla-Moreno J. Heyer

3pm CARDIOVASCULAR CONSULTANTS HOME EXERCISE appt.
(ANNA or NATALIE @ 303-3344) $150.-



Order No. 491-285-01

## 1 THURSDAY 32/333

SCHEDULE | RECORD ✓

7
8
9:30 am Tel call from Chris Simmons — then call Jessica at Rikki Lake Show at 9:45am collect 212-929-8495.
1
12
1
2
3 Ernie + Linda Berube — off. appt. #943-1003
4
5
6

## 2 FRIDAY 33/332

7
8
9
10
11
12
1
2
3
4
5
6

## 3 SATURDAY 34/331

7
12
6

## 4 SUNDAY 35/330

7
12
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

# 5 FEBRUARY 2001

PRIORITY THIS WEEK
WEEK 6

**P17B-0012**

## 5 MONDAY 36/329

SCHEDULE | RECORD

9AM Div. 9 (J. Moorehouse) Meeting on Cont. App. in James Johnson case.

11AM off. appt. w/ Joe Moretina (H# 734-9002, cell# 913-473-4083)

12:30pm Meet Tom Bartee for lunch at the FREE STATE Brewery, 600 blk Mass Ave. east.

3pm Meeting w/ the Gordon Martin defense team -5pm

7pm Boy Scouts.

## 6 TUESDAY 37/328

9AM Mellissa Hazlett depo
10:30am Heather Mills depo
} State v. Berube } Rescheduled to 2/13/01

6:30pm Joe's Soccer game

## 7 WEDNESDAY 38/327

11:30am CCA Luis Padillo + Hector Daniel Vasquez-Torres



Order No. 491-285-01

## 8 THURSDAY 39/326

SCHEDULE | RECORD ✓

7
8
9
10
11
12
1 1:30pm US Atty's office re: Luis Padillo discovery
2
3 3pm Div. 15 ERNIE BERUBE hrg.
4
5
6

## 9 FRIDAY 40/325

7
8
9 9:30am Call Katherine Connolly - go to US Atty's off. #426-4339.
10
11
12 Lunch w/ Chuck Gordon
1
2
3
4
5
6

## 10 SATURDAY 41/324

7
12
6

## 11 SUNDAY 42/323

7
12
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

P17B-0014

# 12 FEBRUARY 2001

## 12 MONDAY 43/322

SCHEDULE | RECORD | NATIONAL FOUNDATION DAY—JAPAN

11AM DR. GIORGI aft. appt. in Northland St. Luke's #587-2500

1:30pm CRAIG RIDER PTH J. Lungstrom Rm. #427 KC, KS Fed. ct.

## 13 TUESDAY 44/321

IOWA TRIP TODAY

9AM Mellissa Hazlett depo 10AM → Heather Mills depo

10AM Drive to Des Moines, Iowa re: Angela Johnson

2pm Meet Al Willett + Bob Riggs at Drake Law School.

## 14 WEDNESDAY 45/320

VALENTINE'S DAY

9AM See Angela Johnson in Linn Cty. Jail

Drive back to KC, Mo.



Order No. 491-285-01

FEB S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

MAR S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

## 15 THURSDAY 46/319

SCHEDULE RECORD

9AM → Meet Hector Daniel Vasquez-Torrez at Jail (Fed. Cthouse).

GORDON MARTIS INVESTIGATION

w/ Beverly Marchbank

4pm Felix Pacheco off. appt. #931-8416

## 16 FRIDAY 47/318

10:30am GORDON MARTIS pretrial hrg.

VISIT LUIS PADILLA-MORENO in CCA!

11:45 AM LUNCH w/ JIM SPECK at Sharazz.

1:30pm – 4:30pm Meet w/ KATHY about Jamie Johnson

Call Ernie Beruke to confirm Sat appt. #943-1003

## 17 SATURDAY 48/317

10AM Meet w/ Ernie Beruke to practice testimony

7:30pm Joe's Soccer

DINNER w/ TORRENCES.

## 18 SUNDAY 49/316

All day + night on Jim Johnson's Reply Brief in U.S. Sup. Ct.



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 8

P17B-0016

## 19 MONDAY 50/315

SCHEDULE | RECORD | PRESIDENTS' DAY—U.S.A. ✓

10AM Meet Susan Hunt at Scarritt Arcade Bldg. 1st Floor

6pm Meet at McDonald's in Cameron w/ Jamie Johnson (w-Robin)

7pm Boy Scouts

## 20 TUESDAY 51/314

8AM CCA Visit w/ Keith Nelson

1:30pm Meeting w/ Bev Marchbank

6:30pm Joe's soccer game

## 21 WEDNESDAY 52/313

10AM Meet Jamie Johnson at Office

LUNCH w/ TOM BARTEE (he'll call)

1pm Call Dr. Sheldon Marguilies for telephone conf. Re: Jamie Johnson.



Order No. 491-285-01

## 22 THURSDAY 53/312

SCHEDULE — RECORD ✓

GORDON MARTIN MIT. INVESTIGATION

12 NOON LUNCH w/ TOM BARTEE w/ BEV MARCHBANK

2:30pm Tel. Call w/ Dr. Sheldon Margolis

## 23 FRIDAY 54/311

1 1:30pm J. Hay's Venue Arguments in KEITH NELSON case.

