No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 16B**

---

*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 16
# Part B

MAR S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

APR S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

P17B-0025

MARCH 25
2 0 0 1

## 22 THURSDAY 81/284

SCHEDULE — RECORD ✓

9AM Luis Padilla-Moreno guilty plea

OFF THIS AFTERNOON.

## 23 FRIDAY 82/283

10:30am GORDON MARTIS pretrial conf.

~~Lunch w/ Chuck — Shirazz 11:45AM~~

OFF THIS AFTERNOON.

## 24 SATURDAY 83/282

7:30am Meeting in Tom BATH's office — bring entire file, esp. photos re: Gordon Martis

## 25 SUNDAY 84/281

MOTHERING SUNDAY—U.K.

12:50pm – 2:10pm and 3-5pm, Nelson Discovery pp. 2010 – 2515

Appellate Case: 15-3160 Page: 3 Date Filed: 02/29/2016 Entry ID: 4372456

© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

P17B-0026

# 26 MARCH 2001

PRIORITY THIS WEEK
WEEK 13

## 26 MONDAY 85/280

SCHEDULE | RECORD | ✓

7
8
9
10 10AM Meeting w/ Chuck, Sean O'Brien + Johnathan (law student)
re: Jim Johnson
11
12
1
2
3
4
5
6
7pm Boy Scouts

## 27 TUESDAY 86/279

7
8
9
10
11
12
1
2
3
4
5
6

## 28 WEDNESDAY 87/278

7
8
9
10
11
12
1
2 2pm Call from Paul Kreutzer.
3
4
5
6



Order No. 491-285-01

## 29 THURSDAY 88/277

SCHEDULE | RECORD

7
8
9
10
11
12
1
2
3
4 4:30pm Robin Johnson off. appt. #471-0407
5 H# 353-4814
6

## 30 FRIDAY 89/276

7
8
9
10
11
12
1
2
3 3:30pm MRS. FITZMORRIS off. appt w/ Russ
4 medical malpractice case — baby boy.
5
6 4:30pm DAN REID office appt.

## 31 SATURDAY 90/275

7
12
6

## 1 SUNDAY 91/274

DAYLIGHT SAVING TIME BEGINS

7
12
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

P17B-0028

# 2 APRIL 2001

PRIORITY THIS WEEK

WEEK 14

## 2 MONDAY 92/273

SCHEDULE | RECORD

JAMIE JOHNSON TRIAL/DEPO PREP
IN WASH., D.C.

Jennifer in DC too there

## 3 TUESDAY 93/272

10AM Depo of Dr. Rosenthal in WASH., D.C. re: Jamie Johnson

## 4 WEDNESDAY 94/271

7:30am DAN REID # off. appt.

2pm Meet w/ DR. Thomas Young re: Pham autopsy.

3pm Meet Beverly Marchbank in your office re: GORDON MARTIN

↓ ↓ ↓

## 5 THURSDAY 95/270

SCHEDULE

RECORD

9AM Depo of DAN REID in our office

1pm GORDON MARTIN pretrial.

## 6 FRIDAY 96/269

St. Louis Trip to Potosi

## 7 SATURDAY 97/268

PASSOVER, BEGINS AT SUNSET—JEWISH

## 8 SUNDAY 98/267

11AM Meet Johnathan Wilmoth re: Angela Johnson



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 15

P17B-0030

## 9 MONDAY 99/266

SCHEDULE | RECORD

GORDON MARTIS TRIAL PREP.

12 Lunch w/ Mike Wallis

2 Juv. Hrg./Trial Israel Zamora w/ Jesse

TRIAL - J. Williamson

## 10 TUESDAY 100/265

7:30AM Take Honda to Leesburg

PAUL KREUTZER CERT. PETITION DUE TODAY!

9AM Paul Kreutzer

10AM Lisa Dahl Tel. call. Off. Apt.

11AM - 1pm Bev Marchbank off. appt.

## 11 WEDNESDAY 101/264

9AM Meeting w/ Steve Rapp et al in Cedar Rapids, Iowa



Order No. 491-285-01

12 THURSDAY 102/263

SCHEDULE RECORD MAUNDY THURSDAY

CEDAR RAPIDS TRIP RE:

MESSIAH HRG. : ANGELA JOHNSON

13 FRIDAY

GOOD

14 SATURDAY 104/261

2pm Bev. Marchbank meeting

15 SUNDAY 105/260

EASTER

EASTER SUNDAY.

