No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 16C**

---


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public
Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 16
# Part C

18 JUNE 2001

PRIORITY THIS WEEK
WEEK 25

P17B-0050

18 MONDAY 169/196

SCHEDULE — Leave 4 BIRD today!!

RECORD

7
8
9
10
11
12
1
2
3
4
5
6

19 TUESDAY 170/195

LARRY BAGSBY TRIAL

7
8
9 — 9:45am Hector Daniel Vasquez - Torrez Sentencing
10
11
12
1
2
3
4
5
6

20 WEDNESDAY 171/194

LARRY BAGSBY TRIAL.

7
8
9
10
11
12
1
2
3
4
5
6



Order No. 491-285-01

21 THURSDAY 172/193

SCHEDULE — RECORD — FIRST DAY OF SUMMER ✓

TRIP TO CEDAR RAPIDS

re: ANGELA JOHNSON

7
8
9
10
11
12
1
2
3
4
5
6

22 FRIDAY 173/192

7
8
9
10
11
12 NOON → James Barrett being interviewed by Artie Bland (atty for Melody Thews)
1
2
3
4
5
6

23 SATURDAY 174/191

7
12
6

24 SUNDAY 175/190

7
12
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 26

P17B-0052

## 25 MONDAY 176/189

SCHEDULE | RECORD ✓

2–3 Depo in BALTIMORE re: JAMIE JOHNSON

## 26 TUESDAY 177/188

9 ◯ 9:20am HECTOR DANIEL VAZQUEZ - TORREZ

## 27 WEDNESDAY 178/187

3 ◯ 3:30pm Meet w/ Kathy Hagen re: James Johnson case.



Order No. 491-285-01

## 28 THURSDAY 179/186

SCHEDULE | RECORD

9:30am Keith Nelson hearing → J. Sarah Hays

11AM Call Tom > hearing!

1pm Forest Williams Depo — Roy True's office, 3520 W. 75th St., #204

3pm Devon Dewberry Depo. CROSSROADS TRIP re: Dewberry v. Conseco, et al.

## 29 FRIDAY 180/185

CCA TRIP

2:30pm GORDON MARTIN Sentencing — Div. 4

4:30pm Kenneth Mozee # 405-5252 (brother's cell phone) James

## 30 SATURDAY 181/184

8pm - 10pm Meet w/ Dan GROTHAUS

## 1 SUNDAY 182/183

CANADA DAY—CANADA



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

# 2 JULY 2001

PRIORITY THIS WEEK
WEEK 27

P17B-0054

## 2 MONDAY 183/182

SCHEDULE RECORD

7
8 CEDAR RAPIDS, IOWA
9
10
11 re: ANGELA JOHNSON
12
1
2
3
4
5
6

## 3 TUESDAY 184/181

7
8 9:30 – CCA visit w/ Pozo, Burnett & Nelson
9
10
11
12
1
2
3
4
5
6

## 4 WEDNESDAY 185/180

INDEPENDENCE DAY—U.S.A.

7
8
9
10
11
12
1
2
3
4
5
6



Order No. 491-285-01

JUL

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

AUG

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

JULY 8 2001

## 5 THURSDAY 186/179

SCHEDULE — RECORD

9 — 9AM Meet w/ Kenny Nelson at your office re: Keith Nelson.

Call Mike Wallis 421-5301

## 6 FRIDAY 187/178

JOHNSON — MOTIONS IN LIMINE DUE TODAY!
EXPERTS DEPOS TO CT REPORTER ON ASCI DISCS TODAY!

8AM JIM BUTLER parole hrg. today — Cameron.

Set up CROSSROADS VISITS!

ED'S SUMMER WEBLO CAMP

## 7 SATURDAY 188/177

CHRIS SIMMONS HABEAS / CERT. PETITION DUE IN 2 WKS.!

## 8 SUNDAY 189/176

Appellate Case: 15-3160 Page: 8 Date Filed: 02/29/2016 Entry ID: 4372456

© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 28

P17B-0056

## 9 MONDAY 190/175

SCHEDULE | RECORD

ED'S SUMMER WEBLO CAMP

9AM 10AM Depo of Rusty

## 10 TUESDAY 191/174

10AM PRELIM. HRG.: RACHELLE HERNANDEZ Div. 4 - Platte Cty.

