# EXHIBIT 28
# Part B

Appellate Case: 15-3160 Page: 2 Date Filed: 02/29/2016 Entry ID: 4372476

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/09/01 | Witness interview: W. Nelson | 11:09 | 1:15 | 2.1 |
| 05/09/01 | Witness interview: D. McQueen | 2:45 | 5:21 | 2.6 |
| 05/09/01 | Witness interview: C. Harris | 5:45 | 7:21 | 1.6 |
| 05/09/01 | Attempts to locate witness G. Pajula | 7:36 | 8:32 | .93 |
| 05/09/01 | Witness interviews: G. Nelson, S. Nelson;<br><br>Second interview of witness: W. Nelson | 9:10 | 11:54 | 2.7 |
| 05/10/01 | Attempt to locate witness via phone calls: F. Morse | 12:39 | 1:15 | .6 |
| 05/10/01 | Attempt to locate witnesses via phone calls: K. Dilbie and M. Morse | 1:36 | 2:01 | 0.42 |
| 05/11/01 | Review of case materials: incarceration records | 10:32 | 11:48 | 1.27 |
| 05/15/01 | Review of case materials: incarceration records | 9:16 | 10:25 | 1.15 |
| | | | | |
| | **TOTAL HOURS INVESTIGATION:** | | | **50.0** |
| | | | | |
| | **RECORDS COLLECTION:** | | | |
| 03/19/01 | Phone calls to Sacramento, California Child Protective Services, Visalia, California Child Protective Services, Tarrant County, Texas DHS, Dynatech Foundation (employment records) | 8:46 | 11:28 | 2.7 |
| 04/18/01 | Follow up on records request: John Peter Smith Hospital | 9:04 | 10:22 | 1.3 |
| | | | | |

Appellate Case: 15-3160 Page: 3 Date Filed: 02/29/2016 Entry ID: 4372476

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| | **TOTAL RECORDS COLLECTION** | | | **4.0** |
| | | | | |
| | **REPORT WRITING:** | | | |
| 03/19/01 | Report of witness interview: G. Thompson | 2:16 | 2:33 | .28 |
| 05/11/01 | Life history chronology | 1:22 | 3:36 | 2.23 |
| 05/14/01 | Report of witness interviews: P. Nelson, N. Nelson, K. Dillion | 8:14 | 3:22 | 7.13 |
| 05/15/01 | Life history chronology | 10:28 | 11:13 | 0.75 |
| 05/15/01 | Report of witness interviews: M. Morse, R. Morse, B. Sutton, L. Lutrell, T. Lutrell | 12:47 | 7:34 | 6.78 |
| 05/16/01 | Report of witness interviews: K. Morse, M. Smith, G. Ramero | 9:24 | 4:34 | 7.1 |
| 05/17/01 | Report of witness interviews: W. Nelson, D. McQueen, M. Nelson, B. Morse | 9:16 | 2:32 | 5.27 |
| 05/18/01 | Report of witness interviews: D. McQueen, C. Harris;<br><br>Report of attempts to contact C. Shorshell, S. Richardson | 9:23 | 2:42 | 5.3 |
| | **TOTAL REPORT WRITING:** | | | **34.84** |
| | | | | |
| | **TRAVEL:** | | | |
| 05/03/01 | Travel Mesquite to DFW airport | 7:10 | 8:18 | 1.13 |
| 05/03/01 | Travel Dallas to Kansas City | 9:25 | 10:57 | 1.53 |
| 05/03/01 | Travel airport to Susan Hunt's office | 11:22 | 11:58 | .6 |

Appellate Case: 15-3160 Page: 4 Date Filed: 02/29/2016 Entry ID: 4372476

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/03/01 | Travel Kansas City to N. Nelson's residence | 2:03 | 2:27 | 0.4 |
| 05/07/01 | Travel St. Louis to N. Nelson's residence | 3:06 | 3:49 | .72 |
| 05/09/01 | Travel Kansas City to Pleasant | 6:45 | 7:33 | .8 |
| 05/08/01 | Travel Kansas City to K. Dillion's residence | 8:27 | 9:03 | 0.6 |
| 05/08/01 | Travel Kansas City to B. Sutton's residence | 4:03 | 4:23 | 0.48 |
| 05/09/01 | Travel Kansas City to Amsterdam | 9:43 | 11:01 | 1.3 |
| 05/09/01 | Travel Kansas City to Pleasant, Kansas | 2:04 | 2:40 | 0.6 |
| 05/09/01 | Travel Butler to Amsterdam | 8:34 | 9:09 | 0.58 |
| 05/09/01 | Travel Amsterdam to Kansas City | 11:56 | 12:48 | .87 |
| 05/10/01 | Travel Kansas City to Shorshell residence (spoke to relative) | 8:03 | 9:09 | 1.1 |
| 05/10/01 | Travel Shorshell residence to F. Morse's residence | 9:10 | 9:18 | .13 |
| 05/10/01 | Travel F. Morse's residence to K. Dilbie's residence | 9:19 | 9:36 | .28 |
| 05/10/01 | Travel Kansas City to airport | 10:43 | 11:53 | 1.17 |
| 05/10/01 | Return travel to DFW airport / Mesquite | 2:33 | 4:23 | 1.83 |
| | | | | |
| | TOTAL TRAVEL: | | | 14.12 |
| | | | | |

