No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibits 35-40**

---


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public
Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 35

P59-0001

Neuropsychiatry Section
Ruben C. Gur, PhD
*Professor, Departments of Psychiatry, Neurology, and Radiology*
*Director, Brain Behavior Laboratory*

PATIENT'S NAME: Keith Nelson
DATE OF BIRTH: 11/23/1974
DATE OF REPORT: 7/9/2012
INTEGRATION BY: Ruben C. Gur, PhD
REFERRED BY: Paula Harms

**RE: SUPPLEMENTAL REPORT, NEUROBEHAVIORAL ASSESSMENT OF MR. NELSON**

## I. Overview

This report is intended to supplement the summary report ("Comprehensive Report") dated 4/21/2011. An expansion of the original quantitative PET analysis of Mr. Nelson's brain compared against a larger sample of normal controls is discussed. A review of relevant social and medical histories of Mr. Nelson is also provided to provide potential causal mechanisms for the profound neurobehavioral deficits observed.

## II. Quantitative Positron Emission Tomography (PET) Analysis

The PET study was performed at UH Diagnostic Testing (Terre Haute, IN) on September 24, 2010. The study examined the regional distribution of cerebral glucose metabolic activity using fluorine-18 labeled deoxyglucose (FDG). The technical quality of the scan was excellent. Andrew Newberg, MD, read the study clinically: "There is increased metabolic activity in the anterior cingulate and parts of the parietal lobe. The areas of greatest decrease in metabolic activity are the limbic structures such as the amygdala and hippocampus, the midbrain/brainstem, and white matter areas." * (Dr. Newberg's report of October 15, 2010).

Results of the first quantitative analysis using a standard regions of interest (ROI) approach [1] were provided in the Comprehensive Report. Those results supported the clinical reading of Dr. Newberg and identified additional areas of relative regional abnormal glucose metabolism. **(See Figure 1, left panel).** Specifically, the analysis indicated relative *decreases* in 11 regions (see key for region abbreviations at bottom of **Figure 2**): PH, HI, AM, CG, CP, C1, CN, LM, LL, MI and PO. On the other hand, ten (10) areas showed relative *increases* in metabolism: SF, DM, MF, IF, SM, SP, SG, IN, CA and HY. The laterality index **(see Figure 1, right panel)** showed abnormal asymmetries in 15 regions, with *higher* than normal relative left activity in OL, LM and PO and *lower* than normal left activity in most regions including IF, SM, OM, OT, ST, HI AM, IN, CA, C1, TH and HY.

The control group used in the first quantitative analysis for comparison included 8 healthy control subjects scanned at the University of Pennsylvania, four males and four females. At the request of defendant's counsel, a second quantitative comparative analysis was conducted on Mr. Nelson's PET results, this time comparing his brain glucose metabolism against a much larger normal control sample. The normal control sample in this second analysis contained resting-state PET data from 84 healthy control adult subjects assessed as part a study we published in *Science* in 1995 looking at sex differences in resting-state brain metabolism.[1] While regional metabolism data were not available from all 84 subjects for every ROI, there were data from at least 64 subjects for each ROI. Thus, each of the ROIs analyzed in Mr. Nelson was compared against a sample of between 64-84 ROIs from healthy control subjects **(see Figure 2).**

[1] Gur RC, Mozley LH, Mozley PD, Resnick SM, Karp JS, Alavi A, Arnold SE, and Gur RE. (1995). Sex differences in regional cerebral glucose metabolism during a resting state. *Science*. *267*:528-531.

CLERK U.S.DISTRICT COURT
Exhibits:
P 59
Case No. 4:04-CV-08005-FJG




**Figure 1:** ["First Analysis"] Region to Whole Brain Ratios of Cerebral Glucose Metabolism (Left Panel) and Laterality Index (Right Panel) of Mr. Nelson vs. N=8 Healthy Controls. *[* denotes between 1-2 SD higher or lower than normal; ** denotes 2+ SD higher or lower than normal]*




**Figure 2:** ["Later Analysis"] Region to Whole Brain Ratios of Cerebral Glucose Metabolism (Left Panel) and Laterality Index (Right Panel) of Mr. Nelson vs. N=64-84 Healthy Controls. *[* denotes between 1-2 SD higher or lower than normal; ** denotes 2+ SD higher or lower than normal]*

*Abbreviations in PET Figures:*

*SF = Superior Frontal; DL = Dorsal Prefrontal – Lateral; DM = Dorsal Prefrontal – Medial; MF = Mid–Frontal; IF = Inferior Frontal; SM = Sensorimotor; SP = Superior Parietal; SG = Supramarginal Gyrus; OL = Occipital cortex, Lateral; OM = Occipital cortex, Medial; LI = Lingual Gyrus; FG = Fusiform Gyrus; OT = Occipital Temporal; ST = Superior Temporal; MT = Mid–Temporal; IT = Inferior Temporal; TP = Temporal Pole; PH = Parahippocampal Gyrus; HI = Hippocampus; AM = Amygdala; IN = Insula; OF = Orbital Frontal; RG = Rectal Gyrus; CA = Cingulate Gyrus – Anterior; CG = Cingulate Gyrus - genu; CP = Cingulate Gyrus – Posterior; C1 = Corpus Callosum – Anterior; C2 = Corpus Callosum – Posterior; CN = Caudate Nucleus; LM = Lenticular – Medial [Globus Pallidus]; LL = Lenticular – Lateral [Putamen]; TH = Thalamus; HY=Hypothalamus; MI = Midbrain; PO = Pons; CE = Cerebellum.*

**Comparison of Results**

The later quantitative analysis, displayed in **Figure 2** indicated relative *decreases* in 7 regions (see key for region abbreviations at bottom of Figure 2): PH, HI, AM, C1, C2, LM, and LL. On the other hand, 14 areas showed relative *increases* in metabolism: SF, DL, DM, MF, IF, SM, SP, SG,

OL, OT, MT, CA, TH, and HY. The laterality index **(see Figure 2, right panel)** showed abnormal asymmetries in 15 regions, with *higher* than normal relative left activity in OL, CG, LM, MI, PO and CE and *lower* than normal left activity in most regions including IF, OM, OT, ST, HI, CA, C1, TH and HY.

The later analysis replicated findings of relative hyperactivity from the first analysis in Mr. Nelson. With regard to frontal regions, the later analysis found hyperactivity in the same areas (SF, DM, MF, and IF) as well as the DL (which the first analysis had not found to be significantly hyperactive). Indeed, the later analysis, based on a much better powered sample, found multiple frontal regions to be *more* hyperactive relative to controls than did the first analysis (specifically the SF, DL, DM, and MF). The later analysis also replicated findings of relative parietal hyperactivity (in SM, SP, and SG). Additionally, the later analysis also found occipital and temporal regions to be hyperactive where the first analysis had not (OL, OT, MT). Finally, the later analysis also showed the hypothalamus (HY) and anterior cingulate (CA) to be hyperactive. The insula (IN) was the only region found to be relatively hyperactive in the first but not the second analysis. Importantly for the emotion processing circuitry, the later analysis replicated the findings of hypo-activity of limbic regions (PH, HI, and AM), as well as the lenticular nuclei (LL, LM) and the corpus callosum (C1). While replicating the hypermetabolism of the anterior cingulate, the later analysis did not show reduced metabolism in the genu or posterior cingulate regions (CG, CP), nor in the caudate nucleus (CN) or midbrain regions (MI, PO).

With regard to laterality, the later analysis replicated all results of the first analysis with the following exceptions. First, the later analysis found *more* regions to have greater relative left activation than the first (specifically, the CG, MI and CE). Second, the later analysis did not find greater relative right activation in the following regions: SM, AM, and IN.

Overall, these results confirm the findings from the first analysis, showing substantially the same patterns of hyper-activation in cortical regions, especially frontal and parietal areas, as well as the anterior cingulate gyrus, and abnormally low activity in the limbic areas including hippocampus and amygdala, both lenticular nuclei (globus pallidus and putamen), and the anterior corpus callosum. The laterality measure indicates relatively lower left hemispheric activity in most regions that show significantly abnormal laterality, and this is consistent with greater left hemispheric dysfunction. These results support all of the conclusions drawn in the Comprehensive Report (see "Summary and Conclusions" section of the Comprehensive Report).

## III. Review of Social and Medical History of Mr. Nelson

At the request of defendant's counsel, a review of the social history and neo-natal hospitalization records of Mr. Nelson was conducted. Specifically, the social history conducted in this case by Jill Miller, and the post-natal hospital records from Providence/St. Margaret's Health Center and Children's Mercy Hospital (Kansas City, MO) were reviewed. The purpose of this review was to determine which social and medical factors might be associated with or have contributed to the neurobehavioral findings reported both here and in the Comprehensive Report, as well as to determine which behavioral factors might be the result of brain damage in Mr. Nelson consistent with what is found in our neurobehavioral assessment. The following relevant findings were made.

### *Schizophrenia Spectrum Illness and Other Mental Illness in Mr. Nelson's Family*

There is ample evidence of schizophrenia spectrum illness and other mental illness in Mr. Nelson's paternal family that seem to have been largely undiagnosed and untreated. Kenneth Morse, Mr. Nelson's father, was reported to have been "always strange" and having "uncontrollably violent 'fits'". (Miller, 7) Furthermore, Miller reports, "virtually all Morse family members interviewed have stated that they believe that Kenneth Morse suffers from mental illness. He is generally described as paranoid, delusional and possibly schizophrenic." (Miller, 11) Specifically, Kenneth is noted as "think[ing] people are watching him all the time, […] exhibiting bizarre behavior, including paranoia, delusions and 'fits'," peeping out of windows and thinking the

FBI are watching him. Such violent and paranoid behavior was especially pronounced in the context of his relationship with Keith Nelson's mother Nancy Nelson, where he was both physically and emotionally violent, often stalking her, beating her, and accusing her of sleeping with other men. Delusions accompanied by violent and defensive behavior and disorganized thoughts are hallmarks of schizophrenia and related psychotic disorders.

One of Kenneth Morse's brothers, Milas, also reported lifelong symptoms consistent with both mood and schizophrenia spectrum disorders: "wanting to be alone, spending time in his room, excessive sleep and lack of energy." (Miller, 10) Furthermore, Milas' son (Mr. Nelson's cousin), is reported to suffer the same symptoms and has been labeled a "diagnosed paranoid schizophrenic" by multiple members of his family, having been "hospitalized for mental health treatment" and currently receiving SSI for mental disability. (Miller, 10) Additionally, Milas' daughter Peggy is described as "psychotic". Multiple of Kenneth Morse's sister's are also self-reportedly depressed, and another of Kenneth's brothers, Fred, has had delusional episodes accompanied by violent outbursts, including taking a gun into the woods to go find his dead older brother. (Miller, 11) Finally, within Mr. Nelson's younger brother Paul Nelson is a diagnosed schizophrenic who is observed to have experienced severe paranoid, persecutory delusions starting in Mr. Nelson's early twenties. (Miller, 62)

Shortly after Paul Nelson's initial psychotic break, Mr. Nelson's girlfriend and others started noting Mr. Nelson's own behavior to be increasingly "off the wall". (Miller, 73) Around this time, family and friends reported that Mr. Nelson began hearing voices, talking to himself, mumbling, exhibiting bizarre behavior and talking about being compelled to have sex with young girls. All are consistent with a first psychotic episode marking the onset of a psychotic disorder. Paul Nelson himself reported auditory hallucinations of a voice condemning him as a pedophile and commanding him to perform sexual acts on young children. (Miller, 73) It is known that Paul Nelson and Keith Nelson were in communication shortly before the latter Mr. Nelson abducted Pamela Butler.

Schizophrenia and other psychotic disorders are heritable mental illnesses that are characterized by flattened affect, avolition, social withdrawal, hallucinations, delusions, and disorganized thoughts, among other symptoms. It is worth noting that all of these symptoms are present in Ms. Miller's history of Mr. Nelson. Furthermore, estimates of heritability of these disorders between first-degree relatives range from 41% to 87%.[2] The heritability is especially high when more than one family member is affected (multiplex families), compared to "sporadic" cases when no other first-degree relatives are affected. Given the prevalence of suspected schizophrenia in Mr. Nelson's family, including one confirmed first-degree family member (Paul Nelson), it is conceivable that Mr. Nelson himself may also suffer from the disorder, and that he was experiencing his first psychotic break around the time of the abduction. The first psychotic episode, which typically occurs at the diagnostic onset of the disorder, is often the worst episode a person with schizophrenia usually experiences, as the intensity of "positive symptoms" (hallucinations, delusions, bizarre behavior and thought disorders) tend to diminish in intensity with subsequent episodes of symptom exacerbation. Bizarre, violent, and often criminal behavior can occur during psychotic episodes in psychosis prone individuals, particularly when paranoid ideation is involved. In 2001, when the crime was committed, Mr. Nelson was 27 years old. This age is toward the higher range of typical adult onset of the disorder, which is roughly 18-28 years of age.[3] Thus, Mr. Nelson's behaviors are consistent with a primary psychotic episode.

There is further indirect evidence of a potential schizophrenia spectrum disorder within Mr. Nelson. First, Miller reports pervasive enuresis (bedwetting) into Mr. Nelson's late childhood. Enuresis beyond early childhood is often a marker of both neurodevelopmental delay and

---

[2] Cardno AG, Marshall EJ, Coid B, MacDonald AM, Ribchester TR, Davies NJ, Venturi P, Jones LA, Lewis SW, Sham PC, Gottesman II, Farmer AE, McGuffin P, Reveley AM, Murray RM. Heritability estimates for psychotic disorders: The Mausdley twin psychosis series. Arch Gen Psychiatry, 1999; 56(2): 162-168.

[3] Castle D, Wessely S, Der G, Murray RM. The incidence of operationally defined schizophrenia in Camberwell, 1965–84. *The British Journal of Psychiatry*. 1991;159:790–4.



Appellate Case: 15-3160 Page: 6 Date Filed: 02/29/2016 Entry ID: 4372476

psychiatric illness, typically the aftermath of abuse or trauma experienced in early childhood. This was certainly the case in Mr. Nelson's life, having been brutally abused by his father and witnessing his mother's abuse at the hands of Kenneth Morse and other mail suitors. Prolonged childhood enuresis is a premorbid developmental marker of schizophrenia.[4] Second, there is extensive evidence of self-injurious behavior, suicidal gesturing, and suicidal ideation and suicide attempts in Mr. Nelson's social history, starting in early adolescence and extending through to his adulthood. (Miller, 36) The prevalence of suicidal behavior is three to eight folds higher in the prodromal periods of persons with schizophrenia.[5]

*Evidence of Compounding Traumatic Brain Injury in Mr. Nelson*

Multiple events outlined in the hospital records and social history reviewed for this report lead to the conclusion that Mr. Nelson suffered repeated traumatic brain injuries beginning shortly after birth. These injuries very likely had both independent and compounding detrimental neurocognitive outcomes for Mr. Nelson.

Most notably, the circumstances surrounding Mr. Nelson's birth likely contributed to long-term brain injury. First, Mr. Nelson was reportedly born six to eight weeks prematurely to a mother having twins who did not undertake proper prenatal care. (Miller, 12) Additionally, records indicate that Mr. Nelson suffered respiratory distress shortly after birth, being hospitalized in the NICU of Children's Mercy Hospital, where he exhibited "marked peripheral cyanosis" due to lack of oxygen in the blood. (Children's Mercy Hospital Records). Such a condition, indicating prolonged lack of oxygen to the brain and other tissues, can lead to anoxic brain injury. In an average healthy person, anoxia can cause permanent and irreversible damage after as little as sixty seconds without oxygen perfusion into brain tissue. While this would likely take longer in infants, who have increased preferential hemoglobin binding of oxygen relative to adults, two to five minutes of anoxia, as evidenced by peripheral cyanosis, might lead to permanent anoxic brain injury.

Keith Nelson was also the victim of forms of physical abuse as an infant that could lead to permanent brain injury. On one occasion, Mr. Nelson's father, "tied a belt around Keith's legs and swung him around the room, striking his head on furniture and the walls." (Miller, 16) On other occasions, Kenneth Morse reportedly gave his infant son alcohol to quiet his crying. (Miller, 16) Such events could lead to permanent tissue loss in cortical regions of the brain as well as along midline structures due to the torque of the movement of the brain within a rotating cranium. Early alcohol exposure is likewise correlated with reductions in white matter volume.

Furthermore, Miller reports that Mr. Nelson had multiple traumatic falls as a young child, falling off of a roof onto a table, off of an upper bunk. (Miller, 27). As a late adolescent, Mr. Nelson also reportedly suffered a blow to the back of the head. (Miller, 47) In conjunction with the trauma Mr. Nelson received as an infant, the impact of each of these falls would have caused compounding traumatic brain injury. Multiple head injuries cause compounding damage over time, with each successive injury escalating the damage beyond what the same injury would be expected to cause alone. Such brain injury, particularly in early years, would lead to both structural losses in brain volume and neuropsychological deficits in corresponding regions of traumatic brain injury.

The results of the imaging and neuropsychological testing conducted for the present investigation are consistent with what one would expect to find given the history of probable traumatic brain injury observed in Mr. Nelson's social history and medical reports. Specifically, our MRI analysis yielded results of reduced left hemisphere gray and white matter in frontal and occipital areas, which appear to the combined result of traumatic brain injury and early exposure to alcohol or

---

[4] Hyde TM, Deep-Soboslay A, Iglesias B, Callicott JH, Gold JM, Meyer-Lindenberg A, Honea RA, Bigelow LB, Egan MF, Emsellem EM, Weinberger DR. Enuresis as a premorbid developmental marker of schizophrenia. Brain, 2008; 131(9): 2489-2498.

