No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 27D**

---


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com


Appellate Case: 15-3160 Page: 1 Date Filed: 02/29/2016 Entry ID: 4372480

# EXHIBIT 27
# Part D

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/03/01 | Travel Kansas City to N. Nelson's residence | 2:03 | 2:27 | 0.4 |
| 05/07/01 | Travel St. Louis to N. Nelson's residence | 3:06 | 3:49 | .72 |
| 05/09/01 | Travel Kansas City to Pleasant | 6:45 | 7:33 | .8 |
| 05/08/01 | Travel Kansas City to K. Dillion's residence | 8:27 | 9:03 | 0.6 |
| 05/08/01 | Travel Kansas City to B. Sutton's residence | 4:03 | 4:23 | 0.48 |
| 05/09/01 | Travel Kansas City to Amsterdam | 9:43 | 11:01 | 1.3 |
| 05/09/01 | Travel Kansas City to Pleasant, Kansas | 2:04 | 2:40 | 0.6 |
| 05/09/01 | Travel Butler to Amsterdam | 8:34 | 9:09 | 0.58 |
| 05/09/01 | Travel Amsterdam to Kansas City | 11:56 | 12:48 | .87 |
| 05/10/01 | Travel Kansas City to Shorshell residence (spoke to relative) | 8:03 | 9:09 | 1.1 |
| 05/10/01 | Travel Shorshell residence to F. Morse's residence | 9:10 | 9:18 | .13 |
| 05/10/01 | Travel F. Morse's residence to K. Dilbie's residence | 9:19 | 9:36 | .28 |
| 05/10/01 | Travel Kansas City to airport | 10:43 | 11:53 | 1.17 |
| 05/10/01 | Return travel to DFW airport / Mesquite | 2:33 | 4:23 | 1.83 |
| | | | | |
| | TOTAL TRAVEL: | | | 14.12 |
| | | | | |



Appellate Case: 15-3160 Page: 3 Date Filed: 02/29/2016 Entry ID: 4372480

Appellate Case: 15-3160 Page: 4 Date Filed: 02/29/2016 Entry ID: 4372480



| ITEMIZED EXPENSES: Expense | | | | Cost | |
|---|---|---|---|---|---|
| Lodging | | | | | |
| | 05/07-05/09 | Lodging | 208.62 | | |
| | 05/10/01 | Lodging | 61.55 | | $ 270.17 |
| Meals | | | | | |
| | 05/05/01 | Meal | 10.67 | | |
| | 05/07/01 | Meal | 10.70 | | |
| | 05/08/01 | Meal | 4.27 | | |
| | 05/08/01 | Meal | 9.40 | | |
| | 05/09/01 | Meal | 10.24 | | $ 45.28 |
| Rental car/Gas for rental car | | | | | |
| | 05/03-05/10 | Rental car | 235.47 | | |
| | 05/04/01 | Gas | 20.85 | | |
| | 05/05/01 | Gas | 20.34 | | |
| | 05/07/01 | Gas | 20.00 | | $ 296.66 |
| | | | **TOTAL EXPENSES:** | | **$ 612.11** |

## TOTALS

| | | |
|---|---|---|
| **INVESTIGATION FEES (50.0 hrs @ $60/hr)** | **$** | **3,000.00** |
| **RECORDS COLLECTION ( 4.0 hrs @ $30/hr)** | **$** | **120.00** |
| **REPORT WRITING (34.84 hrs @ $30/hr)** | **$** | **1,045.20** |
| **TRAVEL (14.12 hrs @ $30/hr)** | **$** | **423.60** |
| **EXPENSES** | **$** | **612.11** |

Appellate Case: 15-3160 Page: 5 Date Filed: 02/29/2016 Entry ID: 4372480

| **TOTALS** | |
|---|---|
| **TOTAL AMOUNT DUE:** | **$ 5,200.91** |

P36-0078

Appellate Case: 15-3160 Page: 6 Date Filed: 02/29/2016 Entry ID: 4372480

KFC
RESTAURANT Y490-013

2P ML/B EC DRK ADD SLAW
MASH 3.69
MD PEPSI 1.09
2P DK ML/MD 3.99 -.79
TAX .28
3649 EAT-IN 4.27
CASH 5.00 CHANGE .73

EAT-IN

GUEST NUMBER=>49

11 11:58AM 09/MAY/01 ... 3-26 49

Nelson

x [signature]
SIGNATURE

LIC/PHN

DENNY'S #7494 019746
9001 W 63RD STREET 47494
MERRIAM KS 66023
MC5490993811035791 EXP:0109
05/09/01 08:32 167494001 392555
TOTL
10.24

APPROVE...

100 ... SHAKE 796
FAM... STEAKBURGERS

SERVER 39 MARIA S
#GST 2 13:43 CK# 383
DINE TBL# 64

SUBTOTAL $ 10.00
TAX 0.67
TOTAL $ 10.67
CASH 10.67
PAID TO # 6

SAT MAY 5 2001 14:18:24

OH THANK HEAVEN
FOR 7-ELEVEN.

