No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 27E**


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 27

# Part E

Appellate Case: 15-3160 Page: 3 Date Filed: 02/29/2016 Entry ID: 4372480



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CHARLES E. WHITTAKER COURTHOUSE
OFFICE OF THE CLERK

PATRICIA L. BRUNE
CLERK OF COURT

REPLY TO:
( ) ROOM 1510 U.S. COURTHOUSE KANSAS CITY, MO. 64106
( ) ROOM 2710 U.S. COURTHOUSE KANSAS CITY, MO 64106
( ) ROOM 310 U.S. COURTHOUSE JEFFERSON CITY, MO. 65101
( ) ROOM 1400 U.S. COURTHOUSE SPRINGFIELD, MO. 65806

**TRAVEL AUTHORIZATION**

**Authorized Traveler:** TENA FRANCIS & DEBRA HADDAD

**Voucher Number:** TF050201

**Authorized Travel Dates:** MAY 2, 2001 - MAY 6, 2001

**Purpose of Travel** Travel from Dallas, Texas to Kansas city, Missouri and return for the purpose of meeting with defendant and defendant's family regarding mitigation issues in case # 99-303-01-CR-W-2, U. S. v. Keith D. Nelson.

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above-described trip in connection with your providing representation under the Criminal Justice Act (CJA).

You are authorized to contact National Travel Service (NTS) at 1-800-445-0668 to request reservations and airline tickets. You must provide NTS with your Voucher Number TF050201 in The Western District of Missouri and advise NTS that your tickets are to be charged to that court's account. You may instruct NTS where to deliver your tickets.

Reimbursement for subsistence will be limited to per diem ($127) as set forth in government travel regulations.

A copy of this Travel Authorization, as well as a copy of the airline tickets which were provided by NTS, must be submitted upon completion of travel. All other travel expense should be claimed on, and receipts should be attached to, the voucher on which you were appointed in case. Our internal accounting control number for this trip is: 01MOW0001.

[signature]
Judicial Officer

April 26 2001
Date

Appellate Case: 15-3160 Page: 4 Date Filed: 02/29/2016 Entry ID: 4372480

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

3530 Forest Lane
Suite 314
Dallas, TX 75234

Phone 214-366-4830
Fax 214-366-4935

## FACSIMILE TRANSMISSION COVER SHEET

TO: ANN

FIRM: US DISTRICT COURT

FAX #: 816-512-5076

PHONE: 816-512-5066

FROM: TENA FRANCIS

DATE: 6-26-01 TIME: 1:15 pm

NO. PAGES: 2 (Including cover sheet)

If you do not receive all of the pages, please contact me at 214/366-4830.

MESSAGE: ______

THIS FAX COMMUNICATION MAY CONTAIN CONFIDENTIAL OR PRIVILEGED INFORMATION AND IS INTENDED ONLY FOR THE ADDRESSEE. IF YOU RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY ME IMMEDIATELY BY PHONE AND RETURN THE ORIGINAL TO ME BY MAIL. THANK YOU.

Appellate Case: 15-3160 Page: 5 Date Filed: 02/29/2016 Entry ID: 4372

ADMINISTRATIVE OFFICE
OF THE U.S. COURTS
WASHINGTON, D.C.

5697-72514802
P36-0102

R
CHECK DATE: 11-SEP-01
CHECK AMOUNT: $1,733.03
Case #: DMOW499CR000303001
Client Name: Nelson, Keith
Vendor Code (TIN): 752912651
Vendor Name: CAPITAL PUNISHMENT INVESTIGATION
CJA #: 01MOW350
Tax Levy: N
Invoice#:

5697-5697-7251

BANK ONE

Please keep this receipt as record of your transaction. Transactions are subject to the Bank's count, verification and acceptance. Deposits may not be available for immediate withdrawal.

Customer Recei

*THANK YOU!*

04348

0201 00921 13 9201 09/19/2001 14:42
ACCT# 1587419050
CHECKING DEPOSIT $1,733.03

61329

CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-98)

1. CIR./DIST./ DIV. CODE: MOW
2. PERSON REPRESENTED: Keith D. Nelson
VOUCHER NUMBER:
3. MAG. DKT./DEF. NUMBER:
4. DIST. DKT./DEF. NUMBER: 4:99-000303-01
5. APPEALS DKT./DEF. NUMBER:
6. OTHER DKT. NUMBER:
7. IN CASE/MATTER OF (Case Name): US v Keith D Nelson
8. TYPE PERSON REPRESENTED: ☒ Adult Defendant ☐ Appellant ☐ Other: ☐ Habeas Petitioner ☐ Appellee
9. REPRESENTATION TYPE: ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C § 2255 (Capital) ☒ D2 Federal Capital Prosecution ☐ D4 Other (Specify)
10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2241(f)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

11. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ ______ OR
☑ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of Attorney ______ Date ______
☐ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC MO 64106
Telephone Number:

12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)*
Mitigation Investigation

13. TYPE OF SERVICE PROVIDER
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☒ Mitigation Specialist
23 ☐ Duplication Services *(See Instructions)*
24 ☐ Other *(Specify)*

14. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order ______ Nunc Pro Tunc Date ______
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES ☐ NO

15. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION: a. ☒ Pre-Trial b. ☐ Trial c. ☐ Sentencing d. ☐ Other Post Trial e. ☐ Appeal f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS: g. ☐ Habeas Petition h. ☐ Evidentiary Hearing i. ☐ Dispositive Motions j. ☐ Appeal k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING: l. ☐ Stay of Execution m. ☐ Appeal of Denial of Stay n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay o. ☐ Other

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 1563.90 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | 152.75 | | |
| c. Other Expenses | 4.88 | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $ 1721.53 | | |

17. PAYEE'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Capital Punishment Investigation Educational Services
3530 Forest Lane #314
Dallas Tx 75234
TIN: 75-2912651
Telephone Number: 214-366-4830

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 5/17/01 TO 7/03/01
CLAIM STATUS ☐ Final Payment ☒ Interim Payment Number 3 ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.
Signature of Claimant/Payee: Dena S Francis Date: Aug 6 01

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.
Signature of Attorney ______ Date ______

## APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer ______ Date ______ Judge/Mag. Judge Code ______

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) ______ Date ______ Judge Code ______

Appellate Case: 15-3160 Page: 6 Date Filed: 02/29/2016 Entry ID: 4372480

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

CRIMINAL DEFENSE / MITIGATION INVESTIGATION

214-366-4830

3530 Forest Lane #314
Dallas, Texas 75234

## INVOICE

Federal Tax No. 75-2912651

**DATE:** August 6, 2001
**CASE:** Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/17/01 | Records review: incarceration chronology and birth-hospitalization chronology | 9:12 | 11:09 | 1.95 |
| 06/04/01 | Attempts to locate witness: I. Wood | 10:17 | 10:53 | .6 |
| 06/04/01 | Schedule witness interview in White Settlement | 10:54 | 11:19 | .42 |
| 06/06/01 | Witness interview: A. Taylor | 8:19 | 10:13 | 1.9 |
| 06/06/01 | Witness interview: H. Calwell | 10:36 | 12:37 | 2.02 |
| 06/06/01 | Attempts to locate witness: B. Bryant | 1:22 | 2:16 | .9 |
| 06/06/01 | Attempts to collect school records | 2:32 | 3:38 | 1.1 |
| 06/11/01 | Witness interview: B. Bryant | 8:39 | 10:42 | 2.05 |
| 06/27/01 | Prepare affidavit detailing remaining investigation | 8:46 | 11:34 | 2.8 |
| 06/28/01 | Conference call with attorneys | 9:31 | 10:02 | .52 |
| 07/01/01 | Attempts to locate witness: I. Wood | 9:14 | 11:23 | 2.15 |



Appellate Case: 15-3160 Page: 7 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 07/01/01 | T/C witness: I. Wood - schedule interview | 11:24 | 11:37 | .22 |
| 07/01/01 | Research re Gainesville Boys Home | 2:52 | 4:16 | 1.4 |
| 07/03/01 | Witness interview: I. Wood | 9:37 | 11:39 | 2.03 |
| | **TOTAL INVESTIGATION:** | | | **20.06** |
| | | | | |
| | **REPORT WRITING:** | | | |
| 05/17/01 | Report writing | 1:26 | 4:31 | 3.08 |
| 06/04/01 | Report writing: life history chronology | 9:16 | 10:04 | .8 |
| 06/05/01 | Report writing: life history chronology | 9:23 | 10:13 | .83 |
| | **TOTAL REPORT WRITING:** | | | **4.71** |
| | | | | |
| | **TRAVEL:** | | | |
| 06/06/01 | Travel Dallas to White Settlement, Texas | 7:06 | 8:16 | 1.17 |
| 06/06/01 | Return travel White Settlement to Dallas | 3:46 | 4:44 | .97 |
| 06/11/01 | Travel Dallas to White Settlement, Texas | 7:17 | 8:24 | 1.12 |
| 06/11/01 | Return travel White Settlement to Dallas | 10:42 | 11:36 | .91 |
| 07/03/01 | Travel Dallas to Cotton Dale, Texas | 8:02 | 9:34 | 1.53 |
| 07/03/01 | Return travel Cotton Dale to Dallas | 12:17 | 1:53 | 1.6 |
| | **TOTAL TRAVEL:** | | | **7.3** |
| | | | | |



Appellate Case: 15-3160 Page: 8 Date Filed: 02/29/2016 Entry ID: 4372480

| **ITEMIZED EXPENSES:**<br>**Expense** | | | | **Cost** |
|---|---|---|---|---|
| Long distance charges | | | | |
| 03/19/01 | Long distance charges | | .95 | |
| 03/19/01 | Long distance charges | | .95 | |
| 03/23/01 | Long distance charges | | 1.24 | |
| 03/26/01 | Long distance charges | | 1.74 | $ 4.88 |
| Mileage (@ .325/mile) | | | | |
| 06/04/01 | 120 miles | round trip to White Settlement | 39.00 | |
| 06/11/01 | 120 miles | round trip to White Settlement | 39.00 | |
| 07/03/01 | 230 miles | round trip to Cotton Dale | 74.75 | $ 152.75 |
| | | | **TOTAL EXPENSES:** | **$ 157.63** |

| **TOTALS** | |
|---|---|
| **INVESTIGATION FEES ( 20.06 hrs @ $60/hr)** | **$ 1,203.60** |
| **REPORT WRITING ( 4.71 hrs @ $30/hr)** | **$ 141.30** |
| **TRAVEL ( 7.3 hrs @ $30/hr)** | **$ 219.00** |
| **EXPENSES** | **$ 157.63** |
| **<u>TOTAL AMOUNT DUE:</u>** | **$ 1,721.53** |



Appellate Case: 15-3160 Page: 9 Date Filed: 02/29/2016 Entry ID: 4372480

**Call Charges**
(Continued)

| Item | Date | Time | Place Called | | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 98 | 04/03 | 01:28PM | LOUISVILLE | KY | 502 | 933-1719 | DC | 1:12 | .08 |
| 99 | 04/03 | 01:30PM | LOUISVILLE | KY | 502 | 969-9001 | DC | 1:30 | .11 |
| 100 | 04/03 | 01:51PM | NEW YORK | NY | 212 | 245-9999 | DC | 1:06 | .08 |
| 101 | 04/03 | 02:27PM | PHILA | PA | 215 | 413-2582 | DC | :30 | .04 |
| 102 | 04/03 | 02:36PM | WACO | TX | 254 | 772-8177 | DC | 3:24 | .24 |
| 103 | 04/03 | 03:56PM | LAKE WORTH | TX | 817 | 237-8543 | DC | :30 | .04 |
| 104 | 04/03 | 03:59PM | HILLSBORO | TX | 254 | 582-4025 | DC | 7:54 | .55 |
| 105 | 04/03 | 04:10PM | HILLSBORO | TX | 254 | 582-5313 | DC | 1:48 | .13 |
| 106 | 04/03 | 04:13PM | HILLSBORO | TX | 254 | 582-9905 | DC | :30 | .04 |
| 107 | 04/03 | 04:14PM | HILLSBORO | TX | 254 | 582-9905 | DC | :30 | .04 |
| 108 | 04/03 | 04:16PM | HILLSBORO | TX | 254 | 582-4025 | DC | 2:00 | .14 |
| 109 | 04/03 | 04:55PM | LAKE WORTH | TX | 817 | 237-8543 | DC | 3:06 | .22 |
| 110 | 04/03 | 05:21PM | LAKE WORTH | TX | 817 | 237-6718 | DC | :30 | 04 |
| 111 | 04/04 | 12:33PM | HUNTSVILLE | TX | 936 | 295-6371 | DC | 1:30 | 11 |
| 112 | 04/04 | 01:16PM | AUSTIN | TX | 512 | 305-7010 | DC | 2:48 | 20 |
| 113 | 04/04 | 01:19PM | AUSTIN | TX | 512 | 305-7700 | DC | 5:48 | 41 |
| 114 | 04/04 | 01:54PM | BRYAN | TX | 979 | 846-5111 | DC | :30 | 04 |
| 115 | 04/04 | 01:54PM | BRYAN | TX | 979 | 779-7061 | DC | :30 | 04 |
| 116 | 04/04 | 01:56PM | BRYAN | TX | 979 | 846-5111 | DC | :42 | 05 |
| 117 | 04/04 | 04:25PM | MONROE | LA | 318 | 388-1946 | DC | :30 | 04 |
| 118 | 04/04 | 04:58PM | HOUSTON | TX | 713 | 755-2700 | DC | 2:30 | .18 |
| 119 | 04/04 | 05:01PM | HOUSTON | TX | 713 | 921-8750 | DC | 1:36 | .11 |
| 120 | 04/05 | 03:30PM | PHILA | PA | 215 | 413-2582 | DC | 16:12 | 1.13 |
| 121 | 04/06 | 02:02PM | AUSTIN | TX | 512 | 320-8300 | DC | 1:00 | 07 |
| 122 | 04/06 | 04:46PM | NRICHLDHLS | TX | 817 | 428-0032 | DC | 10:00 | 70 |
| 123 | 04/09 | 02:26PM | FORT WORTH | TX | 817 | 332-5575 | DC | :30 | 04 |
| | | | **Total Domestic Calls for 214-366-4830** | | | | | | 27.84 |
| | | | **International** | | | | | | |
| 124 | 03/15 | 04:11PM | FRANCE | | | 33140864425 | EC | 7:30 | 1.12 |
| 125 | 03/23 | 03:19PM | FRANCE | | | 33140864425 | EC | 4:06 | .61 |
| | | | **Total International Calls for 214-366-4830** | | | | | | 1.73 |
| | | | **Operator Assistance** | | | | | | |
| 126 | 03/19 | 02:14PM | Dir Asst | KS | 913 | 555-1212 | DC | 1:00 | .95 |
| 127 | 03/19 | 04:06PM | Dir Asst | MO | 816 | 555-1212 | DC | 1:00 | .95 |
| 128 | 03/27 | 03:13PM | Dir Asst | AL | 256 | 555-1212 | DC | 1:00 | .95 |
| 129 | 03/29 | 02:12PM | Dir Asst | KY | 502 | 555-1212 | DC | 1:00 | 95 |
| 130 | 03/29 | 03:10PM | Dir Asst | KY | 270 | 555-1212 | DC | 1:00 | 95 |
| 131 | 03/29 | 03:11PM | Dir Asst | VA | 540 | 555-1212 | DC | 1:00 | 95 |
| 132 | 03/30 | 04:34PM | Dir Asst | KY | 502 | 555-1212 | DC | 1:00 | 95 |
| 133 | 04/03 | 03:58PM | Dir Asst | TX | 254 | 555-1212 | DC | 1:00 | 1.00 |
| 134 | 04/03 | 04:14PM | Dir Asst | TX | 254 | 555-1212 | DC | 1:00 | 1.00 |
| 135 | 04/04 | 01:51PM | Dir Asst | TX | 409 | 555-1212 | DC | 1:00 | 1.00 |
| 136 | 04/04 | 03:42PM | Dir Asst | LA | 504 | 555-1212 | DC | 1:00 | 95 |
| 137 | 04/04 | 04:22PM | Dir Asst | LA | 504 | 555-1212 | DC | 1:00 | .95 |
| 138 | 04/04 | 04:23PM | Dir Asst | LA | 504 | 555-1212 | DC | 1:00 | 95 |
| | | | **Subtotal Operator Assisted Calls for 214-366-4830** | | | | | | 12.50 |
| | | | **Total Operator Assistance Calls for 214-366-4830** | | | | | | 12.50 |

