No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 27F**

---


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 27
# Part F

| ITEMIZED EXPENSES: Expense | | | | Cost |
|---|---|---|---|---|
| Lodging | | | | |
| | 05/07-05/09 | Lodging | 208.62 | |
| | 05/10/01 | Lodging | 61.55 | $ 270.17 |
| Meals | | | | |
| | 05/05/01 | Meal | 10.67 | |
| | 05/07/01 | Meal | 10.70 | |
| | 05/08/01 | Meal | 4.27 | |
| | 05/08/01 | Meal | 9.40 | |
| | 05/09/01 | Meal | 10.24 | $ 45.28 |
| Rental car/Gas for rental car | | | | |
| | 05/03-05/10 | Rental car | 235.47 | |
| | 05/04/01 | Gas | 20.85 | |
| | 05/05/01 | Gas | 20.34 | |
| | 05/07/01 | Gas | 20.00 | $ 296.66 |
| | | | TOTAL EXPENSES: | $ 612.11 |

| TOTALS | |
|---|---|
| INVESTIGATION FEES (50.0 hrs @ $60/hr) | $ 3,000.00 |
| RECORDS COLLECTION ( 4.0 hrs @ $30/hr) | $ 120.00 |
| REPORT WRITING (34.84 hrs @ $30/hr) | $ 1,045.20 |
| TRAVEL (14.12 hrs @ $30/hr) | $ 423.60 |
| EXPENSES | $ 612.11 |



Appellate Case: 15-3160 Page: 3 Date Filed: 02/29/2016 Entry ID: 4372480

| TOTALS | |
|---|---|
| **TOTAL AMOUNT DUE:** | **$ 5,200.91** |

Nelson

P36-0173

x [signature]
SIGNATURE

LIC/PHN

DENNY'S #7494 019746
9001 W 63RD STREET 47494
MERRIAM KS 66023
MC5490993811035791 EXP:0109
05/09/01 08:32 167494001 392555
TOTL TOTAL
10.24 10.24

APPROVED [illegible]

KFC
RESTAURANT Y490-013

2P ML/B EC DRK ADD SLAW
MASH 3.69
MD PEPSI 1.09
2P DK ML/MD 3.99 -.79
TAX .28
8649 EAT-IN 4.27
CASH 5.00 CHANGE .73

EAT-IN

GUEST NUMBER=>49

L1 11:58AM 08/MAY/01 [illegible] 49

100 [illegible] SHAKE 796
FAM[illegible] STEAKBURGERS

SERVER, 39 MARIA S
#GST 2 13:43 CK# 383
DINE TBL# 64

SUBTOTAL $ 10.00
TAX 0.67
TOTAL $ 10.67
CASH 10.67
PAID TO # 6

SAT MAY 5 2001 14:18:24

T-REX
CONVENIENCE STORES

FARMINGTON MO

MANUAL FUEL 20.00

TOTAL 20.00

05/05/01

OH THANK HEAVEN
FOR 7-ELEVEN.

7-ELEVEN
1301 VETERANS BLVD.
FESTUS MO
PHONE #6369377330
STORE #29027
TID: 00072902730 08
MASTERCARD 01/09
************5791
REF# 96008 69 004 3
05/04/2001 00:25:45

PUMP 9
GRADE RUL
GALLONS 11.629
PRICE/GAL $ 1.749
FUEL SALE $ 20.34

APPROVED 025185

THANKS FOR
YOUR BUSINESS

DLR# 7895741 TID 01

I-70 EXPRESS
202 E 40 HWY
BATES CITY MO

MASTERCARD RECEIPT
HADDAD/DEBORAH S
REF# 014068-2764301
DATE 05/07/01 10:5

PUMP # 08
PRODUCT BLUE
SELF SERVICE LEVEL
GALLONS 12.274
PRICE/GAL: $ 1.699
FUEL SALE $ 20.85

P36-0174

Nelson

# DOUBLETREE HOTEL

Kansas City
1301 Wyandotte
Kansas City, MO 64105
(816) 474-6664

| Name & Address |
|---|
| HADDAD, DEBORAH |
| UNKNOWN |
| MEMPHIS, TN 99999 |
| US |

| | |
|---|---|
| Room | 1114/BKN |
| Arrival Date | 05/07/01 11:44AM |
| Dept. Date | 05/08/01 |
| Adult/Child | 1/0 |
| Room Rate | 385.00 |

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. The guest understands and agrees to be personally liable for all charges incurred at the hotel. I authorize you to bill the full balance of my account to my credit card which was presented upon registration.

