No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibits 27G**

---


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 27
# Part G

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 08/29/01 | Travel to Chandler interview | 1:45 | 1:52 | .12 |
| 08/29/01 | Travel to Cordova interview | 2:06 | 2:08 | .03 |
| 08/29/01 | Travel to Burriss interview | 2:37 | 2:45 | .13 |
| 08/29/01 | Travel to Pink interview | 3:11 | 3:22 | .18 |
| 08/29/01 | Travel around Ft. Worth | 4:47 | 5:35 | .8 |
| 08/29/01 | Return travel Fort Worth, Texas to Sachse, Texas | 5:37 | 7:12 | 1.58 |
| 08/30/01 | Travel Sachse, Texas to Fort Worth, Texas | 11:48 | 12:45 | .95 |
| 08/30/01 | Travel to Brock interview | 2:05 | 2:16 | .18 |
| 08/30/01 | Travel to Bordon interview | 2:37 | 2:43 | .10 |
| 08/30/01 | Travel to Crutsinger interview | 3:48 | 3:52 | .07 |
| 08/30/01 | Return travel Fort Worth, Texas to Sachse, Texas | 4:43 | 6:09 | 1.43 |
| 08/31/01 | Travel Sachse, Texas to Fort Worth, Texas | 12:04 | 1:37 | 1.55 |
| 08/31/01 | Travel to Clay interview | 2:07 | 2:17 | .17 |
| 08/31/01 | Travel to Dear interview | 2:34 | 2:42 | .13 |
| 08/31/01 | Travel to Miller interview | 3:42 | 3:53 | .21 |
| 08/31/01 | Return travel Fort Worth, Texas to Sachse, Texas | 4:12 | 5:24 | 1.2 |
| 09/04/01 | Travel to meeting with attorneys | 9:51 | 11:28 | 1.61 |
| 09/04/01 | Travel to White Settlement, Texas | 12:49 | 2:34 | 1.75 |
| 09/04/01 | Travel to Williams interview | 3:09 | 3:17 | .13 |
| 09/04/01 | Travel to Brock interview | 3:53 | 4:09 | .27 |



Appellate Case: 15-3160 Page: 3 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
| --- | --- | --- | --- | --- |
| 09/04/01 | Return travel White Settlement, Texas to Sachse, Texas | 4:48 | 7:23 | 2.58 |
| 09/05/01 | Travel Sachse, Texas to White Settlement, Texas | 7:04 | 8:23 | 1.32 |
| 09/05/01 | Travel to Dear interview | 9:17 | 9:26 | .15 |
| 09/05/01 | Travel to meeting with attorneys | 10:26 | 10:45 | .32 |
| 09/05/01 | Travel to Monroe interview | 1:31 | 1:47 | .27 |
| 09/05/01 | Travel to Taylor interview | 3:04 | 3:17 | .22 |
| 09/05/01 | Travel to Crutsinger interview | 3:54 | 4:19 | .42 |
| 09/05/01 | Travel to Monroe interview | 4:55 | 5:08 | .22 |
| 09/05/01 | Travel to Thompson interview | 5:29 | 5:48 | .32 |
| 09/05/01 | Travel to Norman interview | 6:22 | 6:29 | .12 |
| 09/05/01 | Return travel White Settlement, Texas to Sachse, Texas | 6:54 | 8:08 | 1.23 |
| 09/06/01 | Travel Sachse, Texas to White Settlement, Texas | 11:42 | 12:57 | 1.25 |
| 09/06/01 | Travel to Burriss residence | 2:09 | 2:31 | .37 |
| 09/06/01 | Travel to Shipman residence | 2:48 | 3:03 | .25 |
| 09/06/01 | Travel to Norman residence | 3:27 | 3:32 | .08 |
| 09/06/01 | Travel to Crutsinger | 3:37 | 3:40 | .05 |
| 09/06/01 | Travel to meeting with attorneys | 3:54 | 3:59 | .08 |
| 09/06/01 | Travel to Monroe interview | 5:06 | 5:23 | .28 |
| 09/06/01 | Return travel White Settlement, Texas to Sachse, Texas | 6:49 | 8:17 | 1.47 |
| | **TOTAL TRAVEL:** | | | **24.96** |



