No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 28A**

---


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 28
# Part A

FROM : CPIES PHONE NO. : 2153664935 Mar. 28 2001 12:31PM P2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CHARLES E. WHITTAKER COURTHOUSE
OFFICE OF THE CLERK

March 19, 2001

PATRICIA L. BRUNE
CLERK OF COURT

REPLY TO:
( ) ROOM 1510 U.S. COURTHOUSE KANSAS CITY, MO. 64106
( ) ROOM 2710 U.S. COURTHOUSE KANSAS CITY, MO. 64106
( ) ROOM 310 U.S. COURTHOUSE JEFFERSON CITY, MO. 65101
( ) ROOM 1400 U.S. COURTHOUSE SPRINGFIELD, MO. 65806

Tena Francis
C.P.I. E. S.
3530 Forest Lane #314
Dallas, TX 75234

Re: Voucher for Investigative Work in U. s. V. Nelson, 99-303-01-CR-W-2

Dear Ms. Francis:

I am returning your voucher for additional information in an effort to save time by not waiting for your return call first. I spoke with Susan Hunt about some of the things and she asked me to ask you to call her when I heard from you so if I have not received a call from you by the time you receive this, please call her. I am also enclosing a new for so that you can use it for future claims.

First, our maximum rate for investigators in a death penalty case is $45.00 per hour. Unfortunately, since this is Susan's first death penalty case she was not aware of this. I believe the rate will net you about the same amount since you can bill $45.00 per hour for all your time. It is not possible for me to pay two different rates in our system. I have also observed that you have most of your time in even hours. Work does not usually happen that way. You should bill in tenths of hours . This will enable you to "fine tune" your time to within six minutes of actual time rather than rounding off. You may bill us for expenses such as travel time, meals, lodging, etc. When you travel you should indicate the time of departure and arrival for air travel and hours and number of miles for car travel. Remember to always indicate where you traveled from as well as where to, for instance the travel for 2/15 and 2/16 both indicate the same place but the mileage is a difference of 50 miles. If you will separate the travel from interviews, that will also help and list the number of miles with the entry for the day rather than at the end of the claim. All travel expense such as lodging and food claimed for reimbursement require receipts (in the case of food, restaurant checks not credit card receipts).

If you have any questions, please do not hesitate to call me at 816-512-5066.

Yours very truly,

Ann Busterud

Ann Busterud
CJA Administrator

encl.

P.S. No need to do this all over just make notes on corrections

*will have to go to 8th Circuit abt a month or 5 weeks [illegible] for travel [illegible] time starts + finish

CLERK U.S.DISTRICT COURT
Exhibits:
P 36A
Case No. 4:04-CV-08005-FJG

Appellate Case: 15-3160 Page: 3 Date Filed: 02/29/2016 Entry ID: 4372480

CJA 31 (3/94)

# DEATH P[illegible]ALTY PROCEEDINGS: *EX PARTE* RE[illegible]UEST FOR AUTHORIZATI[illegible] AND VOUCHER FOR EXPERT AND [illegible]HER SERVICES

P36A-0002
D12125

1. JURISDICTION: [X] DISTRICT COURT 2 / [ ] COURT OF APPEALS 3
2a. DISTRICT COURT DOCKET NO.: 99-00303-01-CR-W-2
2b. COURT OF APPEALS DOCKET NO.:
3. FOR (DISTRICT/CIRCUIT): West Dst MO
4. LOC. CODE:
5. CASE CODE:
6. CHARGE/OFFENSE (U.S. or other code citation): Capital murder 18usc 2241
7. IN THE CASE OF: USA vs. Keith Nelson
8. PERSON REPRESENTED (FULL NAME): Keith Dwayne Nelson
9. PERSON REPRESENTED (STATUS): 1 [X] DEFENDANT 2 [ ] HABEAS PETITIONER 3 [ ] APPELLANT 4 [ ] APPELLEE 5 [ ] OTHER
10. PROCEEDINGS FOR WHICH SERVICES ARE REQUESTED (DESCRIBE BRIEFLY): Capital trial
11. TYPE OF SERVICES REQUESTED: 1 [X] INVESTIGATOR 2 [ ] INTERPRETER 3 [ ] PSYCHOLOGIST 4 [ ] PSYCHIATRIST 5 [ ] POLYGRAPH 6 [ ] DOCUMENTS 7 [ ] FINGERPRINT 8 [ ] ACCOUNTANT 9 [ ] CALR 10 [ ] CHEMIST 11 [ ] BALLISTICS 12 [ ] OTHER
12. SERVICES TO BE PROVIDED BY (Name, organization, address, area code, telephone no.) Tena Francis 214-366-4830 C.P.I.E.S. 3530 Forest LN #314, Dallas, TX 75234

