No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibits 21-23**

---


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 21

**FEDERAL PUBLIC DEFENDER**
WESTERN DISTRICT OF MISSOURI
818 GRAND AVENUE
SUITE 300
KANSAS CITY, MISSOURI 64106

**RAYMOND C. CONRAD, JR.**
FEDERAL PUBLIC DEFENDER

(816) 471-8282
(FAX): (816) 471-8008
(WEB): www.fpdmow.org

September 14, 2000

Susan Hunt
Attorney at Law
819 Walnut, Suite 308
Kansas City, MO 64106

Dear Susan:

I wanted to share my thoughts with regard to mitigation investigation for Keith Nelson. You are already aware of the mitigation investigation that has occurred to date and the following is a non-exhaustive list of mitigation investigation which should be performed in this case. You may wish to share this information with any mitigation specialist that you hire in this case.

1. Interview Keith's mother the second and third time for more background and family information. I only had an initial interview with her.

2. Interview Keith's brother, Steven, who is living in Maryland for background information.

3. Visit Visalia, California to complete a background check while the family lived in that area.

4. In Visalia, the Nelsons were living in a battered woman's shelter of which no one could remember the name. If found, this could be a rich source of family information.

5. Run the civil indices in Visalia, California for information regarding full protection orders and other court or governmental contact with the Nelson family.

6. It is my understanding that Keith's father was arrested in Visalia or Sacramento, California. Information from the police and the Department of Social Services would be of great help in conducting this social history.

7. The Nelson family lived in Visalia other than in the battered woman's shelter and that detail needs to be obtained from Nancy in a second interview.

8. Further investigation needs to be made in Texas. Although a great deal of mitigation investigation was conducted in White Settlement, Texas, it seems that very few people we

were able to locate knew the family. New leads on family contacts need to be cultivated.

9. Contact needs to be made with the juvenile probation officers in Keith's case in White Settlement, Texas.

10. I obtained initial records from Clinton and Butler Missouri with regard to Keith's adult convictions. This information needs to be reviewed and should be a source of investigative leads during the mitigation process.

11. One area which has not been touched with regard to mitigation investigation is the Butler, Missouri area. There should be a number of contacts in that area.

12. Interview Keith's aunt and uncle who live in Amsterdam, MO.

13. Interview school mates and teachers where Keith went to school in Amsterdam, MO.

14. Obtain school records from Amsterdam, MO.

15. Obtain any Missouri Division of Family Services records that may exist with regard to Nancy, Keith or any of the other children. Ascertain if there has ever been a hotline call for child abuse.

16. Obtain records from the juvenile facility in Booneville.

17. Interview staff or former inmates who knew Keith while he was confined.

18. There may be preschool records on Keith and his brother, Kenny, in Sacramento, California.

19. Contact needs to be made with Keith's father so that a complete background interview can be conducted.

20. Interview Jenny Pajula, Keith's old girlfriend, who lives in Butler, Missouri with her mother, Kim Roberts, her brother's name is Kevin.

21. Ascertain if the division of family services in Texas has any records of complaints, etc., on Keith, his mother, or his siblings.

22. A rich source of family history information is located in the John Nelson file that we obtained from his attorney in Fort Worth, Texas. That needs to be reviewed in detail since it may provide other mitigation investigation leads. Also, the transcript from his trial needs to be obtained. I think it will have excellent mitigation information.

Appellate Case: 15-3160 Page: 4 Date Filed: 02/29/2016 Entry ID: 4372484

23. A thorough and complete interview needs to be conducted with Kerri Dillion since she is the girlfriend and mother of Keith's only child.

24. Locate and interview Irene Wood in Fort Worth, Texas. She is the one who helped Nancy and the family move to Texas from California. Nancy stated she may be able to locate Irene's telephone number. I have attempted to locate Irene Wood in Fort Worth, Texas with negative results.

25. Contact Barbara Taylor, who lives in Fort Worth on Santa Monica Street. She owned a bar where Nancy worked for several years. There were a number of allegations that Nancy was involved with numerous men during this time and took them home. She may have information regarding the Nelson family's situation during their stay in White Settlement.

26. Wilma Jean Nelson, (Keith's grandmother), was a witness to Kenneth Morse's abuse and lives at Rt. 1, Box 227, Amsterdam, Missouri (660) 267-3658.

27. Interview Sue Richardson, Kenneth Morse's sister. Nancy should be able to provide the phone number however, her husband John works at Inland Cold Storage and may be part owner of D & J Auto Salvage at (913) 371-6363.

28. Interview George and Sally Nelson who are Keith's aunt and uncle. They live with Wilma in Amsterdam, Missouri.

29. It is very important that medical records be obtained from Children's Mercy Hospital on Keith Nelson. At birth, he was at the hospital for two months. He was born at Providence Hospital and those records need to be obtained. It was my understanding that he had difficulty breathing during this time and was transferred to Children's Mercy.

30. Records from Providence Hospital also need to be obtained since Nancy was at this hospital in late 1975 and early 1976. She was there under an assumed name of Karen Morse but she was there for being abused by her husband.

31. Interview Kathy Henre, Nancy's sister, she lives at 1963 N. 26th Street, Kansas City, Kansas (913) 371-1674. She is also the person that took Nancy to California and may have a memory with regard to locations and names in the Sacramento and Visalia areas.

32. A records check needs to be run in Tulare County Sheriff's Department to see if Kenneth Morse has any record of arrest there. Also, the Sacramento Police Department needs to be checked as well as the local Sheriff's Department.

33. Our interviews indicated that Keith and Kenny attempted to start Hanford Elementary in

Hanford, California. Records need to be obtained from that facility if they exist.

34. Interview Nancy's sister, Mary Smith, who owns Pauls Drive-In at 10th and Osage, Kansas City, Kansas (913) 721-3653.

35. The juvenile officer in Bates County needs to be located and interviewed because he probably has knowledge of Keith.

36. Obtain the school records from the high school in Amsterdam, Missouri on Keith.

During my investigation, information suggested that the boys were abused both physically and/or sexually during their formative years while living in White Settlement, Texas. This abuse came from men who were brought home by Nancy. This has not been confirmed as yet. Also, it was interesting that Keith was placed in a hospital for a long period of time at the time of his birth. This needs to be explored more fully. It would appear that all of the boys with the exception of Steven and Kenny, suffer from a form of mental illness (schizophrenia). It seems prudent that any mitigation investigation must include a psychiatric examination for Keith.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Ronald K. Ninemire
Chief Investigator

RKN:bkb

# LIFE HISTORY CHRONOLOGY
# KEITH NELSON

*Last Updated: May 2, 2001*

| DATE | EVENT (SOURCE OF INFORMATION) |
|---|---|
| **1953** | |
| Jan. 27 | Kenneth Wayne Morse was born to John Morse and Pearl Smith Morse in Illinois. (Nancy Nelson Interview) |
| **1956** | |
| Jan. 29 | Nancy Sue Nelson was born to George Melvin Nelson and Wilma Jean Bowdre Nelson in Kansas City, Kansas. (Nancy Nelson Interview) |
| **1972** | |
| Unknown | Kenneth Morse and Nancy Nelson met and began a common-law relationship. She was 16 years old and he was 19 years old. (PR 010430 and Nancy Nelson's Self History) |
| **1973** | |
| Spring | Nancy became pregnant with her first child during the first year of their relationship. She had recently broke off her relationship with Kenneth due to his violent behavior. After this break up, Nancy learned she was pregnant. She confided the news of the pregnancy to Kenneth's sister, Alice. Kenneth began following Nancy. He would sleep in the woods near her home. Kenneth would hide in the trees near Nancy's house, and on at least one occasion he fired a shot over her car. When a car was fire-bombed, Nancy suspected Kenneth was the arsonist – that he was trying to get her attention. Once during this pregnancy (while Nancy carried Johnny), Nancy broke her leg while she was running from Kenneth. (Nancy Nelson interview) |
| | Donna and her husband, Donald McQueen would sometimes follow Nancy when she |

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

left home, just to see if Kenneth was also following her. Sometimes the family would call the local police, but Kenneth never got into any trouble. Nancy recalls Kenneth was an informant for a Detective Pope (Kansas City, KS P.D.). As an informant, Kenneth was taken care of by the authorities when he mis-behaved. (Nancy Nelson interview)

