No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 27A**


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public
Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 27
# Part A

CITIBANK

Proc 3/19/01

01MOW137

| | | | |
|---|---|---|---|
| ACCT. NUMBER: [redacted] | | AGENCY NAME: US DISTRICT COURT | |
| CREDIT LIMIT | [redacted] | CASH ADVANCE BALANCE | .00 |
| CURRENT BALANCE | 421.25 | MINIMUM PAYMENT DUE | 421.25 |
| AVAILABLE CREDIT | [redacted] | PAYMENT DUE DATE | 03-26-01 |

## ACCOUNT ACTIVITY

WMOCJA CLK GTA
[redacted]

BILLING OFFICE ID:
SINGLE PURCHASE LIMIT:
ACCOUNTING CODE:

| Post Date | Trans Date | MCC CODE | | | |
|---|---|---|---|---|---|
| 02-02 | 02-02 | 0000 | | | |
| 02-16 | 02-16 | 0000 | | | |
| 02-21 | 02-19 | 3001 | 1661921122543 | AMERICAN AIR0017741530757 CHARLESTON WV<br>FRANCIS/T DEPARTURE: 02/21/01<br>DFW AA Y MCI AA Y DFW | 403.50 |
| 02-21 | 02-19 | 4511 | 2580511187192 | AGENT FEE 8908119335366 CHARLESTON WV<br>FRANCIS/T DEPARTURE: 02/19/01<br>XAA XD Y XAO | 11.75 |

$421.25

99-303-01
Mitigation Investigator

CLERK U.S.DISTRICT COURT
Exhibits:
P 36
Case No. 4:04-CV-08005-FJG



CITIBANK

Appellate Case: 15-3160 Page: 3 Date Filed: 02/29/2016 Entry ID: 4372484

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CHARLES E. WHITTAKER COURTHOUSE
OFFICE OF THE CLERK

PATRICIA L. BRUNE
CLERK OF COURT

REPLY TO:
( ) ROOM 1510 U.S. COURTHOUSE KANSAS CITY, MO. 64106
( ) ROOM 2710 U.S. COURTHOUSE KANSAS CITY, MO. 64106
( ) ROOM 310 U.S. COURTHOUSE JEFFERSON CITY, MO. 65101
( ) ROOM 1400 U.S. COURTHOUSE SPRINGFIELD, MO. 65806

## TRAVEL AUTHORIZATION

**Authorized Traveler:** **TINA FRANCIS (Mitigation Investigator)**

**Voucher Number:** **SH021501**

**Authorized Travel Dates:** **February 21, 2001 - February 23, 2001**

**Purpose of Travel** **Travel from Dallas, Texas toKansas City, MO and return for the purpose of conferring with defendant and defendant's family members in case # 99-303-01-CR-W-2, U. S. v. Keith D. Nelson.**

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above-described trip in connection with your providing representation under the Criminal Justice Act (CJA).

You are authorized to contact National Travel Service (NTS) at 1-800-445-0668 to request reservations and airline tickets. You must provide NTS with your **Voucher Number SH021501 in The Western District of Missouri** and advise NTS that your tickets are to be charged to that court's account. You may instruct NTS where to deliver your tickets.

Reimbursement for subsistence will be limited to per diem ($127) as set forth in government travel regulations.

A copy of this Travel Authorization, as well as a copy of the airline tickets which were provided by NTS, must be submitted upon completion of travel. All other travel expense should be claimed on, and receipts should be attached to, the voucher on which you were appointed in case. Our internal accounting control number for this trip is: **01MOW0001** .

Sarah W. Hays
Judicial Officer

February 16, 2001
Date

FILED
FEB 16 2001
R. F. CONNOR, CLK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 99-00303-01-CR-W-2** |
| **KEITH DWAYNE NELSON,** | ) | |
| **Defendant.** | ) | |

## ORDER

For good cause shown, IT IS HEREBY ORDERED that Tina Francis may travel from Dallas Texas to Kansas City, Missouri on Wednesday February 21, 2001and return Friday February 23, 2001 for the purpose of meeting with the defendant and members of his family. IT IS FURTHER ORDERED that pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, Tina Francis is authorized to obtain government travel rates for the above described trip in connection with her providing representation to defendant under the Criminal Justice Act.

Sarah W. Hays
SARAH W. HAYS
United States Magistrate Judge

2-16-01

Dated: Feb. 16, 2001
Kansas City, Missouri

... IS A FULL TRUE AND ... ON FILE IN MY OFFICE

DEPUTY



Appellate Case: 15-3160 Page: 5 Date Filed: 02/29/2016 Entry ID: 4372484

P36-0004

Rec'd 4/13 from Cir 4/23/01 Budget Spd sheet E&U 4/23 Proc 4/30/01

**CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-98)**

1. CIR./DIST./ DIV. CODE: MOW
2. PERSON REPRESENTED: Keith D. Nelson
VOUCHER NUMBER: 01MOW197
3. MAG. DKT./DEF. NUMBER:
4. DIST. DKT./DEF. NUMBER: 4:99-000303-01
5. APPEALS DKT./DEF. NUMBER:
6. OTHER DKT. NUMBER:
7. IN CASE/MATTER OF (Case Name): US v Keith D Nelson
8. TYPE PERSON REPRESENTED: ☒ Adult Defendant ☐ Appellant ☐ Other: ☐ Habeas Petitioner ☐ Appellee
9. REPRESENTATION TYPE: ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☒ D2 Federal Capital Prosecution ☐ D3 28 U.S.C. § 2255 (Capital) ☐ D4 Other (Specify)
10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2241(F)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ ______ OR
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (See Instructions)

Signature of Attorney [signature] Date 4-10-01

☐ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC MO 64106
Telephone Number:

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See Instructions)
Mitigation Investigation

**13. TYPE OF SERVICE PROVIDER**
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☒ Mitigation Specialist
23 ☐ Duplication Services (See Instructions)
24 ☐ Other (Specify)

