No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 27B**

---

*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 27
# Part B

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 08/30/01 | Witness interview: D. Brock | 2:17 | 2:35 | .3 |
| 08/30/01 | Witness interview: S. Bordon | 2:45 | 3:47 | 1.03 |
| 08/30/01 | Witness interview: E. Crutsinger | 3:54 | 4:42 | .8 |
| 08/31/01 | Prioritize investigation strategy | 10:07 | 11:23 | 1.3 ~~1.27~~ |
| 08/31/01 | Efforts to locate witness via personal contact: N. Brown (visit residence) | 1:38 | 2:06 | .5 ~~.47~~ |
| 08/31/01 | Witness interview: J. Clay | 2:19 | 2:33 | .3 ~~.23~~ |
| 08/31/01 | Witness interview: H. Dear | 2:43 | 3:41 | 1.0 ~~.97~~ |
| 08/31/01 | Witness interview: D. Miller | 3:55 | 4:11 | .3 ~~.27~~ |
| 09/03/01 | Schedule witness interviews for attorneys | 9:12 | 1:09 | 4.0 ~~3.95~~ |
| 09/04/01 | Meeting with attorneys | 11:32 | 12:46 | 1.3 ~~1.23~~ |
| 09/04/01 | Witness interview: Clay | 2:35 | 3:07 | .5 ~~.53~~ |
| 09/04/01 | Witness interview: K. Williams | 3:21 | 3:50 | .4 ~~.48~~ |
| 09/04/01 | Witness interviews: D. Brock; Attempt to interview Gibbs and M. Shipman | 4:12 | 4:46 | .6 ~~.57~~ |
| 09/04/01 | Schedule witness interviews for attorneys | 7:48 | 8:34 | .8 ~~.77~~ |
| 09/05/01 | Witness interview: Cordova | 8:26 | 8:39 | .2 ~~.22~~ |
| 09/05/01 | Witness interview: Bassett | 8:50 | 9:16 | .5 ~~.43~~ |
| 09/05/01 | Witness interview: H. Dear | 9:27 | 10:25 | .9 ~~.97~~ |
| 09/05/01 | Meeting with attorneys | 12:32 | 1:28 | 1.0 ~~.93~~ |
| 09/05/01 | Witness interview: R. Monroe | 1:49 | 3:03 | 1.2 ~~1.23~~ |
| 09/05/01 | Witness interview: A. Taylor | 3:19 | 3:53 | .6 ~~.57~~ |
| 09/05/01 | Witness interview: Crutsinger | 4:21 | 4:53 | .5 ~~.53~~ |
| 09/05/01 | Attempt to interview: J. Monroe (former neighbor) | 5:09 | 5:28 | .3 .32 |

18.3



Appellate Case: 15-3160 Page: 3 Date Filed: 02/29/2016 Entry ID: 4372484

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 09/05/01 | Witness interviews G. Thompson, Jr. and G. Thompson, Sr. | 5:49 | 6:21 | .6 ~~.53~~ |
| 09/05/01 | Attempt to interview witness: B. Norman | 6:30 | 6:53 | .4 ~~.38~~ |
| 09/06/01 | Meet with attorneys | 1:02 | 2:07 | 1.1 ~~1.08~~ |
| 09/06/01 | Attempt to interview witness: Burriss | 2:33 | 2:47 | .2 ~~.23~~ |
| 09/06/01 | Attempt to interview witness: M. Shipman | 3:04 | 3:26 | .3 ~~.37~~ |
| 09/06/01 | Attempt to interview witness: B. Norman | 3:33 | 3:36 | .05 |
| 09/06/01 | Witness interview: E. Crutsinger | 3:41 | 3:53 | .2 ~~.20~~ |
| 09/06/01 | Meet with attorneys | 4:02 | 5:04 | 1.1 1.03 |
| 09/06/01 | Witness interview: J. Monroe | 5:25 | 6:47 | 1.4 1.37 |
| | **TOTAL INVESTIGATION:** | | | ~~5~~3 **33.75** 34.0 |
| | | | | |
| | **REPORT WRITING:** | | | |
| 08/24/01 | Report writing: D. Brock, D. Miller interviews | 1:12 1.2 | 4:08 4.1 | 2.93 |
| 08/29/01 | Report writing: E. Pink interview | 7:49 7.8 | 9:17 9.3 | 1.5 1.47 |
| 08/30/01 | Report writing: J. Clay, K. Williams, Y. Cordova interviews | 6:37 6.6 | 10:19 10.3 | 3.7 |
| 08/31/01 | Report writing: H. Dear, P. Burris interviews | 7:14 | 9:09 | 2.0 ~~1.92~~ |
| | **TOTAL REPORT WRITING:** | | | 10.1 **10.02** |
| | | | | |
| | **TRAVEL:** | | | |
| 08/29/01 | Travel Sachse, Texas to Fort Worth, Texas 151 Mi | 11:49 11.8 | 1:11 1.2 | 1.4 1.37 |



Appellate Case: 15-3160 Page: 4 Date Filed: 02/29/2016 Entry ID: 4372484

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 08/29/01 | Travel to Chandler interview | 1:45 | 1:52 | .1 .12 |
| 08/29/01 | Travel to Cordova interview | 2:06 | 2:08 | 0 ~~.03~~ |
| 08/29/01 | Travel to Burriss interview | 2:37 | 2:45 | .2 .13 |
| 08/29/01 | Travel to Pink interview | 3:11 | 3:22 | .2 .18 |
| 08/29/01 | Travel around Ft. Worth | 4:47 | 5:35 | .8 |
| 08/29/01 | Return travel Fort Worth, Texas to Sachse, Texas | 5:37 5.6 | 7:12 7.2 | 1.6 1.58 |
| 08/30/01 | Travel Sachse, Texas to Fort Worth, Texas | 11:48 11.8 | 12:45 12.8 | 1.0 .95 |
| 08/30/01 | Travel to Brock interview | 2:05 | 2:16 | .2 .18 |
| 08/30/01 | Travel to Bordon interview | 2:37 | 2:43 | .10 |
| 08/30/01 | Travel to Crutsinger interview | 3:48 38 | 3:52 3.9 | .1 .07 |
| 08/30/01 | Return travel Fort Worth, Texas to Sachse, Texas | 4:43 4.7 | 6:09 6.2 | 1.5 ~~1.43~~ |
| 08/31/01 | Travel Sachse, Texas to Fort Worth, Texas | 12:04 12.1 | 1:37 1.6 | 1.5 ~~1.55~~ |
| 08/31/01 | Travel to Clay interview | 2:07 2.1 | 2:17 | .2 ~~.17~~ |
| 08/31/01 | Travel to Dear interview | 2:34 2.6 | 2:42 | .1 .13 |
| 08/31/01 | Travel to Miller interview | 3:42 | 3:53 | .2 ~~.21~~ |
| 08/31/01 | Return travel Fort Worth, Texas to Sachse, Texas | 4:12 4.2 | 5:24 5.4 | 1.2 |
| 09/04/01 | Travel to meeting with attorneys | 9:51 | 11:28 | 1.6 1.61 |
| 09/04/01 | Travel to White Settlement, Texas | 12:49 12.8 | 2:34 2.6 | 1.8 1.75 |
| 09/04/01 | Travel to Williams interview | 3:09 3.2 | 3:17 3.3 | .1 .13 |
| 09/04/01 | Travel to Brock interview | 3:53 3.9 | 4:09 4.2 | .3 .27 |

