No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 27C**

---


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public
Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 27
# Part C

Appellate Case: 15-3160 Page: 3 Date Filed: 02/29/2016 Entry ID: 4372484

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

FILED JAN 24 2001 P. L. CRUMP, CLK. U.S. DISTRICT COURT WEST. DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Case No. 99-00303-01-CR-W-2 |
| KEITH DWAYNE NELSON, Defendant. | ) | |

**ORDER**

Pending before the Court is Defendant Nelson's Ex Parte Motion for Funds to Employ Mark D. Cunningham PhD. As a Mitigation Specialist, Ex Parte Motion For Funds to Employ T.S. Francis and Associates as a Mitigation Investigator, and Ex Parte Motion For Funds to Employ Dr. Dennis G. Cowan to Conduct a Neuropsychological Examination of Defendant. These requests are approved in the following amounts not to exceed: $2500 for a neuropsychological examination; $15,000 for a mitigation investigator and $25,000 for a mitigation specialist. As requested by defendant in the his Ex Parte Motion for Funds to Employ Dr. Dennis Cowan to Conduct a Neuropsychological Examination of Defendant, the Court's previous approval for up to $20,000 for psychiatric services is hereby rescinded.

As requested in the ex parte motion this order shall be filed under seal.

IT IS SO ORDERED.

SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE

Appellate Case: 15-3160 Page: 4 Date Filed: 02/29/2016 Entry ID: 4372484



**TO:** Dania
**FROM:** Dawn
**DATE:** March 6, 2001
**RE:** Invoice
**No. of pages:** 8

---

**Following invoice for C.P.I.E.S. is being mailed today:**

**CASE:** Keith Nelson

**AMOUNT:** $ 6,079.25

**MAILED TO:** Susan Hunt

819 Walnut
Kansas City, MO 64106

816-221-4588

Appellate Case: 15-3160 Page: 5 Date Filed: 02/29/2016 Entry ID: 4372484

P36-0052
D12125

CJA 31 (3/94)

# DEATH PENALTY PROCEEDINGS: *EX PARTE* REQUEST FOR AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES

1. JURISDICTION: [X] DISTRICT COURT 2 / [ ] COURT OF APPEALS 3
2a. DISTRICT COURT DOCKET NO.: 99-00303-01-CR-W-2
2b. COURT OF APPEALS DOCKET NO.:
3. FOR (DISTRICT/CIRCUIT): West Dst MO
4. LOC. CODE:
5. CASE CODE:
6. CHARGE/OFFENSE (U.S. or other code citation): Capital murder
7. IN THE CASE OF: USA vs. Keith Nelson
8. PERSON REPRESENTED (FULL NAME): Keith Dwayne Nelson
9. PERSON REPRESENTED (STATUS): 1 [ ] DEFENDANT 2 [ ] HABEAS PETITIONER 3 [ ] APPELLANT 4 [ ] APPELLEE 5 [ ] OTHER
10. PROCEEDINGS FOR WHICH SERVICES ARE REQUESTED (DESCRIBE BRIEFLY): Capital trial
11. TYPE OF SERVICES REQUESTED: 1 [X] INVESTIGATOR 2 [ ] INTERPRETER 3 [ ] PSYCHOLOGIST 4 [ ] PSYCHIATRIST 5 [ ] POLYGRAPH 6 [ ] DOCUMENTS 7 [ ] FINGERPRINT 8 [ ] ACCOUNTANT 9 [ ] CALR 10 [ ] CHEMIST 11 [ ] BALLISTICS 12 [ ] OTHER
12. SERVICES TO BE PROVIDED BY (Name, organization, address, area code, telephone no.): Tena Francis 214-366-4830 C.P.I.E.S. 3530 Forest LN #314 Dallas, TX 75234
13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES. Use additional sheets if necessary. (If requesting psychiatrist or psychologist see instructions for item 13.) If similar services have been sought on behalf of the person represented in any prior proceeding, attach a description of those services, including amounts expended.
Mitigation/social history investigation including records collection, research, witness interviews, and consultation
14. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request
[ ] Authorization to obtain the service or
[ ] Approval of services already obtained to be paid for by the United States from the Defender Services appropriation.
(Note: Prior authorization should be obtained for services in excess of $300).
SIGNATURE OF ATTORNEY ____ DATE ____
TELEPHONE NO. ____
1 [ ] FPD 2 [ ] PANEL ATTORNEY 3 [ ] RETAINED ATTY. 4 [ ] PRO-SE
15. ESTIMATED COMPENSATION (Describe basis, i.e., hourly or daily rate or fixed rate fee): $60/hr investigation; $30/hr report writing, travel, records collection $ ____
16. COURT ORDER
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in item 14 is hereby granted.
SIGNATURE OF PRESIDING JUDICIAL OFFICER ____ DATE ____

## CLAIM FOR SERVICE

17. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at item 18 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | HABEAS CORPUS | OTHER PROCEEDINGS |
|---|---|---|
| a [X] Pre-Trial; b [ ] Trial; c [ ] Sentencing; d [ ] Other Post Trial; e [ ] Appeal; f [ ] Petition for Supreme Court Writ of Certiorari | g [ ] Habeas Petition; h [ ] Evidentiary Hearing; i [ ] Dispositive Motions; j [ ] Appeal; k [ ] Petition for Supreme Court Writ of Certiorari | l [ ] Stay of Execution; m [ ] Appeal of Denial of Stay; n [ ] Petition for Writ of Certiorari to Supreme Court Regarding Denial of Stay; o [ ] Other (Please attach description of Proceeding) |

18. ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED (include dates and duration of services and basis of compensation claimed. Attach receipts for expenses incurred. Use additional sheets if necessary.)
See attached statement
A. TOTAL COMPENSATION $ 5,985.00
B. TOTAL EXPENSES $ 94.25
C. TOTAL AMOUNT CLAIMED $ 6,079.25
19. CLAIMANT'S CERTIFICATION FOR PERIOD ____ TO ____
F [ ] FINAL PAYMENT I [ ] INTERIM PAYMENT NO. ____ S [ ] SUPPLEMENTAL PAYMENT
I hereby certify that the above claim is correct and that I have NOT claimed or received payment from any other source for the services rendered and claimed on this voucher.
SIGNATURE OF CLAIMANT: Tena S Francis DATE ____
20. CERTIFICATION OF ATTORNEY
I hereby certify that these services werre rendered.
ATTORNEY'S SIGNATURE ____ DATE ____

## APPROVED FOR PAYMENT

21(a). Either the cost of these does not exceed $300, or prior authorization was obtained.
SIGNATURE OF PRESIDING JUDICIAL OFFICER ____ DATE ____ JUDGE CODE ____
21(b). Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost exceeds $300.
SIGNATURE OF PRESIDING JUDICIAL OFFICER ____ DATE ____ JUDGE CODE ____
21(c). Services procured in accordance with Federal public defender general budget authority.
SIGNATURE OF FEDERAL PUBLIC DEFENDER ____ DATE ____
22. AMOUNT APPROVED/CERT.
A. COMPENSATION $
B. EXPENSES $
C. TOTAL AMOUNT APPROVED/CERTIFIED $
23. NAME OF PAYEE: C.P.I.E.S.
24. PAYEE'S ADDRESS (include city, state & zip code): 3530 Forest LN #314 Dallas, TX 75234
25. PAYEE'S SOC. SEC. NO. OR EMPLOYER ID NO.: 75-2912651
26. ATTORNEY'S NAME AND ADDRESS (include city, state, & zip code): Susan Hunt 819 Walnut Kansas City MO 64106

COPY 2—RETAINED BY PAYEE

P36-0053





Capital Punishment Investigation &
Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/20/01 | 3 |

| BILL TO |
|---|
| Keith Nelson |

*Are the travel & reports & such to be billed at $30 ?!*

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/1/00 | Report writing: research and write life history chronology | 3 | ~~60.00~~ *30.00* | 180.00 |
| 1/26/01 | Review case materials | 3 | 60.00 | 180.00 |
| 1/26/01 | Report writing: social history narrative, life history chronology | 2 *(circled)* | ~~60.00~~ *30.00* | 120.00 |
| 1/31/01 | Report writing: life history chronology, social history narrative | 5 *(circled)* | ~~60.00~~ *30.00* | 300.00 |
| 2/1/01 | Review records; Report writing: social history narrative, life history chronology | *Review 5* 1/~~6~~ | ~~60.00~~ *30.00* | 360.00 |
| 2/5/01 | Review records; Report writing: social history narrative, life history chronology | *Rev. 4* 1/~~5~~ | ~~60.00~~ *30.00* | 300.00 |
| 2/6/01 | Review records; Report writing: social history narrative, life history chronology | *Rev. 3* ~~3~~ | *30.00* 60.00 | 180.00 |
| 2/7/01 | Review records; Report writing: social history narrative, life history chronology | *Rev. 4* ~~4~~ | *30.00* 60.00 | 240.00 |
| 2/14/01 | Records review; Report writing: social history narrative, life history chronology | *Rev. 5* ~~5~~ | ~~60.00~~ *30.00* | 300.00 |
| 2/15/01 | Round trip travel to White Settlement, TX | 2 | 30.00 *(circled)* | 60.00 |
| 2/15/01 | Witness interview: Griffin, Reese; ~~Set up appointments for next day for other interviews~~ *schedule witness interviews*; Located several leads | 5 | 60.00 | 300.00 |
| 2/15/01 | 02/15/01: 120 miles rt to White Settlement/Ft. Worth | | 39.00 | 39.00 |

*Add F&LI hours*

*2/1/01 Telephone conference with attorney and witness N. Nelson; report writing 1.0*

| | Total | $2,559.00 |
|---|---|---|

Appellate Case: 15-3160 Page: 7 Date Filed: 02/29/2016 Entry ID: 4372484

Amended invoice for Nelson case!

**SUSAN M. HUNT**
Attorney at Law
Scarritt Arcade
819 Walnut, Suite 308
Kansas City, Missouri 64106-1810
SHunt3733@aol.com
Office (816) 221-4588
Fax (816) 221-2551
Pager (913) 465-1058

## FAX COVER SHEET

The documents accompanying this Fax transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance or regarding the contents of this faxed information is prohibited, If you receive this fax transmission in error please notify us immediately by telephone to arrange the return of the original documents.

**Date:** 3-14-2001 **Time Sent:** 12:00

**TO:** Tena Francis

**FAX Number:** 214-366-4935

---

**RE:** I changed the invoice as follows--this reduces it by $9.00 and shoule pass Ann (I hope). I will mail you some current CJA 31's and the booklet. Three beers the end of March!