Wolf Tones Concert w/ DAN + MARA HERRINGTON

## 24 SATURDAY 55/310

9:15am – 11:30am and 1:15pm – 4:30 pm
Nelson Discovery pp. 00286 – 00712 and autopsy + gj test. of G. Calhoun

## 25 SUNDAY 56/309

1:40pm – 5:05pm Nelson Discovery pp. 010973 – 011198



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 9

P17B-0018

## 26 MONDAY 57/308

SCHEDULE | RECORD

7
8
9
10
11
12
1 1:30pm Physical Examination of Jamie Johnson at Dr. Marguilies office (Wash., D.C.)
2
3
4
5
6

## 27 TUESDAY 58/307

7
8
9
10 10AM Depo of Dr. Sheldon Marguilies re: Jamie Johnson case
11
12
1
2
3
4
5
6

## 28 WEDNESDAY 59/306

ASH WEDNESDAY

7
8
9
10
11 9:30am – 11:45am
12 and
1 1:35pm – 2:50pm } Reading Nelson Discovery pp. 03264 – 03763
2
3 and 7:50pm – 10pm
4
5
6



Order No. 491-285-01

1 THURSDAY 60/305

SCHEDULE | RECORD

7
8
9 9:50am – NOON and 1:30pm – 5:15pm
10
11 Reading Nelson discovery — OLD PRISON RECORDS pp. 03044–03263 and 10452–10762
12
1
2
3
4
5
6

2 FRIDAY 61/304

7
8 LIFE IN THE
9
10
11
12 BALANCE
1
2
3
4
5 ALBERQUERKE, N.M
6

3 SATURDAY 62/303

7
12
6

4 SUNDAY 63/302

7
12
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 10

**P17B-0020**

## 5 MONDAY 64/301

SCHEDULE | RECORD ✓

LIFE IN THE BALANCE (CONT.)

## 6 TUESDAY 65/300

(9) 9:20 am LUIS PADILLA PTH — J. HAYS.

## 7 WEDNESDAY 66/299

(7) 7 AM Meet DAN REID in your office re: depo prep.

(10) CCA Visits: Luis Padilla, Hector Daniel Vasquez-Torrez & Keith Nelson

(4) 4pm Meet w/ Dr Logan + Kathy H. @ Logan's office

8pm Jan Thompson re: JAMIE JOHNSON off. visit.

Appellate Case: 15-3160 Page: 22 Date Filed: 02/29/2016 Entry ID: 4372456

## 8 THURSDAY 67/298

SCHEDULE | RECORD

7
8
9
10 10AM Depo of DAN REID
11
12
1
2 2:30pm JAN THOMPSON sentencing — J. Fenner
3
4
5
6

## 9 FRIDAY 68/297

7
8
9 9AM CCA Visits w/ Keith Nelson, Luis Padilla + Hector Daniel Vasquez-Torrez
10
11
12
1
2
3
4pm James Lovell collect call.
5
6

## 10 SATURDAY 69/296

7
12
6 6pm Blue + Gold Banquet @ St. Ann's PARRISH HALL

## 11 SUNDAY 70/295

7
12 1:00pm – 5:15pm Reading Nelson discovery: pp. 011199 – 011815 Keith's MDC records
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

12 MARCH 2001

PRIORITY THIS WEEK
WEEK 11

**P17B-0022**

Call Beverly Marchbank # 289-4422

## 12 MONDAY 71/294

SCHEDULE | RECORD ✓

9:15 am - 10:15 am Reading Nelson discovery - Birth Records of KN pp. 009001 - 009125

(2) 2pm - 4pm Nurse Jenny Beerman Deposition. re: Jamie Johnson

7pm Boy Scouts

## 13 TUESDAY 72/293

(10) 10 am Depo of Jenny Beeman # re: JAMIE JOHNSON.

(3) 3pm Meeting w/ Bev Marchbank re: Gordon Martin

## 14 WEDNESDAY 73/292

9:30 am - 11:30 am and 2:05pm - 4pm Nelson Discovery pp. 010000 - 010358, and 010763-010814



Order No. 491-285-01

## 15 THURSDAY 74/291

SCHEDULE | RECORD

9AM PTC GORDON MARTIS

TRIP TO CEDAR RAPIDS TONITE to see ANGELA JOHNSON.

## 16 FRIDAY 75/290

8:30am JAIL VISIT w/ ANGELA JOHNSON

5pm The Quaffe – Steve Willibey's going away party.

## 17 SATURDAY 76/289

ST. PATRICK'S DAY

9:45am Meet w/ Tom Bath re: Gordon Martis

1:30 – 4:15 Nelson Discovery, pp. 713 – 1500.

## 18 SUNDAY 77/288

2 - 5pm Reading Nelson discovery, 1501 – 1926.



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 12

P17B-0024

## 19 MONDAY 78/287

SCHEDULE | RECORD | ST. JOSEPH'S DAY—SPAIN

9AM Div. 10 Felix Pacheco for special setting
10AM Alfredo Avitia off. apt.
11AM See DR. LOGAN in his office re: JAMIE JOHNSON

OFF THIS AFTERNOON.

## 20 TUESDAY 79/286

FIRST DAY OF SPRING
VERNAL EQUINOX—JAPAN (TENTATIVE)

7:30am Meet Bronwyn Werner in your office!
9AM Depo of Dr. Wm. Logan at his office re: Jamie Johnson.

2pm Meeting w/ Nick Tomisic, Mary ann Stlattery, + Sherry Lidtke re: Gordon Martin
Tom's B-DAY
3:30pm Meet w/ Jesse for trial prep. session: Israel Zamora.

## 21 WEDNESDAY 80/285

8AM CCA Trip – see
10AM Alfredo Avitia Muni Ct. 'D' 10AM (fee = $800.–)



Order No. 491-285-01