~~5pm~~ Meet w/ Beverly at office.



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

# 16 APRIL 2001

PRIORITY THIS WEEK
WEEK 16

P17B-0032

## 16 MONDAY 106/259

SCHEDULE | RECORD | EASTER MONDAY

TRIAL PREP. WEEK:

9AM PTH GORDON MARTIS Div. 4

2pm Tel. call from James Lavell

3pm Meeting at office w/Rachelle, Jesse, DAN GROTHAUS, WENDY HICKY.

## 17 TUESDAY 107/258

GORDON MARTIS TRIAL

## 18 WEDNESDAY 108/257



Order No. 491-285-01

## 19 THURSDAY 109/256

SCHEDULE | RECORD

7
8
9
10 GORDON MARTIS
11
12
1
2 TRIAL PREP.
3
4
5
6

## 20 FRIDAY 110/255

7
8
9
10
11
12
1
2
3 3pm tel Conf. w/ DR. CUNNINGHAM
4
5
6

## 21 SATURDAY 111/254

7
10AM Lisa Dahl + Tom Bartl
12
6

## 22 SUNDAY 112/253

7
12
1pm Karla Martis coming w/ family
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

# 23 APRIL 2001

PRIORITY THIS WEEK
WEEK 17

P17B-0034

## 23 MONDAY 113/252

SCHEDULE | RECORD ✓

7
8
9
10
11
12
1
2 GORDON MARTIS
3
4
5
6

## 24 TUESDAY 114/251

7
8 TRIAL
9
10
11
12
1
2
3
4
5
6

## 25 WEDNESDAY 115/250

SECRETARIES DAY
ANZAC DAY—AUSTRALIA
LIBERATION DAY—ITALY
PORTUGAL'S DAY—PORTUGAL

7
8
9
10
11
12
1
2
3
4
5
6



Order No. 491-285-01

26 THURSDAY 116/249

SCHEDULE | RECORD

7
8
9
10
11
12
1
2
3
4
5
6

GORDON

MARTIS

27 FRIDAY 117/248

7
8
9
10
11
12
1
2
3
4
5
6

TRIAL

28 SATURDAY 118/247

7
12
6

29 SUNDAY 119/246

7
12
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 18

P17B-0036

## 30 MONDAY 120/245

SCHEDULE | RECORD | GREENERY DAY—JAPAN ✓

7
8
9
10
11 GORDON MARTIS
12
1
2
3
4
5
6 6:00pm Meet Carla Martis and Monica —— at your office.

## 1 TUESDAY 121/244

LABOR DAY—FRANCE, GERMANY, ITALY, PORTUGAL, SPAIN

7
8
9
10
11
12
1
2
3
4
5
6 7pm Boy Scout Committee Meeting

## 2 WEDNESDAY 122/243

7
8
9
10
11
12
1
2
3
4
5
6



Order No. 491-285-01

## 3 THURSDAY 123/242

SCHEDULE | RECORD | CONSTITUTION DAY—JAPAN

7
8
9
10
11 TRIAL
12
1
2
3
4
5
6

## 4 FRIDAY 124/241

PEOPLE'S DAY—JAPAN

7
8
9
10
11
12
1
2
3
4
5
6

## 5 SATURDAY 125/240

CHILDREN'S DAY—JAPAN

CINCO DE MAYO—MEXICO

7
12
6

## 6 SUNDAY 126/239

7
12
6

Appellate Case: 15-3160 Page: 15 Date Filed: 02/29/2016 Entry ID: 4372456

© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 19

**P17B-0038**

## 7 MONDAY 127/238

SCHEDULE | RECORD | MAY BANK HOLIDAY—U.K. ✓

7
8
9
10
11
12
1
2
3
4
5
6

GORDON MARTIS

## 8 TUESDAY 128/237

LIBERATION DAY—FRANCE

7
8
9
10
11
12
1
2
3
4
5
6

## 9 WEDNESDAY 129/236

7
8
9
10
11
12
1
2
3
4
5
6

Appellate Case: 15-3160 Page: 16 Date Filed: 02/29/2016 Entry ID: 4372456

| MAY | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

| JUN | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| S | M | T | W | T | F | S |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

# MAY 13 2001

## 10 THURSDAY 130/235

SCHEDULE | RECORD ✓

TRIAL

## 11 FRIDAY 131/234

8 MORELAND - MAIL APPLICATION FOR TRANSFER TO MO. SC TODAY!

10 10AM Meet w/ Vic Peters + Gary Collins re: Dewberry v. NETCO.