## 11 WEDNESDAY 192/173

OSCEOLA BOY SCOUT CAMP

9AM Depo of JENNY BEERMAN re: JAMMIE JOHNSON

LUNCH w/ MIKE WALLIS

JOHNSON - INSTRUCTIONS DUE (CLEAN, DIRTY & ON DISC)



Order No. 491-285-01

## 12 THURSDAY 193/172

SCHEDULE | RECORD

CHRIS SIMMONS HABEAS PETITION DUE IN 10 DAYS !

9:30am Depo of DFS Records — Jamie Johnson

## 13 FRIDAY 194/171

JOHNSON - PRETRIAL CONF. (FINAL) - DIV. 9

3pm State v. Alfredo Avitia Div. 25 (J. Hendridge) Docket Call for 9/2001 Misd. Jury trial

4pm MACDL Bd. MEETING at ENG + WOODS 900 E. Ash, Columbia 573-874-4190

## 14 SATURDAY 195/170

NATIONAL DAY—FRANCE

## 15 SUNDAY 196/169



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

# 16 JULY 2001

PRIORITY THIS WEEK
WEEK 29

P17B-0058

**16** MONDAY 197/168

SCHEDULE — RECORD

OSCEOLA BOY SCOUT CAMP

7
8
9
JAMIE JOHNSON TRIAL
10 10AM DR. Muehlbach office appt., 4320 Wornall, bldg. #2, Suite 50
11 sec./nurse = Lisa tel. # 931-3312
12 NOON — LUNCH w/ KATHY at HOUSTON'S.
1
2
3
4
5
6 8pm Scout Meeting — MIC-O-SAY

**17** TUESDAY 198/167

7
8
9
10
11
12
1
2
3
4
5
6

**18** WEDNESDAY 199/166

7
8
9
10
11
12
1
2
3
4
5
6



Order No. 491-285-01

P17B-0059

JULY 2001 22

## 19 THURSDAY 200/165

SCHEDULE RECORD

9:30am Jim Pheng off. appt. w/ Russ!

## 20 FRIDAY 201/164

OCEAN DAY—JAPAN

9:30A Div. 17 J. KRAMER P/V Eddie Kennedy.
Case No.

11AM JOHN O'CONNOR INVITATIONAL GOLF TOURNEY!
JOHN SEXTON BRIEF due in 8th CIRCUIT!

## 21 SATURDAY 202/163

CHRIS SIMMONS CERT.
PETITION DUE 7/22/01 !

## 22 SUNDAY 203/162



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 30

P17B-0060

## 23 MONDAY 204/161

SCHEDULE | RECORD

7
8
8:50am – 10:35am Nelson Disc. – Media Files, UC Star Articles + TV Fox 4 transcripts
9
10
11
12
1
2
3
4
5
6

## 24 TUESDAY 205/160

7
8
9
10 10AM Appt. w/ Ali Johnson of The Pitch Weekly re: Plutarco
11
12
1
2 1pm CCA VISIT w/ KEITH NELSON (+ SUSAN HUNT)
3
4
5
6

## 25 WEDNESDAY 206/159

ST. JAMES' DAY—SPAIN

7
8
9 11:30 Lunch w/ Chuck ? → Classic Cup – Westport
10
11
12 12:30pm Pat ~~[illegible]~~ Center – St. Luke's – Pre-Surgery Blood Work
1
2
3
4
5
6

Appellate Case: 15-3160 Page: 13 Date Filed: 02/29/2016 Entry ID: 4372456

Order No. 491-285-01

P17B-0061

JUL
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

AUG
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

# JULY 29 2001

## 26 THURSDAY 207/158

SCHEDULE — RECORD

MOVED UP to 7/16/01 at 10AM

9:30am Felix CASTILLO Initial Arraignment — J. Rex GABBERT — Clay Cty. tel. # 931-3312

10AM Appt. w/ DR. Gregory Muelbach, 4320 Wornall (Same complex as Cardiovascular Consultants) bldg. #2, 5th Floor Suite 50 KCMO 64111 sec./nurse = Lisa

1 LUNCH w/ Cindy + Veronica

## 27 FRIDAY 208/157

TRIP TO DES MOINES re: Angela Johnson ?