Appellate Case: 15-3160 Page: 5 Date Filed: 02/29/2016 Entry ID: 4372476

| **ITEMIZED EXPENSES:**<br>**Expense** | | | **Cost** | |
|---|---|---|---|---|
| Lodging | | | | |
| 05/07-05/09 | Lodging | 208.62 | | |
| 05/10/01 | Lodging | 61.55 | | $ 270.17 |
| Meals | | | | |
| 05/05/01 | Meal | 10.67 | | |
| 05/07/01 | Meal | 10.70 | | |
| 05/08/01 | Meal | 4.27 | | |
| 05/08/01 | Meal | 9.40 | | |
| 05/09/01 | Meal | 10.24 | | $ 45.28 |
| Rental car/Gas for rental car | | | | |
| 05/03-05/10 | Rental car | 235.47 | | |
| 05/04/01 | Gas | 20.85 | | |
| 05/05/01 | Gas | 20.34 | | |
| 05/07/01 | Gas | 20.00 | | $ 296.66 |
| | | **TOTAL EXPENSES:** | | **$ 612.11** |

## TOTALS

| | | |
|---|---|---|
| **INVESTIGATION FEES (50.0 hrs @ $60/hr)** | **$** | **3,000.00** |
| **RECORDS COLLECTION ( 4.0 hrs @ $30/hr)** | **$** | **120.00** |
| **REPORT WRITING (34.84 hrs @ $30/hr)** | **$** | **1,045.20** |
| **TRAVEL (14.12 hrs @ $30/hr)** | **$** | **423.60** |
| **EXPENSES** | **$** | **612.11** |

Appellate Case: 15-3160 Page: 6 Date Filed: 02/29/2016 Entry ID: 4372476

| TOTALS | |
| --- | --- |
| **TOTAL AMOUNT DUE:** | **$ 5,200.91** |

Mail to Susan Hunt

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

**CRIMINAL DEFENSE / MITIGATION INVESTIGATION**

3530 Forest Lane #314
Dallas, Texas 75234

214-366-4830

## INVOICE

**Federal Tax No. 75-2912651**

**DATE:** May 30, 2001
**CASE:** Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 03/19/01 | Efforts to locate witnesses via phone calls: G. Thompson (landlord) | 204 | 220 | ~~.25~~ .27 |
| 05/02/01 | Prepare for trip: review case materials, plan investigation | 923 | 1142 | ~~2.5~~ 2.32 |
| 05/03/01 | Meet with attorney Susan Hunt | 1:16 | 202 | ~~.77~~ ~~1.0~~ |
| 05/03/01 | Witness interview: P. Nelson | 2:34 | 4:20 | 1.7 ~~2.0~~ |
| 05/04/01 | Attempt to locate records at Honor Center (halfway house) | 242 | 3:50 | ~~1.0~~ 1.13 |
| 05/04/01 | Attempt to locate records at 7900 Farcite ~~(facility?)~~ | 351 | 505 | ~~1.0~~ 1.2 |
| 05/04/01 | Attempt to locate records at probation office | 5:04 | 6:18 | ~~1.0~~ 1.23 |
| 05/05/01 | Review case materials: documents from attorney provided by atty | 807 | 1059 | ~~3.0~~ 2.87 |
| 05/07/01 | Witness interview: N. Nelson | 353 ~~233~~ | 541 ~~3:21~~ | 1.8 ~~2.0~~ |
| 05/07/01 | Contact with M. Nelson, Schedule interviews | ~~522~~ ~~533~~ | 6:10 ~~633~~ | .8 ~~0.5~~ |