[5] Andriopoulos I, Ellul J, Skokou M, Beratis S. Suicidality in the "prodromal" phase of schizophrenia. Compr Psychiatry, 2011; 52(5): 479-485.



Appellate Case: 15-3160 Page: 7 Date Filed: 02/29/2016 Entry ID: 4372476

other solvents, both of which occurred in Mr. Nelson's early years. These results are consistent with neuropsychological findings indicating widespread left hemisphere damage, with a specific locus of damage in the inferior aspect of the prefrontal cortex. Damage in this region could have been caused by a blow to the back of Mr. Nelson's head on the right side, which is consistent with his abuse in infancy and at later periods in his life.

*Evidence of Global and Selective Neurocognitive Impairment in Mr. Nelson*

Reports of Mr. Nelson's school years support the possibility that his abuse as an infant led to lifelong impaired neurocognitive function. Specifically, his kindergarten, early grade school, and standardized testing performance were below average, and he received special education services based on his low academic performance. This record of poor performance persisted throughout Mr. Nelson's life. Moreover, Mr. Nelson received ongoing speech therapy as a child and reportedly had low language comprehension and reading comprehension skills, while being in the average range in math in the fourth grade (Miller, 34). By contrast, all of Keith's siblings received average or above average grades across subjects, and Keith's oldest brother even reportedly had an IQ of 121 in grade school. (Miller, 25-26).

This set of global deficits, with selectively severe deficits in language-related domains, is consistent with the neuropsychological testing conducted on Mr. Nelson for the present analysis. Specifically, this pattern of selective verbal deficits is consistent with relative left greater than right hemisphere damage, as the left hemisphere most commonly controls verbal reasoning and language ability. Moreover, Mr. Nelson's relatively lower IQ (reported to be 84 when tested as an adolescent) compared to his siblings, also suggests a neural-based global deficit in intellectual and neurocognitive ability, potentially the result of perinatal and postnatal vulnerability and subsequent traumatic brain injury in his early years.

Finally, whether or not Mr. Nelson himself suffers from a schizophrenia spectrum disorder or other psychotic mental illness, his family history of schizophrenia alone may have contributed to his neurocognitive impairment. Not only patients with schizophrenia have widespread, global neurocognitive deficits relative to healthy controls, but also first-degree relatives of patients with schizophrenia who come from multiplex families have less severe but still pervasive deficits across different neurocognitive domains relative to healthy individuals, even if those relatives do not themselves meet diagnostic criteria for schizophrenia spectrum disorders themselves.[6] This is likely due to both the genetic heritability of endophenotypes associated with schizophrenia, as well as the environmental contribution of the lack of cognitive and affective enrichment in homes with parents or siblings with the disorder.

## IV. Summary and Conclusions

Our expanded PET findings confirm our original conclusions regarding brain injury in Mr. Nelson. Our findings suggest the combined effects of neurodevelopmental vulnerability and traumatic brain injury resulting from one or more injuries to the back or side of the head. Such an injury or injuries would explain the widespread left hemispheric damage found to be the case with Mr. Nelson. This pattern of injury would also explain damage to the limbic and basal ganglia regions, and the relative compensatory cortical hyperactivation, which we found to be the case in both quantitative PET analyses. Moreover, our findings of decreased corpus callosum function and decreased white matter volume are consistent with early exposure to alcohol or other solvents, which from Miller's social history occurred in Mr. Nelson's infancy.

Review of Mr. Nelson's social history and neo-natal hospitalization records provides suggestive evidence of at least two separate and probably co-occuring causal mechanisms for the structural

---

[6] Gur RE, Nimgaonkar VL, Almasy L, Calkins MW, Ragland JD, Pogue-Geile MF, Kanes S, Blangero J, and Gur RC. Neurocognitive endophenotypes in a multiplex multigenerational family study of schizophrenia. Am J Psychiatry, 2007; 164(5): 813-819.



Appellate Case: 15-3160 Page: 8 Date Filed: 02/29/2016 Entry ID: 4372476

and functional impairment we found in Mr. Nelson. First, family history of and possible occurrence of a schizophrenia spectrum disorder in Mr. Nelson may explain some of his brain abnormalities and his relative learning disabilities and neurocognitive impairment. Second, respiratory distress in infancy combined with repeated and compounding brain injuries likely explains the extensive structural damage we observed in the MRI analysis as well as the functional abnormalities we documented in both PET analyses and in the neuropsychological assessment.

Thank you for the opportunity to participate in Mr. Nelson's neurobehavioral assessment.

Sincerely,

Ruben C. Gur, PhD



Appellate Case: 15-3160 Page: 9 Date Filed: 02/29/2016 Entry ID: 4372476

# EXHIBIT 36

(Revised as of January 2014)

# Xavier F. Amador

**Address**
1150 Smith Road
Peconic, New York 11958

**Telephone and E-Mail**
516-578-1864 (mobile)
646-304-4888 (fax)
xal@columbia.edu

## Education

| | |
|---|---|
| Ph.D. Clinical Psychology<br>1989 | New York University |
| M.A. Clinical Psychology<br>1987 | New York University |
| B.A. Psychology<br>1982 | State University of New York at Purchase<br>(graduation with honors) |

## U.S.A. Security Clearances

Top Secret Security Clearance
USDOJ and DoD.

Security clearances from the United States Department of Justice (USDOJ) and the Department of Defense (DoD) in 2006.

In 2006, expert witness in USA v. PFC Lynndie England (Abu Ghraib prison case): received Secret security clearance from the DoD.

In 2006, Top Secret clearance from the USDOJ for work and testimony in USA v. Zacarias Moussaoui (a.k.a. the 20th 9/11 hijacker).

In 2008, Top Secret clearance (TS/SCI) was reactivated by the DoD and USDOJ for USA v. Ramsi bin al-Shibh (accused 9/11 conspirator detained in Guantanamo Bay, Cuba).



CLERK U.S.DISTRICT COURT
Exhibits:
P 60
Case No. 4:04-CV-08005-FJG

**Forensic Cases**

I have worked on approximately 50 death penalty cases in Federal, State (numerous States) and Military Courts and have testified approximately 20 times in such cases. I have also worked on other felony cases in which I have testified.

## Administrative and Academic Appointments

| | |
|---|---|
| Visiting Professor<br>2013 - Present | State University of New York at Purchase, New York. |
| Adjunct Professor<br>2003 - 2012 | Adjunct Professor in Clinical Psychology, Columbia University, Teachers College, NYC. |
| President and Founder<br>2008 - Present | LEAP Institute (www.LEAPInstitute.org), international training and consultations for mental health professionals, relatives of mentally ill persons, law enforcement officers and attorneys: a division of LEAP Associates, LLC, NYC. |
| President<br>2003 - Present | Amador & Associates, LLC, providing forensic and corporate psychological assessments for broadcast media. |
| National Director<br>2002 - 2003 | Center for Research, Education and Practice. National Alliance on Mental Illness (NAMI), Arlington, VA. |
| National Deputy Director<br>2002 - 2003 | NAMI, Arlington, VA. |
| Director<br>2000 - 2002 | Department of Psychology, the New York State Psychiatric Institute (NYSPI), NYC. |
| Associate Professor<br>1995 - 2003 | Associate Professor of Psychology in Psychiatry, Columbia University College of Physicians & Surgeons, NYC. |
| Adjunct Associate Professor<br>1997 - 2003 | Adjunct Associate Professor in Clinical Psychology, Columbia University, Teachers College, NYC. |
| DSM IV-TR Co-Chair<br>1999 - 2000 | American Psychiatric Association Committee to revise text of the Diagnostic and Statistical Manual of Mental Disorders, IV Edition: Schizophrenia and Other Psychotic Disorders section. |



Appellate Case: 15-3160 Page: 12 Date Filed: 02/29/2016 Entry ID: 4372476

| | |
|---|---|
| Faculty<br>1999 - 2002 | Columbia University College of Physicians & Surgeons, and New York Cornell Hospital's post-graduate Fellowship in Forensic Psychiatry, NYC. |
| Chief<br>1994 - 2002 | Division of Diagnosis & Evaluation<br>Department of Clinical Psychobiology, New York State Psychiatric Institute, NYC. |
| Associate Science Director<br>1989 - 1993 | Department of Clinical Psychobiology, Schizophrenia Research Unit, New York State Psychiatric Institute, NYC. |
| Assistant Professor<br>1991 - 1995 | Assistant Professor of Clinical Psychology in Psychiatry, Columbia University College of Physicians & Surgeons, NYC. |
| Adjunct Assistant Professor<br>1991 - 1998 | Adjunct Assistant Professor of Clinical Psychology, Graduate School of Arts & Sciences, Department of Psychology, New York University, NYC. |
| Adjunct Clinical Supervisor in Family Therapy<br>1990 - 1991 | Ferkauf Graduate School of Psychology<br>Yeshiva University, NYC. |
| Instructor<br>1989 - 1991 | Instructor in Clinical Psychology in Psychiatry, Columbia University College of Physicians & Surgeons, NYC. |

## Volunteer Positions

| | |
|---|---|
| Director<br>2003 - Present | National Alliance for the Mentally Ill (NAMI), Board of Directors. |
| Member<br>2003 - Present | NAMI Scientific Council. |

## Forensic Experience and Positions

| | |
|---|---|
| Forensic Expert<br>1998 - Present | Expert in clinical psychology and forensic psychology in Federal Court, Military Court and various state courts including: Arizona, California, Connecticut, Florida, Georgia, Hawaii, Missouri, New York, Pennsylvania, Tennessee, Utah, Washington. Expert witness and/or consultant on approximately 50 death penalty cases in addition to other non-capital cases. |



Appellate Case: 15-3160 Page: 13 Date Filed: 02/29/2016 Entry ID: 4372476

| | |
|---|---|
| American Bar Association (ABA)<br>2002 - 2006 | ABA Task Force on Mental Disability and the Death Penalty. |

**Research Experience**

| | |
|---|---|
| Principal Investigator<br>1999 - 2003 | National Institute of Mental Health: "Diagnosis and Treatment Research Core." MHCRC in Schizophrenia Studies. (Grant #P30-MH-59342, Jack Gorman, M.D., Principal Investigator). |
| Principal Investigator<br>2000 - 2002 | Medication Adherence and Insight Therapy, co-investigator Aaron T. Beck, M.D. Grant from the National Alliance for Research on Schizophrenia and Depression (NARSAD). |
| Principal Investigator<br>1994 - 1999 | NIMH: "Diagnosis and Assessment Research Core." Developing Schizophrenia Clinical Research Center (DSCRC) (Grant #.5P20-MH-50727, Jack Gorman, M.D., Principal Investigator). |
| Principal Investigator<br>1994 - 1996 | Stanley Foundation Research Award, "Self Awareness Deficits Following Frontal, and Left-, Right-, Posterior Brain Lesions in Neurological Patients: Comparison to Schizophrenia." |
| Principal Investigator<br>1993 - 1996 | NIMH Grant Award: "Deficits in Awareness of Illness in Schizophrenia," National Institute of Mental Health (Grant #1R03-MH-48790-02). |
| Principal Investigator<br>1993 - 1994 | Scottish Rite Schizophrenia Research Award: "Neuropsychological and Clinical Correlates of Lack of Awareness of Illness in Schizophrenia." |
| Principal Investigator<br>1991 - 1994 | NIMH "Faculty Scholar Award in Schizophrenia," National Institute of Mental Health (Grant #1T01-MH-19627-01). |
| Principal Investigator<br>1990 -1992 | National Alliance for Research in Schizophrenia and Affective Disorders (NARSAD).<br>Young Investigator Award. |
| Principal Investigator<br>1989 - 1990 | Columbia University Schizophrenia Research Fund Award, "Smooth Pursuit Eye Movement Dysfunction in Schizophrenics and their Relatives." |



Appellate Case: 15-3160 Page: 14 Date Filed: 02/29/2016 Entry ID: 4372476

| | |
|---|---|
| Co-Investigator<br>1999 - 2002 | NIMH R01 Grant: "Suicidal Behavior in Schizophrenia," Harkavy-Friedman, J., Principal Investigator. |
| Co-Investigator<br>1994 - 1999 | NIHM R01 Grant: "Pain Insensitivity and Affective Deficits in Schizophrenia," Dworkin, R., Principal Investigator. |
| Co-Investigator<br>1989 - 1994 | National Institute of Mental Health Grant Award #MH-46289-05, "Diagnostic Center for Psychiatric Linkage Studies (Schizophrenia)." |
| Co-Investigator<br>1990 - 1991 | Mental Illness Foundation Grant: "Multidimensional Definition of the Schizophrenia Phenotype." |
| Co-Investigator<br>1987 - 1989 | New York State Psychiatric Institute<br>Pharmacological investigation of the pathophysiology of Smooth Pursuit Eye Movement (SPEM). |
| DSM-IV Coordinator<br>1990 - 1992 | Columbia University site coordinator: the DSM-IV Field Trial for Schizophrenia and Related Psychotic Disorders. |
| Dissertation Research<br>1987 - 1989 | Doctoral dissertation: "A Putative Genetic Marker of Schizophrenia, Smooth Pursuit Eye Movement Dysfunction: Comparison to Mania and Task Characteristics." |
| Master's Degree Research<br>1985 - 1987 | Master's thesis: "Putative Genetic Markers of Schizophrenia." Co-investigator on NYSPI Basic Research Grant (BSRG 903-E802T) |

**Peer Reviewer**

*American Journal of Psychiatry*
*Archives of General Psychiatry*
*Biological Psychiatry*
*Bipolar Disorder*
*British Journal of Psychiatry*
*Cognitive Neuropsychiatry*
*Comprehensive Psychiatry*
*Contemporary Psychology*
*Harvard Review of Psychiatry*
*Hospital and Community Psychiatry*
*International Journal of Geriatric Psychiatry*
*Journal of Abnormal Psychology*
*Journal of Nervous and Mental Disease*
*Journal of Transcultural Psychiatry*
*Oxford University Press*
*Psychiatric Rehabilitation Journal*
*Psychiatric Services*
*Psychiatry Interpersonal & Biological Proc.*
*Psychoanalytic Psychology*
*Psychological Reports*
*Psychophysiology*
*Schizophrenia Bulletin*
*Schizophrenia Research*
*Social Psychiatry and Psychiatric Epidemiology*
*Wiley Publishers, London*



Appellate Case: 15-3160 Page: 15 Date Filed: 02/29/2016 Entry ID: 4372476

## Editorial

| | |
|---|---|
| Editorial Board | Clinical Schizophrenia and Related Psychoses<br>Schizophrenia Magazine (previously Schizophrenia Digest)<br>Anchor Magazine |
| Guest Editor | Clinical Schizophrenia and Related Psychoses<br>Schizophrenia Bulletin |

## Consultations

| | |
|---|---|
| APA | Co-Chair, DSM-IV text revision of Schizophrenia and other Psychotic Disorders section for the American Psychiatric Assoc. (1998 - 2000) |
| APA | Expert Schizophrenia Advisor, task force on DSM-IV. (1989 - 1994) |
| U.S. Dept. of Justice | United States Department of Justice, Office of Justice Programs. Institute for Law & Justice, Subcontractor to the Department of Justice: Invited lecturer. Washington, D.C. |
| NIMH | National Institute of Mental Health, Clinical Psychopathology Grant Review Committee (1997 - 1999). |
| Veterans Administration | Reviewer - research award applications. (1991 - 2005) |
| Research Advisor | National Institute of Mental Health (NIMH), Department of Veterans Affairs, Private Foundation, and Drug Company sponsored Research Studies. (1990 - present) |
| Grant Reviewer | NIMH; New York University, Graduate School Arts & Sciences, Psychology Department; Long Island Jewish Medical Center, Department of Psychiatry; Italian Ministry of Education, Universities and Research (MIUR) reviewer. (1992 - present) |
| NBC News Division | National Broadcasting Corporation News Consultant. Psychology & Health Contributor, NBC's Today Show (Weekend Edition). (1997 - 1999) |
| Vine Street Productions | Senior Consultant for documentary film titled: Out of the Shadow, directed by Susan Smiley. (2002 - 2004) |



Appellate Case: 15-3160 Page: 16 Date Filed: 02/29/2016 Entry ID: 4372476

## Awards and Honors

| | |
|---|---|
| Honors Thesis<br>1982 | Undergraduate research thesis awarded honors.<br>State University of New York at Purchase, New York. |
| Graduation with Honors<br>1982 | Undergraduate degree conferred with honors.<br>State University of New York at Purchase, New York. |
| Scholarships<br>1985 - 1988 | Awarded tuition scholarships from the Dean of the Graduate School of Arts and Sciences, New York University. |
| Young Scientist Award<br>1990 | NARSAD (see "Research Experience" for description). |
| Young Investigator Award<br>1993 | International Congress on Schizophrenia Research,<br>Colorado Springs, Colorado. |
| Young Scientist Award<br>1993 | Winter Workshop on Schizophrenia Research,<br>Davos, Switzerland. |

## Positions at Columbia University College of Physicians & Surgeons

| | |
|---|---|
| Executive Committee | Department head at NYSPI and Columbia. (1998 - 2002) |
| Incident Review | Review of reported incidents in hospital and clinics. (1998 - 2002) |
| Medical Staff | Medical staff meeting (department chiefs - clinical). (1998 - 2002) |
| Faculty Mentor & Lecturer | Forensic Fellowship in Psychiatry. (1999 - 2002) |
| Faculty Mentor & Lecturer | Schizophrenia Research Fellow program. (1992 - 2002) |
| Faculty Mentor & Lecturer | Stanley Minority Research Scholar program. (1991 - 2002) |
| Clinical Supervisor | Psychology Internship program. (1990 - 2002) |
| Assistant Director | Psychology Externship, Department of Clinical Psychobiology.<br>(1992 - 1998) |

## Clinical Positions and Training

| | |
|---|---|
| Licensed Psychologist<br>1990 - Present | New York State. Currently in private practice. License #010154. |

| | |
|---|---|
| Attending Psychologist<br>1989 - 1991 | New York State Psychiatric Institute, Schizophrenia Research Unit. Primary therapist (1989-1991), internship and externship supervisor. |
| Psychotherapist<br>1988 | Family psychotherapy practicum supervised at New York University Doctoral Program in Clinical Psychology |
| Psychology Intern<br>1987 - 1988 | Psychology Intern at St. Luke's/Roosevelt Hospital in New York City (A.P.A. Approved Internship). |
| Neuropsychology Examiner<br>1987 - 1988 | Neuropsychology externship at Beth Israel Hospital, New York. |
| Psychotherapist<br>1987 | Employed at the New Hope Guild Clinic, Bay Ridge, Brooklyn, N.Y. Family, child and adult individual psychotherapy. |
| Psychotherapist<br>1986 - 1988 | Individual psychotherapy practicum supervised at New York University Doctoral Program in Clinical Psychology. |
| Psychotherapist<br>1986 - 1987 | Family psychotherapy practicum supervised at New York University Doctoral Program in Clinical Psychology. |
| Mental Health Worker<br>1985 | St. Vincent's Medical Center Out-Patient Department, Staten Island, New York. Individual, group and family therapist. |
| Psychiatric E.R.<br>1984 - 1985 | Emergency Room Diagnostician at Kino Community Hospital. Mobile Acute Crisis Team, Tucson Police Department, Tucson, AZ. |
| Psychiatric Technician<br>1983 - 1985 | Arizona Health Sciences Center in-patient unit, Tucson, AZ. |
| Residential Counselor<br>1983 - 1984 | Lallave, LaFrontera Center psychiatric halfway house. Tucson, AZ. |

**<u>Publications Peer Reviewed</u>** (updated January 2014)

1) **Amador XF** and Arango C. "Lack of Insight, Searching the Core of Psychoses." (Guest Editors). *Schizophrenia Bulletin,* 37(1), 2011.