7-ELEVEN
1301 VETERANS BLVD.
FESTUS MO
PHONE #6369377330
STORE #29027
TID: 00072902730 08
MASTERCARD 01/09
***********5791
REF# 96008 69 004 3
05/04/2001 08:25:45

PUMP 9
GRADE RUL
GALLONS 11.629
PRICE/GAL $ 1.749
FUEL SALE $ 20.34

APPROVED 025185

THANKS FOR
YOUR BUSINESS

DLR# 7895741 TID 01

I-70 EXPRESS
202 E 40 HWY
BATES CITY MO

MASTERCARD RECEIPT
HADDAD/DEBORAH S
REF# 014068-2764301
DATE 05/07/01 10:5

PUMP # 08
PRODUCT BLUE
SELF SERVICE LEVEL
GALLONS 12.274
PRICE/GAL: $ 1.699
FUEL SALE $ 20.85

Nelson

Appellate Case: 15-3160 Page: 7 Date Filed: 02/29/2016 Entry ID: 4372480

AVIS® We try harder®

TRANSACTION RECORD

RENTAL NUMBER CAR NUMBER CAR GROUP

598841331 2105681 E
HADDAD,DEBORAH
AWD= A555500
CV CMXXXXXXXXXXXX5791

OUT MCI 03MAY01/1243 MI- 6258
IN MCI 10MAY01/1150 MI- 756
1305 MI@ .00=
HR@ 12.67=
DY@ 37.00=
1 WK@ 159.00= 159.00
DISCOUNT .0 =
*$3.78/DY SURCHG= 26.46
ONE WAY FEE/MISC=
** 9.00% FEE = 14.31
LDW =
TAXABLE SUBTOT = 199.77
TAX 6.850% = 13.68
GAS SVC OPTION = 22.02
TOTAL CHARGES = 235.47
*REIMB PROP TAX/TITLE/REG
LIC FEE $.78/DY&$3/DY CFC
**CONCESSION RECOVERY FEE

✱ Please check your car for personal effects. ✱

✱ Please check your car for personal effects. ✱

Thank you for renting from Avis.
We value your business. Have a safe trip.

P36-0080

Nelson

Page: 1
Date: 5/10/01

FAIRFIELD INN by Marriott

Kansas City/Merriam
6601 Frontage Road
MERRIAM, KS 66202
9132624448

Arrival: 5/9/01
Departure: 5/10/01

Appellate Case: 15-3160 Page: 8 Date Filed: 02/29/2016 Entry ID: 4372480

**Guest Name:** HADDAD, DEBORAH S
**Address:**

**Mbr. ID:**
**Level:**

**Room:** 331
**Folio Id:** 41280 - 2K1
**Plan:** REGA

| Date | Description | Reference | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 5/9/01 | Long Distance | 9722167308/331 22:15 0:01:00 SR | $4.48 | $0.00 | $4.48 |
| 5/9/01 | Phone Tax | 9722167308/331 22:15 0:01:00 SR | $0.31 | $0.00 | $4.79 |
| 5/9/01 | Regular Room Charge | Room 331 | $46.00 | $0.00 | $50.79 |
| 5/9/01 | State Tax | Room 331 | $3.16 | $0.00 | $53.95 |
| 5/9/01 | City Tax | Room 331 | $0.58 | $0.00 | $54.53 |
| 5/9/01 | Occupancy Tax | Room 331 | $1.84 | $0.00 | $56.37 |
| 5/10/01 | Long Distance | 9722167308/331 7:42 0:02:00 SR | $4.85 | $0.00 | $61.22 |
| 5/10/01 | Phone Tax | 9722167308/331 7:42 0:02:00 SR | $0.33 | $0.00 | $61.55 |
| 5/10/01 | Master Card | XXXXXXXXXXXX5791 CKT | $0.00 | -$61.55 | $0.00 |

**Total Folio Page 1** **$0.00**

X ____________________________________________

**Cardholder acknowledges receipt of goods and/or services in the amount of the total shown above and agrees to perform the obligations and terms in the cardholder agreement with the seller.**

Appellate Case: 15-3160 Page: 9 Date Filed: 02/29/2016 Entry ID: 4372480



# Capital Punishment Investigation & Educational Services

3530 Forest Lane #314
Dallas, TX 75234

Phone 214-366-4830
Fax 214-366-4935

June 21, 2001

Ann Busderud
U.S. District Court
400 E. 9th
Kansas City, MO 64106

RE: Nelson invoice
4:99 000303-01

Dear Ms. Busderud:

Per your request, enclosed please find the following:

(1) Travel authorization

(2) Original hotel receipt

(3) Original gas receipt in the amount of $20.00. (This receipt is barely legible - this is why it was traced over with darker ink).

Sincerely,

Dawn D. Chandler

Dawn D. Chandler

encl.

P36-0082

Nelson

# DOUBLETREE HOTEL

Kansas City
1301 Wyandotte
Kansas City, MO 64105
(816) 474-6664

Name & Address

HADDAD, DEBORAH
UNKNOWN

MEMPHIS, TN 99999
US

| | |
|---|---|
| Room | 1114/BKN |
| Arrival Date | 05/07/01 [illegible] 44AM |
| Dept. Date | 05/08/01 |
| Adult/Child | 1/0 |
| Room Rate | 85.00 |

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. The guest understands and agrees to be personally liable for all charges incurred at the hotel. I authorize you to bill the full balance of my account to my credit card which was presented upon registration.