Nelson
Stewart
Stewart
Toney

SWBell Long Distance
Billing Questions
1-888-560-9399



Appellate Case: 15-3160 Page: 10 Date Filed: 02/29/2016 Entry ID: 4372480

Account Number
214-366-4830-507-5
April 23 2001

# Southwestern Bell

**Call Charges**
(Continued)

Total Calls for 214-366-4830 42.07

Calls for 214-366-4853
Domestic

| Item | Date | Time | Place Called | | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 139 | 02/28 | 11 51AM | PHILA | PA | 215 | 564-3457 | DC | 30 | 04 |
| 140 | 02/28 | 11 53AM | PHILA | PA | 215 | 564-3457 | DC | 3 48 | 27 |
| 141 | 03/01 | 10 54AM | KANSASCITY | MO | 816 | 221-4588 | DC | 30 | 04 |
| 142 | 03/01 | 11 55AM | KANSASCITY | MO | 816 | 221-4588 | DC | 30 | 04 |
| 143 | 03/01 | 11 56AM | OVERLANDPK | KS | 913 | 908-3737 | DC | 36 | 04 |
| 144 | 03/01 | 01 16PM | LAS VEGAS | NV | 702 | 455-0214 | DC | 48 | 06 |
| 145 | 03/01 | 01 37PM | SACRAMENTO | CA | 916 | 319-4955 | DC | 2 48 | 20 |
| 146 | 03/01 | 01 48PM | LAS VEGAS | NV | 702 | 455-0917 | DC | 30 | 04 |
| 147 | 03/08 | 04 20PM | LAS VEGAS | NV | 702 | 455-6265 | DC | 1 30 | 11 |
| 148 | 03/10 | 07 08PM | MASON | TX | 915 | 347-1985 | DC | 2 12 | 15 |
| 149 | 03/11 | 11 21AM | MASON | TX | 915 | 347-1985 | DC | 3 06 | 22 |
| 150 | 03/11 | 04 10PM | HOUSTON | TX | 713 | 812-0243 | DC | 2 24 | 17 |
| 151 | 03/12 | 03 17PM | WEDGWOOD | TX | 817 | 346-5700 | DC | 1 42 | 12 |
| 152 | 03/12 | 03 19PM | EDGECLIFF | TX | 817 | 293-9110 | DC | 1 00 | 07 |
| 153 | 03/12 | 03 22PM | FORT WORTH | TX | 817 | 347-5600 | DC | 30 | 04 |
| 154 | 03/14 | 03 02PM | LAS VEGAS | NV | 702 | 455-3895 | DC | 1 42 | 12 |
| 155 | 03/19 | 01 47PM | SACRAMENTO | CA | 916 | 319-4955 | DC | 3 30 | 25 |
| 156 | 03/19 | 01 55PM | WOODLAND | CA | 530 | 661-6536 | DC | 1 00 | 07 |
| 157 | 03/19 | 02 10PM | SACRAMENTO | CA | 916 | 875-5437 | DC | 2 54 | 20 |
| 158 | 03/19 | 02 15PM | VISALIA | CA | 559 | 713-3230 | DC | 30 | 04 |
| 159 | 03/19 | 02 16PM | VISALIA | CA | 559 | 730-2677 | DC | 4 18 | 30 |
| 160 | 03/19 | 03 06PM | FORT WORTH | TX | 817 | 531-5620 | DC | 42 | 05 |
| 161 | 03/19 | 03 07PM | FORT WORTH | TX | 817 | 531-5620 | DC | 30 | 04 |
| 162 | 03/19 | 03 09PM | ARLINGTON | TX | 817 | 548-3926 | DC | 30 | 04 |
| 163 | 03/19 | 03 11PM | ARLINGTON | TX | 817 | 548-3920 | DC | 30 | 04 |
| 164 | 03/19 | 03 12PM | ARLINGTON | TX | 817 | 548-3920 | DC | 30 | 04 |
| 165 | 03/19 | 03 41PM | LAKE WORTH | TX | 817 | 237-6821 | DC | 54 | 06 |
| 166 | 03/19 | 03 42PM | WHSETLEMNT | TX | 817 | 246-4646 | DC | 6 24 | 45 |
| 167 | 03/19 | 06 04PM | PHILA | PA | 215 | 413-2582 | DC | 18 24 | 1 29 |
| 168 | 03/20 | 02 42PM | LAS VEGAS | NV | 702 | 455-3895 | DC | 1 00 | 07 |
| 169 | 03/20 | 03 25PM | LAS VEGAS | NV | 702 | 455-3895 | DC | 4.48 | 34 |
| 170 | 03/20 | 03 30PM | LAS VEGAS | NV | 702 | 455-1580 | DC | 54 | 06 |
| 171 | 03/21 | 01 46PM | LAS VEGAS | NV | 702 | 455-6265 | DC | 30 | 04 |
| 172 | 03/21 | 01 57PM | LAS VEGAS | NV | 702 | 455-6265 | DC | 30 | 04 |
| 173 | 03/21 | 02 29PM | RENO | TX | 817 | 221-0965 | DC | 5 48 | 41 |
| 174 | 03/22 | 09 08AM | AUSTIN | TX | 512 | 320-8300 | DC | 48 | 06 |
| 175 | 03/22 | 09 57AM | NRICHLDHLS | TX | 817 | 428-0032 | DC | 30 | 04 |
| 176 | 03/22 | 03 20PM | BLANCHARD | TX | 936 | 967-8082 | DC | 4 18 | 30 |
| 177 | 03/22 | 03 37PM | HOUSTON | TX | 715 | 221 1651 | DC | 9 42 | 68 |
| 178 | 03/23 | 01 23PM | NRICHLDHLS | TX | 817 | 428-0032 | DC | 17 42 | 1 24 |
| 179 | 03/26 | 04 12PM | KANSASCITY | MO | 816 | 221-4588 | DC | 24 54 | 1 74 |
| 180 | 03/27 | 01 23PM | AUSTIN | TX | 512 | 320-8300 | DC | 54 | 06 |
| 181 | 03/27 | 01 35PM | CULLMAN | AL | 256 | 734-3034 | DC | 30 | 04 |
| 182 | 03/27 | 01 36PM | CULLMAN | AL | 256 | 796-8688 | DC | 1 00 | 07 |
| 183 | 03/27 | 01 42PM | CULLMAN | AL | 256 | 739-4898 | DC | 30 | 04 |
| 184 | 03/27 | 01 43PM | CULLMAN | AL | 256 | 796-5435 | DC | 42 | 05 |
| 185 | 03/27 | 01 45PM | CULLMAN | AL | 256 | 796-2381 | DC | 36 | 04 |

Nelson

SWBell Long Distance
Billing Questions
1 800 560-9500

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

**CRIMINAL DEFENSE / MITIGATION INVESTIGATION**

3530 Forest Lane #314
Dallas, Texas 75234

214-366-4830

## INVOICE

**Federal Tax No. 75-2912651**

**DATE:** **July 30, 2001**
**CASE:** Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| ~~05/11/01~~ | ~~Review of case materials: incarceration records~~ | | | ~~1.25~~ |
| 05/17/01 | Records review: incarceration chronology and birth-hospitalization chronology | 9:12 | 11:09 | (1.95) 2.0 |
| 06/04/01 | Attempts to locate witness: I. Wood | 10:17 | 10:53 | (.6) .5 |
| 06/04/01 | Schedule interview in White Settlement | 10:54 | 11:19 | (.42) .5 |
| 06/06/01 | Witness interview: A. Taylor | 819 | 10:13 | (1.9) 2.0 |
| 06/06/01 | Witness interview: H. Calwell | 1036 | 1237 | 2.02 2.0 |
| 06/06/01 | Attempts to locate witness: B. Bryant | 122 | 216 | (.9) ~~1.0~~ |
| 06/06/01 | Attempts to collect school records | 232 | 338 | (1.1) 1.0 |
| 06/11/01 | Witness interview: B. Bryant | 839 | 1042 | (2.05) 2.0 |
| 07/01/01 | Attempts to locate witness: I. Wood | 9:14 | 1123 | (2.15) 2.0 |
| 07/01/01 | T/C witness: I. Wood - schedule interview | 1124 | 1137 | (.22) .25 |



Appellate Case: 15-3160 Page: 12 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 07/01/01 | Research re Gainesville Boys Home | 252 | 416 | 1.4 1.5 |
| 07/03/01 | Witness interview: I. Wood | 937 | 1139 | 2.03 2.0 |
| | **TOTAL INVESTIGATION:** | | 16.74 | ~~3.0~~ 16.75 |
| | | | | 2006 |
| | **REPORT WRITING:** | | | |
| ~~05/17/01~~ | ~~Report writing~~ | 126 | 431 | 3.08 ~~3.0~~ |
| 06/04/01 | Report writing: life history chronology | 916 | 1004 | .8 ~~1.0~~ |
| 06/05/01 | Report writing: life history chronology | 923 | 1013 | .83 ~~1.5~~ |
| | **TOTAL REPORT WRITING:** | | | **5.5** 4.71 |
| | | | | |
| | **TRAVEL:** | | | |
| 06/06/01 | ~~Round trip~~ travel Dallas to White Settlement, Texas | 706 346 | 8:16 444 | 1.1 .97 2.0 2.17 |
| 06/11/01 | Round trip travel Dallas to White Settlement, Texas | 7:17 1043 | 824 1136 | 1.12 .88 2.0 |
| 07/03/01 | Round trip travel Dallas to Cotton Dale, Texas | [illegible] | [illegible] | [illegible] 2.5 |
| | **TOTAL TRAVEL:** | | | 7.3 **6.5** |
| | | | | |

802 934 1.53

12:17 153 1.6



Appellate Case: 15-3160 Page: 13 Date Filed: 02/29/2016 Entry ID: 4372480

| ITEMIZED EXPENSES:<br>Expense | | | | Cost |
|---|---|---|---|---|
| Long distance charges | | | | |
| 03/19/01 | Long distance charges | | .95 | |
| 03/19/01 | Long distance charges | | .95 | |
| 03/23/01 | Long distance charges | | 1.24 | |
| 03/26/01 | Long distance charges | | 1.74 | $ 4.88 |
| Mileage (@ .325/mile) | | | | |
| 06/04/01 | 120 miles | round trip to White Settlement | 39.00 | |
| 06/11/01 | 120 miles | round trip to White Settlement | 39.00 | |
| 07/03/01 | 230 miles | round trip to Cotton Dale | 74.75 | $ 152.75 |
| | | | TOTAL EXPENSES: | $ 157.63 |

**TOTALS**

(16.74) ~~16.75~~ 20.06

| | | |
|---|---|---|
| **INVESTIGATION FEES (~~18.0~~ hrs @ $60/hr)** | 1004.40 | $ ~~1,080.00~~ 1005.00 |
| **REPORT WRITING ( 5.5 hrs @ $30/hr)** 4.71 | 141.30 | $ 165.00 |
| **TRAVEL ( 6.5 hrs @ $30/hr)** 7.3 | 219.00 | $ 195.00 |
| **EXPENSES** | | $ 157.63 |
| **TOTAL AMOUNT DUE:** | ~~$1,522.33~~ | ~~$ 1,597.63~~ ~~$1522.63~~ |

$1,721.53



Appellate Case: 15-3160 Page: 14 Date Filed: 02/29/2016 Entry ID: 4372480

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

CRIMINAL DEFENSE / MITIGATION INVESTIGATION

214-366-4830

3530 Forest Lane #314
Dallas, Texas 75234

Interim payment

## INVOICE

Federal Tax No. 75-2912651

DATE: July 30, 2001
CASE: Keith Nelson

Already billed — Dele

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| ~~05/11/01~~ | ~~Review of case materials: incarceration records~~ | | | ~~1.25~~ |
| 05/17/01 | Records review: incarceration chronology and birth-hospitalization chronology | | | 2.0 |
| 06/04/01 | Attempts to locate witness: I. Wood | | | .5 |
| 06/04/01 | Schedule ~~interviews in~~ witness White Settlement | | | .5 |
| 06/06/01 | Witness interview: A. Taylor | | | 2.0 |
| 06/06/01 | Witness interview: H. Calwell | | | 2.0 |
| 06/06/01 | Attempts to locate witness: B. Bryant | | | 1.0 |
| 06/06/01 | Attempts to collect school records | | | 1.0 |
| 06/11/01 | Witness interview: B. Bryant | | | 2.0 |
| 07/01/01 | Attempts to locate witness: I. Wood | | | 2.0 |
| 07/01/01 | T/C witness I. Wood - schedule interview | | | .25 |

06/27 Prepare affidavit detailing remaining investigation 2.8 846-1134



06/28 Conference call with attorneys 0.5 931-1002

152

Appellate Case: 15-3160 Page: 15 Date Filed: 02/29/2016 Entry ID: 4372480

Capital Punishment Investigation &
Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/6/01 | 16 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| SERVICED | DESCRIPTION | QTY | RATE |
|---|---|---|---|
| 5/17/01 | Report writing | 3.08 | 30.00 |
| 5/17/01 | Review records: incarceration chrono and birth-hospitalization chrono | 1.95 | 60.00 |
| 6/4/01 | Report writing: chrono | 0.8 | 30.00 |
| 6/4/01 | Attempts to reach witness I. Wood | 0.6 | 60.00 |
| 6/4/01 | Set up interviews in White Settlement | 0.42 | 60.00 |
| 6/5/01 | Report writing: chrono | 0.83 | 30.00 |
| 6/6/01 | RT to White Settlement | 2.14 | 30.00 |
| 6/6/01 | Witness interview: A. Taylor | 1.9 | 60.00 |
| 6/6/01 | Witness interview: H. Calwell | 2.02 | 60.00 |
| 6/6/01 | Attempts to reach B. Bryant | 0.9 | 60.00 |
| 6/6/01 | Attempts to obtain school records | 1.1 | 60.00 |
| 6/11/01 | Witness interview: B. Bryant | 2.05 | 60.00 |
| 6/11/01 | RT to White Settlment | 2.03 | 30.00 |
| 6/27/01 | Prepare affidavit detailing remaining investigation | 2.8 | 60.00 |
| 6/28/01 | Conference call with attorneys | 0.52 | 60.00 |
| 7/1/01 | Attempts to locate witness I. Wood | 2.15 | 60.00 |
| 7/1/01 | T/C witness; I. Wood, schedule interview | 0.22 | 60.00 |
| 7/1/01 | Research re Gainesville Boys Home | 1.4 | 60.00 |
| 7/3/01 | Round trip travel Dallas to Cotton Dale, TX | 3.13 | 30.00 |
| 7/3/01 | Witness interview: I. Wood | 2.03 | 60.00 |
| 6/4/01 | 06/04/01 120 miles rt to White Settlement | | 39.00 |
| 6/4/01 | 06/11/01 120 miles rt to White Settlement | | 39.00 |
| 7/15/01 | 07/03/01 230 miles rt to Cotton Dale TX | | 74.75 |
| | Total Reimbursable Expenses | | |
| 4/23/01 | 03/01 long distance charges | | 4.88 |

**Total** $1,721.53

Appellate Case: 15-3160 Page: 16 Date Filed: 02/29/2016 Entry ID: 4372480

ADMINISTRATIVE OFFICE
OF THE U.S. COURTS
WASHINGTON, D.C.

5697-72527384

P36-0114

R

CHECK DATE: 07-NOV-01
CHECK AMOUNT: $3,385.48
Case #: DMOW499CR000303001
Client Name: Nelson, Keith
Vendor Code (TIN): 752912651
Vendor Name: CAPITAL PUNISHMENT INVESTIGATION
CJA #: 01MOW422
Tax Levy: N
Invoice#:

5697-5697-725273

514802

R

CHECK DATE: 11-SEP-01
CHECK AMOUNT: $1,733.03
Case #: DMOW499CR000303001
Client Name: Nelson, Keith
Vendor Code (TIN): 752912651
Vendor Name: CAPITAL PUNISHMENT INVESTIGATION
CJA #: 01MOW350
Tax Levy: N
Invoice#:

5697-5697-725148



United States Treasury 15-51/000

5697-72514802
Check No.