BONUS AL CAR

SIGNATURE

CONFIRMATION NUMBER 83704553

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 05/08/01 | PAGE 1 | | |
| [illegible] | 777282 | TELEPHONE-LOCAL | 0.95 |
| 05/07/0 | 777291 | TELEPHONE-LOCAL | 0.95 |
| 05/07/0 | 777293 | TELEPHONE-LOCAL | 0.95 |
| 05/07/0 | 777296 | TELEPHONE-LOCAL | 0.95 |
| 05/07/0 | 777291 | TELEPHONE-LOCAL | 0.95 |
| 05/07/0 | 777320 | BISTRO CAFE | 10.70 |
| 05/07/0 | 7777[illegible] | TELEPHONE-LD (INTERSTATE) | [illegible] |
| 05/07/0 | 777[illegible] | TELEPHONE-LD (INTERSTATE) | 4.92 |
| 05/07/0 | 777764 | GUEST ROOM SINGLE | 85.00 |
| 05/07/0 | 777764 | STATE SALES TAX-RM | 5.61 |
| 05/07/0 | 777764 | OCCUPANCY TAX -RMS | 4.68 |
| 05/08/0 | 777983 | TELEPHONE-LOCAL | 0.95 |
| 05/08/0 | 777980 | TELEPHONE-LOCAL | 0.95 |
| 05/08/0 | 777981 | TELEPHONE-LOCAL | 0.95 |
| 05/08/0 | 778591 | TELEPHONE-LOCAL | 0.95 |
| 05/08/0 | 778[illegible] | TELEPHONE-LD (INTERSTATE) | [illegible] |
| 05/08/0 | 778[illegible] | BISTRO CAFE | 9.40 |
| 05/08/0 | 778644 | GUEST ROOM SINGLE | 85.00 |
| 05/08/0 | 778644 | STATE SALES TAX-RM | 5.61 |
| 05/08/0 | 778644 | OCCUPANCY TAX -RMS | 4.68 |
| | | WILL BE SETTLED TO MC ********5791 | 226.72 |

Meal
Meal

| | |
|---|---|
| ACCT. NO. | DATE OF CHARGE — FOLIO NO./CHECK NO. |
| CARD MEMBER NAME | AUTHORIZATION — INITIAL |
| ESTABLISHMENT NO. & LOCATION | PURCHASES & SERVICES |
| | TAXES |
| | TIPS & MISC. |
| CARD MEMBER'S SIGNATURE X | TOTAL AMOUNT |

less meals - 20.10
$206.62

Appellate Case: 15-3160 Page: 6 Date Filed: 02/29/2016 Entry ID: 4372480

P36-0175

Nelson

**AVIS.** We try harder.®

## TRANSACTION RECORD

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 598841331 | 2105681 | E |

HADDAD,DEBORAH
AWD- A555500
CV CMXXXXXXXXXXXX5791

* Please check your car for personal effects. *

```
OUT MCI 03MAY01/1243 MI- 6258
IN  MCI 10MAY01/1150 MI- 7563
 1305 MI@      .00-
        HR@  12.67-
        DY@  37.00-
    1 WK@ 159.00-   159.00
DISCOUNT      .0  -
*$3.78/DY SURCHG-    26.46
ONE WAY FEE/MISC-
** 9.00% FEE     -   14.31
LDW              -
TAXABLE SUBTOT   -  199.77
TAX  6.850%      -   13.68
GAS SVC OPTION   -   22.02
TOTAL CHARGES    -  235.47
*REIMB PROP TAX/TITLE/REG
LIC FEE $.78/DY&$3/DY CFC
**CONCESSION RECOVERY FEE
```

* Please check your car for personal effects. *

Thank you for renting from Avis.
We value your business. Have a safe trip.

Nelson P36-0176

Page: 1
Date: 5/10/01

FAIRFIELD INN

Kansas City/Merriam
6601 Frontage Road
MERRIAM, KS 66202
9132624448

Arrival: 5/9/01
Departure: 5/10/01

Guest Name: HADDAD, DEBORAH S
Address:

Mbr. ID:
Level:

Room: 331
Folio Id: 41280 - 2K1
Plan: REGA

| Date | Description | Reference | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 5/9/01 | Long Distance | 9722167308/331 22:15 0:01:00 SR | $4.48 | $0.00 | $4.48 |
| 5/9/01 | Phone Tax | 9722167308/331 22:15 0:01:00 SR | $0.31 | $0.00 | $4.79 |
| 5/9/01 | Regular Room Charge | Room 331 | $46.00 | $0.00 | $50.79 |
| 5/9/01 | State Tax | Room 331 | $3.16 | $0.00 | $53.95 |
| 5/9/01 | City Tax | Room 331 | $0.58 | $0.00 | $54.53 |
| 5/9/01 | Occupancy Tax | Room 331 | $1.84 | $0.00 | $56.37 |
| 5/10/01 | Long Distance | 9722167308/331 7:42 0:02:00 SR | $4.85 | $0.00 | $61.22 |
| 5/10/01 | Phone Tax | 9722167308/331 7:42 0:02:00 SR | $0.33 | $0.00 | $61.55 |
| 5/10/01 | Master Card | XXXXXXXXXXXX5791 CKT | $0.00 | -$61.55 | $0.00 |

Total Folio Page 1 $0.00

X ______________________________

Cardholder acknowledges receipt of goods and/or services in the amount of the total shown above and agrees to perform the obligations and terms in the cardholder agreement with the seller.