Appellate Case: 15-3160 Page: 4 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| | | | | |

| ITEMIZED EXPENSES: Expense | | | | Cost |
|---|---|---|---|---|
| Long distance charges | | | | |
| 06/01 | Long distance charges | | 1.79 | $ 1.79 |
| Meals | | | | |
| 08/29/01 | Meal | | 5.39 | |
| 08/30/01 | Meal | | 3.78 | |
| 08/31/01 | Meal | | 5.29 | $ 14.46 |
| Mileage (@ .325/mile) | | | | |
| 08/29/01 | 151 miles | round trip to Ft. Worth | 49.08 | |
| 08/30/01 | 155 miles | round trip to Ft. Worth | 50.38 | |
| 08/31/01 | 141 miles | round trip to Ft. Worth | 45.83 | |
| 09/04/01 | 114 miles | round trip to White Settlement | 37.05 | |
| 09/05/01 | 127 miles | round trip to White Settlement | 41.28 | |
| 09/06/01 | 135 miles | round trip to White Settlement | 43.88 | $ 267.50 |
| Miscellaneous | | | | |
| 08/29/01 | Toll | | .75 | $ .75 |
| | | | TOTAL EXPENSES: | $ 284.50 |



Appellate Case: 15-3160 Page: 5 Date Filed: 02/29/2016 Entry ID: 4372480

## TOTALS

| | | |
|---|---|---|
| INVESTIGATION FEES ( 33.75 hrs @ $60/hr) | $ | 2,025.00 |
| REPORT WRITING ( 10.02 hrs @ $30/hr) | $ | 300.60 |
| TRAVEL ( 24.96 hrs @ $30/hr) | $ | 748.80 |
| EXPENSES | $ | 284.50 |
| **TOTAL AMOUNT DUE:** | $ | 3,358.90 |



Appellate Case: 15-3160 Page: 6 Date Filed: 02/29/2016 Entry ID: 4372480

Account Number
214-366-4830-507-5
July 23, 2001

# Southwestern Bell



**For Your Information** (Continued)

August 1, 2001. These changes do not affect your current rates or plans. Future changes to these Terms will be disclosed at www.sbc.com and in an update of the Terms sent via your bill.

**Service Charges**

**Monthly Service Charges**

| | Type of Service | Period | Qty | |
|---|---|---|---|---|
| 3 | Switched Toll Free | 07/11-08/10 | 1 | 5.00 |
| | Total Monthly Service Charges | | | 5.00 |
| | Total Service Charges | | | 5.00 |

**Call Charges**

**Calls for 214-366-4830**
**Domestic**

| Item | Date | Time | Place Called | | Area | Number | Rate* | Min | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 05/22 | 03:02PM | HOUSTON | TX | 713 | 552-9559 | DC | 1:00 | .07 | Toney |
| 5 | 05/22 | 03:03PM | HOUSTON | TX | 713 | 552-9559 | DC | 1:00 | .07 | |
| 6 | 06/08 | 02:18PM | WEATHERFD | TX | 817 | 599-6591 | DC | 2:48 | .20 | |
| 7 | 06/08 | 02:29PM | CLEBURNE | TX | 817 | 558-1639 | DC | :30 | .04 | |
| 8 | 06/08 | 02:57PM | CLEBURNE | TX | 817 | 558-1639 | DC | 3:36 | .25 | |
| 9 | 06/08 | 03:02PM | WEATHERFD | TX | 817 | 594-4208 | DC | 1:06 | .08 | |
| 10 | 06/08 | 03:14PM | WEATHERFD | TX | 817 | 594-4208 | DC | 6:30 | .46 | |
| 11 | 06/08 | 03:32PM | WEATHERFD | TX | 817 | 594-4208 | DC | 1:48 | .13 | |
| [redacted] | | | | | | | | | | Nelson |
| 13 | 06/13 | 10:47AM | FORT WORTH | TX | 817 | 336-1000 | DC | 1:42 | .12 | Toney |
| 14 | 06/13 | 02:28PM | HUNTSVILLE | TX | 936 | 295-6371 | DC | 1:36 | .11 | |
| 15 | 06/13 | 02:45PM | FORT WORTH | TX | 817 | 534-1826 | DC | :30 | .04 | |
| 16 | 06/13 | 02:58PM | KANSASCITY | MO | 816 | 300-0000 | DC | :30 | .04 | |
| 17 | 06/14 | 12:53PM | OWENSBORO | KY | 270 | 683-5001 | DC | :42 | .05 | |
| 18 | 06/14 | 01:05PM | FRANKFORT | KY | 502 | 227-2142 | DC | :48 | .06 | |
| 19 | 06/14 | 01:12PM | AUSTIN | TX | 512 | 497-4961 | DC | 1:30 | .11 | |
| 20 | 06/14 | 01:41PM | AUSTIN | TX | 512 | 497-4961 | DC | :48 | .06 | |
| 21 | 06/14 | 02:29PM | EULESS | TX | 817 | 282-1911 | DC | :36 | .04 | |
| 22 | 06/14 | 02:31PM | FORT WORTH | TX | 817 | 332-5575 | DC | :42 | .05 | |
| 23 | 06/15 | 10:25AM | FRANKFORT | KY | 502 | 227-2142 | DC | 2:06 | .15 | |
| 24 | 06/15 | 12:59PM | FORT WORTH | TX | 817 | 332-5575 | DC | :30 | .04 | |
| 25 | 06/15 | 01:17PM | AUSTIN | TX | 512 | 450-0188 | DC | :30 | .04 | |
| 26 | 06/15 | 02:13PM | FORT WORTH | TX | 817 | 332-5575 | DC | 9:12 | .64 | |
| 27 | 06/15 | 03:07PM | FORT WORTH | TX | 817 | 332-5575 | DC | :36 | .04 | |
| 28 | 06/19 | 10:40AM | LUBBOCK | TX | 806 | 535-3345 | DC | :48 | .06 | |
| 29 | 06/19 | 12:08PM | HENDERSON | KY | 270 | 830-6500 | DC | 1:48 | .13 | |
| 30 | 06/19 | 12:11PM | KANSASCITY | MO | 816 | 512-5066 | DC | 3:06 | .22 | |
| 31 | 06/19 | 12:17PM | HOUSTON | TX | 832 | 483-0884 | DC | 2:18 | .16 | |
| 32 | 06/19 | 01:31PM | CEDAR VLY | TX | 512 | 301-5100 | DC | :42 | .05 | |
| 33 | 06/19 | 01:32PM | LUBBOCK | TX | 806 | 535-3345 | DC | :30 | .04 | |
| 34 | 06/20 | 11:40AM | FORT WORTH | TX | 817 | 921-3431 | DC | 4:54 | .34 | |
| 35 | 06/20 | 12:39PM | GAINESVL | TX | 940 | 665-0701 | DC | :30 | .04 | |
| 36 | 06/21 | 11:08AM | FORT WORTH | TX | 817 | 921-3431 | DC | 1:24 | .10 | |
| 37 | 06/22 | 11:57AM | FORT WORTH | TX | 817 | 921-3431 | DC | 1:24 | .10 | |
| 38 | 06/26 | 02:54PM | FORT WORTH | TX | 817 | 332-5575 | DC | :36 | .04 | |
| 39 | 06/27 | 04:24PM | KANSASCITY | MO | 816 | 300-0000 | DC | 1:36 | .11 | |