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES. Use additional sheets if necessary. (If requesting psychiatrist or psychologist see instructions for Item 13.) If similar services have been sought on behalf of the person represented in any prior proceeding, attach a description of those services, including amounts expended.

Mitigation/social history investigation, including records collection, research, witness interviews, and consultation

14. ATTORNEY'S STATEMENT
As the attorney for the person who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request
[ ] Authorization to obtain the service or
[ ] Approval of services already obtained to be paid for by the United States from the Defender Services appropriation.
(Note: Prior authorization should be obtained for services in excess of $300).

[signature] 3-14-01
SIGNATURE OF ATTORNEY DATE
TELEPHONE NO. 816-221-4588
1 [ ] FPD 2 [X] PANEL ATTORNEY 3 [ ] RETAINED ATTY. 4 [ ] PRO-SE

15. ESTIMATED COMPENSATION (Describe basis, i.e., hourly or daily rate or fixed rate fee)
$60/hr investigation
$30/hr travel, report writing, records collection
$

16. COURT ORDER
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 14 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER DATE

## CLAIM FOR SERVICE

17. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 18 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a **separate** voucher for **each** stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDINGS | |
|---|---|---|---|---|---|
| a [X] Pre-Trial | e [ ] Appeal | g [ ] Habeas Petition | k [ ] Petition for Supreme Court Writ of Certiorari | l [ ] Stay of Execution | o [ ] Other (Please attach description of Proceeding) |
| b [ ] Trial | f [ ] Petition for Supreme Court Writ of Certiorari | h [ ] Evidentiary Hearing | | m [ ] Appeal of Denial of Stay | |
| c [ ] Sentencing | | i [ ] Dispositive Motions | | n [ ] Petition for Writ of Certiorari to Supreme Court Regarding Denial of Stay | |
| d [ ] Other Post Trial | | j [ ] Appeal | | | |

18. ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED (Include dates and duration of services and basis of compensation claimed. Attach receipts for expenses incurred. Use additional sheets if necessary.)

See attached Statement

A. TOTAL COMPENSATION $ 5,985.00
B. TOTAL EXPENSES $ 94.25
C. TOTAL AMOUNT CLAIMED $ 6,079.25

19. CLAIMANT'S CERTIFICATION FOR PERIOD 11-30-00 TO 2-14-01
F [ ] FINAL PAYMENT I [X] INTERIM PAYMENT NO. 1
S [ ] SUPPLEMENTAL PAYMENT
I hereby certify that the above claim is correct and that I have NOT claimed or received payment from any other source for the services rendered and claimed on this voucher.

[signature: Tena B Francis]
SIGNATURE OF CLAIMANT DATE

20. CERTIFICATION OF ATTORNEY
I hereby certify that these services werre rendered.

[signature] 3-14-01
ATTORNEY'S SIGNATURE DATE

## APPROVED FOR PAYMENT

21(a). Either the cost of these does not exceed $300, or prior authorization was obtained.

SIGNATURE OF PRESIDING JUDICIAL OFFICER DATE JUDGE CODE

21(b). Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost exceeds $300.

SIGNATURE OF PRESIDING JUDICIAL OFFICER DATE JUDGE CODE

21(c). Services procured in accordance with Federal public defender general budget authority.