**1974**

Nancy was terrified of Kenneth. Many times, she rationed that it was less stressful to be with him than to try to hide from him. At least if she was with him, she knew where he was. She returned to him around the time Johnny was born. (Nancy Nelson Interview)

Feb. 20 — Johnny Nelson was born to Nancy Nelson and Kenneth Morse. He was the first of their five children. Nancy moved out of her parent's home, into an apartment. Kenneth moved in with her. The violence intensified. Almost immediately, Nancy became pregnant again. (Nancy Nelson Interview)

Client Pre-natal — Nancy is said to have drank alcohol during her pregnancy with Keith and Kenny. This pregnancy began when Johnny was about a month old. (Nancy Nelson Interview)

Nancy confirmed she was pregnant after passing out at a neighborhood thrift store. Kenneth became immediately suspicious that the baby were not his, telling Nancy "We'll find out who you've been with." Kenneth was so abusive during the months prior to her delivery that she wished she could just die. Nancy "starved" herself, going from 210 pounds at the beginning of the pregnancy to 130 at the time the babies were delivered. (Nancy Nelson interview)

Kenneth did not trust Nancy to be left alone. He nailed all of the windows shut. He usually marked the external doors in some way, so he could tell if Nancy had tried to open then while he was gone. Even with these precautions, Nancy was never left alone. Kenneth paid his mother or little sister to stay with Nancy and "watch her" while he was gone. Or, he took Nancy and Johnny to his mother's house and left them in her care there. (Nancy Nelson interview)

**Nov.23** — **Kenny and Keith Nelson were born** to Nancy Nelson and Kenneth Morse. They are the second and third children born of this relationship. It was while she was in labor that Nancy learned she was carrying twins. (Nancy Nelson Interview)

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

The births were a month premature, with labor the result of Nancy being beaten and kicked in the abdomen by Keith's father. (Kenneth Morse was attempting to cause an abortion or miscarriage.) Both boys had problems at the time of their birth. Kenny weighed 5.4 pounds; Keith weighed 4.5 pounds. Kenneth Wayne stayed at Providence for one month after he was born. Keith was transported to Mercy Hospital because of difficulty breathing. He may have stayed there for two months. (Nancy Nelson Interview)

A week after giving birth to the twins, Kenneth took Nancy home from Providence Hospital. They moved in with his mother. (Nancy Nelson interview)

Nancy stated she called both hospitals as often as she could get to a phone, in order to check on her sons. When Nancy received notice that Keith was ready for discharge, she went to Mercy Hospital and was met by social workers. Nancy recalls the social workers "surrounded" her and told her she needed to give up custody of Keith. They accused her of not ever having come to see Keith during his two months there. (Nancy disputes this, saying she went to the hospital once a week to see Keith.) Nancy refused to give up custody. Keith went home with Nancy, his father, and his brothers. (Nancy Nelson interview)

Keith had few or no breathing problems when he was discharged. His general health improved every day. The doctor never told Nancy what had been wrong with Keith. (Nancy Nelson interview)

Infancy — Nancy and Kenneth Morse moved their family in and out of Kenneth's mother's house. They would leave Pearl Morse's home whenever Kenneth became suspicious that Nancy was sleeping with his brother. Nancy said she was Kenneth's prisoner wherever they went. He continued to be very violent. (Nancy Nelson interview)

Infancy — Kenneth also continued to be possessive. He nailed the windows shut and marked the doors in a way that would allow him to know if Nancy had tried to leave the house. When he left home, Kenneth paid his mother or one of his sisters to stay with Nancy. Nancy was not allowed to leave the house. (Nancy Nelson interview)

## 1975

**Nov. 23** — **1st Birthday**

Infancy — Kenneth was also abusive to the boys. Keith whined a lot, and once Kenneth threatened to place matches between Keith's toes and light them. Nancy intervened

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

on Keith's behalf and was beaten. (Nancy Nelson Interview)

Nancy cut her wrists in an attempt to kill herself. When Kenneth found what she had done, he took her to Indiana to stay with his sister. (Nancy Nelson Interview)

## 1976

Unknown When Nancy was three months pregnant with Paul, Kenneth took her into a field near their home beat and "stomped" her. She could not sit or lie down without pain. The following day, Kenneth's mother convinced him to take Nancy to a hospital, where doctors removed her spleen and gall bladder. Nancy went to this hospital under an assumed name, and Kenneth threatened to take the boys if Nancy told anyone how she sustained the injuries. (Nancy Nelson Interview)

April 16 Paul Nelson was born to Nancy Nelson and Kenneth Morse. He is the fourth of their five children. (Nancy Nelson Interview)

Unknown Kenneth began sniffing turpentine and smoking marijuana. One night she awakened to Kenneth's screams. He believed his arms and legs had fallen off and he demanded she help him. Nancy said she wanted to leave so badly, but instead she pretended to put Kenneth's arms and legs back on his body. (Nancy Nelson interview)

Nancy moved out on her own after Paul was born. One day, Kenneth came into the house, tied Nancy with electric cords, gagged her, and then took the boys. He later came back to the house, untied Nancy and left the children with her. Nancy was afraid Kenneth was outside the house, and so she was scared to leave. Through an open window, she called to a neighbor, who contacted the police. A police officer stayed outside the home, watching for Kenneth, until Nancy's mother came to get her. (Nancy Nelson interview)

Nancy and the babies then stayed with her mother. Kenneth continued to harass Nancy and her family. One day he was in front of the house, and jumped on Nancy's sister's can in an effort to stop Nancy from leaving the house with her sister. Nancy's sister ran over Kenneth with her car, then continued on to the nearby 7-11 store. Kenneth followed them to the store, where he broke out all of the store windows while trying to get to Nancy. Nancy recalls that before it was over, there were police everywhere. (Nancy Nelson interview)

After this incident, Nancy got a house in Highland Crest. She lived there six to eight months before Kenneth discovered where she had moved. He found Nancy and the

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

boys by following her sister when she came to visit Nancy. Kenneth promptly moved in with Nancy and the boys. His violent behavior caused Nancy to lose the house. (Nancy Nelson interview)

They moved back to the home of Kenneth's mother for awhile, then moved to an apartment on Ruby Street, then moved back to Pearl Morse's house. (Nancy Nelson interview)

**Nov. 23** **2nd Birthday**

## 1977

**Nov. 23** **3rd Birthday**

## 1978

Unknown While she was pregnant with Steven, Kenneth made Nancy drink straight whiskey in an effort to abort the baby. (Nancy Nelson interview)

April 22 Steven Nelson was born to Nancy Nelson and Kenneth Morse. He was their fifth and final child together. (Nancy Nelson Interview)

May When Steven was about a month old, Kenneth tried to beat him with a log chain. Kenneth was hitting Nancy with the chain. When she broke free and ran towards the door, Kenneth threatened to hit "this S.O.B.", referring to the baby. Kenneth yelled that the baby was not his child. Nancy lay across Steven just in time to take the hit from the log chain Kenneth had swung. Nancy was hit in the head. She told Kenneth he had just better kill her, because she would be leaving him soon. For the next few months, Kenneth took Johnny with him everywhere he went, because he knew Nancy would not leave without the children. (Nancy Nelson Interview)

June 8 Steven was two months old when Nancy left Kenneth for the last time. Kenneth left the house and failed to take Johnny with him. Although he left his ten year-old sister at the house to watch Nancy, the sister left the house, too. Nancy was terrified, but determined to leave. She fled the house, without grabbing anything but the children. Then, Nancy began walking down the street, hoping Kenneth would not come up on her, with all five children. Nancy carried Steven and Paul. Johnny carried one of the twins, while the other held on to Nancy's leg and walked behind her. They left the house with nothing but the clothes they wore. (Nancy Nelson interview)

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

Nancy was hysterical, fearing she would run into Kenneth whenever she rounded any corner. A woman stopped to pick them up. Nancy crouched down in her car while the woman drove Nancy to the police station. Once there, Nancy challenged the officers, saying they could not throw her into the street with five children. She called her sister, Kathy, who showed up about an hour later. Kathy allowed Nancy and the children to move in with her for a few weeks, while Nancy tried to secure funds for a move. (Nancy Nelson interview)

Nancy had conned Kenneth out of $100, in exchange for a truck title. She had convinced Kenneth she was going to get a place in Kansas City and that she needed the money for the move. (Nancy Nelson interview)

**Nov. 23** **4th Birthday**

**1979**

Unknown Kathy drove Nancy and the children to California to get away from Kenneth. The trip lasted two and a half days. Kathy's car, a Gremlin, gave them trouble during the trip. Their lights went out one night. A kind man at a Chevron station allowed Nancy, Kathy and the children to stay in his garage all night. The next day, they got the car fixed and went on to California. (Nancy Nelson interview)

They headed to California so Nancy could stay with their aunt, Rosie. When they arrived and found Rosie was not home, Kathy took Nancy to their Aunt Jeannie Mae's in Rancho Cordova. Nancy found that she and the five children could not stay there, either, so Kathy took her to a women's shelter. Nancy stayed there until she began receiving welfare benefits. Then, she moved into an apartment in Hanford. (Nancy Nelson interview)

Nancy was working and getting by on government benefits in Hanford. She began to feel safe, as if Kenneth would not ever find her. (Nancy Nelson interview)

Nancy attempted to enroll Kenny and Keith in Kindergarten. Tests revealed they were not ready for school. School staff recommended that the children remain in preschool. (Nancy Nelson Interview)

Unknown Keith was diagnosed with dyslexia (Nancy Nelson Interview).