**14. COURT ORDER** Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO

**15. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION: a. ☒ Pre-Trial b. ☐ Trial c. ☐ Sentencing d. ☐ Other Post Trial e. ☐ Appeal f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS: g. ☐ Habeas Petition h. ☐ Evidentiary Hearing i. ☐ Dispositive Motions j. ☐ Appeal k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING: l. ☐ Stay of Execution m. ☐ Appeal of Denial of Stay n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay o. ☐ Other

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 6,957.00 | 6957.00 | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | 492.70 | 293.50 | |
| c. Other Expenses | | 205.00 | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $7,449.70 | 7455.50 | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Capital Punishment Investigation Educational Services
3530 Forest Lane #314
Dallas Tx 75234
TIN:
Telephone Number: 214-366-4830

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 11/30/00 TO 3/09/01

CLAIM STATUS ☐ Final Payment ☒ Interim Payment Number 1 ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee [signature: Tena S Francis] Date Mar 31, 01

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney [signature] Date 4-10-01

## APPROVED FOR PAYMENT — COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | 7455.50 |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

[signature] 4-16-01
Signature of Presiding Judicial Officer Date Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | 7455.50 |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ ______
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

[signature] 18 April 01
Signature of Chief Judge, Court of Appeals (or Delegate) Date Judge Code

*Capital Punishment Investigation*
*& Educational Services*
*3530 Forest Lane #314*
*Dallas TX 75234*

[redacted] [redacted]

March 29, 2001

Invoice submitted to:

Susan Hunt

Attorney at Law
819 Walnut
Kansas City MO 64106

In Reference To:Keith Nelson
Invoice #10006

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/30/00 | Report writing: social history narrative and life history chronology | 8.00<br>30.00/hr | 240.00 |
| 12/1/00 | Report writing: research and write life history chronology | 3.00<br>30.00/hr | 90.00 |
| 1/26/01 | Review case materials | 3.00<br>60.00/hr | 180.00 |
| | Report writing: social history narrative and life history chronology | 2.00<br>30.00/hr | 60.00 |
| 1/31/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/1/01 | Report writing: social history narrative and life history chronology | 6.00<br>30,00/hr | 180.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 2/1/01 | Telephone conference with attorney and witness N. Nelson | 0.50 60.00/hr | 30.00 |
| | Report writing | 0.50 30.00/hr | 15.00 |
| 2/5/01 | Report writing: social history narrative and life history chronology | 5.00 30.00/hr | 150.00 |
| 2/6/01 | Report writing: social history narrative and life history chronology | 3.00 30.00/hr | 90.00 |
| 2/7/01 | Report writing: social history narrative and life history chronology | 4.00 30.00/hr | 120.00 |
| 2/12/01 | Review case materials: life history records and FBI reports | 2.00 60.00/hr | 120.00 |
| 2/14/01 | Report writing: social history narrative and life history chronology | 5.00 30.00/hr | 150.00 |
| 2/15/01 | Round trip travel Dallas to White Settlement, TX | 2.00 30.00/hr | 60.00 |
| | Witness interviews: M. Griffin, R. Reese; | 5.00 60.00/hr | 300.00 |
| | Schedule witness interviews | | |
| 2/16/01 | Round trip travel to Fort Worth and White Settlement | 5.00 30.00/hr | 150.00 |
| | Witness interviews: L. Griffin, M. Griffin, R. Monroe, J. Walker | 5.50 60.00/hr | 330.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/16/01 | T/C attorney S. Hunt; | 2.50<br>60.00/hr | 150.00 |
| | Review case materials | | |
| 2/19/01 | Report writing: witness interviews | 4.00<br>30.00/hr | 120.00 |
| | T/C attorney S. Hunt; | 0.70<br>60.00/hr | 42.00 |
| | Schedule travel and witness interviews | | |
| 2/21/01 | Travel: Dallas to Kansas City (flight delayed) | 4.50<br>30.00/hr | 135.00 |
| | Review case materials: life history records; | 6.20<br>60.00/hr | 372.00 |
| | Meeting with attorney S. Hunt; | | |
| | Meeting with client at CCA prison; | | |
| | Meeting with warden and officials at CCA; | | |
| | Meeting with attorneys S. Hunt and P. Berrigan | | |
| | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| | Report writing: R. Monroe, J. Walker interviews | 4.00<br>30.00/hr | 120.00 |
| 2/22/01 | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| | Interview of client at CCA prison; | 14.00<br>60.00/hr | 840.00 |
| | T/C attorney S. Hunt; | | |
| | Witness interview: N. Nelson | | |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/22/01 | Records collection efforts: CPS, TYC records | 0.40<br>30.00/hr | 12.00 |
| | Witness interview: T. Shortie | 1.00<br>60.00/hr | 60.00 |
| 2/23/01 | Meeting with attorney S. Hunt;<br><br>Review case materials;<br><br>Meeting with witnesses N. Nelson and P. Nelson;<br><br>Change of venue hearing | 6.20<br>60.00/hr | 372.00 |
| | Travel Kansas City to Dallas | 4.00<br>30.00/hr | 120.00 |
| 2/26/01 | Records collection efforts: women's shelter records | 1.00<br>30.00/hr | 30.00 |
| | Report writing: G. Hawks, T. Shortie interviews | 2.60<br>30.00/hr | 78.00 |
| | Witness interview: G. Hawks;<br><br>Efforts to locate witnesses via phone calls: FBI reports | 2.30<br>60.00/hr | 138.00 |
| 2/28/01 | Round trip travel to White Settlement, TX | 2.50<br>30.00/hr | 75.00 |
| | Efforts to locate witnesses via phone calls: M. Bassett, Juvenile Probation Office;<br><br>Efforts to locate witnesses via personal contact: go to Brewer High School and former address of client; | 7.00<br>60.00/hr | 420.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| | Witness interviews: R. Vines, G. Monroe, G. Hawk | | |
| 3/1/01 | Report writing: R. Vines and G. Monroe interviews | 2.50 30.00/hr | 75.00 |
| | Plan investigation; | 3.00 60.00/hr | 180.00 |
| | Efforts to identify domestic violence shelters in Sacramento, California in order to obtain records; | | |
| | Efforts to locate witness via phone calls: client's juvenile probation officer | | |
| | Records collection efforts: second request to Child Protective Services: complete release form, submit requested information | 0.50 30.00/hr | 15.00 |
| 3/2/01 | Report writing: witness interviews: G. Monroe, M. Warren | 2.00 30.00/hr | 60.00 |
| | Attempts to locate witnesses via phone calls: T. Castillo, B. Joplin; | 1.50 60.00/hr | 90.00 |
| | Telephone interview of witnesses: M. Monroe, B. Joplin | | |
| | Meeting with attorneys S. Hunt and P. Berrigan and expert witness M. Cunningham (in Albuquerque) | 2.00 60.00/hr | 120.00 |
| 3/5/01 | Review records: juvenile, TYC | 4.00 60.00/hr | 240.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/5/01 | Report writing: witness interview: G. Monroe | 0.50 ✓ 30.00/hr | 15.00 |
| | Records collection efforts: phone calls, write and submit letters of request: Women's Shelter, Child Protective Services in California | 2.00 ✓ 30.00/hr | 60.00 |
| 3/6/01 | Report writing: client interview | 1.00 ✓ 30.00/hr | 30.00 |
| 3/7/01 | Report writing: life history chronology | 2.70 ✓ 30.00/hr | 81.00 |
| | Plan investigation strategy; | 0.40 60.00/hr | 24.00 |
| | Records collection efforts: women's shelter records, Child Protective Services in California | 2.00 ✓ 30.00/hr | 60.00 |
| 3/8/01 | Report writing: life history chronology | 5.00 ✓ 30.00/hr | 150.00 |
| 3/9/01 | Schedule witness interviews | 0.60 60.00/hr | 36.00 |
| | Records collection: Child Protective Services: forwarded information to attorney requesting signature; | 5.40 ✓ 30.00/hr | 162.00 |
| | Report writing: life history chronology | | |
| | For professional services rendered | 164.50 | $6,957.00 |