~~15.9~~ 14.2



Appellate Case: 15-3160 Page: 5 Date Filed: 02/29/2016 Entry ID: 4372484

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 09/04/01 | Return travel White Settlement, Texas to Sachse, Texas | 4:48 4.8 | 7:23 7.4 | 2.6 2.58 |
| 09/05/01 | Travel Sachse, Texas to White Settlement, Texas | 7:04 7.1 | 8:23 8.4 | 1.3 1.32 |
| 09/05/01 | Travel to Dear interview | 9:17 9.3 | 9:26 9.4 | .1 .15 |
| 09/05/01 | Travel to meeting with attorneys | 10:26 10.4 | 10:45 10.8 | .4 .32 |
| 09/05/01 | Travel to Monroe interview | 1:31 1.5 | 1:47 1.8 | .3 .27 |
| 09/05/01 | Travel to Taylor interview | 3:04 3.1 | 3:17 3.3 | .2 .22 |
| 09/05/01 | Travel to Crutsinger interview | 3:54 3.9 | 4:19 4.3 | .4 .42 |
| 09/05/01 | Travel to Monroe interview | 4:55 4.9 | 5:08 5.1 | .2 .22 |
| 09/05/01 | Travel to Thompson interview | 5:29 5.5 | 5:48 5.8 | .3 .32 |
| 09/05/01 | Travel to Norman interview | 6:22 6.4 | 6:29 6.5 | .1 .12 |
| 09/05/01 | Return travel White Settlement, Texas to Sachse, Texas | 6:54 6.9 | 8:08 8.1 | 1.2 1.23 |
| 09/06/01 | Travel Sachse, Texas to White Settlement, Texas | 11:42 11.7 | 12:57 1.00 | 1.3 1.25 |
| 09/06/01 | Travel to Burriss residence | 2:09 2.2 | 2:31 2.5 | .3 .37 |
| 09/06/01 | Travel to Shipman residence | 2:48 2.8 | 3:03 3.1 | .3 .25 |
| 09/06/01 | Travel to Norman residence | 3:27 3.5 | 3:32 3.5 | 0 .08 |
| 09/06/01 | Travel to Crutsinger | 3:37 3.6 | 3:40 3.7 | .1 .05 |
| 09/06/01 | Travel to meeting with attorneys | 3:54 3.9 | 3:59 4.0 | .1 .08 |
| 09/06/01 | Travel to Monroe interview | 5:06 5.1 | 5:23 5.4 | .3 .28 |
| 09/06/01 | Return travel White Settlement, Texas to Sachse, Texas | 6:49 6.8 | 8:17 8.3 | 1.5 1.47 |
| | **TOTAL TRAVEL:** | | | **24.96** |

11.0

25.2

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| | | | | |

| ITEMIZED EXPENSES:<br>Expense | | | | Cost |
|---|---|---|---|---|
| Long distance charges | | | | |
| 06/01 | Long distance charges | | 1.79 | $ 1.79 |
| Meals | | | | |
| 08/29/01 | Meal | | ~~5.39~~ 5.29 | |
| 08/30/01 | Meal | | 3.78 | |
| 08/31/01 | Meal | | 5.29 | $ 14.46 |
| Mileage (@ .325/mile) | | | | |
| 08/29/01 | 151 miles | round trip to Ft. Worth | 49.08 | |
| 08/30/01 | 155 miles | round trip to Ft. Worth | 50.38 | |
| 08/31/01 | 141 miles | round trip to Ft. Worth | 45.83 | |
| 09/04/01 | 114 miles | round trip to White Settlement | 37.05 | |
| 09/05/01 | 127 miles | round trip to White Settlement | 41.28 | 283.94 |
| 09/06/01 | 135 miles | round trip to White Settlement | 43.88 | ~~$ 267.50~~ |
| Miscellaneous | | | 823.00 | |
| 08/29/01 | Toll | | .75 ✓ | $ .75 |
| | | | TOTAL EXPENSES: | $ 284.50 |

N/a not in travel status 10 hrs.



Appellate Case: 15-3160 Page: 7 Date Filed: 02/29/2016 Entry ID: 4372484

| TOTALS | |
|---|---|
| INVESTIGATION FEES ( 33.75 hrs @ $60/hr) 34.0 | $ 2,025.00 2040.00 |
| REPORT WRITING ( ~~10.02~~ hrs @ $30/hr) 10.1 | $ ~~300.60~~ 303.00 |
| TRAVEL ( ~~24.96~~ hrs @ $30/hr) 25.2 | $ ~~748.80~~ 756.00 |
| EXPENSES | $ ~~284.50~~ 284.69 |
| **TOTAL AMOUNT DUE:** | **$ 3,358.90** |

3099.00



Appellate Case: 15-3160 Page: 8 Date Filed: 02/29/2016 Entry ID: 4372484

Nelson
[redacted]