1 Pages were sent including this cover sheet. If you do not receive all pages please contact me at 816-221-4588 My fax number is 816-221-2551

Appellate Case: 15-3160 Page: 8 Date Filed: 02/29/2016 Entry ID: 4372484

CJA 31 (3/04)

# DEATH PENALTY PROCEEDINGS: *EX PARTE* REQUEST FOR AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES

D12125

1. JURISDICTION: [X] DISTRICT COURT 2; [ ] COURT OF APPEALS 3
2a. DISTRICT COURT DOCKET NO.: 99-00303-01-CR-W-2
2b. COURT OF APPEALS DOCKET NO.:
3. FOR (DISTRICT/CIRCUIT): West Dst MO
4. LOC. CODE:
6. CASE CODE:
6. CHARGE/OFFENSE (U.S. or other code citation): Capital murder 18 USC 2241
7. IN THE CASE OF: USA vs. Keith Nelson
8. PERSON REPRESENTED (FULL NAME): Keith Dwayne Nelson
9. PERSON REPRESENTED (STATUS): 1 [X] DEFENDANT; 2 [ ] HABEAS PETITIONER; 3 [ ] APPELLANT; 4 [ ] APPELLEE; 5 [ ] OTHER
10. PROCEEDINGS FOR WHICH SERVICES ARE REQUESTED (DESCRIBE BRIEFLY): Capital trial
11. TYPE OF SERVICES REQUESTED: 1 [X] INVESTIGATOR; 2 [ ] INTERPRETER; 3 [ ] PSYCHOLOGIST; 4 [ ] PSYCHIATRIST; 5 [ ] POLYGRAPH; 6 [ ] DOCUMENTS; 7 [ ] FINGERPRINT; 8 [ ] ACCOUNTANT; 9 [ ] CALR; 10 [ ] CHEMIST; 11 [ ] BALLISTICS; 12 [ ] OTHER
12. SERVICES TO BE PROVIDED BY (Name, organization, address, area code, telephone no.): Tena Francis, C.P.I.-E.S., 3530 Forest LN #314, Dallas, TX 75234, 214-366-4830
13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES. Use additional sheets if necessary. (If requesting psychiatrist or psychologist see instructions for Item 13.) If similar services have been sought on behalf of the person represented in any prior proceeding, attach a description of those services, including amounts expended.
Mitigation/Social history investigation, including records collection, research, witness interviews, and consultation

14. ATTORNEY'S STATEMENT: As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request
[ ] Authorization to obtain the service or
[ ] Approval of services already obtained to be paid for by the United States from the Defender Services appropriation.
(Note: prior authorization should be obtained for services in excess of $300).
SIGNATURE OF ATTORNEY: [signature] DATE: 3-14-01
TELEPHONE NO.: 816-221-4588
1 [ ] FPD; 2 [X] PANEL ATTORNEY; 3 [ ] RETAINED ATTY.; 4 [ ] PRO-SE

15. ESTIMATED COMPENSATION (Describe basis, i.e., hourly or daily rate or fixed rate fee): $60/hr investigation, travel; $30/hr report writing, records collection; $

16. COURT ORDER: Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 13 is hereby granted.
SIGNATURE OF PRESIDING JUDICIAL OFFICER: ____ DATE: ____

## CLAIM FOR SERVICE

17. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 13 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDINGS | |
|---|---|---|---|---|---|
| a [X] Pre-Trial | e [ ] Appeal | g [ ] Habeas Petition | k [ ] Petition for Supreme Court Writ of Certiorari | l [ ] Stay of Execution | o [ ] Other (Please attach description of Proceeding) |
| b [ ] Trial | f [ ] Petition for Supreme Court Writ of Certiorari | h [ ] Evidentiary Hearing | | m [ ] Appeal of Denial of Stay | |
| c [ ] Sentencing | | i [ ] Dispositive Motions | | n [ ] Petition for Writ of Certiorari to Supreme Court Regarding Denial of Stay | |
| d [ ] Other Post Trial | | j [ ] Appeal | | | |

18. ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED (Include dates and duration of services and basis of compensation claimed. Attach receipts for expenses incurred. Use additional sheets if necessary.)
See attached Statement

A. TOTAL COMPENSATION: $5,985.00
B. TOTAL EXPENSES: $94.25
C. TOTAL AMOUNT CLAIMED: $6,079.25

19. CLAIMANT'S CERTIFICATION FOR PERIOD 11-30-00 TO 2-16-01
F [ ] FINAL PAYMENT; I [X] INTERIM PAYMENT NO. 1; S [ ] SUPPLEMENTAL PAYMENT
I hereby certify that the above claim is correct and that I have NOT claimed or received payment from any other source for the services rendered and claimed on this voucher.
SIGNATURE OF CLAIMANT: Tena B Francis DATE: ____

20. CERTIFICATION OF ATTORNEY
I hereby certify that these services were rendered.
ATTORNEY'S SIGNATURE: [signature] DATE: 3-14-01

## APPROVED FOR PAYMENT

21(a). Either the cost of these does not exceed $300, or prior authorization was obtained.
SIGNATURE OF PRESIDING JUDICIAL OFFICER ____ DATE ____ JUDGE CODE ____

21(b). Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost exceeds $300.
SIGNATURE OF PRESIDING JUDICIAL OFFICER ____ DATE ____ JUDGE CODE ____

21(c). Services procured in accordance with Federal public defender general budget authority.
SIGNATURE OF FEDERAL PUBLIC DEFENDER ____ DATE ____