## 12 SATURDAY 132/233

12 11 AM – 3:15 pm GORDON MARTIN New Trial Motion — at office.

## 13 SUNDAY 133/232

MOTHER'S DAY

© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 20

**P17B-0040**

14 MONDAY 134/231

SCHEDULE | RECORD

CLARENCE DARROW DEATH PENALTY COLLEGE in ANN ARBOR, MICHIGAN

(11) 11AM Off. appt. w/ Dr. Giorgi (Barry Rd. office). #587-2500

15 TUESDAY 135/230

@ U. of MICHIGAN LAW SCHOOL

MORELAND - APPLICATION FOR TRANSFER TO MO SC DUE TODAY!

16 WEDNESDAY 136/229



Order No. 491-285-01

P17B-0041

| MAY | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| | 27 | 28 | 29 | 30 | 31 | | |

| JUN | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 2 |
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## 17 THURSDAY 137/228

SCHEDULE

RECORD

✓

7
8
9
10
11
12
1
2
3
4
5
6

## 18 FRIDAY 138/227

7
8
9 ① 9:30am Meet w/ Al Willett, Bob Rigg + Dean Stowers re:
10 Angela Johnson brief — at Drake Legal Clinic in Des Moines
11
12
1
2
3
4
5
6

## 19 SATURDAY 139/226

ARMED FORCES DAY—U.S.A.

7
12
6

## 20 SUNDAY 140/225

7
12
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 21

**P17B-0042**

21 MONDAY 141/224

SCHEDULE | RECORD | VICTORIA DAY—CANADA

10AM Meet Susan Hunt at her office.

3:30pm Off. appt. w/ mother of Jose Orama-Tabares

4:30pm Alfredo Avitia off. appt.

8pm Meet Rachelle's family at 620 NW Barnes, KCMO. (Village of Oakwood)

22 TUESDAY 142/223

9AM Platte Cty. Circuit Court – Div 4 – J. Van Amburg
State v. Rachelle Hernandez

1:30pm Sabrina Collins – law student applicant interview

3pm–5pm Reading Nelson mit. materials sent by Tena Francis

23 WEDNESDAY 143/222

8AM CCA Visit w/ Hector-Daniel Vasquez-Torres

11am Athena Cary Law Student Interview *

2pm Andrew Barker, law Student Interview.

Appellate Case: 15-3160 Page: 20 Date Filed: 02/29/2016 Entry ID: 4372456

| MAY | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| | 27 | 28 | 29 | 30 | 31 | | |

| JUN | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 2 |
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## 24 THURSDAY 144/221

SCHEDULE — RECORD — ASCENSION DAY ✓

8AM Meet D.J. COYLE at his office.

9AM Depo of DR. FREIDLANDER re: Pham

11:30 Nimpha's Lunch w/ Tom Bath + Jason

1pm James Barrett invest. in Indep.

4pm Joe Martina off. appt. 734-9002

## 25 FRIDAY 145/220

9AM KREUTZER CERT. PETITION due

↳ Bill Logan Depo re: Jamie Johnson, 2 weeks from tomorrow!

10:15am Hector Daniel Vasquez Torres – Sentencing – J. Gaitan

'Shirazz' Lunch w/ Chuck @ 11:45 am

JOHNSON – DEADLINE FOR ALL DISPOSITIVE MOTIONS.

3pm Law Student Interview: CASEY McDONALD → 322-9037

4pm Law Student Interview: Wayne Williams 472-1381 cell 547-7877

## 26 SATURDAY 146/219

## 27 SUNDAY 147/218

SHAVUOTH, BEGINS AT SUNSET—JEWISH

© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

# 28 MAY 2001

PRIORITY THIS WEEK
WEEK 22

**P17B-0044**

## 28 MONDAY 148/217

SCHEDULE | RECORD

MEMORIAL DAY—U.S.A. ✓
SPRING BANK HOLIDAY—U.K.

## 29 TUESDAY 149/216

10 10AM James Burrett Invest. Journey.