## 28 SATURDAY 209/156

## 29 SUNDAY 210/155

© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 31

P17B-0062

## 30 MONDAY 211/154

SCHEDULE | RECORD

Call Mary Goody #307-733-4446

## 31 TUESDAY 212/153

8:30am Meet w/ Matt Whitworth re: Nelson Questionnaire.

3pm Jason's B-Day Cake!

## 1 WEDNESDAY 213/152

7:30am Plaza II — Rpt. to Cardiovascular Consultants Suite 2000 for Carotid Artery Scan

Lunch w/ Bob Thomas + Jane O'Brien

1:45pm Dr. Hantler's office — cap + cleaning

Appellate Case: 15-3160 Page: 15 Date Filed: 02/29/2016 Entry ID: 4372456

Order No. 491-285-01

AUG S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

SEP S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

AUGUST 2001 5

## 2 THURSDAY 214/151

SCHEDULE To See Greg at Municipal Farm. RECORD

7 BRING CATS to Animal Medical Center today — grooming + shots!

8

9

10

11

12 1:30pm Greg Breeden Housing Ct. → Ctrm. — J. Williams

1 1:00pm DRIVE to Des Moines + Meet w/ Dean Stowers,

2 then on to Cedar Rapids to meet w/ Al Willett

3

4 re: ANGELA JOHNSON

5

6

## 3 FRIDAY 215/150

7

8

9

10

11

12

1

2

3

4

5

6

## 4 SATURDAY 216/149

7

12

6

## 5 SUNDAY 217/148

7

12

6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

# 6 AUGUST 2001

PRIORITY THIS WEEK
WEEK 32

**P17B-0064**

## 6 MONDAY 218/147

SCHEDULE | RECORD | CIVIC HOLIDAY—CANADA | AUGUST BANK HOLIDAY—IRELAND, SCOTLAND

TRIAL: ISRAEL ZAMORA in Juv. Ct. w/ Jesse Garcia.

2:45pm Mom arrives from Boston — MidWest Express # 44

## 7 TUESDAY 219/146

NOON → Nancy Nelson coming to your office.

1:30pm Meet w/ J. Quintana re: Nelson Questionnaire

3pm. Meet SUSAN HUNT re: KEITH NELSON.

## 8 WEDNESDAY 220/145

BYPASS SURGERY — ST. LUKE'S

Appellate Case: 15-3160 Page: 17 Date Filed: 02/29/2016 Entry ID: 4372456

Order No. 491-285-01

AUG

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

SEP

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

AUGUST 2001 12

9 THURSDAY 221/144

SCHEDULE

RECORD

NATIONAL DAY—SINGAPORE

7
8
9
10
11
12
1
2
3
4
5
6

10 FRIDAY 222/143

7
8
9
10
11
12
1
2
3
4
5
6

11 SATURDAY 223/142

7
12
6

12 SUNDAY 224/141

7
12
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 33

**P17B-0066**

13 MONDAY 225/140

SCHEDULE

7
8
9
10
11
12
1
2
3
4
5
6

RECORD ✓

14 TUESDAY 226/139

7
8
9
10
11
12
1
2
3
4
5
6

15 WEDNESDAY 227/138

ASSUMPTION

7
8
9
10
11
12
1
2
3
4
5
6

Appellate Case: 15-3160 Page: 19 Date Filed: 02/29/2016 Entry ID: 4372456

16 THURSDAY 228/137

SCHEDULE | RECORD ✓

7 7:35am MOM leaves for BOSTON — MidWest Express # 42
8
9 9AM Div. II Platte Cty. State v. Rachelle Hernandez, Div. II (J. Hull)
10 FORMAL ARRAIGNMENT
11
12
1
2
3
4
5
6