Appellate Case: 15-3160 Page: 7 Date Filed: 02/29/2016 Entry ID: 4372476

Appellate Case: 15-3160 Page: 8 Date Filed: 02/29/2016 Entry ID: 4372476

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/07/01 | Witness interview: G. Romero | 10:04am | 12:18pm | 2.28 2.0 |
| 05/07/01 | Attempts to locate witnesses: K. Morse, S. Richardson | 1:22 | 2:39 | 1.0 1.28 |
| 05/07/01 | T/c witnesses Phone calls to: K. Dillion, B. Morse, M. Smith | 8:11am | 935am | 1.0 1.4 |
| 05/07/01 | Witness interview: Meeting with B. Sutton | 642 1002pm | 925 844 | 2.5 2.7 |
| 05/07/01 | Phone conference with N. Nelson | 937pm | 1025 955pm | 0.5 .8 |
| 05/07/01 | Phone call to attorney S. Hunt | 1026 951pm | 10:14pm | 0.25 .3 |
| 05/08/01 | Witness interview: K. Dillion | 904am | 12:29pm | 3.0 3.4 |
| 05/08/01 | Witness interviews: M. Morse, R. Morse | 12:30 | 3:24 | 3.0 2.9 |
| 05/08/01 | Attempt to interview witness B. Morse | 3:25 | 4:01 | 1.0 .6 |
| 05/08/01 | Witness interview: K. Morse | 4:16 4:41 | 5:22 547 | 1.0 1.1 |
| 05/08/01 | Attempt to see locate K. Morse face to face | 5:26 | 5:44 | 0.5 .3 |
| 05/08/01 | Attempt to see locate F. Morse | 545 | 609 | 0.5 .4 |
| 05/08/01 | Witness interviews: L. Lautrell, T. Lautrell | 628 | 8:13 | 2.0 1.75 |
| 05/08/01 | Met with witness J. Morse (but did not interview) | 1049 | 1143 | 0.5 .9 |
| 05/08/01 | Second meeting with M. Morse and R. Morse | 934 am | 1046 | 1.0 1.2 |
| 05/08/01 09 5/8 | Attempt to locate witnesses J. Shorshell and C. Shorshell | 758am | 840 | 1.0 .7 |
| 05/08/01 9 | T/c witness Phone call to F. Morse | 856am | 9:19am | 0.5 .4 |
| 05/09/01 | Witness int: Meeting with W. Nelson | 1109am | 1:15pm | 2.5 2.1 |
| 05/09/01 | Witness interview: D. McQueen | 245 | 521 | 3.0 2.6 |

Appellate Case: 15-3160 Page: 9 Date Filed: 02/29/2016 Entry ID: 4372476

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/09/01 | ~~Witness interview: C. Harris~~ | 545 | 7:21 | 1.6 ~~1.0~~ |
| 05/09/01 | ~~Attempts to locate witness G. Pajula~~ | 736 | 832 | .93 ~~1.0~~ |
| 05/09/01 | ~~Second interview of witness: W. Nelson~~ | 904 | 1022 | 1.3 ~~1.0~~ |
| 05/09/01 | Witness interview: G. Nelson, S. Nelson | 1047 am | 12:11 pm | 1.4 ~~2.0~~ |
| 05/~~09~~ 10/01 | Attempt to locate witness F. Morse | 12:39 | 1:15 pm | .6 ~~0.5~~ |
| 05/~~09~~ 10/01 | Attempt to ~~see~~ locate witnesses K. Dilbie and M. Morse | 1:36 pm | 2:[illegible]1 | .42 ~~0.5~~ |
| 05/11/01 | Review of case materials: incarceration records | 1032 am | 1148 am | ~~1.25~~ 1.27 |
| 05/15/01 | Review of case materials: incarceration records | 9:16 | 1025 | ~~1.5~~ 1.15 |
| | | | | |
| | **TOTAL HOURS INVESTIGATION:** | | | **49.75** |
| | | | | |
| | **RECORDS COLLECTION:** | | | |
| 03/19/01 | Phone calls to Sacramento, California Child Protective Services, Visalia, California Child Protective Services, Tarrant County, Texas DHS, Dynatech Foundation (employment records) | 846 am | 11:28 | ~~3.0~~ 2.7 |
| 04/18/01 | Follow up on records request: John Peter Smith Hospital | 904 | 1022 | ~~1.0~~ 1.3 |
| | | | | |
| | **TOTAL RECORDS COLLECTION** | | | **4.0** |
| | | | | |
| | **REPORT WRITING:** | | | |
| 03/19/01 | Report of witness interview: G. Thompson | 2:16 | 2:33 | ~~.25~~ .28 |

2:33 –

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/11/01 | Life history chronology | 122 | 336 | 2.23 ~~2.0~~ |
| 05/14/01 | Report of witness interviews: P. Nelson, N. Nelson, K. Dillion | 814 am | 322 pm | 7.0 7.13 |
| 05/15/01 | Life history chronology | 1028 | 11:13 | .75 ~~0.5~~ |
| 05/15/01 | Report of witness interviews: M. Morse, R. Morse, B. Sutton, L. Lutrell, T. Lutrell | 12:47 | 734 | ~~7.0~~ 6.78 |
| 05/16/01 | Report of witness interviews: K. Morse, M. Smith, G. Ramero | 9:24 | 434pm | ~~7.0~~ 7.1 |
| 05/17/01 | Report of witness interviews: W. Nelson, D. McQueen, M. Nelson, B. Morse | 9:16am | 232pm | ~~6.0~~ 5.27 |
| 05/18/01 | Report of witness interviews: D. McQueen, C. Harris;<br><br>Report of attempts to contact C. Shorshell, S. Richardson | 923am | 241 pm | ~~5.0~~ 5.3 |
| | **TOTAL REPORT WRITING:** | | | **34.75** |
| | | | | |
| | **TRAVEL:** | | | |
| ~~05/03/01~~ | ~~Travel Mesquite DFW to airport~~ | 710am | 818am | 1.13 ~~1.0~~ |
| ~~05/03/01~~ | ~~Travel Dallas to Kansas City~~ | 925am | 1057 | 1.53 ~~1.5~~ |
| ~~05/03/01~~ | ~~Travel airport to Susan Hunt's office~~ | 1122 | 1158 | .6 ~~1.5~~ |
| 05/03/01 | ~~Travel Kansas City to N. Nelson's residence~~ | 203 | 227 pm | .4 ~~0.5~~ |
| 05/03/01 | Travel ~~____~~ to St. Louis | | | ~~4.0~~ |
| 05/07/01 | Travel ~~________~~ to Kansas City, Missouri and check into hotel | | | ~~4.5~~ |