2) **Amador XF** and Arango C. "Lessons Learned About Poor Insight." *Schizophrenia Bulletin,* 37(1): 27-28, 2011.



Appellate Case: 15-3160 Page: 18 Date Filed: 02/29/2016 Entry ID: 4372476

3) Paillot C, Ingrand P, Millet B, **Amador XF**, Senon JL, Olie JP, Jaafari N; Insight Study Group. "French translation and validation of the Scale to Assess Unawareness of Mental Disorder (SUMD) in patients with schizophrenics." *Encephale*, 36(6):472-7, March 2010.

4) Paillot C, Goetz R, and **Amador XF.** Double blind, randomized, controlled study of a psychotherapy [LEAP] designed to improve motivation for change, insight into schizophrenia and adherence to medication (Abstract). *Schizophrenia Bulletin*, 35 (Supp. 1): 343, 2009.

5) Pompili M, **Amador XF**, Girardi P, Harkavy-Friedman J, Harrow M, Kaplan K, Krausz M, Lester D, Meltzer HY, Modestin J, Montross LP, Mortensen PB, Munk-Jørgensen P, Nielsen J, Nordentoft M, Saarinen PI, Zisook S, Wilson ST, Tatarelli R. "Suicide risk in schizophrenia: learning from the past to change the future." *Annals of General Psychiatry*, 6:10, 2007.

6) Bourgeois M, **Amador XF**, et al. "Awareness of Disorder and Suicide Risk. Results of the International Suicide Prevention Trial." *The American Journal of Psychiatry*, 161(8):1494-1496, Aug. 2004.

7) Brebion G, Bressan RA, **Amador XF**, Malaspina D, Gorman JM. "Medications and verbal memory impairment in schizophrenia: the role of anticholinergic drugs." *Psychological Medicine*, 34(2):369-74, Feb. 2004.

8) **Amador XF**, Fitzpatrick M. "Science to Services: Consumers need "Real-World Science."" *Schizophrenia Bulletin*, 29(1):133-37, 2003.

9) Pini S, **Amador XF**, Dell'Osso L, Baldini Rossi N, Cassano P, Savino M, Cassano GB. "Treatment of depression with comorbid anxiety disorders: differential efficacy of paroxetine versus moclobemide." *International Clinical Psychopharmacology*, 18(1):15-21, 2003.

10) Goodwin RD, **Amador XF,** Malaspina D, Yale SA, Goetz RR, Gorman JM. "Anxiety and substance use comorbidity among inpatients with schizophrenia." *Schizophrenia Research*, 61(1):89-95, 2003.

11) Butler PD, DeSanti LA, Maddox J, Harkavy-Friedman JM, **Amador XF,** Goetz RR, Javitt DC, Gorman JM. "Visual backward-masking deficits in schizophrenia: relationship to visual pathway function and symptomatology." *Schizophrenia Research*, 59(2):199-209, 2003.

12) Yale SA, Goetz R, Marcinko L, **Amador XF**, Malaspina D. "A latent factor analysis of the Deficit Syndrome criteria." *Schizophrenia Research*, 60(1): 30-30 (published abstract) Suppl. S, March 15, 2003.



Appellate Case: 15-3160 Page: 19 Date Filed: 02/29/2016 Entry ID: 4372476

13) Pini S, Dell'Osso L, **Amador XF**, et al. "Awareness of illness in patients with bipolar I disorder with or without comorbid anxiety disorders." *Aust N Z J Psychiatry,* 37(3): 355-361, June 2003.

14) Dell'Osso L, Pini S, Cassano GB, Mastrocinque C, Seckinger RA, Saettoni M, Papasogli A, Yale SA, **Amador XF**. "Insight into illness in patients with mania, mixed mania, bipolar depression and major depression with psychotic features." *Bipolar Disorders,* 4(5):315-22, 2002.

15) Malaspina D, Coleman E, Goetz RR, **Amador XF**., et al. "Odor identification, eye tracking and deficit syndrome schizophrenia." *Biological Psychiatry,* 51(10): 809-815, May 15, 2002.

16) Malaspina D, Dalack G, Leitman D, Corcoran C, **Amador XF**, Yale S, Glassman A, Gorman JM. "Low heart rate variability is not caused by typical neuroleptics in schizophrenia patients." *CNS Spectr*., 7(1):53-57, January 2002.

17) **Amador XF**, Seckinger RA, Kasapis C, et al. "Anosognosia in schizophrenia and schizoaffective disorder." *Schizophrenic Research,* 49(1-2): 10-10, April 15, 2001.

18) Pini S, Cassano GB, Dell'Osso L, **Amador XF.** "Insight Into Illness in Schizophrenia, Schizoaffective Disorder, and Mood Disorders with Psychotic Features." *American Journal of Psychiatry,* 158(1):122-25, Jan. 2001.

19) Friedman MS, Bruder GE, Nestor PG, **Amador XF**, et al. "Perceptual Asymmetries in Schizophrenia: Subtype Differences in Left Hemisphere Dominance for Dichotic Fused Words." *American Journal of Psychiatry,* 158(9): 1437-1440, Sept. 2001.

20) Alia-Klein N, O'Rourke T, Yale SA, **Amador XF**., et al. "Violence Assessment Scale (VAS): A study of validity and reliability and suggestions for future use." *Schizophrenia Research,* 49(1-2): 256-256 (published abstract) Sp. Iss. SI Suppl. S, April 15, 2001.

21) Wilson ST, **Amador XF.** "Personality, insight, and compliance in schizophrenia." *Schizophrenia Research,* 49(1-2): 147-147 Sp. Iss. SI Suppl. S, April 15, 2001.

22) Vinogradov S, **Amador XF**, Clarke J. "Schizophrenia and the death penalty." *Schizophrenia Research,* 49(1-2): 278-278 Sp. Iss. SI Suppl. S, April 15, 2001.

23) Kayser J, Bruder GE, Tenke CE, Stuart BK, **Amador XF** & Gorman JM. "Event-Related Brain Potentials (ERPs) in Schizophrenia for Tonal and Phonetic Oddball Tasks." *Society of Biological Psychiatry*, 49(10): 832-847, 2001.

24) Coleman EA, Malaspina D, **Amador XF**, et al. "Odor identification, eye tracking and the deficit syndrome." *Schizophrenia Research,* 49(1-2): 102-103 Sp. Iss. SI Suppl. S, April 15, 2001.

25) Seckinger RA, **Amador XF**. "Cognitive-behavioral therapy in schizophrenia." *Journal of Psychiatric Practice*, 7(3): 173-184, May 2001.

26) Brébion G, Gorman JM, Malaspina D, Sharif Z, **Amador XF.** "Clinical and Cognitive Factors Associated with Verbal Memory Task Performance in Patients with Schizophrenia." *American Journal of Psychiatry*, 158(5): 758-764, 2001.

27) **Amador XF**, Shiva AA. "Insight into Schizophrenia: Anosognosia, Competency and Civil Liberties." *George Mason University Civil Rights Law Journal*, 11:25, 2000.

28) **Amador XF**, Reshmi P. "Defending the Unabomber: Anosognosia in Schizophrenia." *Psychiatric Quarterly*, 71(4):363-371, 2000.

29) Malaspina D, Goetz RR, Yale S, Berman A, Friedman JH, Tremeau F, Prinz D, **Amador XF,** Johnson J, Brown A, Gorman JM. "Relation of familial schizophrenia to negative symptoms but not to the deficit syndrome." *American Journal of Psychiatry,* 157(6): 994-1003, 2000.

30) Corcoran CM, Goetz R, **Amador XF**, et al. "Depression and Higher IQ Associated with Premorbid Traumatic Brain Injury in Schizophrenia." *Biological Psychiatry,* 47(8): 91 (published abstract) Suppl. S, April 15, 2000.

31) Brébion G, **Amador XF**, Smith M, Malaspina D, Sharif Z, Gorman J. "Depression, psychomotor retardation, negative symptoms and memory in schizophrenia." *Neuropsychiatry, Neuropsychology, and Behavioral Neurology*, 13(3):177-83, 2000.

32) Brébion G, **Amador XF**, David A, Malaspina D, Sharif Z, Gorman J. "Positive symptomatology and source-monitoring failure in schizophrenia: an analysis of symptom-specific effects." *Psychiatry Research*, 95(2): 119-131, August 2000.

33) Susser E, Finnerty M, Mojtabai R, **Amador XF,** et al. "Reliability of the Life Chart Schedule for assessment of the long-term course of schizophrenia." *Schizophrenia Research,* 42(1): 67-77, March 16, 2000.

34) Limpert C, **Amador XF**, Seckinger RA, et al. "Diminished emotional experience and its relationship to poor insight in schizophrenia." *Schizophrenia Research,* 41(1): A29 (published abstract) Sp. Iss. SI, Jan. 3, 2000.



Appellate Case: 15-3160 Page: 21 Date Filed: 02/29/2016 Entry ID: 4372476

35) Brébion G, Smith MJ, Gorman JM, Malaspina D, Sharif Z, **Amador XF**. "Memory and Schizophrenia: Differential link of processing speed and selective attention with two levels of encoding." *Journal of Psychiatric Research*, 34(2):121-127, 2000.

36) **Amador XF,** Kirkpatrick B, Buchanan RW, Carpenter WT, Marcinko L, Yale SA. "Stability of the diagnosis of deficit syndrome in schizophrenia." *American Journal of Psychiatry,* 156(4): 637-639, 1999.

37) Marcinko L, **Amador XF**, Yale S. "Latent class analysis of the neurodevelopmental, and deficit syndromes in schizophrenia." *Schizophrenia Research,* 36(1-3): 24-24, April 1999.

38) Harkavy-Friedman JM, Nelson E, **Amador XF**, et al. "Aggression, impulsivity, suicidal behavior, and clinical features in schizophrenia.." *Schizophrenia Research,* 36(1-3): 19-19 (published abstract) Sp. Iss. SI, April 1999.

39) Brébion G, **Amador XF**, Smith MJ, Malaspina D, Sharif Z, Gorman JM. "Opposite links of positive and negative symptomatology with memory errors in schizophrenia.." *Psychiatry Research*, 88(1):15-24, 1999.

40) Malaspina, D, Friedman, JH, Goetz, R, **Amador XF**, et al. "Resistance of negative symptoms to neuroleptic treatment in familial schizophrenia." *Schizophrenia Research,* 36(1-3): 287-288 (published abstract) Sp. Iss. SI, April 1999.

41) Kayser J, Bruder GE, Friedman D, Tenke CE, **Amador XF,** Clark SC, Malaspina D, Gorman JM. "Brain event-related potentials (ERPs) in schizophrenia during a word recognition memory task." *International Journal of Psychophysiology*, 34(3):249-265, 1999.

42) Bruder G, Kayser J, Tenke C, **Amador XF,** Friedman M, Sharif, Z, Gorman J. "Left temporal lobe dysfunction in schizophrenia: Event-related potential and behavioral evidence from phonetic and tonal dichotic listening tasks." *Archives of General Psychiatry,* 56(3): 267-276, March 1999.

43) Harkavy-Friedman JM, Restifo K, Malaspina D, Kaufmann CA**, Amador XF**, Yale SA, Gorman JM. "Suicidal Behavior in Schizophrenia: Characteristics of Individuals Who Had and Had Not Attempted Suicide." *American Journal of Psychiatry,* 156(8): 1276-1278, August 1999.

44) Kasapis C, Seckinger RA, Yale SA, **Amador XF,** et al. "The relationship between insight and depression in schizophrenia." *Schizophrenia Research,* 36(1-3): 21-22 (published abstract) Sp. Iss. SI, April 1999.



Appellate Case: 15-3160 Page: 22 Date Filed: 02/29/2016 Entry ID: 4372476

45) **Amador XF** & Gorman JM. "Psychopathologic domains and insight in schizophrenia." *Psychiatric Clinics of North America,* 21(1):27-42, 1998.

46) Brébion G, Smith M, Gorman J, Malaspina D & **Amador XF**. "Resistance to Interference and Positive Symptomatology in Schizophrenia." *Cognitive Neuropsychiatry,* 3(3):179-190, 1998.

47) Bruder GE, Kayser J, Tenke C, Rabinowicz E, Friedman M, **Amador XF**, Sharif Z & Gorman J. "The Time Course of Visuospatial Processing Deficits in Schizophrenia: An Event-Related Brain Potential Study." *Journal of Abnormal Psychology*, 107(3):399-411, 1998.

48) Brébion G, **Amador XF,** Smith MJ & Gorman JM. "Memory impairment and schizophrenia: The role of processing speed." *Schizophrenia Research,* 30(1):31-39, 1998.

49) Malaspina D, Harkavy-Friedman J, Kaufmann C, Bruder G, **Amador XF,** Strauss D, Clark S, Yale S, Lukens E, Thorning H, Goetz R & Gorman J. "Psychobiological heterogeneity of familial and sporadic schizophrenia." *Biological Psychiatry,* 43(7):489-496, 1998.

50) Ratakonda S, Gorman JM, Yale SA & **Amador XF**. "Characterization of psychotic conditions: Use of the domains of psychopathology model." *Archives of General Psychiatry,* 55(1):75-81, 1998.

51) Brébion G, Smith MJ, **Amador XF,** Malaspina D & Gorman JM. "Word recognition, discrimination accuracy and decision bias in schizophrenia: Association with positive symptomatology and depressive symptomatology." *Journal of Nervous and Mental Disease,* 186(10):604-609, 1998.

52) Kirkpatrick B, Ram R, **Amador XF**, Buchanan R.W, McGlashan T, Tohen M, Bromet E. "Summer Birth and the Deficit Syndrome of Schizophrenia." *American Journal of Psychiatry*, 155(9): 1221-1226, 1998.

53) Brown AS, Gewirtz G, Harkavy-Friedman J, Cooper T, Brebion G, **Amador XF**, Malaspina D, Gorman JM. "Effects of clozapine on plasma catecholamines and relation to treatment response in schizophrenia." *Schizophrenia Research*, 29(1-2): 171-171, Jan. 1998.

54) Kirkpatrick B, Ranganathan R, **Amador XF**, LaPorte D, Buchanan RW, McGlashan T, Tohen M & Bromet E. "Summer birth and behavioral features in psychotic and nonpsychotic groups." *Schizophrenia Research*, 24(1-2): 252-253, 1997.

55) **Amador XF,** Barr WB, Economou A, Mallin E, Marcinko L, Yale S. "Awareness deficits in neurological disorders and schizophrenia." *Schizophrenia Research*, 24(1-2): 96-97, 1997.

56) **Amador XF** & Seckinger RA. "The assessment of insight: a methodological review." *Psychiatric Annals*, 27(12):798-805, 1997.

57) Brébion G, **Amador XF,** Smith M & Gorman J. "Mechanisms underlying memory impairment in schizophrenia." *Psychological Medicine*, 27(2):383-393, 1997.

58) Brébion G, Smith M, Gorman J & **Amador XF**. "Discrimination accuracy and decision biases in different types of reality monitoring in schizophrenia." *Journal of Nervous and Mental Disease*, 185(4):247-253, 1997.

59) Brown AS, Gewirtz G, Harkavy-Friedman J, Cooper T, Brébion G, **Amador XF**, Malaspina D & Gorman JM. "Effects of clozapine on plasma catecholamines and relation to treatment response in schizophrenia: A within-subject comparison with haloperidol." *Neuropsychopharmacology*, 17(5):317-25, 1997.

60) Malaspina D, Bruder G, Dalack G, Storer S, Van Kammen M, **Amador** XF, Glassman A & Gorman J. "Diminished Cardiac Vagal Tone in Schizophrenia: Associations to Brain Laterality and Age of Onset." *Biological Psychiatry*, 41(5):612-617, 1997.