BONUS #L CAR

SIGNATURE

CONFIRMATION NUMBER 83704553

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 05/08/01 | PAGE 1 | | |
| [illegible] | 777[illegible] | TELEPHONE-LOCAL | [illegible] |
| [illegible] | [illegible] | TELEPHONE-LOCAL | [illegible] |
| [illegible] | [illegible] | TELEPHONE-LOCAL | [illegible] |
| [illegible] | 777296 | TELEPHONE-LOCAL | [illegible] |
| 05/07/0[illegible] | [illegible] | TELEPHONE-LOCAL | [illegible] |
| [illegible] | 7773[illegible] | BISTRO CAFE | [illegible] |
| [illegible] | [illegible] | TELEPHONE-LD (INTERSTATE) | [illegible] |
| [illegible] | [illegible] | TELEPHONE-LD (INTERSTATE) | 4.32 |
| 05/07/0[illegible] | 777784 | GUEST ROOM SINGLE | 85.00 |
| [illegible] | [illegible] | STATE SALES TAX-RM | 5.61 |
| [illegible] | 777[illegible]84 | OCCUPANCY TAX-RMS | 4.68 |
| [illegible] | 777[illegible] | TELEPHONE-LOCAL | [illegible] |
| [illegible] | [illegible] | TELEPHONE-LOCAL | 0.95 |
| 05/08/0[illegible] | [illegible] | TELEPHONE-LOCAL | [illegible] |
| [illegible] | [illegible] | TELEPHONE-LOCAL | 0.95 |
| [illegible] | [illegible] | TELEPHONE-LD (INTERSTATE) | [illegible] |
| 05/08/0[illegible] | [illegible] | BISTRO CAFE | 9.40 |
| 05/08/0[illegible] | [illegible]844 | GUEST ROOM SINGLE | 85.00 |
| [illegible] | [illegible]844 | STATE SALES TAX-RM | [illegible] |
| [illegible] | [illegible]844 | OCCUPANCY TAX-RMS | 4.68 |
| | | WILL BE SETTLED TO MC ********5791 | 226.72 |

Meal

Meal

ACCT. NO

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION

CARD MEMBER'S SIGNATURE

X

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RETURNED FOR A CASH REFUND

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

less meals - 20.10

$208.62

Appellate Case: 15-3160 Page: 10 Date Filed: 02/29/2016 Entry ID: 4372480

Appellate Case: 15-3160 Page: 11 Date Filed: 02/29/2016 Entry ID: 4372480



T-REX
CONVENIENCE STORES

FARMINGTON MO

MANUAL FUEL 20.00

TOTAL 20.00

05/05/01

Mail to Susan Hunt

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

**CRIMINAL DEFENSE / MITIGATION INVESTIGATION**

3530 Forest Lane #314
Dallas, Texas 75234

214-366-4830

## INVOICE

**Federal Tax No. 75-2912651**

**DATE:** May 30, 2001
**CASE:** Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 03/19/01 | Efforts to locate witnesses via phone calls: G. Thompson (landlord) | 204 | 220 | ~~.25~~ .27 |
| 05/02/01 | Prepare for trip: review case materials, plan investigation | 923 | 1142 | ~~2.5~~ 2.32 |
| ~~05/03/01~~ | Meet with attorney Susan Hunt | 1:16 | 202 | .77 ~~1.0~~ |
| ~~05/03/01~~ | ~~Witness interview: P. Nelson~~ | 2:34 | 4:20 | 1.7 ~~2.0~~ |
| 05/04/01 | Attempt to locate records at Honor Center (halfway house) | 242 | 3:50 | ~~1.0~~ 1.13 |
| 05/04/01 | Attempt to locate records at 7900 Farcite ~~(facility?)~~ | 351 | 505 | ~~1.0~~ 1.2 |
| ~~05/04/01~~ | ~~Attempt to locate records at probation~~ office | 5:01 | 6:18 | ~~1.0~~ 1.25 |
| ~~05/05/01~~ | ~~Review case materials: documents from attorney~~ provided by atty | 807 | 1059 | ~~3.0~~ 2.87 |
| 05/07/01 | ~~Witness interview: N. Nelson~~ | ~~333~~ 353 | ~~5:21~~ 541 | 1.8 ~~2.0~~ |
| 05/07/01 | Contact with M. Nelson, Schedule interviews | ~~522~~ ~~533~~ | 6:10 ~~633~~ | .8 ~~0.5~~ |



Appellate Case: 15-3160 Page: 12 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/07/01 | Witness interview: G. Romero | 10:04am | 12:18pm | 2.0 / 2.28 |
| 05/07/01 | Attempts to locate witnesses: K. Morse, S. Richardson | 1:22 | 2:39 | 1.0 / 1.28 |
| 05/07/01 | Phone calls to: (T/c witnesses) K. Dillion, B. Morse, M. Smith | 8:11am | 935am | 1.0 / 1.4 |
| 05/07/01 | Meeting with B. Sutton (Witness interview:) | 642 / 1002pm | 844 | 2.5 / 2.7 |
| 05/07/01 | Phone conference with N. Nelson | 937pm | 955pm / 1025 | 0.5 / .8 |
| 05/07/01 | Phone call to attorney S. Hunt | 950pm / 1026 | 10:14pm | 0.25 / .3 |
| 05/08/01 | Witness interview: K. Dillion | 904am | 12:29pm | 3.0 / 3.4 |
| 05/08/01 | Witness interviews: M. Morse, R. Morse | 12:30 | 3:24 | 3.0 / 2.9 |
| 05/08/01 | Attempt to interview witness B. Morse | 3:25 | 4:01 | 1.0 / .6 |
| 05/08/01 | Witness interview: K. Morse | 4:16 / 441 | 5:22 / 542 | 1.0 / 1.1 |
| 05/08/01 | Attempt to see (locate) K. Morse face to face | 5:26 | 5:44 | 0.5 / .3 |
| 05/08/01 | Attempt to see (locate) F. Morse | 545 | 609 | 0.5 / .4 |
| 05/08/01 | Witness interviews: L. Lautrell, T. Lautrell | 628 | 8:13 | 2.0 / 1.75 |
| 05/08/01 | Met with witness J. Morse (but did not interview) | 1049 | 1143 | 0.5 / .9 |
| 05/08/01 | Second meeting with M. Morse and R. Morse | 934 am | 1046 | 1.0 / 1.2 |
| 05/08/01 (5/8) | Attempt to locate witnesses J. Shorshell and C. Shorshell | 758am | 840 | 1.0 / .7 |
| 05/08/01 (9) | Phone call to F. Morse (T/c witness) | 855am | 9:19am | 0.5 / .4 |
| 05/09/01 | Meeting with W. Nelson (Witness int:) | 1109am | 1:15pm | 2.5 / 2.1 |
| 05/09/01 | Witness interview: D. McQueen | 245 | 521 | 3.0 / 2.6 |