ADMINISTRATIVE OFFICE
OF THE U.S. COURTS
WASHINGTON, DC

11-SEP-01

Pay to
the order of

$*****1,733*03

CAPITAL PUNISHMENT INVESTIGATION
3530 FOREST LANE #314
DALLAS, TX 75234

VOID AFTER ONE YEAR

CJA

DISBURSING OFFICER

⑈5697⑈ ⑆000000518⑆ 725148028⑈

Appellate Case: 15-3160 Page: 18 Date Filed: 02/29/2016 Entry ID: 4372480

**CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-98)**

1. CIR./DIST./ DIV. CODE: MOW
2. PERSON REPRESENTED: Keith D Nelson
VOUCHER NUMBER:
3. MAG. DKT/DEF. NUMBER:
4. DIST. DKT/DEF. NUMBER: 4:99-000303-01
5. APPEALS DKT/DEF. NUMBER:
6. OTHER DKT. NUMBER:
7. IN CASE/MATTER OF (Case Name): US v Keith D Nelson
8. TYPE PERSON REPRESENTED: ☒ Adult Defendant ☐ Appellant ☐ Other: ☐ Habeas Petitioner ☐ Appellee
9. REPRESENTATION TYPE: ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital) ☒ D2 Federal Capital Prosecution ☐ D4 Other (Specify)
10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*: 18 USC 2241 (F)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

11. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ ______ OR
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of Attorney ______ Date ______

☐ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC MO 64106
Telephone Number:

12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)*
Mitigation Investigation

13. TYPE OF SERVICE PROVIDER
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer *(Hardware/Software/Systems)*
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☒ Mitigation Specialist
23 ☐ Duplication Services *(See Instructions)*
24 ☐ Other *(Specify)*

14. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order ______ Nunc Pro Tunc Date ______

Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO

15. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☒ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial
e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

## CLAIM FOR SERVICES AND EXPENSES

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | FOR COURT USE ONLY: MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 3074.40 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | 282.71 | | |
| c. Other Expenses | 1.79 | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | $3358.90 | | |

17. PAYEE'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Capital Punishment Investigation Educational Services
3530 Forest Lane #314
Dallas TX 75234
TIN: 75-2912651
Telephone Number: 214-366-4830

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 8/24/01 TO 09/06/01

CLAIM STATUS ☐ Final Payment ☒ Interim Payment Number 4 ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee: Sena S Francis Date: Oct 5 '01

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney ______ Date ______

## APPROVED FOR PAYMENT — COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer ______ Date ______ Judge/Mag. Judge Code ______

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) ______ Date ______ Judge Code ______

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

**CRIMINAL DEFENSE / MITIGATION INVESTIGATION**

3530 Forest Lane #314
Dallas, Texas 75234

214-366-4830

## INVOICE

**Federal Tax No. 75-2912651**

**DATE:** October 8, 2001
**CASE:** Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 08/28/01 | Review of case materials: social history narrative and life history chronology | 12:34 | 4:32 | 3.92 |
| 08/29/01 | Prioritize investigation strategy | 9:44 | 10:57 | 1.22 |
| 08/29/01 | Efforts to locate witnesses via phone calls: K. Williams, P. Burris | 10:59 | 11:17 | .3 |
| 08/29/01 | Witness interview: K. Williams | 1:13 | 1:44 | .52 |
| 08/29/01 | Witness interview: M. Chandler | 1:52 | 2:04 | .2 |
| 08/29/01 | Witness interview: Y. Cordova | 2:08 | 2:35 | .45 |
| 08/29/01 | Witness interview: P. Burriss | 2:46 | 3:10 | .4 |
| 08/29/01 | Witness interview: E. Pink | 3:23 | 4:43 | 1.33 |
| 08/30/01 | Prioritize investigation strategy | 8:13 | 8:49 | .6 |
| 08/30/01 | Efforts to locate witness via phone calls: D. Miller | 8:51 | 9:03 | .2 |
| 08/30/01 | Efforts to locate witnesses via personal contact: M. Bassett, C. Patterson, D. Brock | 12:46 | 2:04 | 1.3 |



Appellate Case: 15-3160 Page: 19 Date Filed: 02/29/2016 Entry ID: 4372480

Appellate Case: 15-3160 Page: 20 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 08/30/01 | Witness interview: D. Brock | 2:17 | 2:35 | .3 |
| 08/30/01 | Witness interview: S. Bordon | 2:45 | 3:47 | 1.03 |
| 08/30/01 | Witness interview: E. Crutsinger | 3:54 | 4:42 | .8 |
| 08/31/01 | Prioritize investigation strategy | 10:07 | 11:23 | 1.27 |
| 08/31/01 | Efforts to locate witness via personal contact: N. Brown (visit residence) | 1:38 | 2:06 | .47 |
| 08/31/01 | Witness interview: J. Clay | 2:19 | 2:33 | .23 |
| 08/31/01 | Witness interview: H. Dear | 2:43 | 3:41 | .97 |
| 08/31/01 | Witness interview: D. Miller | 3:55 | 4:11 | .27 |
| 09/03/01 | Schedule witness interviews for attorneys | 9:12 | 1:09 | 3.95 |
| 09/04/01 | Meeting with attorneys | 11:32 | 12:46 | 1.23 |
| 09/04/01 | Witness interview: Clay | 2:35 | 3:07 | .53 |
| 09/04/01 | Witness interview: K. Williams | 3:21 | 3:50 | .48 |
| 09/04/01 | Witness interviews: D. Brock; Attempt to interview Gibbs and M. Shipman | 4:12 | 4:46 | .57 |
| 09/04/01 | Schedule witness interviews for attorneys | 7:48 | 8:34 | .77 |
| 09/05/01 | Witness interview: Cordova | 8:26 | 8:39 | .22 |
| 09/05/01 | Witness interview: Bassett | 8:50 | 9:16 | .43 |
| 09/05/01 | Witness interview: H. Dear | 9:27 | 10:25 | .97 |
| 09/05/01 | Meeting with attorneys | 12:32 | 1:28 | .93 |
| 09/05/01 | Witness interview: R. Monroe | 1:49 | 3:03 | 1.23 |
| 09/05/01 | Witness interview: A. Taylor | 3:19 | 3:53 | .57 |
| 09/05/01 | Witness interview: Crutsinger | 4:21 | 4:53 | .53 |
| 09/05/01 | Attempt to interview: J. Monroe (former neighbor) | 5:09 | 5:28 | .32 |

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 09/05/01 | Witness interviews G. Thompson, Jr. and G. Thompson, Sr. | 5:49 | 6:21 | .53 |
| 09/05/01 | Attempt to interview witness: B. Norman | 6:30 | 6:53 | .38 |
| 09/06/01 | Meet with attorneys | 1:02 | 2:07 | 1.08 |
| 09/06/01 | Attempt to interview witness: Burriss | 2:33 | 2:47 | .23 |
| 09/06/01 | Attempt to interview witness: M. Shipman | 3:04 | 3:26 | .37 |
| 09/06/01 | Attempt to interview witness: B. Norman | 3:33 | 3:36 | .05 |
| 09/06/01 | Witness interview: E. Crutsinger | 3:41 | 3:53 | .20 |
| 09/06/01 | Meet with attorneys | 4:02 | 5:04 | 1.03 |
| 09/06/01 | Witness interview: J. Monroe | 5:25 | 6:47 | 1.37 |
| | **TOTAL INVESTIGATION:** | | | **33.75** |
| | | | | |
| | **REPORT WRITING:** | | | |
| 08/24/01 | Report writing: D. Brock, D. Miller interviews | 1:12 | 4:08 | 2.93 |
| 08/29/01 | Report writing: E. Pink interview | 7:49 | 9:17 | 1.47 |
| 08/30/01 | Report writing: J. Clay, K. Williams, Y. Cordova interviews | 6:37 | 10:19 | 3.7 |
| 08/31/01 | Report writing: H. Dear, P. Burris interviews | 7:14 | 9:09 | 1.92 |
| | **TOTAL REPORT WRITING:** | | | **10.02** |
| | | | | |
| | **TRAVEL:** | | | |
| 08/29/01 | Travel Sachse, Texas to Fort Worth, Texas | 11:49 | 1:11 | 1.37 |



Appellate Case: 15-3160 Page: 21 Date Filed: 02/29/2016 Entry ID: 4372480

Appellate Case: 15-3160 Page: 22 Date Filed: 02/29/2016 Entry ID: 4372480



| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 08/29/01 | Travel to Chandler interview | 1:45 | 1:52 | .12 |
| 08/29/01 | Travel to Cordova interview | 2:06 | 2:08 | .03 |
| 08/29/01 | Travel to Burriss interview | 2:37 | 2:45 | .13 |
| 08/29/01 | Travel to Pink interview | 3:11 | 3:22 | .18 |
| 08/29/01 | Travel around Ft. Worth | 4:47 | 5:35 | .8 |
| 08/29/01 | Return travel Fort Worth, Texas to Sachse, Texas | 5:37 | 7:12 | 1.58 |
| 08/30/01 | Travel Sachse, Texas to Fort Worth, Texas | 11:48 | 12:45 | .95 |
| 08/30/01 | Travel to Brock interview | 2:05 | 2:16 | .18 |
| 08/30/01 | Travel to Bordon interview | 2:37 | 2:43 | .10 |
| 08/30/01 | Travel to Crutsinger interview | 3:48 | 3:52 | .07 |
| 08/30/01 | Return travel Fort Worth, Texas to Sachse, Texas | 4:43 | 6:09 | 1.43 |
| 08/31/01 | Travel Sachse, Texas to Fort Worth, Texas | 12:04 | 1:37 | 1.55 |
| 08/31/01 | Travel to Clay interview | 2:07 | 2:17 | .17 |
| 08/31/01 | Travel to Dear interview | 2:34 | 2:42 | .13 |
| 08/31/01 | Travel to Miller interview | 3:42 | 3:53 | .21 |
| 08/31/01 | Return travel Fort Worth, Texas to Sachse, Texas | 4:12 | 5:24 | 1.2 |
| 09/04/01 | Travel to meeting with attorneys | 9:51 | 11:28 | 1.61 |
| 09/04/01 | Travel to White Settlement, Texas | 12:49 | 2:34 | 1.75 |
| 09/04/01 | Travel to Williams interview | 3:09 | 3:17 | .13 |
| 09/04/01 | Travel to Brock interview | 3:53 | 4:09 | .27 |

Appellate Case: 15-3160 Page: 23 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 09/04/01 | Return travel White Settlement, Texas to Sachse, Texas | 4:48 | 7:23 | 2.58 |
| 09/05/01 | Travel Sachse, Texas to White Settlement, Texas | 7:04 | 8:23 | 1.32 |
| 09/05/01 | Travel to Dear interview | 9:17 | 9:26 | .15 |
| 09/05/01 | Travel to meeting with attorneys | 10:26 | 10:45 | .32 |
| 09/05/01 | Travel to Monroe interview | 1:31 | 1:47 | .27 |
| 09/05/01 | Travel to Taylor interview | 3:04 | 3:17 | .22 |
| 09/05/01 | Travel to Crutsinger interview | 3:54 | 4:19 | .42 |
| 09/05/01 | Travel to Monroe interview | 4:55 | 5:08 | .22 |
| 09/05/01 | Travel to Thompson interview | 5:29 | 5:48 | .32 |
| 09/05/01 | Travel to Norman interview | 6:22 | 6:29 | .12 |
| 09/05/01 | Return travel White Settlement, Texas to Sachse, Texas | 6:54 | 8:08 | 1.23 |
| 09/06/01 | Travel Sachse, Texas to White Settlement, Texas | 11:42 | 12:57 | 1.25 |
| 09/06/01 | Travel to Burriss residence | 2:09 | 2:31 | .37 |
| 09/06/01 | Travel to Shipman residence | 2:48 | 3:03 | .25 |
| 09/06/01 | Travel to Norman residence | 3:27 | 3:32 | .08 |
| 09/06/01 | Travel to Crutsinger | 3:37 | 3:40 | .05 |
| 09/06/01 | Travel to meeting with attorneys | 3:54 | 3:59 | .08 |
| 09/06/01 | Travel to Monroe interview | 5:06 | 5:23 | .28 |
| 09/06/01 | Return travel White Settlement, Texas to Sachse, Texas | 6:49 | 8:17 | 1.47 |
| | **TOTAL TRAVEL:** | | | **24.96** |

Appellate Case: 15-3160 Page: 24 Date Filed: 02/29/2016 Entry ID: 4372480



| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| | | | | |

| ITEMIZED EXPENSES: Expense | | | | | Cost |
|---|---|---|---|---|---|
| Long distance charges | | | | | |
| 06/01 | Long distance charges | | | 1.79 | $ 1.79 |
| Meals | | | | | |
| 08/29/01 | Meal | | | 5.39 | |
| 08/30/01 | Meal | | | 3.78 | |
| 08/31/01 | Meal | | | 5.29 | $ 14.46 |
| Mileage (@ .325/mile) | | | | | |
| 08/29/01 | | 151 miles | round trip to Ft. Worth | 49.08 | |
| 08/30/01 | | 155 miles | round trip to Ft. Worth | 50.38 | |
| 08/31/01 | | 141 miles | round trip to Ft. Worth | 45.83 | |
| 09/04/01 | | 114 miles | round trip to White Settlement | 37.05 | |
| 09/05/01 | | 127 miles | round trip to White Settlement | 41.28 | |
| 09/06/01 | | 135 miles | round trip to White Settlement | 43.88 | $ 267.50 |
| Miscellaneous | | | | | |
| 08/29/01 | Toll | | | .75 | $ .75 |
| | | | | **TOTAL EXPENSES:** | **$ 284.50** |

| TOTALS | |
|---|---|
| INVESTIGATION FEES ( 33.75 hrs @ $60/hr) | $ 2,025.00 |
| REPORT WRITING ( 10.02 hrs @ $30/hr) | $ 300.60 |
| TRAVEL ( 24.96 hrs @ $30/hr) | $ 748.80 |
| EXPENSES | $ 284.50 |
| **TOTAL AMOUNT DUE:** | **$ 3,358.90** |



Appellate Case: 15-3160 Page: 25 Date Filed: 02/29/2016 Entry ID: 4372480

**For Your Information** (Continued)

August 1, 2001. These changes do not affect your current rates or plans. Future changes to these Terms will be disclosed at www.sbc.com and in an update of the Terms sent via your bill.

**Service Charges**

**Monthly Service Charges**

| | Type of Service | Period | Qty | |
|---|---|---|---|---|
| 3 | Switched Toll Free | 07/11-08/10 | 1 | 5.00 |
| | Total Monthly Service Charges | | | 5.00 |
| | Total Service Charges | | | 5.00 |

**Call Charges**

**Calls for 214-366-4830**
**Domestic**

| Item | Date | Time | Place Called | | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 05/22 | 03:02PM | HOUSTON | TX | 713 | 552-9559 | DC | 1:00 | .07 |
| 5 | 05/22 | 03:03PM | HOUSTON | TX | 713 | 552-9559 | DC | 1:00 | .07 |
| 6 | 06/08 | 02:18PM | WEATHERFD | TX | 817 | 599-6591 | DC | 2:48 | .20 |
| 7 | 06/08 | 02:29PM | CLEBURNE | TX | 817 | 558-1639 | DC | :30 | .04 |
| 8 | 06/08 | 02:57PM | CLEBURNE | TX | 817 | 558-1639 | DC | 3:36 | .25 |
| 9 | 06/08 | 03:02PM | WEATHERFD | TX | 817 | 594-4208 | DC | 1:06 | .08 |
| 10 | 06/08 | 03:14PM | WEATHERFD | TX | 817 | 594-4208 | DC | 6:30 | .46 |
| 11 | 06/08 | 03:32PM | WEATHERFD | TX | 817 | 594-4208 | DC | 1:48 | .13 |
| 12 | 06/11 | 01:08PM | BLOOMSDALE | MO | 573 | 483-2720 | DC | 25:36 | 1.79 |
| 13 | 06/13 | 10:47AM | FORT WORTH | TX | 817 | 338-1000 | DC | 1:42 | .12 |
| 14 | 06/13 | 02:28PM | HUNTSVILLE | TX | 936 | 295-6371 | DC | 1:36 | .11 |
| 15 | 06/13 | 02:45PM | FORT WORTH | TX | 817 | 534-1826 | DC | :30 | .04 |
| 16 | 06/13 | 02:58PM | KANSASCITY | MO | 816 | 300-0000 | DC | :30 | .04 |
| 17 | 06/14 | 12:53PM | OWENSBORO | KY | 270 | 683-5001 | DC | :42 | .05 |
| 18 | 06/14 | 01:05PM | FRANKFORT | KY | 502 | 227-2142 | DC | :48 | .06 |
| 19 | 06/14 | 01:12PM | AUSTIN | TX | 512 | 497-4961 | DC | 1:30 | .11 |
| 20 | 06/14 | 01:41PM | AUSTIN | TX | 512 | 497-4961 | DC | :48 | .06 |
| 21 | 06/14 | 02:29PM | EULESS | TX | 817 | 282-1911 | DC | :36 | .04 |
| 22 | 06/14 | 02:31PM | FORT WORTH | TX | 817 | 332-5575 | DC | :42 | .05 |
| 23 | 06/15 | 10:25AM | FRANKFORT | KY | 502 | 227-2142 | DC | 2:06 | .15 |
| 24 | 06/15 | 12:59PM | FORT WORTH | TX | 817 | 332-5575 | DC | :30 | .04 |
| 25 | 06/15 | 01:17PM | AUSTIN | TX | 512 | 450-0188 | DC | :30 | .04 |
| 26 | 06/15 | 02:13PM | FORT WORTH | TX | 817 | 332-5575 | DC | 9:12 | .64 |
| 27 | 06/15 | 03:07PM | FORT WORTH | TX | 817 | 332-5575 | DC | :36 | .04 |
| 28 | 06/19 | 10:40AM | LUBBOCK | TX | 806 | 535-3345 | DC | :48 | .06 |
| 29 | 06/19 | 12:08PM | HENDERSON | KY | 270 | 830-6500 | DC | 1:48 | .13 |
| 30 | 06/19 | 12:11PM | KANSASCITY | MO | 816 | 512-5066 | DC | 3:06 | .22 |
| 31 | 06/19 | 12:17PM | HOUSTON | TX | 832 | 483-0884 | DC | 2:18 | .16 |
| 32 | 06/19 | 01:31PM | CEDAR VLY | TX | 512 | 301-5100 | DC | :42 | .05 |
| 33 | 06/19 | 01:32PM | LUBBOCK | TX | 806 | 535-3345 | DC | :30 | .04 |
| 34 | 06/20 | 11:40AM | FORT WORTH | TX | 817 | 921-3431 | DC | 4:54 | .34 |
| 35 | 06/20 | 12:39PM | GAINESVL | TX | 940 | 665-0701 | DC | :30 | .04 |
| 36 | 06/21 | 11:08AM | FORT WORTH | TX | 817 | 921-3431 | DC | 1:24 | .10 |
| 37 | 06/22 | 11:57AM | FORT WORTH | TX | 817 | 921-3431 | DC | 1:24 | .10 |
| 38 | 06/26 | 02:54PM | FORT WORTH | TX | 817 | 332-5575 | DC | :36 | .04 |
| 39 | 06/27 | 04:24PM | KANSASCITY | MO | 816 | 300-0000 | DC | 1:36 | .11 |