P36-0177

**CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-98)**

| | | |
|---|---|---|
| 1. CIR./DIST/ DIV. CODE: MOW | 2. PERSON REPRESENTED: Keith D. Nelson | VOUCHER NUMBER |
| 3. MAG. DKT/DEF. NUMBER | 4. DIST. DKT/DEF. NUMBER: 4:99-000303-01 | 5. APPEALS DKT/DEF. NUMBER / 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name): US v. Keith D. Nelson | 8. TYPE PERSON REPRESENTED: [X] Adult Defendant [ ] Appellant [ ] Other: [ ] Habeas Petitioner [ ] Appellee | 9. REPRESENTATION TYPE: [ ] D1 28 U.S.C. § 2254 Habeas (Capital) [X] D2 Federal Capital Prosecution [ ] D3 28 U.S.C. § 2255 (Capital) [ ] D4 Other (Specify) |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2241 (f)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
[ ] Authorization to obtain the service. Estimated Compensation and Expenses: $ ______ OR
[X] Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of Attorney [signature] Date 10-12-01

[X] Panel Attorney [ ] Retained Attorney [ ] Pro-Se [ ] Legal Organization

ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC MO 64106
Telephone Number:

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** *(See Instructions)*
Mitigation Investigation

**13. TYPE OF SERVICE PROVIDER**
01 [X] Investigator
02 [ ] Interpreter/Translator
03 [ ] Psychologist
04 [ ] Psychiatrist
05 [ ] Polygraph
06 [ ] Documents Examiner
07 [ ] Fingerprint Analyst
08 [ ] Accountant
09 [ ] CALR (Westlaw/Lexis, etc.)
10 [ ] Chemist/Toxicologist
11 [ ] Ballistics
13 [ ] Weapons/Firearms/Explosive Expert
14 [ ] Pathologist/Medical Examiner
15 [ ] Other Medical
16 [ ] Voice/Audio Analyst
17 [ ] Hair/Fiber Expert
18 [ ] Computer *(Hardware/Software/Systems)*
19 [ ] Paralegal Services
20 [ ] Legal Analyst/Consultant
21 [ ] Jury Consultant
22 [X] Mitigation Specialist
23 [ ] Duplication Services *(See instructions)*
24 [ ] Other *(Specify)*

**14. COURT ORDER** Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization.
[ ] YES [ ] NO

**15. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION: a. [X] Pre-Trial b. [ ] Trial c. [ ] Sentencing d. [ ] Other Post Trial e. [ ] Appeal f. [ ] Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS: g. [ ] Habeas Petition h. [ ] Evidentiary Hearing i. [ ] Dispositive Motions j. [ ] Appeal k. [ ] Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING: l. [ ] Stay of Execution m. [ ] Appeal of Denial of Stay n. [ ] Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay o. [ ] Other

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 3074.40 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | 282.71 | | |
| c. Other Expenses | 1.79 | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $3358.90 | | |

**17. PAYEE'S NAME** *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Capital Punishment Investigation Educational Services
3530 Forest Lane #314
Dallas TX 75234
TIN: 75-2912651
Telephone Number: 214-366-4832

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 8/24/01 TO 09/06/01

CLAIM STATUS [ ] Final Payment [X] Interim Payment Number 4 [ ] Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee [signature: Lena J. Francis] Date Oct 5 '01

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney [signature] Date 10-12-01

## APPROVED FOR PAYMENT — COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. [ ] Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
[ ] In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer Date Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ ______
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals

P36-0178

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

**CRIMINAL DEFENSE / MITIGATION INVESTIGATION**

3530 Forest Lane #314
Dallas, Texas 75234

214-366-4830

## INVOICE

Federal Tax No. 75-2912651

DATE: October 8, 2001
CASE: Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 08/28/01 | Review of case materials: social history narrative and life history chronology | 12:34 | 4:32 | 3.92 |
| 08/29/01 | Prioritize investigation strategy | 9:44 | 10:57 | 1.22 |
| 08/29/01 | Efforts to locate witnesses via phone calls: K. Williams, P. Burris | 10:59 | 11:17 | .3 |
| 08/29/01 | Witness interview: K. Williams | 1:13 | 1:44 | .52 |
| 08/29/01 | Witness interview: M. Chandler | 1:52 | 2:04 | .2 |
| 08/29/01 | Witness interview: Y. Cordova | 2:08 | 2:35 | .45 |
| 08/29/01 | Witness interview: P. Burriss | 2:46 | 3:10 | .4 |
| 08/29/01 | Witness interview: E. Pink | 3:23 | 4:43 | 1.33 |
| 08/30/01 | Prioritize investigation strategy | 8:13 | 8:49 | .6 |
| 08/30/01 | Efforts to locate witness via phone calls: D. Miller | 8:51 | 9:03 | .2 |
| 08/30/01 | Efforts to locate witnesses via personal contact: M. Bassett, C. Patterson, D. Brock | 12:46 | 2:04 | 1.3 |