SWBell Long Distance
Billing Questions:
1-888-560-9399

Nelson

$ 1.79

[redacted]

[redacted]

[redacted]

CARRIER No. 1 Lane 039

Attendant 5295

11:23 am [redacted]

CASH RECEIPT

Vehicle Class: 1 [redacted]

THANK YOU

---

[redacted] [redacted]

... for eating at McDonald's
6350 ...ksboro Hwy.
[redacted] 81. 237-7245

THANK YOU

LAKE WORTH TEL# 8172377245
L3 KS#01 [redacted] 15:29

**Order #169 EAT IN**

| | |
|---|---|
| 1 BLHMC... | 2.44 |
| 1 H OR P | 1.05 |
| SUB TOTAL | 3.49 |
| EAT IN TAX | 0.29 |
| [redacted] | |
| CASH TENDERED | 10.00 |
| CHANGE | 6.22 |

---

THANK YOU FOR
CHOOSING KFC
PIZZA HUT
817-367-0308
David R. Manager

[redacted]

Order# 0253 [redacted]

Order was for IN 2:38:07 PM
Register: COUNTER2
Server/Cashier: 3312/3312
Customer:

| | | |
|---|---|---|
| 1 KFC3MX 3 PC | $ | 2.81 |
| MASH | $ | .99 |
| 1 PEP 20 | $ | 1.09 |

Sub Total: 4.89
Sales Tax: 0.40
Amount [redacted]
Amount Tendered: 6.00
Change: 0.71

THANK YOU VERY MUCH!
Come Back Again Soon!

---

[redacted]

ORDER 84
DINE IN

[redacted]

SUBTOTAL
TAX

TOTAL [redacted]
CASH 6.00
CHANGE .61
Open 24 Hours

Fri & Sat
DUPLICATE !!
Wed Aug 29 10:14 ...