SIGNATURE OF FEDERAL PUBLIC DEFENDER DATE

22. AMOUNT APPROVED/CERT.
A. COMPENSATION $
B. EXPENSES $
C. TOTAL AMOUNT APPROVED/CERTIFIED $

23. NAME OF PAYEE: C.P.I.E.S.
24. PAYEE'S ADDRESS (Include city, state & zip code): 3530 Forest LN # 314, Dallas, TX 7
25. PAYEE'S SOC. SEC. NO. OR EMPLOYER ID NO.: 75-2912651
26. ATTORNEY'S NAME AND ADDRESS (Include city, state, & zip code): Susan Hunt 819 Walnut Kansas

Appellate Case: 15-3160 Page: 4 Date Filed: 02/29/2016 Entry ID: 4372480

*Cap al Punishment Investig ion*
*& Educational Services*
*3530 Forest Lane #314*
*Dallas TX 75234*

Federal ID# 75-2912651

March 6, 2001

Invoice submitted to:

Susan Hunt

Attorney at Law
819 Walnut
Kansas City MO 64106

In Reference To:Keith Nelson
Invoice #10005

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/30/00 | Report writing: social history narrative and life history chronology | 8.00<br>30.00/hr | 240.00 |
| 12/1/00 | Report writing: research and write life history chronology | 3.00<br>30.00/hr | 90.00 |
| 1/26/01 | Review case materials | 3.00<br>60.00/hr | 180.00 |
| | Report writing: social history narrative and life history chronology | 2.00<br>30.00/hr | 60.00 |
| 1/31/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/1/01 | Report writing: social history narrative and life history chronology | 6.00<br>30.00/hr | 180.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/1/01 | Telephone conference with attorney and witness N. Nelson | 0.50<br>60.00/hr | 30.00 |
| | Report writing | 0.50<br>30.00/hr | 15.00 |
| 2/5/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/6/01 | Report writing: social history narrative and life history chronology | 3.00<br>30.00/hr | 90.00 |
| 2/7/01 | Report writing: social history narrative and life history chronology | 4.00<br>30.00/hr | 120.00 |
| 2/12/01 | Review case materials: life history records and FBI reports | 2.00<br>60.00/hr | 120.00 |
| 2/14/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/15/01 | Round trip travel Dallas to White Settlement, TX | 2.00<br>30.00/hr | 60.00 |
| | Witness interviews: M. Griffin, R. Reese; | 5.00<br>60.00/hr | 300.00 |
| | Schedule witness interviews | | |
| 2/16/01 | Round trip travel to Fort Worth and White Settlement | 5.00<br>30.00/hr | 150.00 |
| | Witness interviews: L. Griffin, M. Griffin, R. Monroe, J. Walker | 5.50<br>60.00/hr | 330.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/16/01 | T/C attorney S. Hunt;<br><br>Review case materials | 2.50<br>60.00/hr | 150.00 |
| 2/19/01 | Report writing: witness interviews | 4.00<br>30.00/hr | 120.00 |
| | T/C attorney S. Hunt;<br><br>Schedule travel and witness interviews | 0.70<br>60.00/hr | ~~45.00~~ 42.00 |
| 2/21/01 | Travel: Dallas to Kansas City (flight delayed) | 4.50<br>30.00/hr | 135.00 |
| | Review case materials: life history records;<br><br>Meeting with attorney S. Hunt;<br><br>Meeting with client at CCA prison;<br><br>Meeting with warden and officials at CCA;<br><br>Meeting with attorneys S. Hunt and P. Berrigan | 6.20<br>60.00/hr | ~~375.00~~ 372.00 |
| | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| 2/22/01 | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| | Interview of client at CCA prison;<br><br>T/C attorney S. Hunt;<br><br>Witness interview: N. Nelson | 14.00<br>60.00/hr | 840.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/23/01 | Meeting with attorney S. Hunt;<br><br>Review case materials;<br><br>Meeting with witnesses N. Nelson and P. Nelson;<br><br>Change of venue hearing | 6.20<br>60.00/hr | ~~375.00~~<br>372.00 |
| | Travel Kansas City to Dallas | 4.00<br>30.00/hr | 120.00 |
| 2/28/01 | Round trip travel to White Settlement, TX | 2.50<br>30.00/hr | 75.00 |
| | Efforts to locate witnesses via phone calls: M. Bassett, Juvenile Probation Office;<br><br>Efforts to locate witnesses via personal contact: go to Brewer High School and former address of client;<br><br>Witness interviews: R. Vines, G. Monroe, G. Hawk | 7.00<br>60.00/hr | 420.00 |
| 3/1/01 | Report writing: R. Vines and G. Monroe interviews | 2.50<br>30.00/hr | 75.00 |
| | Plan investigation;<br><br>Efforts to identify domestic violence shelters in Sacramento, California in order to obtain records;<br><br>Efforts to locate witness via phone calls: client's juvenile probation officer | 3.00<br>60.00/hr | 180.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/1/01 | Records collection efforts: second request to Child Protective Services: complete release form, submit requested information | 0.50<br>30.00/hr | 15.00 |
| 3/2/01 | Report writing: witness interviews: G. Monroe, M. Warren | 2.00<br>30.00/hr | 60.00 |
| | Attempts to locate witnesses via phone calls: T. Castillo, B. Joplin; | 1.50<br>60.00/hr | 90.00 |
| | Telephone interview of witnesses: M. Monroe, B. Joplin | | |
| | Meeting with attorneys S. Hunt and P. Berrigan and expert witness M. Cunningham (in Albuquerque) | 2.00<br>60.00/hr | 120.00 |
| 3/5/01 | Review records: juvenile, TYC | 4.00<br>60.00/hr | 240.00 |
| | Report writing: witness interview: G. Monroe | 0.50<br>30.00/hr | 15.00 |
| | Records collection efforts: phone calls, write and submit letters of request: Women's Shelter, Child Protective Services in California | 2.00<br>30.00/hr | 60.00 |
| | For professional services rendered | ~~136.25~~<br>134.5 | ~~$5,985.00~~<br>$5,974.00 |
| | Additional charges: | | |
| 2/15/01 | 120 miles: round trip to Fort Worth and White Settlement | | 39.00 |
| 2/16/01 | 170 miles: round trip travel to Fort Worth and White Settlement | | 55.25 |