Unknown Keith witnessed his father being beat by a black man, outside their apartment in California. Keith called the police to break-up the fight (Keith Nelson Interview, 02-

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

Appellate Case: 15-3160 Page: 12 Date Filed: 02/29/2016 Entry ID: 4372484

22-01).

**Nov. 23** **5th Birthday**

## 1980

Unknown Nancy was in California for a couple of years before Kenneth was able to find her. At some point, Nancy and the children stayed in Hanford, California, with an ex-boyfriend and his sister. (Nancy cannot recall their names.) Later, when the man returned to Kansas City to live, he told Kenneth where Nancy was living. Kenneth tracked down Nancy's phone number and called her, saying he was "gonna get" her.

When Kenneth showed up in California, he first stayed in a motel. Kenneth visited the children. Nancy said everything was okay at first, and Kenneth behaved himself. On the day Kenneth's behavior changed, he climbed in through an unlocked window and began knocking Nancy around. Nancy stated she fought Kenneth at first, but as time went on she "became Kenneth's little zombie", doing whatever he wanted. The twins missed school. (Johnny was allowed to attend Kindergarten, but Kenneth did not allow the twins to go to pre-school.)

The pre-school began calling the apartment, as days and days went by without Nancy contacting them. She told Kenneth that eventually the pre-school would send someone out to the house, to see what was wrong and why the children were not coming to school. Nancy convinced Kenneth that they should take Keith and Kenneth Wayne boys to pre-school. He drove her and the four youngest boys to the school. (Johnny was in a different school.) Kenneth stayed in the car with Paul and Steven, and threatened to take off with them if Nancy did anything to alert the authorities when she took the twins into the school. Nancy gathered her nerve and told a young woman at the front room of the preschool to send the police to her house, that she was being held hostage. Then, she went home with Kenneth and their two youngest sons.

The police came right away. The police refused to arrest Kenneth, saying since Nancy did not have any injuries they could not prove Kenneth was being assaultive. They agreed, however, to stay at the house and watch Kenneth while Nancy and the children got away. Nancy called a woman at a local community center, who took Nancy and the children to a shelter in Visala.

Nancy left everything she owned in the Hanford apartment that day. Kenneth was left there to pilfer through her belongings, and so he ended up with all of the boys'

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

baby pictures and birth certificates.

Kenneth was not prosecuted. Nancy and the children stayed at the shelter for one month. Then, her sister and brother-in-law Mary and Harry Smith moved her to Texas. Harry's sister, Irene Wood, worked for a real estate agent and agreed to help the family find affordable housing. Nancy and the boys stayed with the Woods family for a few months, until Irene helped Nancy get Section 8 benefits. (Nancy Nelson interview)

Nancy moved the family to White Settlement, Texas. She received housing and other benefits and moved to Pemberton Court. (Nancy Nelson Interview)

Unknown — Nancy hired Rhonda Reese to baby-sit all five Nelson children. She baby-sat the Nelson children for approximately one year. The Nelson children were exposed to violence in the Reese home. The children were also physically abused (Interview with Rhonda Reese Monroe).

**Nov. 23** — **6th Birthday**

## 1981

May — Keith failed the first grade. (TYC 011016).

**Nov. 23** — **7th Birthday**

## 1982

Unknown — At age four, Steven began attending "speech school" because he did not yet speak. (Nancy Nelson interview)

Nancy began working at a bar and began drinking heavily. The boys were left at night with Rhonda and Billy Reese. (Nancy Nelson interview)

Unknown — Nancy moved in with Bob Bryant. Nancy described Mr. Bryant as an older man who attempted to care for her and her children. He was good to the Nelson family. (Nancy Nelson Interview)

**Nov. 23** — **8th Birthday**

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

Appellate Case: 15-3160 Page: 14 Date Filed: 02/29/2016 Entry ID: 4372484

**1983**

**Nov. 23** **9th Birthday**

Unknown When Rhonda Reese moved away, Nancy had problems finding and keeping a good baby sitter. A boyfriend, Gene ____, stayed with the boys a few times. He abused Johnny in some way and may have been abusive to the other children. (Nancy Nelson Interview)

**1984**

Unknown Nancy's boss (at the bar) put her on the day shift. This eliminated her need for a babysitter, but meant a lot less money. She quit work at the bar and searched for a better job. (Nancy Nelson Interview)

Unknown Nancy began work at the Quick-Sack in White Settlement, TX. She met Janet Walker through this employment. (Interview Janet Walker)

Nancy's shift at the store was 3:00 PM to midnight. Again, Nancy had trouble finding a baby sitter. Johnny, then age 10 - 11, often was in charge of his four younger brothers. Nancy began going out after work. (Nancy Nelson Interview)

**Nov. 23** **10th Birthday**

**1985**

Unknown E.J. Hendricks moved in with Nancy and the boys. Nancy knew Hendricks as a patron of the bar at which she had formerly worked. He needed a place to stay and she needed a baby sitter. So, Nancy allowed Hendricks to stay at her home in return for watching her children. Hendricks became a financial liability when he ran up Nancy's phone bill. He abused Johnny and Keith. When the boys finally told Nancy of the abuse, she sent the children to stay with a friend, Carol Amburgy, instead of calling the police. Nancy wanted Hendricks to stay in her home long enough for her to make an effort to collect the money he owed to her. The boys were upset that Nancy had not reported Hendricks to the police. Hendricks ran off one night while Nancy slept, taking some of her property with him. He was eventually arrested and jailed. (Nancy Nelson interview)

Hendricks beat the Nelson boys every time he was alone with them. He would beat

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

them until their butt was black and blue. He would also force the boys to hold five-gallon buckets of water in each hand, if the boys dropped the bucket they would receive a whipping with a paddle or belt (Keith Nelson Interview, 02-22-01).

**1985-87** After Hendricks left the house, Nancy continued to work the night shift and drank a lot after work. Sometimes she had a baby sitter. Usually, though, the boys were on their own after school and all night. At some point a homeless seventeen year old girl moved in to help out. Johnny, then 11 - 12 years old, contributed some income to the family by working odd jobs. (Nancy Nelson interview)

Unknown Nancy arranged for a neighbor woman to watch over the Nelson children. This women allowed the Nelson boys to place popcicle sticks in her vagina. (Keith Nelson Interview, 02-22-01).

**Nov. 23** **11th Birthday**

## 1986

Unknown Nancy Nelson moved in next door to Mike and Lorie Griffin at Pemberton Court (Griffin Interview). Nancy Nelson claims this was in 1989 (Nancy Nelson Bio)

**Nov. 23** **12th Birthday**

## 1987

May. Keith went to stay the summer with is biological father, Kenneth Morse. It was reported that his father did deal drugs while Keith was with him. Keith and his father did not get along and Keith was sent back to his mother. (PR 011022).

Keith's father was living with Keith's grandmother, Pearl Morse. The home they lived in was nasty and had no running water, according to Keith Nelson. Keith stayed with other family members in Kansas. Keith's grandmother appeared with bruises to her face. Keith's father claimed that Keith inflicted the bruises to his grandmother. This caused a physical confrontation between Keith and his father. Keith grabbed a 2x4 and hit his father in the head, to keep from being beat, because Mr. Morse was much larger. Keith's father grabbed a shovel, Keith ran away (Keith Nelson Interview, 02-22-01).