97.1 @ 30.00 2913.00
67.40 @ 60.00 4044.00

6957.00

Additional charges:

| | | Amount |
|---|---|---|
| 2/1/01 | Database services | 205.00 |
| 2/15/01 | 120 miles: round trip to Fort Worth and White Settlement | ~~39.00~~ 41.40 |
| 2/16/01 | 170 miles: round trip travel to Fort Worth and White Settlement | ~~55.25~~ 58.65 |
| 2/21/01 | Lodging - Kansas City, Missouri 02/21-02/23 | 193.45 |
| | Total costs | $492.70 |
| | Total amount of this bill | $7,449.70 |
| | Balance due | $7,449.70 |

# DBT ONLINE, Inc.
A CHOICEPOINT COMPANY

Billing Inquiries: (800) 317-6654
Facsimile: (561) 982-5886
Accounting Hours: 8:00am - 6:00pm EST, Monday - Friday
Service Inquiries: (800) 897-1644

P.O. BOX 945664
ATLANTA, GA 30394-5664
Tax ID #: 65-0324434

**Invoice Number: AB0000248866**

Account Number: 11430 Invoice Date: 02/28/2001
**Payment Due Upon Receipt**

TENA S. FRANCIS
ATTN: TENAFRANCIS
PO BOX 443
WYLIE, TX 75098

| Account Summary | | | |
|---|---|---|---|
| Previous | Credits | Payments | Past Due |
| $320.07 | $0.00 | $180.00 | $140.07 |

**Invoice Detail Sorted by Reference**

| Date/Time | ID | Transaction | Quantity | Amount |
|---|---|---|---|---|
| **Reference: ADMIN** | | | | |
| 2/5/01 3:13:19PM | TFRANCIS | FREE TIME | 0.15 | ($0.38) |
| 2/5/01 3:13:19PM | TFRANCIS | LOGOUT | 3.00 | $7.50 |
| **Sub Total: ADMIN** | | | 3.15 | $7.12 |
| **Reference: DANNY TAYLOTR** | | | | |
| 2/16/01 3:25:13PM | TFRANCIS | BILL RT PHO | | $0.75 |
| 2/16/01 3:28:10PM | TFRANCIS | LOGOUT | 11.00 | $27.50 |
| **Sub Total: DANNY TAYLOTR** | | | 11.00 | $28.25 |
| **Reference: NELSON** | | | | |
| 2/14/01 3:34:41PM | TFRANCIS | LOGOUT | 3.00 | $7.50 |
| 2/14/01 3:47:46PM | TFRANCIS | LOGOUT | 11.00 | $27.50 |
| 2/14/01 4:14:54PM | TFRANCIS | LOGOUT | 25.00 | $62.50 |
| 2/26/01 2:05:56PM | TFRANCIS | LOGOUT | 36.00 | $90.00 |
| 2/26/01 3:32:20PM | TFRANCIS | LOGOUT | 7.00 | $17.50 |
| **Sub Total: NELSON** | | | 82.00 | $205.00 |
| **Reference: RITCHIE & GLASS** | | | | |
| 2/16/01 11:29:10AM | TFRANCIS | SS SNAPSHOT | | $5.00 |
| 2/16/01 11:30:52AM | TFRANCIS | LOGOUT | 13.00 | $32.50 |
| **Sub Total: RITCHIE & GLASS** | | | 13.00 | $37.50 |
| **Reference: TAYLOR** | | | | |
| 2/14/01 11:01:22AM | TFRANCIS | LOGOUT | 16.00 | $40.00 |
| 2/20/01 4:17:17PM | TFRANCIS | LOGOUT | 4.00 | $10.00 |
| **Sub Total: TAYLOR** | | | 20.00 | $50.00 |
| **Reference: TONEY** | | | | |