Dallas North Tollway

CARRIER No. 1 Lane 029
Attendant 5275
11:23 am 08/29/01

Toll

CASH RECEIPT

Vehicle Class: 1 Fare Paid $0.75

.75

THANK YOU

---

[redacted] Nelson

... for eating at McDonald's
6350 ...sboro Hwy
[redacted] 817-237-7245

THANK YOU
LAKE WORTH TEL# 8172377245
LS KS#01 S02 Aug. 30'01(Thu) 15:29

Order #169 EAT IN

| | |
|---|---|
| 1 ... | 2.44 |
| 1 ... | 1.05 |
| SUB TOTAL | 3.49 |
| EAT IN TAX | 0.29 |
| | 3.78 |
| CASH TENDERED | 10.00 |
| CHANGE | 6.22 |

---

THANK YOU FOR
CHOOSING KFC
PIZZA HUT
817-367-0308
David R. Manager

Nelson

Order# 0253 31-Aug 01
2:38:07 PM

Order was for IN
Register: COUNTER2
Server/Cashier: 3312/3312
Customer:

| | | |
|---|---|---|
| 1 | KFC3MX 3 PC | $ 2.81 |
| | MASH | $ .99 |
| 1 | PEP 20 | $ 1.09 |

Sub Total: 4.89
Sales Tax: 0.40
Amount Due: 5.29
Amount Tendered: 6.00
Change: 0.71

THANK YOU VERY MUCH!
Come Back Again Soon!

---

[redacted]

... 5.29
TOTAL
CASH 6.00
CHANGE .71
Open 24 Hours
DUPLICATE
Wed Aug 29 10:14 ...

Nelson

Original receipt very light print

P5

**For Your Information**
(Continued)

August 1, 2001. These changes do not affect your current rates or plans. Future changes to these Terms will be disclosed at www.sbc.com and in an update of the Terms sent via your bill.

**Service Charges**

**Monthly Service Charges**

| | Type of Service | Period | Qty | |
|---|---|---|---|---|
| 3 | Switched Toll Free | 07/11-08/10 | 1 | 5.00 |
| | Total Monthly Service Charges | | | 5.00 |
| | Total Service Charges | | | 5.00 |

**Call Charges**

**Calls for 214-366-4830**
**Domestic**

| Item | Date | Time | Place Called | | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 05/22 | 03:02PM | HOUSTON | TX | 713 | 552-9559 | DC | 1:00 | .07 Toney |
| 5 | 05/22 | 03:03PM | HOUSTON | TX | 713 | 552-9559 | DC | 1:00 | .07 |
| 6 | 06/08 | 02:18PM | WEATHERFD | TX | 817 | 599-6591 | DC | 2:48 | .20 |
| 7 | 06/08 | 02:29PM | CLEBURNE | TX | 817 | 558-1639 | DC | :30 | .04 |
| 8 | 06/08 | 02:57PM | CLEBURNE | TX | 817 | 558-1639 | DC | 3:36 | .25 |
| 9 | 06/08 | 03:02PM | WEATHERFD | TX | 817 | 594-4208 | DC | 1:06 | .08 |
| 10 | 06/08 | 03:14PM | WEATHERFD | TX | 817 | 594-4208 | DC | 6:30 | .46 |
| 11 | 06/08 | 03:32PM | WEATHERFD | TX | 817 | 594-4208 | DC | 1:48 | .13 |
| 12 | 06/11 | 01:08PM | BLOOMSDALE | MO | 573 | 483-2720 | DC | 25:36 | 1.79 Nelson |
| 13 | 06/13 | 10:47AM | FORT WORTH | TX | 817 | 338-1000 | DC | 1:42 | .12 Toney |
| 14 | 06/13 | 02:28PM | HUNTSVILLE | TX | 936 | 295-6371 | DC | 1:36 | .11 |
| 15 | 06/13 | 02:45PM | FORT WORTH | TX | 817 | 534-1826 | DC | :30 | .04 |
| 16 | 06/13 | 02:58PM | KANSASCITY | MO | 816 | 300-0000 | DC | :30 | .04 |
| 17 | 06/14 | 12:53PM | OWENSBORO | KY | 270 | 683-5001 | DC | :42 | .05 |
| 18 | 06/14 | 01:05PM | FRANKFORT | KY | 502 | 227-2142 | DC | :48 | .06 |
| 19 | 06/14 | 01:12PM | AUSTIN | TX | 512 | 497-4961 | DC | 1:30 | .11 |
| 20 | 06/14 | 01:41PM | AUSTIN | TX | 512 | 497-4961 | DC | :48 | .06 |
| 21 | 06/14 | 02:29PM | EULESS | TX | 817 | 282-1911 | DC | :36 | .04 |
| 22 | 06/14 | 02:31PM | FORT WORTH | TX | 817 | 332-5575 | DC | :42 | .05 |
| 23 | 06/15 | 10:25AM | FRANKFORT | KY | 502 | 227-2142 | DC | 2:06 | .15 |
| 24 | 06/15 | 12:59PM | FORT WORTH | TX | 817 | 332-5575 | DC | :30 | .04 |
| 25 | 06/15 | 01:17PM | AUSTIN | TX | 512 | 450-0188 | DC | :30 | .04 |
| 26 | 06/15 | 02:13PM | FORT WORTH | TX | 817 | 332-5575 | DC | 9:12 | .64 |
| 27 | 06/15 | 03:07PM | FORT WORTH | TX | 817 | 332-5575 | DC | :36 | .04 |
| 28 | 06/19 | 10:40AM | LUBBOCK | TX | 806 | 535-3345 | DC | :48 | .06 |
| 29 | 06/19 | 12:08PM | HENDERSON | KY | 270 | 830-6500 | DC | 1:48 | .13 |
| 30 | 06/19 | 12:11PM | KANSASCITY | MO | 816 | 512-5066 | DC | 3:06 | .22 |
| 31 | 06/19 | 12:17PM | HOUSTON | TX | 832 | 483-0884 | DC | 2:18 | .16 |
| 32 | 06/19 | 01:31PM | CEDAR VLY | TX | 512 | 301-5100 | DC | :42 | .05 |
| 33 | 06/19 | 01:32PM | LUBBOCK | TX | 806 | 535-3345 | DC | :30 | .04 |
| 34 | 06/20 | 11:40AM | FORT WORTH | TX | 817 | 921-3431 | DC | 4:54 | .34 |
| 35 | 06/20 | 12:39PM | GAINESVL | TX | 940 | 665-0701 | DC | :30 | .04 |
| 36 | 06/21 | 11:08AM | FORT WORTH | TX | 817 | 921-3431 | DC | 1:24 | .10 |
| 37 | 06/22 | 11:57AM | FORT WORTH | TX | 817 | 921-3431 | DC | 1:24 | .10 |
| 38 | 06/26 | 02:54PM | FORT WORTH | TX | 817 | 332-5575 | DC | :36 | .04 |
| 39 | 06/27 | 04:24PM | KANSASCITY | MO | 816 | 300-0000 | DC | 1:36 | .11 |