22. AMOUNT APPROVED/CERT.
A. COMPENSATION $
B. EXPENSES $
C. TOTAL AMOUNT APPROVED/CERTIFIED $

23. NAME OF PAYEE: C.P.I. E.S.
24. PAYEE'S ADDRESS (include city, state & zip code): 3530 Forest LN #314, Dallas, TX 75234
25. PAYEE'S SOC. SEC. NO. OR EMPLOYER ID NO.: 75-2912651
26. ATTORNEY'S NAME AND ADDRESS (include city, state, & zip code): Susan Hunt, 819 Walnut, Kansas City

Appellate Case: 15-3160 Page: 9 Date Filed: 02/29/2016 Entry ID: 4372484



*Capital Punishment Investigation*
*& Educational Services*
*3530 Forest Lane #314*
*Dallas TX 75234*

Federal ID# 75-2912651

March 6, 2001

Invoice submitted to:

Susan Hunt

Attorney at Law
819 Walnut
Kansas City MO 64106

In Reference To:Keith Nelson
Invoice #10005

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/30/00 | Report writing: social history narrative and life history chronology | 8.00<br>30.00/hr | 240.00 |
| 12/1/00 | Report writing: research and write life history chronology | 3.00<br>30.00/hr | 90.00 |
| 1/26/01 | Review case materials | 3.00<br>60.00/hr | 180.00 |
| | Report writing: social history narrative and life history chronology | 2.00<br>30.00/hr | 60.00 |
| 1/31/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/1/01 | Report writing: social history narrative and life history chronology | 6.00<br>30.00/hr | 180.00 |

Appellate Case: 15-3160 Page: 10 Date Filed: 02/29/2016 Entry ID: 4372484



Susan Hunt



| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/1/01 | Telephone conference with attorney and witness N. Nelson | 0.50<br>60.00/hr | 30.00 |
| | Report writing | 0.50<br>30.00/hr | 15.00 |
| 2/5/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/6/01 | Report writing: social history narrative and life history chronology | 3.00<br>30.00/hr | 90.00 |
| 2/7/01 | Report writing: social history narrative and life history chronology | 4.00<br>30.00/hr | 120.00 |
| 2/12/01 | Review case materials: life history records and FBI reports | 2.00<br>60.00/hr | 120.00 |
| 2/14/01 | Report writing: social history narrative and life history chronology | 5.00<br>30.00/hr | 150.00 |
| 2/15/01 | Round trip travel Dallas to White Settlement, TX | 2.00<br>30.00/hr | 60.00 |
| | Witness interviews: M. Griffin, R. Reese; | 5.00<br>60.00/hr | 300.00 |
| | Schedule witness interviews | | |
| 2/16/01 | Round trip travel to Fort Worth and White Settlement | 5.00<br>30.00/hr | 150.00 |
| | Witness interviews: L. Griffin, M. Griffin, R. Monroe, J. Walker | 5.50<br>60.00/hr | 330.00 |

Appellate Case: 15-3160 Page: 11 Date Filed: 02/29/2016 Entry ID: 4372484





| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 2/16/01 | T/C attorney S. Hunt;<br>Review case materials | 2.50<br>60.00/hr | 150.00 |
| 2/19/01 | Report writing: witness interviews | 4.00<br>30.00/hr | 120.00 |
| | T/C attorney S. Hunt;<br>Schedule travel and witness interviews | 0.75 (handwritten correction: 0.70)<br>60.00/hr | ~~45.00~~ 42.00 |
| 2/21/01 | Travel: Dallas to Kansas City (flight delayed) | 4.50<br>30.00/hr | 135.00 |
| | Review case materials: life history records;<br>Meeting with attorney S. Hunt;<br>Meeting with client at CCA prison;<br>Meeting with warden and officials at CCA;<br>Meeting with attorneys S. Hunt and P. Berrigan | 6.25 (handwritten correction: 6.20)<br>60.00/hr | ~~375.00~~ 372.00 |
| | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| 2/22/01 | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| | Interview of client at CCA prison;<br>T/C attorney S. Hunt;<br>Witness interview: N. Nelson | 14.00<br>60.00/hr | 840.00 |

Appellate Case: 15-3160 Page: 12 Date Filed: 02/29/2016 Entry ID: 4372484



| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/23/01 | Meeting with attorney S. Hunt; | 6.20 60.00/hr | ~~375.00~~ 372.00 |
| | Review case materials; | | |
| | Meeting with witnesses N. Nelson and P. Nelson; | | |
| | Change of venue hearing | | |
| | Travel Kansas City to Dallas | 4.00 30.00/hr | 120.00 |
| 2/28/01 | Round trip travel to White Settlement, TX | 2.50 30.00/hr | 75.00 |
| | Efforts to locate witnesses via phone calls: M. Bassett, Juvenile Probation Office; | 7.00 60.00/hr | 420.00 |
| | Efforts to locate witnesses via personal contact: go to Brewer High School and former address of client; | | |
| | Witness interviews: R. Vines, G. Monroe, G. Hawk | | |
| 3/1/01 | Report writing: R. Vines and G. Monroe interviews | 2.50 30.00/hr | 75.00 |
| | Plan investigation; | 3.00 60.00/hr | 180.00 |
| | Efforts to identify domestic violence shelters in Sacramento, California in order to obtain records; | | |
| | Efforts to locate witness via phone calls: client's juvenile probation officer | | |