4:45pm off appt. Linda Christianson

## 30 WEDNESDAY 150/215

9AM Joe Mortina off appt.

10AM Depo Prep w/ Friedlander, M.D. re: Pham case

1:30pm JUV. CT. w/ Jesse

3:30 CCA trip : Keith Nelson + Kenny Burnett.



Order No. 491-285-01

## 31 THURSDAY 151/214

SCHEDULE — RECORD ✓

7
8
9 — 9AM Alfredo Avitia Ct. appearance #3K → Div. 25 Prelim Hrg.
10
11
12 — Lunch w/ Mike Wallis #421-5301
1
2
3
4
5
6

## 1 FRIDAY 152/213

7
8
9 — 9:30am State v. Barrett Supp. Hrg. Div. 13
10 ↓ ↓ ↓
11
12
1
2
3
4
5
6

## 2 SATURDAY 153/212

7
12
6

## 3 SUNDAY 154/211

7
12
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

# 4 JUNE 2001

PRIORITY THIS WEEK
WEEK 23

P17B-0046

## 4 MONDAY 155/210

SCHEDULE — RECORD — WHIT MONDAY—FRANCE, GERMANY / JUNE BANK HOLIDAY—IRELAND

7am DR. MAIN off. appt.

9AM Depo of DR. FRIEDLANDER, MD re: [illegible] case.

2pm Sabrina Collins off. appt.

## 5 TUESDAY 156/209

ANGIOPLASTY ? LEAVE OPEN

10A Supp. Hrg. (cont.) State v. James Barrett

Lunch w/ Susan Hunt

## 6 WEDNESDAY 157/208



Order No. 491-285-01

## 7 THURSDAY 158/207

SCHEDULE | RECORD

9:30am Alfredo Avitia Prelim. Hrg. — J. Hendridge CR01-2995

6pm Daniel Kristensen → Lee's Summit Assault case.

## 8 FRIDAY 159/206

DEPOS all DAY in D. J. COYLE's case: (at WATSON & DAMERON)

9AM MRS. DEWBERRY
then
CORY
then
COYLE

## 9 SATURDAY 160/205

KREUTZER PETITION DUE TODAY!

## 10 SUNDAY 161/204

DAY OF PORTUGAL—PORTUGAL



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 24



## 11 MONDAY 162/203

SCHEDULE | RECORD

LARRY BAGSBY coming this morning

10AM Golf w/ Boyd — Blue River Golf Course.

JAMES BARRETT Brief due in Div. 13 today!

## 12 TUESDAY 163/202

9:30 CCA — Keith Nelson (bring recorder)

9AM KCMO v. Alfredo Avitia J. Debra Neal

JOE HAS DR.'S APPT. today!

5:30pm Meet Gerald Scott at his office in Sedalia. re: Angela Brown.

6pm Meeting w/ Angie Brown at Carol + Gary Schuerman.
1513 FAIRWAY DRIVE, SEDALIA

## 13 WEDNESDAY 164/201

10AM Oral Argument on James Barrett Supp. Motion — Div. 13, Indep.

1pm Steve Cory Depo Re: Netco + DJ Coyle

2:30pm Ozzie Pozo P/V hrg. — J. Laughrey (Fed. Ct.)

4pm Tel. Conf. w/ Tena Francis + Susan Hunt
# 214-346-4830



Order No. 491-285-01

P17B-0049



**14 THURSDAY** 165/200

SCHEDULE — RECORD

6:30am Shuttle coming to pick-up for trip.

FLAG DAY—U.S.A.

CORPUS CHRISTI—SPAIN

7
8
9 9AM PATT ENG meeting in Columbia } RE: JIM JOHNSON
10 10 AM Wally Bly " " "
11
12
1
2
3
4
5
6

**15 FRIDAY** 166/199

CHICAGO TRIP

DEPO of DR. ARNASON, M.D. re:

JAMIE JOHNSON

7
8
9
10
11
12
1
2
3
4
5
6

**16 SATURDAY** 167/198

7
12
6

**17 SUNDAY** 168/197

FATHER'S DAY

7
12
6

Appellate Case: 15-3160 Page: 27 Date Filed: 02/29/2016 Entry ID: 4372456

© 1995 Day Runner, Inc. All Rights Reserved. 71300-01