17 FRIDAY 229/136

7
8
9
10
11
12
1
2
3
4
5
6

18 SATURDAY 230/135

7
12
6

19 SUNDAY 231/134

7
12
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 34

P17B-0068

20 MONDAY 232/133

SCHEDULE

7
8
9
10
11
12
1
2
3
4
5
6

RECORD

21 TUESDAY 233/132

7
8
9
10
11
12
1
2
3
4
5
6

22 WEDNESDAY 234/131

7
8
9
10
11
12
1
2
3
4
5
6



Order No. 491-285-01

## 23 THURSDAY 235/130

SCHEDULE | RECORD ✓

7 8 9 10 11 12 1 2 3 4 5 6

## 24 FRIDAY 236/129

7 8 9 10 11 12 1 2 3 4 5 6

## 25 SATURDAY 237/128

7

BOY SCOUTS' CAMPING

12

TRIP,

6

## 26 SUNDAY 238/127

7

@

12

SMITHVILLE LAKE

6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 35

P17B-0070

## 27 MONDAY 239/126

SCHEDULE — 7, 8, 9, 10, 11, 12, 1, 2, 3, 4, 5, 6

RECORD

SUMMER BANK HOLIDAY—U.K. ✓
(EXCEPT SCOTLAND)

## 28 TUESDAY 240/125

7
8 8:30 am CARDIAC REHAB INTAKE SESSION
9, 10, 11, 12, 1, 2, 3, 4, 5, 6

## 29 WEDNESDAY 241/124

TRIP TO BOSTON, MASS.
7, 8, 9, 10, 11, 12, 1, 2, 3, 4, 5, 6

Appellate Case: 15-3160 Page: 23 Date Filed: 02/29/2016 Entry ID: 4372456

30 THURSDAY 242/123

SCHEDULE | RECORD ✓

7
8 BOSTON, MASS.
9
10
11
12
1
2
3
4
5
6

31 FRIDAY 243/122

7
8
9
10
11
12
1
2
3
4
5
6

1 SATURDAY 244/121

7
12
6

2 SUNDAY 245/120

7
12
6



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

# 3 SEPTEMBER 2001

PRIORITY THIS WEEK
WEEK 36

P17B-0072

## 3 MONDAY 246/119

SCHEDULE

RECORD

LABOR DAY—U.S.A. ✓

LABOUR DAY—CANADA

7
8
9
10
11
12
1
2
3
4
5
6

## 4 TUESDAY 247/118

– Nelson Mitigation investigation in TX

7
8
9
10
11
12
1
2
3
4
5
6

## 5 WEDNESDAY 248/117

7
8
9
10
11
12
1
2
3
4
5
6

Appellate Case: 15-3160 Page: 25 Date Filed: 02/29/2016 Entry ID: 4372456

Order No. 491-285-01

SEP
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

OCT
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

# SEPTEMBER 9 2001

## 6 THURSDAY 249/116

SCHEDULE Nelson Mitigation Investigation in TX ✓

7pm Boy Scout Youth Protection Training — Hillside Christian Church on N. Vivion Rd. across from Gold's Gym near YMCA (2nd church on " " E of N. Oak)
Merit Badge Training Here also.

## 7 FRIDAY 250/115

1:30pm Felix Pacheco PTC Div. 10

## 8 SATURDAY 251/114

MS 150 BIKE RIDE

## 9 SUNDAY 252/113

GRANDPARENTS DAY—U.S.A.

LEAVE FOR CARTHAGE TODAY → Golf Trip.



© 1995 Day Runner, Inc. All Rights Reserved. 71300-01

PRIORITY THIS WEEK
WEEK 37

**P17B-0074**

## 10 MONDAY 253/112

SCHEDULE — RECORD

GOLF TRIP

10 am Meet w/ J. Atwell + Amy McGowan re: Alfredo Austin, Jr.

Tel. Call from Paul Krentzer.

## 11 TUESDAY 254/111

11:30 am Meet w/ Susan, her mother, + Head of RoseBrooks Center at Grand St. Cafe

Return tonight from Golf Trip

## 12 WEDNESDAY 255/110

9AM Oral Argument : John Sexton v. Mike Kemna
8th Cir. Ct. of Appeals
27th Fl. NE Ctrm.
15 min.

Judges Loken, R. Arnold, + Fagg



Order No. 491-285-01