Appellate Case: 15-3160 Page: 10 Date Filed: 02/29/2016 Entry ID: 4372476

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/07/01 | Travel St Louis to N. Nelson's residence | 306 | 349 | 0.5 .72 |
| 05/08/01 | Travel Kansas City to K. Dillion's residence | 832 | 908 | 0.5 .6 |
| 05/08/01 | Travel Kansas City to B. Sutton's residence | 4:10 | 439 | 0.5 .48 |
| 05/09/01 | Travel K.C. to Amsterdam | 943 | 11:01 | 1.3 1.5 |
| 05/08/01 | Travel K.C. to Pleasant, Kansas | 204 | 240 | .6 0.5 |
| 05/09/01 | Travel Pleas to Butler | 645 | 733 | .8 0.5 |
| 05/09/01 | Travel Butler to Amsterdam | 834 | 909 | .58 0.5 |
| 05/09/01 | Travel Amsterdam to Kansas | 1147 | 1239 | .87 1.0 |
| 05/09/01 10 | Travel K.C. to Shorshell residence (spoke to relative) | 803 903 | 909 1009 | 1.1 1.0 |
| 05/09/01 10 | Travel Shorshell res to F. Morse's residence | 910 10.10 | 918 10.18 | .13 0.25 |
| 05/09/01 10 | Travel F. morse res. to K. Dilbie's residence | 919 10:19 | 936 1036 | .28 0.25 |
| 5/10 05/09/01 | Travel KC to airport | 1143 | 1253 | 1.17 1.0 |
| 05/09/01 | Return travel to Dallas from KC. | 233 | 423 | 1.83 1.5 |
| | | | | |
| | **TOTAL TRAVEL:** | | | 22.75 |



Appellate Case: 15-3160 Page: 11 Date Filed: 02/29/2016 Entry ID: 4372476

P36A-0031

Appellate Case: 15-3160 Page: 12 Date Filed: 02/29/2016 Entry ID: 4372476

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

CRIMINAL DEFENSE / MITIGATION INVESTIGATION

3630 Forest Lane #314
Dallas, Texas 75234
214-386-4830

Total # pages: 5
Go ahead + send to Susan Hunt!

INVOICE

Federal Tax No. 75-2912651

**DATE:** May 30, 2001
**CASE:** Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 03/19/01 | Efforts to locate witnesses via phone calls: G. Thompson (landlord) | 2:04 | 2:31 | .25 |
| 05/02/01 | Prepare for trip: review case materials, plan investigation | 9:20 (9:23) | 11:50 | 2.5 (2.32) |
| 05/03/01 | Meet with attorney Susan Hunt | 1:00 | 2:00 | 1.0 |
| 05/03/01 | Witness interview: P. Nelson 234 | 3:00 | 5:00 | 2.0 |
| 05/04/01 | Attempt to locate records at Honor Center (halfway house) 242 | 2:40 | 3:40 (350) | 1.0 |
| 05/04/01 | Attempt to locate records at 7900 Farcite [redacted] | 3:40 | 4:40 | 1.0 |
| 05/04/01 | Attempt to locate records at probation office | 4:40 | 5:40 | 1.0 |
| 05/05/01 | Review case materials: documents from attorney provided by attorney | 8:00 (807) | 11:00 (10:59) | 3.0 |
| 05/07/ | Witness interview: N. Nelson | 3:30 | 5:30 | 2.0 |
| 05/07/01 | Contact with M. Nelson; schedule interviews. | 5:30 | 6:00 | 0.5 |