61) Malaspina D, Johnson J, Bruder G, Gorman J, Kaufmann C, **Amador XF** & Goetz R. "Brain laterality and haloperidol response in schizophrenia." *Biological Psychiatry*, 41(7):305, 1997.

62) Kayser J, Bruder G, Tenke C, Watson J, Malaspina D, **Amador XF** & Gorman J. "Dissociations of ERP topographies for verbal and nonverbal auditory oddball tasks: findings for schizophrenic patients and healthy controls." *Schizophrenia Research*, 24(1):234, 1997.

63) Brébion G, Smith MJ, **Amador XF,** Malaspina D & Gorman J. "Clinical Correlates of Memory in Schizophrenia: Differential Links Between Depression, Positive and Negative Symptoms, and Two Types of Memory Impairment." *American Journal of Psychiatry*, 154(11): 1538-1543, 1997.

64) Brébion G, Smith MJ, Gorman J & **Amador XF.** "Reality monitoring failure in schizophrenia: the role of selective attention." *Schizophrenia Research*, 22(2): 173-180, 1997.




Appellate Case: 15-3160 Page: 24 Date Filed: 02/29/2016 Entry ID: 4372476

65) Bruder G, Kayser J, Tenke C, Friedman M, Rabinowicz E, **Amador XF** & Gorman J. "Brain event-related potentials in schizophrenia during a visuospatial task." *Schizophrenia Research*, 24(1-2): 231-232, 1997.

66) Tremeau F, **Amador XF,** Malaspina D, Amodt I, Goetz R & Gorman J. "Insight and anosognosia of tardive dyskinesia in schizophrenia." *Schizophrenia Research*, 24(1):273, 1997.

67) Tremeau F, **Amador XF,** Malaspina D, Maziade M., Roy M.-A., Merette C, & Hamel M. "Psychosis and etiology (multiple letters)." *American Journal of Psychiatry*, 154(1): 132-134, 1997.

68) **Amador XF**, Harkavy-Friedman J, Kasapis C, Yale SA, Flaum M & Gorman JM. "Suicidal behavior in schizophrenia and its relationship to awareness of illness." *American Journal of Psychiatry,* 153(9):1185-1188, 1996.

69) Kasapis, C, **Amador, XF**, Yale, SA, et al. "Neuropsychological and defensive aspects of poor insight and depression in schizophrenia." *Schizophrenia Research*, 18(2-3): 117-18, Feb. 1996.

70) Ratkonda, SS, **Amador, XF**, Gorman, JM. "Domains of psychopathology: Is schizophrenia different from other psychoses?" *Biological Psychiatry,* 39(7): 542 April 1, 1996.

71) Brébion G, Smith MJ, Gorman JM & **Amador XF**. "Reality monitoring failure in schizophrenia: The role of selective attention." *Schizophrenia Research,* 22(2):173-180, 1996.

72) Butler PD, Harkavy-Friedman JM, **Amador XF** & Gorman JM. "Backward masking in schizophrenia: relationship to medication status, neuropsychological functioning, and dopamine metabolism." *Biological Psychiatry,* 40(4):295-298, 1996.

73) Dworkin R, Clark S, **Amador XF** & Gorman J. "Does affective blunting in schizophrenia reflect affective deficit or neuromotor dysfunction?" *Schizophrenia Research,* 20(3):301-306, 1996.

74) Kirkpatrick B, **Amador XF,** Flaum M, Yale S, Gorman J, Carpenter W, Tohen M & McGlashan T. "The deficit syndrome in the DSM-IV Field Trial: I. Alcohol and other drug abuse." *Schizophrenia Research,* 20(1-2):69-77, 1996.

75) Kronengold H, **Amador XF**, Bracha HS, Flaum M, McGlashan T, Pandurangi A, Robinson D, Tohen M, Gorman JM. "Schizophrenia, Season of Birth, and Phenomenological Features." *Schizophrenia Research,* 15(1); 14, April 1995.



Appellate Case: 15-3160 Page: 25 Date Filed: 02/29/2016 Entry ID: 4372476

76) Kasapis C, **Amador XF**, Yale SA, Strauss D, Gorman JM. "Poor Insight in Schizophrenia: Neuropsychological and Defensive Aspects." *Schizophrenia Research,* 20:123,1996.

77) Marcinko L, **Amador XF**, Flaum M, McGlashan T, Pandurangi A, Robinson D, Tohen M. "Gender Differences in Schizophrenia: Findings from the DSM-IV field trials.." *Schizophrenia Research,* 15(1):16-17, April 1995.

78) Kirkpatrick B, **Amador XF,** Yale S, Bustillo J, Buchanan, R & Tohen M. "The deficit syndrome in the DSM-IV Field Trial: Part II. Depressive episodes and persecutory beliefs." *Schizophrenia Research,* 20(1-2):79-90, 1996.

79) Malaspina D, Gorman J, Bruder J, **Amador XF**, Goetz R, Harkavy-Friedman J & Kaufmann C. "Familial and sporadic schizophrenia show distinct neurobiology." *Biological Psychiatry,* 39(7):550, 1996.

80) Strakowski SM, Flaum M, **Amador XF,** Bracha HS, Pandurangi AK, Robinson D & Tohen M. "Racial differences in the diagnosis of psychosis." *Schizophrenia Research,* 21(2):117-124, 1996.

81) **Amador XF**, Malaspina D, Sackeim HA, Coleman EA, Kaufmann CA, Hasan A & Gorman JM. "Visual fixation and smooth pursuit eye movement abnormalities in patients with schizophrenia and their relatives." *Journal of Neuropsychiatry and Clinical Neurosciences,* 7(2):197-206, 1995.

82) Bruder G, Rabinowicz E, Towey J, Brown A, Kaufmann CA, **Amador XF**, Malaspina D & Gorman JM. "Smaller right ear (left hemisphere) advantage for dichotic fused words in patients with schizophrenia." *American Journal of Psychiatry,* 152(6):932-935, 1995.

83) Susser E, Fennig S, Jandorf L, **Amador XF** & Bromet E. "Epidemiology, diagnosis, and course of brief psychoses." *American Journal of Psychiatry,* 152(12):1743-1748, 1995.

84) **Amador XF**. "Self-awareness deficits and their relevance to the nosology of schizophrenia." *Schizophrenic Research,* 15(1-2): (published abstract) 6-6, April 1995.

85) Susser E, Varma VK, Malhotra S, Conover S & **Amador XF**. "Delineation of acute and transient psychotic disorders in a developing country setting." *British Journal of Psychiatry,* 167(2):216-219, 1995.

86) Malaspina D, Bruder G, **Amador XF**, Harkavy-Friedman J, Strauss D, Storer S, Gorman J, Kaufman C. "Psychophysiological and neuropsychological distinction between familial and sporadic schizophrenia." *Schizophrenia Research*, 15(1-2): (published abstract) 42-42, April 1995.



Appellate Case: 15-3160 Page: 26 Date Filed: 02/29/2016 Entry ID: 4372476

87) **Amador XF**, Flaum M, Andreasen NC, Strauss JM & Gorman JM. "Insight into illness in schizophrenia, schizoaffective and mood disorders: Results from the DSM IV Field Trials." *Schizophrenia Research,* 11(2):180, 1994.

88) **Amador XF**, Andreasen NC, Flaum M, Strauss DH, Yale SA, Clark S & Gorman JM. "Awareness of illness in schizophrenia, schizoaffective and mood disorders." *Archives of General Psychiatry,* 51(10):826-836, 1994.

89) Malaspina D, Colemann E, Quitkin M, **Amador XF**, Kaufmann C, Gorman J & Sackeim HA. "Effects of pharmacologic catecholamine manipulation on smooth pursuit eye movements in normals." *Schizophrenia Research*, 13(2):151-159, 1994.

90) Malaspina D, Wray AD, Harkavy-Friedman J, **Amador XF**, Yale S, Hasan A, Gorman J & Kaufmann C. "Odor discrimination deficits in schizophrenia: Association with eye movement dysfunction." *Journal of Neuropsychiatry and Clinical Neurosciences,* 6(3):273-278, 1994.

91) Malaspina D, **Amador XF**, Coleman EA, Mayr TL, Harkavy-Friedman J & Sackeim HA. "Smooth pursuit eye movement abnormality in severe major depression: Effects of ECT and clinical recovery." *Journal of Neuropsychiatry and Clinical Neurosciences,* 6(1):36-42, 1994.

92) Clark SC, Malaspina D, Dworkin RH, **Amador XF**, Gorman JM. "Neurologic soft signs in schizophrenia." *Biological Psychiatry,* 35(9):715, May 1, 1994.

93) Strakowski SM, Tohen M, Flaum M & **Amador XF**. "Substance abuse in psychotic disorders: Associations with affective syndromes." *Schizophrenia Research,* 14(1):73-81, 1994.

94) Dworkin RH, Clark WC, **Amador XF**, et al. "Analgesia and anhedonia - pain insensitivity and affective deficits in schizophrenia." *Psychosomatic Medicine,* 56(2):161-161, March-April 1994.

95) **Amador XF** & Strauss DH. "Poor Insight in Schizophrenia." *Psychiatric Quarterly,* 64(4):305-318, 1993.

96) **Amador XF**, Strauss DH, Yale SA, Flaum MM, Gorman JM & Endicott J. "Assessment of insight in psychosis." *American Journal of Psychiatry,* 150(6):873-879, 1993.

97) **Amador XF**, Sackeim HA, Malaspina D, Kaufmann CA & Gorman JM. "Visual fixation and smooth pursuit eye movement in schizophrenics and their relatives." (abstract). *Schizophrenia Research*, 9(2-3):153, 1993.



Appellate Case: 15-3160 Page: 27 Date Filed: 02/29/2016 Entry ID: 4372476

98) Dworkin RH, Clark WC, Lipsitz JD, **Amador XF**, Kaufmann C, Opler LA, White SR & Gorman JM. "Affective Deficits and Pain Insensitivity in Schizophrenia.." *Motivation and Emotion,* 17(3):245-276, 1993.

99) Malaspina D, **Amador XF**, et al. "Association of impaired eye tracking to olfactory deficits in schizophrenia." *Schizophrenia Research,* 9(2-3):163, 1993.

100) Malaspina D, Warburton D, **Amador XF** & Kaufmann CA. "Association of schizophrenia and partial trisomy of chromosome 5p: A case report." *Schizophrenia Research,* 7(2):191-196, 1992.

101) **Amador XF**, Strauss DH, Yale SA & Gorman JM. "Awareness of illness in schizophrenia." *Schizophrenia Bulletin*, 17(1):113-132, 1991.

102) **Amador XF**, Strauss DH, Malaspina D, Yale SA, Kaufmann CA & Endicott J. "The measurement of unawareness of illness in schizophrenia." *Schizophrenia Research*, 4(3):248, 1991.

103) **Amador XF**, Sackeim HA, Mukerjee S, Halpern R, Neeley P, Maclin E & Schnur D. "Specificity of smooth pursuit eye movement and visual fixation abnormalities in schizophrenia: comparison to mania and normal controls." *Schizophrenia Research*, 5(2):135-144, 1991.

**<u>Published Letters, Editorials, and Book Reviews (selected)</u>**

**Amador XF**, Greene M. "Out of the Shadows: Confronting America's Mental Illness Crisis, 2nd edition." *American Journal of Psychiatry* 156(6): 961a-962, June 1999.

Ieronimo C, **Amador XF.** "Symptoms of the mind, 2nd ed." *American Journal of Psychiatry* 154(8): 1163-1163, August 1997.

**Amador XF,** Khouri H. "Schizophrenia and Manic-Depressive Disorder: The Biological Roots of Mental Illness as Revealed by the Landmark Study of Identical Twins." Book review: *Schizophrenia and Manic Depressive Disorder* by E. Fuller Torrey, A.E. Bowler, and E.H. Taylor, II. *American Journal of Psychiatry*, 152:1395, 1995.

**Amador XF,** Dworkin R. "Complementary perspectives for understanding schizophrenia." Book review: *Schizophrenia: From Mind to Molecule* by Nancy C. Andreasen (ed.). *Journal of Contemporary Psychology*, 40(8):782-83, 1995.

Kirkpatrick B, **Amador XF**. "The study of paranoia and suspiciousness." Editorial. *Biological Psychiatry*, 38(8):496-497, 1995.



Appellate Case: 15-3160 Page: 28 Date Filed: 02/29/2016 Entry ID: 4372476

**Amador XF**, Endicott J, Flaum MF, Strauss D & Gorman J. "Dr. Amador and Colleagues Reply." Letter to the editor. *American Journal of Psychiatry*, 151(12):1844, 1994.

**Amador XF**. "Education and its impact on insight into illness." Letter to the editor. *Archives of General Psychiatry*.

**Amador XF.** "Dr. Amador Replies." *American Journal of Psychiatry,* 151(5): 789-789, May 1994.

**Amador XF.** "Neuropsychological deficits in schizophrenia," book review of "The Cognitive Neuropsychology Of Schizophrenia," Frith, CD. *American Journal of Psychiatry,* 151(10): 1513-1514, October 1994.

**Books**

1. **Amador XF.** *I Am Not Sick I Don't Need Help!: How to Help Someone with Mental Illness Accept Treatment* (10th Anniversary Edition) Vida Press, New York City, 2010 and 2012.

2. **Amador XF.** *I'm Right, You're Wrong, Now What? Break the Impasse and Get What You Need,* Hyperion, New York City, 2008.

3. Brondolo, E and **Amador XF.** *Break the Bipolar Cycle, A Day-By-Day Guide to Living With Bipolar Disorder* McGraw-Hill, New York City, 2007.

4. **Amador XF.** *I Am Not Sick I Don't Need Help: How to Help Someone with Mental Illness Accept Treatment* (2nd edition) Vida Press, New York City, 2007. (Translations: French, Spanish, Hungarian, Japanese and Chinese both simple and complex.)

5. **Amador XF** & David A, Eds. *Insight and Psychosis: Awareness of Illness in Schizophrenia and Related Disorders, 2nd Edition.* Edited volume, Oxford University Press, New York City, 2004.

6. **Amador XF** & Johanson A. *I Am Not Sick I Don't Need Help!: Helping the seriously mentally ill accept treatment.* (Paperback edition) Vida Press, New York City, 2000. (Translations: Spanish and Chinese.)

7. **Amador XF** & Kiersky J. *Being Single in a Couples' World.* (Paperback Edition) Fireside, Simon & Schuster, New York City, 1999. (Translations: Japanese, Chinese and Portuguese.)

8. **Amador XF** & Kiersky J. *Being Single in a Couples' World.* (Hardcover Edition) The Free Press, Simon & Schuster, New York City, 1998. (Translations: Japanese, Chinese and Portuguese.)



Appellate Case: 15-3160 Page: 29 Date Filed: 02/29/2016 Entry ID: 4372476

9. **Amador XF** & David A, Eds. *Insight and Psychosis.* Edited volume, Oxford University Press, New York City, 1998.

10. Rosen L & **Amador XF**. *When Someone You Love is Depressed: How to Help Your Loved One Without Losing Yourself.* (Paperback Edition) Fireside, Simon & Schuster, New York City, 1997. (Translations: Japanese, Chinese and German.)

11. Rosen L & **Amador XF**. *When Someone You Love is Depressed: How to Help Your Loved One Without Losing Yourself.* (Hardcover Edition) The Free Press, Simon & Schuster, New York City, 1996. (Translations: Japanese, Chinese and German.)

**Book Chapters (selected)**

Wilson, ST and **Amador, XF.** *Awareness of Illness and Suicide Risk* (Chapter 10), in Suicide in Schizophrenia, Pompili, M., Girardi, P., and Tatarelli, R. (Editors), Nova Publishers, Hauppauge, N.Y., 2007.

**Amador, XF**, Kronengold, H. *Understanding and Assessing Insight*, in Amador, X.F. and David, A.S. (eds.), Insight and Psychosis: Awareness of Illness in Schizophrenia and Related Disorders, 2nd Edition. (Chapter 1, pp. 3-30). Oxford University Press, New York City, 2004.

**Amador XF**, Limpert C. "*Negative Symptoms and the Experience of Emotion*" (Chapter 6) in Negative Symptom and Cognitive Deficit Treatment Response in Schizophrenia Keefe RSE, McEvoy JP, eds., American Psychiatric Press, Arlington, Va., 2001.

**Amador, XF**, Kronengold, H. *The Description and Meaning of Insight in Psychosis*, in Amador, X.F. and David, A.S. (eds.), Insight and psychosis. (Chapter 1, pp. 15-32). New York, N.Y. Oxford University Press, 1998.

**Amador XF** & Ratakonda S. "*The diagnosis of schizophrenia: past, present, and future,*" in Schizophrenia: New Directions for Clinical Research and Treatment, Kaufmann C and Gorman JM, eds., M.A. Liebert, Larchmont, N.Y., 1996.

Bruder GE, Tenke CE, Rabinowicz E, Towey JP, Malaspina D, **Amador XF**, Kaufmann CA & Gorman JM. "*Electrophysiologic studies of brain activity in schizophrenia,*" in Schizophrenia: New Directions for Clinical Research and Treatment, Kaufmann C and Gorman JM, eds., M.A. Liebert, Larchmont, N.Y., 1996.

**Other Publications**

**Amador XF** & Strauss D. "The Scale to Assess Unawareness of Mental Disorder" ©1989. Columbia University, College of Physicians & Surgeons.