Appellate Case: 15-3160 Page: 13 Date Filed: 02/29/2016 Entry ID: 4372480

Appellate Case: 15-3160 Page: 14 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| ~~05/09/01~~ | ~~Witness interview: C. Harris~~ | 545 | 721 | 1.6 ~~1.0~~ |
| ~~05/09/01~~ | ~~Attempts to locate witness G. Pajula~~ | 736 | 832 | .93 ~~1.0~~ |
| ~~05/09/01~~ | ~~Second interview of witness: W. Nelson~~ | 904 | 1022 | 1.3 ~~1.0~~ |
| 05/09/01 | Witness interview: G. Nelson, S. Nelson | 1047am | 12:11pm | 1.4 ~~2.0~~ |
| 05/~~09~~ 10/01 | Attempt to locate witness F. Morse | 12:39 | 1:15pm | .6 ~~0.5~~ |
| 05/~~09~~ 10/01 | Attempt to ~~see~~ locate witnesses K. Dilbie and M. Morse | 1:36pm | 2:01 | .42 ~~0.5~~ |
| 05/11/01 | Review of case materials: incarceration records | 1032am | 1148am | 1.27 ~~1.25~~ |
| 05/15/01 | Review of case materials: incarceration records | 9:16 | 1025 | 1.15 ~~1.5~~ |
| | | | | |
| | **TOTAL HOURS INVESTIGATION:** | | | **49.75** |
| | | | | |
| | **RECORDS COLLECTION:** | | | |
| 03/19/01 | Phone calls to Sacramento, California Child Protective Services, Visalia, California Child Protective Services, Tarrant County, Texas DHS, Dynatech Foundation (employment records) | 846 am | 11:28 | ~~3.0~~ 2.7 |
| 04/18/01 | Follow up on records request: John Peter Smith Hospital | 904 | 1022 | ~~1.0~~ 1.3 |
| | | | | |
| | **TOTAL RECORDS COLLECTION** | | | **4.0** |
| | | | | |
| | **REPORT WRITING:** | | | |
| 03/19/01 | Report of witness interview: G. Thompson | 2:16 | 2:33 | .28 ~~.25~~ |

2:33 –

Appellate Case: 15-3160 Page: 15 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/11/01 | Life history chronology | 122 | 336 | ~~2.0~~ 2.23 |
| 05/14/01 | Report of witness interviews: P. Nelson, N. Nelson, K. Dillion | 814 am | 322 pm | ~~7.0~~ 7.13 |
| 05/15/01 | Life history chronology | 1028 | 11:13 | ~~0.5~~ .75 |
| 05/15/01 | Report of witness interviews: M. Morse, R. Morse, B. Sutton, L. Lutrell, T. Lutrell | 12:47 | 734 | ~~7.0~~ 6.78 |
| 05/16/01 | Report of witness interviews: K. Morse, M. Smith, G. Ramero | 9:24 | 434 pm | ~~7.0~~ 7.1 |
| 05/17/01 | Report of witness interviews: W. Nelson, D. McQueen, M. Nelson, B. Morse | 9:16 am | 232 pm | ~~6.0~~ 5.27 |
| 05/18/01 | Report of witness interviews: D. McQueen, C. Harris;<br><br>Report of attempts to contact C. Shorshell, S. Richardson | 923 am | 241 pm | ~~5.0~~ 5.3 |
| | **TOTAL REPORT WRITING**: | | | **34.75** |
| | | | | |
| | **TRAVEL:** | | | |
| ~~05/03/01~~ | ~~Travel Mesquite DFW to airport~~ | 710 am | 818 am | 1.13 ~~1.0~~ |
| ~~05/03/01~~ | ~~Travel Dallas to Kansas City~~ | 925 am | 1057 | 1.53 ~~1.5~~ |
| ~~05/03/01~~ | ~~Travel airport to Susan Hunt's office~~ | 1122 | 1158 | .6 ~~1.5~~ |
| 05/03/01 | ~~Travel Kansas City to N. Nelson's residence~~ | 203 | 227 pm | .4 ~~0.5~~ |
| 05/03/01 | Travel ~~_______~~ to St. Louis | | | ~~4.0~~ |
| 05/07/01 | Travel ~~_______~~ to Kansas City, Missouri and check into hotel | | | ~~4.5~~ |

Appellate Case: 15-3160 Page: 16 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/07/01 | Travel St Louis to N. Nelson's residence | 306 | 349 | 0.5 .72 |
| 05/08/01 | Travel Kansas City to K. Dillion's residence | 832 | 908 | 0.5 .6 |
| 05/08/01 | Travel Kansas City to B. Sutton's residence | 4:10 | 439 | 0.5 .48 |
| 05/09/01 | Travel K.C. to Amsterdam | 943 | 11:01 | 1.3 1.5 |
| 05/08/01 | Travel K.C. to Pleasant, Kansas | 204 | 240 | .6 0.5 |
| 05/09/01 | Travel Pleasant to Butler | 645 | 733 | .8 0.5 |
| 05/09/01 | Travel Butler to Amsterdam | 834 | 909 | .58 0.5 |
| 05/09/01 | Travel Amsterdam to Kansas | 1147 | 1239 | .87 1.0 |
| 05/09/01 10 | Travel K.C. to Shorshell residence (spoke to relative) | 803 903 | 909 1009 | 1.0 1.1 |
| 05/09/01 10 | Travel Shorshell res to F. Morse's residence | 910 10.10 | 918 10.18 | 0.25 .13 |
| 05/09/01 10 | Travel F. Morse res. to K. Dilbie's residence | 919 10:19 | 936 1036 | 0.25 .28 |
| 5/10 05/09/01 | Travel KC to airport | 1143 | 1253 | 1.17 1.0 |
| 05/09/01 | Return travel to Dallas from KC. | 233 | 423 | 1.83 1.5 |
| | | | | |
| | TOTAL TRAVEL: | | | 22.75 |

Appellate Case: 15-3160 Page: 17 Date Filed: 02/29/2016 Entry ID: 4372480

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

CRIMINAL DEFENSE / MITIGATION INVESTIGATION

3630 Forest Lane #314
Dallas, Texas 75234

214-386-4830

INVOICE

Total # pages: 5
Go ahead + send to Susan Hunt!