Toney
Nelson
Toney

SWBell Long Distance Billing Questions: 1-888-560-9399

Nelson

$1.79

Nelson

[redacted]

Dallas North Tollway

CARRIER No. 1 Lane 039

Attendant 5295

11:23 am 08/29/01

CASH RECEIPT

Vehicle Class: 1 Fare Paid $0.75

THANK YOU

[redacted] Nelson

... for eating at McDonald's
6350 ...sboro Hwy.
[redacted] 81... 237-7245

THANK YOU

| | | |
|---|---|---|
| LAKE WORTH | TEL# | 8172:77245 |
| C3 KS#01 | S02 | Aug.30'01(Thu)15:29 |

**Order #169 EAT IN**

| | |
|---|---|
| 1 ... | 2.44 |
| 1 ... | 1.05 |
| SUB TOTAL | 3.49 |
| EAT IN TAX | 0.29 |
| | 3.78 |
| CASH TENDERED | 10.00 |
| CHANGE | 6.22 |

THANK YOU FOR
CHOOSING KFC
PIZZA HUT
817-367-0308
~~David~~ R. Manager

Nelson

Order# 0253

Order was for IN 31-Aug-01 2:38:07 PM
Register: COUNTER2
Server/Cashier: 3312/3312
Customer:

| | | |
|---|---|---|
| 1 | KFC3MX 3 PC | $ 2.81 |
| | MASH | $ .99 |
| 1 | PEP 20 | $ 1.09 |

| | |
|---|---|
| Sub Total: | 4.89 |
| Sales Tax: | 0.40 |
| Amount Due: | 5.29 |
| Amount Tendered: | 6.00 |
| **Change:** | **0.71** |

**THANK YOU VERY MUCH!**
Come Back Again Soon!

[redacted]

ORDER ... 
... TIME ...

| | |
|---|---|
| ... | ... |
| TOTAL | ... |
| CASH | 6.00 |
| CHANGE | .71 |

Open 24 Hours
Fri & Sat
DUPLICATE
Wed Aug 29 10:14 ...

5.29

Nelson

Original receipt very light print →

P35

Appellate Case: 15-3160 Page: 28 Date Filed: 02/29/2016 Entry ID: 4372480

P36-0125

# Capital Punishment Investigation & Educational Services

**3530 Forest Lane #314**
**Dallas, TX 75234**

**Phone 214-366-4830**
**Fax 214-366-4935**

October 5, 2001

Susan Hunt
Attorney at Law
819 Walnut
Kansas City, MO 64106

re: Keith Nelson

Dear Ms. Hunt:

Enclosed please our invoice re the above-mentioned case reflecting current investigative charges and expenses.

If you have any questions, do not hesitate to contact our office.

Sincerely,

Dawn D. Chandler

encl. invoice

P36-0126

DAWN
972-784-6154

Time Sheets 3:

TO: Lisa

FROM: Dawn

DATE: September 14, 2001

RE: Nelson timesheet

---

Please fill in approximate times for the following entries :

| | | Time of day |
|---|---|---|
| 08/29/01 | Travel to Ft. Worth | 12:00 - 1:15 |
| 08/29/01 | Witness interviews: | |
| | TVL → Pink | 3:15 - 4:25 |
| | Burriss | 2:20 - 2:50 |
| | Williams | 1:15 - 1:45 |
| | Cordova | 2:08 - 2:15 |
| | Locating witnesses: | |
| | TVL → J. Walker | |
| | C. Hoover | |
| 08/29/01 | Return travel from Ft. Worth | 4:30 - 6:00 |
| 08/30/01 | Travel to Ft. Worth | 11:45 - 12:45 |
| 08/30/01 | Witness interviews: | |
| | TVL → Crutsinger | |
| | WAIT → Bordon | 2:35 - 3:40 |
| | Brock | ~~3:00 - 3:15~~ |
| | Locating witnesses: | |
| | Bassett | |
| | Patterson | |
| | Brock | |
| 08/30/01 | Return travel from Ft. Worth | 5 - 6:30 |

TVL Quick Sale
M. Chandler 1:50 - 2:00

H. Dear 2:30 - 3:10

Appellate Case: 15-3160 Page: 29 Date Filed: 02/29/2016 Entry ID: 4372480

Appellate Case: 15-3160 Page: 30 Date Filed: 02/29/2016 Entry ID: 4372480

| | | |
|---|---|---|
| 08/31/01 | Travel to Ft. Worth | 12:00-4:30 |
| 08/31/01 | Witness interviews: | |
| | TVL > Dear | 2:15-2:45 |
| | Clay | 1:45-2:15 |
| | TVL > Miller | 7:00-7:15 |
| 08/31/01 | Locating witness: Brown | |
| 08/31/01 | Return travel from Ft. Worth | 5:45-7:00 |
| | TVL + Locating Attorneys | 10:30-11:30 |
| 09/04/01 | Travel to White Settlement | 12:30-1:35 |
| 09/04/01 | Meet with attorneys | 11:30-12:30 |
| 09/04/01 | Witness interviews: | |
| | TVL > Williams | 3:30-4:00 |
| | Brock | 4:45-5:15 |
| | Cordova | 9/5/01 8:20-8:50 |
| | Clay | 1:45-2:15 |
| 09/04/01 | Return travel from White Settlement | 5:15-7:15 |
| 09/05/01 | Travel to White Settlement | 7:00-8:10 |
| 09/05/01 | Witness interviews: Bassett | 8:10-8:30 |
| | Dear | 11-12:00 |
| | TVL R > Monroe | 2:00-3:15 |
| | TVL > Former neighbor | 3:45-4:00 |
| | TVL > Thompson Jr. | 4:10-4:40 |
| | Thompson Sr. | " " |
| | Attempt to int. B. Norman | 4:40-4:46 |
| | > TVL | |
| | Take pictures | 3:30-4:30 |
| | Attmpt - J. Monroe | 5:30-6:00 |
| | TVL > to hotel | |
| 09/05/01 | Return travel from White Settlement | 6:30-7:45 |

Attempt int.
Gibbs
Mishipman } 4:45-5:15

7:15-8:00 Schedule int.

Ann Aylor 2:30-3:00
TVL > Crutsinger 3:15-3:45
TVL >
TVL > Kinard
J. Monroe 5:30-6:45

9/18/01 Time Sheets 3:00-4:00

| | | |
|---|---|---|
| 09/06/01 | Travel to White Settlement | 12:45 - 1:00 |
| 09/06/01 | Meet with attorneys | 1:00 - 2:00<br>4.00 - 5:00 |
| 09/06/01 | Witness interviews: | |
| | ~~Wood~~ | |
| | Crutsinger | 3:15 - 4:00 |
| | Monroe | 5:30 - 6:45 |
| | Attempt to interview: | |
| | TVL > Burriss | 2:00 - 2:15 |
| | TVL > Shipman | 2:30 - 2:45 |
| | B. Norman | 3:00 - 3:05 |
| 09/06/01 | Return travel from White Settlement | 7 - 8:15 |

Appellate Case: 15-3160 Page: 31 Date Filed: 02/29/2016 Entry ID: 4372480

Appellate Case: 15-3160 Page: 32 Date Filed: 02/29/2016 Entry ID: 4372480

Subj: **Nelson invoice**
Date: 9/24/2001 1:48:13 PM Central Daylight Time
From: tena@cpies.org (Tena Francis)
Reply-to: tena@cpies.org (Tena Francis)
To: RDCHANDLER@aol.com

As usual, it looks great. My edits are just a few words here and there, and deleting a few things altogether:

8/29 Change "plan" to "Prioritize"

8/30, 8/31, Delete the plan investigation line altogether. Can you incorporate the hours she spent doing this into the rest of her day?

9/5, 9/5, 9/6, 9/6, 9/6: should read "Attempt to interview witness"

9/5 change to "Photograph former residence of client". No, actually, get with Lisa and ask if she actually made the photos. I think the attorney took the pictures. So, change the line to "Accompany attorney to photograph residence of client"

9/6 get rid of her attempt to make copies at Kinkos altogether

THANKS

---------------------- Headers -----------------------------
Return-Path: <tena@cpies.org>
Received: from rly-xc02.mx.aol.com (rly-xc02.mail.aol.com [172.20.105.135]) by air-xc01.mail.aol.com (v80.17) with ESMTP id MAILINXC17-0924144813; Mon, 24 Sep 2001 14:48:13 -0400
Received: from mail.san.yahoo.com (mail.san.yahoo.com [209.132.1.30]) by rly-xc02.mx.aol.com (v80.21) with ESMTP id MAILRELAYINXC26-0924144743; Mon, 24 Sep 2001 14:47:43 -0400
Received: from Boss2 (4.3.245.214) by mail.san.yahoo.com (5.5.045.1)
id 3BA9235100145B7F for RDCHANDLER@aol.com; Mon, 24 Sep 2001 07:20:17 -0700
Message-ID: <000801c14504$1b5f4a20$d6f50304@dslgtei.net>
Reply-To: "Tena Francis" <tena@cpies.org>
From: "Tena Francis" <tena@cpies.org>
To: <RDCHANDLER@aol.com>
Subject: Nelson invoice
Date: Mon, 24 Sep 2001 09:20:47 -0500
Organization: CPIES
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="----=_NextPart_000_0005_01C144DA.31D9C840"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 5.00.2919.6600
X-MimeOLE: Produced By Microsoft MimeOLE V5.00.2919.6600

Appellate Case: 15-3160 Page: 33 Date Filed: 02/29/2016 Entry ID: 4372480

**P36-0130**

# Invoice

Capital Punishment Investigation &
Educational Services
3530 Forest Lane #314
Dallas, TX 75234

| DATE | INVOICE # |
|---|---|
| 10/5/01 | 37 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| SERVICED | DESCRIPTION | QTY | RATE |
|---|---|---|---|
| 8/24/01 | Report writing: D. Brock, D. Miller | 2.93 | 30.00 |
| 8/28/01 | Look for witness list and chrono | 0.5 | 0.00 |
| 8/28/01 | Review of case materials:social history and chronology | 3.92 | 60.00 |
| 8/29/01 | Witness interviews: E. Pink, P. burriss, K. Williams, Y. Cordova; Efforts to locate witnesses via phone calls: K. Williams, P. Burriss; Efforts to locate witnesses via personal contact: J. Walker, C. Hoover | 3.2 | 60.00 |
| 8/29/01 | Plan investigation | 1.22 | 60.00 |
| 8/29/01 | Round trip travel to Ft. Worth and around area | 4.21 | 30.00 |
| 8/29/01 | Report writing: E. Pink | 1.47 | 30.00 |
| 8/30/01 | Witness interviews: E. Crutsinger, S. Bordon, D. Brock; Efforts to locate witness via phone calls: D. Miller, Efforts to locate witensses via personal contact: M. Bassett, C. Patterson, D. Brock | 3.63 | 60.00 |
| 8/30/01 | Plan investigation | 0.6 | 60.00 |
| 8/30/01 | Round trip travel to Ft. Worth and around area | 2.73 | 30.00 |
| 8/31/01 | Witness interviews: H. Dear, J. Clay, D. Miller, Efforts to locate witness via personal contact: N. Brown | 1.94 | 60.00 |
| 8/31/01 | Plan investigation | 1.27 | 60.00 |
| 8/31/01 | Round trip travel to Ft. Worth and around area | 3.26 | 30.00 |
| 8/31/01 | Report writing: H. Dear, P. Burris | 1.92 | 30.00 |
| 9/3/01 | Schedule interview for attorneys | 3.95 | 60.00 |
| 9/4/01 | Witness interviews: K. Williams, D. Brock, Cordova, Clay | 1.58 | 60.00 |
| 9/4/01 | Meeting with attorneys S. Hunt, P. Berrigan | 1.23 | 60.00 |
| 9/4/01 | Travel to White Settlement and around area | 6.34 | 30.00 |
| 9/5/01 | Witness interview: H. Dear | 0.97 | 60.00 |
| 9/5/01 | Witness interview: R. Monroe | 1.23 | 60.00 |
| 9/5/01 | Attempt to interview: J. Monroe (former neighbor) | 0.32 | 60.00 |
| 9/5/01 | Witness interviews: G. Thompson Jr, G. Thompson, Sr. | 0.53 | 60.00 |
| 9/5/01 | Attempt to interview: B. Norman | 0.38 | 60.00 |
| 9/5/01 | Take pictures of former residence | 1 | 0.00 |
| 9/5/01 | Meeting with attorneys | 0.93 | 60.00 |
| 9/5/01 | Travel to White Settlment and around area | 4.59 | 30.00 |
| 9/6/01 | Witness interview: I. Wood, Crursinger | 0.2 | 60.00 |

**Total**

Appellate Case: 15-3160 Page: 34 Date Filed: 02/29/2016 Entry ID: 4372480



Capital Punishment Investigation & Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/5/01 | 37 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| SERVICED | DESCRIPTION | QTY | RATE |
|---|---|---|---|
| 9/6/01 | Attempt to interview: Burriss, M. Shipman, B. Norman; Witness interview: J. Monroe | 3.25 | 60.00 |
| 9/6/01 | Attempt to make copies at Kinkos | 0.25 | 0.00 |
| 9/6/01 | Meeting with attorneys | 1.08 | 60.00 |
| 9/6/01 | Travel to White Settlement and around area | 3.83 | 30.00 |
| 7/18/01 | 06/01 Long distance charges | | 16.37 |
| 8/31/01 | 08/29/01 Meal | | 5.39 |
| 8/31/01 | 08/30/01 Meal | | 3.78 |
| 8/31/01 | 08/31/01 Meal | | 5.29 |
| 8/31/01 | 08/29/01 151 miles rt to Ft. Worth | | 49.08 |
| 8/31/01 | 08/30/01 155 miles rt to Ft. Worth | | 50.38 |
| 8/31/01 | 08/31/01 141 miles rt to Ft. Worth | | 45.83 |
| 8/31/01 | 08/29/01 Toll | | 0.75 |
| 9/6/01 | 09/04/01 114 miles rt to White Settlement | | 37.05 |
| 9/6/01 | 09/05/01 127 miles rt White Settlement | | 41.28 |
| 9/6/01 | 09/06/01 135 miles rt White Settlement | | 43.88 |
| | Total Reimbursable Expenses | | |
| 8/30/01 | Report writing: J. Clay, K. williams, Y. cordova interviews | 3.7 | 30.00 |
| 9/4/01 | Witness interviews: D. Brock; Attempt to interview Gibbs and M. Shipman | 0.57 | 0.00 |
| 9/4/01 | Schedule witness interviews for attorneys | 0.77 | 60.00 |
| 9/5/01 | Witness interview: Cordova | 0.22 | 60.00 |
| 9/5/01 | Witness interview: Bassett | 0.43 | 60.00 |
| 9/5/01 | Witness interview: A. Taylor | 0.57 | 60.00 |
| 9/5/01 | Witness interview: Crutsinger | 0.53 | 60.00 |

**Total** $3,385.48

(PD)

P36-0132

**CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-98)**

| | | |
|---|---|---|
| 1. CIR./DIST./DIV. CODE: MOW | 2. PERSON REPRESENTED: Keith D. Nelson | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER: 4:99-000303-01 | 5. APPEALS DKT./DEF. NUMBER / 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name): US v Keith D Nelson | 8. TYPE PERSON REPRESENTED: ☒ Adult Defendant ☐ Appellant ☐ Other: ☐ Habeas Petitioner ☐ Appellee | 9. REPRESENTATION TYPE: ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital) ☒ D2 Federal Capital Prosecution ☐ D4 Other (Specify) |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2241 (F)

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

11. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ ________ OR
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of Attorney ____________ Date ____________

☐ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME (*First Name, M.I., Last Name, including any suffix*), AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC MO 64106

Telephone Number: ____________

12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)*
Mitigation Investigation

13. TYPE OF SERVICE PROVIDER
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☒ Mitigation Specialist
23 ☐ Duplication Services *(See Instructions)*
24 ☐ Other *(Specify)*

14. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order ____________ Nunc Pro Tunc Date ____________

Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO

15. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☒ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial
e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

**CLAIM FOR SERVICES AND EXPENSES** — **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES (*Attach itemization of services with dates*) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 2810.10 | | |
| b. Travel Expenses (*lodging, parking, meals, mileage, etc.*) | 253.93 | | |
| c. Other Expenses | 32.15 | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | $ 3096.18 | | |

17. PAYEE'S NAME (*First Name, M.I., Last Name, including any suffix*), AND MAILING ADDRESS
Capital Punishment Investigation Educational Services
3530 Forest Lane [redacted] #117
Dallas TX 75234

TIN: 75-2912651
Telephone Number: 214-366-4830

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 9/14/01 TO 11/15/01

CLAIM STATUS ☒ Final Payment ☐ Interim Payment Number ________ ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (*compensation or anything of value*) from any other source for these services.