Appellate Case: 15-3160 Page: 10 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 08/30/01 | Witness interview: D. Brock | 2:17 | 2:35 | .3 |
| 08/30/01 | Witness interview: S. Bordon | 2:45 | 3:47 | 1.03 |
| 08/30/01 | Witness interview: E. Crutsinger | 3:54 | 4:42 | .8 |
| 08/31/01 | Prioritize investigation strategy | 10:07 | 11:23 | 1.27 |
| 08/31/01 | Efforts to locate witness via personal contact: N. Brown (visit residence) | 1:38 | 2:06 | .47 |
| 08/31/01 | Witness interview: J. Clay | 2:19 | 2:33 | .23 |
| 08/31/01 | Witness interview: H. Dear | 2:43 | 3:41 | .97 |
| 08/31/01 | Witness interview: D. Miller | 3:55 | 4:11 | .27 |
| 09/03/01 | Schedule witness interviews for attorneys | 9:12 | 1:09 | 3.95 |
| 09/04/01 | Meeting with attorneys | 11:32 | 12:46 | 1.23 |
| 09/04/01 | Witness interview: Clay | 2:35 | 3:07 | .53 |
| 09/04/01 | Witness interview: K. Williams | 3:21 | 3:50 | .48 |
| 09/04/01 | Witness interviews: D. Brock; Attempt to interview Gibbs and M. Shipman | 4:12 | 4:46 | .57 |
| 09/04/01 | Schedule witness interviews for attorneys | 7:48 | 8:34 | .77 |
| 09/05/01 | Witness interview: Cordova | 8:26 | 8:39 | .22 |
| 09/05/01 | Witness interview: Bassett | 8:50 | 9:16 | .43 |
| 09/05/01 | Witness interview: H. Dear | 9:27 | 10:25 | .97 |
| 09/05/01 | Meeting with attorneys | 12:32 | 1:28 | .93 |
| 09/05/01 | Witness interview: R. Monroe | 1:49 | 3:03 | 1.23 |
| 09/05/01 | Witness interview: A. Taylor | 3:19 | 3:53 | .57 |
| 09/05/01 | Witness interview: Crutsinger | 4:21 | 4:53 | .53 |
| 09/05/01 | Attempt to interview: J. Monroe (former neighbor) | 5:09 | 5:28 | .32 |



Appellate Case: 15-3160 Page: 11 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 09/05/01 | Witness interviews G. Thompson, Jr. and G. Thompson, Sr. | 5:49 | 6:21 | .53 |
| 09/05/01 | Attempt to interview witness: B. Norman | 6:30 | 6:53 | .38 |
| 09/06/01 | Meet with attorneys | 1:02 | 2:07 | 1.08 |
| 09/06/01 | Attempt to interview witness: Burriss | 2:33 | 2:47 | .23 |
| 09/06/01 | Attempt to interview witness: M. Shipman | 3:04 | 3:26 | .37 |
| 09/06/01 | Attempt to interview witness: B. Norman | 3:33 | 3:36 | .05 |
| 09/06/01 | Witness interview: E. Crutsinger | 3:41 | 3:53 | .20 |
| 09/06/01 | Meet with attorneys | 4:02 | 5:04 | 1.03 |
| 09/06/01 | Witness interview: J. Monroe | 5:25 | 6:47 | 1.37 |
| | **TOTAL INVESTIGATION:** | | | **33.75** |
| | | | | |
| | **REPORT WRITING:** | | | |
| 08/24/01 | Report writing: D. Brock, D. Miller interviews | 1:12 | 4:08 | 2.93 |
| 08/29/01 | Report writing: E. Pink interview | 7:49 | 9:17 | 1.47 |
| 08/30/01 | Report writing: J. Clay, K. Williams, Y. Cordova interviews | 6:37 | 10:19 | 3.7 |
| 08/31/01 | Report writing: H. Dear, P. Burris interviews | 7:14 | 9:09 | 1.92 |
| | **TOTAL REPORT WRITING:** | | | **10.02** |
| | | | | |
| | **TRAVEL:** | | | |
| 08/29/01 | Travel Sachse, Texas to Fort Worth, Texas | 11:49 | 1:11 | 1.37 |



Appellate Case: 15-3160 Page: 12 Date Filed: 02/29/2016 Entry ID: 4372480