[redacted]

[redacted]

[redacted]

Pg 5

| | | |
|---|---|---|
| ► **Current Charges for Account 423080110 thru Jul 10** | Invoice #07126219 | |
| Long Distance Calls | 5.74 | |
| Domestic Foncard℠ Calls | 24.49 | |
| Total Itemized Calls | | 30.23 |
| CARRIER UNIVERSAL SERVICE CHARGE | 3.57 | |
| SINGLE BILL FEE | 1.50 | |
| PROPERTY TAX ALLOCATION | .39 | |
| SPRINT 7 CENTS ANYTIME | 5.95 | |
| Total Other Charges | | 11.41 |
| ► **Sprint Current Charges (before taxes)** | | **41.64** |
| Federal Tax | 1.22 | |
| State and Local Taxes | .69 | |

Sprint
Billing Questions:
1-800-467-7746

**Itemized Calls**

| | Item | Date | Time | Place Called | | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Sprint Calls for 816-221-2551** | | | | | | | | |
| nelson — | 1 | 06/13 | 12:55PM | DALLAS | TX | 214 | 366-4935 | D | 3.0 | .21 |
| | 2 | 06/20 | 11:31AM | LANSING | KS | 913 | 727-2223 | D | 1.0 | .07 |
| | 3 | 06/20 | 11:33AM | LANSING | KS | 913 | 727-2231 | D | 2.0 | .14 |
| | 4 | 06/27 | 10:41AM | ST LOUIS | MO | 314 | 244-2456 | D | 2.0 | .24 |
| | 5 | 06/29 | 11:06AM | LANSING | KS | 913 | 727-2231 | D | 1.0 | .07 |
| | | **Total for 816-221-2551** | | | | | | | **9.0** | **.73** |
| | | **Sprint Calls for 816-221-4588** | | | | | | | | |
| | 6 | 06/11 | 10:25AM | LAWRENCE | KS | 785 | 864-5571 | D | 1.0 | .07 |
| nelson — | 7 | 06/11 | 11:18AM | LANSING | KS | 913 | 727-3246 | D | 2.0 | .14 |
| | 8 | 06/20 | 03:15PM | JACKSON | WY | 307 | 739-1870 | D | 2.0 | .14 |
| | 9 | 06/20 | 04:00PM | ST LOUIS | MO | 314 | 615-1517 | D | 1.0 | .12 |
| | 10 | 06/21 | 12:07PM | ST LOUIS | MO | 314 | 612-4866 | D | 1.0 | .12 |
| nelson — | 11 | 06/28 | 12:08PM | DALLAS | TX | 214 | 366-4830 | D | 40.0 | 2.80 |
| | 12 | 07/05 | 03:20PM | JACKSON | WY | 307 | 739-1870 | D | 3.0 | .21 |
| | 13 | 07/06 | 03:20PM | BEAUMONT | TX | 409 | 659-6943 | D | 3.0 | .21 |
| | 14 | 07/06 | 03:48PM | GALLATIN | MO | 660 | 663-3034 | L | 1.0 | .12 |
| | 15 | 07/06 | 03:49PM | GALLATIN | MO | 660 | 663-3134 | L | 9.0 | 1.08 |
| | | **Total for 816-221-4588** | | | | | | | **63.0** | **5.01** |
| | | ► **Total Itemized Calls for Sprint** | | | | | | | **72.0** | **5.74** |

**Detail of: Sprint Foncard℠ Charges**

| Item | Date | Time | Place Called | | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | **Sprint Foncard℠ 816-221-2551** | | | | | | | | |
| 16 | 07/07 | 01:48PM | P KANSASCI | KS | 913 | 432-8205 | DC | 4.0 | |
| | CLG CRD FROM | | JACKSON | WY | 307 | 733-8956 | | | 3.61 |
| 17 | 07/07 | 09:26PM | KANSASCITY | KS | 913 | 432-8205 | EC | 6.0 | |
| | CLG CRD FROM | | DUBOIS | WY | 307 | 455-3813 | | | 4.53 |
| 18 | 07/08 | 09:36PM | KANSASCITY | KS | 913 | 432-8205 | EC | 7.0 | |
| | CLG CRD FROM | | DUBOIS | WY | 307 | 455-3813 | | | 5.12 |
| 19 | 07/09 | 05:11PM | KANSASCITY | MO | 816 | 472-9494 | DC | 4.0 | |
| | CLG CRD FROM | | DUBOIS | WY | 307 | 455-3811 | | | 3.35 |
| 20 | 07/10 | 01:47PM | KANSASCITY | MO | 816 | 472-9494 | DC | 4.0 | |
| | CLG CRD FROM | | DUBOIS | WY | 307 | 455-3811 | | | 3.35 |
| 21 | 07/10 | 10:23PM | KANSASCITY | KS | 913 | 432-8205 | EC | 6.0 | |
| | CLG CRD FROM | | DUBOIS | WY | 307 | 455-3813 | | | 4.53 |
| | ► **Sprint Foncard℠ Total 816-221-2551** | | | | | | | **31.0** | **24.49** |