| | Amount |
|---|---|
| Total costs | $94.25 |
| Total amount of this bill | ~~$6,079.25~~ 6,070.25 |
| Balance due | ~~$6,079.25~~ 6,070.25 |

P36A-0009

Rec'd 4/13 from Cir 4/23/01 Budget Spd sheet E&V 4/23

**CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-98)** Proc 4/30/01

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| MOW | Keith D. Nelson | 01MOW197 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:99-08303-01 | | |

7. IN CASE/MATTER OF *(Case Name)*: US v Keith D Nelson

8. TYPE PERSON REPRESENTED: ☒ Adult Defendant ☐ Appellant ☐ Other: ☐ Habeas Petitioner ☐ Appellee

9. REPRESENTATION TYPE: ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital) ☒ D2 Federal Capital Prosecution ☐ D4 Other (Specify)

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2241(F)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ ______ OR
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of Attorney [signature] Date 4-10-01

☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC MO 64106
Telephone Number:

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** *(See Instructions)*
Mitigation Investigation

**13. TYPE OF SERVICE PROVIDER**
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer *(Hardware/Software/Systems)*
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☒ Mitigation Specialist
23 ☐ Duplication Services *(See Instructions)*
24 ☐ Other *(Specify)*

**14. COURT ORDER** Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order ______ Nunc Pro Tunc Date ______
Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO

**15. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION: a. ☒ Pre-Trial b. ☐ Trial c. ☐ Sentencing d. ☐ Other Post Trial e. ☐ Appeal f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS: g. ☐ Habeas Petition h. ☐ Evidentiary Hearing i. ☐ Dispositive Motions j. ☐ Appeal k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING: l. ☐ Stay of Execution m. ☐ Appeal of Denial of Stay n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay o. ☐ Other

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 6,957.00 | 6957.00 | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | 492.70 | 293.50 | |
| c. Other Expenses | | 205.00 | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $ 7,449.70 | 7455.50 | |