Aug. Keith failed the fifth grade. (TYC 011015).

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

Appellate Case: 15-3160 Page: 16 Date Filed: 02/29/2016 Entry ID: 4372484

| | |
|---|---|
| **Nov. 23** | **13th Birthday** |
| Unknown | At age thirteen, Keith began wandering off, setting grass fires, stealing, etc. (Nancy Nelson interview) |
| Dec. 14 | Keith was identified as being involved in a burglary of a residence owned by Linda Wellington. The back door of the home was forced open, several Christmas gifts were taken. The value was estimated at $ 200.00 (TYC 011011, PR 010012). |
| Dec.16 | Keith was arrested for the above burglary. (PR 010013) Keith was accused of Arson as well, no record were found of that being a part of the charges (PR 010021). |
| Unknown | Nancy lost her Section 8 Housing because she could not afford to make the repairs required for inspection. She moved to Sussex Street. (Nancy Nelson interview) |

## 1988

| | |
|---|---|
| Unknown | Nancy allowed Fred Crabtree, a man she had met in a bar, move in to help her with the boys. Nancy continued to work a night shift. While she was at work, Crabtree would have Keith, Kenny, and Paul steal tools to sell. Johnny tried to tell Nancy what was going on, but she did not believe him. (Nancy Nelson interview) |
| Jan. 11 | Keith was referred to Mental Health and Mental Retardation for evaluation, as a result of suicidal threats. The MHMR worker is Mike Redd. Nancy did not follow-through with the referral made by MHMR (PR 010144, TYC 011012) . |
| Feb. 9 | Keith Nelson was accused of stealing a bicycle. He was referred in custody and held in Detention for a hold hearing (PR 010025, 010021). |
| Feb. 10 | Keith was court-ordered into the Tarrant County Juvenile Detention Center by referee J. Hudson-Boyde. He was held in Detention pending his adjudication (PR 010030).<br><br>Keith sustained slight injury while being restrained for attempting to flee through open door, TCDC. He was referred to resident nurse, who found redness to both wrist. (PR 010039). Keith's injuries from this incident are permanent. He claims that his left arm has never been the same (K. Nelson Interview, 02-22-01). |
| March 4 | Keith was admitted to juvenile detention for theft of a pair of Tennis Shoes, from Walmart. (PR 010070, 010105, 010021) |

*DRAFT* *** *DRAFT* *** *DRAFT* *** *DRAFT* *** *DRAFT* ***

March 7 Keith was transported to John Peter Smith Hospital for an evaluation, due to his efforts to harm himself and other bizarre behavior. (PR 010150) Reportedly, a physician at John Peter Smith Hospital diagnosed him as being non-psychotic as well as an antisocial personality ( 011012 & 011146 Texas Youth Com.).

March 9 Psychological Evaluation was done by Roger Burns, Ph.D. The eval. Revealed that Keith has an I.Q. of 98, the verbal I.Q. was significantly different. On Axis I he was diagnosed with Conduct Disorder ( moderate), Alcohol abuse (moderate), and Under socialized aggressive (JR010134). Staff reported that Keith had bloodied his nose and wrote obscenities on the wall, as well as satanic signs. He also cut off the circulation in his hand by tying his underwear around his wrist ( JR 010133, Texas Youth Com. 011146).

March 9 Keith's case was presented before Tarrant County Juvenile Probation Placement Committee. Keith was disapproved for placement (PR 010148).

March 10 Keith has not received a visit from family members since he entered the Detention Center program six days earlier (PR 010136).

March 15 During a scheduled visit to the Nelson home, Probation Officer, Bruce Smith found the Nelson home was dirty, cluttered, and in need of repair. Mrs. Nelson advised that her boys had done much of the damaged to the home and damaged all her furniture (PR 010152).

March 16 Keith was declared delinquent by referee Hudson-Boyd and placed on probation for one year. (PR 010139, 010428)

March 28 Keith was arrested for burglary of a building. Keith and three friends (Chris Stines, Adam Nowlan, and Burt LNU), broke into City Property Barn and stole three bikes. Some vehicles were vandalized. (PR 010160). A petition to revoke Keith's probation was submitted to a judge (PR 010207). Keith was admitted to the Detention Center (PR 010370).

March 29 Keith sustained and injury to his toe, while violently kicking a door in his cell, at TCDC. The injury became infected and required special treatment (PR 010034).

April 4 Keith was released to his mother (PR 010372).

April 07 Keith was charged with evading arrest. Keith was accused of harassing the Esiman children at their home in White Settlement. Mr. Frank Esiman called the police. Keith ran from the police when they arrived. Keith was placed in a detention center,

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

then released pending revocation hearing (PR 010254).

April 20 Keith allegedly shouted obscenities to two women walking down the street. Disorderly Conduct offence, Denied by D.A. (PR 010273)

April 22 Keith was taken into custody by the White Settlement police and taken to the Detention Center at the request of the JPD (PR 010327).

April 25 Keith was presented for a Detention Hearing and was ordered to remain in custody pending Revocation (PR 010327).

May 2 Due to the above listed offenses, a petition to Revoke Probation, was denied. Keith Nelson remained on probation (PR 010361).

May Nancy and four of her children moved to Kansas. Johnny did not want to move, so she let him move in with her neighbors, Mike and Lori Griffith. Nancy moved from the home of one friend to another while in Kansas. (Nancy Nelson interview)

May 6 Keith moved to his uncle's house in Kansas, George Nelson. A request was made to move Juvenile Probation supervision to Kansas. He stayed with his uncle for six months. (PR 010362)

May 20 Nancy returned to Texas to stay with a friend who was dying. The children remained in Kansas with her brother. Nancy's drinking increased. (Nancy Nelson interview)

Aug. 11 The placement with Keith's uncle was approved by Interstate Compact, his probation continued in Kansas. (PR 010367)

Nov. 8 Keith moved back to Fort Worth due to the uncle's inability to properly supervise him. His uncle's job hours shifted and he was unable to give Keith the attention he needed.(PR 010369)

Kenny returned to Texas, also. Nancy worked day shift and tried to pull her family together. She started drinking again, though. Keith began stealing again. Johnny and Keith did not get along, so Johnny moved into a shed behind the house. Johnny, then fourteen years old, took employment at Exxon and Auto Clinic. (Nancy Nelson interview)

**Nov. 23** **14th Birthday**

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

**1989**

| | |
|---|---|
| March 27 | Keith's probation expired. (PR 010389) |
| March 31 | Keith ran away from home. Police found him and released him to his mother. (JR 010390) |
| May | Keith failed the sixth grade. (TYC 011022). |
| June | Keith went to live with his biological father in Kansas. (TYC 011025). |
| July 10 | Keith went back to his mother's home. He and his father were unable to get along .( TYC 011025). |
| Oct. 6 | Keith entered the home of Harold Fincher, stealing a speaker, cash, and a metal box, value over $200.00. (TYC Records 011000) |
| | Keith entered the home of Bobby Sterrett, stealing an unknown amount of property. (TYC Records 011000) |
| Oct. 9 | Keith entered the home of Charles Cameron, stealing a microwave oven and sports equipment, value $200.00. (TYC Records 011001) |
| Oct. 10 | Keith was detained for the above burglaries. (PR 010469) |
| Oct. 20 | A judge found that there was enough evidence to find that Keith did commit the above burglaries. (TYC Records 011006). |
| Oct. 25 | Keith was sentenced to be removed from his home and the custody of his mother, he was placed in the custody of TYC (011009). |
| Oct. 30 | Keith withdrew from the eighth grade due to a lack of attendance. (PR 010866) |
| Nov. 03 | Psychologist, Ken Murray, did a Psychological Evaluation on Keith Nelson. He found Keith to have an average I.Q.., Moderate Conduct Disorder, and Moderate Alcohol abuse. He recommended that Keith be in a highly structured environment, he should be enroled in a strict, limit-setting, behavior modification program. Individual Therapy should focus on : Keith's victimization as an abused child, and hostility to society (TYC 011145). |
| **Nov. 23** | **15th Birthday** |