Nelson P36-0013

# WYNDHAM GARDEN HOTEL
# KANSAS CITY AIRPORT

Tina Francis

Arrival 02/21/01
Departure 02/23/01

Room 0711
Cashier DENNITA
Page 1

INFORMATION BILL Wyndham Garden Hotel - KCI Airport, 02/23/01 10:18 1

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 02/21 | Room Charge | 0711 | 85.00 | |
| 02/21 | Occ Tax-State 6.85% | | 5.82 | |
| 02/21 | Occ Tax-City 6.5% | | 5.53 | |
| 02/22 | Room Charge | | 85.00 | |
| 02/22 | Occ Tax-State 6.85% | | 5.82 | |
| 02/22 | Occ Tax-City 6.5% | | 5.53 | |
| 02/23 | Long Distance Call ->#711 : 816-221-4588 | | 0.75 | |
| 02/23 | Cash | | | 193.45 |
| | Total | | 193.45 | 193.45 |
| | Balance | | | 0.00 US |

Thank You For Choosing The Wyndham Garden Hotel-KCI Airport
11828 NW Plaza Circle Kansas City, MO 64153
(816)464-2423 Fax (816)464-2560

Signature: ______________________________

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 99-00303-01-CR-W-2 |
| | ) | |
| KEITH DWAYNE NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant Nelson's Ex Parte Motion for Funds to Employ Mark D. Cunningham PhD. As a Mitigation Specialist, Ex Parte Motion For Funds to Employ T.S. Francis and Associates as a Mitigation Investigator, and Ex Parte Motion For Funds to Employ Dr. Dennis G. Cowan to Conduct a Neuropsychological Examination of Defendant. These requests are approved in the following amounts not to exceed: $2500 for a neuropsychological examination; $15,000 for a mitigation investigator and $25,000 for a mitigation specialist. As requested by defendant in the his Ex Parte Motion for Funds to Employ Dr. Dennis Cowan to Conduct a Neuropsychological Examination of Defendant, the Court's previous approval for up to $20,000 for psychiatric services is hereby rescinded.

As requested in the ex parte motion this order shall be filed under seal.

IT IS SO ORDERED.

Sarah W. Hays

SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF MISSOURI
CHARLES EVANS WHITTAKER UNITED STATES COURTHOUSE
400 E. 9TH STREET
KANSAS CITY, MISSOURI 64106

FERNANDO J. GAITAN, JR.
DISTRICT JUDGE

(816) 512-5630
(FAX) 512-5643

April 16, 2001

Judge Theodore McMillian
United States Courthouse
Suite 25.162
111 S. 10th Street
St. Louis, MO 63102

Dear Judge McMillian:

Enclosed please find the "Ex Parte Request for Authorization and Voucher Expert and Other Services" form submitted Susan Hunt and Capital Punishment Investigation & Educational Services. I believe the charges are justified and request that you approve this voucher. Should you have any questions, please contact me.

Very truly yours,

Fernando J. Gaitan, Jr.

Rec'd 8/16/01

Spd Sheet Budget E + O 9/10/01

Proc 9/10/01

CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-98)

1. CIR./DIST./DIV. CODE: MOW
2. PERSON REPRESENTED: Keith D. Nelson
VOUCHER NUMBER: 01 MOW 350
3. MAG. DKT./DEF. NUMBER:
4. DIST. DKT./DEF. NUMBER: 4:99-000303-01
5. APPEALS DKT./DEF. NUMBER:
6. OTHER DKT. NUMBER:
7. IN CASE/MATTER OF (Case Name): US v. Keith D Nelson
8. TYPE PERSON REPRESENTED: [X] Adult Defendant [ ] Appellant [ ] Other: [ ] Habeas Petitioner [ ] Appellee
9. REPRESENTATION TYPE: [ ] D1 28 U.S.C. § 2254 Habeas (Capital) [ ] D3 28 U.S.C. § 2255 (Capital) [X] D2 Federal Capital Prosecution [ ] D4 Other (Specify)
10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.* 18 USC 2241(f)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

11. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
[ ] Authorization to obtain the service. Estimated Compensation and Expenses: $ ______ OR
[X] Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (See Instructions)

Signature of Attorney: Susan M. Hunt Date: 8-13-01

[ ] Panel Attorney [ ] Retained Attorney [ ] Pro-Se [ ] Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC Mo 64106
Telephone Number:

12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)
Mitigation Investigation

13. TYPE OF SERVICE PROVIDER
01 [X] Investigator
02 [ ] Interpreter/Translator
03 [ ] Psychologist
04 [ ] Psychiatrist
05 [ ] Polygraph
06 [ ] Documents Examiner
07 [ ] Fingerprint Analyst
08 [ ] Accountant
09 [ ] CALR (Westlaw/Lexis, etc.)
10 [ ] Chemist/Toxicologist
11 [ ] Ballistics
13 [ ] Weapons/Firearms/Explosive Expert
14 [ ] Pathologist/Medical Examiner
15 [ ] Other Medical
16 [ ] Voice/Audio Analyst
17 [ ] Hair/Fiber Expert
18 [ ] Computer (Hardware/Software/Systems)
19 [ ] Paralegal Services
20 [ ] Legal Analyst/Consultant
21 [ ] Jury Consultant
22 [X] Mitigation Specialist
23 [ ] Duplication Services (See instructions)
24 [ ] Other (Specify)

14. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.
Signature of Presiding Judicial Officer or By Order of the Court
Date of Order Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of authorization. [ ] YES [ ] NO

15. STAGE OF PROCEEDING Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION: a. [X] Pre-Trial b. [ ] Trial c. [ ] Sentencing d. [ ] Other Post Trial e. [ ] Appeal f. [ ] Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS: g. [ ] Habeas Petition h. [ ] Evidentiary Hearing i. [ ] Dispositive Motions j. [ ] Appeal k. [ ] Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING: l. [ ] Stay of Execution m. [ ] Appeal of Denial of Stay n. [ ] Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay o. [ ] Other

## CLAIM FOR SERVICES AND EXPENSES — FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 1563.90 | 1566.00 | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | 152.75 | 162.15 | |
| c. Other Expenses | 4.88 | 4.88 | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $1721.53 | 1733.03 | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Capital Punishment Investigation Educational Services
3530 Forest Lane #314
Dallas Tx 75234
TIN:
Telephone Number: 214-366-4830