SWBell Long Distance
Billing Questions:
1-888-560-9399

Nelson

$ 1.79

+4+

U. S. v. Nelson
Shull, Hunt

| In Court Budget | Budgeted Hours | Amount Dollars | Expende Hours | H.9/9(S.9/30/00) Dollars | Balance Available Hours | Balance Available Dollars |
|---|---|---|---|---|---|---|
| All In Court Time | 806 | $100,750.00 | 51.2 | $6,400.00 | 754.8 | $94,350.00 |
| **TOTAL IN COURT** | 806 | $100,750.00 | 51.2 | $6,400.00 | 754.8 | $94,350.00 |
| | | | | | | |
| **Out of Court Budget** | | | | | | |
| Interviews & Conferences w/Client | 140 | $17,500.00 | 152.8 | $19,100.00 | -12.8 | -$1,600.00 |
| Witness Interviews | 64 | $8,000.00 | 114.3 | $14,287.50 | -50.3 | -$6,287.50 |
| Consultation w/Investigator/Expert | 70 | $8,750.00 | 130.5 | $16,312.50 | -60.5 | -$7,562.50 |
| Obtain & Review Court Record | 184 | $23,000.00 | 26.2 | $3,275.00 | 157.8 | $19,725.00 |
| Obtaining & Reviewing Other Documents | 190 | $23,750.00 | 382.4 | $47,800.00 | -192.4 | -$24,050.00 |
| Cosult w/Resource Center | | | 15.3 | $1,912.50 | -15.3 | -$1,912.50 |
| Legal Research & Writing | 180 | $22,500.00 | 160.7 | $20,087.50 | 19.3 | $2,412.50 |
| Travel | 130 | $16,250.00 | 151.3 | $18,912.50 | -21.3 | -$2,662.50 |
| Other (Drscribe Service) | 246 | $30,750.00 | 284.9 | $35,612.50 | -38.9 | -$4,862.50 |
| **Total Out of Court** | 1204 | $150,500.00 | 1418.4 | $177,300.00 | -214.4 | -$26,800.00 |
| | | | | | | |
| **Budget for Expert Services** | | | | | | |
| Investigator | | $42,025.00 | | $19,347.92 | | $22,677.08 |
| Interpreter | | | | | | |
| Psychologist | | $2,500.00 | | | | |
| Psychiatrist | | $20,000.00 | | | | $20,000.00 |
| Other: Venue, Crime scene,Mitigation,Autopsy | | $59,000.00 | | $50,704.62 | | $8,295.38 |
| **Total for Expert Services** | | $123,525.00 | | $70,052.54 | 87,500.00 approved by Judge McMillian | $53,472.46 |
| | | | | | | |
| **Budget for Expenses** | | | | | | |
| Travel | | $7,000.00 | | $33,957.10 | | -$26,957.10 |
| Parking | | $250.00 | | $213.50 | | $36.50 |
| Meals/Lodging | | | | $2,005.04 | | -$2,005.04 |
| Copying Fees | | $250.00 | | $2,407.21 | | -$2,157.21 |
| Postage | | $100.00 | | $155.41 | | -$55.41 |
| Toll Calls | | $500.00 | | $1,153.32 | | -$653.32 |
| Faxes | | | | | | |
| Paralegal Expense | | | | $7,176.25 | | -$7,176.25 |
| Westlaw/Lexis | | $500.00 | | | | $500.00 |
| Other: | | | | $579.84 | | -$579.84 |
| **Total Budgeted for Expense** | | $8,600.00 | | $47,647.67 | | -$39,047.67 |
| | | | | | | |
| **Combined Budget Total** | 2010 | $383,375.00 | | $301,400.21 | | $81,974.79 |

P36-0033

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CHARLES EVANS WHITTAKER UNITED STATES COURTHOUSE
400 E. 9TH STREET
KANSAS CITY, MISSOURI 64106

FERNANDO J. GAITAN, JR.
DISTRICT JUDGE

(816) 512-5630
(FAX) 512-5643

October 23, 2001

Judge Theodore McMillian
United States Courthouse
Suite 25.162
111 S. 10th Street
St. Louis, MO 63102

Dear Judge McMillian:

Enclosed please find the "Ex Parte Request for Authorization and Voucher Expert and Other Services" form submitted by Capital Punishment Investigation & Educational Services and Susan Hunt. I believe the charges are justified and request that you approve this voucher. Should you have any questions, please contact me.

Very truly yours,

Fernando J. Gaitan, Jr.

Appellate Case: 15-3160 Page: 13 Date Filed: 02/29/2016 Entry ID: 4372484

**CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-99)**

1. CIR./DIST./ DIV. CODE: MOW
2. PERSON REPRESENTED: Keith D. Nelson
VOUCHER NUMBER:
3. MAG. DKT./DEF. NUMBER:
4. DIST. DKT./DEF. NUMBER: 4:99-000303-01
5. APPEALS DKT./DEF. NUMBER:
6. OTHER DKT. NUMBER:
7. IN CASE/MATTER OF (Case Name): US v. Keith D. Nelson
8. TYPE PERSON REPRESENTED: ☒ Adult Defendant ☐ Appellant ☐ Other: ☐ Habeas Petitioner ☐ Appellee
9. REPRESENTATION TYPE: ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital) ☒ D2 Federal Capital Prosecution ☐ D4 Other (Specify)
10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2241(f)

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

11. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ ______ OR
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of Attorney ______ Date ______
☐ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization
ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC MO 64106
Telephone Number:

12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)*
Mitigation Investigation

13. TYPE OF SERVICE PROVIDER
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☒ Mitigation Specialist
23 ☐ Duplication Services *(See Instructions)*
24 ☐ Other *(Specify)*

14. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order ______ Nunc Pro Tunc Date ______
Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO

15. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION: a. ☒ Pre-Trial b. ☐ Trial c. ☐ Sentencing d. ☐ Other Post Trial e. ☐ Appeal f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS: g. ☐ Habeas Petition h. ☐ Evidentiary Hearing i. ☐ Dispositive Motions j. ☐ Appeal k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING: l. ☐ Stay of Execution m. ☐ Appeal of Denial of Stay n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay o. ☐ Other

**CLAIM FOR SERVICES AND EXPENSES** — **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 6,957.00 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | 492.70 | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | $ 7,449.70 | | |

17. PAYEE'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Capital Punishment Investigation + Educational Services
3530 Forest Lane #314
Dallas TX 75234
TIN: 75-2912651
Telephone Number: 214-366-4830
CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 11/30/00 TO 3/09/01
CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number ______ ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.
Signature of Claimant/Payee: Dena S Francis Date: Mar 31, 01

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.
Signature of Attorney ______ Date ______

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer ______ Date ______ Judge/Mag. Judge Code ______

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ ______
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) ______ Date ______ Judge Code ______

Pd – 5/7/01 $ 7455.50

*Capital Punishment Investigation*
*& Educational Services*
*3530 Forest Lane #314*
*Dallas TX 75234*

Federal ID# 75-2912651

March 29, 2001

Invoice submitted to:

Susan Hunt

Attorney at Law
819 Walnut
Kansas City MO 64106

In Reference To:Keith Nelson
Invoice #10006

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/30/00 | Report writing: social history narrative and life history chronology | 8.00<br>30.00/hr | 240.00 |
| 12/1/00 | Report writing: research and write life history chronology | 3.00<br>30.00/hr | 90.00 |
| 1/26/01 | Review case materials | 3.00<br>60.00/hr | 180.00 |
| | Report writing: social history narrative and life history chronology | 2.00<br>30.00/hr | 60.00 |
| 1/31/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/1/01 | Report writing: social history narrative and life history chronology | 6.00<br>30.00/hr | 180.00 |

Appellate Case: 15-3160 Page: 14 Date Filed: 02/29/2016 Entry ID: 4372484

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/1/01 | Telephone conference with attorney and witness N. Nelson | 0.50<br>60.00/hr | 30.00 |
| | Report writing | 0.50<br>30.00/hr | 15.00 |
| 2/5/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/6/01 | Report writing: social history narrative and life history chronology | 3.00<br>30.00/hr | 90.00 |
| 2/7/01 | Report writing: social history narrative and life history chronology | 4.00<br>30.00/hr | 120.00 |
| 2/12/01 | Review case materials: life history records and FBI reports | 2.00<br>60.00/hr | 120.00 |
| 2/14/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/15/01 | Round trip travel Dallas to White Settlement, TX | 2.00<br>30.00/hr | 60.00 |
| | Witness interviews: M. Griffin, R. Reese; | 5.00<br>60.00/hr | 300.00 |
| | Schedule witness interviews | | |
| 2/16/01 | Round trip travel to Fort Worth and White Settlement | 5.00<br>30.00/hr | 150.00 |
| | Witness interviews: L. Griffin, M. Griffin, R. Monroe, J. Walker | 5.50<br>60.00/hr | 330.00 |

Appellate Case: 15-3160 Page: 15 Date Filed: 02/29/2016 Entry ID: 4372484

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/16/01 | T/C attorney S. Hunt; | 2.50<br>60.00/hr | 150.00 |
| | Review case materials | | |
| 2/19/01 | Report writing: witness interviews | 4.00<br>30.00/hr | 120.00 |
| | T/C attorney S. Hunt; | 0.70<br>60.00/hr | 42.00 |
| | Schedule travel and witness interviews | | |
| 2/21/01 | Travel: Dallas to Kansas City (flight delayed) | 4.50<br>30.00/hr | 135.00 |
| | Review case materials: life history records; | 6.20<br>60.00/hr | 372.00 |
| | Meeting with attorney S. Hunt; | | |
| | Meeting with client at CCA prison; | | |
| | Meeting with warden and officials at CCA; | | |
| | Meeting with attorneys S. Hunt and P. Berrigan | | |
| | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| | Report writing: R. Monroe, J. Walker interviews | 4.00<br>30.00/hr | 120.00 |
| 2/22/01 | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| | Interview of client at CCA prison; | 14.00<br>60.00/hr | 840.00 |
| | T/C attorney S. Hunt; | | |
| | Witness interview: N. Nelson | | |

Appellate Case: 15-3160 Page: 16 Date Filed: 02/29/2016 Entry ID: 4372484

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/22/01 | Records collection efforts: CPS, TYC records | 0.40<br>30.00/hr | 12.00 |
| | Witness interview: T. Shortie | 1.00<br>60.00/hr | 60.00 |
| 2/23/01 | Meeting with attorney S. Hunt;<br><br>Review case materials;<br><br>Meeting with witnesses N. Nelson and P. Nelson;<br><br>Change of venue hearing | 6.20<br>60.00/hr | 372.00 |
| | Travel Kansas City to Dallas | 4.00<br>30.00/hr | 120.00 |
| 2/26/01 | Records collection efforts: women's shelter records | 1.00<br>30.00/hr | 30.00 |
| | Report writing: G. Hawks, T. Shortie interviews | 2.60<br>30.00/hr | 78.00 |
| | Witness interview: G. Hawks;<br><br>Efforts to locate witnesses via phone calls: FBI reports | 2.30<br>60.00/hr | 138.00 |
| 2/28/01 | Round trip travel to White Settlement, TX | 2.50<br>30.00/hr | 75.00 |
| | Efforts to locate witnesses via phone calls: M. Bassett, Juvenile Probation Office;<br><br>Efforts to locate witnesses via personal contact: go to Brewer High School and former address of client; | 7.00<br>60.00/hr | 420.00 |