Appellate Case: 15-3160 Page: 13 Date Filed: 02/29/2016 Entry ID: 4372484



| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/1/01 | Records collection efforts: second request to Child Protective Services: complete release form, submit requested information | 0.50<br>30.00/hr | 15.00 |
| 3/2/01 | Report writing: witness interviews: G. Monroe, M. Warren | 2.00<br>30.00/hr | 60.00 |
| | Attempts to locate witnesses via phone calls: T. Castillo, B. Joplin; | 1.50<br>60.00/hr | 90.00 |
| | Telephone interview of witnesses: M. Monroe, B. Joplin | | |
| | Meeting with attorneys S. Hunt and P. Berrigan and expert witness M. Cunningham (in Albuquerque) | 2.00<br>60.00/hr | 120.00 |
| 3/5/01 | Review records: juvenile, TYC | 4.00<br>60.00/hr | 240.00 |
| | Report writing: witness interview: G. Monroe | 0.50<br>30.00/hr | 15.00 |
| | Records collection efforts: phone calls, write and submit letters of request: Women's Shelter, Child Protective Services in California | 2.00<br>30.00/hr | 60.00 |
| | For professional services rendered | ~~136.25~~<br>134.5 | ~~$5,983.00~~<br>$5,974.00 |
| | Additional charges: | | |
| 2/15/01 | 120 miles: round trip to Fort Worth and White Settlement | | 39.00 |
| 2/16/01 | 170 miles: round trip travel to Fort Worth and White Settlement | | 55.25 |

Appellate Case: 15-3160 Page: 14 Date Filed: 02/29/2016 Entry ID: 4372484

Susan Hunt



| | Amount |
|---|---|
| Total costs | $94.25 |
| Total amount of this bill | ~~$6,079.25~~ 6,070.25 |
| Balance due | ~~$6,079.25~~ 6,070.25 |

Appellate Case: 15-3160 Page: 15 Date Filed: 02/29/2016 Entry ID: 4372484



Capital Punishment Investigation & Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/1/01 | 6 |

Total inv.
$7,256.25
+ 193.45
$7,449.70

BILL TO

Keith Nel

For the Nelson case. We need to add the info for 16 a,b,c & note dates in 17. (of interim payment)

T.

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 2/21/01 | | 4 | 30.00 | 120.00 |
| 2/22/01 | | ~~0.5~~ .4 | 30.00 | ~~15.00~~ 12.00 |
| 2/22/01 | | 1 | 60.00 | 60.00 |
| 2/26/01 | Records collection efforts: women's shelter records | 1 | 30.00 | 30.00 |
| 2/26/01 | Report writing: G. Hawks, T. Shortie interviews | ~~2.5~~ 2.6 | 30.00 | ~~75.00~~ 78.00 |
| 2/26/01 | Witness interview: G. Hawks | 1.5 1.3 | 60.00 | 90.00 78 } 138.00 |
| 2/26/01 | Efforts to locate witnesses via phone calls: FBI reports | 1 | 60.00 | 60.00 |
| 3/6/01 | Report writing: client interview | 1 | 30.00 | 30.00 |
| 3/7/01 | Report writing: life history chronology | ~~2.5~~ 2.7 | 30.00 | ~~75.00~~ 81.00 |
| 3/7/01 | Records collection efforts: Women's Shelter records, CPS in California | 2 | 30.00 | 60.00 |
| 3/7/01 | Plan investigation | 0.5 .4 | 60.00 | ~~30.00~~ 24.00 |
| 3/8/01 | Report writing: life history chronology | 5 | 30.00 | 150.00 |
| 3/9/01 | Set up witness interviews | 0.5 .6 | 60.00 | ~~30.00~~ 36.00 |
| 3/9/01 | Records collection: CPS, forwarded info to attorney requesting signature | 1 | 30.00 | 30.00 |
| 3/9/01 | Report writing: life history chronology | 4.5 4.4 | 30.00 | 135.00 } 162.00 |
| 3/23/01 | 02/01 Database services | | 205.00 | 205.00 |

**Total** $1,195.00

$1,166.00

Capital Punishment Investigation &
Educational Services
3530 Forest Lane #314
Dallas, TX 75234

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/1/01 | 6 |

BILL TO

Keith Nel...

For the Nelson case. We need to add the info for 16 a,b,c & note dates in 17. (of interim payment)

T.

Total inv. $7,256.25 + 193.45 ~~$7449.70~~

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 2/21/01 | | 4 | 30.00 | 120.00 |
| 2/22/01 | | .4 ~~0.5~~ | 30.00 | 12.00 ~~15.00~~ |
| 2/22/01 | | 1 | 60.00 | 60.00 |
| 2/26/01 | Records collection efforts: women's shelter records | 1 | 30.00 | 30.00 |
| 2/26/01 | Report writing: G. Hawks, T. Shortie interviews | 2.6 ~~2.5~~ | 30.00 | 78.00 75.00 |
| 2/26/01 | Witness interview: G. Hawks | 1.3 1.5 | 60.00 | 78 90.00 |
| 2/26/01 | Efforts to locate witnesses via phone calls: FBI reports | 1 | 60.00 | 60.00 } 138.00 |
| 3/6/01 | Report writing: client interview | 1 | 30.00 | 30.00 |
| 3/7/01 | Report writing: life history chronology | 2.7 ~~2.5~~ | 30.00 | 81.00 ~~75.00~~ |
| 3/7/01 | Records collection efforts: Women's Shelter records, CPS in California | 2 | 30.00 | 60.00 |
| 3/7/01 | Plan investigation | .4 0.5 | 60.00 | 24.00 ~~30.00~~ |
| 3/8/01 | Report writing: life history chronology | 5 | 30.00 | 150.00 |
| 3/9/01 | Set up witness interviews | .6 0.5 | 60.00 | 36.00 ~~30.00~~ |
| 3/9/01 | Records collection: CPS, forwarded info to attorney requesting signature | 1 | 30.00 | 30.00 |
| 3/9/01 | Report writing: life history chronology | 4.4 4.5 | 30.00 | 135.00 } 162.00 |
| 3/23/01 | 02/01 Database services | | 205.00 | 205.00 |