.27 .76 1.7 1.13 1.2 1.24 2.87 1.8 .8

2 hrs 53 min = 2.87

2 hrs 46 min = 2.77

8:07
10:53
2.77
2.77
10:53
8:07
2:46

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME | |
|---|---|---|---|---|---|
| 05/07/01 | Witness interview: G. Romero | 10:00 am | 12:00 | 2.0 | 2.24 |
| 05/07/01 | Attempts to locate witnesses: K. Morse, S. Richardson | 1:20 | 2:20 | 1.0 | 1.28 |
| 05/07/01 | ~~Phone calls to:~~ T/C witnesses: K. Dillion, B. Morse, M. Smith | 3:10 | 4:10 | 1.0 | 1.4 |
| 05/07/01 | ~~Meeting with~~ Witness interview: S. Sutton | 5:45 | 8:15 | 2.5 | 2.7 |
| 05/07/01 | Phone conference with N. Nelson | 9:00 pm | 9:30 | 0.5 | .8 |
| 05/07/01 | Phone call to attorney S. Hunt | 9:30 | 9:45 | 0.25 | .29 |
| 05/08/01 | Witness interview: K. Dillion | 9:00 | 12:00 | 3.0 | 3.4 |
| 05/08/01 | Witness interviews: M. Morse, R. Morse | 12:00 | 3:00 | 3.0 | 2.9 |
| 05/08/01 | Attempt to interview witness B. Morse | 3:00 | 4:00 | 1.0 | .6 |
| 05/08/01 | Witness interview: K. Morse | 4:15 | 5:15 | 1.0 | 1.1 |
| 05/08/01 | Attempt to ~~see~~ locate K. Morse ~~face-to-face~~ | 5:30 | 6:00 | 0.5 | .3 |
| 05/08/01 | Attempt to ~~see~~ locate F. Morse | 6:00 | 6:30 | 0.5 | .4 |
| 05/08/01 | Witness interviews: L. Lautrell, T. Lautrell | 6:45 | 8:45 | 2.0 | 1.76 |
| 05/08/01 | Met with witness J. Morse (but did not interview) | 1100 1:30 | 2:00 | 0.5 | .9 |
| 05/08/01 | Second meeting with M. Morse and R. Morse | 9:00 | 10:00 | 1.0 | 1.2 |
| 05/08/01 9 | Attempt to locate witnesses J. Shorshell and C. Shorshell | 8:00 am | 9:00 am | 1.0 | .7 |
| 05/08/01 9 | ~~Phone call to~~ T/C witness: F. Morse | 9:15 | 9:45 | 0.5 | .4 |
| 05/09/01 | ~~Meeting with~~ witness interview: W. Nelson | 11:15 | 1:45 | 2.5 | 2.1 |
| 05/09/01 | Witness interview: D. McQueen | 2:45 | 5:45 | 3.0 | 2.6 |



Appellate Case: 15-3160 Page: 13 Date Filed: 02/29/2016 Entry ID: 4372476

Appellate Case: 15-3160 Page: 14 Date Filed: 02/29/2016 Entry ID: 4372476

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME | |
|---|---|---|---|---|---|
| 05/09/01 | Witness interview: C. Harris | 5:45 | 6:45 | 1.0 | 1.6 |
| 05/09/01 | Attempts to locate witness G. Pajula | 7:20 | 8:20 | 1.0 | .9 |
| 05/09/01 | Second interview of witness: W. Nelson | 8:45 | 9:45 | 1.0 | 1.3 |
| 05/09/01 | Witness interview: G. Nelson, S. Nelson | 9:45 | 11:45 | 2.0 | 1.4 |
| ~~05/09/01~~ 5-10-01 | Attempt to locate witness F. Morse | 11:45 | 12:15 | 0.5 | .6 |
| ~~05/09/01~~ 5-10-01 | Attempt to ~~see~~ locate witnesses R. Dilbie and M. Morse | 12:30 | 1:30 | 0.5 | .64 |
| 05/11/01 | Review of case materials: incarceration records | | | 1.25 | 1.27 |
| 05/15/01 | Review of case materials: incarceration records | | | 1.5 | 1.15 |
| | | | | | |
| | TOTAL HOURS INVESTIGATION: | | | 49.75 | ~~49.9~~ 49.7 |
| | | | | | |
| | RECORDS COLLECTION: | | | | |
| 03/19/01 | Phone calls to Sacramento, California Child Protective Services, Visalia, California Child Protective Services, Tarrant County, Texas DHS, Dynatech Foundation (employment records) | | | 3.0 | 2.7 |
| 04/18/01 | Follow up on records request: John Peter Smith Hospital | 9:00 am | 10: am | 1.0 | 1.3 |
| | | | | | |
| | TOTAL RECORDS COLLECTION | | | 4.0 | 3.8 |
| | | | | | |
| | REPORT WRITING: | | | | |
| 03/19/01 | Report of witness interview: G. Thompson | | | .25 | .28 |