Appellate Case: 15-3160 Page: 30 Date Filed: 02/29/2016 Entry ID: 4372476

Foreign Translations (authorized)*:

Chinese (by Dr. Ji Jianlin, Shanghai University, China)
Farsi (by Amir Mokhtarzadeh, Iran)
French (by Céline Paillot, Ph.D., France)
German (by Drs. Anja Thom and Judith Griesex, Germany)
Greek (by Dr. K. Assimakopoulos, Greece)
Gujarati (by Dr. G.K. Vankar, India)
Indonesian (Tuti Kurnianingsih, M.D.)
Italian (by Dr. Roberto Cavallaro, Italy)
Japanese (by Dr. Y. Kim, Japan)
Korean (by Ji Young Song, M.D., Seoul, Korea)
Norwegian (by Dr. Kjell Flekkoy, Oslo, Norway, and Dr. Frank Laroi)
Portuguese (by Mario Louza, M.D., Ph.D., Lisbon, Portugal)
Russian (by Victoria Irzhevsky)
Spanish (by Dr. Marcela Spinetto, Argentina)
Swedish (by Dr. Eva Lindström, Sweden)
*Additional translations not listed.

**Amador, Xavier F**. A putative genetic marker of schizophrenia, smooth pursuit eye movement dysfunction: Comparison to mania and task characteristics. *Dissertation Abstracts International*. Vol. 51(2-B): 975, August 1990.

**Selected Invited Lectures/Presentations (approximately 400 more available upon request)**

**Amador XF,** "Defending the Unabomber: Anosognosia in Schizophrenia," Grand Rounds, New York Cornell Hospital in New York City, 1999.

**Amador XF,** Barr W, Economou A, Mallin E, Marcinko L & Yale S. "Awareness deficits in neurological disorders and schizophrenia." Presentation at the *International Congress on Schizophrenia Research,* Colorado Springs, Colorado, April 1997.

**Amador XF**. "DSM-IV Clinic: Diagnosing psychotic syndromes." Chairperson: Skodol AE; copresenters: Kane JM, Flaum MA. Symposium at the *Annual Meeting of the American Psychiatric Association*, Philadelphia, PA, 1994.

**Amador XF.** "Is poor insight a sign of schizophrenia?" Presentation at *The Royal College of Physicians and Surgeons Annual Conference*, Cork Island, United Kingdom, 1994.

**Amador XF.** "Longitudinal-based diagnostic criteria for schizophrenia." (Invited talk.) Presentation at the *Annual Meeting of the American College of Neuropsychopharmacology (ACNP)*, Honolulu, Hawaii, 1993.



Appellate Case: 15-3160 Page: 31 Date Filed: 02/29/2016 Entry ID: 4372476

**Amador XF**, Hasan A, Malaspina D & Gorman JM. "Visual fixation and smooth pursuit eye movement abnormalities in schizophrenic patients and their relatives." Presentation at the *Annual Meeting of the American College of Neuropsychopharmacology (ACNP)*, San Juan, Puerto Rico, 1991.

**Amador XF**, Strauss DH, Yale S, Choy W, Gimmestadt K, Rundquist AE, Deutsch H, Stern P, Kaufmann C & Gorman JM. "Self-appraisal deficits in schizophrenia." Presentation at the *American Psychiatric Association Annual Meeting*, New Orleans, 1991.

**Amador XF**, Sackeim HA & Mukherjee S. "The effect of target characteristics on the specificity of smooth pursuit eye tracking dysfunction." Presentation at the *American Psychiatric Association Annual Meeting,* New Research Symposium, New York City, 1990.

**Amador XF**, Sackeim HA & Mukherjee S. "Visual fixation abnormalities in schizophrenia: comparison to mania and normal controls." Presentation at the *American Psychopathological Association Annual Meeting,* New York City, 1990.

**Amador XF**, Sackeim HA, & Mukherjee S. "The effect of neuroleptics, and lithium on the specificity of eye tracking dysfunction to schizophrenia: comparisons to mania." Presentation at the *American Psychopathological Association Annual Meeting,* New York City, 1990.

**Grand Rounds (partial list) (1991 - Present)**

Cabrini Hospital, New York City
Carilion Roanoke Memorial Hospital, Roanoke, Virginia
Creedmoor Psychiatric Center, Queens, New York
Drexel University
Duke University
Harlem Hospital, New York, New York
Hillside Hospital, Queens, New York
The Institute for Living, Hartford, Connecticut
Kirby Forensic Psychiatric Center, Wards Island, New York
Maimonides Hospital, Brooklyn, New York
McGill University Hospital, Montreal, Canada
New York Hospital Cornell
St. Joseph's Hospital, Yonkers, New York
State University of New York at Stony Brook
The University of Medicine and Dentistry of New Jersey
University of Pennsylvania
Yale Psychiatric Institute



Appellate Case: 15-3160 Page: 32 Date Filed: 02/29/2016 Entry ID: 4372476

**Other Presentations**

American Bar Association: Mental Health and Criminal Law: The Intersection of Politics and Culture. Intercontinental Mark Hopkins Hotel, San Francisco, CA, August 8, 2003.

10th Annual Forensic Rights and Treatment Conference, Keynote Address, Drexel University College of Medicine, Grantville, PA, 2002.



Appellate Case: 15-3160 Page: 33 Date Filed: 02/29/2016 Entry ID: 4372476

# EXHIBIT 37

Xavier F. Amador, Ph.D.
Clinical Psychologist
1150 Smith Road
Peconic NY 11958
516-578-1864
New York State License 010154

March 30, 2010

David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042

RE: Keith Nelson

Dear Mr. Ruhnke,

As you are aware I evaluated your client, Keith Nelson, at United States Penitentiary, Terre Haute, Indiana on February 8th, 2009 for three and one half hours. In addition, I reviewed the materials listed in Appendix A. Below is an initial report of my findings.

I am of the opinion, within a reasonable degree of psychological certainty, that Mr. Nelson has the following DSM-IV-TR (American Psychiatric association 2000) disorders: Cognitive Disorder Not Otherwise Specified (294.9), Post Traumatic Stress Disorder (PTSD; 309.81) and Psychotic Disorder Not otherwise Specified (298.9). Symptoms of these disorders are present now, were present at the time of the homicide he was convicted of, and during his trial.

Cognitive Disorder Not Otherwise Specified

Mr. Nelson had birth complications that very likely resulted in damage to his brain. I recommend that a qualified neonatologist examine Mr. Nelson's medical records. He also has suffered numerous head injuries (both by his report and the report of others).

Neuropsychological testing is consistent with this history. The testing results confirmed what I observed during my interview of Mr. Nelson. He has multiple deficits in brain function and most obviously in the frontal lobes of his brain. For example, in the report of Michael M.



CLERK U.S.DISTRICT COURT
Exhibits:
**P** 61
Case No. 4:04-CV-08005-FJG

03/30/2010 18:29 16317347885 XAVIER AMADOR PAGE 02/11

Appellate Case: 15-3160 Page: 35 Date Filed: 02/29/2016 Entry ID: 4372476

Gelbort, Ph.D, Clinical Psychologist, dated 10/5/05, Dr Gelbort notes:

> "Tests of learning and memory found that working memory was mildly suppressed and somewhat variable in both auditory and visual modalities. Performance was somewhat inconsistent....attention and concentration was the most limiting factor in terms of his learning and memory. Short term visual memory for meaningful information was also significantly affected with his having difficulty recalling significant chunks of information from some pictorial information. Mild impairment was seen overall. Transfer from short to long-term memory also reflected mild impairment in both verbal and visual modalities with performance again somewhat variable from story to story or picture to picture. Rote memorization showed borderline deficient performance overall with slowed acquisition also noted. It is evident from these scores that Mr. Nelson, at times, has difficulty focusing his attention and concentration in an effective manner in order to encode and take in new information with normal efficiency and reliability.
>
> *The overall battery shows indication of frontal lobe disturbance/dysfunction and this has an effect on his everyday and reasoning capacities.* While his scores oftentimes are in the normal range the pattern does not conform with what is seen in individuals with normal functioning brains. Mr. Nelson will demonstrate episodes of impaired reasoning and learning/memory abilities and is found to have other than normal brain functioning. His performance is consistent with and indicative of brain dysfunction." (Emphasis added)

The deficits I uncovered during my interview and found in the neuropsychological testing paint a picture of an individual who is likely to be highly impulsive, have difficulty with memory and limited in his ability to control angry feelings.

Consistent with my interview observations and neuropsychological testing is the evaluation for Fetal Alcohol Syndrome Disorder (FASD) conducted by Natalie Novick Brown, Ph.D.. She writes in her affidavit that:

> "Based on the initial review of original source documents sent to me by Mr. Ruhnke as well as an interview with birth mother Nancy Nelson, I believe there is a



03/30/2010 18:29 16317347885 XAVIER AMADOR PAGE 03/11
Appellate Case: 15-3160 Page: 36 Date Filed: 02/29/2016 Entry ID: 4372476

substantial possibility that Keith may suffer from a Fetal Alcohol Spectrum Disorder. When I interviewed her, Ms. Nelson denied the use of alcohol or drugs during her pregnancy with Keith Nelson. However, such denial is quite common among mothers of children diagnosed with FASD who are unable to acknowledge that their own behavior may have harmed their children. Despite her denial, she nonetheless reported multiple developmental and behavioral problems in her son Keith that are consistent with FASD and inconsistent with any explanation other than brain damage.

Analysis of Keith Nelson's birth and early childhood records provides evidence in support of FASD Criterion 1 (growth deficiency), Criterion 2 (facial dysmorphology), and Criterion 3, neurodevelopmental problems. These three criteria are required for a full diagnosis of Fetal Alcohol Syndrome." (Affidavit of Natalie Novick Brown, Ph.D.).

I did not conduct neuropsychological testing during my clinical interview of Mr. Nelson and have not yet reviewed the majority of the aforementioned records. Nevertheless, it was obvious to me that Mr. Nelson evidenced several signs of a frontal lobe syndrome including difficulty forming abstractions (concrete thinking), alogia (poverty in the content of his speech so that although he is speaking in complete paragraphs rather than single word answers he often says very little beyond simple descriptions of his actions without elaborations, abstractions, or explanations of context or intentions). When I asked him, "Why did you burn your arm with cigarettes (he has numerous cigarette burns on his left arm that he reports were self-inflicted) he would answer simply "I don't know." When I explored the typical reasons patients engage in such self-injurious behaviors such as "Did you do it because you wanted to feel something, anything at all, even pain? In other words, was it because you felt empty inside?" His answer would be the same "I don't know." When I asked "Was it because you felt depressed and worthless and wanted to hurt yourself?" He answered again "I don't know." I asked "Were you hearing voices telling you to do this?" Again he answered "I don't know." Upon hearing this answer I delved further asking "Have you ever heard voices when people are not around, there is no TV or radio on?" He answered, "No I don't hear voices. Never have." He had no reason to



03/30/2010 18:29 16317347885 XAVIER AMADOR PAGE 04/11
Appellate Case: 15-3160 Page: 37 Date Filed: 02/29/2016 Entry ID: 4372476

withhold such information (feigning mental health, or the refusing to reveal the absence of a psychotic symptom, does not benefit his case). Alternatively, if he wanted to fake, or malinger, mental illness he could have easily endorsed the questions I asked. In short, his response bias when being evaluated is to underestimate his symptoms, previous trauma and to attempt to appear mentally more healthy than he is.

He also reports inability to taste or smell. The brain pathways involved in olfaction (the conscious perception of odors) involve the thalamus which acts as a relay to the cortical areas involved in olfaction and include the cortical nucleus of the amygdala and limbic system components. An inability to taste is often correlated to deficits in olfaction–as Mr. Nelson reports.

He also has great difficulty with processing and remembering time and dates (time distortions) which are common in people with frontal lobe syndrome and other neurocognitive disorders. He could not tell me the year his trial took place or the years of several other milestone events. He could tell me his birth date but not how old he was. He said "I am not sure." I asked him to try since he knew his birth date and he answered "34 or 35 I think."

He also exhibited numerous instances of dissociation during the interview and in his account of past events including his account of the homicide, the events leading up to it, and his trial. This latter syndrome has a constellation of symptoms that includes feelings outside one's self as if an observer, watching another person–though the patient who dissociates realizes it is himself he is observing. Other symptoms Mr. Nelson has includes dissociative amnesias–a common example people experience, but never as severe as what Mr. Nelson describes unless they too have a mental disease or defect, involves not remembering how one arrived at their destination even though they drove themselves there. In response to my questions designed to identify whether he had symptoms of dissociative amnesia, Mr. Nelson reported that while living and working in the Kansas City area, he would frequently lose his memory lasting several hours at a time. For example, while driving he would frequently get lost and have to wander aimlessly for hours looking for street signs pointing to Kansas City to find his way back home. These experiences occurred over the course of many years and also during the time of the homicide and its aftermath. Another symptom of dissociation he commonly experiences is finding things in his

belongings he has no memory of obtaining. He is perplexed but not concerned as to how they got there. The dissociative symptoms I just described (feeling outside one's self, dissociative amnesia, loss of memory as to how belongings were acquired, etc.) may stem from brain impairment and/or Post Traumatic Stress Disorder. I will mention these symptoms again briefly below when I review the extensive history of trauma Mr. Nelson endured growing up.

Post Traumatic Stress Disorder

Mr. Nelson has a history of physical, psychological and sexual abuse. The report of Daniel V. Foster, Psy. D., dated 23 Nov, 2001 notes:

> "Nelson has an extensive history of mental health intervention and family services intervention dating back to his early childhood. He was raised under conditions of severe abuse, neglect and deprivation. He struggled in school, repeating early elementary grades, and displayed multiple signs and symptoms of both learning impairments and psychological problems. He lacked nocturnal bladder control past the age of 10, sleeping in a maggot infested bed and was forced to attend class without bathing or clean clothing- having to bear the taunts of his peers and the disdain/concern of his teachers. Multiple other instances of trauma, abuse, neglect and their psychological impact would have been presented. He was taken from his home repeatedly, only to be returned. He was shuttled from Foster Homes to his mother, to Group Homes, back to his mother, to Juvenile Facilities and at a young age, to prison. The abuse, neglect and violent conditions he experienced in his mother's home was matched and exceeded as he was sent from place to place. He witnessed, experienced and was personally victimized by rapes, assaults, and riots. That this affected him through the present time is documented and supported by the reports of many who witnessed and attempted to lessen some of the effect of the trauma to which he was subjected throughout his formative years." page 3.

I had to rely on this and other reports for details of the abuse as Mr. Nelson had difficulty being specific saying only "I wet my bed and my mother made me go to school with urine soaked clothes. Lot's of other stuff. I've was beaten a lot and some sexual stuff." This reflects a coping



03/30/2010 18:29 16317347885 XAVIER AMADOR PAGE 06/11
Appellate Case: 15-3160 Page: 39 Date Filed: 02/29/2016 Entry ID: 4372476

style in which trauma victims minimize such experiences and their emotional impact. However, I believe this also reflects his neuropsychological impairment which has lessened his ability to feel emotions.

In a preliminary report by Tena Francis I learned of more specific instances of abuse:

> "PHYSICAL ABUSE FROM PARENTS
>
> Several sources offer descriptions of Kenneth Morse assaulting the boys. They are described below.
>
> Kenneth poured beer down Keith's throat when he was a baby, to quiet him from crying.
>
> Kenneth placed cigarettes between Keith's toes. Some witnesses heard from Nancy that Kenneth lit the cigarettes before she could intervene. Nancy reported she intervened before the matches were lit and received a beating for it.
>
> Kenneth forced Nancy to watch him abuse Keith. Nancy told Donna that it appeared to be a dream. During a week long period of her being tied up in a closet, Kenneth tied a belt around Keith's legs and swung him around the room, hitting his head on the wall and furniture. This is alleged to have happened when Keith was about a year old. Kenneth was stating that Keith was not his kid while torturing Keith.
>
> SEXUAL ABUSE
>
> When Keith lived with his aunt Betty, he confided in her that while they were living in California he was raped by a black man. The man anally penetrated him and forced him to perform oral sex. Keith would have been very young when this happened. It has not been substantiated by him yet.
>
> Also there is a real possibility that the babysitter known as "Gene" was sexually abusive to Keith as well as Johnny." (Page 26)

Such abuses often result in the kinds of dissociative states and amnesias I described above. They also frequently result in suppressed anger which I believe is the case here. Mr. Nelson has a great deal of anger but very little conscious access to it and because of his brain impairments, an inability to reliably control his angry impulses. In addition, such abusive acts during his



03/30/2010 18:29 16317347885 XAVIER AMADOR PAGE 07/11
Appellate Case: 15-3160 Page: 40 Date Filed: 02/29/2016 Entry ID: 4372476

childhood lead Mr. Nelson to exist—both in childhood and adulthood–in nearly a dream state where the world seems unreal and, he felt as if he existed outside his body, frightened and isolated from other people and suffering from frequent amnesias. The PTSD results in, among other symptoms, heightened vigilance for perceived threats and, at times, frank paranoia.

Psychotic Disorder Not otherwise Specified

During my evaluation I learned that Mr. Nelson has ongoing tactile hallucinations involving poking in his back. It feels very real to him and occurs everyday repeatedly. He is also paranoid to the point that he is delusional at times. He has a history of psychotic symptoms which are mentioned in Dr. Foster's report:

> "He had psychotic breaks by his late teens and has had at least one since his confinement at the pre-trial facility in Leavenworth. He long ago learned not to trust adults or authority and continues to avoid assistance and intervention, however well intended and competently provided, through the present time." page 3.

The psychotic symptoms are likely stemming from both PTSD and the numerous head injuries he has suffered.