Federal Tax No. 75-2912651

**DATE:** May 30, 2001
**CASE:** Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 03/19/01 | Efforts to locate witnesses via phone calls: G. Thompson (landlord) | 2:04 | 2:31 | .25 |
| 05/02/01 | Prepare for trip: review case materials, plan investigation | 9:20 (9:23) | 11:50 (11:53) | 2.5 (2.32) |
| 05/03/01 | Meet with attorney Susan Hunt | 1:00 (1:13) | 2:00 | 1.0 |
| 05/03/01 | Witness interview: P. Nelson 234 | 3:00 | 5:00 | 2.0 |
| 05/04/01 | Attempt to locate records at Honor Center (halfway house) 242 | 2:40 | 3:40 (350) | 1.0 |
| 05/04/01 | Attempt to locate records at 7900 Farcite ([redacted]) | 3:40 | 4:40 | 1.0 |
| 05/04/01 | Attempt to locate records at probation office | 4:40 | 5:40 | 1.0 |
| 05/05/01 | Review case materials: documents from attorney provided by attorney | 8:00 (807) | 11:00 (10:59) | 3.0 |
| 05/07/ | Witness interview: N. Nelson | 3:30 | 5:30 | 2.0 |
| 05/07/01 | Contact with M. Nelson; schedule interviews. | 5:30 | 6:00 | 0.5 |

.27, .76, 1.7, 1.13, 1.2, 1.24, 2.87, 1.8, .8

2 hrs 53 min = 2.87

2 hrs 46 min = 2.77

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME | |
|---|---|---|---|---|---|
| 05/07/01 | Witness interview: G. Romero | 10:00 am | 12:00 | 2.0 | 2.24 |
| 05/07/01 | Attempts to locate witnesses: K. Morse, S. Richardson | 1:20 | 2:20 | 1.0 | 1.28 |
| 05/07/01 | Phone calls to [T/C witnesses:] K. Dillion, B. Morse, M. Smith | 3:10 | 4:10 | 1.0 | 1.4 |
| 05/07/01 | Meeting with S. Sutton [Witness interview: G] | 5:45 | 8:15 | 2.5 | 2.7 |
| 05/07/01 | Phone conference with N. Nelson | 9:00 pm | 9:30 | 0.5 | .8 |
| 05/07/01 | Phone call to attorney S. Hunt | 9:30 | 9:45 | 0.25 | .29 |
| 05/08/01 | Witness interview: K. Dillion | 9:00 | 12:00 | 3.0 | 3.4 |
| 05/08/01 | Witness interviews: M. Morse, R. Morse | 12:00 | 3:00 | 3.0 | 2.9 |
| 05/08/01 | Attempt to interview witness B. Morse | 3:00 | 4:00 | 1.0 | .6 |
| 05/08/01 | Witness interview: K. Morse | 4:15 | 5:15 | 1.0 | 1.1 |
| 05/08/01 | Attempt to see [locate] K. Morse face-to-face | 5:30 | 6:00 | 0.5 | .3 |
| 05/08/01 | Attempt to see [locate] F. Morse | 6:00 | 6:30 | 0.5 | .4 |
| 05/08/01 | Witness interviews: L. Lautrell, T. Lautrell | 6:45 | 8:45 | 2.0 | 1.76 |
| 05/08/01 | Met with witness J. Morse (but did not interview) | [1100] 1:30 | 2:00 | 0.5 | .9 |
| 05/08/01 | Second meeting with M. Morse and R. Morse | 9:00 | 10:00 | 1.0 | 1.2 |
| 05/08/01 [9] | Attempt to locate witnesses J. Shorshell and C. Shorshell | 8:00 am | 9:00 am | 1.0 | .7 |
| 05/08/01 [9] | Phone call to [T/C witness:] F. Morse | 9:15 | 9:45 | 0.5 | .4 |
| 05/09/01 | Meeting with [witness interview:] W. Nelson | 11:15 | 1:45 | 2.5 | 2.1 |
| 05/09/01 | Witness interview: D. McQueen | 2:45 | 5:45 | 3.0 | 2.6 |

Appellate Case: 15-3160 Page: 19 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME | |
|---|---|---|---|---|---|
| 05/09/01 | Witness interview: C. Harris | 5:45 | 6:45 | 1.0 | 1.6 |
| 05/09/01 | Attempts to locate witness G. Pajula | 7:20 | 8:20 | 1.0 | .9 |
| 05/09/01 | Second interview of witness: W. Nelson | 8:45 | 9:45 | 1.0 | 1.3 |
| 05/09/01 | Witness interview: G. Nelson, S. Nelson | 9:45 | 11:45 | 2.0 | 1.4 |
| 05/09/01 5-10-01 | Attempt to locate witness F. Morse | 11:45 | 12:15 | 0.5 | .6 |
| 05/09/01 5-10-01 | Attempt to see R. Dilbie and M. Morse locate witnesses | 12:30 | 1:30 | 0.5 | .64 |
| 05/11/01 | Review of case materials: incarceration records | | | 1.25 | 1.27 |
| 05/15/01 | Review of case materials: incarceration records | | | 1.5 | 1.15 |
| | | | | | |
| | TOTAL HOURS INVESTIGATION: | | | 49.75 | 49.9 49.7 |
| | | | | | |
| | RECORDS COLLECTION: | | | | |
| 03/19/01 | Phone calls to Sacramento, California Child Protective Services, Visalia, California Child Protective Services, Tarrant County, Texas DHS, Dynatech Foundation (employment records) | | | 3.0 | 2.7 |
| 04/18/01 | Follow up on records request: John Peter Smith Hospital | 9:00 am | 10: am | 1.0 | 1.3 |
| | | | | | |
| | TOTAL RECORDS COLLECTION | | | 4.0 | 3.8 |
| | | | | | |
| | REPORT WRITING: | | | | |
| 03/19/01 | Report of witness interview: G. Thompson | | | .25 | .28 |