Signature of Claimant/Payee: [signature] Date: Dec 19, 01

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney ____________ Date ____________

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost (*excluding expenses*) of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (*excluding expenses*) exceeds $300.

Signature of Presiding Judicial Officer ____________ Date ____________ Judge/Mag. Judge Code ____________

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ ________
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) ____________ Date ____________ Judge Code ____________

Appellate Case: 15-3160 Page: 36 Date Filed: 02/29/2016 Entry ID: 4372480

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

**CRIMINAL DEFENSE / MITIGATION INVESTIGATION**

3530 Forest Lane #117
Dallas, Texas 75234

214-366-4830

## INVOICE

Federal Tax No. 75-2912651

DATE: December 19, 2001
CASE: Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 09/14/01 | Attempt to collect school records (M. Patterson) records clerk | 3:28 | 4:29 | 1.02 |
| 09/14/01 | Attempt to locate witness C. Welch via personal contact: visit former employer and residence | 4:36 | 5:03 | .45 |
| 09/14/01 | Witness interviews: B. Norman and P. Norman | 5:12 | 5:41 | .49 |
| 09/14/01 | Attempt to locate witness B. Contreras via personal contact: visit residence and neighbor | 5:47 | 6:18 | .52 |
| 09/17/01 | Review records: Texas Youth Commission | 9:02 | 10:14 | 1.2 |
| 09/19/01 | Review records: Texas Youth Commission | 10:36 | 11:54 | 1.3 |
| 09/19/01 | Review records: Texas Youth Commission witness list | 11:55 | 12:13 | .3 |
| 09/19/01 | Attempt to locate witnesses via phone calls: G. Welch, C. Massey, R. Lambert | 1:09 | 1:26 | .29 |

Appellate Case: 15-3160 Page: 37 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 09/20/01 | Witness interview: G. Welch | 7:02 | 7:22 | .33 |
| 09/21/01 | Attempt to locate Texas Youth Commission employees via phone calls: F. Castillo, E. McKinney, J. Phillips, R. Lewis, P. Bartush, E. Martinez, B. Canary | 11:56 | 2:53 | 2.95 |
| 09/21/01 | Schedule witness interviews: L. Griffith, M. Griffith, G. Hawk, C. Massey | 3:14 | 3:57 | .72 |
| 09/21/01 | Attempt to locate witnesses via phone calls: Lambert, G. Welch, E. Castillo | 4:02 | 4:22 | .34 |
| 09/25/01 | Witness interview: C. Massey | 1:20 | 1:32 | .2 |
| 09/25/01 | Plan investigation strategy | 1:38 | 2:02 | .33 |
| 09/25/01 | Schedule witness interviews: M. Griffith, L. Griffith | 2:03 | 2:13 | .17 |
| 09/25/01 | Attempt to locate witnesses via phone calls: T. Castillo, E. McKinney, M. Pearson, Ft. Worth Juvenile Probation | 2:17 | 3:23 | 1.1 |
| 09/26/01 | Meeting with Tena and attorney | 9:58 | 11:43 | 1.75 |
| 09/26/01 | Witness interviews: L. Griffith, M. Griffith | 11:54 | 1:59 | 2.09 |
| 09/26/01 | Witness interview: J. Walker | 2:05 | 2:30 | .41 |
| 09/26/01 | Witness interview: Spears | 2:35 | 3:18 | .75 |
| 09/26/01 | Witness interview: R. Vines | 4:00 | 4:20 | .33 |
| 09/26/01 | Witness interview: E. Contreras | 4:35 | 4:50 | .25 |
| 09/26/01 | Witness interview: G. Hawk | 5:02 | 5:57 | .92 |
| 09/26/01 | Attempt to interview witness: G. Welch | 6:14 | 6:23 | .15 |
| 09/28/01 | Witness interview: Vines | 3:14 | 3:33 | .31 |
| 10/01/01 | Witness interview: F. Castillo | 3:49 | 4:12 | .38 |

Appellate Case: 15-3160 Page: 38 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 10/09/01 | Compile notebook | 1:16 | 1:47 | .52 |
| 10/10/01 | Authorization to enter facility | 1:42 | 2:16 | .57 |
| 10/10/01 | Witness interview: R. Lewis | 2:19 | 2:40 | .35 |
| 10/10/01 | Locating O. Phillips | 2:44 | 2:55 | .19 |
| 10/10/01 | Witness interviews: C. Loer, R. Lewis, M. Thomas, R. Summers, M. Studamire | 3:37 | 5:14 | 1.74 |
| 10/10/01 | Locating E. McKinney | 5:16 | 5:32 | .27 |
| 10/15/01 | Plan investigation strategy | 3:27 | 4:04 | .62 |
| 10/15/01 | T/C witness R. Canary | 5:09 | 5:14 | .11 |
| 10/15/01 | T/C witnesses O. Phillips, F. McKinney | 5:17 | 5:23 | .10 |
| 10/17/01 | Schedule appointment with witness: O. Phillips | 9:07 | 9:12 | .09 |
| 10/17/01 | Attempt to locate E. McKinney (left message) | 9:13 | 9:15 | .04 |
| 10/22/01 | Phone interview/set meeting: O. Phillips | 10:49 | 10:54 | .09 |
| 10/22/01 | Phone interview/set meeting: J. Monroe (left message) | 10:56 | 10:57 | .02 |
| 10/23/01 | Witness interview: O. Phillips | 11:55 | 12:22 | .45 |
| 10/23/01 | Witness interview: E. McKinney | 12:35 | 12:52 | .37 |
| 10/23/01 | Attempt to locate witness: R. Mills | 2:23 | 2:27 | .07 |
| 10/23/01 | Review case materials | 9:11 | 9:46 | .59 |
| 10/23/01 | Telephone interview of witness: J. Benson (Monroe) | 6:42 | 6:53 | .19 |
| 10/24/01 | Email attempt to locate witness R. Lambert | 10:12 | 10:33 | .35 |
| 11/12/01 | Schedule witness interviews | 4:50 | 5:12 | .37 |

Appellate Case: 15-3160 Page: 39 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 11/14/01 | Meeting with investigator, prepare for video-taping statements | 9:18 | 10:23 | 1.09 |
| 11/14/01 | Witness interview: G. Hawk; video tape statement of witness | 12:34 | 2:13 | 1.65 |
| 11/14/01 | Witness interview: A. Taylor; video tape statement of witness | 2:14 | 3:36 | 1.37 |
| 11/14/01 | Transfer statements from 8mm tape to VHS tape, as per attorney Berrigan's request | 7:15 | 9:28 | 2.22 |
| 11/15/01 | Prepare and Federal Express tapes to attorney Berrigan | 10:18 | 11:02 | .67 |
| | **TOTAL INVESTIGATION:** | | | **33.15** |
| | | | | |
| | **REPORT WRITING:** | | | |
| 09/20/01 | Report writing: G. Welch interview | 7:26 | 8:02 | .6 |
| 09/21/01 | Report writing: Brock, Cordova, R. Monroe, Parnell, Norman, J. Monroe, G. Thompson, A. Taylor, Clay, H. Dear, Bordon, Crutsinger, year book list | 4:26 | 7:31 | 3.09 |
| 09/21/01 | Report writing: update | 8:46 | 9:29 | .7 |
| 09/25/01 | Report writing: C. Massey and G. Welch | 3:43 | 4:16 | .8 |
| 09/27/01 | Report writing: Griffith, Walker, Spears, Vines, Contreras, Hawk interviews | 10:27 | 1:06 | 2.65 |
| 10/09/01 | Report writing: F. Castillo | 2:33 | 3:07 | .57 |
| 10/25/01 | Report writing: Gainesville State School: E. McKinney, O. Phillips, R. Lewis, M. Studamire | 1:14 | 3:09 | 1.92 |
| | **TOTAL REPORT WRITING:** | | | **10.33** |
| | | | | |

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| | **TRAVEL:** | | | |
| 09/14/01 | Travel Sachse, TX to White Settlement, TX | 2:05 | 3:26 | 1.35 |
| 09/14/01 | Travel to locate witness C. Welch | 4:30 | 4:35 | .09 |
| 09/14/01 | Travel to Norman interviews | 5:04 | 5:11 | .12 |
| 09/14/01 | Travel to locate witness B. Contreras | 5:42 | 5:46 | .07 |
| 09/14/01 | Travel White Settlement, TX to Sachse, TX | 6:19 | 7:26 | 1.11 |
| 09/26/01 | Travel Sachse, TX to White Settlement, TX | 8:03 | 9:58 | 1.91 |
| 09/26/01 | Travel to Griffith interview | 11:46 | 11:54 | .14 |
| 09/26/01 | Travel to Walker interview | 2:01 | 2:04 | .05 |
| 09/26/01 | Travel to Spears interview | 2:32 | 2:34 | .04 |
| 09/26/01 | Travel to locate witness P. Burris | 3:20 | 3:50 | .5 |
| 09/26/01 | Travel to Vines interview | 3:51 | 3:59 | .14 |
| 09/26/01 | Travel to Contreras interview | 4:21 | 4:33 | .2 |
| 09/26/01 | Travel to Hawk interview | 4:52 | 4:58 | .10 |
| 09/26/01 | Travel to Welch interview | 6:02 | 6:13 | .19 |
| 09/26/01 | Travel to hotel | 6:26 | 6:36 | .17 |
| 09/26/01 | Travel White Settlement, TX to Sachse, TX | 6:48 | 8:04 | 1.3 |
| 10/10/01 | Travel Sachse, TX to Gainesville, TX | 11:48 | 1:39 | 1.25 |
| 10/10/01 | Return travel from Gainesville, TX | 5:33 | 7:11 | 1.64 |
| 10/23/01 | Travel Sachse, TX to Gainesville, TX | 10:26 | 11:53 | 1.45 |
| 10/23/01 | Travel to E. McKinney interview | 12:26 | 12:34 | .13 |



Appellate Case: 15-3160 Page: 40 Date Filed: 02/29/2016 Entry ID: 4372480

Appellate Case: 15-3160 Page: 41 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 10/23/01 | Travel to North Lake Town Hall and police department | 12:57 | 2:20 | ✓ 1.41 |
| 10/23/01 | Return travel to Sachse, TX | 2:34 | 4:17 | ✓ 1.72 |
| 11/14/01 | Travel Dallas, TX to White Settlement, TX | 11:37 | 12:32 | ✓ .92 |
| 11/14/01 | Return travel White Settlement, TX to Dallas, TX | 3:37 | 4:39 | ✓ 1.04 |
| | TOTAL TRAVEL: | | | 17.04 |
| | | | | |

| ITEMIZED EXPENSES: Expense | | | Cost |
|---|---|---|---|
| **Meals** | | | |
| 09/04/01 | Meal | 3.95 | |
| 09/14/01 | Meal | 4.09 | |
| 10/01/01 | Meal | 5.72 | |
| 10/01/01 | Meal | 1.40 | |
| 10/23/01 | Meal | .86 | $ 16.02 |
| **Mileage (@ .325/mile)** | | | |
| 09/14/01 | 116 miles round trip to White Settlement | 37.70 | |
| 09/26/01 | 124 miles round trip to White Settlement | 40.30 | |
| 10/10/01 | 185 miles round trip to Gainesville | 60.13 | |
| 10/23/01 | 186 miles round trip to Gainesville | 60.45 | |
| 11/14/01 | 121 miles round trip to White Settlement | 39.33 | $ 237.91 |
| **Postage & Delivery** | | | |
| 11/15/01 | Federal Express | 32.15 | $ 32.15 |

Appellate Case: 15-3160 Page: 42 Date Filed: 02/29/2016 Entry ID: 4372480



| ITEMIZED EXPENSES:<br>Expense | Cost |
|---|---|
| TOTAL EXPENSES: | $ 286.08 |

| TOTALS | |
|---|---|
| INVESTIGATION FEES (33.15 hrs @ $60/hr) | $ 1,989.00 |
| REPORT WRITING (10.33 hrs @ $30/hr) | $ 309.90 |
| TRAVEL (17.04 hrs @ $30/hr) | $ 511.20 |
| EXPENSES | $ 286.08 |
| TOTAL AMOUNT DUE: | $ 3,096.18 |

ellate Case: 15-3160 Page: 43 Date Filed: 02/29/2016 Entry ID: 4372

FedEx Express **USA Airbill** $32.15

FedEx Tracking Number 832664387016

Form I.D. No. 0200

P36-0140

**Sender's Copy**

**1 From** *Please print and press hard.*

Date 11-15-01 Sender's FedEx Account Number 2317721789

Sender's Name Tena Francis Phone (214)3664830

Company CPIES

Address 3530 Forest Lane, 117 Dept./Floor/Suite/Room

City Dallas State TX ZIP 75234

**2 Your Internal Billing Reference** First 24 characters will appear on invoice. NELSON

**3 To**

Recipient's Name Patrick Berrigan Phone 816-474-3350

Company Attorney at Law

Address 2500 Holmes Street

To "HOLD" at FedEx location, print FedEx address. We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

City Kansas City State MO ZIP 64108

**Try online shipping at fedex.com**

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

**Questions? Visit our Web site at fedex.com**

or call 1.800.Go.FedEx® 800.463.3339

**4a Express Package Service** *Packages up to 150 lbs.* Delivery commitment may be later in some areas.

- [X] FedEx Priority Overnight — Next business morning
- [ ] FedEx Standard Overnight — Next business afternoon
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations
- [ ] FedEx 2Day — Second business day
- [ ] FedEx Express Saver — Third business day
- [ ] NEW FedEx Extra Hours — Later drop-off with next business afternoon delivery for select locations

FedEx Envelope rate not available. Minimum charge: One-pound rate

**4b Express Freight Service** *Packages over 150 lbs.* Delivery commitment may be later in some areas.

- [ ] FedEx 1Day Freight* — Next business day
- [ ] FedEx 2Day Freight — Second business day
- [ ] FedEx 3Day Freight — Third business day

* Call for Confirmation:

**5 Packaging** * Declared value limit $500

- [ ] FedEx Envelope*
- [X] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak
- [ ] Other Pkg. — Includes FedEx Box, FedEx Tube, and customer pkg.

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select ZIP codes
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes — As per attached Shipper's Declaration
- [ ] Yes — Shipper's Declaration not required
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg

Dangerous Goods (incl. Dry Ice) cannot be shipped in FedEx packaging or with FedEx Extra Hours service.

- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [X] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| | | $ .00 |

†Our liability is limited to $100 unless you declare a higher value. See back for details.

FedEx Use Only

**8 Release Signature** *Sign to authorize delivery without obtaining signature.*

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

446

RETAIN THIS COPY FOR YOUR RECORDS.