17. PAYEE'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Capital Punishment Investigation Educational Services
3530 Forest Lane #314
Dallas Tx 75234
TIN:
Telephone Number: 214-366-4830

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 11/30/00 TO 3/09/01
CLAIM STATUS ☐ Final Payment ☒ Interim Payment Number 1 ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.
Signature of Claimant/Payee [signature] Date Mar 31, 01

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.
Signature of Attorney [signature] Date 4-10-01

## APPROVED FOR PAYMENT — COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | 7455.50 |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer [signature] Date 4-16-01 Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | 7455.50 |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ ______
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) [signature] Date 18 April 01 Judge Code

CLERK U.S.DISTRICT COURT
Exhibits:
P 36A
Case No. 4:04-CV-08005-FJG

*Capital Punishment Investigation*
*& Educational Services*
*3530 Forest Lane #314*
*Dallas TX 75234*

[redacted] [redacted]

March 29, 2001

Invoice submitted to:

Susan Hunt

Attorney at Law
819 Walnut
Kansas City MO 64106

In Reference To:Keith Nelson
Invoice #10006

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/30/00 | Report writing: social history narrative and life history chronology | 8.00<br>30.00/hr | 240.00 |
| 12/1/00 | Report writing: research and write life history chronology | 3.00<br>30.00/hr | 90.00 |
| 1/26/01 | Review case materials | 3.00<br>60.00/hr | 180.00 |
| | Report writing: social history narrative and life history chronology | 2.00<br>30.00/hr | 60.00 |
| 1/31/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/1/01 | Report writing: social history narrative and life history chronology | 6.00<br>30.00/hr | 180.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/1/01 | Telephone conference with attorney and witness N. Nelson | 0.50<br>60.00/hr | 30.00 |
| | Report writing | 0.50<br>30.00/hr | 15.00 |
| 2/5/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/6/01 | Report writing: social history narrative and life history chronology | 3.00<br>30.00/hr | 90.00 |
| 2/7/01 | Report writing: social history narrative and life history chronology | 4.00<br>30.00/hr | 120.00 |
| 2/12/01 | Review case materials: life history records and FBI reports | 2.00<br>60.00/hr | 120.00 |
| 2/14/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/15/01 | Round trip travel Dallas to White Settlement, TX | 2.00<br>30.00/hr | 60.00 |
| | Witness interviews: M. Griffin, R. Reese; | 5.00<br>60.00/hr | 300.00 |
| | Schedule witness interviews | | |
| 2/16/01 | Round trip travel to Fort Worth and White Settlement | 5.00<br>30.00/hr | 150.00 |
| | Witness interviews: L. Griffin, M. Griffin, R. Monroe, J. Walker | 5.50<br>60.00/hr | 330.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/16/01 | T/C attorney S. Hunt;<br><br>Review case materials | 2.50<br>60.00/hr | 150.00 |
| 2/19/01 | Report writing: witness interviews | 4.00 ✓<br>30.00/hr | 120.00 |
| | T/C attorney S. Hunt;<br><br>Schedule travel and witness interviews | 0.70<br>60.00/hr | 42.00 |
| 2/21/01 | Travel: Dallas to Kansas City (flight delayed) | 4.50 ✓<br>30.00/hr | 135.00 |
| | Review case materials: life history records;<br><br>Meeting with attorney S. Hunt;<br><br>Meeting with client at CCA prison;<br><br>Meeting with warden and officials at CCA;<br><br>Meeting with attorneys S. Hunt and P. Berrigan | 6.20<br>60.00/hr | 372.00 |
| | Round trip travel Kansas City to Leavenworth | 1.00 ✓<br>30.00/hr | 30.00 |
| | Report writing: R. Monroe, J. Walker interviews | 4.00 ✓<br>30.00/hr | 120.00 |
| 2/22/01 | Round trip travel Kansas City to Leavenworth | 1.00 ✓<br>30.00/hr | 30.00 |