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

## 1990

| | |
|---|---|
| Feb 22 | Psychiatric Examination was conducted at the request of the Texas Youth Commission, due to Keith's threats to harm himself. Dr. Harold G. Grant performed the evaluation. He concluded that there was no need for immediate suicidal alert precaution (011152 TYC). |
| Unknown | Problems with Keith caused the family to be evicted from Pemberton Square Apartments. They moved to a two bedroom unit at Cherry Lane Apartments. Johnny stayed there part of the time. ( Nancy Nelson Interview) |
| March 7 | Keith was detained for assault. (PR 010675) |
| Unknown | Johnny began to exhibit symptoms of mental illness. He pushed Nancy from behind after she refused to give him her car. She and Kenny left the house to get away from Johnny. (Keith was in detention at the time. (Nancy Nelson Interview) |
| March 12 | Keith began Family and Individual Counseling with Cindy Phillips LPC (011153). |
| March 27 | Keith reported to his counselor, Cindy Phillips LPC, that his situation at home was very violent. His brother Johnny was the source of this violence (TYC 011154). |
| May 17 | Keith was detained for burglary of a vehicle (PR 010677). |
| May 31 | Keith was released from the Phase III program after completing all requirements (TYC 011158). |
| Unknown | Keith was beaten by two mean guards on a regular basis while at TCDC. These guards would come into his cell at night and beat him. During one of these attacks Keith managed to pull a pillow out of his cell door, which was placed there to prevent the guards from being locked in. Both guards were locked in Keith's cell until they managed to pick the lock (Keith Nelson Interview, 02-22-01). |
| Unknown | Keith broke his hand (Keith Nelson Interview, 02-22-01). |
| Unknown | Keith entered the Challenge Program at Gainsville State School (JR 010732). This program was designed to house low risk juveniles already in TYC. The program focused on adventure based therapy. Taught team work and discipline (Interview of Theodor Shorter, Program Admin.). |
| Sept.15 | Keith was released from the Challenge Program. (PR 010732) |

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

Sept. 20 Keith was detained for Criminal Trespass. (PR 010753)

Unknown Nancy went to Kansas to spend time with a terminally ill nephew. (Nancy nelson interview)

Unknown Nancy's nephew died and she left the children to go to the funeral. Keith was in detention at the time. (Nancy Nelson Interview)

Late Nov. Nancy went on vacation to Missouri and brought Paul and Steven back to Texas. The family lived in a two bedroom apartment, then moved to a three bedroom studio, still at Cherry Lane. (Nancy Nelson Interview)

**Nov. 23** **16TH Birthday**

Keith continued to exhibit behavioral problems. Nancy drank more and more. There was a lot of fighting between she and the boys. Johnny moved back in. (Nancy Nelson interview)

## 1991

Unknown Paul and Steven began to get involved with Keith's criminal behavior. (Nancy Nelson Interview)

March 19 Keith Nelson was placed at the Tarrant County Juvenile Detention Center for burglary of a building. (PR 010766)

March 21 Keith was released from detention. (PR 010802)

March 28 Keith was accused of the criminal offence of arson.

Spring Nancy's father was in a coma. She stayed in Missouri for three weeks, having asked a neighbor to keep an eye on the boys in Texas. Nancy returned to Texas after three weeks because she learned the boys were not being watched. (Nancy Nelson interview)

May 20 Keith's maternal grandfather died. (Nancy Nelson Bio.)

May 30 Keith was accused of Terroristic threats. (PR 101802)

June 28 Keith was charged with Elude Police. (PR 010805)

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

Appellate Case: 15-3160 Page: 22 Date Filed: 02/29/2016 Entry ID: 4372484

Aug. 19 Keith was charged with Interfering with Public Service. (PR 010834)

Nov. 22 Nancy moved her family to Amsterdam, Missouri. Johnny, then sixteen years old, got his own apartment. She sent money to Johnny if she had it. When she did not have extra money and Johnny called for financial assistance, Nancy referred him to his father. Kenneth Morse did not help, though. (Nancy Nelson Interview)

According to another source, Nancy left Johnny to live with Mike and Lorie Griffin. The Griffins did get Power of Attorney in order to provide school and medical (Interview with the Griffins).

Unknown Keith went back to Kansas City and periodically stayed with his grandmother, P. Morse. Keith caught his father beating his grandmother, this angered Keith. Keith and his father began physically fighting. Keith broke his father's jaw and fractured his nose (Keith Nelson Interview, 02-22-01).

**Nov. 23 17th Birthday**

## 1992

Feb. or Mar Nancy spent three weeks in Texas. She found Johnny without groceries or car license. She worked at a bar during this time, waiting for her truck driver brother (Mark) to pass through and give her a ride back to Missouri. (Nancy Nelson interview)

Unknown Keith quit High School and went to work in a bait shop. (Nancy and Paul Nelson Interview)

Unknown At age seventeen, Kenny was arrested for Possession of Marijuana. (Kenny Nelson interview)

**Nov. 23 18th Birthday**

Dec. 19 On or about this date Keith entered a building occupied by a Charlie Hughs and stole 17 cartons of cigarettes, one box of candy, one flashlight, one lock, and $150. (complaint)

Dec. 22/23 Keith unlawfully entered the Amsterdam Fire Department and took a siren box and around $150 in coins. (complaint)

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

Dec. 24 Keith was charged with 2 counts of BURGLARY in the second degree and 2 counts of stealing in Amsterdam, Missouri. (complaint CR 011199)

Keith entered a building owned by Charlie Hughs. There he stole 17 cartons of cigarettes and other items valued at $150.00. Keith entered the Amsterdam Fire Department and stole a siren box along with coins, valued at $150.00 (CR 011203).

**1993**

Unknown Johnny moved to Missouri at his mother's suggestion because he could not afford to live on his own. A few weeks later, he caught a ride back to Texas. (Nancy Nelson interview)

Jan. 05 Keith Nelson violated Appendix "A" of the Disciplinary Code. After being told to remove his hand from a locking devise, he refused, requiring that his hand be removed by Jailer (CR 011222).

Feb. 16 Keith plead guilty and received 3 years supervised probation on the above burglary and stealing charges (CR 011208).

March 29 Keith was arrested for THEFT of FIREARMS (CR 011213).

It was believed that Keith engaged in a conspiracy with Jess Burros to commit an armed robbery of a Federal Express truck in Amoret Missouri. Keith broke into the Amoret Fire Department and stole a police radio to attempt to delay police response to the planned robbery. He also received two stolen guns (CR 011213).

April 24 Keith helped Gary Nation escape form Bates County Jail. Keith helped pry open the window (Gary Nation gave a voluntary statement confirming this on 5/25/93, CR 011215).

May 14-20 A motion to revoke Keith's probation was filed. Two weeks later, Keith's probation was revoked and he received and amended sentence.

Unknown Kenney Nelson graduated from high school. He then attended a trade school in Wyoming for six months, then returned to Texas and worked as a mechanic. (Kenny Nelson interview)

Unknown Keith earned a GED while in prison (Keith Nelson Interview, 02-22-01).

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

**Nov. 23** **19th Birthday**

## 1994

| | |
|---|---|
| April | Johnny Nelson was arrested for murder 2nd. (Nancy Nelson Interview) |
| | Nancy moved back to Texas to be closer to Johnny. She left Keith, Kenny and Paul to care for the home in Missouri. She stayed in Texas for several months. (Nancy Nelson Interview) |
| Oct. | Johnny was found to be incompetent and was sent to Vernon State Hospital. (Nancy Nelson Bio.) |
| Unknown | Johnny was sentenced to 30 years in prison. (Nancy Nelson Bio.) |
| **Nov.23** | **20th Birthday** |
| Unknown | While in Booneville State Prison Keith was the only white inmate. He described the prison as "a war zone". He was forced to fight in order to survive. He witnessed several men being raped while in Booneville (Keith Nelson Interview, 02-22-01). |

## 1995

| | |
|---|---|
| Unknown | Kenny lived with Steven in Kansas City for one and a half years. (Kenny Nelson interview) |
| Jan. 31 | Keith was released from prison in Missouri (Booneville). (Southwest Missouri Mental Health Center Records 011385 and 011388) |
| April | Keith was released from his 3-month stint at a half way house in St. Louis. Keith than lived in Butler and worked in a factory and did other odd jobs. (Southwest Missouri Mental Health Center Records 011385, 011388) |
| August 13 | Keith made a false report to police that his 1980 Chrysler LeBaron was stolen. (arrest warrant CR 011250) |
| August 15 | Keith was charged with misdemeanor PROPERTY DAMAGE, when he damaged a swimming pool by pouring an oil based substance into the water in Butler |

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

Missouri. (arrest warrant) Keith claimed a girl who "wanted him did this to him in hopes it would break him and his girlfriend apart. (Southwest Missouri Mental Health Center Records 011388)

August 19 During a jail search for contraband, Keith told the jailer that they are looking for trouble and that they were going to be sorry. He also stated that they hadn't seen anything yet (CR 011255).