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 5/19/01 TO 7/03/01
CLAIM STATUS [ ] Final Payment [X] Interim Payment Number 3 [ ] Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.
Signature of Claimant/Payee: Sena S Francis Date: Aug 6 01

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.
Signature of Attorney: Susan M. Hunt Date: 8-13-01

## APPROVED FOR PAYMENT — COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | 1733.03 |

23. [ ] Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
[ ] In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer Date: 8-20-01 Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | 1733.03 |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) Date: 22 Aug 01 Judge Code

Appellate Case: 15-3160 Page: 18 Date Filed: 02/29/2016 Entry ID: 4372484

P36-0017

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

**CRIMINAL DEFENSE / MITIGATION INVESTIGATION**

3530 Forest Lane #314
Dallas, Texas 75234

214-366-4830

## INVOICE

Had to change date in order to get computer to accept it. Problem stems from having 4 different people in their office work on case. I have checked against previous to make sure there is no double billing.

**Federal Tax No. 75-2912651**

**DATE:** **August 6, 2001**
**CASE:** **Keith Nelson**

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| ~~05/17/01~~ 5/19/01 | Records review: incarceration chronology and birth-hospitalization chronology | 9:12 9.2 | 11:09 11.2 | ~~1.95~~ 2.0 |
| 06/04/01 | Attempts to locate witness: I. Wood | 10:17 10.3 | 10:53 10.9 | .6 |
| 06/04/01 | Schedule witness interview in White Settlement | 10:54 10.9 | 11:19 11.3 | .42 .4 |
| 06/06/01 | Witness interview: A. Taylor | 8:19 8.3 | 10:13 10.2 | 1.9 |
| 06/06/01 | Witness interview: H. Calwell | 10:36 10.6 | 12:37 12.6 | 2.0 ~~2.02~~ |
| 06/06/01 | Attempts to locate witness: B. Bryant | 1:22 1.4 | 2:16 2.3 | .9 |
| 06/06/01 | Attempts to collect school records | 2:32 2.5 | 3:38 3.6 | 1.1 |
| 06/11/01 | Witness interview: B. Bryant | 8:39 8.7 | 10:42 10.7 | 2.0 ~~2.05~~ |
| 06/27/01 | Prepare affidavit detailing remaining investigation | 8:46 8.8 | 11:34 11.6 | 2.8 |
| 06/28/01 | Conference call with attorneys | 9:31 9.5 | 10:02 10.0 | .5 ~~.52~~ |
| 07/01/01 | Attempts to locate witness: I. Wood | 9:14 9.2 | 11:23 11.4 | 2.2 ~~2.15~~ |

16.4



Appellate Case: 15-3160 Page: 19 Date Filed: 02/29/2016 Entry ID: 4372484

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME | |
|---|---|---|---|---|---|
| 07/01/01 | T/C witness: I. Wood - schedule interview | 11:24 11.4 | 11:37 11.6 | ~~.22~~ .2 | |
| 07/01/01 | Research re Gainesville Boys Home | 2:52 2.9 | 4:16 4.3 | 1.4 | |
| 07/03/01 | Witness interview: I. Wood | 9:37 9.6 | 11:39 11.7 | 2.1 ~~2.03~~ | 3.7 |
| | **TOTAL INVESTIGATION:** | | | **20.06** | 20.1 |
| | | | | | |
| | **REPORT WRITING:** | | | | |
| 5/19/01 ~~05/17/01~~ | Report writing Jena | 1:26 1.4 | 4:31 4.5 | 3.1 ~~3.08~~ | |
| 06/04/01 | Report writing: life history chronology | 9:16 9.3 | 10:04 10.1 | .8 | |
| 06/05/01 | Report writing: life history chronology | 9:23 9.4 | 10:13 10.2 | .8 ~~.83~~ | |
| | **TOTAL REPORT WRITING:** | | | ~~**4.71**~~ | 4.7 |
| | | | | | |
| | **TRAVEL:** | | | | |
| 06/06/01 | Travel Dallas to White Settlement, Texas | 7:06 7.1 | 8:16 8.3 | 1.2 ~~1.17~~ | |
| 06/06/01 | Return travel White Settlement to Dallas | 3:46 3.8 | 4:44 4.7 | .9 ~~.97~~ | |
| 06/11/01 | Travel Dallas to White Settlement, Texas | 7:17 7.3 | 8:24 8.4 | 1.1 ~~1.12~~ | |
| 06/11/01 | Return travel White Settlement to Dallas | 10:42 10.7 | 11:36 11.6 | .9 ~~.91~~ | |
| 07/03/01 | Travel Dallas to Cotton Dale, Texas | 8:02 8.0 | 9:34 9.6 | 1.6 ~~1.53~~ | |
| 07/03/01 | Return travel Cotton Dale to Dallas | 12:17 12.3 | 1:53 1.9 | 1.6 | |
| | **TOTAL TRAVEL:** | | | **7.3** | |

| **ITEMIZED EXPENSES:**<br>**Expense** | | | | **Cost** |
|---|---|---|---|---|
| Long distance charges | | | | |
| 03/19/01 | Long distance charges | | .95 | |
| 03/19/01 | Long distance charges | | .95 | |
| 03/23/01 | Long distance charges | | 1.24 | |
| 03/26/01 | Long distance charges | | 1.74 | $ 4.88 |
| Mileage (@ .325/mile) | | | | |
| 06/04/01 | 120 miles | round trip to White Settlement | 39.00 | |
| 06/11/01 | 120 miles | round trip to White Settlement | 39.00 | |
| 07/03/01 | 230 miles | round trip to Cotton Dale | 74.75 | ~~$ 152.75~~ 162.15 |
| | | | 470 Mi | |
| | | **TOTAL EXPENSES:** | | **$ 157.63** |

| **TOTALS** | | |
|---|---|---|
| **INVESTIGATION FEES ( 20.06 hrs @ $60/hr)** | **$ 1,203.60** | 1206.00 |
| **REPORT WRITING ( 4.71 hrs @ $30/hr)** | **$ 141.30** | 141.00 |
| **TRAVEL ( 7.3 hrs @ $30/hr)** | **$ 219.00** | 219.00 |
| **EXPENSES** | **$ 157.63** | |
| | | 1566.00 |
| **TOTAL AMOUNT DUE:** | **$ 1,721.53** | |