Appellate Case: 15-3160 Page: 17 Date Filed: 02/29/2016 Entry ID: 4372484

Appellate Case: 15-3160 Page: 18 Date Filed: 02/29/2016 Entry ID: 4372484



| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Witness interviews: R. Vines, G. Monroe, G. Hawk | | |
| 3/1/01 | Report writing: R. Vines and G. Monroe interviews | 2.50<br>30.00/hr | 75.00 |
| | Plan investigation; | 3.00<br>60.00/hr | 180.00 |
| | Efforts to identify domestic violence shelters in Sacramento, California in order to obtain records; | | |
| | Efforts to locate witness via phone calls: client's juvenile probation officer | | |
| | Records collection efforts: second request to Child Protective Services: complete release form, submit requested information | 0.50<br>30.00/hr | 15.00 |
| 3/2/01 | Report writing: witness interviews: G. Monroe, M. Warren | 2.00<br>30.00/hr | 60.00 |
| | Attempts to locate witnesses via phone calls: T. Castillo, B. Joplin; | 1.50<br>60.00/hr | 90.00 |
| | Telephone interview of witnesses: M. Monroe, B. Joplin | | |
| | Meeting with attorneys S. Hunt and P. Berrigan and expert witness M. Cunningham (in Albuquerque) | 2.00<br>60.00/hr | 120.00 |
| 3/5/01 | Review records: juvenile, TYC | 4.00<br>60.00/hr | 240.00 |

Appellate Case: 15-3160 Page: 19 Date Filed: 02/29/2016 Entry ID: 4372484





| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/5/01 | Report writing: witness interview: G. Monroe | 0.50<br>30.00/hr | 15.00 |
| | Records collection efforts: phone calls, write and submit letters of request: Women's Shelter, Child Protective Services in California | 2.00<br>30.00/hr | 60.00 |
| 3/6/01 | Report writing: client interview | 1.00<br>30.00/hr | 30.00 |
| 3/7/01 | Report writing: life history chronology | 2.70<br>30.00/hr | 81.00 |
| | Plan investigation strategy; | 0.40<br>60.00/hr | 24.00 |
| | Records collection efforts: women's shelter records, Child Protective Services in California | 2.00<br>30.00/hr | 60.00 |
| 3/8/01 | Report writing: life history chronology | 5.00<br>30.00/hr | 150.00 |
| 3/9/01 | Schedule witness interviews | 0.60<br>60.00/hr | 36.00 |
| | Records collection: Child Protective Services: forwarded information to attorney requesting signature; | 1.0 5.40<br>30.00/hr | 162.00 |
| | Report writing: life history chronology Rep- 4.4 | | |
| | For professional services rendered | 164.50 | $6,957.00 |

Appellate Case: 15-3160 Page: 20 Date Filed: 02/29/2016 Entry ID: 4372484



Additional charges:

| | | Amount |
|---|---|---|
| 2/1/01 | Database services | 205.00 |
| 2/15/01 | 120 miles: round trip to Fort Worth and White Settlement | 39.00 |
| 2/16/01 | 170 miles: round trip travel to Fort Worth and White Settlement | 55.25 |
| 2/21/01 | Lodging - Kansas City, Missouri 02/21-02/23 | 193.45 |
| | Total costs | $492.70 |
| | Total amount of this bill | $7,449.70 |
| | Balance due | $7,449.70 |

Appellate Case: 15-3160 Page: 21 Date Filed: 02/29/2016 Entry ID: 4372484



DBT ONLINE, Inc.
A CHOICEPOINT COMPANY

Billing Inquiries: (800) 317-6654
Facsimile: (561) 982-5886
Accounting Hours: 8:00am - 6:00pm EST, Monday - Friday
Service Inquiries: (800) 897-1644

P.O. BOX 945664
ATLANTA, GA 30394-5664
Tax ID #: 65-0324434

**Invoice Number: AB0000248866**

Account Number: 11430 Invoice Date: 02/28/2001
**Payment Due Upon Receipt**

TENA S. FRANCIS
ATTN: TENAFRANCIS
PO BOX 443
WYLIE, TX 75098

| Account Summary | | | |
|---|---|---|---|
| Previous | Credits | Payments | Past Due |
| $320.07 | $0.00 | $180.00 | $140.07 |

**Invoice Detail Sorted by Reference ID**

| Date/Time | User ID | Transaction Code | Quantity | Amount |
|---|---|---|---|---|
| **Reference: ADMIN** | | | | |
| 2/5/01 3:13:19PM | TFRANCIS | FREE TIME | 0.15 | ($0.38) |
| 2/5/01 3:13:19PM | TFRANCIS | LOGOUT | 3.00 | $7.50 |
| **Sub Total: ADMIN** | | | **3.15** | **$7.12** |
| **Reference: DANNY TAYLOTR** | | | | |
| 2/16/01 3:25:13PM | TFRANCIS | BILL RT PHO | | $0.75 |
| 2/16/01 3:28:10PM | TFRANCIS | LOGOUT | 11.00 | $27.50 |
| **Sub Total: DANNY TAYLOTR** | | | **11.00** | **$28.25** |
| **Reference: NELSON** | | | | |
| 2/14/01 3:34:41PM | TFRANCIS | LOGOUT | 3.00 | $7.50 |
| 2/14/01 3:47:46PM | TFRANCIS | LOGOUT | 11.00 | $27.50 |
| 2/14/01 4:14:54PM | TFRANCIS | LOGOUT | 25.00 | $62.50 |
| 2/26/01 2:05:56PM | TFRANCIS | LOGOUT | 36.00 | $90.00 |
| 2/26/01 3:32:20PM | TFRANCIS | LOGOUT | 7.00 | $17.50 |
| **Sub Total: NELSON** | | | **82.00** | **$205.00** |
| **Reference: RITCHIE & GLASS** | | | | |
| 2/16/01 11:29:10AM | TFRANCIS | SS SNAPSHOT | | $5.00 |
| 2/16/01 11:30:52AM | TFRANCIS | LOGOUT | 13.00 | $32.50 |
| **Sub Total: RITCHIE & GLASS** | | | **13.00** | **$37.50** |
| **Reference: TAYLOR** | | | | |
| 2/14/01 11:01:22AM | TFRANCIS | LOGOUT | 16.00 | $40.00 |
| 2/20/01 4:17:17PM | TFRANCIS | LOGOUT | 4.00 | $10.00 |
| **Sub Total: TAYLOR** | | | **20.00** | **$50.00** |
| **Reference: TONEY** | | | | |

# WYNDHAM GARDEN HOTEL
# KANSAS CITY AIRPORT

Tina Francis

Room 0711
Cashier DENNITA
Page 1

Arrival 02/21/01
Departure 02/23/01

INFORMATION BILL Wyndham Garden Hotel - KCI Airport, 02/23/01 10:18 1

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 02/21 | Room Charge | 0711 | 85.00 | |
| 02/21 | Occ Tax-State 6.85% | | 5.82 | |
| 02/21 | Occ Tax-City 6.5% | | 5.53 | |
| 02/22 | Room Charge | | 85.00 | |
| 02/22 | Occ Tax-State 6.85% | | 5.82 | |
| 02/22 | Occ Tax-City 6.5% | | 5.53 | |
| 02/23 | Long Distance Call ->#711 : 816-221-4588 | | 0.75 | |
| 02/23 | Cash | | | 193.45 |
| | Total | | 193.45 | 193.45 |
| | Balance | | | 0.00 US |