**Total** $1,195.00

$1,186.00

Appellate Case: 15-3160 Page: 16 Date Filed: 02/29/2016 Entry ID: 4372484

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/16/01 | T/C attorney S. Hunt; | 2.50<br>60.00/hr | 150.00 |
| | Review case materials | | |
| 2/19/01 | Report writing: witness interviews | 4.00<br>30.00/hr | 120.00 |
| | T/C attorney S. Hunt; | 0.70<br>60.00/hr | ~~45.00~~<br>42.00 |
| | Schedule travel and witness interviews | | |
| 2/21/01 | Travel: Dallas to Kansas City (flight delayed) | 4.50<br>30.00/hr | 135.00 |
| | Review case materials: life history records; | 6.20<br>60.00/hr | ~~375.00~~<br>372.00 |
| | Meeting with attorney S. Hunt; | | |
| | Meeting with client at CCA prison; | | |
| | Meeting with warden and officials at CCA; | | |
| | Meeting with attorneys S. Hunt and P. Berrigan | | |
| | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| 2/22/01 | Round trip travel Kansas City to Leavenworth | 1.00<br>30.00/hr | 30.00 |
| | Interview of client at CCA prison; | 14.00<br>60.00/hr | 840.00 |
| | T/C attorney S. Hunt; | | |
| | Witness interview: N. Nelson | | |

Appellate Case: 15-3160 Page: 17 Date Filed: 02/29/2016 Entry ID: 4372484

Appellate Case: 15-3160 Page: 18 Date Filed: 02/29/2016 Entry ID: 4372484



| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/23/01 | Meeting with attorney S. Hunt; | 6.20 60.00/hr | ~~375.00~~ 372.00 |
| | Review case materials; | | |
| | Meeting with witnesses N. Nelson and P. Nelson; | | |
| | Change of venue hearing | | |
| | Travel Kansas City to Dallas | 4.00 30.00/hr | 120.00 |
| 2/28/01 | Round trip travel to White Settlement, TX | 2.50 30.00/hr | 75.00 |
| | Efforts to locate witnesses via phone calls: M. Bassett, Juvenile Probation Office; | 7.00 60.00/hr | 420.00 |
| | Efforts to locate witnesses via personal contact: go to Brewer High School and former address of client; | | |
| | Witness interviews: R. Vines, G. Monroe, G. Hawk | | |
| 3/1/01 | Report writing: R. Vines and G. Monroe interviews | 2.50 30.00/hr | 75.00 |
| | Plan investigation; | 3.00 60.00/hr | 180.00 |
| | Efforts to identify domestic violence shelters in Sacramento, California in order to obtain records; | | |
| | Efforts to locate witness via phone calls: client's juvenile probation officer | | |

Susan Hunt

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/1/01 | Records collection efforts: second request to Child Protective Services: complete release form, submit requested information | 0.50<br>30.00/hr | 15.00 |
| 3/2/01 | Report writing: witness interviews: G. Monroe, M. Warren | 2.00<br>30.00/hr | 60.00 |
| | Attempts to locate witnesses via phone calls: T. Castillo, B. Joplin; | 1.50<br>60.00/hr | 90.00 |
| | Telephone interview of witnesses: M. Monroe, B. Joplin | | |
| | Meeting with attorneys S. Hunt and P. Berrigan and expert witness M. Cunningham (in Albuquerque) | 2.00<br>60.00/hr | 120.00 |
| 3/5/01 | Review records: juvenile, TYC | 4.00<br>60.00/hr | 240.00 |
| | Report writing: witness interview: G. Monroe | 0.50<br>30.00/hr | 15.00 |
| | Records collection efforts: phone calls, write and submit letters of request: Women's Shelter, Child Protective Services in California | 2.00<br>30.00/hr | 60.00 |
| | For professional services rendered | ~~136.25~~<br>134.5 | ~~$5,985.00~~<br>$5,97[illegible].00 |
| | Additional charges: | | |
| 2/15/01 | 120 miles: round trip to Fort Worth and White Settlement | | 39.00 |
| 2/16/01 | 170 miles: round trip travel to Fort Worth and White Settlement | | 55.25 |

Appellate Case: 15-3160 Page: 19 Date Filed: 02/29/2016 Entry ID: 4372484

Appellate Case: 15-3160 Page: 20 Date Filed: 02/29/2016 Entry ID: 4372484

Susan Hunt 

| | Amount |
|---|---|
| Total costs | $94.25 |
| Total amount of this bill | ~~$6,079.25~~ 6,070.25 |
| Balance due | ~~$6,079.25~~ 6,070.25 |

Appellate Case: 15-3160 Page: 21 Date Filed: 02/29/2016 Entry ID: 4372484



**TO:** Tena
**FROM:** Dawn
**DATE:** March 28, 2001
**RE:** Nelson invoice
**No. of pages:** 2

---

**Following is what I'm going to add to the Nelson invoice. I will change the .5 hours to different increments. If there are any changes, fax back to me. I'll be out this evening, but the fax will be on.**

**Thanks!**

Appellate Case: 15-3160 Page: 22 Date Filed: 02/29/2016 Entry ID: 4372484

P36-0069

# Capital Punishment Investigation & Educational Services

3530 Forest Lane #314
Dallas, TX 75234

Phone 214-366-4830
Fax 214-366-4935

June 8, 2001

Susan Hunt
Attorney at Law
819 Walnut
Kansas City, MO 64106

RE: Keith Nelson

Dear Ms. Hunt:

Enclosed please find our invoice and CJA-31 re the above-mentioned case.