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME | |
|---|---|---|---|---|---|
| 05/11/01 | Life history chronology | ~~9:45~~ | ~~11:45~~ | ~~2.0~~ | 2.24 |
| 05/14/01 | Report of witness interviews: P. Nelson, N. Nelson, K. Dillion | ~~9:30~~ | ~~4:30~~ | 7.0 | 7.13 |
| ~~05/15/01~~ | ~~Life history chronology~~ | | | 0.5 | |
| 05/15/01 | Report of witness interviews: M. Morse, R. Morse, B. Sutton, L. Lutrell, T. Lutrell | 9:30 | 4:30 | ~~7.0~~ | 6.76 |
| 05/16/01 | Report of witness interviews: K. Morse, M. Smith, G. Ramero | ~~9:30~~ | ~~4:30~~ | 7.0 | 7.17 |
| 05/17/01 | Report of witness interviews: W. Nelson, D. McQueen, M. Nelson, B. Morse | ~~9:30~~ | ~~3:30~~ | 6.0 | 5.27 |
| 05/18/01 | Report of witness interviews: D. McQueen, C. Harris; Report of attempts to contact C. Shorthell, S. Richardson | 9:30 | 2:30 | 5.0 | 5.3 |
| | **TOTAL REPORT WRITING:** | | [illegible] | 34.75 | ~~30.59~~ 34.9 |
| | | | | | |
| | **TRAVEL:** | | | | |
| 05/03/01 | Travel Mesquite to DFW airport | 7:00 | 8:00 | 1.0 | 1.14 |
| 05/03/01 | Travel Dallas to Kansas City | 9:25 | 10:55 | 1.5 | ~~1.34~~ 1.26 |
| 05/03/01 | Travel airport to Susan Hunt's office | 11:30 | 1200 | 1.5 | ~~1.29~~ 1.19 |
| 05/03/01 | Travel Kansas City to N. Nelson's residence | 2:00 203 | 2:30 223 | 0.5 | .4 |
| ~~05/03/01~~ | ~~Travel to St. Louis~~ | | | ~~4.0~~ | |
| ~~05/07/01~~ | ~~Travel to Kansas City,~~ Missouri and check into hotel | | | ~~4.5~~ | |



Appellate Case: 15-3160 Page: 15 Date Filed: 02/29/2016 Entry ID: 4372476

P36A-0035

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME | |
|---|---|---|---|---|---|
| 05/07/01 | Travel St. Louis to N. Nelson's residence | 3:00 | 3:30 | 0.5 | .72 |
| 05/08/01 | Travel Kansas City to K. Dillion's residence | 8:30 | 9:00 | 0.5 | .6 |
| 05/08/01 | Travel Kansas City to B. Sutton's residence | 4:10 | 4:40 | 0.5 | .48 |
| 05/09/01 | Travel Kansas City to Amsterdam | 9:45 am | 10:45 am | 1.5 | 1.3 |
| 05/09/01 | Travel Kansas City to Pleasant, Kansas | 2:00 | 2:30 | 0.5 | .6 |
| 05/09/01 | Travel Pleasant to Butler | 6:45 | 7:15 | 0.5 | .8 |
| 05/09/01 | Travel Butler to Amsterdam | 8:15 | 8:45 | 0.5 | .6 |
| 05/09/01 | Travel Amsterdam to Kansas | 11:45 | 12:45 | 1.0 | .86 |
| 5-10-01 ~~05/09/01~~ | Travel Kansas City to Shorshell residence (spoke to relative) | 9:00 am | 10:00 am | 1.0 | 1.1 |
| 5-10-01 ~~05/09/01~~ | Travel Shorshell to F. Morse's residence | 10:00 | 10:15 | 0.25 | .13 |
| 5-10-01 ~~05/09/01~~ | Travel F. Morse to K. Dilbie's residence | 10:15 | 10:30 | 0.25 | .28 |
| 5-10-01 ~~05/09/01~~ | Travel Kansas City to airport | 11:30 | 12:30 | 1.0 | 1.16 |
| 5-10-01 ~~05/09/01~~ | Return travel to Dallas from Kansas City | 2:30 | 3:00 | 1.5 | 1.81 |
| | | | | | |
| | TOTAL TRAVEL: | | | ~~22.75~~ ~~14.25~~ | 14.43 |



Appellate Case: 15-3160 Page: 16 Date Filed: 02/29/2016 Entry ID: 4372476

Appellate Case: 15-3160 Page: 17 Date Filed: 02/29/2016 Entry ID: 4372476

| ITEMIZED EXPENSES: Expense | | | | Cost |
|---|---|---|---|---|
| Lodging | | | | |
| | 05/07-05/09 | Lodging | 208.62 | |
| | 05/10/01 | Lodging | 61.55 | $ 270.17 |
| Meals | | | | |
| | 05/05/01 | Meal | 10.67 | |
| | 05/07/01 | Meal | 10.70 | |
| | 05/08/01 | Meal | 4.27 | |
| | 05/08/01 | Meal | 9.40 | |
| | 05/09/01 | Meal | 10.24 | $ 45.28 |
| Rental car/Gas for rental car | | | | |
| | 05/03-05/10 | Rental car | 235.47 | |
| | 05/04/01 | Gas | 20.85 | |
| | 05/05/01 | Gas | 20.34 | |
| | 05/07/01 | Gas | 20.00 | $ 296.66 |
| | | | TOTAL EXPENSES: | $ 612.11 |