Regarding insanity, in light of my findings and Mr. Nelson's account of the crimes he was convicted of, you asked me to conduct further evaluation to determine whether he met criteria for insanity (McNaughton) at the time of the crimes. With respect to impaired capacity, Mr. Nelson's account of the crimes he was convicted of together with my observations and diagnoses lead me to conclude, to a reasonable degree of psychological certainty, that at the time of the offense his capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of the law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charges. He committed the offenses under the influence of severe mental disturbances–that I described in detail above-- that affected his perceptions, judgement, impulses and ability to conform his conduct to the requirements of the law. Finally, regarding "disturbance", it is also my opinion, to a reasonable degree of psychological certainty, that Mr. Nelson committee the offenses under severe mental and emotional disturbance.



03/30/2010 18:29 16317347885 XAVIER AMADOR PAGE 08/11

Appellate Case: 15-3160 Page: 41 Date Filed: 02/29/2016 Entry ID: 4372476

Finally, in light of my findings, I recommend both structural (i.e., MRI) and functional (i.e., PET) scans.

Sincerely,

Xavier Amador, Ph.D.



03/30/2010 18:29 16317347885 XAVIER AMADOR PAGE 09/11

Appellate Case: 15-3160 Page: 42 Date Filed: 02/29/2016 Entry ID: 4372476

Appendix A

List of Documents Reviewed by Dr. Xavier Amador

MOTION, BROUGHT PURSUANT TO 28 U.S.C. § 2255, TO VACATE THE CONVICTION AND SENTENCE IMPOSED

Case No. 99-00303-01-CR-W-2, SPECIAL VERDICT FORM

United States of America, Appellee, v. Keith D. Nelson, Appellant. No. 02-1757. January 16, 2003, Submitted. October 22, 2003, Filed

United States Court of Appeals, For the Eighth Circuit. No. 07-3071. Submitted: January 9, 2008. Filed: October 27, 2008

UNITED STATES OF AMERICA, Plaintiff, vs. KEITH D. NELSON, Defendant. Case No. 99-00303-CR-W_2, OCTOBER 25, 2001. TRANSCRIPT OF CHANGE OF PLEA HEARING

UNITED STATES OF AMERICA, Plaintiff, vs. KEITH D. NELSON, Defendant. Case No. 99-00303-01-CR-W-2, NOVEMBER 7, 2001. TRANSCRIPT OF PROCEEDINGS IN JUDGE GAITAN'S JURY ROOM WITH DR. WILLIAM LOGAN AND SUBSEQUENT RULING

UNITED STATES OF AMERICA, Plaintiff, vs. KEITH D. NELSON, Defendant. Case No. 99-00303-01-CR-W-2, NOVEMBER 7, 2001. TRANSCRIPT OF PROCEEDINGS RE MOTION FOR MENTAL COMPETENCY EVALUATION

Memo To: David Ruhnke, From: Nuri Nusrat, Date: 1/27/10. RE: Keith Nelson: Summary of Mitigation Interviews and other documents in Mitigation File



03/30/2010 18:29 16317347885 XAVIER AMADOR PAGE 10/11
Appellate Case: 15-3160 Page: 43 Date Filed: 02/29/2016 Entry ID: 4372476

UNITED STATES OF AMERICA, Plaintiff, vs. KEITH D. NELSON, Defendant. Case No. 99-00303-01-CR-W-2, NOVEMBER 27, 2001, AFTERNOON SESSION. JURY TRIAL, BEFORE THE HONORABLE FERNANDO J. GAITAN, JR., UNITED STATES DISTRICT JUDGE, and a jury (Xavier note- Mark Cunningham, Texas psych, I talked to him)

Mitigation Specialist Report, Tena S. Francis, Last update: 05/17/01

INVESTIGATIVE MEMORANDUM, Tena S. Francis (original mitigation specialist), March 5, 2001. Interview of client



03/30/2010 18:29 16317347885 XAVIER AMADOR PAGE 11/11

Appellate Case: 15-3160 Page: 44 Date Filed: 02/29/2016 Entry ID: 4372476

# EXHIBIT 38

Xavier F. Amador, Ph.D.
Clinical Psychologist
1150 Smith Road
Peconic NY 11958
516-578-1864
New York State License 010154

July 12, 2010

David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042

RE: Keith Nelson interview April 6th, 2010

Dear Mr. Ruhnke,

I met with your client, Keith Nelson, at United States Penitentiary, Terre Haute, Indiana on April 6, 2010 for three hours to continue my evaluation. I am still of the opinion, within a reasonable degree of psychological certainty, that Mr. Nelson has the following DSM-IV-TR (American Psychiatric association 2000) disorders: Cognitive Disorder Not Otherwise Specified (294.9), Post Traumatic Stress Disorder (PTSD; 309.81) and Psychotic Disorder Not otherwise Specified (298.9). Symptoms of these disorders are present now, were present at the time of the homicide he was convicted of, and during his trial. He presented again as paranoid. However, this time his paranoia was especially focused on the upcoming evaluation of the government's experts who he believes only want to kill him and will be dishonest.

Once again, during my clinical interview of Mr. Nelson, I observed behaviors that are consistent with a frontal lobe syndrome including difficulty forming abstractions (concrete thinking) and alogia (see my last letter to you of March 30, 2010 for definition and numerous examples). Also, once again, his answers to questions about his mental state and history revealed a response bias: i.e., he minimizes his symptoms, previous traumas and attempts to appear mentally more healthy than he is.

He continues to report an inability to taste or smell and great difficulty with processing and remembering time and dates (time distortions) which, as I mentioned previously, are



CLERK U.S.DISTRICT COURT
Exhibits:
**P** 62
Case No. 4:04-CV-08005-FJG

common in people with frontal lobe syndrome and other neurocognitive disorders. He still could not tell me the year his trial took place or the years of several other milestone events. And again he exhibited numerous instances of dissociation during the interview and in his account of past events.

Mr. Nelson reported again (upon questioning) tactile hallucinations involving poking in his back. It feels very real to him and occurs everyday repeatedly. In short, he appears to have been continuously psychotic since I met with him last February.

Of particular note is his paranoia which has worsened in the context of an upcoming evaluation. He was often aloof and spoke with bravado and anger about what he thinks of the government experts who will evaluate him. This anger and the bravado stem from his certainty that they will lie, manipulate him and the truth and have no goal other than to kill him. A certain amount of suspicion in such circumstances as the one he is in is not uncommon in my experience. But he holds fixed false beliefs, delusions, about these doctors which lead him to want to refuse to cooperate with their evaluations despite his attorneys advice and urging that he cooperate. In Mr. Nelson's case, his beliefs and resulting stance stems from his mental illnesses.

Given his level of paranoia and alogia it was difficult at times for me to elicit detailed answers to my questions. I recommend further evaluation so that I can attempt to further gain his trust and to accommodate his poverty of speech.

Sincerely,



Appellate Case: 15-3160 Page: 47 Date Filed: 02/29/2016 Entry ID: 4372476

# EXHIBIT 39

Xavier F. Amador, Ph.D.
Clinical Psychologist
New York State #010154

# SUPPLEMENTAL

# PSYCHOLOGICAL REPORT

Keith D. Nelson v. U.S.; Case No. 4:04-cv-8005 (JFG)

DOB: 11/23/74

Report Date: 4/20/12

## REFERRAL QUESTIONS

Counsel for Mr. Keith Nelson asked me to evaluate their client and offer an opinion regarding whether he currently has a mental disease and/or defect, whether he ever had any such disorders over the course of his life and in the months leading up to and including the time of the crimes he was convicted of. I was also asked to evaluate his mental status currently and during the time of the crimes and offer an opinion regarding sanity. I interviewed Mr. Nelson face-to-face at the United States Penitentiary, Terre Haute, Indiana on February 8, 2010 (3 hours and 30 minutes), April 6, 2010 (3 hours and 15 minutes), February 17, 2011 (3 hours and 15 minutes), and telephonically on February 2, 2012 for twenty minutes (10 hours and 20 minutes total). I also interviewed Nancy Nelson, Keith Nelson's mother September 13, 2010 (3 hours). In addition, I have reviewed the materials listed in Appendix A.

CLERK U.S.DISTRICT COURT
Exhibits:
P 63 1
Case No. 4:04-CV-08005-FJG

OPINIONS

I am of the opinion, within a reasonable degree of professional certainty, that Mr. Nelson has the following DSM-IV-TR (American Psychiatric Association Press, 2000) disorders:

AXIS I: Cognitive Disorder Not Otherwise Specified (294.9),

Post Traumatic Stress Disorder (PTSD; 309.81), and

Psychotic Disorder, Not Otherwise Specified (NOS; 298.9).

AXIS II: None. Antisocial Personality Disorder has been ruled out as the presence of symptoms of PTSD in childhood, behavioral manifestation of severe childhood trauma, and cognitive deficits preclude diagnoses of Conduct Disorder and Anti-Social Personality Disorder as the overlapping symptoms are explained by the former conditions.

AXIS III: None.

AXIS IV: Incarceration on death row.

AXIS V: Current (defined as highest level achieved over the course of the present evaluation) GAF = 47.

Symptoms of these disorders are present now, were present at the time of the homicide he was convicted of, and continued through his trial.

BACKGROUND AND FOUNDATION FOR OPINIONS

Cognitive Disorder Not Otherwise Specified

Mr. Nelson suffered numerous head injuries (both by his report and the report of others). He described only some of the instances of head injury and linked them to jumping off roofs, but his memory was imprecise. His inability to remember these events was not confined to recalling head injuries as will be described further below. Regarding injuries to his head (which included blows to his face) reported by others, Jill Miller reports such injuries occurring from the age of 14 years and younger:

> He was always climbing up things, e.g. trees and the roof, and jumping off. Keith acknowledged that he did jump off the roof a lot, starting at around age ten. One time, he said, he injured his foot and had to go to the Emergency Room. He has a scar on the side of his forehead which he said he got when he hit his head on a table while playing with Paul. Page 29.
>
> Nancy said that Keith cut himself on his arms, including with a pen. She said it went on for quite a while. He would also bang his head on the walls or the floor. She thought he had emotional problems, but did nothing about it. Page 35.
>
> Keith was exhibiting self-abusive behavior on March 5th, which included choking himself with his pillowcase and shirt, and banging his head on the window. He continued to be confined to isolation as a suicide risk and for acting out behavior. Cuffs and shackles were used on him on March 6th. The restraints were applied after he was observed to have blood on his hand from self-abusive behavior. At the detention hearing, Keith asked that he remain in detention rather than be released home. On March 7, 1988, Keith was restrained with handcuffs, leg restraints and a helmet to prevent self-harm. He had been observed banging his head and arms against the walls and floor. Later that same day he was transported to John Peter Smith hospital for mental health assessment due to self-abusive and suicidal behavior. Page 36.

> A psychological evaluation was performed in the seclusion room at detention by Roger Burns, Ph.D.. His report, dated March 9, 1988, indicates that Keith was in isolation after bloodying his nose and tracking blood on the floor…He continued to engage in self-abusive behavior. Page 37.
>
> On January 19, 1990, Keith was seen by medical staff…He had swelling and bruising on his face, around the left eye…January 22, 1990, Keith reported that other residents were spitting on him and threatening him. He asked to be put in security. The following day, he again self-referred to security, stating he was being threatened by peers and feared for his safety…. On February 28, 1990, Keith was hit in the nose and upper cheek, near the eye. He suffered edema and discoloration. Page 48.

In addition he was born prematurely and suffered from oxygen deprivation and other serious complications. After discharge from the hospital following over 4 weeks of care, his mother Nancy Nelson did not comply with her newborn son's doctor's recommendations for follow-up care (see Psychosocial Report by Jill Miller, MSSW for detailed summary of premature birth complications and mother's neglect of pre-natal and post birth medical care).

> Keith was in respiratory distress following delivery, and was described as having an irregular response (breathing) with poor color. Records noted that he was exhibiting "very marked peripheral cyanosis" (discoloration due to oxygen deprivation in his blood). He was further described as making a grunting sound, which indicates an increased effort to breathe. Keith was placed in an isolette, but within a few hours, due to continued severe respiratory distress, he was transferred by ambulance to Children's Mercy Hospital in Kansas City, Missouri. Providence records indicate that the infant was baptized prior to being transported. While in the ambulance, Keith had two periods of apnea (stopped breathing); oxygen was administered through bagging.
>
> Upon admission to Children's Mercy, he was described as a premature infant with hyperbilirubinemia (jaundice due to immaturity of the liver), and tachypnea (rapid breathing indicating respiratory

> distress). Risk factors for respiratory distress in newborns include premature birth and multiple birth. Cyanosis and retractions ( inward movement of the muscles below the sternum, indicative of breathing difficulty) were noted. Records state that the mother was eighteen years old, anemic, living alone with an eight month old child, unemployed and on welfare. The pregnancy was unplanned. The records include a note stating, "this infant has a strangely old looking face for a newborn." Nancy has said that medical staff described Keith as "looking like an Ethiopian baby", with an old-looking face, a thin body and a protruding stomach. Keith was admitted to the NICU (neonatal intensive care unit). Pages 14 and 15.

His mother reports that as a child Keith and his brothers were beaten repeatedly by his father, Kenneth Morse. Keith recalls hitting his head a lot when he jumped off roofs. He could not explain why he jumped off roofs or why he engaged in more purposeful self-injurious behaviors such as hitting his nose, cutting his wrists and banging his head.

Neuropsychological testing and neuroimaging conducted subsequent to my first interview (I recommended to his attorneys, after my first interview, that because signs of cognitive impairment were clearly evident to me, further testing and neuroimaging was indicated) is consistent with this history. The testing and neuroimaging results both confirm the clinical observations I made during my interviews of Mr. Nelson. He has multiple deficits in brain function and most obviously in executive function (mediated by the frontal lobes of his brain). For example, in the report of Michael M. Gelbort, Ph.D, Clinical Psychologist, dated 10/5/05, Dr. Gelbort notes:

> Tests of learning and memory found that working memory was mildly suppressed and somewhat variable in both auditory and visual modalities. Performance was somewhat inconsistent… attention and concentration was the most limiting factor in terms of his learning and memory. Short term visual memory for meaningful information was also significantly affected with his having difficulty recalling significant chunks of information from some

> pictorial information. Mild impairment was seen overall. Transfer from short to long-term memory also reflected mild impairment in both verbal and visual modalities with performance again somewhat variable from story to story or picture to picture. Rote memorization showed borderline deficient performance overall with slowed acquisition also noted. It is evident from these scores that Mr. Nelson, at times, has difficulty focusing his attention and concentration in an effective manner in order to encode and take in new information with normal efficiency and reliability.
>
> *The overall battery shows indication of frontal lobe disturbance/dysfunction and this has an effect on his everyday and reasoning capacities.* While his scores oftentimes are in the normal range the pattern does not conform with what is seen in individuals with normal functioning brains. Mr. Nelson will demonstrate episodes of impaired reasoning and learning/memory abilities and is found to have other than normal brain functioning. His performance is consistent with and indicative of brain dysfunction. (Emphasis added)

Daniel Martell, Ph.D., concurs with the main thrust of these findings. In his summary of the results of his comprehensive neuropsychological testing he concludes:

> Neuropsychological Test Results
>
> Data validity. Multiple tests were administered to Mr. Nelson to probe his level of effort and motivation during the neuropsychological testing. His scores on all of these measures (TOMM, VIP Verbal and Von-Verbal scales, CVLT-II Forced-Choice Recognition) indicated that he was compliant and putting forth a good effort, and that the resulting test data are valid indications of his current neurobehavioral strengths and weaknesses.
>
> Test findings. The results from the neuropsychological test battery indicate that Mr. Nelson has impairments in memory and executive functioning. He displayed moderate to severe impairment in his verbal learning ability as measured by the CVLT-2. He had significant difficulty learning new verbally-presented information despite repeated exposures, due in part to a failure to recruit frontal lobe skills to organize the material for effective recall… He also

> demonstrated mild impairments on several measures of frontal lobe / executive functioning. Page 37.

The deficits I observed during my interview and found in the neuropsychological test results, ranging from mild to severe, paint a picture of an individual who is likely to be highly impulsive, have difficulty with memory and to be limited in his ability to exercise behavioral control over his emotions and impulses.

Consistent with my observations during the interviews and the neuropsychological testing is the evaluation for Fetal Alcohol Syndrome Disorder (FASD) conducted by Natalie Novick Brown, Ph.D.. She writes in her affidavit that:

> Based on the initial review of original source documents sent to me by Mr. Ruhnke as well as an interview with birth mother Nancy Nelson, I believe there is a substantial possibility that Keith may suffer from a Fetal Alcohol Spectrum Disorder. When I interviewed her, Ms. Nelson denied the use of alcohol or drugs during her pregnancy with Keith Nelson. However, such denial is quite common among mothers of children diagnosed with FASD who are unable to acknowledge that their own behavior may have harmed their children. Despite her denial, she nonetheless reported multiple developmental and behavioral problems in her son Keith that are consistent with FASD and inconsistent with any explanation other than brain damage.
>
> Analysis of Keith Nelson's birth and early childhood records provides evidence in support of FASD Criterion 1 (growth deficiency), Criterion 2 (facial dysmorphology), and Criterion 3, neurodevelopmental problems. These three criteria are required for a full diagnosis of Fetal Alcohol Syndrome. (Affidavit of Natalie Novick Brown, Ph.D.).

While the social history investigation and my own interview of Mr. Nelson's mother did not confirm maternal alcohol use while pregnant with Keith, there are consistent, corroborated, and reliable findings of significant brain deficits

(see Appendix A for neuropsychological evaluation of the government's expert, Daniel Martell, Ph.D., the results of the recent PET scan, and report on neuroimaging results from defense expert Ruben Gur, Ph.D.).