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME | |
|---|---|---|---|---|---|
| 05/11/01 | Life history chronology | 9:45 | 11:45 | 2.0 | 2.24 |
| 05/14/01 | Report of witness interviews: P. Nelson, N. Nelson, K. Dillion | 9:30 | 4:30 | 7.0 | 7.13 |
| ~~05/15/01~~ | ~~Life history chronology~~ | | | 0.5 | .76 |
| 05/15/01 | Report of witness interviews: M. Morse, R. Morse, B. Sutton, L. Lutrell, T. Lutrell | 9:30 | 4:30 | 7.0 | 6.76 |
| 05/16/01 | Report of witness interviews: K. Morse, M. Smith, G. Ramero | 9:30 | 4:30 | 7.0 | 7.17 |
| 05/17/01 | Report of witness interviews: W. Nelson, D. McQueen, M. Nelson, B. Morse | 9:30 | 3:30 | 6.0 | 5.27 |
| 05/18/01 | Report of witness interviews: D. McQueen, C. Harris; Report of attempts to contact C. Shorthell, S. Richardson | 9:30 | 2:30 | 5.0 | 5.31 |
| | TOTAL REPORT WRITING: | | | 34.75 | 34.9 |
| | | | | | |
| | TRAVEL: | | | | |
| 05/03/01 | Travel Mesquite to DFW airport | 7:00 | 8:00 | 1.0 | 1.14 |
| 05/03/01 | Travel Dallas to Kansas City | 9:25 | 10:55 | 1.5 | 1.26 |
| 05/03/01 | Travel airport to Susan Hunt's office | 11:30 | 1200 | 1.5 | 1.19 |
| 05/03/01 | Travel Kansas City to N. Nelson's residence | 2:00 (203) | 2:30 (223) | 0.5 | .4 |
| ~~05/03/01~~ | ~~Travel to St. Louis~~ | | | ~~4.0~~ | |
| ~~05/07/01~~ | ~~Travel _____ to Kansas City,~~ Missouri and check into hotel | | | ~~4.5~~ | |



Appellate Case: 15-3160 Page: 20 Date Filed: 02/29/2016 Entry ID: 4372480

P36-0093

Appellate Case: 15-3160 Page: 21 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME | |
|---|---|---|---|---|---|
| 05/07/01 | Travel St. Louis to N. Nelson's residence | 3:00 | 3:30 | ~~0.5~~ | ~~.8~~ .72 |
| 05/08/01 | Travel Kansas City to K. Dillion's residence | ~~8:30~~ | 9:00 | 0.5 | ~~.6~~ |
| 05/08/01 | Travel Kansas City to B. Sutton's residence | 4:10 | 4:40 | ~~0.5~~ | .48 |
| 05/09/01 | Travel Kansas City to Amsterdam | 9:45 am | 10:45 am | 1.5 | ~~1.5~~ 1.3 |
| 05/09/01 | Travel Kansas City to Pleasant, Kansas | 2:00 | 2:30 | 0.5 | ~~.7~~ .6 |
| 05/09/01 | Travel Pleasant to Butler | 6:45 | 7:15 | 0.5 | .8 |
| 05/09/01 | Travel Butler to Amsterdam | 8:15 | 8:45 | ~~0.5~~ | .6 |
| 05/09/01 | Travel Amsterdam to Kansas | 11:45 | 12:45 | 1.0 | .86 |
| ~~05/09/01~~ 5-10-01 | Travel Kansas City to Shorshell residence (spoke to relative) | 9:00 am | 10:00 am | 1.0 | ~~1.1~~ |
| ~~05/09/01~~ 5-10-01 | Travel Shorshell to F. Morse's residence | ~~10:00~~ | 10:15 | 0.25 | ~~.29~~ .13 |
| ~~05/09/01~~ 5-10-01 | Travel F. Morse to K. Dilbie's residence | 10:15 | 10:30 | 0.25 | .28 |
| ~~05/09/01~~ 5-10-01 | Travel Kansas City to airport | 11:30 | 12:30 | 1.0 | ~~1.4~~ 1.16 |
| ~~05/09/01~~ 5-10-01 | Return travel to Dallas from Kansas City | 2:30 | 8:00 | 1.5 | 1.81 |
| | | | | | |
| | TOTAL TRAVEL: | | | ~~22.75~~ | ~~14.25~~ 14.43 |

| ITEMIZED EXPENSES: Expense | | | | Cost |
|---|---|---|---|---|
| Lodging | | | | |
| | 05/07-05/09 | Lodging | 208.62 | |
| | 05/10/01 | Lodging | 61.55 | $ 270.17 |
| Meals | | | | |
| | 05/05/01 | Meal | 10.67 | |
| | 05/07/01 | Meal | 10.70 | |
| | 05/08/01 | Meal | 4.27 | |
| | 05/08/01 | Meal | 9.40 | |
| | 05/09/01 | Meal | 10.24 | $ 45.28 |
| Rental car/Gas for rental car | | | | |
| | 05/03-05/10 | Rental car | 235.47 | |
| | 05/04/01 | Gas | 20.85 | |
| | 05/05/01 | Gas | 20.34 | |
| | 05/07/01 | Gas | 20.00 | $ 296.66 |
| | | | **TOTAL EXPENSES:** | **$ 612.11** |