Appellate Case: 15-3160 Page: 44 Date Filed: 02/29/2016 Entry ID: 4372480

Nelson

LISA

Nelson

SPLIT SECOND TEXACO
8121 GASOLINE ALLEY
NORTHLAKE TX 76262
817 837 8700

SODA 1 .79

SUBTOTAL .79
TAX .07
TOTAL .86

10/23/01

GRANDY'S #2335 GAINESVILLE

5 SALES 110185

| | | | |
|---|---|---|---|
| 1 | GIBLET DINNER | $ | 4.19 |
| | SM ~~GREEN~~ BN Fries | | |
| | SM OKRA | | |
| 1 | GIZZARDS | $ | 0.00 |
| 1 | SM.DR PEP | $ | 1.09 |

1 DRIVE THRU

| | | |
|---|---|---|
| SUBTOTAL | $ | 5.28 |
| TAX | $ | 0.44 |
| TOTAL | $ | 5.72 |

ORDER #85

Nelson

THANK YOU FOR YOUR BUSINESS
DAIRY QUEEN
8905 CLIFFORD ST
817-246-0652
CASH MAC

REG 3 ORDER 339 STORE

9/14/01 2:10PM

| | | |
|---|---|---|
| 1 | HNGERBST W/FRIES | 1.99 |
| | ADD + CHEESE | .40 |
| | CUT - MUST | .00 |
| | CUT - ONIONS | .00 |
| 1 | LG DP | 1.39 |

| | |
|---|---|
| SUBTOTAL | 3.78 |
| TAX | .31 |
| DRIVE-THRU TOTAL | 4.09 |

Nelson

EGGRELL EXPRESS

9/04/01

KPC 3.65

CASH $3.65

Nelson

**YOUR RECEIPT**

**THANK YOU**

19.03.01

1 1.29 TI
1 Q
0.11 TX
1.40 TL
2.00 AT CA
0.60 CG
05:11*
1 Q 1325

Appellate Case: 15-3160 Page: 45 Date Filed: 02/29/2016 Entry ID: 4372480



Capital Punishment Investigation & Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/19/01 | 41 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| SERVICED | DESCRIPTION | QTY | RATE |
|---|---|---|---|
| 9/14/01 | Travel to White Settlement (1:30-3:00) | √ 1.35 | 30.00 |
| 9/14/01 | Attempt to collect school records (M. Patterson - records clerk) (3:30-4:30) | √ 1.02 | 60.00 |
| 9/14/01 | Attempt to locate witness C. Welch via personal contact: visit former employer and residence (4:30-5:00) | √ 0.45 | 60.00 |
| 9/14/01 | Witness interviews: B. Norman and P. Norman (5:00-5:30) | √ 0.49 | 60.00 |
| 9/14/01 | Attempt to locate witness B. Contreras via personal contact: visit residence and neighbor (5:30-6:00) | √ 0.52 | 60.00 |
| 9/14/01 | Return travel from White Settlement (6:00-7:15) | √ 1.39 | 30.00 |
| 9/17/01 | Review records: TYC | √ 1.2 | 60.00 |
| 9/19/01 | Review records: TYC | √ 1.3 | 60.00 |
| 9/19/01 | Review records: Witness list from TYC records | √ 0.3 | 60.00 |
| 9/19/01 | Attempt to locate witnesses via phone calls: G. Welch, C. Massey, R. Lambert | √ 0.29 | 60.00 |
| 9/20/01 | Witness interview: G. Welch (7:00-7:20) | √ 0.33 | 60.00 |
| 9/20/01 | Report writing: G. Welch interview | √ 0.6 | 30.00 |
| 9/21/01 | Attempt to locate Texas Youth Commission employees via phone calls: F. Castillo, E. McKinney, J. Phillips, R. Lewis, P. Bartush, E. Martinez, B. Canary (1:00-3:15) | √ 2.95 | 60.00 |
| 9/21/01 | Schedules witness interviews: L. Griffith, M. Griffith, G. Hawk, C. Massey (3:15-4:00) | √ 0.72 | 60.00 |
| 9/21/01 | Attempt to locate witnesses via phone calls: Lambert, G. Welch, E. Castillo (4:00-4:20) | √ 0.34 | 60.00 |
| 9/21/01 | Report writing: Brock, Cordova, R. Monroe, Parnell, Norman, J. Monroe, G. Thompson, A. Taylor, Clay, H. Dear, Bordon, Crutsinger, year book list (4:25-7:30) | √ 3.09 | 30.00 |
| 9/21/01 | Tena report (12:30-1:00) | √ 0.7 | 30.00 |
| 9/25/01 | Witness interview: C. Massey (1:20-1:32) | √ 0.2 | 60.00 |
| 9/25/01 | Conference with Tena (1:40-2:00) | √ 0.33 | 60.00 |
| 9/25/01 | Schedule witness interviews: M. Griffith, L. Griffith (2:00-2:10) | √ 0.17 | 60.00 |
| 9/25/01 | Attempt to locate witnesses via phone calls: T. Castillo, E. McKinney, M. Pearson, Ft. Worth Juvenile Probation (2:20-3:20) | √ 1.1 | 60.00 |
| 9/25/01 | Report writing: C. Massey and G. Welch (3:20-4:20) | √ 0.8 | 30.00 |

**Total**



Capital Punishment Investigation &
3530 Forest Lane #314
Invoice

P36-0143

| | |
|---|---|
| 12/19/01 | 41 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| SERVICED | DESCRIPTION | QTY | RATE |
|---|---|---|---|
| 9/26/01 | Travel to White Settlement (8:00-9:55) | 1.91 | 30.00 |
| 9/26/01 | Meeting with Tena and attorney (10:00-11:45) | 1.75 | 60.00 |
| 9/26/01 | Travel to Griffith interview | 0.14 | 30.00 |
| 9/26/01 | Witness interviews: L. Griffith, M. Griffith (11:55-2:00) | 2.09 | 60.00 |
| 9/26/01 | Travel to Walker interview | 0.05 | 30.00 |
| 9/26/01 | Witness interview: J. Walker (2:05-2:30) | 0.41 | 60.00 |
| 9/26/01 | Travel to Spears interview | 0.04 | 30.00 |
| 9/26/01 | Witness interview: Spears (2:25-2:55) | 0.75 | 60.00 |
| 9/26/01 | Travel to locate wintess P. Burris (3:20-3:50) | 0.5 | 30.00 |
| 9/26/01 | Travel to Vines interview | 0.14 | 30.00 |
| 9/26/01 | Witness interview: R. Vines (4:00-4:20) | 0.33 | 60.00 |
| 9/26/01 | Travel to Contreas interview | 0.2 | 30.00 |
| 9/26/01 | Witness interview: E. Contreas (4:35-4:50) | 0.25 | 60.00 |
| 9/26/01 | Travel to Hawk interview | 0.1 | 30.00 |
| 9/26/01 | Witness interview: G. Hawk (5:00-6:00) | 0.92 | 60.00 |
| 9/26/01 | Travel to Welch | 0.19 | 30.00 |
| 9/26/01 | Attempt to interview witness: G. Welch (6:15-6:25) | 0.15 | 60.00 |
| 9/26/01 | Travel to hotel (6:35-6:45) | 0.17 | 30.00 |
| 9/26/01 | Return travel (6:45-8:15) | 1.3 | 30.00 |
| 9/27/01 | Report writing: Griffith, Walker, Spears, Vines, Contreas, Hawk (10:30-1:00) | 2.65 | 30.00 |
| 9/28/01 | Witness interview: Vines (3:14-3:33) | 0.31 | 60.00 |
| 10/1/01 | Witness interview: F. Castillo (3:49-4:12) | 0.38 | 60.00 |
| 10/9/01 | Report writing: F. Castillo (12:30-1:10) | 0.57 | 30.00 |
| 10/9/01 | Compile notebook (1:15-1:45) | 0.52 | 60.00 |
| 10/10/01 | Travel to Gainesville | 1.25 | 30.00 |
| 10/10/01 | Authorization to enter facility (1:45-2:15) | 0.57 | 60.00 |
| 10/10/01 | Witness interview: R. Lewis (2:15-2:35) | 0.35 | 60.00 |
| 10/10/01 | Locating O. Phillips (2:35-2:45) | 0.19 | 60.00 |
| 10/10/01 | Witness interviews: C. Loer, R. Lewis, M. Thomas, R. Summers, M. Studamire (3:45-5:15) | 1.74 | 60.00 |
| 10/10/01 | Locating E. McKinney (5:15-5:30) | 0.27 | 60.00 |
| 10/10/01 | Return travel from Gainesville | 1.64 | 30.00 |

**Total**



Appellate Case: 15-3160 Page: 46 Date Filed: 02/29/2016 Entry ID: 4372480

Appellate Case: 15-3160 Page: 47 Date Filed: 02/29/2016 Entry ID: 4372480

Capital Punishment Investigation &
Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/19/01 | 41 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| SERVICED | DESCRIPTION | QTY | RATE |
|---|---|---|---|
| 10/15/01 | Phone call to B. Canary/conference with Tena (3:30-4:00) | 0 | 60.00 |
| 10/15/01 | Phone call from R. Canary (5:09-5:14) | 0.11 | 60.00 |
| 10/15/01 | Phone calls to O. Phillips, F. McKinney (5:15-5:20) | 0.1 | 60.00 |
| 10/17/01 | Schedule appointment with witness: O. Phillips (5 minutes) | 0.09 | 60.00 |
| 10/18/01 | Attempt to locate E. McKinney (left message) (2 minutes) | 0.04 | 60.00 |
| 10/22/01 | Phone interview/set meeting: O. Phillips 10:50-10:55 | 0.09 | 60.00 |
| 10/22/01 | Phone interview/set meeting: J. Monroe (left message) 10:56 (1 min.) | 0.02 | 60.00 |
| 10/23/01 | Travel to Gainesville (10:20-11:40) | 1.45 | 30.00 |
| 10/23/01 | Witness interview: O. Phillips (11:55-12:25) | 0.45 | 60.00 |
| 10/23/01 | Travel to E. McKinney (12:26-12:34) | 0.13 | 30.00 |
| 10/23/01 | Witness interview: E. McKinney (12:35-12:55) | 0.37 | 60.00 |
| 10/23/01 | Travel to North Lake town hall and police department (12:55-2:20) | 1.41 | 30.00 |
| 10/23/01 | Attempt to locate witness: R. Mills (2:20-2:30) | 0.07 | 60.00 |
| 10/23/01 | Return travel (2:30-4:30) | 1.72 | 30.00 |
| 10/23/01 | Review case materials | 0.59 | 50.00 |
| 10/23/01 | Telephone interview of witness: J. Benson (Monroe) (6:40-6:50) | 0.19 | 60.00 |
| 10/24/01 | Email attempt to locate R. Lambert | 0.35 | 60.00 |
| 10/25/01 | Report writing: Gainesville State School: E. McKinney, O. Phillips, R. Lewis, M. Studamire | 1.92 | 30.00 |
| 11/12/01 | Meeting with attorney P. Berigan (do not bill to client - with Tena) | 0.25 | 0.00 |
| 11/12/01 | Set up interviews with witnesses: G. Hawk, A. Taylor (do not bill to client - with Tena) | 0.25 | 0.00 |
| 11/12/01 | Schedule witness interviews (4:50-5:12) | 0.37 | 60.00 |
| 11/14/01 | Witness interviews: G. Hawk, A. Taylor (do not bill to client - with Tena) | 2 | 0.00 |
| 11/14/01 | Round trip to White Settlement (do not bill to client - with Tena) | 3 | 0.00 |
| 11/14/01 | Meeting with investigator, prepare for video-taping statements | 1.09 | 60.00 |
| 11/14/01 | Travel to White Settlement | 0.92 | 30.00 |
| 11/14/01 | Witness interview: G. Hawk, videotape statement of witness | 1.65 | 60.00 |
| 11/14/01 | Witness interview: A. Taylor, videotape statement of witness | 1.37 | 60.00 |
| 11/14/01 | Return travel from White Settlement | 1.04 | 30.00 |

**Total**

Capital Punishment Investigation &
Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/19/01 | 41 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| SERVICED | DESCRIPTION | QTY | RATE |
|---|---|---|---|
| 11/14/01 | Transfer statements from 8mm tape to vhs tape, as per attorney Berrigan's request | 2.22 | 60.00 |
| 11/15/01 | Prepare and federal express tapes to attorney Berrigan | 0.67 | 60.00 |
| 9/6/01 | 09/04/01 Meal | | 3.95 |
| 10/31/01 | 09/14/01 Meal | | 4.09 |
| 10/31/01 | 10/01/01 Meal | | 5.72 |
| 10/31/01 | 10/01/01 Meal | | 1.40 |
| 10/31/01 | 10/23/01 Meal | | 0.86 |
| 10/31/01 | 09/14/01 116 miles rt to White Settlement | | 37.70 |
| 10/31/01 | 09/26/01 124 miles rt to White Settlement | | 40.30 |
| 10/31/01 | 10/10/01 185 miles rt to Gainesville | | 60.13 |
| 10/31/01 | 10/23/01 186 miles rt to Gainesville | | 60.45 |
| 11/14/01 | 11/14/01 121 miles rt to White Settlement | | 39.33 |
| 11/15/01 | 11/15/01 Priority Overnight | | 32.15 |
| | Total Reimbursable Expenses | | |

**Total** $3,053.08



Appellate Case: 15-3160 Page: 48 Date Filed: 02/29/2016 Entry ID: 4372480

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CHARLES E. WHITTAKER COURTHOUSE
OFFICE OF THE CLERK

PATRICIA L. BRUNE
CLERK OF COURT

REPLY TO:
( ) ROOM 1510 U.S. COURTHOUSE KANSAS CITY, MO. 64106
( ) ROOM 2710 U.S. COURTHOUSE KANSAS CITY, MO. 64106
( ) ROOM 310 U.S. COURTHOUSE JEFFERSON CITY, MO. 65101
( ) ROOM 1400 U.S. COURTHOUSE SPRINGFIELD, MO. 65806

March 19, 2001

Tena Francis
C.P.I. E. S.
3530 Forest Lane #314
Dallas, TX 75234

Re: Voucher for Investigative Work in U. s. V. Nelson, 99-303-01-CR-W-2

Dear Ms. Francis:

I am returning your voucher for additional information in an effort to save time by not waiting for your return call first. I spoke with Susan Hunt about some of the things and she asked me to ask you to call her when I heard from you so if I have not received a call from you by the time you receive this, please call her. I am also enclosing a new for so that you can use it for future claims.

First, our maximum rate for investigators in a death penalty case is $45.00 per hour. Unfortunately, since this is Susan's first death penalty case she was not aware of this. I believe the rate will net you about the same amount since you can bill $45.00 per hour for all your time. It is not possible for me to pay two different rates in our system. I have also observed that you have most of your time in even hours. Work does not usually happen that way. You should bill in tenths of hours . This will enable you to "fine tune" your time to within six minutes of actual time rather than rounding off. You may bill us for expenses such as travel time, meals, lodging, etc. When you travel you should indicate the time of departure and arrival for air travel and hours and number of miles for car travel. Remember to always indicate where you traveled from as well as where to, for instance the travel for 2/15 and 2/16 both indicate the same place but the mileage is a difference of 50 miles. If you will separate the travel from interviews, that will also help and list the number of miles with the entry for the day rather than at the end of the claim. All travel expense such as lodging and food claimed for reimbursement require receipts (in the case of food, restaurant checks not credit card receipts).

If you have any questions, please do not hesitate to call me at 816-512-5066.

Yours very truly,

Ann Busterud

Ann Busterud
CJA Administrator

encl.

P.S. No need to do this all over just make notes on corrections

*will have to go to 8th Circuit abt a month or 5 weeks for travel time starts + finish

CJA 31 (3/94)

# DEATH P[ENALTY] PROCEEDINGS: *EX PARTE* RE[Q]UEST FOR AUTHORIZATI[ON] AND VOUCHER FOR EXPERT AND [OT]HER SERVICES

P36-0147
D12125

1. JURISDICTION: [X] DISTRICT COURT 2 / [ ] COURT OF APPEALS 3
2a. DISTRICT COURT DOCKET NO.: 99-00303-01-CR-W-2
2b. COURT OF APPEALS DOCKET NO.:
3. FOR (DISTRICT/CIRCUIT): West Dst MO
4. LOC. CODE:
5. CASE CODE:
6. CHARGE/OFFENSE (U.S. or other code citation): Capital murder 18 USC 2241
7. IN THE CASE OF: USA vs. Keith Nelson
8. PERSON REPRESENTED (FULL NAME): Keith Dwayne Nelson
9. PERSON REPRESENTED (STATUS): 1 [X] DEFENDANT 2 [ ] HABEAS PETITIONER 3 [ ] APPELLANT 4 [ ] APPELLEE 5 [ ] OTHER
10. PROCEEDINGS FOR WHICH SERVICES ARE REQUESTED (DESCRIBE BRIEFLY): Capital trial
11. TYPE OF SERVICES REQUESTED: 1 [X] INVESTIGATOR 2 [ ] INTERPRETER 3 [ ] PSYCHOLOGIST 4 [ ] PSYCHIATRIST 5 [ ] POLYGRAPH 6 [ ] DOCUMENTS 7 [ ] FINGERPRINT 8 [ ] ACCOUNTANT 9 [ ] CALR 10 [ ] CHEMIST 11 [ ] BALLISTICS 12 [ ] OTHER
12. SERVICES TO BE PROVIDED BY (Name, organization, address, area code, telephone no.): Tena Francis, C.P.I.E.S., 3530 Forest LN #314, Dallas, TX 75234, 214-366-4830

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES. Use additional sheets if necessary. (If requesting psychiatrist or psychologist see instructions for Item 13.) If similar services have been sought on behalf of the person represented in any prior proceeding, attach a description of those services, including amounts expended.