| | Interview of client at CCA prison;<br><br>T/C attorney S. Hunt;<br><br>Witness interview: N. Nelson | 14.00<br>60.00/hr | 840.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/22/01 | Records collection efforts: CPS, TYC records | 0.40 ✓ 30.00/hr | 12.00 |
| | Witness interview: T. Shortie | 1.00 60.00/hr | 60.00 |
| 2/23/01 | Meeting with attorney S. Hunt; Review case materials; Meeting with witnesses N. Nelson and P. Nelson; Change of venue hearing | 6.20 60.00/hr | 372.00 |
| | Travel Kansas City to Dallas | 4.00 ✓ 30.00/hr | 120.00 |
| 2/26/01 | Records collection efforts: women's shelter records | 1.00 ✓ 30.00/hr | 30.00 |
| | Report writing: G. Hawks, T. Shortie interviews | 2.60 ✓ 30.00/hr | 78.00 |
| | Witness interview: G. Hawks; Efforts to locate witnesses via phone calls: FBI reports | 2.30 60.00/hr | 138.00 |
| 2/28/01 | Round trip travel to White Settlement, TX | 2.50 ✓ 30.00/hr | 75.00 |
| | Efforts to locate witnesses via phone calls: M. Bassett, Juvenile Probation Office; Efforts to locate witnesses via personal contact: go to Brewer High School and former address of client; | 7.00 60.00/hr | 420.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Witness interviews: R. Vines, G. Monroe, G. Hawk | | |
| 3/1/01 | Report writing: R. Vines and G. Monroe interviews | 2.50<br>30.00/hr | 75.00 |
| | Plan investigation;<br><br>Efforts to identify domestic violence shelters in Sacramento, California in order to obtain records;<br><br>Efforts to locate witness via phone calls: client's juvenile probation officer | 3.00<br>60.00/hr | 180.00 |
| | Records collection efforts: second request to Child Protective Services: complete release form, submit requested information | 0.50<br>30.00/hr | 15.00 |
| 3/2/01 | Report writing: witness interviews: G. Monroe, M. Warren | 2.00<br>30.00/hr | 60.00 |
| | Attempts to locate witnesses via phone calls: T. Castillo, B. Joplin;<br><br>Telephone interview of witnesses: M. Monroe, B. Joplin | 1.50<br>60.00/hr | 90.00 |
| | Meeting with attorneys S. Hunt and P. Berrigan and expert witness M. Cunningham (in Albuquerque) | 2.00<br>60.00/hr | 120.00 |
| 3/5/01 | Review records: juvenile, TYC | 4.00<br>60.00/hr | 240.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/5/01 | Report writing: witness interview: G. Monroe | 0.50 ✓ 30.00/hr | 15.00 |
| | Records collection efforts: phone calls, write and submit letters of request: Women's Shelter, Child Protective Services in California | 2.00 ✓ 30.00/hr | 60.00 |
| 3/6/01 | Report writing: client interview | 1.00 ✓ 30.00/hr | 30.00 |
| 3/7/01 | Report writing: life history chronology | 2.70 ✓ 30.00/hr | 81.00 |
| | Plan investigation strategy; | 0.40 60.00/hr | 24.00 |
| | Records collection efforts: women's shelter records, Child Protective Services in California | 2.00 ✓ 30.00/hr | 60.00 |
| 3/8/01 | Report writing: life history chronology | 5.00 ✓ 30.00/hr | 150.00 |
| 3/9/01 | Schedule witness interviews | 0.60 60.00/hr | 36.00 |
| | Records collection: Child Protective Services: forwarded information to attorney requesting signature; | 5.40 ✓ 30.00/hr | 162.00 |
| | Report writing: life history chronology | | |
| | For professional services rendered | 164.50 | $6,957.00 |

97.1 @ 30.00 2913.00
67.4 @ 60.00 4044.00

6957.00

Additional charges:

| | | Amount |
|---|---|---|
| 2/1/01 | Database services | 205.00 |
| 2/15/01 | 120 miles: round trip to Fort Worth and White Settlement | ~~39.00~~ 41.40 |
| 2/16/01 | 170 miles: round trip travel to Fort Worth and White Settlement | ~~55.25~~ 58.65 |
| 2/21/01 | Lodging - Kansas City, Missouri 02/21-02/23 | 193.45 |
| | Total costs | $492.70 |
| | Total amount of this bill | $7,449.70 |
| | Balance due | $7,449.70 |