August 20 Keith threw his food tray into the hallway, spilling food all over the hallway (CR 011255).

August 23 Keith was transported from Butler Jail to the Bates County Jail. He was very belligerent and non-cooperative—wouldn't allow officers to process him. He made threats to hurt himself, even commit suicide. Keith was detained at Southwest Missouri Mental Health Center for a period of 96 hours. He was sent there because a deputy jailer thought he was trying to harm himself. Keith had sat on his bunk and pretended like he was going to fall backward off his bed. (Southwest Missouri Mental Health Center Records 011397) SWMH called the next morning and told them to pick Keith up. Keith threaten to kick the officer's "ass" as they were leaving SWMH. The attendant said there was nothing wrong with Keith. (Notes from Duane Diehl 01302)

During evaluation no mental disorder was found, only antisocial personality type and stress of being incarcerated. Keith was not considered suicidal or homicidal. (Southwest Missouri Mental Health Center Records 011385)

August 23 Keith made a threat that "when I get out I will be returned to jail as I plan to get even with someone." He never said who. (Voluntary statement 011300)

August 25 Keith kept insisting that he needed to be in protective custody or there would be trouble. (incident report 011261)

August 28 While in custody, Keith filled an empty shampoo bottle with urine and squirted it through a crack between cells and into the shower area. Keith wanted to be put in protective custody for a couple of hours. (incident report 011256)

August 30 A warrant for the arrest of Keith Nelson was issued, for making a false report to Chester Dodson, Law Enforcement (CR 011295).

Sept. 17 Keith was incarcerated at Bates County Jail. (Offense Report Form 011379)

*DRAFT* *** *DRAFT* *** *DRAFT* *** *DRAFT* *** *DRAFT* ***

Appellate Case: 15-3160 Page: 26 Date Filed: 02/29/2016 Entry ID: 4372484

Sept. 20 Keith tried to escape from Bates County by hooking an electrical cord up to a wall socket, creating heat with the electrical current in an attempt to cut the jail cell door lock. (arrest warrant 011299)

Sept. 25 Keith was granted a leave for 52 hours for the purpose "To develop and maintain a healthy family relationship". Keith went to see his mother Nancy Nelson. (Missouri Dept. of Corrections 011319)

Sept. 27 There was change in venue from Bates County to Henry County and Keith was ordered to Henry County Jail. (case docket 011231, 275)

Oct. 02 An arrest Warrant was filed on Keith Nelson, for attempts to escape from confinement ( CR 011299).

Oct. 23 Change of Venue Ordered by Judge William J. Roberts (CR 011303).

Oct. 25 Keith appeared before the court for Property damage, filing a false report and attempted escape form custody. He rec'd an SIS for property damage, 6 mos. SES for false report and 6 months SES for attempted escape.. Court placed Keith on Probation for 2 years and had to serve 180 days at the Henry County Jail. (violation report and Sentence and judgment 011269, 011274,011290)

Nov. 2 Keith was prescribed amoxicillin and actifed. (Bates County Memorial Hospital prescription record 011331)

Nov. 3 Keith was ARRESTED for BURGLARY and STEALING. Keith broke into a building occupied by Charlie Hughes (again), and stole approx. 20 cartons of cigars and cigarettes, value of one hundred and fifty. (complaint 011338)

Nov. 4 Police received information from an informant that Keith had just put a stolen stereo in his 1980 Chrysler and the informant believed it was stolen. The police had been informed earlier that a stereo was stolen from a Kenmore tractor. Police later stopped Keith when they rec'd three phone calls during the day that Keith was very intoxicated and was driving in a reckless manner. Police noticed the stereo in his car matched the reported stolen one and had the vehicle towed. (violation report 011269)

Nov. 9 Keith was ARRESTED for Violation of Probation for POSSESSION of STOLEN PROPERTY, OPERATING A VEHICLE WITHOUT A DRIVERS LICENSE, BEING A MINOR IN POSSESSION OF ALCOHOL BY CONSUMPTION,

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

Appellate Case: 15-3160 Page: 27 Date Filed: 02/29/2016 Entry ID: 4372484

DRIVING WHILE INTOXICATED, FLEEING TO ELUDE POLICE AND FAILING TO NOTIFY P.O. W/IN 48 HOURS OF ARREST after police contacted Tiona Truck Line and confirmed the stereo was probably the one stolen from their Kenmore truck. (violation report 011269)

**Nov. 23** **21st Birthday**

## 1996

Unknown Nancy returned to Missouri. (Nancy Nelson Interview)

Jan 11 A complaint of Theft and burglary was filed on Keith Nelson (CR 011338).

Jan. 12 A warrant was issued for the arrest of Keith Nelson, for the above offences (CR 011341).

Jan. 24 Motion to Revoke Probation was filed. Keith broke probation in the following: received stolen property; operating a vehicle without a drivers licence; driving while intoxicated; fleeing to elude police; failing to notify probation officer of his arrest (CR 011321).

Jan. 31 An arrest warrant was filed for Keith's attempted escape form custody and making false statement. (arrest warrant CR 011286)

Feb. 14 Keith was prescribed two medication, Ibuprofen and Ampicillin. The former for pain and the later for infection (CR 011343).

March 29 Keith received a change in venue from Bates County to Henry County. Keith was held in Bates County until time of trial. (Venue Orders 011347)

April 11 Keith was sentenced on the Burglary and Stealing Charge (11/3/95); received 4 years on both charges to be served concurrent with each other (CR 011353).

July 06 Keith Nelson was charged with THREATENING JUDICIAL OFFICER. He went to the Bates County Court House, walked in to the office of Kandi Davis, informed her that if he would be arrested that day he was prepared to use mace on officers. He pulled out the can of mace and showed it to her. He left her office without using the mace (CR 011369).

**Nov. 23** **22nd Birthday**

*DRAFT* *** *DRAFT* *** *DRAFT* *** *DRAFT* *** *DRAFT* ***

**1997**

| | |
|---|---|
| Unknown | Keith moved in with Kerri (Interview with Nancy Nelson). |
| February | Kenny Nelson went into the Army. He was stationed at Ft. Jackson, NC for basic training. He was then stationed in Korea. (Interview with Nancy Nelson). |
| **Nov. 23** | **23rd Birthday** |
| Nov. 10 | Notification of extended confinement filed. Approval and Order For Extended Confinement (CR 011318, 011319). |

**1998**

| | |
|---|---|
| **Nov. 23** | **24th Birthday** |

**1999**

| | |
|---|---|
| Unknown | Keith told Melvin Henre that he kidnaped a girl and dumped her in the water. Keith did not give a name or location. (FBI 302 form pg. 01167; J.C. Jenson & D.R. Batchor) |
| March | Keith Nelson told Leta Carlton, his aunt, that he would kill someone if he needed to. This conversation began when they were discussing Johnny's murder charge. (FBI 302 form pg. 01167; J.C. Jenson & D.R. Batchor) |
| July 6 | Keith was charged with THREATENING A JUDICIAL OFFICER. Keith threatened probation officer Kandra Davis with mace. Keith thought he might be arrested and said he would use the mace if they tried to arrest him. (complaint 011367, incident and crime report 011371) |
| Oct. 2 | Date of offense: Armed Robbery. Micanne Mattson, a 20-year-old female, reported that a man followed her into her apartment complex. She had not known him before this. He asked her a question when she got out of her car. She ignored him. He held a knife to her throat and attempted to handcuff her. She was able to get away. (Police reports) |
| Unknown | A boyfriend of Nancy Nelson hung himself. Nancy found Mark(LNU) in his home. |

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

The home was next door to where the Nelson family lived at the time. Nancy Nelson found him ( Keith Nelson Interview, 02-22-01).

Oct 12 Pamela Butler was abducted and murdered.

Oct. 15 Keith was arrested for the murder of Pamela Butler.