**Call Charges** (Continued)

| Item | Date | Time | Place Called | | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 98 | 04/03 | 01:28PM | LOUISVILLE | KY | 502 | 933-1719 | DC | 1:12 | .08 |
| 99 | 04/03 | 01:30PM | LOUISVILLE | KY | 502 | 969-9001 | DC | 1:30 | .11 |
| 100 | 04/03 | 01:51PM | NEW YORK | NY | 212 | 245-9999 | DC | 1:06 | .08 |
| 101 | 04/03 | 02:27PM | PHILA | PA | 215 | 413-2582 | DC | :30 | .04 |
| 102 | 04/03 | 02:36PM | WACO | TX | 254 | 772-8177 | DC | 3:24 | .24 |
| 103 | 04/03 | 03:56PM | LAKE WORTH | TX | 817 | 237-8543 | DC | :30 | .04 |
| 104 | 04/03 | 03:59PM | HILLSBORO | TX | 254 | 582-4025 | DC | 7:54 | .55 |
| 105 | 04/03 | 04:10PM | HILLSBORO | TX | 254 | 582-5313 | DC | 1:48 | .13 |
| 106 | 04/03 | 04:13PM | HILLSBORO | TX | 254 | 582-9905 | DC | :30 | .04 |
| 107 | 04/03 | 04:14PM | HILLSBORO | TX | 254 | 582-9905 | DC | :30 | .04 |
| 108 | 04/03 | 04:16PM | HILLSBORO | TX | 254 | 582-4025 | DC | 2:00 | .14 |
| 109 | 04/03 | 04:55PM | LAKE WORTH | TX | 817 | 237-8543 | DC | 3:06 | .22 |
| 110 | 04/03 | 05:21PM | LAKE WORTH | TX | 817 | 237-6718 | DC | :30 | .04 |
| 111 | 04/04 | 12:33PM | HUNTSVILLE | TX | 936 | 295-6371 | DC | 1:30 | .11 |
| 112 | 04/04 | 01:16PM | AUSTIN | TX | 512 | 305-7010 | DC | 2:48 | .20 |
| 113 | 04/04 | 01:19PM | AUSTIN | TX | 512 | 305-7700 | DC | 5:48 | .41 |
| 114 | 04/04 | 01:54PM | BRYAN | TX | 979 | 846-5111 | DC | :30 | .04 |
| 115 | 04/04 | 01:54PM | BRYAN | TX | 979 | 779-7061 | DC | :30 | .04 |
| 116 | 04/04 | 01:56PM | BRYAN | TX | 979 | 846-5111 | DC | :42 | .05 |
| 117 | 04/04 | 04:25PM | MONROE | LA | 318 | 388-1946 | DC | :30 | .04 |
| 118 | 04/04 | 04:58PM | HOUSTON | TX | 713 | 755-2700 | DC | 2:30 | .18 |
| 119 | 04/04 | 05:01PM | HOUSTON | TX | 713 | 921-8750 | DC | 1:36 | .11 |
| 120 | 04/05 | 03:30PM | PHILA | PA | 215 | 413-2582 | DC | 16:12 | 1.13 |
| 121 | 04/06 | 02:02PM | AUSTIN | TX | 512 | 320-8300 | DC | 1:00 | .07 |
| 122 | 04/06 | 04:46PM | NRICHLDHLS | TX | 817 | 428-0032 | DC | 10:00 | .70 |
| 123 | 04/09 | 02:26PM | FORT WORTH | TX | 817 | 332-5575 | DC | :30 | .04 |
| | | | **Total Domestic Calls for** | | | **214-366-4830** | | | 27.84 |
| | | | **International** | | | | | | |
| 124 | 03/15 | 04:11PM | FRANCE | | | 33140864425 | EC | 7:30 | 1.12 |
| 125 | 03/23 | 03:19PM | FRANCE | | | 33140864425 | EC | 4:06 | .61 |
| | | | **Total International Calls for** | | | **214-366-4830** | | | 1.73 |
| | | | **Operator Assistance** | | | | | | |
| 126 | 03/19 | 02:14PM | Dir Asst | KS | 913 | 555-1212 | DC | 1:00 | .95 |
| 127 | 03/19 | 04:06PM | Dir Asst | MO | 816 | 555-1212 | DC | 1:00 | .95 |
| 128 | 03/27 | 03:13PM | Dir Asst | AL | 256 | 555-1212 | DC | 1:00 | .95 |
| 129 | 03/29 | 02:12PM | Dir Asst | KY | 502 | 555-1212 | DC | 1:00 | .95 |
| 130 | 03/29 | 03:10PM | Dir Asst | KY | 270 | 555-1212 | DC | 1:00 | .95 |
| 131 | 03/29 | 03:11PM | Dir Asst | VA | 540 | 555-1212 | DC | 1:00 | .95 |
| 132 | 03/30 | 04:34PM | Dir Asst | KY | 502 | 555-1212 | DC | 1:00 | .95 |
| 133 | 04/03 | 03:58PM | Dir Asst | TX | 254 | 555-1212 | DC | 1:00 | 1.00 |
| 134 | 04/03 | 04:14PM | Dir Asst | TX | 254 | 555-1212 | DC | 1:00 | 1.00 |
| 135 | 04/04 | 01:51PM | Dir Asst | TX | 409 | 555-1212 | DC | 1:00 | 1.00 |
| 136 | 04/04 | 03:42PM | Dir Asst | LA | 504 | 555-1212 | DC | 1:00 | .95 |
| 137 | 04/04 | 04:22PM | Dir Asst | LA | 504 | 555-1212 | DC | 1:00 | .95 |
| 138 | 04/04 | 04:23PM | Dir Asst | LA | 504 | 555-1212 | DC | 1:00 | .95 |
| | | | **Subtotal Operator Assisted Calls for** | | | **214-366-4830** | | | 12.50 |
| | | | **Total Operator Assistance Calls for** | | | **214-366-4830** | | | 12.50 |