Thank You For Choosing The Wyndham Garden Hotel-KCI Airport
11828 NW Plaza Circle Kansas City, MO 64153
(816)464-2423 Fax (816)464-2560

Signature: ______________________________

Appellate Case: 15-3160 Page: 22 Date Filed: 02/29/2016 Entry ID: 4372484

# Capital Punishment Investigation & Educational Services

3530 Forest Lane #314
Dallas, TX 75234

Phone 214-366-4830
Fax 214-366-4935

March 31, 2001

Susan Hunt
Attorney at Law
819 Walnut
Kansas City, MO 64106

Re: Keith Nelson

Dear Ms. Hunt:

Enclosed please our invoice and CJA-31 in reference to the Keith Nelson case. We have made your suggested revisions and we have also included hours and expenses that were not on the previous invoice.

If you have any questions regarding this invoice, do not hesitate to contact our office.

Sincerely,

D Chandler

Dawn Chandler

encl: invoice
CJA-31
~~court order~~

Appellate Case: 15-3160 Page: 23 Date Filed: 02/29/2016 Entry ID: 4372484

Appellate Case: 15-3160 Page: 24 Date Filed: 02/29/2016 Entry ID: 4372484



Capital Punishment Investigation & Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/2/01 | 5 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/21/00 | Report writing: life history chronology and social history narrative (11/21-11/30) | 8 | 30.00 | 240.00 |
| 12/1/00 | Report writing: research and write life history chronology | 3 | 30.00 | 90.00 |
| 1/26/01 | Review case materials | 3 | 60.00 | 180.00 |
| 1/26/01 | Report writing: social history narrative, life history chronology | 2 | 30.00 | 60.00 |
| 1/31/01 | Report writing: life history chronology, social history narrative | 5 | 30.00 | 150.00 |
| 2/1/01 | Review records; Report writing: social history narrative, life history chronology | 6 | 30.00 | 180.00 |
| 2/1/01 | Telephone conference with attorney and witness N. Nelson | 0.5 | 60.00 | 30.00 |
| 2/1/01 | Report writing | 0.5 | 30.00 | 15.00 |
| 2/5/01 | Review records; Report writing: social history narrative, life history chronology | 5 | 30.00 | 150.00 |
| 2/6/01 | Review records; Report writing: social history narrative, life history chronology | 3 | 30.00 | 90.00 |
| 2/7/01 | Review records; Report writing: social history narrative, life history chronology | 4 | 30.00 | 120.00 |
| 2/12/01 | Review case materials: life history records and FBI reports | 2 | 60.00 | 120.00 |
| 2/14/01 | Records review; Report writing: social history narrative, life history chronology | 5 | 30.00 | 150.00 |
| 2/15/01 | Round trip travel to White Settlement, TX | 2 | 30.00 | 60.00 |
| 2/15/01 | Witness interview: Griffin, Reese; Set up appointments for next day for other interviews; Located several leads | 5 | 60.00 | 300.00 |
| 2/16/01 | T/C attorney S. Hunt; Review case materials | 2.5 | 60.00 | 150.00 |
| 2/16/01 | Witness interviews: M. Griffith, L. Griffith, R. Monroe, J. Walker | 5.5 | 60.00 | 330.00 |
| 2/16/01 | Round trip travel to White Settlement, Ft. Worth and around area | 5 | 30.00 | 150.00 |

| | Total |
|---|---|

Capital Punishment Investigation &
Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/2/01 | 5 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 3/2/01 | Telephone interview of witnesses: M. Monroe, B. Joplin; Attempts to locate witnesses: T. Castillo, B. Joplin | 1.5 | 60.00 | 90.00 |
| 3/5/01 | Review records: juvenile, TYC | 4 | 60.00 | 240.00 |
| 3/5/01 | Records collection efforts: women's shelter, CPS, California | 2 | 30.00 | 60.00 |
| 3/5/01 | Report writing: witness interview: G. Monroe | 0.5 | 30.00 | 15.00 |
| 2/15/01 | 02/15/01 120 miles rt to White Settlement/Ft. Worth | | 39.00 | 39.00 |
| 3/1/01 | 01/16/01 120 miles round trip to White Settlement | | 39.00 | 39.00 |
| 3/1/01 | 02/16/01 25 miles White Settlement to Ft. Worth | | 8.13 | 8.13 |
| 3/1/01 | 02/16/01 25 miles traveling around Ft. Worth | | 8.12 | 8.12 |
| | Total Reimbursable Expenses | | | 94.25 |
| 2/21/01 | Report writing: R. Monroe, J. Walker interviews | 4 | 30.00 | 120.00 |
| 2/22/01 | Records collection efforts: CPS, TYC records | 0.4 | 30.00 | 12.00 |
| 2/22/01 | Witness interview: T. Shortie | 1 | 60.00 | 60.00 |
| 2/26/01 | Records collection efforts: women's shelter records | 1 | 30.00 | 30.00 |
| 2/26/01 | Report writing: G. Hawks, T. Shortie interviews | 2.6 | 30.00 | 78.00 |
| 2/26/01 | Witness interview: G. Hawks | 1.3 | 60.00 | 78.00 |
| 2/26/01 | Efforts to locate witnesses via phone calls: FBI reports | 1 | 60.00 | 60.00 |
| 3/6/01 | Report writing: client interview | 1 | 30.00 | 30.00 |
| 3/7/01 | Report writing: life history chronology | 2.7 | 30.00 | 81.00 |
| 3/7/01 | Records collection efforts: Women's Shelter records, CPS in California | 2 | 30.00 | 60.00 |
| 3/7/01 | Plan investigation | 0.4 | 60.00 | 24.00 |
| 3/8/01 | Report writing: life history chronology | 5 | 30.00 | 150.00 |
| 3/9/01 | Set up witness interviews | 0.6 | 60.00 | 36.00 |
| 3/9/01 | Records collection: CPS, forwarded info to attorney requesting signature | 1 | 30.00 | 30.00 |
| 3/9/01 | Report writing: life history chronology | 4.4 | 30.00 | 132.00 |
| 3/14/01 | 02/21-02/23 Lodging - Kansas City, MO | | 193.45 | 193.45 |
| 3/23/01 | 02/01 Database services | | 205.00 | 205.00 |
| | | | **Total** | |