If you have any questions regarding this invoice, do not hesitate to contact our office.

Sincerely,

Dawn Chandler

encl invoice
CJA-31

Paid 7/13/01 $ 527?.  P36-0070

Appellate Case: 15-3160 Page: 23 Date Filed: 02/29/2016 Entry ID: 4372484

**CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-98)**

1. CIR./DIST./DIV. CODE: MOW
2. PERSON REPRESENTED: Keith D. Nelson
VOUCHER NUMBER:
3. MAG. DKT./DEF. NUMBER:
4. DIST. DKT./DEF. NUMBER: 4:99-000303-01
5. APPEALS DKT./DEF. NUMBER:
6. OTHER DKT. NUMBER:
7. IN CASE/MATTER OF (Case Name): US v. Keith D Nelson
8. TYPE PERSON REPRESENTED: ☒ Adult Defendant ☐ Appellant ☐ Other: ☐ Habeas Petitioner ☐ Appellee
9. REPRESENTATION TYPE: ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital) ☒ D2 Federal Capital Prosecution ☐ D4 Other (Specify)
10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.* 18 USC 2241 (f)

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

11. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ ______ OR
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of Attorney ______ Date ______

☐ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix),* AND MAILING ADDRESS
Susan M. Hunt
819 Walnut KC MO 64106
Telephone Number:

12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)*
Mitigation Investigation

13. TYPE OF SERVICE PROVIDER
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☒ Mitigation Specialist
23 ☐ Duplication Services (See instructions)
24 ☐ Other (Specify)

14. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order ______ Nunc Pro Tunc Date ______
Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO

15. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION: a. ☒ Pre-Trial b. ☐ Trial c. ☐ Sentencing d. ☐ Other Post Trial e. ☐ Appeal f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS: g. ☐ Habeas Petition h. ☐ Evidentiary Hearing i. ☐ Dispositive Motions j. ☐ Appeal k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING: l. ☐ Stay of Execution m. ☐ Appeal of Denial of Stay n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay o. ☐ Other

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 4588.80 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | 612.11 | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | 5200.91 | | |

17. PAYEE'S NAME *(First Name, M.I., Last Name, including any suffix),* AND MAILING ADDRESS
Capital Punishment Investigation Educational Services
3530 Forest Lane #314
Dallas TX 75234
TIN: 75-2912651
Telephone Number: 214-366-4830

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 3/19/01 TO 5/18/01
CLAIM STATUS ☐ Final Payment ☒ Interim Payment Number 2 ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.
Signature of Claimant/Payee [signature] Date June 8 '01

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.
Signature of Attorney ______ Date ______

**APPROVED FOR PAYMENT — COURT'S USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer ______ Date ______ Judge/Mag. Judge Code ______

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996.
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ ______
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) ______ Date ______

# CAPITAL PUNISHMENT INVESTIGATION & EDUCATIONAL SERVICES

**CRIMINAL DEFENSE / MITIGATION INVESTIGATION**

3530 Forest Lane #314
Dallas, Texas 75234
214-366-4830

## INVOICE

**Federal Tax No. 75-2912651**

**DATE:** **June 8, 2001**
**CASE:** Keith Nelson

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 03/19/01 | Efforts to locate witnesses via phone calls: G. Thompson (landlord) | 2:04 | 2:20 | .27 |
| 05/02/01 | Prepare for trip: review case materials, plan investigation | 9:23 | 11:42 | 2.32 |
| 05/03/01 | Meet with attorney Susan Hunt | 1:16 | 2:02 | .77 |
| 05/03/01 | Witness interview: P. Nelson | 2:34 | 4:20 | 1.7 |
| 05/04/01 | Attempt to locate records at Honor Center (halfway house) | 2:42 | 3:50 | 1.13 |
| 05/04/01 | Attempt to locate records at 7900 Farcite | 3:51 | 5:03 | 1.2 |
| 05/04/01 | Attempt to locate records at probation office | 5:04 | 6:18 | 1.23 |
| 05/05/01 | Review case materials: documents provided by attorney | 8:07 | 10:59 | 2.87 |
| 05/07/01 | T/C witnesses: K. Dillion, B. Morse, M. Smith | 8:11 | 9:35 | 1.28 |