## TOTALS

| | | | |
|---|---|---|---|
| INVESTIGATION FEES ( ~~49.75~~ 49.76 hrs @ $60/hr) | | $ 2,985.00 | 2,985.60 |
| RECORDS COLLECTION ( ~~4.0~~ 3.84 hrs @ $30/hr) <480> | | $ 120.00 | 115.20 |
| REPORT WRITING ( ~~34.75~~ 34.91 hrs @ $30/hr) | 104730 | $ 1,042.50 | ~~[illegible]~~ 50 |
| TRAVEL ( ~~22.5~~ 14.43 hrs @ $30/hr) 43290 | ~~[illegible]~~ | $ ~~675.00~~ | |
| EXPENSES | | $ 612.11 | |

5193.11

Appellate Case: 15-3160 Page: 18 Date Filed: 02/29/2016 Entry ID: 4372476

| TOTALS | |
|---|---|
| **TOTAL AMOUNT DUE:** | **$ 5,434.61** |

Fav. form

Capital Punishment Investigation &
Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/28/01 | 16 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 3/19/01 | Records collection efforts: phone calls to Sacramento, California Child Protective Services, Visalia, California Child Protective Services, Tarrant County, Texas DHS, Dynatech Foundation - employment records | 3 | 30.00 | 90.00 |
| 3/19/01 | Efforts to locate witnesses via phone calls: G. Thompson (landlord) | 0.25 | 60.00 | 15.00 |
| 3/19/01 | Report writing: G. Thompson interview | 0.25 | 30.00 | 7.50 |
| 4/18/01 | Follow up on records request: John Peter Smith Hospital | 1 | 30.00 | 30.00 |
| 5/2/01 | Prepare for trip; Plan investigation; Review case materials | 2.5 | 60.00 | 150.00 |
| 5/3/01 | Travel to airport | 1 | 30.00 | 30.00 |
| 5/3/01 | Travel to Kansas | 1.5 | 30.00 | 45.00 |
| 5/3/01 | Travel to Susan Hunt's office | 1.5 | 30.00 | 45.00 |
| 5/3/01 | Meet with Susan Hunt | 1 | 60.00 | 60.00 |
| 5/3/01 | Travel to N. Nelson's house | 0.5 | 30.00 | 15.00 |
| 5/3/01 | Witness interview: P. Nelson | 2 | 60.00 | 120.00 |
| 5/3/01 | Travel to St. Louis | 4 | 30.00 | 120.00 |
| 5/4/01 | Attempt to locate records at halfway house (Honor Center) | 1 | 60.00 | 60.00 |
| 5/4/01 | Attempt to locate records | 1 | 60.00 | 60.00 |
| 5/4/01 | Attempt to locate records at probation office | 1 | 60.00 | 60.00 |
| 5/5/01 | Review case materials: documents from attorney | 3 | 60.00 | 180.00 |
| 5/7/01 | Travel to Kansas City, MO | 4 | 30.00 | 120.00 |
| 5/7/01 | Check in at Double Tree | 0.5 | 30.00 | 15.00 |
| 5/7/01 | Travel to N. Nelson's | 0.5 | 30.00 | 15.00 |
| 5/7/01 | Witness itnerview: N. Nelson | 2 | 60.00 | 120.00 |
| 5/7/01 | Contact with M. Nelson | 0.5 | 60.00 | 30.00 |
| 5/7/01 | Witness interview: G.Romero | 2 | 60.00 | 120.00 |
| 5/7/01 | Attempts to locate witnesses: K. Morse, S. Richardson | 1 | 60.00 | 60.00 |
| 5/7/01 | Phone calls to: K. Dillion, B. Morse, M. Smith | 1 | 60.00 | 60.00 |
| 5/7/01 | Meeting with B. Sutton | 2.5 | 60.00 | 150.00 |
| 5/7/01 | Phone conference with N. Nelson | 0.5 | 60.00 | 30.00 |
| 5/7/01 | Phone call to S. Hunt | 0.25 | 60.00 | 15.00 |
| | | **Total** | | |