During my interviews Mr. Nelson exhibited several signs of a frontal lobe syndrome including difficulty forming abstractions (concrete thinking), impulsivity, and alogia (poverty in the content of his speech)[1] so that although he speaks in complete sentences rather than single word answers he often says very little beyond simple concrete descriptions of his actions without elaborations, abstractions, or explanations of context or intentions. For example, when I asked him, "Why did you burn your arm with cigarettes?" (he has numerous cigarette burns on his left arm that he reports were self-inflicted) he would answer simply, "I don't know." When I explored the typical reasons patients engage in such self-injurious behaviors such as "Did you do it because you wanted to feel something, anything at all, even pain? In other words, was it because you felt empty inside?" His answer would be the same "I don't know." When I asked "Was it because you

[1] Alogia is a very difficult symptom to assess reliably by forensic psychiatrists and psychologists who rarely receive specialized training in this assessment. In 1990 I completed an intensive training in the assessment of negative symptoms, which included alogia, from Nancy C. Andreasen, M.D., Ph.D. the psychiatrist who developed the most widely used instruments to assess alogia (and related negative symptoms) and who is credited with coining the term for the field of psychiatry. I worked closely with Dr. Andreasen for five years and collaborated on the creation of an assessment of alogia (and many other symptoms) for use in the DSM IV Field Trials—a large-scale study designed to increase the reliability and validity of psychiatric diagnoses (American Psychiatric Association Press, 2000). The DSM-IV is the diagnostic manual used by all mental health experts involved in Mr. Nelson's care and in his criminal case. I also participated in the McArthur Reliability study for the DSM achieving very high reliability in the assessment of this symptom and have oversaw the assessment of alogia and related symptoms for 12 years as head of the Diagnosis Unit and the National Institute of Mental Health funded "Diagnostic and Evaluation Core" in the Department of Psychiatry at Columbia University in New York City.

felt depressed and worthless and wanted to hurt yourself?" He answered again "I don't know." I asked, "Were you hearing voices telling you to do this?" Again he answered, "I don't know." Upon hearing this answer I delved further asking "Have you ever heard voices when people are not around, there is no TV or radio on?" He answered, "No I don't hear voices. Never have." I found him to be cooperative during our interviews and he had no reason, related to his case, to withhold such information (feigning mental health, or the refusing to reveal the absence of a psychotic symptom, does not benefit his case). Alternatively, if he wanted to fake, or malinger, mental illness he could have easily endorsed the questions I asked (e.g., "Yes I hear voices that tell me to…").

It is noteworthy that his response bias when being evaluated is to understate his symptoms, previous trauma and to attempt to appear mentally normal. Although I agree with Daniel Martell, Ph.D. who noted in his report that Mr. Nelson exhibited good effort and was honest in his report of symptoms and performance on the neuropsychological testing, Mr. Nelson nevertheless underreports symptoms related to trauma. In these instances he is not lying to the evaluator, but rather, to himself. This is a common coping style in persons with histories of trauma and cognitive dysfunction—"faking normal." In addition to this habitual effort to minimize or negate pain, suffering and difficulties, he has the aforementioned frontal lobe/psychotic symptom of alogia. In light of this symptom and under-reporting bias, evaluators will need to probe repeatedly with follow-up questions and not simply settle for "yes", "no", "I don't know" or "maybe" answers. This neurocognitive symptom, alogia, is moderate in its severity and thus does not render him completely unable to offer more detail and elaboration in every instance. Consequently, I found it essential to not rely on one-

word, or one-phrase, responses and instead to revisit my questions repeatedly in different ways in order to obtain more detail and elaboration. That said, his memory deficits sometimes made elaborations and details impossible to elicit.

He also reports inability to taste or smell. The brain pathways involved in olfaction (the conscious perception of odors) involve the thalamus, which acts as a relay to the cortical areas involved in olfaction, and include the cortical nucleus of the amygdala and limbic system components. An inability to taste is often correlated to deficits in olfaction–as Mr. Nelson reports.

He also has great difficulty with processing and remembering time and dates (time distortions), which are common in people with frontal lobe syndrome and other neurocognitive disorders. He could not tell me the year his trial took place or the years of several other milestone events. He could tell me his birth date but not how old he was. He said, “I am not sure.” I asked him to try since he knew his birth date and he answered “34 or 35 I think.” I asked this more than once and he was confused and unsure. His age at the time was 34. In my experience this level of confusion is abnormal in someone his age unless they suffer from a neurodevelopmental disorder, dementia or other neurocognitive deficit(s).

Mr. Nelson also revealed numerous instances of dissociation both during my interviews of him (e.g., after I inquired he reported episodes of feeling outside his body and as if he was not in the room with me during our interviews) and also during the commission of the crimes he has been convicted of. For example, when I asked him to tell me how the abduction of Pamela Butler happened he answered, “It happened.” When I asked him to elaborate he answered, “It didn’t make no sense. I had a female at home. Twenty-dollar hookers. Jason’s girlfriend who gave

the best blow jobs in town." When asked him if he had a thought about what he wanted to do or a plan he said "No. I went to this area I used to steal from a bar---just felt like stealing something. Saw her on roller blades." When I asked what he was thinking or planning he answered that he wasn't thinking anything. I asked if he remembered what side of the street she was on and he said he couldn't remember. Once he had her in his truck he recalls two people and a baby carriage "I flipped them off." I asked him why he did that and answered that he didn't know and said "angry [guessing]?" I asked him what happened next and he described getting off the highway and driving to the church. Once again he could not explain why he went there. I asked him what happened next and he said, "Under my personal circumstances I would have left. I'm not sure it really happened. I told her to take her skates off—she's walking. Still to this day I don't know why I didn't leave. It didn't feel real. Any other time I would have left." I asked what he meant and he said, "That seemed surreal…it's like someone else was there—just watching it."

I asked him additional details I was aware of such as when he retrieved the shovel from his truck. He said that it was not a decision "[I] didn't realize it was in my hands." He stopped talking so I asked him to continue and he said "I knew I was there, but it was like I wasn't. Soon as I threw her in the truck I thought 'shit, I know how it's going to end' like I was watching myself 'what the fuck did I do?" I asked if it was a thought that he now had to kill her or like watching a movie and he said it was very much like he was watching himself and not present. Other times he described feeling more present, less dissociated. But the majority of the experience was described as if he was outside himself watching. "I just left her there. I didn't bury her." "Why?" I asked. He said "I

wasn't thinking about anything, getting caught or not." When I asked what he thought about it now he said "I could have dug a deep grave and put the turf back." He repeatedly said, "It didn't make sense."

This syndrome—dissociation--involves a constellation of symptoms that include feelings outside one's body as if he is an observer watching another person and not involved in the actions being observed. Other symptoms Mr. Nelson has includes dissociative amnesias (memory deficits)–a common example people experience, but never as severe as what Mr. Nelson describes unless they too have a mental disease or defect, involves not remembering how one arrived at their destination even though they drove themselves there.

In response to my questions aimed at identifying whether he had symptoms of dissociative amnesia, Mr. Nelson reported that while living and working in the Kansas City area, he would frequently lose his memory of events for several hours at a time. For example, while driving he would frequently find himself, inexplicably as if instantaneously transported to a new location, in places he had no memory driving to. Lost, as he had no memory of how he got to where he found himself, he would wander aimlessly for hours looking for street signs pointing back to Kansas City so he could find his way back home. These experiences occurred over the course of many years and also during the time of the homicide and its aftermath. Another symptom of dissociation he commonly experiences is finding things in his belongings he has no memory of obtaining. He is perplexed but not concerned as to how they got there. He could not give me a specific example but said for sure this happened a lot. His endorsement of this symptom of dissociative amnesia without being able to recall specific items is consistent with the syndrome and his report was credible. As Daniel Martell, Ph.D.

noted in his neuropsychological testing, Keith Nelson did not attempt to fake any symptoms. I saw the same pattern of response on every occasion I met with him. The fact that he recalls the experience of finding things he doesn't recall acquiring while not remembering the specific items is consistent with the nature of this disturbance.

The dissociative symptoms I described above (feeling outside one's self, dissociative amnesia, loss of memory as to how belongings were acquired, etc.) typically stem from brain impairment or anxiety disorders such as Post Traumatic Stress Disorder. In Mr. Nelson's case I believe they stem from both and thus have two distinct etiologies and overlapping pathophysiologies. Below I will discuss these symptoms again in the context of my review of the extensive history of trauma Mr. Nelson experienced and witnessed as a child and adolescent.

Post Traumatic Stress Disorder

Mr. Nelson has a history of physical, psychological and sexual abuse. The preliminary report of Daniel V. Foster, Psy.D., dated November 23, 2001 notes:

> "[Mr. Nelson] was raised under conditions of severe abuse, neglect and deprivation. He struggled in school, repeating early elementary grades, and displayed multiple signs and symptoms of both learning impairments and psychological problems. He lacked nocturnal bladder control past the age of 10, sleeping in a maggot infested bed and was forced to attend class without bathing or clean clothing- having to bear the taunts of his peers and the disdain/concern of his teachers. Multiple other instances of trauma, abuse, neglect and their psychological impact would have been presented…[The abuse] that [has] affected him through the present time is documented and supported by the reports of many who witnessed and attempted to lessen some of the effect of the trauma to which he was subjected throughout his formative years." page 3.

I had to rely on this and other reports for details of the abuse as Mr. Nelson had difficulty being specific saying only "I wet my bed and my mother made me go to school with urine soaked clothes. Lot's of other stuff. I've was beaten a lot and some sexual stuff." This reflects a coping style in which trauma victims minimize such experiences and their emotional impact. However, I believe this also reflects his neuropsychological impairment which has lessened his ability to feel emotions and elaborate when asked about physical, sexual and psychologically traumatic events and experiences (Alogia). During my interview of his mother, Nancy Nelson recalls that Keith, as a child, definitely saw her tied up on at least one occasion (by her husband). Exposure to such abuse is traumatizing to the observer and children are particularly vulnerable to developing symptoms of Stress Reaction or PTSD. Nancy said that as a teenager and young adult Keith was often anxious and worried about her. When asked about dissociative type symptoms, which were described to her, she said, "Keith was always spaced out, even when not on something". The psychosocial history completed by Jill Miller, MSSW, corroborates my observations of his minimization and even normalization of the abuse he suffered growing up. For example:

> Keith said that he was exposed to sexual relationships between residents and sexual assaults at Gainesville. He admitted that he was sexually assaulted repeatedly by an older resident while at Gainesville. It is extremely difficult for Keith to talk about his victimization and he declines to describe specifics, though he did acknowledge that the youth who assaulted him had sucked his penis and "was always trying to get me to f... him....I tried to....I went along with it....I was a kid." This was all he was willing to say on the subject, which is clearly a very emotional topic for him. He said that he tries to avoid remembering things that happened there.
>
> Keith participated in the school program at Gainesville. He remained in special education but was given a social promotion to the ninth grade, in spite of the fact that he had never completed either the fifth or sixth grades, and had never been enrolled in the seventh or eighth grades. He participated

> in groups, including chemical abuse treatment groups and AA/NA meetings, and had individual counseling sessions with Beatrice Sager. In those sessions they discussed his immature behavior, hyperactivity, past use of alcohol, and incidents of self-harm. Keith continued to engage in behaviors similar to that which he had exhibited in detention, including hitting his fists against the wall or door, and cutting his wrists with a coke can, the teeth from a comb, and his fingernails. In an early session, Keith told Sager he was going to kill himself.
>
> He later denied or minimized such thoughts. Page 47.

Testimony at trial and the psychosocial investigation completed by Jill Miller, MSSW offered additional corroboration of the severe neglect, physical, sexual and psychological abuse Mr. Nelson was subjected to as a child. I do not quote extensively from Jill Miller's comprehensive account as it stands on its own. Nevertheless, I have offered some passages in my report and highlight here the clinically relevant findings. Keith, as a child, was exposed to gross neglect, physical and psychological trauma (both observed and experienced), corruption by an adult, sexual abuse, and was never adequately protected or treated by any government agency he came in contact with. For example, he was never referred for psychological treatment despite well documented mental health problems (suicide attempts, severe depression, self-injurious and reckless behavior, head banging, cutting his wrists, punching himself in the nose, and years of nearly nightly bed-wetting lasting until adolescence. Any one or two of these warning signs should have triggered a mental health referral, assessment and treatment. But this never occurred.

Such abuses, when left untreated as they were in this case, often result in the kinds of dissociative states and amnesias I described above. They also frequently result in suppressed anger, which I believe is the case here. Mr. Nelson has a great deal of anger but very little conscious access to it and because of his

brain impairments and adaptation to the abuse the suffered throughout his childhood (repression and denial). The brain impairment and childhood history of physical, sexual, psychological abuse, severe neglect, corruption by an adult, witnessing physical trauma inflicted on others (his mother and siblings), etc., leave him with very poor to nonexistent abilities to reliably control his angry impulses. In addition, such abusive acts during his childhood lead Mr. Nelson to exist—both in childhood and adulthood–in nearly a dream state where the world seems unreal and he often feels as if he exists outside his body, frightened and isolated from other people and subject to frequent amnesias. The PTSD results in, among these and other symptoms, heightened vigilance for perceived threats and, at times, irrational and delusional paranoia.

In addition to the abuse he directly experienced, Mr. Nelson's family members were the victims of a range of physical and sexual abuse, which lends itself to a culture of normalizing abuse and trauma within a family. As he would often say during our interview "It's no big deal. That's the way it was." In addition, his brothers and Keith suffered from another form of child abuse called corruption, which involves being taught by an adult caregiver to steal or engage in other criminal behaviors. The Nelson boys grew up often hungry foraging for food in the leftovers of others, without adequate clothing and hygiene and Keith Nelson was frequently described as smelling like urine as a child—even when at school. Consistent with PTSD, he wet his bed almost nightly, well into adolescence. Many adults in contact with the Nelson boys could not help but notice and some took pity on Keith and his brothers over the course of their childhood (e.g., on occasion, their elementary school principal allowed the boys to shower and put on clean clothes the principal brought for them) but these were all very short term measures

which did not change in any meaningful way the family culture of severe neglect, physical abuse, corruption of minors, inadequate nutrition, absent supervision and emotional care (see extensive psychosocial history by Jill Miller, MSSW for numerous, well corroborated, instances of all of the above).

Psychotic Disorder Diagnosis

Mr. Nelson's symptom picture best fits the DSM-IV-TR diagnosis of Psychotic Disorder, Not Otherwise Specified (NOS) as his hallucinations are atypical and were not readily apparent (nor the alogia). Technically, one could argue his symptoms (hallucinations, alogia, psychosocial dysfunction, frontal lobe associated features) fit Schizophrenia, however the presentation would be rare for this diagnosis. Consequently, Psychotic Disorder, NOS best fits the clinical picture. It should be noted, however, that regardless of whether he has schizophrenia or Psychotic Disorder NOS, the section below on genetic risk for both disorders is relevant as are my observations of the specific psychotic symptoms, I and others, have documented (i.e., tactile hallucinations, alogia and neurocognitive deficits).

During my evaluation I learned that Mr. Nelson has ongoing tactile hallucinations involving the very real (to him) sensation of being repeatedly poked and burned in his back. It feels very real to him and the poking occurs almost everyday at times and repeatedly over the course of the day. As mentioned above, he is also paranoid to the point that he is delusional at times. The symptoms I observed are consistent with the history reported by Dr. Foster in his preliminary report:

> "He had psychotic breaks by his late teens and has had at least one since his confinement at the pre-trial facility in Leavenworth. He

> long ago learned not to trust adults or authority and continues to avoid assistance and intervention, however well intended and competently provided, through the present time." page 3.

The psychotic symptoms are likely stemming from genetic risk for schizophrenia spectrum disorders—which include psychotic disorder NOS (see below).

During the April 6, 2010 interview he once again, after I questioned him about it, reported an inability to taste or smell and great difficulty with processing and remembering time and dates (time distortions) which, as I mentioned above, are common symptoms in people with frontal lobe syndrome and other neurocognitive disorders. He once again could not tell me the year his trial took place or the years of several other milestone events. And again he exhibited numerous instances of dissociation during the interview and in his account of past events.

In light of Daniel Martell, Ph.D.'s report, which appeared to not consider the tactile hallucinations to be bonafide, I was asked to revisit this issue and also was provided a dermatologist's report. Daniel Martell, Ph.D. had suggested that Mr. Nelson was more likely to be suffering from a dermatological condition than a bonafide hallucination. Consequently, his attorneys asked for a dermatology consultation to determine if this was the case. Upon revisiting the complaint Mr. Nelson reported again (upon questioning) the same tactile hallucinations involving poking/pressure and burning sensations in his back. It feels very real to him and occurs everyday repeatedly. In short, he appears to have been continuously

experiencing this psychotic symptom since I met with him previously.

Indeed, when I interviewed most recently, on February 2, 2012 (telephonically with his attorney on the line) I asked him again about the sensations he reported to me previously---those that I have opined are tactile hallucinations. He reported that since I last saw him he continues to experience these tactile hallucinations. He feels them on his his back in an area slightly smaller than the size of his hand. The sensation is always in the same area and he experienced it the week the dermatologist evaluated him (see records listed in Appendix A below for dermatologist's report) and when pictures were taken of his back. The burning sensation (distinguished from the poking sensations he also reports) is as if a cigarette or candle flame is being held very close to his back—almost touching his skin. It is a burning sensation reminiscent of when he used to put cigarettes out on his skin. It is different than how it felt to extinguish a cigarette on his skin in that the experiences he still has on a weekly basis—unabated—involves burning sensations and pain that lasts about 5 minutes. The cigarette pain did not last nearly as long "because the cigarette went out". He has not been observed to writhe in pain nor has he asked to see a doctor. Consistent with his character and coping strategy (with respect to previous traumas), he is stoic and minimizes the experience saying "its no big deal" despite reporting a severe level of pain.