## TOTALS

| | | | |
|---|---|---|---|
| **INVESTIGATION FEES ( ~~49.75~~ 49.76 hrs @ $60/hr)** | | **$ 2,985.00** | 2,985.60 |
| **RECORDS COLLECTION ( ~~4.0~~ 3.84 hrs @ $30/hr)** <480> | | **$ 120.00** | 115.20 |
| **REPORT WRITING ( ~~34.75~~ 34.91 hrs @ $30/hr)** | 1047.30 | **$ 1,042.50** | ~~[illegible]~~ 50 |
| **TRAVEL ( ~~22.5~~ 14.43 hrs @ $30/hr)** 432.90 | ~~[illegible]~~ 60 | **$ ~~675.00~~** | |
| **EXPENSES** | | **$ 612.11** | |

5193.11



Appellate Case: 15-3160 Page: 22 Date Filed: 02/29/2016 Entry ID: 4372480

Appellate Case: 15-3160 Page: 23 Date Filed: 02/29/2016 Entry ID: 4372480

| TOTALS | |
|---|---|
| **TOTAL AMOUNT DUE:** | **$ 5,434.61** |

P36-0096

Fav. form

Capital Punishment Investigation & Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/28/01 | 16 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 3/19/01 | Records collection efforts: phone calls to Sacramento, California Child Protective Services, Visalia, California Child Protective Services, Tarrant County, Texas DHS, Dynatech Foundation - employment records | 3 | 30.00 | 90.00 |
| 3/19/01 | Efforts to locate witnesses via phone calls: G. Thompson (landlord) | 0.25 | 60.00 | 15.00 |
| 3/19/01 | Report writing: G. Thompson interview | 0.25 | 30.00 | 7.50 |
| 4/18/01 | Follow up on records request: John Peter Smith Hospital | 1 | 30.00 | 30.00 |
| 5/2/01 | Prepare for trip; Plan investigation; Review case materials | 2.5 | 60.00 | 150.00 |
| 5/3/01 | Travel to airport | 1 | 30.00 | 30.00 |
| 5/3/01 | Travel to Kansas | 1.5 | 30.00 | 45.00 |
| 5/3/01 | Travel to Susan Hunt's office | 1.5 | 30.00 | 45.00 |
| 5/3/01 | Meet with Susan Hunt | 1 | 60.00 | 60.00 |
| 5/3/01 | Travel to N. Nelson's house | 0.5 | 30.00 | 15.00 |
| 5/3/01 | Witness interview: P. Nelson | 2 | 60.00 | 120.00 |
| 5/3/01 | Travel to St. Louis | 4 | 30.00 | 120.00 |
| 5/4/01 | Attempt to locate records at halfway house (Honor Center) | 1 | 60.00 | 60.00 |
| 5/4/01 | Attempt to locate records | 1 | 60.00 | 60.00 |
| 5/4/01 | Attempt to locate records at probation office | 1 | 60.00 | 60.00 |
| 5/5/01 | Review case materials: documents from attorney | 3 | 60.00 | 180.00 |
| 5/7/01 | Travel to Kansas City, MO | 4 | 30.00 | 120.00 |
| 5/7/01 | Check in at Double Tree | 0.5 | 30.00 | 15.00 |
| 5/7/01 | Travel to N. Nelson's | 0.5 | 30.00 | 15.00 |
| 5/7/01 | Witness itnerview: N. Nelson | 2 | 60.00 | 120.00 |
| 5/7/01 | Contact with M. Nelson | 0.5 | 60.00 | 30.00 |
| 5/7/01 | Witness interview: G.Romero | 2 | 60.00 | 120.00 |
| 5/7/01 | Attempts to locate witnesses: K. Morse, S. Richardson | 1 | 60.00 | 60.00 |
| 5/7/01 | Phone calls to: K. Dillion, B. Morse, M. Smith | 1 | 60.00 | 60.00 |
| 5/7/01 | Meeting with B. Sutton | 2.5 | 60.00 | 150.00 |
| 5/7/01 | Phone conference with N. Nelson | 0.5 | 60.00 | 30.00 |
| 5/7/01 | Phone call to S. Hunt | 0.25 | 60.00 | 15.00 |