Mitigation/social history investigation, including records collection, research, witness interviews, and consultation

14. ATTORNEY'S STATEMENT
As the attorney for the person who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request
[ ] Authorization to obtain the service or
[ ] Approval of services already obtained to be paid for by the United States from the Defender Services appropriation.
(Note: Prior authorization should be obtained for services in excess of $300).

► [signature] ► 3-14-01
SIGNATURE OF ATTORNEY / DATE
TELEPHONE NO. 816-221-4588
1 [ ] FPD 2 [X] PANEL ATTORNEY 3 [ ] RETAINED ATTY. 4 [ ] PRO-SE

15. ESTIMATED COMPENSATION (Describe basis, i.e., hourly or daily rate or fixed rate fee)
$60/hr investigation, travel
$30/hr report writing, records collection
$

16. COURT ORDER
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 14 is hereby granted.

► ►
SIGNATURE OF PRESIDING JUDICIAL OFFICER / DATE

## CLAIM FOR SERVICE

17. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 18 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a **separate** voucher for **each** stage of the proceeding.

| CAPITAL PROSECUTION | HABEAS CORPUS | OTHER PROCEEDINGS |
|---|---|---|
| a [X] Pre-Trial; b [ ] Trial; c [ ] Sentencing; d [ ] Other Post Trial; e [ ] Appeal; f [ ] Petition for Supreme Court Writ of Certiorari | g [ ] Habeas Petition; h [ ] Evidentiary Hearing; i [ ] Dispositive Motions; j [ ] Appeal; k [ ] Petition for Supreme Court Writ of Certiorari | l [ ] Stay of Execution; m [ ] Appeal of Denial of Stay; n [ ] Petition for Writ of Certiorari to Supreme Court Regarding Denial of Stay; o [ ] Other (Please attach description of Proceeding) |

18. ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED (Include dates and duration of services and basis of compensation claimed. Attach receipts for expenses incurred. Use additional sheets if necessary.)

See attached Statement

A. TOTAL COMPENSATION $ 5,985.00
B. TOTAL EXPENSES $ 94.25
C. TOTAL AMOUNT CLAIMED $ 6,079.25

19. CLAIMANT'S CERTIFICATION FOR PERIOD 11-30-00 TO 2-14-01
F [ ] FINAL PAYMENT I [X] INTERIM PAYMENT NO. 1
S [ ] SUPPLEMENTAL PAYMENT
I hereby certify that the above claim is correct and that I have NOT claimed or received payment from any other source for the services rendered and claimed on this voucher.

► Tena B Francis ►
SIGNATURE OF CLAIMANT / DATE

20. CERTIFICATION OF ATTORNEY
I hereby certify that these services werre rendered.

► [signature] ► 3-14-01
ATTORNEY'S SIGNATURE / DATE

## APPROVED FOR PAYMENT

21(a). Either the cost of these does not exceed $300, or prior authorization was obtained.

► ► ►
SIGNATURE OF PRESIDING JUDICIAL OFFICER / DATE / JUDGE CODE

21(b). Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost exceeds $300.

► ► ►
SIGNATURE OF PRESIDING JUDICIAL OFFICER / DATE / JUDGE CODE

21(c). Services procured in accordance with Federal public defender general budget authority.

► ►
SIGNATURE OF FEDERAL PUBLIC DEFENDER / DATE

22. AMOUNT APPROVED/CERT.
A. COMPENSATION $
B. EXPENSES $
C. TOTAL AMOUNT APPROVED/ CERTIFIED $

23. NAME OF PAYEE: C.P.I.E.S.
24. PAYEE'S ADDRESS (Include city, state & zip code): 3530 Forest LN #314, Dallas, TX 7
25. PAYEE'S SOC. SEC. NO. OR EMPLOYER ID NO.: 75-2912651
26. ATTORNEY'S NAME AND ADDRESS (Include city, state, & zip code): Susan Hunt, 819 Walnut, Kansas

Appellate Case: 15-3160 Page: 50 Date Filed: 02/29/2016 Entry ID: 4372480

*Cap al Punishment Investig ion*
*& Educational Services*
*3530 Forest Lane #314*
*Dallas TX 75234*

Federal ID# 75-2912651

March 6, 2001

Invoice submitted to:

Susan Hunt

Attorney at Law
819 Walnut
Kansas City MO 64106

In Reference To:Keith Nelson
Invoice #10005

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/30/00 | Report writing: social history narrative and life history chronology | 8.00<br>30.00/hr | 240.00 |
| 12/1/00 | Report writing: research and write life history chronology | 3.00<br>30.00/hr | 90.00 |
| 1/26/01 | Review case materials | 3.00<br>60.00/hr | 180.00 |
| | Report writing: social history narrative and life history chronology | 2.00<br>30.00/hr | 60.00 |
| 1/31/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/1/01 | Report writing: social history narrative and life history chronology | 6.00<br>30.00/hr | 180.00 |

Appellate Case: 15-3160 Page: 51 Date Filed: 02/29/2016 Entry ID: 4372480

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/1/01 | Telephone conference with attorney and witness N. Nelson | 0.50<br>60.00/hr | 30.00 |
| | Report writing | 0.50<br>30.00/hr | 15.00 |
| 2/5/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/6/01 | Report writing: social history narrative and life history chronology | 3.00<br>30.00/hr | 90.00 |
| 2/7/01 | Report writing: social history narrative and life history chronology | 4.00<br>30.00/hr | 120.00 |
| 2/12/01 | Review case materials: life history records and FBI reports | 2.00<br>60.00/hr | 120.00 |
| 2/14/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/15/01 | Round trip travel Dallas to White Settlement, TX | 2.00<br>30.00/hr | 60.00 |
| | Witness interviews: M. Griffin, R. Reese; | 5.00<br>60.00/hr | 300.00 |
| | Schedule witness interviews | | |
| 2/16/01 | Round trip travel to Fort Worth and White Settlement | 5.00<br>30.00/hr | 150.00 |
| | Witness interviews: L. Griffin, M. Griffin, R. Monroe, J. Walker | 5.50<br>60.00/hr | 330.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/16/01 | T/C attorney S. Hunt;<br><br>Review case materials | 2.50<br>60.00/hr | 150.00 |
| 2/19/01 | Report writing: witness interviews | 4.00<br>30.00/hr | 120.00 |
| | T/C attorney S. Hunt;<br><br>Schedule travel and witness interviews | ~~0.75~~ 0.70<br>60.00/hr | ~~45.00~~<br>42.00 |
| 2/21/01 | Travel: Dallas to Kansas City (flight delayed) | 4.50<br>30.00/hr | 135.00 |
| | Review case materials: life history records;<br><br>Meeting with attorney S. Hunt;<br><br>Meeting with client at CCA prison;<br><br>Meeting with warden and officials at CCA;<br><br>Meeting with attorneys S. Hunt and P. Berrigan | ~~6.25~~ 6.20<br>60.00/hr | ~~375.00~~<br>372.00 |
| | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| 2/22/01 | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| | Interview of client at CCA prison;<br><br>T/C attorney S. Hunt;<br><br>Witness interview: N. Nelson | 14.00<br>60.00/hr | 840.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/23/01 | Meeting with attorney S. Hunt;<br>Review case materials;<br>Meeting with witnesses N. Nelson and P. Nelson;<br>Change of venue hearing | 6.20<br>60.00/hr | ~~375.00~~<br>372.00 |
| | Travel Kansas City to Dallas | 4.00<br>30.00/hr | 120.00 |
| 2/28/01 | Round trip travel to White Settlement, TX | 2.50<br>30.00/hr | 75.00 |
| | Efforts to locate witnesses via phone calls: M. Bassett, Juvenile Probation Office;<br>Efforts to locate witnesses via personal contact: go to Brewer High School and former address of client;<br>Witness interviews: R. Vines, G. Monroe, G. Hawk | 7.00<br>60.00/hr | 420.00 |
| 3/1/01 | Report writing: R. Vines and G. Monroe interviews | 2.50<br>30.00/hr | 75.00 |
| | Plan investigation;<br>Efforts to identify domestic violence shelters in Sacramento, California in order to obtain records;<br>Efforts to locate witness via phone calls: client's juvenile probation officer | 3.00<br>60.00/hr | 180.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/1/01 | Records collection efforts: second request to Child Protective Services: complete release form, submit requested information | 0.50<br>30.00/hr | 15.00 |
| 3/2/01 | Report writing: witness interviews: G. Monroe, M. Warren | 2.00<br>30.00/hr | 60.00 |
| | Attempts to locate witnesses via phone calls: T. Castillo, B. Joplin; | 1.50<br>60.00/hr | 90.00 |
| | Telephone interview of witnesses: M. Monroe, B. Joplin | | |
| | Meeting with attorneys S. Hunt and P. Berrigan and expert witness M. Cunningham (in Albuquerque) | 2.00<br>60.00/hr | 120.00 |
| 3/5/01 | Review records: juvenile, TYC | 4.00<br>60.00/hr | 240.00 |
| | Report writing: witness interview: G. Monroe | 0.50<br>30.00/hr | 15.00 |
| | Records collection efforts: phone calls, write and submit letters of request: Women's Shelter, Child Protective Services in California | 2.00<br>30.00/hr | 60.00 |
| | For professional services rendered | ~~136.25~~ 134.5 | ~~$5,985.00~~ $5,976.00 |
| | Additional charges: | | |
| 2/15/01 | 120 miles: round trip to Fort Worth and White Settlement | | 39.00 |
| 2/16/01 | 170 miles: round trip travel to Fort Worth and White Settlement | | 55.25 |

Susan Hunt



| | Amount |
|---|---|
| Total costs | $94.25 |
| Total amount of this bill | ~~$6,079.25~~ 6,070.25 |
| Balance due | ~~$6,079.25~~ 6,070.25 |

# Ca ital Punishment Inves gation & Educational Services

**3530 Forest Lane #314**
**Dallas, TX 75234**

**Phone 214-366-4830**
**Fax 214-366-4935**

March 31, 2001

Susan Hunt
Attorney at Law
819 Walnut
Kansas City, MO 64106

Re: Keith Nelson

Dear Ms. Hunt:

Enclosed please our invoice and CJA-31 in reference to the Keith Nelson case. We have made your suggested revisions and we have also included hours and expenses that were not on the previous invoice.

If you have any questions regarding this invoice, do not hesitate to contact our office.

Sincerely,

Dawn Chandler

encl: invoice
CJA-31

CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-98) P36-0155

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| MOW | Keith D. Nelson | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:99-00303-01 | | |

7. IN CASE/MATTER OF *(Case Name)*: US v. Keith D. Nelson

8. TYPE PERSON REPRESENTED: ☒ Adult Defendant ☐ Appellant ☐ Other: ☐ Habeas Petitioner ☐ Appellee

9. REPRESENTATION TYPE: ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital) ☒ D2 Federal Capital Prosecution ☐ D4 Other (Specify)

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2241(f)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

11. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ ______ OR
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of Attorney ______ Date ______

☐ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC MO 64106
Telephone Number: ______

12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)*
Mitigation Investigation

13. TYPE OF SERVICE PROVIDER
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer *(Hardware/Software/Systems)*
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☒ Mitigation Specialist
23 ☐ Duplication Services *(See Instructions)*
24 ☐ Other *(Specify)*

14. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order ______ Nunc Pro Tunc Date ______
Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO

15. STAGE OF PROCEEDING Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☒ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial
e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

## CLAIM FOR SERVICES AND EXPENSES — FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 6,957.00 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | 492.70 | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $ 7,449.70 | | |

17. PAYEE'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Capital Punishment Investigation + Educational Services
3530 Forest Lane # 314
Dallas Tx 75234
TIN: 75-2912651
Telephone Number: 214-366-4830

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 11/30/00 TO 3/09/01

CLAIM STATUS ☐ Final Payment ☒ Interim Payment Number 1 ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee: Jena S Francis Date: Mar 31, 01

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney ______ Date ______

## APPROVED FOR PAYMENT — COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer ______ Date ______ Judge/Mag. Judge Code ______

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ ______
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) ______ Date ______ Judge Code ______

Appellate Case: 15-3160 Page: 58 Date Filed: 02/29/2016 Entry ID: 4372480

Susan Hunt

Attorney at Law
819 Walnut
Kansas City MO 64106

In Reference To:Keith Nelson
Invoice #10006

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/30/00 | Report writing: social history narrative and life history chronology | 8.00<br>30.00/hr | 240.00 |
| 12/1/00 | Report writing: research and write life history chronology | 3.00<br>30.00/hr | 90.00 |
| 1/26/01 | Review case materials | 3.00<br>60.00/hr | 180.00 |
| | Report writing: social history narrative and life history chronology | 2.00<br>30.00/hr | 60.00 |
| 1/31/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/1/01 | Report writing: social history narrative and life history chronology | 6.00<br>30.00/hr | 180.00 |
| | Witness interviews: L. Griffin, M. Griffin, R. Monroe, J. Walker | 5.50<br>60.00/hr | 330.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/16/01 | T/C attorney S. Hunt;<br><br>Review case materials | 2.50<br>60.00/hr | 150.00 |
| 2/19/01 | Report writing: witness interviews | 4.00<br>30.00/hr | 120.00 |
| | T/C attorney S. Hunt;<br><br>Schedule travel and witness interviews | 0.70<br>60.00/hr | 42.00 |
| 2/21/01 | Travel: Dallas to Kansas City (flight delayed) | 4.50<br>30.00/hr | 135.00 |
| | Review case materials: life history records;<br><br>Meeting with attorney S. Hunt;<br><br>Meeting with client at CCA prison;<br><br>Meeting with warden and officials at CCA;<br><br>Meeting with attorneys S. Hunt and P. Berrigan | 6.20<br>60.00/hr | 372.00 |
| | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| | Report writing: R. Monroe, J. Walker interviews | 4.00<br>30.00/hr | 120.00 |
| 2/22/01 | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| | Interview of client at CCA prison;<br><br>T/C attorney S. Hunt;<br><br>Witness interview: N. Nelson | 14.00<br>60.00/hr | 840.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/22/01 | Records collection efforts: CPS, TYC records | 0.40<br>30.00/hr | 12.00 |
| | Witness interview: T. Shortie | 1.00<br>60.00/hr | 60.00 |
| 2/23/01 | Meeting with attorney S. Hunt;<br><br>Review case materials;<br><br>Meeting with witnesses N. Nelson and P. Nelson;<br><br>Change of venue hearing | 6.20<br>60.00/hr | 372.00 |
| | Travel Kansas City to Dallas | 4.00<br>30.00/hr | 120.00 |
| 2/26/01 | Records collection efforts: women's shelter records | 1.00<br>30.00/hr | 30.00 |
| | Report writing: G. Hawks, T. Shortie interviews | 2.60<br>30.00/hr | 78.00 |
| | Witness interview: G. Hawks;<br><br>Efforts to locate witnesses via phone calls: FBI reports | 2.30<br>60.00/hr | 138.00 |
| 2/28/01 | Round trip travel to White Settlement, TX | 2.50<br>30.00/hr | 75.00 |
| | Efforts to locate witnesses via phone calls: M. Bassett, Juvenile Probation Office;<br><br>Efforts to locate witnesses via personal contact: go to Brewer High School and former address of client; | 7.00<br>60.00/hr | 420.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Witness interviews: R. Vines, G. Monroe, G. Hawk | | |
| 3/1/01 | Report writing: R. Vines and G. Monroe interviews | 2.50<br>30.00/hr | 75.00 |
| | Plan investigation; | 3.00<br>60.00/hr | 180.00 |
| | Efforts to identify domestic violence shelters in Sacramento, California in order to obtain records; | | |
| | Efforts to locate witness via phone calls: client's juvenile probation officer | | |
| | Records collection efforts: second request to Child Protective Services: complete release form, submit requested information | 0.50<br>30.00/hr | 15.00 |
| 3/2/01 | Report writing: witness interviews: G. Monroe, M. Warren | 2.00<br>30.00/hr | 60.00 |
| | Attempts to locate witnesses via phone calls: T. Castillo, B. Joplin; | 1.50<br>60.00/hr | 90.00 |
| | Telephone interview of witnesses: M. Monroe, B. Joplin | | |
| | Meeting with attorneys S. Hunt and P. Berrigan and expert witness M. Cunningham (in Albuquerque) | 2.00<br>60.00/hr | 120.00 |
| 3/5/01 | Review records: juvenile, TYC | 4.00<br>60.00/hr | 240.00 |