P36A-0017

# Ca 'tal Punishment Inves ;ation & Educational Services

3530 Forest Lane #314
Dallas, TX 75234

Phone 214-366-4830
Fax 214-366-4935

March 31, 2001

Susan Hunt
Attorney at Law
819 Walnut
Kansas City, MO 64106

Re: Keith Nelson

Dear Ms. Hunt:

Enclosed please our invoice and CJA-31 in reference to the Keith Nelson case. We have made your suggested revisions and we have also included hours and expenses that were not on the previous invoice.

If you have any questions regarding this invoice, do not hesitate to contact our office.

Sincerely,

Dawn Chandler

encl: invoice
CJA-31

Paid 7/13/01 $ 52__ P36A-0018

Appellate Case: 15-3160 Page: 20 Date Filed: 02/29/2016 Entry ID: 4372480

**CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-98)**

1. CIR./DIST./DIV. CODE: MOW
2. PERSON REPRESENTED: Keith D. Nelson
VOUCHER NUMBER:
3. MAG. DKT./DEF. NUMBER:
4. DIST. DKT./DEF. NUMBER: 4:99-00303-01
5. APPEALS DKT./DEF. NUMBER:
6. OTHER DKT. NUMBER:
7. IN CASE/MATTER OF (Case Name): US v. Keith D Nelson
8. TYPE PERSON REPRESENTED: [X] Adult Defendant [ ] Appellant [ ] Other: [ ] Habeas Petitioner [ ] Appellee
9. REPRESENTATION TYPE: [ ] D1 28 U.S.C. § 2254 Habeas (Capital) [ ] D3 28 U.S.C. § 2255 (Capital) [X] D2 Federal Capital Prosecution [ ] D4 Other (Specify)
10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2241 (f)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
[ ] Authorization to obtain the service. Estimated Compensation and Expenses: $ ________ OR
[✓] Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of Attorney ____________ Date ____________

[ ] Panel Attorney [ ] Retained Attorney [ ] Pro-Se [ ] Legal Organization

ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC MO 64106
Telephone Number:

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** *(See Instructions)*
Mitigation Investigation

**13. TYPE OF SERVICE PROVIDER**
01 [X] Investigator
02 [ ] Interpreter/Translator
03 [ ] Psychologist
04 [ ] Psychiatrist
05 [ ] Polygraph
06 [ ] Documents Examiner
07 [ ] Fingerprint Analyst
08 [ ] Accountant
09 [ ] CALR (Westlaw/Lexis, etc.)
10 [ ] Chemist/Toxicologist
11 [ ] Ballistics
13 [ ] Weapons/Firearms/Explosive Expert
14 [ ] Pathologist/Medical Examiner
15 [ ] Other Medical
16 [ ] Voice/Audio Analyst
17 [ ] Hair/Fiber Expert
18 [ ] Computer (Hardware/Software/Systems)
19 [ ] Paralegal Services
20 [ ] Legal Analyst/Consultant
21 [ ] Jury Consultant
22 [X] Mitigation Specialist
23 [ ] Duplication Services (See instructions)
24 [ ] Other (Specify)

**14. COURT ORDER** Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order ____________ Nunc Pro Tunc Date ____________
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
[ ] YES [ ] NO

**15. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. [X] Pre-Trial
b. [ ] Trial
c. [ ] Sentencing
d. [ ] Other Post Trial
e. [ ] Appeal
f. [ ] Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g. [ ] Habeas Petition
h. [ ] Evidentiary Hearing
i. [ ] Dispositive Motions
j. [ ] Appeal
k. [ ] Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. [ ] Stay of Execution
m. [ ] Appeal of Denial of Stay
n. [ ] Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. [ ] Other

## CLAIM FOR SERVICES AND EXPENSES

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | FOR COURT USE ONLY: MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 4588.80 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | 612.11 | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | 5200.91 | | |

**17. PAYEE'S NAME** *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Capital Punishment Investigative Educational Services
3530 Forest Lane #314
Dallas TX 75234
TIN: 75-2912651
Telephone Number: 214-366-4830