**Nov. 23 25th Birthday**

## 2000

July 7 Keith's probation on the Burglary and Stealing charges of 11/19/92 and 12/22/92 were revoked and he received 3 years on each to be served concurrently. (Amended Sentence & Judgment After Probation Revoked 011372)

**Nov. 23 26th Birthday**

*DRAFT *** DRAFT *** DRAFT *** DRAFT *** DRAFT ****

# EXHIBIT 22

STATE OF TEXAS }
} ss
COUNTY OF DALLAS }

AFFIDAVIT OF TENA S. FRANCIS

Tena S. Francis, having been duly sworn, deposes and says:

1. My name is Tena S. Francis. I am over the age of 18 and can read and write the English language. I have prepared this affidavit, myself. The following information is true and correct to the best of my knowledge.

2. I am currently the Director of Investigations and Training at Capital Punishment Investigations & Educational Services. I have been appointed to provide defense investigative services in the case styled United States vs. Keith Dwayne Nelson, Case Number 99-00303-01-CR-W-2. The order authorizing my work on this case was signed by United States Magistrate Sarah W. Hayes on January 24, 2001. As the court appointed mitigation investigators, I and members of my staff are working with Keith Nelson's attorneys, Patrick Berrigan and Susan Hunt.

3. The role of my agency with regard to this case is to assist in the identification of punishment phase issues and in the preparation of punishment phase evidence. This type of investigation is commonly referred to as a "social history investigation". Information is obtained for the social history investigation in three ways: through the collection of records that document and illustrate every aspect of the client's life, through witness interviews, and by researching special issues that pertain to the client's background and current situation.

4. In the present case, the life history records have been collected, summarized, and placed in an order by which the experts, once hired, can easily utilize. Added to this is information obtained during interviews with the client, several family members, and persons outside the family structure. The investigation completed to date is described in more detail in the following paragraphs. Then, a description of the proposed investigation -- that remains to be completed -- is provided.

5. During the last six months, as of May 18, 2001, I and my associates have devoted a total of 267 hours to the investigation of Keith Nelson's pre-trial defense. This total includes: 11 hours spent identifying and collecting life history records; 117 hours identifying, locating, and interviewing witnesses; 105 hours reviewing life history records and report writing; and 34 hours of travel time.

6. Collecting records is always the first task initiated during an investigation such as this. Often, a substantial amount of time passes before we actually receive the records once they are identified and requested. In the case of Keith Nelson, the records collection effort was initiated prior to my appointment in the case. Almost three thousand pages of life history records were collected by Keith's attorney and a previous investigator. Because potential themes of mitigation, as well as the names of potential witnesses can be found in these documents, the records were reviewed immediately. And, since witnesses have provided information about other records that exist, the records collection effort is an ongoing process.

7. To date, nearly all of the available records that document Keith's life have been collected. However, what may be some of the most important documents have yet to be received, as described in a later paragraph.

8. An effective punishment phase defense is presented to the jury by way of three kinds of witnesses: members of the client's family, non-family witnesses who know the client and details of his life, and expert witnesses. The names of other potential witnesses are collected during interviews of family members and the client. To date, the following family members have been interviewed: Keith's mother, one brother, a maternal grandmother, three maternal aunts, two maternal uncles, two paternal aunts, one paternal uncle, and three cousins. Witnesses who are not members of the client's family that have been interviewed include two of Keith's mother's previous boyfriends, a babysitter, five family friends / neighbors, and Keith's girlfriend.

9. With regard to the research of special issues, some work has been done. For example, there is some indication Keith suffered from Fetal Alcohol Syndrome at the time of his birth. There is a very significant family history of mental illness. And, there are issues related to Keith's neurological functioning. The research is ongoing, as more issues have been identified.

10. This social history investigation is not complete. Thus far, several issues have been identified with regard to Keith Nelson and the mitigation to be presented during his trial, including: possible Fetal Alcohol Syndrome, early and prolonged exposure to violence (as a victim, as a witness to severe domestic violence, and his exposure to violence within the community); childhood sexual abuse; physical and emotional neglect; untreated learning, mental, and physical needs; dysfunctional family; paternal absence and deprivation; absence of consistent social supports; and inadequate moral development. There is a significant amount of mental illness on both sides of Keith's family. There is reason to suspect Keith might suffer neurological impairment, caused by hereditary factors, prenatal damage, birthing problems, head injuries suffered as

a child, and a possible exposure to neuro-toxins. These issues need further development in order to make an adequate presentation to the jury.

11. The following paragraphs are devoted to describing the steps that are necessary to complete the social history investigation in reference to this client.

12. Although most of the life history records have been collected, there are still a few agencies from whom we have yet to receive documents. For example, we are still pursuing records maintained by: Texas Child Protective Services (called by concerned neighbors who believed Keith and his siblings were being neglected), Texas Department of Human Services, hospital records (with regard to a severe beating Keith's mother received from his father), mental health records pertaining to Keith's mentally ill younger brother, arrest records for the many men who lived with the family after Keith's parents divorced.

13. More time needs to be spent with the client. The best possible source of information with regard to this investigation is Keith Nelson. The amount and kind of information needed from Keith, like most clients in similar situations, must be obtained during a series of interviews during which a relationship of trust and mutual respect is established.

14. There remain several witnesses who need to be interviewed, including two of Keith's brothers. These men can substantiate the neglect, physical violence and sexual abuse to which the Nelson children were exposed. The stories of their life with Keith will make for the most compelling witness testimony. It is mandatory that we conduct extensive interviews of Keith's twin and younger brother, who reside in Maryland and North Carolina.

15. Other witnesses who must be interviewed are family members who were familiar with and witness to the violence between Keith's parents. Of special interest are two more aunts, an uncle, and at least two more cousins. Other witnesses who can assist us in telling "Keith's story" include school teachers, neighbors when the family resided in California (where Keith's father held the family hostage happened), a girlfriend in Missouri, childhood friends in Texas, five of Keith's mother's live-in boyfriends, a juvenile probation officer, a police officer acquainted with the family, etc.

16. All situations and incidents described by the government as aggravating circumstances for the punishment phase must be investigated. It is possible that these prior incidents will substantiate the themes of mitigation that will be presented at the present trial, concerning Keith's patterns of behavior and explanations of this

behavior. If this proves to be true, some of the aggravators may be used to illustrate mitigation. This information is needed in order to fully prepare Keith Nelson's attorneys and expert witnesses prior to trial. It is noted that there are several incidents listed on the Government's Amended Notice of Intent to Seek the Death Penalty, including reference to Keith's extensive criminal history. Many of these incidents must be investigated and the witnesses interviewed.

17. There are several incidents of what is referred to by the Government as "assaultive and disruptive behavior" during Keith's incarcerations. These incidents need to be investigated, as they will certainly be used as evidence of Keith's potential for future dangerousness. As the issue of future dangerousness is critical to the assessment of a sentence for Keith Nelson, records of these incidents must be reviewed and witnesses interviewed in order to place the behavior in context.

18. This social history investigation is not yet complete. Based on my prior experience with capital cases and knowing about the work that is left to be completed on Keith Nelson's case, I estimate that another 220 hours will be needed in order to complete the investigation.

I affirm that the foregoing paragraphs, numbered 1 through 18, are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NOT.

Tena S. Francis
Tena S. Francis

Signed and sworn to before me this
30 day of June, 2001.

Roxanne Maloney Gonzalez
Notary Public, State of Texas
My Commission Expires: 07/31/2001

ROXANNE MALONEY GONZALEZ
Notary Public
STATE OF TEXAS
My Commission Expires 07-31-2001

Has neuropsych hired!!

Δ bedwetter.
bowel problems? Unknown

Mom drank heavily during pregnancy.
FETAL alcohol exposure damages fetus,
even if not FAS - severe.



Δ Bad incarceration record in Leavenworth.
Private jail
segregation

Δ will be in a seg cell b/c child killer.
Need to get stats from FBOP on how they house/classify child killers.

- Mark will do letter to Susan in re what FBOP data he needs. Will tour prisons.

- w. Steve Underwood.

# EXHIBIT 23

Michael M. Gelbort, Ph.D.