Nelson

Stewart

Stewart

Torey

SWBell Long Distance
Billing Questions
1-888-560-9399

Recyclable Paper

Total

$488

Account Number
214-366-4836-597-5
April 23 2001

# Southwestern Bell

**Call Charges**
(Continued)

Total Calls for 214-366-4830 42.07

Calls for 214-366-4853

Domestic

| Item | Date | Time | Place Called | | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 139 | 02/28 | 11 51AM | PHILA | PA | 215 | 564-3457 | DC | 30 | 04 |
| 140 | 02/28 | 11 53AM | PHILA | PA | 215 | 564-3457 | DC | 3 48 | 27 |
| 141 | 03/01 | 10 54AM | KANSASCITY | MO | 816 | 221-4588 | DC | 30 | 04 |
| 142 | 03/01 | 11 55AM | KANSASCITY | MO | 816 | 221-4588 | DC | 30 | 04 |
| 143 | 03/01 | 11 56AM | OVERLANDPK | KS | 913 | 908-3757 | DC | 36 | 04 |
| 144 | 03/01 | 01 16PM | LAS VEGAS | NV | 702 | 455-3214 | DC | 48 | .06 |
| 145 | 03/01 | 01 37PM | SACRAMENTO | CA | 916 | 319-4955 | DC | 2.48 | 20 |
| 146 | 03/01 | 01 48PM | LAS VEGAS | NV | 702 | 455-0917 | DC | 30 | 04 |
| 147 | 03/08 | 04 20PM | LAS VEGAS | NV | 702 | 455-6265 | DC | 1 30 | 11 |
| 148 | 03/10 | 07 08PM | MASON | TX | 915 | 347-1985 | DC | 2 12 | 15 |
| 149 | 03/11 | 11 21AM | MASON | TX | 915 | 347-1985 | DC | 3 06 | 22 |
| 150 | 03/11 | 04 10PM | HOUSTON | TX | 713 | 812-0243 | DC | 2.24 | .17 |
| 151 | 03/12 | 03 17PM | WEDGWOOD | TX | 817 | 346-5700 | DC | 1.42 | 12 |
| 152 | 03/12 | 03 19PM | EDGECLIFF | TX | 817 | 293-9110 | DC | 1 00 | 07 |
| 153 | 03/12 | 03 22PM | FORT WORTH | TX | 817 | 347-5600 | DC | 30 | 04 |
| 154 | 03/14 | 03 02PM | LAS VEGAS | NV | 702 | 455-3895 | DC | 1 42 | 12 |
| 155 | 03/19 | 01 47PM | SACRAMENTO | CA | 916 | 319-4955 | DC | 3 30 | 25 |
| 156 | 03/19 | 01 55PM | WOODLAND | CA | 530 | 661-6536 | DC | 1 00 | 07 |
| 157 | 03/19 | 02 10PM | SACRAMENTO | CA | 916 | 875-5437 | DC | 2 54 | 20 |
| 158 | 03/19 | 02 15PM | VISALIA | CA | 559 | 713-3230 | DC | 30 | 04 |
| 159 | 03/19 | 02 16PM | VISALIA | CA | 559 | 730-2677 | DC | 4 18 | 30 |
| 160 | 03/19 | 03 06PM | FORT WORTH | TX | 817 | 531-5620 | DC | 42 | 05 |
| 161 | 03/19 | 03 07PM | FORT WORTH | TX | 817 | 531-5620 | DC | 30 | 04 |
| 162 | 03/19 | 03 09PM | ARLINGTON | TX | 817 | 548-3926 | DC | 30 | .04 |
| 163 | 03/19 | 03 11PM | ARLINGTON | TX | 817 | 548-3920 | DC | 30 | 04 |
| 164 | 03/19 | 03 12PM | ARLINGTON | TX | 817 | 548-3920 | DC | 50 | 04 |
| 165 | 03/19 | 03 41PM | LAKE WORTH | TX | 817 | 237-6821 | DC | .54 | 06 |
| 166 | 03/19 | 03 42PM | WHSETLEMNT | TX | 817 | 246-4646 | DC | 6.24 | 45 |
| 167 | 03/19 | 06 04PM | PHILA | PA | 215 | 413-2582 | DC | 18 24 | 1.29 |
| 168 | 03/20 | 02 42PM | LAS VEGAS | NV | 702 | 455-3895 | DC | 1 00 | 07 |
| 169 | 03/20 | 03 25PM | LAS VEGAS | NV | 702 | 455-3895 | DC | 4.48 | 34 |
| 170 | 03/20 | 03 30PM | LAS VEGAS | NV | 702 | 455-1580 | DC | 54 | 06 |
| 171 | 03/21 | 01 45PM | LAS VEGAS | NV | 702 | 455-6265 | DC | 30 | 04 |
| 172 | 03/21 | 01 57PM | LAS VEGAS | NV | 702 | 455-6265 | DC | 30 | .04 |
| 173 | 03/21 | 02 29PM | RENO | TX | 817 | 221-0965 | DC | 5 48 | 41 |
| 174 | 03/22 | 09 08AM | AUSTIN | TX | 512 | 320-8300 | DC | 48 | 06 |
| 175 | 03/22 | 09 57AM | NRICHLDHLS | TX | 817 | 428-0032 | DC | 50 | 04 |
| 176 | 03/22 | 03 20PM | BLANCHARD | TX | 936 | 967-8082 | DC | 4 18 | 30 |
| 177 | 03/22 | 03 37PM | HOUSTON | TX | 713 | 221 1651 | DC | 9 42 | 68 |
| 178 | 03/23 | 01 23PM | NRICHLDHLS | TX | 817 | 428-0032 | DC | 17 42 | 1 24 |
| 179 | 03/26 | 04 12PM | KANSASCITY | MO | 816 | 221-4588 | DC | 24 54 | 1 74 |
| 180 | 03/27 | 01 23PM | AUSTIN | TX | 512 | 320-8300 | DC | 54 | 06 |
| 181 | 03/27 | 01 35PM | CULLMAN | AL | 256 | 734-3034 | DC | 50 | 04 |
| 182 | 03/27 | 01 36PM | CULLMAN | AL | 256 | 796-8688 | DC | 1 00 | 07 |
| 183 | 03/27 | 01 42PM | CULLMAN | AL | 256 | 739-4898 | DC | 30 | 04 |
| 184 | 03/27 | 01 43PM | CULLMAN | AL | 256 | 796-5435 | DC | 42 | 05 |
| 185 | 03/27 | 01 45PM | CULLMAN | AL | 256 | 796-2581 | DC | 36 | 04 |