Appellate Case: 15-3160 Page: 25 Date Filed: 02/29/2016 Entry ID: 4372484

Appellate Case: 15-3160 Page: 26 Date Filed: 02/29/2016 Entry ID: 4372484

P36-0048

Capital Punishment Investigation & Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/2/01 | 5 |

| BILL TO |
|---|
| Keith Nelson |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Total Reimbursable Expenses | | | 398.45 |

**Total** $7,449.70

P36-0049

D13121

CJA 31 (3/94)

# DEATH PENALTY PROCEEDINGS: *EX PARTE* REQUEST FOR AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES

1. JURISDICTION: ☒ DISTRICT COURT 2 ☐ COURT OF APPEALS 3
2a. DISTRICT COURT DOCKET NO.: 99-00303-01-CR-W-2
2b. COURT OF APPEALS DOCKET NO.: —
3. FOR (DISTRICT/CIRCUIT): West. Dst. MO
4. LOC. CODE: —
5. CASE CODE:
6. CHARGE/OFFENSE (U.S. or other code citation): capital murder
7. IN THE CASE OF: U.S.A. vs. Keith [redacted] Nelson
8. PERSON REPRESENTED (FULL NAME): Keith Dwayne Nelson
9. PERSON REPRESENTED (STATUS): 1 ☒ DEFENDANT 2 ☐ HABEAS PETITIONER 3 ☐ APPELLANT 4 ☐ APPELLEE 5 ☐ OTHER
10. PROCEEDINGS FOR WHICH SERVICES ARE REQUESTED (DESCRIBE BRIEFLY): capital trial.
11. TYPE OF SERVICES REQUESTED: 1 ☒ INVESTIGATOR 2 ☐ INTERPRETER 3 ☐ PSYCHOLOGIST 4 ☐ PSYCHIATRIST 5 ☐ POLYGRAPH 6 ☐ DOCUMENTS 7 ☐ FINGERPRINT 8 ☐ ACCOUNTANT 9 ☐ CALR 10 ☐ CHEMIST 11 ☐ BALLISTICS 12 ☐ OTHER
12. SERVICE PROVIDER (name, organization, address, area code, ...): [illegible] CPIES
13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES. Use additional sheets if necessary. If requesting psychiatrist or psychologist see instructions for item 13.) If similar services have been sought on behalf of the person represented in any prior proceeding, attach a description of those services, including amounts expended.
Mitigation / social history investigation including records collection and research, witness interviews and consultation.
14. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request
☐ Authorization to obtain the service or
☐ Approval of services already obtained to be paid for by the United States from the Defender Services appropriation.
(Note: Prior authorization should be obtained for services in excess of $300)
SIGNATURE OF ATTORNEY ____ DATE ____
TELEPHONE NO. ____
1 ☐ FPD 2 ☐ PANEL ATTORNEY 3 ☐ RETAINED ATTY. 4 ☐ PRO-SE
15. ESTIMATED COMPENSATION (Describe basis, e.g., hourly or daily rate or ...): $60/hr investigation $30/hr travel $ ???
16. COURT ORDER
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in item 14 is hereby granted.
SIGNATURE OF PRESIDING JUDICIAL OFFICER ____ DATE ____

## CLAIM FOR SERVICE

17. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at item 18 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDINGS | |
|---|---|---|---|---|---|
| a ☒ Pre-Trial | e ☐ Appeal | g ☐ Habeas Petition | k ☐ Petition for Supreme Court Writ of Certiorari | l ☐ Stay of Execution | o ☐ Other (Please attach description of Proceeding) |
| b ☐ Trial | f ☐ Petition for Supreme Court Writ of Certiorari | h ☐ Evidentiary Hearing | | m ☐ Appeal of Denial of Stay | |
| c ☐ Sentencing | | i ☐ Dispositive Motions | | n ☐ Petition for Writ of Certiorari to Supreme Court Regarding Denial of Stay | |
| d ☐ Other Post Trial | | j ☐ Appeal | | | |

18. ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED (include dates and duration of services and basis of compensation claimed. Attach receipts for expenses incurred. Use additional sheets if necessary.)
See attached statement.

a. TOTAL COMPENSATION $
b. TOTAL EXPENSES $
c. TOTAL AMOUNT CLAIMED $ 6079.25

19. CLAIMANT'S CERTIFICATION FOR PERIOD ____ TO ____
F ☐ FINAL PAYMENT I ☐ INTERIM PAYMENT NO. ____
S ☐ SUPPLEMENTAL PAYMENT
I hereby certify that the above claim is correct and that I have NOT claimed or received payment from any other source for the services rendered and claimed on this voucher.
SIGNATURE OF CLAIMANT ____ DATE ____

20. CERTIFICATION OF ATTORNEY
I hereby certify that these services were rendered.
ATTORNEY'S SIGNATURE ____ DATE ____

## APPROVED FOR PAYMENT

21(a). Either the cost of these does not exceed $300, or prior authorization was obtained.
SIGNATURE OF PRESIDING JUDICIAL OFFICER ____ DATE ____ JUDGE CODE ____

21(b). Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost exceeds $300.
SIGNATURE OF PRESIDING JUDICIAL OFFICER ____ DATE ____ JUDGE CODE ____

21(c). Services procured in accordance with Federal public defender general budget authority.
SIGNATURE OF FEDERAL PUBLIC DEFENDER ____ DATE ____

22. AMOUNT APPROVED/CERT.
A. COMPENSATION $
B. EXPENSES $
C. TOTAL AMOUNT APPROVED/CERTIFIED $

23. NAME OF PAYEE: CPIES
24. PAYEE'S ADDRESS (include city, state & zip code)
25. PAYEE'S SOC. SEC. NO. OR EMPLOYER ID NO.: 115-
26. ATTORNEY'S NAME AND ADDRESS (include city, state, & zip code): Susan Hunt

Appellate Case: 15-3160 Page: 27 Date Filed: 02/29/2016 Entry ID: 4372484