Appellate Case: 15-3160 Page: 24 Date Filed: 02/29/2016 Entry ID: 4372484

Appellate Case: 15-3160 Page: 25 Date Filed: 02/29/2016 Entry ID: 4372484

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/07/01 | Witness interview: G. Romero | 10:04 | 12:18 | 2.23 |
| 05/07/01 | Attempts to locate witnesses: K. Morse, S. Richardson | 1:22 | 2:39 | 1.28 |
| 05/07/01 | Witness interview: N. Nelson | 3:53 | 5:41 | 1.8 |
| 05/07/01 | Contact with M. Nelson; Schedule interviews | 5:43 | 6:33 | .8 |
| 05/07/01 | Witness interview: B. Sutton | 6:43 | 9:25 | 2.7 |
| 05/07/01 | Phone conference with N. Nelson | 9:37 | 10:25 | .8 |
| 05/07/01 | T/C attorney S. Hunt | 10:26 | 10:45 | .3 |
| 05/08/01 | Attempt to locate witnesses: J. Shorshell and C. Shorshell | 7:36 | 8:18 | .7 |
| 05/08/01 | Witness interview: K. Dillion | 9:04 | 12:29 | 3.4 |
| 05/08/01 | Witness interviews: M. Morse, R. Morse (met with J. Morse but did not interview) | 12:30 | 3:24 | 2.9 |
| 05/08/01 | Attempt to interview witness B. Morse | 3:25 | 4:01 | .6 |
| 05/08/01 | Witness interview: K. Morse | 4:41 | 5:47 | 1.1 |
| 05/08/01 | Attempt to locate K. Morse | 5:49 | 6:07 | 0.3 |
| 05/08/01 | Attempt to locate F. Morse | 6:09 | 6:33 | .4 |
| 05/08/01 | Witness interviews: L. Lautrell, T. Lautrell | 6:38 | 8:23 | 1.75 |
| 05/08/01 | Second meeting with M. Morse and R. Morse | 8:34 | 9:46 | 1.2 |
| 05/08/01 | Met with witness J. Morse (but did not interview) | 9:49 | 10:43 | .9 |
| 05/09/01 | Attempt to locate witnesses J. Shorshell and C. Shorshell | 7:58 | 9:19 | .7 |

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| 05/09/01 | Witness interview: W. Nelson | 11:09 | 1:15 | 2.1 |
| 05/09/01 | Witness interview: D. McQueen | 2:45 | 5:21 | 2.6 |
| 05/09/01 | Witness interview: C. Harris | 5:45 | 7:21 | 1.6 |
| 05/09/01 | Attempts to locate witness G. Pajula | 7:36 | 8:32 | .93 |
| 05/09/01 | Witness interviews: G. Nelson, S. Nelson;<br><br>Second interview of witness: W. Nelson | 9:10 | 11:54 | 2.7 |
| 05/10/01 | Attempt to locate witness via phone calls: F. Morse | 12:39 | 1:15 | .6 |
| 05/10/01 | Attempt to locate witnesses via phone calls: K. Dilbie and M. Morse | 1:36 | 2:01 | 0.42 |
| 05/11/01 | Review of case materials: incarceration records | 10:32 | 11:48 | 1.27 |
| 05/15/01 | Review of case materials: incarceration records | 9:16 | 10:25 | 1.15 |
| | | | | |
| | **TOTAL HOURS INVESTIGATION:** | | | **50.0** |
| | | | | |
| | **RECORDS COLLECTION:** | | | |
| 03/19/01 | Phone calls to Sacramento, California Child Protective Services, Visalia, California Child Protective Services, Tarrant County, Texas DHS, Dynatech Foundation (employment records) | 8:46 | 11:28 | 2.7 |
| 04/18/01 | Follow up on records request: John Peter Smith Hospital | 9:04 | 10:22 | 1.3 |
| | | | | |



Appellate Case: 15-3160 Page: 26 Date Filed: 02/29/2016 Entry ID: 4372484

Appellate Case: 15-3160 Page: 27 Date Filed: 02/29/2016 Entry ID: 4372484

| DATE | INVESTIGATION COMPLETED | START TIME | END TIME | TOTAL TIME |
|---|---|---|---|---|
| | TOTAL RECORDS COLLECTION | | | 4.0 |
| | | | | |
| | REPORT WRITING: | | | |
| 03/19/01 | Report of witness interview: G. Thompson | 2:16 | 2:33 | .28 |
| 05/11/01 | Life history chronology | 1:22 | 3:36 | 2.23 |
| 05/14/01 | Report of witness interviews: P. Nelson, N. Nelson, K. Dillion | 8:14 | 3:22 | 7.13 |
| 05/15/01 | Life history chronology | 10:28 | 11:13 | 0.75 |
| 05/15/01 | Report of witness interviews: M. Morse, R. Morse, B. Sutton, L. Lutrell, T. Lutrell | 12:47 | 7:34 | 6.78 |
| 05/16/01 | Report of witness interviews: K. Morse, M. Smith, G. Ramero | 9:24 | 4:34 | 7.1 |
| 05/17/01 | Report of witness interviews: W. Nelson, D. McQueen, M. Nelson, B. Morse | 9:16 | 2:32 | 5.27 |
| 05/18/01 | Report of witness interviews: D. McQueen, C. Harris;<br><br>Report of attempts to contact C. Shorshell, S. Richardson | 9:23 | 2:42 | 5.3 |
| | TOTAL REPORT WRITING: | | | 34.84 |
| | | | | |
| | TRAVEL: | | | |
| 05/03/01 | Travel Mesquite to DFW airport | 7:10 | 8:18 | 1.13 |
| 05/03/01 | Travel Dallas to Kansas City | 9:25 | 10:57 | 1.53 |
| 05/03/01 | Travel airport to Susan Hunt's office | 11:22 | 11:58 | .6 |