Appellate Case: 15-3160 Page: 19 Date Filed: 02/29/2016 Entry ID: 4372476

Appellate Case: 15-3160 Page: 20 Date Filed: 02/29/2016 Entry ID: 4372476



Capital Punishment Investigation &
Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/28/01 | 16 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 5/8/01 | Travel to K. Dillion | 0.5 | 30.00 | 15.00 |
| 5/8/01 | Witness interview: K. Dillion | 3 | 60.00 | 180.00 |
| 5/8/01 | Witness interviews: M. Morse, R. Morse | 3 | 60.00 | 180.00 |
| 5/8/01 | Attempt to interview witness B. Morse | 1 | 60.00 | 60.00 |
| 5/8/01 | Witness interview: K. Morse | 1 | 60.00 | 60.00 |
| 5/8/01 | Attempt to see K. Morse face-to-face | 0.5 | 60.00 | 30.00 |
| 5/8/01 | Attempt to see F. Morse | 0.5 | 60.00 | 30.00 |
| 5/8/01 | Witness interviews: L. Lautrell, T. Lautrell | 2 | 60.00 | 120.00 |
| 5/8/01 | Met with witness J. Morse (did not interview) | 0.5 | 60.00 | 30.00 |
| 5/8/01 | Second meeting with M. Morse and R. Morse | 1 | 60.00 | 60.00 |
| 5/8/01 | Attempt to locate witnesses J. Shorshell and C. Shorshell | 1 | 60.00 | 60.00 |
| 5/8/01 | Phone call to F. Morse | 0.5 | 60.00 | 30.00 |
| 5/8/01 | Travel to B. Sutton | 0.5 | 30.00 | 15.00 |
| 5/9/01 | Travel to Amsterdam | 1.5 | 30.00 | 45.00 |
| 5/9/01 | Meeting with W. Nelson | 2.5 | 60.00 | 150.00 |
| 5/9/01 | Travel to Pleasant, KS | 0.5 | 30.00 | 15.00 |
| 5/9/01 | Witness interview: D. McQueen | 3 | 60.00 | 180.00 |
| 5/9/01 | Witness interview: C. Harris | 1 | 60.00 | 60.00 |
| 5/9/01 | Travel to Butler | 0.5 | 30.00 | 15.00 |
| 5/9/01 | Attempts to locate witness G. Pajula | 1 | 60.00 | 60.00 |
| 5/9/01 | Travel to Amsterdam | 0.5 | 30.00 | 15.00 |
| 5/9/01 | Second interview of witness: W. Nelson | 1 | 60.00 | 60.00 |
| 5/9/01 | Witness interviews: G. Nelson, S. Nelson | 2 | 60.00 | 120.00 |
| 5/9/01 | Travel to Kansas | 1 | 30.00 | 30.00 |
| 5/9/01 | Travel to Shorshell residence - spoke to relative | 1 | 30.00 | 30.00 |
| 5/9/01 | Attempt to locate witness F. Morse | 0.5 | 60.00 | 30.00 |
| 5/9/01 | Travel to F. Morse residence | 0.25 | 30.00 | 7.50 |
| 5/9/01 | Travel to K. Dilbie's residence | 0.25 | 30.00 | 7.50 |
| 5/9/01 | Attempt to see K. Dilbie and M. Morse | 0.5 | 60.00 | 30.00 |
| 5/9/01 | Travel to airport | 1 | 30.00 | 30.00 |
| 5/9/01 | Return travel to Dallas | 1.5 | 30.00 | 45.00 |
| 5/11/01 | Review of case materials: incarceration records | 1.25 | 60.00 | 75.00 |
| 5/11/01 | Report writing: life history chronology | 2 | 30.00 | 60.00 |

| | Total |
|---|---|
| | |

Capital Punishment Investigation &
Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/28/01 | 16 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 5/14/01 | Report writing: witness interviews: P. Nelson, N. Nelson, K. Dillion | 7 | 30.00 | 210.00 |
| 5/15/01 | Review of case materials: incarceration records | 1.5 | 60.00 | 90.00 |
| 5/15/01 | Report writing: life history chronology | 0.5 | 30.00 | 15.00 |
| 5/15/01 | Report writing: witness interviews: M. Morse, R. Morse, B. Sutton, L. Lutrell, T. Lutrell | 7 | 30.00 | 210.00 |
| 5/16/01 | Report writing: witness interviews: K. Morse, M. Smith, G. Ramero | 7 | 30.00 | 210.00 |
| 5/17/01 | Report writing: witness interviews: W. Nelson, D. McQueen, M. Nelson, B. Morse | 6 | 30.00 | 180.00 |
| 5/18/01 | Report writing: witness interviews: D. McQueen, C. Harris; Report writing: report of attempts to conta t C. Shorshell, S. Richardson | 5 | 30.00 | 150.00 |
| 5/15/01 | 05/05/01 Meal | | 10.67 | 10.67 |
| 5/15/01 | 05/08/01 Meal | | 4.27 | 4.27 |
| 5/15/01 | 05/09/01 Meal | | 10.24 | 10.24 |
| 5/15/01 | 05/07/01 Meal | | 10.70 | 10.70 |
| 5/15/01 | 05/08/01 Meal | | 9.40 | 9.40 |
| 5/15/01 | 05/04/01 Gas for rental car | | 20.85 | 20.85 |
| 5/15/01 | 05/05/01 Gas for rental car | | 20.34 | 20.34 |
| 5/15/01 | 05/07/01 Gas for rental car | | 20.00 | 20.00 |
| 5/15/01 | 05/10/01 Rental car | | 235.47 | 235.47 |
| 5/15/01 | 05/07-05/09 Lodging | | 208.62 | 208.62 |
| 5/15/01 | 05/09-05/10 Lodging | | 61.55 | 61.55 |
| | Total Reimbursable Expenses | | | 612.11 |

**Total** $5,434.61



Appellate Case: 15-3160 Page: 21 Date Filed: 02/29/2016 Entry ID: 4372476