I asked him to rate the pain on a scale of 1 to 10 with 10 being the same as what he felt when he extinguished a lit cigarette on his skin. He answered "10." The detail and the descriptions themselves indicate he is experiencing tactile hallucinations. No medical condition has been identified, despite the recent contemporaneous (to the hallucinations) exam by a dermatologist that can explain this symptom of mental disease and defect.

## GENETIC RISK FOR SCHIZOPHRENIA SPECTRUM PSYCHOTIC DISORDERS

The majority of patients with PTSD do not typically present with comorbid psychotic features. Those that do have either suffered prolonged exposure to trauma and/or have genetic risk for schizophrenia and related disorders (schizophrenia spectrum disorder). Keith Nelson has both risk factors. Here I focus on the genetic risk.

The psychosocial history conducted by Jill Miller, MSSW reported significant multi-generational family history of documented and suspected psychosis. For example, on the maternal family line:

> Keith's maternal grandmother… was one of seven children…Her [sister and full sibling] Della Bowdre was reportedly schizophrenic as was one of her sons. Edna Bowdre [Keith Nelson's great aunt] reportedly suffered from depression and may have been schizophrenic. She had three sons, all of whom suffered from schizophrenia, and two of whom committed suicide. The living son has been treated for schizophrenia. Page 2.

On his father's (Kenneth Morse's) side, there is also evidence of schizophrenia

spectrum illnesses:

> According to several Morse family members, mental illness, especially depression and schizophrenia, runs in the family…family members reported that Charlie [Keith's uncle] is also a diagnosed paranoid schizophrenic. He has been hospitalized for mental health treatment in the past, and currently lives in a community based residential facility for mentally ill adults. He receives SSI for his mental disability…Felicia and Karen Gentry reported that Fred [another uncle of Keith's] has had episodes of delusions, which have primarily involved seeing and hearing his dead brother Charlie. On one occasion, he was found in the woods with a gun, claiming to have seen and heard Charlie. He was taken into custody and hospitalized. Authorities wanted to commit him but his daughter Felicia insisted she could care for him and took him home. Karen said that while Fred is delusional, he is not paranoid. She said that her sister Sue Morse Richardson is paranoid. Several of the Morse siblings reported that their sister Evelyn has mental health problems. Several also reported that Milas's [another paternal uncle] daughter Peggy [Keith's first cousin] is mentally ill and described her as "psychotic."
>
> Virtually all Morse family members interviewed have stated that they believe that Kenneth Morse [Keith Nelson's biological father] suffers from mental illness. He is generally described as paranoid, delusional and possibly schizophrenic. Fred noted that Kenneth thinks people are watching him all the time. Betty described her brother as exhibiting bizarre behavior, including paranoia, delusions and "fits." He has claimed to be in the mafia, and that John Gotti is after him. He peeks out windows and under doors. He has said that street sweepers are the FBI and are watching him. It does not appear that he has ever been diagnosed, though he did undergo a court ordered mental health evaluation in 2004 at the request of his attorney. Page 11.

When he was in the 9th grade Keith's brother Johnny appeared to begin showing signs of schizophrenia. He was eventually formally diagnosed with the disorder.

> Johnny's situation in Texas had deteriorated. His symptoms of schizophrenia had emerged and were getting worse. In early 1994, Nancy was receiving reports from people she knew in Texas that Johnny was behaving strangely and talking in a delusional manner.

Johnny was arrested by the Benbrook Police Department on January 8, 1994 and March 17, 1994. Each time he was released. Records note that he had a history of substance abuse. At some point, he began claiming that he was Bill Clinton. On April 9, 1994, Johnny phoned the police and claimed to be Clinton. He made a lot of delusional statements. He was picked up and taken to John Peter Smith Hospital for psychiatric assessment. The Secret Service became involved and conducted an investigation. They concluded that he was not a threat to the President. He was released from the hospital on April 11, 1994. Hospital records described him as having paranoid delusions and diagnosed him with a delusional disorder. Secret Service records indicate that the psychiatrist at John Peter Smith Hospital did not feel that Johnny presented an imminent threat to himself or others. Hospital staff declined to commit him and he refused to commit himself.

Johnny Nelson was arrested in Dallas, Texas and charged with the murder of James Ashley in Ft. Worth, which occurred on May 9, 1994. Ashley and his common-law wife, June Maxey, were friends of Johnny's, and Johnny had worked for Ashley for a time in his roofing business. Johnny's statements regarding the offense were quite delusional. Nancy moved back to Texas on May 20, 1994, to be a support for Johnny. She remained there for about a year and a half. Due to Johnny's condition, court-ordered mental evaluations were conducted over the summer by Wm. Barry Norman, Ph.D. and Ann Turbeville, M.D. While Barry opined that Johnny was competent to proceed, Dr. Turbeville concluded that he was not competent. The court subsequently found Johnny not competent to proceed and committed him to Vernon State Hospital. He was admitted on October 20, 1994, and remained there until March 7, 1995, at which time he was returned to the Tarrant County Jail. Evaluations were conducted and furnished to the court by Arthur Kranz, M.D. of Vernon State Hospital and Barry Mills, M.D. Mary Ross, Ph.D., a psychologist at Vernon State Hospital, also provided information to the court. Kranz concluded that Johnny had been psychotic and delusional since at least April 11, 1994, if not earlier, and that the murder was motivated by a psychotic delusion. Ross also thought he was psychotic. Mills concluded that Johnny did not have a mental defense to the case. There was a mistrial in Johnny's trial. He subsequently pled guilty and was sentenced to thirty years in prison. Nancy returned to Missouri in early 1996. She went back to work part-time at Country Mart and worked fulltime at Bass

> Busters. Later in 1996, she took at job at Quik Trip Kitchen in Belton, Missouri, where she remains employed at this time. Page 59

His other brother, Paul, also has documented schizophrenia:

> Shortly after Keith went to KCCRC, his brother Paul was taken to the emergency room at the University of Kansas Medical Center by his mother. Nancy reported that Paul was hearing voices, and the voices were telling him bad things and telling him to commit suicide. This had apparently started about one month previous. The voices told him he was a child molester. They woke him up during the night. He was having auditory, olfactory and gustatory hallucinations; and delusions of persecution, reference and influence. Records indicate that Paul was so frightened by the voices that he bought himself a gun for protection. Nancy talked him in to giving the gun to an uncle. He was persuaded to admit himself to the Crisis Stabilization Center (CSC) at the hospital. Records noted the family history of schizophrenia, including a brother, an aunt and three cousins, all with chronic paranoid schizophrenia. He was started on medication, including Zyprexa, Haldol and Cogentin, and improved. The diagnosis was psychosis, probable schizophrenia. Paul was discharged from the hospital the following day with a referral for outpatient care. Page 62.

My own interviews of Keith Nelson and Nancy Nelson, his mother, were consistent with the main findings of Jill Miller, MSSW. With three first-degree relatives with schizophrenia (two brothers and a father) Keith Nelson's risk for psychosis is extremely high. In the normal population the risk is 1% for Keith Nelson he has about a 25% chance of having schizophrenia or schizophrenia symptoms that include hallucinations, paranoia and neurocognitive impairments indicative of frontal lobe deficits. In this context and given the extreme and sustained traumas he was exposed to as a child, it is not surprising that he presents with psychotic symptoms.

MENTAL DISEASE OR DEFECT

Regarding insanity, in light of my findings and Mr. Nelson's account of the

crimes he was convicted of, you asked me to conduct further evaluation to determine whether he met Federal statutory criteria for insanity (McNaughton)[2] at the time of the crimes. With respect to impaired capacity, Mr. Nelson's account of the crimes he was convicted of together with my observations and diagnoses lead me to conclude, to a reasonable degree of professional certainty, that at the time of the offense his capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of the law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charges. In this instance, the mental disease and defects caused impairments such that he was unable to appreciate the nature, quality and wrongfulness of his acts. It is also my opinion, to a reasonable degree of professional certainty, that Mr. Nelson committed the offenses under severe mental and emotional disturbance. Finally, it is my opinion that a properly conducted mental health assessment, which would include a thorough psychosocial history that utilized a review of all relevant available documents and collateral interviews, could have uncovered the mental disease and defects I diagnosed.

Xavier Amador, Ph.D.

[2] Statute 18 USC § 17 "as a result of a severe mental disease or defect was unable to appreciate the nature and quality or the wrongfulness of his acts."

crimes he was convicted of, you asked me to conduct further evaluation to determine whether he met Federal statutory criteria for insanity (McNaughton)[2] at the time of the crimes. With respect to impaired capacity, Mr. Nelson's account of the crimes he was convicted of together with my observations and diagnoses lead me to conclude, to a reasonable degree of professional certainty, that at the time of the offense his capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of the law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charges. In this instance, the mental disease and defects caused impairments such that he was unable to appreciate the nature, quality and wrongfulness of his acts. It is also my opinion, to a reasonable degree of professional certainty, that Mr. Nelson committed the offenses under severe mental and emotional disturbance. Finally, it is my opinion that a properly conducted mental health assessment, which would include a thorough psychosocial history that utilized a review of all relevant available documents and collateral interviews, could have uncovered the mental disease and defects I diagnosed.

Xavier Amador, Ph.D.

---

[2] Statute 18 USC § 17 "as a result of a severe mental disease or defect was unable to appreciate the nature and quality or the wrongfulness of his acts."



Appellate Case: 15-3160 Page: 73 Date Filed: 02/29/2016 Entry ID: 4372476

Appendix A

TO BE SUPPLIED



Appellate Case: 15-3160 Page: 74 Date Filed: 02/29/2016 Entry ID: 4372476

# EXHIBIT 40

Appellate Case: 15-3160 Page: 76 Date Filed: 02/29/2016 Entry ID: 4372476

# Neuroimaging Studies of Keith Nelson

*April 16, 2014*

Penn Medicine

**Ruben C. Gur, Ph.D.**
**Professor**

DEPARTMENT OF PSYCHIATRY · NEUROPSYCHIATRY PROGRAM · DIRECTOR OF NEUROPSYCHOLOGY

10th Floor, Gates Building · 3400 Spruce St. · Philadelphia, PA 19104-4283
Phone: 215-615-3604 · Fax: 215-662-7903 · Email: gur@upenn.edu



CLERK U.S.DISTRICT COURT
Exhibits:
P 81
Case No. 4:04-CV-08005-FJG

# Overview of the Evaluation of Keith Nelson

- Basic Brain Science
- Technologies
  - Behavioral Imaging (BI)
  - Magnetic Resonance Imaging (MRI)
  - Positron Emission Tomography (PET)
- Findings

Appellate Case: 15-3160 Page: 77 Date Filed: 02/29/2016 Entry ID: 4372476

Appellate Case: 15-3160 Page: 78 Date Filed: 02/29/2016 Entry ID: 4372476

# ANATOMY



Appellate Case: 15-3160 Page: 79 Date Filed: 02/29/2016 Entry ID: 4372476

## ► The Lobes of the Cerebral Hemispheres



# ANATOMY






Appellate Case: 15-3160 Page: 80 Date Filed: 02/29/2016 Entry ID: 4372476

Appellate Case: 15-3160 Page: 81 Date Filed: 02/29/2016 Entry ID: 4372476

# Definition: "Executive Functions"

- Adjust behavior to CONTEXT
  - Monitoring and directing behavior
  - Planning
  - Mental flexibility
  - Initiation and productivity
  - Inhibition of impulses
  - Judgment

Appellate Case: 15-3160 Page: 82 Date Filed: 02/29/2016 Entry ID: 4372476

# Frontal Lobe damage

- Dysfunction of the frontal lobe may result in:
  - disinhibition
  - irritability
  - lability
  - tactlessness
  - poor planning
  - mania
  - risk-taking
  - perseveration
  - obsessive compulsive behaviors
  - motor dysfunction
  - antisocial behavior



Appellate Case: 15-3160 Page: 83 Date Filed: 02/29/2016 Entry ID: 4372476

# Key Structures Underlying Emotional Regulation

(A) Orbital prefrontal cortex in green and the ventromedial prefrontal cortex in red




(B) Dorsolateral prefrontal cortex




(C) Amygdala




(D) Anterior cingulate cortex




Each of these interconnected structures plays a role in different aspects of emotion regulation, and abnormalities in one or more of these regions and/or in the interconnections among them are associated with failures of emotion regulation and also increased propensity for impulsive aggression and violence.



From Davidson et al., *Science*, July 28, 2000.

Appellate Case: 15-3160 Page: 84 Date Filed: 02/29/2016 Entry ID: 4372476

Z-Scores = Difference from normal average in standard deviation (SD) units




Dark blue is less than one standard deviation from the mean. For the normal distribution, this accounts for about 68% of the set (dark blue), while two standard deviations from the mean (medium and dark blue) account for about 95%, and three standard deviations (light, medium, and dark blue) account for about 99.7%.

http://en.wikipedia.org/wiki/Normal_distribution

Appellate Case: 15-3160 Page: 85 Date Filed: 02/29/2016 Entry ID: 4372476

BI

# Behavioral imaging based on neuropsychological testing

Appellate Case: 15-3160 Page: 86 Date Filed: 02/29/2016 Entry ID: 4372476

# Gelbort testing



Appellate Case: 15-3160 Page: 87 Date Filed: 02/29/2016 Entry ID: 4372476

# Martell testing



Appellate Case: 15-3160 Page: 88 Date Filed: 02/29/2016 Entry ID: 4372476

## Gelbort testing




## Martell testing



Appellate Case: 15-3160 Page: 89 Date Filed: 02/29/2016 Entry ID: 4372476

# MRI

# MAGNETIC RESONANCE IMAGING

Appellate Case: 15-3160 Page: 90 Date Filed: 02/29/2016 Entry ID: 4372476



Clockwise from bottom left, images from:
lcni.uoregon.edu/images/gallery/Machine1500x375.png,
www.griffwason.com/mri_scanner1.htm, and
biologybiozine.com/images/tech_09.jpg (accessed 12/4/09).

# Regions of Interest



Original image
(skull removed)

Labelled Image
(each color represents a Region of Interest)

Neurologic convention
Pt. Left is on left



Appellate Case: 15-3160 Page: 91 Date Filed: 02/29/2016 Entry ID: 4372476

Appellate Case: 15-3160 Page: 92 Date Filed: 02/29/2016 Entry ID: 4372476



# MR. NELSON'S MRI RESULTS

**Figure: Volumetric analysis of Mr. Nelson's MRI. Volumes are expressed as z-scores (standard deviations from the mean) relative to healthy individuals.**



Appellate Case: 15-3160 Page: 93 Date Filed: 02/29/2016 Entry ID: 4372476

PET

# QUANTITATIVE POSITRON EMISSION TOMOGRAPHY

Appellate Case: 15-3160 Page: 94 Date Filed: 02/29/2016 Entry ID: 4372476







Clockwise from bottom left, images from:
www.robinsonimaging.org/TICK_photos/online_tour/Pet2.jpg
www.griffwason.com/pet_scanner.htm, and img2.timeinc.net/health/images/health-news/positron-emission-tomography-200.jpg (accessed 12/4/09).

**FIGURE 2:** PET IMAGES OF MR. NELSON'S BRAIN.




Appellate Case: 15-3160 Page: 95 Date Filed: 02/29/2016 Entry ID: 4372476

Appellate Case: 15-3160 Page: 96 Date Filed: 02/29/2016 Entry ID: 4372476



**Figure 4. PET region-whole brain ratio (R/WB, left panel) and laterality (right panel) results for MEAN+SD of cerebral metabolic rates for glucose (CMRgl) in healthy people and Mr. Keith Nelson**




Figure 1: [“First Analysis”] Region to Whole Brain Ratios of Cerebral Glucose Metabolism (Left Panel) and Laterality Index (Right Panel) of Mr. Nelson vs. N=8 Healthy Controls

SF = Superior Frontal; DL = Dorsal Prefrontal – Lateral; DM = Dorsal Prefrontal – Medial; MF = Mid–Frontal; IF = Inferior Frontal; SM = Sensorimotor; SP = Superior Parietal; SG = Supramarginal Gyrus; OL = Occipital cortex, Lateral; OM = Occipital cortex, Medial; LI = Lingual Gyrus; FG = Fusiform Gyrus; OT = Occipital Temporal; ST = Superior Temporal; MT = Mid–Temporal; IT = Inferior Temporal; TP = Temporal Pole; PH = Parahippocampal Gyrus; HI = Hippocampus; AM = Amygdala; IN = Insula; OF = Orbital Frontal; RG = Rectal Gyrus; CA = Cingulate Gyrus – Anterior; CG = Cingulate Gyrus - genu; CP = Cingulate Gyrus – Posterior; C1 = Corpus Callosum – Anterior; C2 = Corpus Callosum – Posterior; CN = Caudate Nucleus; LM = Lenticular – Medial [Globus Pallidus]; LL = Lenticular – Lateral [Putamen]; TH = Thalamus; HY=Hypothalamus; MI = Midbrain; PO = Pons; CE = Cerebellum.




Figure 2: ["Later Analysis"] Region to Whole Brain Ratios of Cerebral Glucose Metabolism (Left Panel) and Laterality Index (Right Panel) of Mr. Nelson vs. N=64 Healthy Controls.

Appellate Case: 15-3160 Page: 98 Date Filed: 02/29/2016 Entry ID: 4372476

# Neuroimaging Studies of Keith Nelson

*April 16, 2014*

Penn Medicine

**Ruben C. Gur, Ph.D.**
**Professor**

DEPARTMENT OF PSYCHIATRY · NEUROPSYCHIATRY PROGRAM · DIRECTOR OF NEUROPSYCHOLOGY

10th Floor, Gates Building · 3400 Spruce St. · Philadelphia, PA 19104-4283
Phone: 215-615-3604 · Fax: 215-662-7903 · Email: gur@upenn.edu