**Total**



Appellate Case: 15-3160 Page: 24 Date Filed: 02/29/2016 Entry ID: 4372480

Capital Punishment Investigation &
Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/28/01 | 16 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 5/8/01 | Travel to K. Dillion | 0.5 | 30.00 | 15.00 |
| 5/8/01 | Witness interview: K. Dillion | 3 | 60.00 | 180.00 |
| 5/8/01 | Witness interviews: M. Morse, R. Morse | 3 | 60.00 | 180.00 |
| 5/8/01 | Attempt to interview witness B. Morse | 1 | 60.00 | 60.00 |
| 5/8/01 | Witness interview: K. Morse | 1 | 60.00 | 60.00 |
| 5/8/01 | Attempt to see K. Morse face-to-face | 0.5 | 60.00 | 30.00 |
| 5/8/01 | Attempt to see F. Morse | 0.5 | 60.00 | 30.00 |
| 5/8/01 | Witness interviews: L. Lautrell, T. Lautrell | 2 | 60.00 | 120.00 |
| 5/8/01 | Met with witness J. Morse (did not interview) | 0.5 | 60.00 | 30.00 |
| 5/8/01 | Second meeting with M. Morse and R. Morse | 1 | 60.00 | 60.00 |
| 5/8/01 | Attempt to locate witnesses J. Shorshell and C. Shorshell | 1 | 60.00 | 60.00 |
| 5/8/01 | Phone call to F. Morse | 0.5 | 60.00 | 30.00 |
| 5/8/01 | Travel to B. Sutton | 0.5 | 30.00 | 15.00 |
| 5/9/01 | Travel to Amsterdam | 1.5 | 30.00 | 45.00 |
| 5/9/01 | Meeting with W. Nelson | 2.5 | 60.00 | 150.00 |
| 5/9/01 | Travel to Pleasant, KS | 0.5 | 30.00 | 15.00 |
| 5/9/01 | Witness interview: D. McQueen | 3 | 60.00 | 180.00 |
| 5/9/01 | Witness interview: C. Harris | 1 | 60.00 | 60.00 |
| 5/9/01 | Travel to Butler | 0.5 | 30.00 | 15.00 |
| 5/9/01 | Attempts to locate witness G. Pajula | 1 | 60.00 | 60.00 |
| 5/9/01 | Travel to Amsterdam | 0.5 | 30.00 | 15.00 |
| 5/9/01 | Second interview of witness: W. Nelson | 1 | 60.00 | 60.00 |
| 5/9/01 | Witness interviews: G. Nelson, S. Nelson | 2 | 60.00 | 120.00 |
| 5/9/01 | Travel to Kansas | 1 | 30.00 | 30.00 |
| 5/9/01 | Travel to Shorshell residence - spoke to relative | 1 | 30.00 | 30.00 |
| 5/9/01 | Attempt to locate witness F. Morse | 0.5 | 60.00 | 30.00 |
| 5/9/01 | Travel to F. Morse residence | 0.25 | 30.00 | 7.50 |
| 5/9/01 | Travel to K. Dilbie's residence | 0.25 | 30.00 | 7.50 |
| 5/9/01 | Attempt to see K. Dilbie and M. Morse | 0.5 | 60.00 | 30.00 |
| 5/9/01 | Travel to airport | 1 | 30.00 | 30.00 |
| 5/9/01 | Return travel to Dallas | 1.5 | 30.00 | 45.00 |
| 5/11/01 | Review of case materials: incarceration records | 1.25 | 60.00 | 75.00 |
| 5/11/01 | Report writing: life history chronology | 2 | 30.00 | 60.00 |
| | | | **Total** | |



Appellate Case: 15-3160 Page: 25 Date Filed: 02/29/2016 Entry ID: 4372480

P36-0098

Capital Punishment Investigation &
Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/28/01 | 16 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 5/14/01 | Report writing: witness interviews: P. Nelson, N. Nelson, K. Dillion | 7 | 30.00 | 210.00 |
| 5/15/01 | Review of case materials: incarceration records | 1.5 | 60.00 | 90.00 |
| 5/15/01 | Report writing: life history chronology | 0.5 | 30.00 | 15.00 |
| 5/15/01 | Report writing: witness interviews: M. Morse, R. Morse, B. Sutton, L. Lutrell, T. Lutrell | 7 | 30.00 | 210.00 |
| 5/16/01 | Report writing: witness interviews: K. Morse, M. Smith, G. Ramero | 7 | 30.00 | 210.00 |
| 5/17/01 | Report writing: witness interviews: W. Nelson, D. McQueen, M. Nelson, B. Morse | 6 | 30.00 | 180.00 |
| 5/18/01 | Report writing: witness interviews: D. McQueen, C. Harris; Report writing: report of attempts to conta t C. Shorshell, S. Richardson | 5 | 30.00 | 150.00 |
| 5/15/01 | 05/05/01 Meal | | 10.67 | 10.67 |
| 5/15/01 | 05/08/01 Meal | | 4.27 | 4.27 |
| 5/15/01 | 05/09/01 Meal | | 10.24 | 10.24 |
| 5/15/01 | 05/07/01 Meal | | 10.70 | 10.70 |
| 5/15/01 | 05/08/01 Meal | | 9.40 | 9.40 |
| 5/15/01 | 05/04/01 Gas for rental car | | 20.85 | 20.85 |
| 5/15/01 | 05/05/01 Gas for rental car | | 20.34 | 20.34 |
| 5/15/01 | 05/07/01 Gas for rental car | | 20.00 | 20.00 |
| 5/15/01 | 05/10/01 Rental car | | 235.47 | 235.47 |
| 5/15/01 | 05/07-05/09 Lodging | | 208.62 | 208.62 |
| 5/15/01 | 05/09-05/10 Lodging | | 61.55 | 61.55 |
| | Total Reimbursable Expenses | | | 612.11 |

**Total** $5,434.61

Appellate Case: 15-3160 Page: 27 Date Filed: 02/29/2016 Entry ID: 4372480



FILED APR 2001 P. L. BRUNE, CLK. U.S. DISTRICT COURT WEST. DISTRICT OF MISSOURI

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 99-00303-01-CR-W-2** |
| | ) | |
| **KEITH DWAYNE NELSON,** | ) | |
| | ) | |
| ***Defendant.*** | ) | |

**ORDER**

For good cause shown, IT IS HEREBY ORDERED that Tina Francis and Debra Haddad may travel from Dallas Texas to Kansas City, Missouri on Wednesday May 2, 2001and return Sunday May 6, 2001 for the purpose of meeting with the defendant and members of his family. IT IS FURTHER ORDERED that pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, Tina Francis and Debra Haddad are authorized to obtain government travel rates for the above described trip in connection with their providing representation to defendant under the Criminal Justice Act.

SARAH W. HAYS
United States Magistrate Judge

Dated:
Kansas City, Missouri



FROM : CPIES PHONE NO. : 2153664935 Jun. 20 2001 10:08AM P2