Appellate Case: 15-3160 Page: 62 Date Filed: 02/29/2016 Entry ID: 4372480

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/5/01 | Report writing: witness interview: G. Monroe | 0.50<br>30.00/hr | 15.00 |
| | Records collection efforts: phone calls, write and submit letters of request: Women's Shelter, Child Protective Services in California | 2.00<br>30.00/hr | 60.00 |
| 3/6/01 | Report writing: client interview | 1.00<br>30.00/hr | 30.00 |
| 3/7/01 | Report writing: life history chronology | 2.70<br>30.00/hr | 81.00 |
| | Plan investigation strategy; | 0.40<br>60.00/hr | 24.00 |
| | Records collection efforts: women's shelter records, Child Protective Services in California | 2.00<br>30.00/hr | 60.00 |
| 3/8/01 | Report writing: life history chronology | 5.00<br>30.00/hr | 150.00 |
| 3/9/01 | Schedule witness interviews | 0.60<br>60.00/hr | 36.00 |
| | Records collection: Child Protective Services: forwarded information to attorney requesting signature; | 5.40<br>30.00/hr | 162.00 |
| | Report writing: life history chronology | | |
| | For professional services rendered | 164.50 | $6,957.00 |

Additional charges:

| | | Amount |
|---|---|---|
| 2/1/01 | Database services | 205.00 |
| 2/15/01 | 120 miles: round trip to Fort Worth and White Settlement | 39.00 |
| 2/16/01 | 170 miles: round trip travel to Fort Worth and White Settlement | 55.25 |
| 2/21/01 | Lodging - Kansas City, Missouri 02/21-02/23 | 193.45 |
| | Total costs | $492.70 |
| | Total amount of this bill | $7,449.70 |
| | Balance due | $7,449.70 |

**DBT ONLINE, Inc.**
*A CHOICEPOINT COMPANY*

P.O. BOX 945664
ATLANTA, GA 30394-5664
Tax ID #: 65-0324434

Billing Inquiries: (800) 317-6654
Facsimile: (561) 982-5886
Accounting Hours: 8:00am - 6:00pm EST. Monday - Friday
Service Inquiries: (800) 897-1644

# Invoice Number: AB0000248866

Account Number: 11430 Invoice Date: 02/28/2001
**Payment Due Upon Receipt**

TENA S. FRANCIS
ATTN: TENAFRANCIS
PO BOX 443
WYLIE, TX 75098

| Account Summary | | | |
|---|---|---|---|
| Previous | Credits | Payments | Past Due |
| $320.07 | $0.00 | $180.00 | $140.07 |

**Invoice Detail Sorted by Reference**

| Date/Time | User ID | Transaction Code | Quantity | Amount |
|---|---|---|---|---|
| **Reference: ADMIN** | | | | |
| 2/5/01 3:13:19PM | TFRANCIS | FREE TIME | 0.15 | ($0.38) |
| 2/5/01 3:13:19PM | TFRANCIS | LOGOUT | 3.00 | $7.50 |
| **Sub Total: ADMIN** | | | 3.15 | $7.12 |
| **Reference: DANNY TAYLOTR** | | | | |
| 2/16/01 3:25:13PM | TFRANCIS | BILL RT PHO | | $0.75 |
| 2/16/01 3:28:10PM | TFRANCIS | LOGOUT | 11.00 | $27.50 |
| **Sub Total: DANNY TAYLOTR** | | | 11.00 | $28.25 |
| **Reference: NELSON** | | | | |
| 2/14/01 3:34:41PM | TFRANCIS | LOGOUT | 3.00 | $7.50 |
| 2/14/01 3:47:46PM | TFRANCIS | LOGOUT | 11.00 | $27.50 |
| 2/14/01 4:14:54PM | TFRANCIS | LOGOUT | 25.00 | $62.50 |
| 2/26/01 2:05:56PM | TFRANCIS | LOGOUT | 36.00 | $90.00 |
| 2/26/01 3:32:20PM | TFRANCIS | LOGOUT | 7.00 | $17.50 |
| **Sub Total: NELSON** | | | 82.00 | $205.00 |
| **Reference: RITCHIE & GLASS** | | | | |
| 2/16/01 11:29:10AM | TFRANCIS | SS SNAPSHOT | | $5.00 |
| 2/16/01 11:30:52AM | TFRANCIS | LOGOUT | 13.00 | $32.50 |
| **Sub Total: RITCHIE & GLASS** | | | 13.00 | $37.50 |
| **Reference: TAYLOR** | | | | |
| 2/14/01 11:01:22AM | TFRANCIS | LOGOUT | 16.00 | $40.00 |
| 2/20/01 4:17:17PM | TFRANCIS | LOGOUT | 4.00 | $10.00 |
| **Sub Total: TAYLOR** | | | 20.00 | $50.00 |
| **Reference: TONEY** | | | | |

Nelson D36-0163

# WYNDHAM GARDEN HOTEL
# KANSAS CITY AIRPORT

Tina Francis

| | |
|---|---|
| Arrival | 02/21/01 |
| Departure | 02/23/01 |

| | |
|---|---|
| Room | 0711 |
| Cashier | DENNITA |
| Page | 1 |

INFORMATION BILL    Wyndham Garden Hotel - KCI Airport, 02/23/01 10:18 1

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 02/21 | Room Charge | 0711 | 85.00 | |
| 02/21 | Occ Tax-State 6.85% | | 5.82 | |
| 02/21 | Occ Tax-City 6.5% | | 5.53 | |
| 02/22 | Room Charge | | 85.00 | |
| 02/22 | Occ Tax-State 6.85% | | 5.82 | |
| 02/22 | Occ Tax-City 6.5% | | 5.53 | |
| 02/23 | Long Distance Call ->#711 : 816-221-4588 | | 0.75 | |
| 02/23 | Cash | | | 193.45 |
| | Total | | 193.45 | 193.45 |
| | Balance | | | 0.00 US |

Thank You For Choosing The Wyndham Garden Hotel-KCI Airport
11828 NW Plaza Circle Kansas City, MO 64153
(816)464-2423 Fax (816)464-2560

Signature: ______________________________

CJA 31 DEATH PENALTY PROCEEDINGS: EX PART... [R]EQUEST FOR AUTHORIZATION AND VOUCHER EXPERT A[ND OT]HER SERVICES (12-98)

| | | | |
|---|---|---|---|
| 1. CIR./DIST./ DIV. CODE<br>MOW | 2. PERSON REPRESENTED<br>Keith D. Nelson | | VOUCHER NUMBER |
| 3. MAG. DKT/DEF. NUMBER | 4. DIST. DKT/DEF. NUMBER<br>4:99-000303-01 | 5. APPEALS DKT/DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>US v. Keith D Nelson | 8. TYPE PERSON REPRESENTED<br>☒ Adult Defendant ☐ Appellant ☐ Other:<br>☐ Habeas Petitioner ☐ Appellee | 9. REPRESENTATION TYPE<br>☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital)<br>☒ D2 Federal Capital Prosecution ☐ D4 Other (Specify) | |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2241 (f)

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

11. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ ______ OR
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of Attorney ______ Date ______

☐ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC MO 64106
Telephone Number: ______

12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)*
Mitigation Investigation

13. TYPE OF SERVICE PROVIDER
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer *(Hardware/Software/Systems)*
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☒ Mitigation Specialist
23 ☐ Duplication Services *(See Instructions)*
24 ☐ Other *(Specify)*

14. COURT ORDER Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order ______ Nunc Pro Tunc Date ______
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES ☐ NO

15. STAGE OF PROCEEDING Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☒ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial
e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

**CLAIM FOR SERVICES AND EXPENSES** — **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 4588.80 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | 612.11 | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | 5200.91 | | |

17. PAYEE'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Capital Punishment Investigation Educational Services
3530 Forest Lane # 314
Dallas TX 75234
TIN: 75-2912651
Telephone Number: 214-366-4830

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 3/19/01 TO 5/18/01

CLAIM STATUS ☐ Final Payment ☒ Interim Payment Number 2 ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee Sarah Francis Date June 8 '01

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney ______ Date ______

**APPROVED FOR PAYMENT — COURT'S USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer ______ Date ______ Judge/Mag. Judge Code ______

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ ______
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) ______ Date ______

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

**CRIMINAL DEFENSE / MITIGATION INVESTIGATION**

**3530 Forest Lane #314**
**Dallas, Texas 75234**

**214-366-4830**

## INVOICE

**Federal Tax No. 75-2912651**

**DATE:** **June 8, 2001**
**CASE:** Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 03/19/01 | Efforts to locate witnesses via phone calls: G. Thompson (landlord) | 2:04 | 2:20 | .27 |
| 05/02/01 | Prepare for trip: review case materials, plan investigation | 9:23 | 11:42 | 2.32 |
| 05/03/01 | Meet with attorney Susan Hunt | 1:16 | 2:02 | .77 |
| 05/03/01 | Witness interview: P. Nelson | 2:34 | 4:20 | 1.7 |
| 05/04/01 | Attempt to locate records at Honor Center (halfway house) | 2:42 | 3:50 | 1.13 |
| 05/04/01 | Attempt to locate records at 7900 Farcite | 3:51 | 5:03 | 1.2 |
| 05/04/01 | Attempt to locate records at probation office | 5:04 | 6:18 | 1.23 |
| 05/05/01 | Review case materials: documents provided by attorney | 8:07 | 10:59 | 2.87 |
| 05/07/01 | T/C witnesses: K. Dillion, B. Morse, M. Smith | 8:11 | 9:35 | 1.28 |



Appellate Case: 15-3160 Page: 69 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/07/01 | Witness interview: G. Romero | 10:04 | 12:18 | 2.23 |
| 05/07/01 | Attempts to locate witnesses: K. Morse, S. Richardson | 1:22 | 2:39 | 1.28 |
| 05/07/01 | Witness interview: N. Nelson | 3:53 | 5:41 | 1.8 |
| 05/07/01 | Contact with M. Nelson; Schedule interviews | 5:43 | 6:33 | .8 |
| 05/07/01 | Witness interview: B. Sutton | 6:43 | 9:25 | 2.7 |
| 05/07/01 | Phone conference with N. Nelson | 9:37 | 10:25 | .8 |
| 05/07/01 | T/C attorney S. Hunt | 10:26 | 10:45 | .3 |
| 05/08/01 | Attempt to locate witnesses: J. Shorshell and C. Shorshell | 7:36 | 8:18 | .7 |
| 05/08/01 | Witness interview: K. Dillion | 9:04 | 12:29 | 3.4 |
| 05/08/01 | Witness interviews: M. Morse, R. Morse (met with J. Morse but did not interview) | 12:30 | 3:24 | 2.9 |
| 05/08/01 | Attempt to interview witness B. Morse | 3:25 | 4:01 | .6 |
| 05/08/01 | Witness interview: K. Morse | 4:41 | 5:47 | 1.1 |
| 05/08/01 | Attempt to locate K. Morse | 5:49 | 6:07 | 0.3 |
| 05/08/01 | Attempt to locate F. Morse | 6:09 | 6:33 | .4 |
| 05/08/01 | Witness interviews: L. Lautrell, T. Lautrell | 6:38 | 8:23 | 1.75 |
| 05/08/01 | Second meeting with M. Morse and R. Morse | 8:34 | 9:46 | 1.2 |
| 05/08/01 | Met with witness J. Morse (but did not interview) | 9:49 | 10:43 | .9 |
| 05/09/01 | Attempt to locate witnesses J. Shorshell and C. Shorshell | 7:58 | 9:19 | .7 |

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/09/01 | Witness interview: W. Nelson | 11:09 | 1:15 | 2.1 |
| 05/09/01 | Witness interview: D. McQueen | 2:45 | 5:21 | 2.6 |
| 05/09/01 | Witness interview: C. Harris | 5:45 | 7:21 | 1.6 |
| 05/09/01 | Attempts to locate witness G. Pajula | 7:36 | 8:32 | .93 |
| 05/09/01 | Witness interviews: G. Nelson, S. Nelson;<br><br>Second interview of witness: W. Nelson | 9:10 | 11:54 | 2.7 |
| 05/10/01 | Attempt to locate witness via phone calls: F. Morse | 12:39 | 1:15 | .6 |
| 05/10/01 | Attempt to locate witnesses via phone calls: K. Dilbie and M. Morse | 1:36 | 2:01 | 0.42 |
| 05/11/01 | Review of case materials: incarceration records | 10:32 | 11:48 | 1.27 |
| 05/15/01 | Review of case materials: incarceration records | 9:16 | 10:25 | 1.15 |
| | | | | |
| | **TOTAL HOURS INVESTIGATION:** | | | **50.0** |
| | | | | |
| | **RECORDS COLLECTION:** | | | |
| 03/19/01 | Phone calls to Sacramento, California Child Protective Services, Visalia, California Child Protective Services, Tarrant County, Texas DHS, Dynatech Foundation (employment records) | 8:46 | 11:28 | 2.7 |
| 04/18/01 | Follow up on records request: John Peter Smith Hospital | 9:04 | 10:22 | 1.3 |
| | | | | |



Appellate Case: 15-3160 Page: 71 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| | **TOTAL RECORDS COLLECTION** | | | **4.0** |
| | | | | |
| | **REPORT WRITING:** | | | |
| 03/19/01 | Report of witness interview: G. Thompson | 2:16 | 2:33 | .28 |
| 05/11/01 | Life history chronology | 1:22 | 3:36 | 2.23 |
| 05/14/01 | Report of witness interviews: P. Nelson, N. Nelson, K. Dillion | 8:14 | 3:22 | 7.13 |
| 05/15/01 | Life history chronology | 10:28 | 11:13 | 0.75 |
| 05/15/01 | Report of witness interviews: M. Morse, R. Morse, B. Sutton, L. Lutrell, T. Lutrell | 12:47 | 7:34 | 6.78 |
| 05/16/01 | Report of witness interviews: K. Morse, M. Smith, G. Ramero | 9:24 | 4:34 | 7.1 |
| 05/17/01 | Report of witness interviews: W. Nelson, D. McQueen, M. Nelson, B. Morse | 9:16 | 2:32 | 5.27 |
| 05/18/01 | Report of witness interviews: D. McQueen, C. Harris;<br><br>Report of attempts to contact C. Shorshell, S. Richardson | 9:23 | 2:42 | 5.3 |
| | **TOTAL REPORT WRITING:** | | | **34.84** |
| | | | | |
| | **TRAVEL:** | | | |
| 05/03/01 | Travel Mesquite to DFW airport | 7:10 | 8:18 | 1.13 |
| 05/03/01 | Travel Dallas to Kansas City | 9:25 | 10:57 | 1.53 |
| 05/03/01 | Travel airport to Susan Hunt's office | 11:22 | 11:58 | .6 |



Appellate Case: 15-3160 Page: 72 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/03/01 | Travel Kansas City to N. Nelson's residence | 2:03 | 2:27 | 0.4 |
| 05/07/01 | Travel St. Louis to N. Nelson's residence | 3:06 | 3:49 | .72 |
| 05/09/01 | Travel Kansas City to Pleasant | 6:45 | 7:33 | .8 |
| 05/08/01 | Travel Kansas City to K. Dillion's residence | 8:27 | 9:03 | 0.6 |
| 05/08/01 | Travel Kansas City to B. Sutton's residence | 4:03 | 4:23 | 0.48 |
| 05/09/01 | Travel Kansas City to Amsterdam | 9:43 | 11:01 | 1.3 |
| 05/09/01 | Travel Kansas City to Pleasant, Kansas | 2:04 | 2:40 | 0.6 |
| 05/09/01 | Travel Butler to Amsterdam | 8:34 | 9:09 | 0.58 |
| 05/09/01 | Travel Amsterdam to Kansas City | 11:56 | 12:48 | .87 |
| 05/10/01 | Travel Kansas City to Shorshell residence (spoke to relative) | 8:03 | 9:09 | 1.1 |
| 05/10/01 | Travel Shorshell residence to F. Morse's residence | 9:10 | 9:18 | .13 |
| 05/10/01 | Travel F. Morse's residence to K. Dilbie's residence | 9:19 | 9:36 | .28 |
| 05/10/01 | Travel Kansas City to airport | 10:43 | 11:53 | 1.17 |
| 05/10/01 | Return travel to DFW airport / Mesquite | 2:33 | 4:23 | 1.83 |
| | | | | |
| | **TOTAL TRAVEL:** | | | **14.12** |



Appellate Case: 15-3160 Page: 73 Date Filed: 02/29/2016 Entry ID: 4372480