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 3/19/01 TO 5/18/01
CLAIM STATUS [ ] Final Payment [✓] Interim Payment Number 2 [ ] Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.
Signature of Claimant/Payee: Sarah Francis Date June 8 '01

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney ____________ Date ____________

## APPROVED FOR PAYMENT — COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. [ ] Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
[ ] In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer ____________ Date ____________ Judge/Mag. Judge Code ____________

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

**28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,**
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ ____________
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) ____________ Date ____________

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

**CRIMINAL DEFENSE / MITIGATION INVESTIGATION**

3530 Forest Lane #314
Dallas, Texas 75234

214-366-4830

## INVOICE

**Federal Tax No. 75-2912651**

**DATE:** June 8, 2001
**CASE:** Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 03/19/01 | Efforts to locate witnesses via phone calls: G. Thompson (landlord) | 2:04 | 2:20 | .27 |
| 05/02/01 | Prepare for trip: review case materials, plan investigation | 9:23 | 11:42 | 2.32 |
| 05/03/01 | Meet with attorney Susan Hunt | 1:16 | 2:02 | .77 |
| 05/03/01 | Witness interview: P. Nelson | 2:34 | 4:20 | 1.7 |
| 05/04/01 | Attempt to locate records at Honor Center (halfway house) | 2:42 | 3:50 | 1.13 |
| 05/04/01 | Attempt to locate records at 7900 Farcite | 3:51 | 5:03 | 1.2 |
| 05/04/01 | Attempt to locate records at probation office | 5:04 | 6:18 | 1.23 |
| 05/05/01 | Review case materials: documents provided by attorney | 8:07 | 10:59 | 2.87 |
| 05/07/01 | T/C witnesses: K. Dillion, B. Morse, M. Smith | 8:11 | 9:35 | 1.28 |



Appellate Case: 15-3160 Page: 21 Date Filed: 02/29/2016 Entry ID: 4372480

Appellate Case: 15-3160 Page: 22 Date Filed: 02/29/2016 Entry ID: 4372480

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/07/01 | Witness interview: G. Romero | 10:04 | 12:18 | 2.23 |
| 05/07/01 | Attempts to locate witnesses: K. Morse, S. Richardson | 1:22 | 2:39 | 1.28 |
| 05/07/01 | Witness interview: N. Nelson | 3:53 | 5:41 | 1.8 |
| 05/07/01 | Contact with M. Nelson; Schedule interviews | 5:43 | 6:33 | .8 |
| 05/07/01 | Witness interview: B. Sutton | 6:43 | 9:25 | 2.7 |
| 05/07/01 | Phone conference with N. Nelson | 9:37 | 10:25 | .8 |
| 05/07/01 | T/C attorney S. Hunt | 10:26 | 10:45 | .3 |
| 05/08/01 | Attempt to locate witnesses: J. Shorshell and C. Shorshell | 7:36 | 8:18 | .7 |
| 05/08/01 | Witness interview: K. Dillion | 9:04 | 12:29 | 3.4 |
| 05/08/01 | Witness interviews: M. Morse, R. Morse (met with J. Morse but did not interview) | 12:30 | 3:24 | 2.9 |
| 05/08/01 | Attempt to interview witness B. Morse | 3:25 | 4:01 | .6 |
| 05/08/01 | Witness interview: K. Morse | 4:41 | 5:47 | 1.1 |
| 05/08/01 | Attempt to locate K. Morse | 5:49 | 6:07 | 0.3 |
| 05/08/01 | Attempt to locate F. Morse | 6:09 | 6:33 | .4 |
| 05/08/01 | Witness interviews: L. Lautrell, T. Lautrell | 6:38 | 8:23 | 1.75 |
| 05/08/01 | Second meeting with M. Morse and R. Morse | 8:34 | 9:46 | 1.2 |
| 05/08/01 | Met with witness J. Morse (but did not interview) | 9:49 | 10:43 | .9 |
| 05/09/01 | Attempt to locate witnesses J. Shorshell and C. Shorshell | 7:58 | 9:19 | .7 |