Clinical Psychologist

Suite 1621
30 North Michigan Avenue
Chicago, Illinois 60602
Tel: 312.321.9406
Fax: 847.433.9431

Suite 270
1051 Essington Road
Joliet, Illinois 60431
Tel: 815.741.2221
Fax: 815.741.5171

## *NEUROPSYCHOLOGICAL EVALUATION*

| | |
|---|---|
| Patient Name: | Keith Nelson |
| Age: | 30 |
| Date of Birth: | 11/23/74 |
| Date of Evaluation: | 10/5/05 |
| Referred By: | David Ruhnke, Esq. |
| Evaluated By: | Michael M. Gelbort, Ph.D. |

Mr. Keith Nelson is a 30-year-old left-handed single white male who is referred for neuropsychological evaluation by his attorney, Mr. David Ruhnke. The patient was seen in full contact visitation at the federal penitentiary in Terra Haute, Indiana. He is in the course of postconviction relief proceedings and has a demonstrated history of diagnosis of dyslexia and special education while in school. Interestingly, Mr. Nelson said "I did not know I was dyslexic until I was 13, no one explained it, I saw everything backwards." He also reportedly failed the fifth grade twice and was in a special program through juvenile detention resulting in his being advanced to his age level grade. The patient also reports having had "my own teacher" and oftentimes being in one-to-one or small group educational settings.

In addition, the patient related that he was hospitalized for approximately two months after birth due to breathing complications and the possibility of hypoxia/anoxia certainly exists. He was one of a pair of apparent fraternal twins. He does not know his "Apgars" but stated that he was helicoptered to a children's hospital shortly after birth. He also describes having been a heavy sleeper and suffering with nighttime enuresis until approximately 20 years of age. The patient and his brother were born prematurely at eight months gestation. Additional medical history shows that Mr. Nelson has undergone several psychiatric admits in his early teenage years and also had an inpatient hospitalization with a 104 degree fever while a juvenile. He denies any history of loss of consciousness but stated that he has hit his head many times. This appears to be a result of him having been a very active child with falls from beds and falls from bicycles noted to have occurred recurrently. He denies history of syncope, hypoglycemia or diabetes, does acknowledge having possible hypoxic episodes as an adult when he was "choked out in prison," and he denies history of seizure, stroke, or thyroid dysfunction. He is overweight being 5 ft. 8 in. and weighing 260 pounds at this point. The patient sleeps approximately 10 hours per day and has done so while incarcerated. He is on no medications at this time and prefers to be drug free as his father was a drug addict. He acknowledges having used alcohol "hardly at all" and did acknowledge having smoked marijuana on occasion but "it makes me sick, I puke" with huffing having been done approximately 10 times.

CLERK U.S.DISTRICT COURT
Exhibits:
**P** 53
Case No. 4:04-CV-08005-FJG

Mr. Nelson stated that his father is about 53 years of age and rather difficult being abusive. The patient relates one incident at age 16 when he saw his father "punch my grandmother in the face as I was walking into the house, I was with my girlfriend, I went after him." The patient's mother is about 50 years of age and went through the eleventh grade at night school. She works in a convenience store. Mr. Nelson has four brothers who are all close to his age. He was uncertain as to what each is doing at this point in time. The patient stated that he used to work for a foundation repair company and had no difficulty in the work setting.

Mr. Nelson was administered a comprehensive neuropsychological battery including the Wechsler Adult Intelligence Scale-III, Wechsler Memory Scale-III, Trail-making Test, Category Test, Lateral Dominance Exam, Strength of Grip, partial Sensory Exam, Wide Range Achievement Test-III, Aphasia Screening, Items from the Luria Nebraska, and Diagnostic Interview with Mental Status Testing. The obtained data was judged to accurately reflect his abilities and deficits in the areas assessed at the time of testing.

Intellectually Mr. Nelson earned Verbal, Performance, and Full Scale I.Q. scores of 93, 107, and 99 respectively. The 14 point difference between verbal and nonverbal abilities approaches statistical significance. Review of the individual, age corrected subtest scaled scores found fund of factual information in the low average range as compared with his age-mates with vocabulary abilities just below the center of the average range. Verbal attention and concentration, assessed in a structured setting, were average to low average with freedom from distractibility being just above the center of the average range. Concrete verbal reasoning was just above the center of the average range as well while abstract verbal reasoning was average to low average. Nonverbal skills showed more disparity from high to low with visual scanning for missing detail approaching superior levels of performance and visual sequencing and problem solving being in the high average range. Constructional praxis measures were average with tests of psychomotor speed and incidental visual memory being just below the center of the average range. Pure visual reasoning tested in an untimed setting was the relative nonverbal low point with performance at the average to low average range.

Academic achievement testing found sight reading at the high school level with spelling and math at sixth and seventh grade levels respectively. Percentile scores were 21, 7, and 23. Sixth grade level performance is deemed to be the minimally acceptable level for adult functioning indicating that spelling is on the cusp between functional and dysfunctional for adult activities.

Lateral dominance exam found that Mr. Nelson is strongly left-side dominant. Sensory exam found mild suppression on the right for higher level tactile perceptual abilities. Subtle sensory suppressions were also seen on the left side as well. Visual and auditory perceptual abilities were within functional limits. Grip strength was essentially equal bilaterally suggesting that there may be a mild dominant hemisphere weakness.

Tests of learning and memory found that working memory was mildly suppressed and somewhat variable in both auditory and visual modalities. Performance was somewhat inconsistent. Short-term verbal memory for meaningful, paragraph length material was also found to be flawed due to inconsistent initial encoding. On some occasions Mr. Nelson did reasonably well with performance in the normal range while on other stories or paragraphs his initial encoding was mild to moderately impaired. He was able to learn more with repeated presentations but the functional

attention and concentration was the most notable limiting factor in terms of his learning and memory. Short-term visual memory for meaningful information was also significantly affected with his having difficulty recalling significant chunks of information from some pictorial information. Mild impairment was seen overall. Transfer from short to long-term memory also reflected mild impairment in both verbal and visual modalities with performance again somewhat variable from story to story or picture to picture. Rote memorization showed borderline deficient performance overall with slowed acquisition also noted. It is evident from these scores that Mr. Nelson, at times, has difficulty focusing his attention and concentration in an effective manner in order to encode and take in new information with normal efficiency and reliability.

Tests of higher cognitive functions found a similar type of pattern. Easier to process information elicited average to slightly above average performance. On more complex tasks, though, his performance dropped quickly into the mildly impaired range. There was no indication on these more straightforward or concrete tasks of impulsivity or disinhibition despite this being seen on more open-ended or clinical and abstract reasoning tasks. Complex reasoning sometimes elicited "overthinking" with the patient having trouble seeing what was obvious and readily apparent to most individuals. Nonetheless, he did reasonably well on many problem solving activities. His performance conformed with what is normally seen with more difficult tasks eliciting lower levels of performance. Once he caught on to a concept he did quite well with it but there were occasions when he focused on the wrong or less important information and had trouble getting to the correct answer. Eventually he did so suggesting that he has reasonable power cognitively but his encoding slowness, difficulty recognizing what is salient in many situations, and overall cognitive efficiency suggests the presence of frontal lobe dysfunction.

Impressions: Keith Nelson is a 30-year-old left-handed individual who is participating in postconviction relief proceedings and has been referred for neuropsychological evaluation. His general I.Q. scores hover in the average range but he shows some relative strengths and weaknesses on varieties of different tasks or tests of particular abilities. He demonstrated suppressions on spelling and arithmetic computation abilities, as well as some "soft signs" on sensory perceptual and psychomotor speed tasks. Inconsistencies in his performance seem to be correlated with fluctuating sustained and focused attention and concentration. He performed much better on more straightforward and concrete tasks having difficulty when he had to alternate quickly between different concepts or encode and take in new information that was more conceptual in nature. This crossed the boundaries between verbal and visual spatial modalities with both types of learning and memory being affected. In addition, higher level verbal and nonverbal processing showed signs and symptoms of the variability in his capacity to focus his attention and take in information, as well as figure out what was most salient or important in that material. The overall battery shows indication of frontal lobe disturbance/dysfunction and this has an effect on his everyday thinking and reasoning capacities. While his scores oftentimes are in the normal range the pattern does not conform with what is seen in individuals with normal functioning brains. Mr. Nelson will demonstrate episodes of impaired reasoning and learning/memory abilities and is found to have other than normal brain functioning. His performance is consistent with and indicative of brain dysfunction.

Michael M. Gelbort, Ph.D.
Clinical Neuropsychologist
MMG/spm