Nelson

SWBell Long Distance
Billing Questions
1 800 [illegible]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CHARLES EVANS WHITTAKER UNITED STATES COURTHOUSE
400 E. 9TH STREET
KANSAS CITY, MISSOURI 64106

FERNANDO J. GAITAN, JR.
DISTRICT JUDGE

(816) 512-5630
(FAX) 512-5643

August 20, 2001

Judge Theodore McMillian
United States Courthouse
Suite 25.162
111 S. 10th Street
St. Louis, MO 63102

Dear Judge McMillian:

Enclosed please find the "Ex Parte Request for Authorization and Voucher Expert and Other Services" form submitted by Capital Punishment Investigation & Educational Services and Susan Hunt. I believe the charges are justified and request that you approve this voucher. Should you have any questions, please contact me.

Very truly yours,

Fernando J. Gaitan, Jr.

**P36-0023**

8+V 11/6

CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-98)

Rec 11/6/01

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| MOW | Keith D. Nelson | 01MOW422 |

Sept shield

| 3. MAG. DKT/DEF. NUMBER | 4. DIST. DKT/DEF. NUMBER | 5. APPEALS DKT/DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:99-000303-01 | | |

7. IN CASE/MATTER OF (Case Name): US v. Keith D. Nelson

8. TYPE PERSON REPRESENTED: ☒ Adult Defendant ☐ Appellant ☐ Other: ☐ Habeas Petitioner ☐ Appellee

9. REPRESENTATION TYPE: ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital) ☒ D2 Federal Capital Prosecution ☐ D4 Other (Specify)

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2241 (F)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

11. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ ______ OR
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (See Instructions)

Signature of Attorney [signature] Date 10-12-01

☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC MO 64106

Telephone Number:

12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)
Mitigation Investigation

13. TYPE OF SERVICE PROVIDER
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☒ Mitigation Specialist
23 ☐ Duplication Services (See instructions)
24 ☐ Other (Specify)

14. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO

15. STAGE OF PROCEEDING Check the box which corresponds to the stage of the proceeding during which the work claimed in item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION: a. ☒ Pre-Trial b. ☐ Trial c. ☐ Sentencing d. ☐ Other Post Trial e. ☐ Appeal f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS: g. ☐ Habeas Petition h. ☐ Evidentiary Hearing i. ☐ Dispositive Motions j. ☐ Appeal k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING: l. ☐ Stay of Execution m. ☐ Appeal of Denial of Stay n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay o. ☐ Other

## CLAIM FOR SERVICES AND EXPENSES

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 3074.40 | 3099.00 | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | 282.71 | 284.69 | |
| c. Other Expenses | 1.79 | 1.79 | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $3358.90 | 3385.48 | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Capital Punishment Investigation Educational Services
3530 Forest Lane # 314
Dallas TX 75234

TIN:

Telephone Number: 214-366-4930

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 8/24/01 TO 09/06/01

CLAIM STATUS ☐ Final Payment ☒ Interim Payment Number 4 ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: Jena S Francis Date Oct 5 '01

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney [signature] Date 10-12-01

## APPROVED FOR PAYMENT — COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | 3385.48 |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained: OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

See attached Letter 10/23/01

Signature of Presiding Judicial Officer Date Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | 3385. |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ ______
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

[signature] 26 Oct 01

Signature of Chief Judge, Court of Appeals (or Delegate) Date Judge Code

Appellate Case: 15-3160 Page: 25 Date Filed: 02/29/2016 Entry ID: 4372484

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

**CRIMINAL DEFENSE / MITIGATION INVESTIGATION**

3530 Forest Lane #314
Dallas, Texas 75234

214-366-4830

## INVOICE

**Federal Tax No. 75-2912651**

**DATE:** October 8, 2001
**CASE:** Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 08/28/01 | Review of case materials: social history narrative and life history chronology | 12:34 | 4:32 | 3.92 (3.9) |
| 08/29/01 | Prioritize investigation strategy | 9:44 | 10:57 | 1.22 (1.3) |
| 08/29/01 | Efforts to locate witnesses via phone calls: K. Williams, P. Burris | 10:59 | 11:17 | .3 |
| 08/29/01 | Witness interview: K. Williams | 1:13 | 1:44 | .52 (.5) |
| 08/29/01 | Witness interview: M. Chandler | 1:52 | 2:04 | .2 |
| 08/29/01 | Witness interview: Y. Cordova | 2:08 | 2:35 | .45 (.4) |
| 08/29/01 | Witness interview: P. Burriss | 2:46 | 3:10 | .4 |
| 08/29/01 | Witness interview: E. Pink | 3:23 | 4:43 | 1.33 (1.3) |
| 08/30/01 | Prioritize investigation strategy | 8:13 | 8:49 | .6 (.5) |
| 08/30/01 | Efforts to locate witness via phone calls: D. Miller | 8:51 | 9:03 | .2 (.3) |
| 08/30/01 | Efforts to locate witnesses via personal contact: M. Bassett, C. Patterson, D. Brock | 12:46 | 2:04 | 1.3 |

10.4



Appellate Case: 15-3160 Page: 26 Date Filed: 02/29/2016 Entry ID: 4372484