No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
District of Arizona
Case No. 4:04-8005-cv-W (FJG)

---

**APPELLANTS EXHIBITS**
**TO MOTION FOR ISSUANCE OF**
**CERTIFICATE OF APPEALABILITY**

**Exhibit 20B**

---


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# EXHIBIT 20
# Part B

α ı ıυ

P70-0101

VOLUNTARY STATEMENT
(Not under arrest)

Date 1-6-98 Time 5:00

ame Larry Lindsey Sr (Joe)
te of Birth ____ P.O. Box # ____
treet Address 5715 St Rt 146 W.
ity, State Jonesboro IL. 62952
ele. # at Home 833-4200
at Work None

Suspect's Name Sylvester morse
DOB or age ____ Sex ____ Race ____
Address ____
Ht. ____ Wt. ____ Eyes ____ Hair ____
Tat./scars/ ____
Works at ____
Tele. #'s ____

tatement: Sylvester mores pulled up Joe went out side to tAlk to Sylvester about running his mouth about Kickin Joe's ass they hAd A few words and Joe told Sylvester to StAy away Sylvester went to his Truck And got A BaseBALL Bat he Started Swing the BAt And Joe went to his truck and got A pipe then he throw the pipe down and SAid he Didn't need it. then Sylvester hit him with the Bat in the forehead Joe took the BAt And throw it down and Start chasing Sylvester then Joe sipped in the grass And Sylvester Started Kickin him in the head

WANDA Smith wRote this for Joe

I know that I am not under arrest. I voluntarily and freely furnished this statement which is true and correct to the best of my knowledge.

Signature [signature] Date 1-6-98 Time 5:15

Witness: [signature] Page No. ____

P70-0102

24-10

VOLUNTARY STATEMENT
(Not under arrest)

Date 1-6-98 Time 5:00

ame Wanda Smith
e of Birth 4-16-61 P.O. Box #
reet Address 5715 St Rt 146W
ity, State Jonesboro IL.
ele. # at Home 833-6537
at Work

Suspect's Name Sylvester Morse
DOB or age Sex Race
Address
Ht. Wt. Eyes Hair
Tat./scars/
Works at
Tele. #'s

atement: I Wanda Smith was At home and About 3:30 this Afternoon Sylvester pulled up Joe went out Side to tAlk to Sylvester and to tell him to StAy AwAy them the next thing I SAW WAS Sylvester At his truck So I told Joe's wife I gess he is going to leave then look out the window and sylvester had A BAT [illegible]. Swing it it hook like he hit Joe I RAn out Side and Joe WAS on the ground I Jumped in [illegible] Sylevester truck And would not let him leave

When I went out the door Sylvester WAS Kicking Joe in the head when he [illegible] SAW me he ran to his truck to leave And thats when I Went to Sylvester Truck

I know that I am not under arrest. I voluntarily and freely furnished this statement which is true and correct to the best of my knowledge.

Signature Wanda Smith Date 1-6-98 Time 5:00

Witness: [signature] VC-8

Page No. 1

this is what lead to all of
this. on or About the 3rd time, DAVID WRIGHT
DIANE, MALLAS, ~~[illegible]~~ WAS Sitting
in my living Room talking me & Diane
went to town to get some soda
when we got BACK Sylvester WAS
there he had this BAD ASS Aditudtt
DAVID ASK he to leave or Sit down
he told DAVID he didn't have to
his uncle Leaved next door And
I WAS his cousin the next
thing WAS they got into it
there Sylvester's Uncle Mollas
WAS in Between DAVID & Sylvester
Mollas would not let DAVID
hit Sylvester So then he went
all around town telling he heart
DAVID BAD So then the next
day he came BACK I told him
I didn't need the Trouble Aroun
here so leave he did the next
~~day~~ night he came BACK thought
he WAS A BAD ASS I ASked him
To leave he did came BACK
LAST night saying he WAS going
to Beat Joe's ass And I told
him to leave And STAY gone

I know that I am not under arrest. I voluntarily and freely furnished this statement which is true and correct to the best of my knowledge.

Signature Wanda Smith Date 1-6-98 Time 5:40
Witness [illegible] Page # 2

# INTERROGATION ADVICE OF RIGHTS

## YOUR RIGHTS

Sylvester L. Morse

Place U.C.S.O.

Refused 01-06-98 Date 01-06-98

5:00 pm Time 4:59 P.M.

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at anytime until you talk to a lawyer.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and I know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind had been used aginst me.

Signed __________

Witness [signature] UCS

Witness __________

Time __________

VOLUNTARY STATEMENT
(Not under arrest)

Date_____ Time_____

ame Sylvester Marse
ate of Birth 4-6-77 P.O. Box #_____
treet Address 208 J Street
ity, State _____
ele. # at Home 833 2149
at Work _____

Suspect's Name _____
DOB or age _____ Sex ___ Race _____
Address _____
Ht. _____ Wt. _____ Eyes _____ Hair _____
Tat./scars/ _____
Works at _____
Tele. #'s _____

tatement: I went to vesint wandia. as I was walking up tords the door. Joe was ther' he Started to pick a fight with me. over Somthing I Sead to wandia Then he ask if I wanted to fight I Sead no Joe wats gowing on. he wood not Lessin to me Thenmy uncal Leon Came out the door Joe Started to go Craziey Sow I decieded to Leav Joe went tords hes truck and he Sead he was geting a gun but puld a pipe about two Foot Long out of hes tulh box. about that time I was Scaird for my Life. he started sweing it at me it heat me in the hand: as I was gowing tourds my truck Joe Started runing at me and sweing! was Started to fight he heat me in the marth Sow I kich hime in Self defence. as I was gowing tords my Truck To Leav I got in my truck wandia Jump in my truck tock my Keys thay Started to Gang up on me and wood not Let me have my Keys Sow I walk of ther Land they Started to Set on my truck. wandia had my Soft ball bat I ask for it back. with she tock out of my truck Joe tock it from wandia and tried to heat me with it He wood not give it to me or put it back in my truck I told Joe I paid 100 dollers for it and i wanted it back he Sead the onely way I was get ing it back was acrose my head. or took it Fi... about 30 minnits Later wandia gave me my keys. thin I Left.

I know that I am not under arrest. I voluntarily and freely furnished this statement which is true and correct to the best of my knowledge.

Signature Sylvester Marse Date_____ Time_____

Witness: _____ Page No._____

COMPLAINT — COURT RECORD COPY

# NON-TRAFFIC COMPLAINT AND NOTICE TO APPEAR

Union Co. Sheriff's POLICE DEPARTMENT

STATE OF ILLINOIS
COUNTY OF Union } ss.
CITY OF ____

№ 40216

IN THE CIRCUIT COURT OF THE
First JUDICIAL CIRCUIT
Union COUNTY, ILLINOIS

The undersigned says that:

ON 01-06, 19 98, AT 3:35 P .M.

NAME Morse (LAST) Sylvester (FIRST) L. (MIDDLE)

ADDRESS 208 J Street (STREET) Jonesboro (CITY) IL. (STATE)

PHONE NO. ____ BIRTHDAY 04-06-77

DID IN Rural Jonesboro ILLINOIS

IN Union COUNTY, STATE OF ILLINOIS, UNLAWFULLY COMMIT THE FOLLOWING OFFENSES: Aggravated Battery

(DESCRIBE) Said Defendant In Committing A Battery, In Violation Of Illinois Compiled Statutes, Chapter 720, Act 5, Section 12-3, Without Legal Justification, Intentionally Caused Great Bodily Harm To Larry Lindsey, In That He Struck Larry Lindsey In The Head With A Baseball Bat, A Deadly Weapon.

IN VIOLATION OF SECTION 12-4(b)(1) CHAPTER 720

OF THE ____ ILLINOIS REVISED STATUTES ____ ORDINANCE OF SAID MUNICIPALITY.

THE UNDERSIGNED FURTHER STATES THAT HE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE, THAT THE PERSON NAMED ABOVE COMMITTED THE OFFENSE HEREIN SET FORTH, CONTRARY TO LAW AND AGAINST THE PEACE AND DIGNITY OF THE PEOPLE OF THE STATE OF ILLINOIS.

DATED 01-06, 19 98.

Signed and sworn to before me

____ 19 ____

____
Clerk

[signature]
(Signature and identification of Officer or other Complainant)

YOU ARE DIRECTED TO REPORT TO THE ABOVE NAMED ____ ILLINOIS COURT ____

ON ____, 19 ____, AT ____ .M.

NOTICE: THE COURT WILL ISSUE A WARRANT FOR THE ARREST OF ANY DEFENDANT WHO HAS FAILED TO APPEAR TO ANSWER AN ARREST TICKET DULY SERVED UPON HIM AND UPON WHICH A COMPLAINT HAS BEEN FILED.

FILED
SEP 10 1998
Loraine Maska
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

State of Illinois
In the Circuit Court of the First Judicial Circuit
Union County

People of the State of Illinois )
)
vs. ) No. 98-CF-6
)
Sylvester L. Morse, )
Defendant )

Count II - Misdemeanor

## PLEA OF GUILTY

I, the undersigned defendant, hereby voluntarily, knowingly and understandingly enter a plea of guilty to: Battery (Simple)
as charged in the above styled cause. I understand that by pleading guilty, I am giving up my right to trial, including my right to a jury trial. I am also giving up my right to confront witnesses and to subpoena witnesses on my behalf. I understand the nature of the offense and the possible penalties. I understand that if I plead guilty, the Court may sentence me up to the maximum penalty provided for this offense without hearing witnesses or having a trial. No threats have been made to get me to plead guilty.

[X] **Negotiated Plea** This plea is entered pursuant to an agreement between the prosecutor and the defendant under Illinois Supreme Court Rule 402(d) which contemplates a specified sentence will be imposed and /or that other charges before the Court will be dismissed. The parties request the Court's affirmance of the agreement. I understand that if the Court does not concur in the agreement or withdraws concurrence, I may withdraw this plea of guilty. If the Court does not concur, I may persist in my plea of guilty and the disposition may be different than that contemplated by the plea agreement and that the Court may impose any sentence up to the maximum provided for the offense. Other than the plea agreement, no other promises have been made to me to cause me to enter this plea.

[ ] **Open Plea** No promises have been made to me concerning a specific sentence or reduction and/or dismissal of charges. I understand the Court may sentence me up to the maximum penalty provided by law.

Dated this 10 day of September, 1998.

X Sylvester Morse
Defendant

I hereby certify as an officer of the Court that I have fully explained and answered any questions of my client concerning the foregoing Plea of Guilty including its terms and ramifications.

[signature]
Attorney for Defendant

Appellate Case: 15-3160 Page: 9 Date Filed: 02/29/2016 Entry ID: 4372487

P70-0108

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
Union County, Illinois

FILED
SEP 10 1998
Clerk of the Circuit Court
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT

PEOPLE OF THE STATE OF ILLINOIS )
VS )
Sylvester Morse , ) No. 98-CF-6

( ) ORDER OF SUPERVISION (X) SENTENCE OF PROBATION ( ) CONDITIONAL DISCHARGE

On this day this Defendant has been found guilty / pled guilty to the charge(s) of Battery (Class A) and is HEREBY SENTENCED TO A TERM OF ( ) Court Supervision ( ) Probation ( ) Conditional Discharge for a period of 12 months beginning this date, with conditions thereof as follows:

## *MANDATORY CONDITIONS*

1. Not violate any criminal statute or ordinance of any jurisdiction.
2. Immediately report in person to the probation department, and report thereafter as directed by the Probation Officer.
3. Conform to all reasonable rules and regulations of the probation department.
4. Notify the Circuit Clerk and the Probation Office of any change in address and/or phone number within 24 hours of such change.
5. Not possess a firearm or other dangerous weapon.
6. Not leave the state without the consent of the court, or, in emergency situations, without the prior approval of the Probation Officer.

## *FINANCIAL CONDITIONS*

**(Check all that apply)**

7. **Pay the following:**
X (a) Fine in amount of $ 300, plus costs and surcharges of $ as set by the Circuit Clerk
X (b) A probation/supervision service fee of $ 10.00 per mo per month.
___ (c) Pay restitution in the amount of $ ______ distributed per attachment.
___ (d) Pay an offense classification assessment in the amount of $ ______
___ (e) Pay a Public Defender Fee of $ ______
___ (f) Other: ______

8. All amounts ordered are to be paid in full on or before July 10, 1999. If they are not paid by that time, Defendant shall return to court on ______ at ______ a.m./p.m. to show cause why. **IF DEFENDANT DOES NOT PAY OR APPEAR, A WARRANT OF ARREST WILL BE ISSUED. DEFENDANT IS ENTITLED TO NO FURTHER NOTICE OF THIS DATE.**

## *OTHER CONDITIONS*

**(Check all that apply)**

___ 9. Complete ______ hours of public service work to be arranged through the probation office on or before ______.

___ 10. Serve a period of incarceration as follows:
___ (a) ______ days in the County Jail commencing ______ at ______ a.m./p.m.
___ (b) Periodic Imprisonment in the County Jail
I. ______ consecutive weekends, commencing at ______ a.m./p.m. on ______ to ______ a.m./p.m. on ______, and a like term thereafter until the sentence is served.
II. A sentence of Work Release allowing Defendant's release from custody between the hours of ______ a.m./p.m. and ______ a.m./p.m. on the following days of the week: ______
___ (c) A sentence of Home Confinement Electronic monitoring with the following conditions: ______

**DEFENDANT UNDERSTANDS THAT HIS WORK RELEASE IS CONDITIONED ON THE AGREEMENT WITH THE PROBATION OFFICE REGARDING WORK RELEASE OR HOME CONFINEMENT, AND A VIOLATION OF THAT AGREEMENT SHALL BE GROUNDS FOR REVOCATION OF PROBATION OR SUPERVISION.**

___ 11. Complete an Alcohol/Substance Abuse Evaluation approved by the Probation Officer within ______ days.
___ 12. Begin any approved Substance Abuse Treatment Program within 30 days of this Judgement, and successfully complete same, as follows:
___ **Level I**, (Minimum Risk) to be completed in 90 days
___ **Level II**, (Moderate Risk) to be completed within 180 days
___ **Level III**, (Significant Risk) to be completed within 270 days
___ **Level IV**, (High Risk), to be completed within 270 days
___ **Level V**, (Residential Treatment), to be completed within 270 days
___ 13. Attend school ON TIME each day it is in session unless excused by a licensed physician and maintain satisfactory grades and conduct.
___ 14. Reside at ______ with ______ unless otherwise authorized by the Probation Officer.
___ 15. Have no contact, either directly or indirectly, in person, by phone or otherwise, with ______
___ 16. Consume no alcoholic beverages and enter no establishment that sells same as its principal business.
___ 17. Undergo breath and/or urine analysis for the presence of foreign substances at the request of the Probation Officer.
___ 18. All sex offenders register with the proper authority, as directed by the Probation Officer.
___ 19. Undergo medical testing pursuant to 730 ILCS 5/5-5-3(g)(h).
X 20. Count I dismissed per plea
___ 21. ______

**ENTERED THIS** 10th **DAY OF** Sept 1998

[signature]
JUDGE

I hereby acknowledge receipt of a copy of this Order, and further certify that I have read the document and understand all the provisions and agree to abide by them.

Sylvester L Morse
DEFENDANT

White - Original Court File Canary - State's Attorney Pink - Probation Goldenrod - Defendant

Appellate Case: 15-3160 Page: 10 Date Filed: 02/29/2016 Entry ID: 4372487

| CASE NUMBER | NAME / ADDRESS | FILED / WARRANT | CLOSED / ARREST | DOB DL NUMBER | STATE SEX RACE |
|---|---|---|---|---|---|
| 1999CM000311D 001 | MORSE, SYLVESTER<br>WARRANT/ARREST:<br>108 GROVE AVE<br>ANNA IL 62906-0000 | 8/30/1999 | 5/04/2000<br>8/27/1999 | 4/06/1977 | M |

ARRESTING AGENCY: County Crm & Juv

DUE DATE:
TOTAL DUE:
TOTAL PAID: 1,331.00
BALANCE: .00

| | | | | CHARGE/PLEA/DISPOSITION/SENTENCE | CLASS STATUTE / MIN Y-M-D | MAX Y-M-D | HOURS | TICKET |
|---|---|---|---|---|---|---|---|---|
| CHG | 1 | 1 | | DOMESTIC BATTERY/BODILY HARM | A CM 0720 ILCS | 5.0/12-3.2(a)(1) | | 00000000 |
| PLEA | | | | | | | | |
| DSP | 1 | 1 | 1 | Bond Forfeiture/30 Day Notice | 10/04/1999 | | | |
| DSP | 1 | 1 | 2 | Judgment/Bond Forfeiture | 1/03/2000 | | | |
| DSP | 1 | 1 | 3 | Charge Amended/Reduced | 7/10/2000 | | | |
| CHG | 1 | 2 | | DISORDERLY CONDUCT | C CM 0720 ILCS | 5.0/26-1(a)(1) | | 00000000 |
| PLEA | | | | Guilty | | | | |
| DSP | 1 | 2 | 1 | Guilty | 5/04/2000 | | | |
| SNT | 1 | 2 | 1 | 1 Conditional Discharge In force | 5/04/2000 00-12-000 | | | |
| SNT | 1 | 2 | 1 | 2 Fine In force | 5/04/2000 | | | |
| SNT | 1 | 2 | 1 | 3 Public Service In force | 5/04/2000 | | 80 | |
| CHG | 2 | 1 | | DOMESTIC BATTERY/BODILY HARM | A CM 0720 ILCS | 5.0/12-3.2(a)(1) | | 00000000 |
| PLEA | | | | | | | | |
| DSP | 2 | 1 | 1 | Bond Forfeiture/30 Day Notice | 10/04/1999 | | | |
| DSP | 2 | 1 | 2 | Judgment/Bond Forfeiture | 1/03/2000 | | | |
| DSP | 2 | 1 | 3 | Dismiss/State Motion | 5/04/2000 | | | |
| CHG | 3 | 1 | | DOMESTIC BATTERY/BODILY HARM | A CM 0720 ILCS | 5.0/12-3.2(a)(1) | | 00000000 |
| PLEA | | | | | | | | |
| DSP | 3 | 1 | 1 | Bond Forfeiture/30 Day Notice | 10/04/1999 | | | |
| DSP | 3 | 1 | 2 | Judgment/Bond Forfeiture | 1/03/2000 | | | |
| DSP | 3 | 1 | 3 | Dismiss/State Motion | 5/04/2000 | | | |
| CHG | 4 | 1 | | DOMESTIC BTRY/PHYSICAL CONTACT | A CM 0720 ILCS | 5.0/12-3.2(a)(2) | | 00000000 |
| PLEA | | | | | | | | |
| DSP | 4 | 1 | 1 | Bond Forfeiture/30 Day Notice | 10/04/1999 | | | |
| DSP | 4 | 1 | 2 | Judgment/Bond Forfeiture | 1/03/2000 | | | |
| DSP | 4 | 1 | 3 | Dismiss/State Motion | 5/04/2000 | | | |

I do hereby certify the above document to be a true copy of the original on file and of record in my office.

Lorraine Moreland

10/18/10
CLERK OF THE CIRCUIT COURT Lorraine Moreland
COUNTY OF Union

CASE# 1994-CM-274 1994-CM-317 - 98-CF 188 - 98-CF-56 98-CF-6 95-CF-54

PLAINTIFF

DEFENDANT Morse

STATE OF ILLINOIS

COUNTY OF UNION )ss THIS INSTRUMENT IS A TRUE AND CORRECT COPY OF Docket Sheets Information affidavit Pleas Orders

FILED IN THE OFFICE OF THE CIRCUIT CLERK OF UNION COUNTY, ILLINOIS

DATED THIS 20 DAY OF Oct A.D. 20 10

(seal) (CERTIFIED) Lorraine Moreland
CIRCUIT CLERK

# RECORD SHEET

Case No. 98-CF-56

Nature of Case: CT. I UNLAWFUL RESTRAIN[T] (Dismissed) CT. II UNLAWFUL RESTRAINT (Dismissed) CT. III AGGRAVATED A[SSAULT] (Dism) CT. IV AGGRAVATED ASSAULT (Dismissed) CT. V MOB ACTION CT. VI MOB ACT[ION] (Di[smissed])

THE PEOPLE OF THE STATE OF ILLINOIS

vs

SYLVESTER L. MORSE,

Defendant.

Attorneys:

CHRISTOPHER K. WELLS, STATE'S ATTORNEY

~~William Ballard P.D~~

~~Cook & Cook P.D.~~

Form AO 69-32 Byers Printing Company, Springfield, Ill

## SPEEDY TRIAL

| DATE | | | JUDGE AND REPORTER | | CO[STS] |
|---|---|---|---|---|---|
| 3 | 31 | 98 | | INFORMATION ON SIX (6) COUNTS FILED. | 100.0[0] |
| 3 | 31 | 98 | | AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE WITH ATTACHED POLICE REPORTS FILED. | ~~40.00~~ 25.00 10.00 15.00 |
| 4 | 3 | 98 | | WARRANT OF ARREST ISSUED. BAIL SET AT $2,000.00. | 5.00 5 |
| 04 | 08 | 98 | | WARRANT OF ARREST WITH RETURN OF SERVICE FILED. | 15. |
| 04 | 08 | 98 | | BAIL BOND IN THE AMOUNT OF $2,000.00 WITH DEFENDANT POSTING $200.00 CASH BEING 10% FIRST APPEARANCE ON MAY 8, 1998 AT 9:00 A.M. FILED. | 5 15. 12. 15. |
| | | | | Less Bond | 222 180 |
| | | | | Bal Due | 42 |
| | | | | Less Pd | 9 |
| | | | | Bal Due | $ 33 |
| | | | | Less Bond | 33 |
| | | | | | (0) |
| 5 | 8 | 98 | KG. | ✓ Defendant present; advised of rights, nature of charges and possible penalties. Public Defender is appointed/~~denied~~. Cook Arraignment set and notice given. [signature] prel. hearing to be set. | |
| 5 | 8 | 98 | | SIGNED ORDER APPOINTING PUBLIC DEFENDER FILED. | |
| 5 | 11 | 98 | | Peoples Discovery to the Defendant Filed. | |
| 5 | 12 | 98 | | Clerk mails notice of Preliminary Hearing set for June 4, 1998 at 9:00 AM | |
| 5 | 19 | 98 | | ENTRY OF APPEARANCE AND DEMAND FOR A SPEEDY TRIAL BY JURY WITH CERTIFICATE OF SERVICE FILED. | |
| 5 | 19 | 98 | | DEFENDANT'S MOTION FOR DISCOVERY WITH CERTIFICATE OF SERVICE FILED. | |
| 6 | 4 | 98 | RG. | Cause called. Motion of Cook to w/d is granted. Ct. [illegible] appoints Balla[rd] | |
| 6 | 4 | 98 | | SIGNED ORDER APPOINTING PUBLIC DEFENDER FILED. | |
| 6 | 5 | 98 | | Clerk mails notice of Preliminary Hearing set for [illegible] 1998 at [illegible] AM | |

Appellate Case: 15-3160 Page: 13 Date Filed: 02/29/2016 Entry ID: 4372487

# ADDITIONAL RECORD SHEET

Case No. 98-CF-56 No. 2

Nature of Case PEOPLE VS SYLVESTER L. MORSE WILLIAM B. BALLARD JR., COURT APPOIN

Form AO 69-32A Byers Printing Company, Springfield, Illi

| DATE | JUDGE AND REPORTER | | COS |
|---|---|---|---|
| 6 5 98 | | People's Discovery to the Defendant Filed. | |
| 6 25 98 | [illegible] | Δ Atty m d. S Atty m d. Motion to cont prel, no objection re-set July 9 1998 at 9:00 AM | |
| 6 25 98 | | Clerk mails notice of Preliminary Hearing set for July 9, 1998 at 9:00 AM | |
| 7 8 98 | | address change filed | |
| 7 9 98 | [illegible] | Case called. Δ Atty. m d - Motion by Δ to cont. 30 days is granted - (No objection from State) | |
| 7 9 98 | | Clerk mails notice of Preliminary Hearing set for August 13, 1998 at 9:00 AM | |
| 7 17 98 | | ENTRY OF APPEARANCE WITH PROOF OF SERVICE FILED BY ATTORNEY BALLARD. | |
| 8 13 98 | [illegible] | Re-set w/ 98-CF-6 | |
| 8 14 98 | | Clerk mails notice of Preliminary Hearing set for August 27, 1998 at 9:00 AM | |
| 8 27 98 | [illegible] | ~~Δ m d~~. See file # 98-CF-6 - | |
| 8 28 98 | | Clerk mails notice of Preliminary Hearing set for September 10, 1998 at 9:00 AM | |
| 9 10 98 | [illegible] | Δ Atty m d Waives prel. hearing. Case to be set for arraignment Oct 1, 1998 at 9:00 AM. | |
| 9 10 98 | [illegible] | X Defendant enters plea of guilty. Plea is knowingly admonished per S.C. Rule 402. Plea is knowingly and voluntarily made. Factual basis exists. Sentence entered per signed Judgmental/Order. Defendant advised per S.C. Rule 605. 100 [illegible] | |

P70-0113

# ADDITIONAL RECORD SHEET

Case No. 98-CF-56 No. 3

Nature of Case PEOPLE vs. SYLVESTER L. MORSE WILLIAM B. BALLARD JR. (COURT APPT'D)

Form AO 69-32A Byers Printing Company, Springfield, Illi

| DATE | | | JUDGE AND REPORTER | | COS |
|---|---|---|---|---|---|
| 9 | 10 | 98 | | SIGNED ORDER FILED. | |
| 9 | 18 | 98 | | VERIFIED STATEMENT OF SERVICES FILED. | |
| 9 | 18 | 98 | | SIGNED ORDER FILED. | |
| 10 | 19 | 99 | | Clerk mails notice of Status<br>Hearing set for October 28, 1999 at 1:00 pm | |
| 11 | 3 | 99 | | Clerk mails notice of Status<br>Hearing set for December 2, 1999 at 9:00 Am | |
| 12 | 2 | 99 | | Clerk mails notice of Status<br>Hearing set for January 13, 2000 at 9:00 Am | |
| 1 | 13 | 00 | [illegible] | Case called Re-set Feb 3, 2000 at 9:00 AM [illegible] | |
| 1 | 18 | 2000 | | Clerk mails notice of Status<br>Hearing set for February 3, 2000 at 9:00 Am | |
| 2 | 9 | 2000 | | Clerk mails notice of Status<br>Hearing set for March 2, 2000 at 9:00 Am | |
| 2 | 29 | 2000 | | Clerk mails notice of Status<br>Hearing set for March 30, 2000 at 9:00 Am | |
| 4 | 13 | 2000 | | Clerk mails notice of Status<br>Hearing set for May 4, 2000 at 9:00 AM | |
| 5 | 19 | 2000 | | Clerk mails notice of Status<br>Hearing set for June 15, 2000 at 9:00 Am | |
| 6 | 15 | - | [illegible] | [illegible] RP 2/22/00 . 9 | |
| 6 | 21 | 2000 | | Clerk mails notice of Status<br>Hearing set for July 27, 2000 at 9:00 Am | |

Appellate Case: 15-3160 Page: 15 Date Filed: 02/29/2016 Entry ID: 4372487

# ADDITIONAL RECORD SHEET

Case No. 98 CF 54 No. 4

Nature of Case Sylvester L. Morse William B. Ballard Jr

Form AO 69-32A Byers Printing Company, Springfield, Illi

| DATE | JUDGE AND REPORTER | | COST |
|---|---|---|---|
| 7 27 00 | CLARKE AB | STATUS RESET 9-28-00 @ 9 | |
| 8 1 2000 | | Clerk mails notice of Status<br>Hearing set for September 28, 2000 at 9:00 Am | |
| 9 28 2000 | | Reset Status for October 12, 2000 at 9:00 am. per Judge Clarke | |
| 9 29 2000 | | Clerk mails notice of Status<br>Hearing set for October 12, 2000 at 9:00 Am | |
| 10 12 00 | CLARK | SINCE NOTHING PAID SINCE SEPT 1 RESET 11-16-00 @ 9 | |
| 10 17 2000 | | Clerk mails notice of Status<br>Hearing set for November 16, 2000 at 9:00 Am | |
| 11 21 2000 | | Clerk mails notice of Status<br>Hearing set for December 14, 2000 at 9:00 Am | |
| 12 18 2000 | | Clerk mails notice of Status<br>Hearing set for February 1, 2001 at 9:00 Am | |

**IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT**
**UNION COUNTY, ILLINOIS**

THE PEOPLE OF THE STATE OF ILLINOIS, )
)
vs. ) NO. 98-CF-56
) Count I
SYLVESTER L. MORSE, ) Class 4 FELONY
Defendant. )

FILED
MAR 3 1 1998
Lorraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

**INFORMATION**

The State's Attorney of said County charges:

That on or about March 23, 1998, in Union County, Illinois, **SYLVESTER L. MORSE** committed the offense of **UNLAWFUL RESTRAINT**, in that the said defendant knowingly and without legal authority detained Michelle Roach, in that said defendant blocked the path of Michelle Roach with an automobile and refused to allow Michelle Roach to leave, in violation of Chapter 720, Act 5, Section 10-3(a)(3), of the Illinois Compiled Statutes.

Christopher K. Shelly
(State's Attorney/~~Assistant~~)

---

STATE OF ILLINOIS )
) SS
COUNTY OF UNION )

The undersigned, on oath, says that the facts set forth in the foregoing information are true in substance and matter of fact.

Christopher K. Shelly

Signed and sworn to before me this 30th day of March, 1998.

Billie Henderson
Notary Public

OFFICIAL SEAL
BILLIE JO HENDERSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES [illegible]

**COUNT II** **CLASS 4 FELONY**

The State's Attorney of said County charges:

That on or about March 23, 1998, in Union County, Illinois, **SYLVESTER L. MORSE** committed the offense of **UNLAWFUL RESTRAINT**, in that the said defendant knowingly and without legal authority detained Jessica Rendleman, in that the said defendant blocked the path of Jessica Rendleman with an automobile and refused to allow Jessica Rendleman to leave, in violation of Chapter 720, Act 5, Section 10-3(a)(3), of the Illinois Compiled Statutes.

Christopher K. Heller
(State's Attorney/~~Assistant~~)

---

STATE OF ILLINOIS )
) SS
COUNTY OF UNION )

The undersigned, on oath, says that the facts set forth in the foregoing information are true in substance and matter of fact.

Christopher K. Heller

Signed and sworn to before me this 30th day of March, 1998.

Bullie J. Henderson
Notary Public

NOTARY PUBLIC ... MY CO...

FILED
MAR 3 1 1998
Lorraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

**COUNT III** **CLASS A MISDEMEANOR**

The State's Attorney of said County charges:

That on or about March 23, 1998, in Union County, Illinois, **SYLVESTER L. MORSE** committed the offense of **AGGRAVATED ASSAULT**, in that the said defendant, in committing an assault, in violation of Section 12-1 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly, while Michelle Roach was at Taco Johns, a public place of accommodation, knowingly used the threat of bodily harm in that he told Michelle Roach that "he was going to beat her up", thereby placing Michelle Roach in reasonable apprehension of receiving a battery, in violation of Chapter 720, Act 5, Section 12-2(a)(9), of the Illinois Compiled Statutes.

Christopher K. Hall

(State's Attorney/Assistant)

---

STATE OF ILLINOIS )
) SS
COUNTY OF UNION )

The undersigned, on oath, says that the facts set forth in the foregoing information are true in substance and matter of fact.

Christopher K. Hall

Signed and sworn to before me this 30th day of March, 1998.

Notary Public

NOTARY PUBLIC, STATE OF ILLINOIS

FILED

MAR 31 1998

Loraine Moreland

CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

COUNT IV CLASS A MISDEMEANOR

The State's Attorney of said County charges:

That on or about March 23, 1998, in Union County, Illinois, **SYLVESTER L. MORSE** committed the offense of **AGGRAVATED ASSAULT,** in that the said defendant in committing an assault, in violation of Section 12-1 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly, while Michelle Roach was at Taco Johns, a public place of accommodation, knowingly used the threat of bodily harm in that said defendant told Jessica Rendleman that "he was going to beat her up", thereby placing Michelle Roach in reasonable apprehension of receiving a battery, in violation of Chapter 720, Act 5, Section 12-2(a)(9), of the Illinois Compiled Statutes.

Christopher K. Hall
(State's Attorney/~~Assistant~~)

---

STATE OF ILLINOIS )
) SS
COUNTY OF UNION )

The undersigned, on oath, says that the facts set forth in the foregoing information are true in substance and matter of fact.

Christopher K. Hall

Signed and sworn to before me this 30th day of March, 1998.

Billie Henderson
Notary Public

FILED
MAR 3 1 1998
Lorraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

**COUNT V** **CLASS C MISDEMEANOR**

The State's Attorney of said County charges:

That on or about March 23, 1998, in Union County, Illinois, **SYLVESTER MORSE** committed the offense of **MOB ACTION**, in that the said defendant by the use of force and violence disturbed the public peace, in that the said defendant, while acting together with Robin Turner, Cara Althoff, Erica M. Carmack, Ricky D. Turner, Jr., Alicia Turner, Mary Jane Crowell, Robin M. Turner, John "John John" Leon Morse, and Robert Carmack, blocked the path of Michelle Roach with an automobile and refused to allow Michelle Roach to leave, while threatening to beat Michelle Roach up, in violation of Chapter 720, Act 5, Section 25-1(a)(2), of the Illinois Compiled Statutes.

(State's Attorney/~~Assistant~~)

---

STATE OF ILLINOIS )
) SS
COUNTY OF UNION )

The undersigned, on oath, says that the facts set forth in the foregoing information are true in substance and matter of fact.

Signed and sworn to before me this 30th day of March, 1998.

Notary Public

FILED
MAR 31 1998
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

COUNT VI CLASS C MISDEMEANOR

The State's Attorney of said County charges:

That on or about March 23, 1998, in Union County, Illinois, **SYLVESTER L. MORSE** committed the offense of **MOB ACTION**, in that the said defendant knowingly by the use of force and violence, disturbed the public peace, in that said defendant, while acting together with Robin M. Clark, Cara Althoff, Erica M. Carmack, Ricky D. Turner, Jr., Alica Turner, Robin Turner, Mary Jane Crowell, John "John John" Leon Morse, and Robert Carmack, the said defendant blocked the path of Jessica Rendleman with an automobile and refused to allow Jessica Rendleman to leave, while threatening to beat Michelle Roach up, in violation of Chapter 720, Act 5, Section 25-1(a)(1), of the Illinois Compiled Statutes.

(State's Attorney/~~Assistant~~)

---

STATE OF ILLINOIS )
) SS
COUNTY OF UNION )

The undersigned, on oath, says that the facts set forth in the foregoing information are true in substance and matter of fact.

Signed and sworn to before me this 30th day of March, 1998.

Notary Public

FILED
MAR 3 1 1998
Loraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

NOTARY PUBLIC, STATE OF ILLINOIS

FILED
MAR 31 1998
Lorraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE
WITH ATTACHED POLICE REPORTS

I, BART HILEMAN, upon penalty of perjury attest and affirm as follows:

1. That I am a duly sworn law enforcement officer in the State of Illinois, who is employed by the ANNA POLICE DEPARTMENT ______.

2. That on ______ 199__, I arrested ______, in the County of Union and transported him/her to the Union County Jail.

3. That attached hereto is a copy of a police report filed and signed by me, which is a true and accurate account of the facts which support the charge or charges of Unlawful Restraint / Aggravated Assault / Mob Action ______, which were committed by Sylvester Morse, on the 23rd, day of March, 1998.

4. That said defendant currently remains in custody at the Union County Jail or I am requesting the State's Attorney of Union County to issue a Warrant of Arrest for the heretofore mentioned defendant.

5. Further affiant saith not.

DATED this 31st day of March, 1998.

(X) Bart Hileman
AFFIANT

COUNTY OF UNION :
: SS.
STATE OF ILLINOIS :

I, Billie Jo Henderson, being a duly sworn Notary Public in and for the County of Union and State of Illinois, hereby attest and affirm that BART HILEMAN ,personally known to me, appeared before me this day in person and acknowledged that the above signature was singed by his as his free and voluntary act, and that the facts contained above were true to the best of their knowledge and information.

Billie Henderson
NOTARY PUBLIC

[Notary seal, partially legible: ...AL ...CON ...INOIS ...2-99]

POLICE DEPARTMENT — POLICE INFORMATION and PLANNING SYSTEM — PAGE 1

REPORT DATE 03/29/98
PROGRAM NO. PIPSIN51

# D E T A I L  I N C I D E N T  R E P O R T

## I N C I D E N T  I N F O R M A T I O N

INCIDENT: AP98-174
CASE STATUS: 02 Pending Investigation
OFFENSE: 3100 Mob Action & Related Offenses
REPORT STATUS:
ASSIGNED TO: A07 BART HILEMAN

| DATE OCCURRED | TIME OCCURRED | DATE REPORTED | TIME REPORTED | REFERENCE #: |
|---|---|---|---|---|
| 03/23/98 | 21:00 | 03/23/98 | 21:15 | |

HOW REPORTED: RECEIVED BY:APD PHOTOS?:N VCR?:N

| INCIDENT ADDRESS | CITY | ZIP | LOCATION DESCRIPTION | BEAT AREA | CITY/ TOWNSHIP |
|---|---|---|---|---|---|
| 000507 E. VIENNA ST. / | ANNA | 62906 | 294 Restaurant - Chain | - | 0150 |

General Location:TACO JOHNS RESTURANT

## O T H E R  P E R S O N S  I N V O L V E D  I N F O R M A T I O N

ROACH, MICHELLE A. DOB:11/07/77 RES PH:(618)833-8864 BUS PH:N/A SSN#:N/A DLN#:N/A
520 R&D LANE DESCRIPTION:FEMALE White ' '' lbs HAIR: EYES:
ANNA, IL 62906 Build: Complexion:
COUNTY:091 OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:VICTIM OFFENSE:3100 Mob Action & Related Offenses

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENDLEMAN, JESSICA DOB:09/02/81 RES PH:(618)833-7669 BUS PH:N/A SSN#:N/A DLN#:N/A
3570 S.R.127S DESCRIPTION:FEMALE White ' '' lbs HAIR: EYES:
JONESBORO, IL 62952 Build: Complexion:
COUNTY:091 OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:VICTIM OFFENSE:3100 Mob Action & Related Offenses

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CARMACK, ROBERT A. DOB:01/17/79 RES PH:N/A BUS PH:N/A SSN#:N/A DLN#:N/A
00000 W. WILLIAMS ST. T/C DESCRIPTION:MALE White 5'04'' 130lbs HAIR:Brown EYES:Brown
ANNA, IL 62906 Build:Medium Complexion:Medium
COUNTY:UNIO OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:SUSPECT OFFENSE:3100 Mob Action & Related Offenses

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CARMACK, ERICA M. DOB:07/25/82 RES PH:N/A BUS PH:N/A SSN#:N/A DLN#:N/A
. WILLIAMS ST. T/C ST DESCRIPTION:FEMALE White ' '' lbs HAIR: EYES:
NNA, IL 62906 Build: Complexion:
OUNTY:UNIO OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:SUSPECT OFFENSE:3100 Mob Action & Related Offenses

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

URNER, RICKY D. DOB:08/05/81 RES PH:N/A BUS PH:N/A SSN#:N/A DLN#:N/A
5 WILLIAMS ST. T/C DESCRIPTION:MALE White ' '' lbs HAIR: EYES:
NNA, IL 62906 Build: Complexion:
OUNTY:091 OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:SUSPECT OFFENSE:3100 Mob Action & Related Offenses

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JRNER, ALICA DOB:UNK RES PH:N/A BUS PH:N/A SSN#:N/A DLN#:N/A
DESCRIPTION:UNKNOWN ' '' lbs HAIR: EYES:
NNA, IL 62906 Build: Complexion:
OUNTY: OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:SUSPECT OFFENSE:3100 Mob Action & Related Offenses

ANNA POLICE DEPARTMENT POLICE INFORMATION and PLANNING SYSTEM PAGE 2
REPORT DATE 03/29/98
INCIDENT: AP98-174 DETAIL INCIDENT REPORT PROGRAM NO. PIPSIN51

---

TURNER, ROBIN DOB:02/08/81 RES PH:N/A BUS PH:N/A SSN#:N/A DLN#:N/A
428 S. FRONT ST. #118 DESCRIPTION:FEMALE White ' '' lbs HAIR: EYES:
COBDEN, IL 62920 Build: Complexion:
COUNTY: OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:SUSPECT OFFENSE:3100 Mob Action & Related Offenses

---

MORSE, SYLVESTER L. DOB:04/06/77 RES PH:(618)833-3219 BUS PH:N/A SSN#: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 DLN#:M620-7927-7099
208 J ST DESCRIPTION:MALE White ' '' lbs HAIR: EYES:
JONESBORO, IL 62952 Build: Complexion:
COUNTY:091 OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:SUSPECT OFFENSE:3100 Mob Action & Related Offenses

---

MORSE, JOHN JOHN L. DOB:09/22/82 RES PH:N/A BUS PH:N/A SSN#:N/A DLN#:N/A
35 BERRYVILLE RD. DESCRIPTION:MALE White 5'04'' 220lbs HAIR:Brown EYES:Hazel
JONESBORO, IL 62952 Build:Large Complexion:
COUNTY:UNIO OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:SUSPECT OFFENSE:3100 Mob Action & Related Offenses

---

CLARK, ROBIN M. DOB:08/17/79 RES PH:(618)893-4660 BUS PH:N/A SSN#: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 DLN#:C462-7337-9834
409 OAK ST DESCRIPTION:FEMALE White 5'05'' 119lbs HAIR:Brown EYES:Blue
COBDEN, IL 62920 Build:Medium Complexion:Medium
COUNTY:UNIO OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:SUSPECT OFFENSE:3100 Mob Action & Related Offenses

---

CROWELL, MARY J. DOB:06/11/80 RES PH:(618)833-7227 BUS PH:N/A SSN#:N/A DLN#:C640-5908-0766
506 E. VIENNA ST DESCRIPTION:FEMALE White ' '' lbs HAIR: EYES:
ANNA, IL 62906 Build: Complexion:
COUNTY:UNIO OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:SUSPECT OFFENSE:3100 Mob Action & Related Offenses

---

ALTHOFF, CARA E. DOB:02/13/82 RES PH:(618)833-3075 BUS PH:N/A SSN#:N/A DLN#:N/A
POB 812 DESCRIPTION:FEMALE White 5'07'' 155lbs HAIR:Blond EYES:Blue
JONESBORO, IL 62952 Build:Medium Complexion:Medium
COUNTY:091 OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:SUSPECT OFFENSE:3100 Mob Action & Related Offenses

---

WOMICK, JERIMIAH R. DOB:10/27/80 RES PH:(618)833-3965 BUS PH:N/A SSN#:N/A DLN#:W52043680306
PO BOX 241 DESCRIPTION:MALE White ' '' lbs HAIR: EYES:
JONESBORO, IL 62952 Build: Complexion:
COUNTY:UNI OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:WITNESS OFFENSE:3100 Mob Action & Related Offenses

---

ARCHEY, CHRISTINA M. DOB:10/05/78 RES PH:N/A BUS PH:N/A SSN#:N/A DLN#:N/A
296 MOWERY POND RD. DESCRIPTION:FEMALE White ' '' lbs HAIR: EYES:
DONGOLA, IL 62906 Build: Complexion:
COUNTY:091 OCCUPATION:N/A PLACE OF BIRTH:N/A MO:

** INVOLVEMENT:WITNESS OFFENSE:3100 Mob Action & Related Offenses

FFICER/DEPUTY [signature] AP-7 APPROVED BY ______

IGNATURES ______ DATE ______ ______ DATE ______

On 03-23-98 at approximately 2115 hours, I Officer Bart Hileman met with the complainants Michelle Roach, and Jessica Rendleman at the Anna P.D.

Roach stated that she and Rendleman were in her vehicle, a 1997 Chevrolet Camaro, red in color sitting at the drive through window at the Taco Johns Resturant located at 507 E Vienna St. Roach stated they had just received there food order when three vehicles came from aroun the back of the parking lot and blocked her vehicle in to where she could not leave. Roach said that several people got out of the three vehicles, and surrounded her and Rendleman in her car. Roach and Rendleman both identified the subjects as follows, Sylvester Morse, John John Morse, Bobby Carmack, Erica Carmack, Ricky Turner Jr. Alica Turner, Robin Turner, Robin Clark, Mary Jane Crowell, and Cara Althoff. Roach said all the subjects got out of the vehicles and surrounded her car. Roach stated that Bobby Carmack approached her and said he was going to "beat the fuck out of her brother". Both Roach and Rendleman said that all the subjects were hanging on her car and threatening to beat them up. Roach said she locked the door and Bobby Carmack started pulling on the door handle trying to get into the car.

I had both Roach and Rendleman fill out statements as to the incident.

After speaking to the complainants, I went to Taco Johns Resturant. There I spoke with two employees that witnessed the incident. Jerimiah Womick, and Archie. Womick described the incident just as ROach and Rendleman had done. Womick he saw Sylvester Morse, John John Morse, Bobby Carmack, and Ricky Turner.

I left Taco Johns and went to the Citgo Convetaint Store located next door to Taco Johns. There I.S.P. Trooper Robert Zoeckler was speaking with three subjects. I knew all three to be Sylvester Morse, John John Morse, and Ricky Turner Jr. I asked the three what had happened at Taco Johns? Turner immediately said "I wasn't even there". Sylvester Morse became very upset and shouted "I didn't do anything, and I know my rights". Sylvester Morse appeared very nervous. he kept trying to walk away, and was told several time to stay put. Sylvester Morse repeatedly stated "I know my rights". I then spoke with John John Morse. John John also appeared nervous. When I would ask him a question, he (John John) would repeat the question. John John stated that he also did not know anything about it.

While I was speaking with these subjects, both Roach and Rendleman arrived at that location. After a short time both came up to me and said that they had just been threatened by one of the subjects involved. Roach said that when she and Rendleman went inside the store that Mary Jane Crowell came up to them and stated " if you went to the police about this, you'll get your ass beat". I found Crowell sitting in a car on the Citgo lot. I asked about the incident in the building that had just too place, and the incident that took place at Taco Johns. Crowell first stated she did not know nothing, but then said to me " why is it that they (Roach & Rendleman) can say shit to us, but when we do something they get the cops on us".

I went back again to speak with John John Morse about the incident.

Morse then said he was there, but he did not see what had happened. Morse (John John) did admit that he pushed on Roaches vehicle at Taco Johns. While talking to John John Morse I could smell a odor of an alcohol beverage on his breath. John John Morse was arrested for Illegal Consumption of Alcohol. Refer to Anna case number J98-013.

On 03-29-97 I spoke with Robin Turner. I asked her for her account as to what happened at Taco Johns that night. Turner said that Roach, and Rendleman had called her and someof the others "Whores" earler in the evening, and she stated they (the group just pulled in there yo ask them why they said that).

| | | |
|---|---|---|
| RICKY D. TURNER JR.<br>ALICA TURNER 07-08-82 | father... | RICK TURNER SR.<br>25 WILLIAMS ST. T/C<br>ANNA IL. 62906 |
| | mother... | UNAVAILABLE |
| ERICA CARMACK | father... | JOHNNY SANTILIAN |
| | mother... | RESSIE CARMACK<br>13 WILLIAMS ST. T/C |
| CARA ALTHOFF | father... | UNAVAILABLE |
| | mother... | MARCENA BERBLING<br>P.O.B. 812<br>JONESBORO IL |

# VOLUNTARY STATEMENT

CASE NUMBER__________

I, Christina Marie Archey AM NOT UNDER ARREST, NOR AM I BEING

FIRST MIDDLE LAST

DETAINED FOR ANY CRIMINAL OFFENSES CONCERNING THE EVENTS I AM ABOUT TO MAKE KNOWN TO THE ANNA POLICE DEPARTMENT. WITHOUT BEING ACCUSED OF OR QUESTIONED ABOUT ANY CRIMINAL OFFENSES REGARDING THE FACTS I AM ABOUT TO STATE, I VOLUNTEER THE FOLLOWING INFORMATION ON MY OWN FREE WILL, FOR WHATEVER PURPOSES IT MAY SERVE.

| STREET ADDRESS | CITY | STATE |
|---|---|---|
| Box 296 Mowery Pond Rd | Dongola | IL |
| **TELEPHONE** | **DATE OF BIRTH** | **SOCIAL SECURITY** |
| | 10-05-80 | 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 |

Two girls were leaving the Taco ~~[illegible]~~ Johns and came back in saying a fight was going on in the parking lot. So I and Jeremiah got up and looked outside I saw around fifteen to twenty high school kids, including Mary Jane and some others. They were crowding around a small red looking car. I saw a young man without a shirt on doing hand motions to the people in the red car. Then it only lasted around five to ten minutes. There was no hitting that I saw. They all got back into seperate cars and were leaving. The one boy without a shirt and two of these others were looking at the back end of a white car than they got into the car and left.

I HAVE READ EACH PAGE OF THIS STATEMENT CONSISTING OF ______ PAGES, EACH OF WHICH BEARS MY SIGNATURE. I CERTIFY THAT THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT.

Christina Archey — 03/28/98

SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT — DATE

__________

WITNESS — DATE

P70-0129

# VOLUNTARY STATEMENT

CASE NUMBER AP98-174

I, Michelle Ann Roach AM NOT UNDER ARREST, NOR AM I BEING
FIRST MIDDLE LAST
DETAINED FOR ANY CRIMINAL OFFENSES CONCERNING THE EVENTS I AM ABOUT TO MAKE KNOWN TO THE ANNA POLICE DEPARTMENT. WITHOUT BEING ACCUSED OF OR QUESTIONED ABOUT ANY CRIMINAL OFFENSES REGARDING THE FACTS I AM ABOUT TO STATE, I VOLUNTEER THE FOLLOWING INFORMATION ON MY OWN FREE WILL, FOR WHATEVER PURPOSES IT MAY SERVE.

| STREET ADDRESS | CITY | STATE |
|---|---|---|
| 520 R&D Ln | Anna | IL |
| TELEPHONE | DATE OF BIRTH | SOCIAL SECURITY |
| (618)833-8864 | 11-07-77 | 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 |

We were at Taco Johns drive thru window and 3 Cars pulled up and tried to block us in. Bobby Carmack, Robin Turner, Ericka Carm Alica Turner, John John Morris, Slyvester Morris Robin Clark, Cdra Altoph, Mary Jane Corrowell Richie Turner, etc. jumped out and attacked my car. They threated the girl with me Jessica, They said they were going to [illegible] my car. Bobby said he was going to beat the fuck out of my brother Michael Roac

I HAVE READ EACH PAGE OF THIS STATEMENT CONSISTING OF ______ PAGES, EACH OF WHICH BEARS MY SIGNATURE. I CERTIFY THAT THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT.

Michelle Roach
SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT

3-23-98
DATE

WITNESS

DATE

# VOLUNTARY STATEMENT

CASE NUMBER AP98-174

I, Jessica Rendleman AM NOT UNDER ARREST, NOR AM I BEING
FIRST MIDDLE LAST DETAINED FOR ANY CRIMINAL OFFENSES CONCERNING THE EVENTS I AM ABOUT TO MAKE KNOWN TO THE ANNA POLICE DEPARTMENT. WITHOUT BEING ACCUSED OF OR QUESTIONED ABOUT ANY CRIMINAL OFFENSES REGARDING THE FACTS I AM ABOUT TO STATE, I VOLUNTEER THE FOLLOWING INFORMATION ON MY OWN FREE WILL, FOR WHATEVER PURPOSES IT MAY SERVE.

| STREET ADDRESS | CITY | STATE |
|---|---|---|
| 3570 State Rt 127S | Jonesboro | IL |
| TELEPHONE | DATE OF BIRTH | SOCIAL SECURITY |
| 618-833-7669 | 9-2-81 | |

we were at Taco John's drivethrough and we just got our food when three cars tryed to block us in when the last car pulled up Bobby Carmack got out then they all did, Robin Turner Robin Clark Alicia Turner, Ricky Turner, Arica Carmack, Bobby Carmack JonJon Moris, Sylvester Morris, Cara Altoph, Mary Jane Crowell, ect. well they surrounded the car started hitting it w/ their hands asking where Micheal Roach was. Then the girls got on my side hanging in the window yelling & threatening me. They said to watch my back or they would kill me. ~~Beth~~ Micheal rolled up her window & locked the door & Bobby ~~tro~~ yanked the handle tring to open it. Then we left. They also threatened to key the car.

I HAVE READ EACH PAGE OF THIS STATEMENT CONSISTING OF 1 PAGES, EACH OF WHICH BEARS MY SIGNATURE. I CERTIFY THAT THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT.

Jessica Rendleman — 3/24/98

SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT — DATE

WITNESS — DATE

# VOLUNTARY STATEMENT

CASE NUMBER AP98-174

I, Jerimiah Womick AM NOT UNDER ARREST, NOR AM I BEING

FIRST MIDDLE LAST

DETAINED FOR ANY CRIMINAL OFFENSES CONCERNING THE EVENTS I AM ABOUT TO MAKE KNOWN TO THE ANNA POLICE DEPARTMENT. WITHOUT BEING ACCUSED OF OR QUESTIONED ABOUT ANY CRIMINAL OFFENSES REGARDING THE FACTS I AM ABOUT TO STATE, I VOLUNTEER THE FOLLOWING INFORMATION ON MY OWN FREE WILL, FOR WHATEVER PURPOSES IT MAY SERVE.

| STREET ADDRESS | CITY | STATE |
|---|---|---|
| | Jonesboro | Illinois |
| **TELEPHONE** | **DATE OF BIRTH** | **SOCIAL SECURITY** |
| (618) 533-3965 | 10/27/80 | 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 |

On the night of March 23, Christy Archie and I were working the close shift. Around 9:00 p.m. we saw Bobby Carmack, John Moorse and other girls including Michelle Roach pull around into the parking lot. The two men jumped out of their car and started harrassing one of the girls. After about 10 minutes of arguing they all left the lot.

I HAVE READ EACH PAGE OF THIS STATEMENT CONSISTING OF 1 PAGES, EACH OF WHICH BEARS MY SIGNATURE. I CERTIFY THAT THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT.

Jerimiah Womick

SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT

3/27/98

DATE

WITNESS

DATE

SUPPLEMENTARY REPORT

REF: Interview with Mary Jane Crowell

On 03-29-98 at 2015 hours I interviewed Mary Jane Crowell at the Anna P.D. about the mob action incident that occurred on 03-23-98 at Taco Johns in Anna.

I asked Crowell to tell me her version of the incident. She said that she and Erica Carmack,and Cara Althoff were riding around in Althoffs car. Crowell stated that they passed Roach and Rendleman who were in Roach's car. She said as they passed Roach and Rendleman gave them the finger.

Crowell said that they found Roach's car sitting in the drive through at Taco Johns, so they pulled in there along with a car driven by Robin Clark, with Alica Turner and Robin Turner in it. Crowell said she did not know that a car driving by Sylvester Morse with John John Morse, Ricky Turner Jr, and Bobby Carmack arrived with them.

All Crowell would say was that words were exchanged between the crowd and the two girls in the car (Roach & Rendleman). Crowell then stated she did not notice what Carmack or the Morse's were doing.

Crowell also said that they did not block Roach's car in that they pulled into parking stalls.

Crowell also stated that she never said anything to Roach or Rendleman at the Citgo Store late in the evening.

I let Crowell fill out a statement as to her version of the incident.

P70-0133

# VOLUNTARY STATEMENT

CASE NUMBER AP98-174

I, Mary J. Crowell AM NOT UNDER ARREST, NOR AM I BEING
FIRST MIDDLE LAST
DETAINED FOR ANY CRIMINAL OFFENSES CONCERNING THE EVENTS I AM ABOUT TO MAKE KNOWN TO THE ANNA POLICE DEPARTMENT. WITHOUT BEING ACCUSED OF OR QUESTIONED ABOUT ANY CRIMINAL OFFENSES REGARDING THE FACTS I AM ABOUT TO STATE, I VOLUNTEER THE FOLLOWING INFORMATION ON MY OWN FREE WILL, FOR WHATEVER PURPOSES IT MAY SERVE.

| STREET ADDRESS | CITY | STATE |
|---|---|---|
| 506 East Vienna St. | Anna | Il. |
| TELEPHONE | DATE OF BIRTH | SOCIAL SECURITY |
| (618) 833-7227 | 6/11/80 | |

Monday night, me, Arica, Cara were all ~~F~~ in Cara's car. Robin C., Robin T., & Alissia were in Robin C. car. We were driving around town when we passed Michelle A. & Jessica R. We saw them, flip us off so we turned around. We were driving toward McDonald's & we saw them in Taco John's drive thru. We pulled into Hindman's & turned around. We meaning us in Cara's car & the people in Robin's car pulled into Taco John's. Cara pulled the car up & we got out. Robin pulled her car up & got out. Arica & I walked up to the passenger side of the car where Jessica was at. Me & Arica asked her what her deal was & if she had a problem. Sylvester came through there in his car w/ Bobby & Rick. They also got out. While me, Arica & Cara were standing on the passenger side of the car there was words being exchanged with everybody. Michelle rolled up her window & pulled away. Later on we all went back to Arica's. I was standing outside when I looked up at Citgo

I HAVE READ EACH PAGE OF THIS STATEMENT CONSISTING OF ______ PAGES, EACH OF WHICH BEARS MY SIGNATURE. I CERTIFY THAT THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT.

Mary Jane Crowell
SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT

3/29/98
DATE

______
WITNESS

______
DATE

Appellate Case: 15-3160 Page: 35 Date Filed: 02/29/2016 Entry ID: 4372487

# VOLUNTARY STATEMENT

CASE NUMBER__________

I, ________________________________ AM NOT UNDER ARREST, NOR AM I BEING
FIRST MIDDLE LAST DETAINED FOR ANY CRIMINAL OFFENSES CONCERNING THE EVENTS I AM ABOUT TO MAKE KNOWN TO THE ANNA POLICE DEPARTMENT. WITHOUT BEING ACCUSED OF OR QUESTIONED ABOUT ANY CRIMINAL OFFENSES REGARDING THE FACTS I AM ABOUT TO STATE, I VOLUNTEER THE FOLLOWING INFORMATION ON MY OWN FREE WILL, FOR WHATEVER PURPOSES IT MAY SERVE.

| STREET ADDRESS | CITY | STATE |
|---|---|---|
| TELEPHONE | DATE OF BIRTH | SOCIAL SECURITY |

and saw a bunch of cops. Someone hollered that Jon Jon was up there getting arrested so I walked up there to see what was going on. I got up there + saw that Amy Clark was inside Citgo so I went in to say hi. Jessica L. was on the phone. I was looking at her and we were just staring at each other. She said "What?" I then said "What, what are you looking?" I called her a bitch and a slut. The guy in the store told us to leave so I was walking outside. I was getting ready to walk loch to Arivei's when Jessica went & told Michelle something. Michelle got out of her car & walked by me + said something smart. I just ignored her + walked on.

I HAVE READ EACH PAGE OF THIS STATEMENT CONSISTING OF ______ PAGES, EACH OF WHICH BEARS MY SIGNATURE. I CERTIFY THAT THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT.

______________________________ ______________
SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT DATE

______________________________ ______________
WITNESS DATE

NON-TRAFFIC COMPLAINT AND NOTICE TO APPEAR

ANNA POLICE DEPT.

CASE NO. AP98-174

DEPARTMENT № 06734

STATE OF ILLINOIS
COUNTY OF UNION
CITY OF ANNA

IN THE CIRCUIT COURT OF THE
1 JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

The undersigned says that:

ON 03-23, 19 98, AT 2100 M.

NAME CROWELL (LAST) MARY (FIRST) JANE (MIDDLE)

ADDRESS 506 E. VIENNA ST. (STREET) ANNA (CITY) IL. (STATE)

PHONE NO. ______ BIRTHDAY 06-11-80

DID IN ANNA ILLINOIS

IN UNION COUNTY, STATE OF ILLINOIS, UNLAWFULLY COMMIT THE FOLLOWING OFFENSES: MOB ACTION;

(DESCRIBE) A PARTICIPANT IN A MOB ACTION IN VIOLATION OF ILCS 720/5 -25-1(a)(2) KNOWINGLY ASSEMBLED TO COMMIT AN UNLAWFUL ACT AGAINST MICHELLE ROACH IN A PUBLIC PLACE

IN VIOLATION OF SECTION 25-1(a)(2) CHAPTER 720/5

OF THE ILLINOIS COMPILED STATUTES. LOCAL ORDINANCE ______ OF SAID MUNICIPALITY.

THE UNDERSIGNED, ON OATH, SAYS THAT THE FACTS SET FORTH IN THE FOREGOING ARE TRUE IN SUBSTANCE AND IN FACT.

DATED 03-23, 19 98

Signed and sworn to before me

Michelle Roach
(Signature and identification of Officer or other Complainant)

______ 19 ______

______
Clerk

YOU ARE DIRECTED TO REPORT TO THE ABOVE NAMED COURT AT

UNION CO. CIRCUIT CLERK

JONESBORO ILLINOIS 62952 ON __/__/__ AT ______ AM/PM

NOTICE: THE COURT WILL ISSUE A WARRANT FOR THE ARREST OF ANY DEFENDANT WHO HAS FAILED TO APPEAR TO ANSWER AN ARREST TICKET DULY SERVED UPON HIM AND UPON WHICH A COMPLAINT HAS BEEN FILED.

---

P70-0135

ANNA POLICE DEPT.

CASE NO. AP98-174

DEPARTMENT № 06735

STATE OF ILLINOIS
COUNTY OF UNION
CITY OF ANNA

IN THE CIRCUIT COURT OF THE
1 JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

The undersigned says that:

ON 03-23, 19 98, AT 2100 M.

NAME CROWELL (LAST) MARY (FIRST) JANE (MIDDLE)

ADDRESS 506 E. VIENNA ST. (STREET) ANNA (CITY) IL. (STATE)

PHONE NO. ______ BIRTHDAY 06-11-80

DID IN ANNA ILLINOIS

IN UNION COUNTY, STATE OF ILLINOIS, UNLAWFULLY COMMIT THE FOLLOWING OFFENSES: ASSAULT (AGGRAVATED)

(DESCRIBE) DEFENDANT KNOWINGLY USED THE THREAT OF BODILY HARM TO MICHELLE ROACH FOR CONTACTING THE ANNA POLICE DEPT. ABOUT AN UNLAWFUL AT(MOB ACTION) IN A PUBLIC PLACE

IN VIOLATION OF SECTION ______ CHAPTER ______

OF THE ILLINOIS COMPILED STATUTES. LOCAL ORDINANCE ______ OF SAID MUNICIPALITY.

THE UNDERSIGNED, ON OATH, SAYS THAT THE FACTS SET FORTH IN THE FOREGOING ARE TRUE IN SUBSTANCE AND IN FACT.

DATED 03-23, 19 98

Signed and sworn to before me

Michelle Roach
(Signature and identification of Officer or other Complainant)

______ 19 ______

______
Clerk

YOU ARE DIRECTED TO REPORT TO THE ABOVE NAMED COURT AT

UNION CO. CIRCUIT CLERK

JONESBORO ILLINOIS 62952 ON __/__/__ AT ______ AM/PM

NOTICE: THE COURT WILL ISSUE A WARRANT FOR THE ARREST OF ANY DEFENDANT WHO HAS FAILED TO APPEAR TO ANSWER AN ARREST TICKET DULY SERVED UPON HIM AND UPON WHICH A COMPLAINT HAS BEEN FILED.

LAW ENFORCEMENT SYSTEMS, INC. P.O. BOX 1653 CORSICANA, TX 75151 (800) 527-6427 FORM NO. IL-4 961445-AN

COMPLAINT-COURT RECORD COPY

# NON-TRAFFIC COMPLAINT AND NOTICE TO APPEAR

ANNA POLICE DEPT.

DEPARTMENT № 06740

CASE NO. AP98-174

STATE OF ILLINOIS
COUNTY OF UNION
CITY OF ANNA

IN THE CIRCUIT COURT OF THE
1 JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

The undersigned says that:

ON 03-23, 19 98, AT 2/00 .M.

NAME TURNER ALICA
(LAST) (FIRST) (MIDDLE)

ADDRESS 25 WILLIAMS ST. T/C ANNA IL.
(STREET) (CITY) (STATE)

PHONE NO. ______ BIRTHDAY ______

DID IN ANNA ILLINOIS

IN UNION COUNTY, STATE OF ILLINOIS, UNLAWFULLY COMMIT THE FOLLOWING OFFENSES: MOB ACTION

(DESCRIBE) A PARTICIPANT IN A MOB ACTION IN VIOLATION OF ILCS 720/5-25-1(A)(2) KNOWINGLY ASSEMBLED TO COMMIT AN UNLAWFUL ACT AGAINST MICHELLE ROACH IN A PUBLIC PLACE

IN VIOLATION OF SECTION 25-1(a)(2) CHAPTER 720/5

OF THE ILLINOIS COMPILED STATUTES. LOCAL ORDINANCE ______ OF SAID MUNICIPALITY.

THE UNDERSIGNED, ON OATH, SAYS THAT THE FACTS SET FORTH IN THE FOREGOING ARE TRUE IN SUBSTANCE AND IN FACT.

DATED 03-23, 19 98

Signed and sworn to before me

Michelle Roach
(Signature and identification of Officer or other Complainant)

______, 19 ______

______
Clerk

YOU ARE DIRECTED TO REPORT TO THE ABOVE NAMED COURT AT

UNION CO. CIRCUIT CLERK

JONESBORO ILLINOIS 62952 ON / / AT ______ AM/PM

NOTICE: THE COURT WILL ISSUE A WARRANT FOR THE ARREST OF ANY DEFENDANT WHO HAS FAILED TO APPEAR TO ANSWER AN ARREST TICKET DULY SERVED UPON HIM AND UPON WHICH A COMPLAINT HAS BEEN FILED.

LAW ENFORCEMENT SYSTEMS, INC., P.O. BOX 1835, CORSICANA, TX 75151 (800) 527-4447 FORM NO. IL-4 961445-AM

ANNA POLICE DEPT.
DEPARTMENT
CASE NO. AP98-174
№ 06738

STATE OF ILLINOIS
COUNTY OF UNION
CITY OF ANNA

IN THE CIRCUIT COURT OF THE
1 JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

The undersigned says that:

ON 03-23, 19 98, AT 2:00 .M.

NAME CARMACK (LAST) ERICA (FIRST) M (MIDDLE)

ADDRESS WILLIAMS ST. T/C (STREET) ANNA (CITY) IL. (STATE)

PHONE NO. ______ BIRTHDAY 07-25-82

DID IN ANNA ILLINOIS

IN UNION COUNTY, STATE OF ILLINOIS, UNLAWFULLY COMMIT THE FOLLOWING OFFENSES: MOB ACTION

(DESCRIBE) A PARTICIPANT IN A MOB ACTION IN VIOLATION OF ILCS 720/5 25-1(a)(2) KNOWINGLY ASSEMBLED TO COMMIT AN UNLAWFUL ACT AGAINST MICHELLE ROACH IN A PUBLIC PLACE

IN VIOLATION OF SECTION 25-1(a)(2) CHAPTER 720/5

OF THE ILLINOIS COMPILED STATUTES, LOCAL ORDINANCE ______ OF SAID MUNICIPALITY.

THE UNDERSIGNED, ON OATH, SAYS THAT THE FACTS SET FORTH IN THE FOREGOING ARE TRUE IN SUBSTANCE AND IN FACT.

DATED 03-23, 19 98

Signed and sworn to before me

Michelle Roach
(Signature and Identification of Officer or other Complainant)

______ 19 ______

______
Clerk

YOU ARE DIRECTED TO REPORT TO THE ABOVE NAMED COURT AT

UNION CO. CIRCUIT CLERK

JONESBORO ILLINOIS 62952 ON __/__/__ AT ______ AM/PM

NOTICE: THE COURT WILL ISSUE A WARRANT FOR THE ARREST OF ANY DEFENDANT WHO HAS FAILED TO APPEAR TO ANSWER AN ARREST TICKET DULY SERVED UPON HIM AND UPON WHICH A COMPLAINT HAS BEEN FILED.

LAW ENFORCEMENT SYSTEMS, INC., P.O. BOX 1835 · CORSICANA, TX 75151 (800) 527-6447 . FORM NO. IL-4 981448-AN

ANNA POLICE DEPT.
DEPARTMENT
CASE NO. AP98-174
№ 06736

STATE OF ILLINOIS
COUNTY OF UNION
CITY OF ANNA

IN THE CIRCUIT COURT OF THE
1 JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

The undersigned says that:

ON 03-23, 19 98, AT 2:00 .M.

NAME ALTHOFF (LAST) CARA (FIRST) A (MIDDLE)

ADDRESS PO B 812 (STREET) JONESBORO (CITY) IL. (STATE)

PHONE NO. ______ BIRTHDAY 02-13-82

DID IN ANNA ILLINOIS

IN UNION COUNTY, STATE OF ILLINOIS, UNLAWFULLY COMMIT THE FOLLOWING OFFENSES: MOB ACTION

(DESCRIBE) A PARTICIPANT IN A MOB ACTION IN VIOLATION OF ILCS 720/5 25-1(a)(2) KNOWINGLY ASSEMBLED TO COMMIT AN UNLAWFUL ACT AGAINST MICHELLE ROACH IN A PUBLIC PLACE

IN VIOLATION OF SECTION 12-1(a)(2) CHAPTER 720/5

OF THE ILLINOIS COMPILED STATUTES, LOCAL ORDINANCE ______ OF SAID MUNICIPALITY.

THE UNDERSIGNED, ON OATH, SAYS THAT THE FACTS SET FORTH IN THE FOREGOING ARE TRUE IN SUBSTANCE AND IN FACT.

DATED 03-23, 19 98

Signed and sworn to before me

Michelle Roach
(Signature and Identification of Officer or other Complainant)

______ 19 ______

______
Clerk

YOU ARE DIRECTED TO REPORT TO THE ABOVE NAMED COURT AT

UNION CO. CIRCUIT CLERK

JONESBORO ILLINOIS 62952 ON __/__/__ AT ______ AM/PM

NOTICE: THE COURT WILL ISSUE A WARRANT FOR THE ARREST OF ANY DEFENDANT WHO HAS FAILED TO APPEAR TO ANSWER AN ARREST TICKET DULY SERVED UPON HIM AND UPON WHICH A COMPLAINT HAS BEEN FILED.

LAW ENFORCEMENT SYSTEMS, INC., P.O. BOX 1835 · CORSICANA, TX 75151 (800) 527-6447 FORM NO. IL-4 981448-AN

P70-0138

\ POLICE DEPT.

D. AP98-174

DEPARTMENT Nº 06733

)F ILLINOIS
ITY OF UNION
OF ANNA

IN THE CIRCUIT COURT OF THE
1 JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

ersigned says that:

03-23, 1998, AT 2100 . M.

CLARK ROBIN M
(LAST) (FIRST) (MIDDLE)

S 409 OAK ST. COBDEN IL.
(STREET) (CITY) (STATE)

NO. BIRTHDAY 08-12-79

ANNA ILLINOIS

UNION COUNTY, STATE OF ILLINOIS, UNLAWFULLY COMMIT THE

ING OFFENSES: MOB ACTION

BE) A PARTICIPANT IN A MOB ACTION
VIOLATION OF ILCS 720/5 25-1(a)(2)
INGLY ASSEMBLED TO COMMIT AN UNLAWFUL
AGAINST MICHELLE ROACH IN A PUBLIC PLACE

TION OF SECTION 25-1(a)(2) CHAPTER 720/5

LLINOIS COMPILED STATUTES. LOCAL ORDINANCE
OF SAID MUNICIPALITY.

ERSIGNED, ON OATH, SAYS THAT THE FACTS SET FORTH IN THE FOREGOING
: IN SUBSTANCE AND IN FACT.

03-23, 1998

sworn to before me

Michelle Roach
(Signature and identification of Officer or other Complainant)

19

Clerk

RE DIRECTED TO REPORT TO THE ABOVE NAMED COURT AT
JNION CO. CIRCUIT CLERK
IESBORO ILLINOIS 62952 ON / / AT AM/PM

THE COURT WILL ISSUE A WARRANT FOR THE ARREST OF ANY
NT WHO HAS FAILED TO APPEAR TO ANSWER AN ARREST TICKET
RVED UPON HIM AND UPON WHICH A COMPLAINT HAS BEEN FILED.

EMENT SYSTEMS, INC., P.O. BOX 1835 · CORSICANA, TX 75151 (800) ...

ANNA POLICE DEPT.

CASE NO. AP98-174

DEPARTMENT Nº 06732

STATE OF ILLINOIS
COUNTY OF UNION
CITY OF ANNA

IN THE CIRCUIT COURT OF THE
1 JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

The undersigned says that:

ON 03-23, 1998, AT 2100 . M.

NAME MORSE JOHN JOHN LEON
(LAST) (FIRST) (MIDDLE)

ADDRESS 85 BERRYVILLE RD. JONESBORO IL.
(STREET) (CITY) (STATE)

PHONE NO. BIRTHDAY 09-22-82

DID IN ANNA ILLINOIS

IN UNION COUNTY, STATE OF ILLINOIS, UNLAWFULLY COMMIT THE

FOLLOWING OFFENSES: MOB ACTION:

(DESCRIBE) A PARTICIPANT IN A MOB ACTION
IN VIOLATION OF ILCS 720/5 25-1(a)(2)
KNOWINGLY ASSEMBLED TO COMMIT AN UNLAWFUL
ACT AGAINST MICHELLE ROACH IN A PUBLIC PLACE

IN VIOLATION OF SECTION 25-1(a)(2) CHAPTER 720/5

OF THE ILLINOIS COMPILED STATUTES. LOCAL ORDINANCE
OF SAID MUNICIPALITY.

THE UNDERSIGNED, ON OATH, SAYS THAT THE FACTS SET FORTH IN THE FOREGOING
ARE TRUE IN SUBSTANCE AND IN FACT.

DATED 03-23, 1998

Signed and sworn to before me

Michelle Roach
(Signature and identification of Officer or other Complainant)

19

Clerk

YOU ARE DIRECTED TO REPORT TO THE ABOVE NAMED COURT AT
UNION CO. CIRCUIT CLERK
JONESBORO ILLINOIS 62952 ON / / AT AM/PM

NOTICE: THE COURT WILL ISSUE A WARRANT FOR THE ARREST OF ANY
DEFENDANT WHO HAS FAILED TO APPEAR TO ANSWER AN ARREST TICKET
DULY SERVED UPON HIM AND UPON WHICH A COMPLAINT HAS BEEN FILED.

LAW ENFORCEMENT SYSTEMS, INC., P.O. BOX 1835 · CORSICANA, TX 75151 (800) 527-6447 FORM NO. IL-1 981443-AN

P70-0139

ANNA POLICE DEPT.

CASE NO. AP98-174

DEPARTMENT № 06742

STATE OF ILLINOIS
COUNTY OF UNION
CITY OF ANNA

IN THE CIRCUIT COURT OF THE
I JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

The undersigned says that:

ON 03-23, 19 98, AT 2100 M.

NAME MORSE (LAST) SYLVESTER (FIRST) L (MIDDLE)

ADDRESS 208 J ST. (STREET) JONESBORO (CITY) IL. (STATE)

PHONE NO. ______ BIRTHDAY 04-06-79

DID IN ANNA ILLINOIS

IN UNION COUNTY, STATE OF ILLINOIS, UNLAWFULLY COMMIT THE FOLLOWING OFFENSES: MOB ACTION:

(DESCRIBE) A PARTICIPANT IN A MOB ACTION IN VIOLATION OF ILCS 720/5 25-1(a)(2) KNOWINGLY ASSEMBLED TO COMMIT AN UNLAWFUL ACT AGAINST MICHELLE ROACH IN A PUBLIC PLACE

IN VIOLATION OF SECTION 25-1(a)(2) CHAPTER 720/5

OF THE ILLINOIS COMPILED STATUTES. LOCAL ORDINANCE ______ OF SAID MUNICIPALITY.

THE UNDERSIGNED, ON OATH, SAYS THAT THE FACTS SET FORTH IN THE FOREGOING ARE TRUE IN SUBSTANCE AND IN FACT.

DATED 03-23, 19 98

Signed and sworn to before me

Michelle Roach
(Signature and identification of Officer or other Complainant)

______ 19 ___

Clerk

YOU ARE DIRECTED TO REPORT TO THE ABOVE NAMED COURT AT

UNION CO. CIRCUIT CLERK

JONESBORO ILLINOIS 62952 ON __/__/__ AT ______ AM/PM

NOTICE: THE COURT WILL ISSUE A WARRANT FOR THE ARREST OF ANY DEFENDANT WHO HAS FAILED TO APPEAR TO ANSWER AN ARREST TICKET DULY SERVED UPON HIM AND UPON WHICH A COMPLAINT HAS BEEN FILED.

LAW ENFORCEMENT SYSTEMS, INC., P.O. BOX 1835 • CORSICANA, TX 75151 (800) 527-6447 FORM NO. IL-4 961445-AN

---

ANNA POLICE DEPT.

CASE NO. AP98-174

DEPARTMENT № 06737

STATE OF ILLINOIS
COUNTY OF UNION
CITY OF ANNA

IN THE CIRCUIT COURT OF THE
I JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

The undersigned says that:

ON 03-23, 19 98, AT 2100 M.

NAME CARMACK (LAST) BOBBY (FIRST) A (MIDDLE)

ADDRESS WILLIAMS ST. T/C (STREET) ANNA (CITY) IL. (STATE)

PHONE NO. ______ BIRTHDAY 01-17-79

DID IN ANNA ILLINOIS

IN UNION COUNTY, STATE OF ILLINOIS, UNLAWFULLY COMMIT THE FOLLOWING OFFENSES: MOB ACTION:

(DESCRIBE) A PARTICIPANT IN A MOB ACTION IN VIOLATION OF ILCS 720/5 25-1(a)(2) KNOWINGLY ASSEMBLED TO COMMIT AN UNLAWFUL ACT AGAINST MICHELLE ROACH IN A PUBLIC PLACE

IN VIOLATION OF SECTION 25-1(a)(2) CHAPTER 720/5

OF THE ILLINOIS COMPILED STATUTES. LOCAL ORDINANCE ______ OF SAID MUNICIPALITY.

THE UNDERSIGNED, ON OATH, SAYS THAT THE FACTS SET FORTH IN THE FOREGOING ARE TRUE IN SUBSTANCE AND IN FACT.

DATED 03-23, 19 98

Signed and sworn to before me

Michelle Roach
(Signature and identification of Officer or other Complainant)

______ 19 ___

Clerk

YOU ARE DIRECTED TO REPORT TO THE ABOVE NAMED COURT AT

UNION CO. CIRCUIT CLERK

JONESBORO ILLINOIS 62952 ON __/__/__ AT ______ AM/PM

NOTICE: THE COURT WILL ISSUE A WARRANT FOR THE ARREST OF ANY DEFENDANT WHO HAS FAILED TO APPEAR TO ANSWER AN ARREST TICKET DULY SERVED UPON HIM AND UPON WHICH A COMPLAINT HAS BEEN FILED.

LAW ENFORCEMENT SYSTEMS, INC., P.O. BOX 1835 • CORSICANA, TX 75151 (800) 527-6447 FORM NO. IL-4 961445-AN

P70-0140

ANNA POLICE DEPT.

DEPARTMENT № 06739

CASE NO. AP98-174

STATE OF ILLINOIS
COUNTY OF UNION
CITY OF ANNA

IN THE CIRCUIT COURT OF THE
I JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

The undersigned says that:

ON 03-23, 19 98, AT 2100 .M.

NAME TURNER JR. (LAST) RICKY (FIRST) D (MIDDLE)

ADDRESS 25 WILLIAMS ST. (STREET) A/C ANNA (CITY) IL. (STATE)

PHONE NO. ______ BIRTHDAY 08-05-81

DID IN ANNA ILLINOIS

IN UNION COUNTY, STATE OF ILLINOIS, UNLAWFULLY COMMIT THE FOLLOWING OFFENSES: MOB ACTION

(DESCRIBE) A PARTICIPANT IN A MOB ACTION IN VIOLATION OF ILCS 720/5-25-1(a)(2) KNOWINGLY ASSEMBLED TO COMMIT AN UNLAWFUL ACT AGAINST MICHELLE ROACH IN A PUBLIC PLACE

IN VIOLATION OF SECTION 25-1(a)(2) CHAPTER 720/5

OF THE ILLINOIS COMPILED STATUTES. LOCAL ORDINANCE ______ OF SAID MUNICIPALITY.

THE UNDERSIGNED, ON OATH, SAYS THAT THE FACTS SET FORTH IN THE FOREGOING ARE TRUE IN SUBSTANCE AND IN FACT.

DATED 03-23, 19 98

Signed and sworn to before me

Michelle Roach
(Signature and identification of Officer or other Complainant)

______ 19 ______

______
Clerk

YOU ARE DIRECTED TO REPORT TO THE ABOVE NAMED COURT AT
UNION CO. CIRCUIT CLERK
JONESBORO ILLINOIS 62952 ON __/__/__ AT ______ AM/PM

NOTICE: THE COURT WILL ISSUE A WARRANT FOR THE ARREST OF ANY DEFENDANT WHO HAS FAILED TO APPEAR TO ANSWER AN ARREST TICKET DULY SERVED UPON HIM AND UPON WHICH A COMPLAINT HAS BEEN FILED.

LAW ENFORCEMENT SYSTEMS, INC., P.O. BOX 1835 • CORSICANA, TX 75151 (800) 527-6447 FORM NO. IL-4 961445-AN

---

ANNA POLICE DEPT.

DEPARTMENT № 06741

CASE NO. AP98-174

STATE OF ILLINOIS
COUNTY OF UNION
CITY OF ANNA

IN THE CIRCUIT COURT OF THE
I JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

The undersigned says that:

ON 03-23, 19 98, AT 2100 .M.

NAME TURNER (LAST) ROBIN (FIRST) (MIDDLE)

ADDRESS ______ (STREET) (CITY) (STATE)

PHONE NO. ______ BIRTHDAY ______

DID IN ANNA ILLINOIS

IN UNION COUNTY, STATE OF ILLINOIS, UNLAWFULLY COMMIT THE FOLLOWING OFFENSES: MOB ACTION;

(DESCRIBE) A PARTICIPANT IN A MOB ACTION IN VIOLATION OF ILCS 720/5 25-1(a)(2) KNOWINGLY ASSEMBLED TO COMMIT AN UNLAWFUL ACT AGAINST MICHELLE ROACH IN A PUBLIC PLACE

IN VIOLATION OF SECTION 25-1(a)(2) CHAPTER 720/5

OF THE ILLINOIS COMPILED STATUTES. LOCAL ORDINANCE ______ OF SAID MUNICIPALITY.

THE UNDERSIGNED, ON OATH, SAYS THAT THE FACTS SET FORTH IN THE FOREGOING ARE TRUE IN SUBSTANCE AND IN FACT.

DATED 03-23, 19 98

Signed and sworn to before me

Michelle Roach
(Signature and identification of Officer or other Complainant)

______ 19 ______

______
Clerk

YOU ARE DIRECTED TO REPORT TO THE ABOVE NAMED COURT AT
UNION CO. CIRCUIT CLERK
JONESBORO ILLINOIS 62952 ON __/__/__ AT ______ AM/PM

NOTICE: THE COURT WILL ISSUE A WARRANT FOR THE ARREST OF ANY DEFENDANT WHO HAS FAILED TO APPEAR TO ANSWER AN ARREST TICKET DULY SERVED UPON HIM AND UPON WHICH A COMPLAINT HAS BEEN FILED.

LAW ENFORCEMENT SYSTEMS, INC., P.O. BOX 1835 • CORSICANA, TX 75151 (800) 527-6447 FORM NO. IL-4 961445-AN

FILED
SEP 10 1998
Lorraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

State of Illinois
In the Circuit Court of the First Judicial Circuit
Union County

People of the State of Illinois )
)
vs. ) No. 98-CF-56
) Count II
Sylvester Morse, )
Defendant )

# PLEA OF GUILTY

I, the undersigned defendant, hereby voluntarily, knowingly and understandingly enter a plea of guilty to: Mob Action (Class C)
as charged in the above styled cause. I understand that by pleading guilty, I am giving up my right to trial, including my right to a jury trial. I am also giving up my right to confront witnesses and to subpoena witnesses on my behalf. I understand the nature of the offense and the possible penalties. I understand that if I plead guilty, the Court may sentence me up to the maximum penalty provided for this offense without hearing witnesses or having a trial. No threats have been made to get me to plead guilty.

[X] **Negotiated Plea** This plea is entered pursuant to an agreement between the prosecutor and the defendant under Illinois Supreme Court Rule 402(d) which contemplates a specified sentence will be imposed and /or that other charges before the Court will be dismissed. The parties request the Court's affirmance of the agreement. I understand that if the Court does not concur in the agreement or withdraws concurrence, I may withdraw this plea of guilty. If the Court does not concur, I may persist in my plea of guilty and the disposition may be different than that contemplated by the plea agreement and that the Court may impose any sentence up to the maximum provided for the offense. Other than the plea agreement, no other promises have been made to me to cause me to enter this plea.

[ ] **Open Plea** No promises have been made to me concerning a specific sentence or reduction and/or dismissal of charges. I understand the Court may sentence me up to the maximum penalty provided by law.

Dated this 10 day of Sept, 1998.

Sylvester L Morse
Defendant

I hereby certify as an officer of the Court that I have fully explained and answered any questions of my client concerning the foregoing Plea of Guilty including its terms and ramifications.

[signature]
Attorney for Defendant

Appellate Case: 15-3160 Page: 43 Date Filed: 02/29/2016 Entry ID: 4372487

P70-0142

IN THE CIR IT COURT OF THE FIRST JU AL CIRCUIT
Union County, Illinois

FILED
SEP 10 1998
Lorraine Mitchell
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
vs ) No. 98-CF-56
Sylvester Morse, ) Count I — Straight Conviction

( ) ORDER OF SUPERVISION ( ) SENTENCE OF PROBATION ( ) CONDITIONAL DISCHARGE

On this day this Defendant has been found guilty / pled guilty to the charge(s) of Mob Action (Class C) and is HEREBY SENTENCED TO A TERM OF ( ) Court Supervision ( ) Probation ( ) Conditional Discharge for a period of ______ months beginning this date, with conditions thereof as follows:

## *MANDATORY CONDITIONS*

1. Not violate any criminal statute or ordinance of any jurisdiction.
2. Immediately report in person to the probation department, and report thereafter as directed by the Probation Officer.
3. Conform to all reasonable rules and regulations of the probation department.
4. Notify the Circuit Clerk and the Probation Office of any change in address and/or phone number within 24 hours of such change.
5. Not possess a firearm or other dangerous weapon.
6. Not leave the state without the consent of the court, or, in emergency situations, without the prior approval of the Probation Officer.

## *FINANCIAL CONDITIONS*
(Check all that apply)

X 7. **Pay the following:**
(a) Fine in amount of $ 100, plus costs and surcharges of $ as set by the Circuit Clerk
___ (b) A probation/supervision service fee of $ ______ per month.
___ (c) Pay restitution in the amount of $ ______ distributed per attachment.
___ (d) Pay an offense classification assessment in the amount of $ ______
___ (e) Pay a Public Defender Fee of $ ______
___ (f) Other: ______

8. All amounts ordered are to be paid in full on or before July 10, 1999. If they are not paid by that time, Defendant shall return to court on ______ at ______ a.m./p.m. to show cause why. **IF DEFENDANT DOES NOT PAY OR APPEAR, A WARRANT OF ARREST WILL BE ISSUED. DEFENDANT IS ENTITLED TO NO FURTHER NOTICE OF THIS DATE.**

## *OTHER CONDITIONS*
(Check all that apply)

___ 9. Complete ______ hours of public service work to be arranged through the probation office on or before ______.

___ 10. Serve a period of incarceration as follows:
___ (a) ______ days in the County Jail commencing ______ at ______ a.m./p.m.
___ (b) Periodic Imprisonment in the County Jail
**I.** ______ consecutive weekends, commencing at ______ am/pm on ______ to ______ a.m./p.m. on ______, and a like term thereafter until the sentence is served.
**II.** A sentence of Work Release allowing Defendant's release from custody between the hours of ______ a.m./p.m. and ______ a.m./p.m. on the following days of the week: ______

___ (c) A sentence of Home Confinement Electronic monitoring with the following conditions: ______

**DEFENDANT UNDERSTANDS THAT HIS WORK RELEASE IS CONDITIONED ON THE AGREEMENT WITH THE PROBATION OFFICE REGARDING WORK RELEASE OR HOME CONFINEMENT, AND A VIOLATION OF THAT AGREEMENT SHALL BE GROUNDS FOR REVOCATION OF PROBATION OR SUPERVISION.**

___ 11. Complete an Alcohol/Substance Abuse Evaluation approved by the Probation Officer within ______ days.
___ 12. Begin any approved Substance Abuse Treatment Program within 30 days of this Judgement, and successfully complete same, as follows:
- ___ **Level I,** (Minimum Risk) to be completed in 90 days
- ___ **Level II,** (Moderate Risk) to be completed within 180 days
- ___ **Level III,** (Significant Risk) to be completed within 270 days
- ___ **Level IV,** (High Risk), to be completed within 270 days
- ___ **Level V,** (Residential Treatment), to be completed within 270 days

___ 13. Attend school ON TIME each day it is in session unless excused by a licensed physician and maintain satisfactory grades and conduct.
___ 14. Reside at ______ with ______ unless otherwise authorized by the Probation Officer.
___ 15. Have no contact, either directly or indirectly, in person, by phone or otherwise, with ______
___ 16. Consume no alcoholic beverages and enter no establishment that sells same as its principal business.
___ 17. Undergo breath and/or urine analysis for the presence of foreign substances at the request of the Probation Officer.
___ 18. All sex offenders register with the proper authority, as directed by the Probation Officer.
___ 19. Undergo medical testing pursuant to 730 ILCS 5/5-5-3(g)(h).
X 20. All other counts dismissed per plea
___ 21. ______

**ENTERED THIS** 10 **DAY OF** Sept. 19 98

[signature]
JUDGE

I hereby acknowledge receipt of a copy of this Order, and further certify that I have read the document and understand all the provisions and agree to abide by them.

Sylvester L Morse
DEFENDANT

White - Original Court File Canary - State's Attorney Pink - Probation Goldenrod - Defendant

CASE# 97 OP 17 98 OP 24

PLAINTIFF
DEFENDANT Morse

STATE OF ILLINOIS

COUNTY OF UNION )ss THIS INSTRUMENT IS A TRUE AND CORRECT COPY
OF Complete file 97 OP17

Complete file 98 OP 24

FILED IN THE OFFICE OF THE CIRCUIT CLERK OF UNION COUNTY, ILLINOIS

DATED THIS 20 DAY OF Oct A.D. 20 10

(seal) (CERTIFIED) Lorraine Moreland
CIRCUIT CLERK

RECEIVED
OCT 22 2010
Federal Public Defender
Capital Habeas Unit

# RECORD SHEET

Case No. 98-OP-24

Nature of Case PROTECTION ORDER

STARR MORSE,
Petitioner

vs

CHARLES MORSE,
Respondent.

Attorneys:
PRO-SE

Form AO 69-32 Byers Printing Company, Springfield, Illin

| DATE | | | JUDGE AND REPORTER | | COS. |
|---|---|---|---|---|---|
| 5 | 5 | 98 | | PETITION FOR ORDER OF PROTECTION FILED. | |
| 5 | 5 | 98 | [illegible] | Pet sw ct. ct finds allegations [illegible] signed [illegible] filed [illegible] | |
| 5 | 5 | 98 | | SUMMONS ISSUED AND GIVEN TO CHARLOTTE WITH D/V SERVICES. (HEARING 5/15/98 at 9:00 a.m.) | |
| 5 | 11 | 98 | | Summons Domestic Violence Returned Showing Service Filed. | |
| 5 | 15 | 98 | [illegible] | Case called - No one appears. Case dismissed [illegible] | |

IN THE CIRCUIT COURT FOR THE First 1st JUDICIAL CIRCUIT

Union COUNTY, ILLINOIS

Starr Morse,

Petitioner,

v.

Charles Morse,

Respondent.

Case No. 98-OP-24

☒ Independent Proceeding
☐ Other Civil Proceeding
☐ Criminal Proceeding
☐ Juvenile Proceeding

FILED
MAY - 5 1998
Lorraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

## PETITION FOR ORDER OF PROTECTION

Now comes the Petitioner Starr Morse on his/her own behalf or on behalf of ________________, a minor child, or on behalf of ________________, an adult who cannot file a petition because of age, health, disability or accessibility on his/her own behalf, pursuant to the Illinois Domestic Violence Act (IDVA), and moves this Honorable Court to issue an Order of Protection in this cause and in support thereof states as follows:

### ALLEGATIONS

THIS COURT HAS JURISDICTION OF THE SUBJECT MATTER AND OVER ALL NECESSARY PERSONS, BECAUSE:

☒ Petitioner resides at (street address, city) 157 Hillside Terrace, Anna in the County of Union, State of Illinois; OR

☐ Petitioner resides at (street address, city) ________________ in the County of ________________, State of ________________, and the person on whose behalf this Petition is brought, resides at (street address, city) ________________ in the County of ________________, State of ________________; OR

☐ Petitioner's address is omitted pursuant to statute as disclosure of Petitioner's address would risk further abuse to her/him or to another Protected Person, or such disclosure would reveal the confidential location of a shelter for domestic violence victims. Alternative address for notice of any motion is ________________

☒ Respondent resides at (street address, city) Anna, in the County of Union, State of Illinois.

☒ Venue in civil proceedings is appropriate because:

- ☒ Petitioner resides in the County of Union, State of Illinois; OR
- ☒ Respondent resides in the County of Union, State of Illinois; OR
- ☒ The alleged abuse occurred in the County of Union, State of Illinois; OR
- ☐ The Petitioner is temporarily located in the County of ________________, State of Illinois, to avoid further abuse, and could not obtain safe, accessible, and adequate temporary housing in the county of his/her residence.



Appellate Case: 15-3160 Page: 47 Date Filed: 02/29/2016 Entry ID: 4372487

D. Respondent stands in relationship to the Petitioner or alleged abused person as:

- ☒ Spouse;
- ☐ Former spouse;
- ☐ Parent;
- ☐ Child;
- ☐ Having or allegedly having a child in common;
- ☐ Stepchild;
- ☐ Sharing or formerly sharing a common dwelling;
- ☐ Having or having had a dating or engagement relationship;
- ☐ Other person related by blood or marriage;
- ☐ Sharing or allegedly sharing a blood relationship through a child;
- ☐ Person who has responsibility for a high risk adult disabilities;
- ☐ Personal assistant to person with disability.

E. ☐ There is no other pending court action involving the parties. OR

☐ There is another pending court action involving the parties in the County of ______________, State of ______________, known as Case No. ______________.

F. ☒ Respondent has acted in the following manner towards the Petitioner:
[State details of incident(s) of abuse (including time and place), as well as effects of incident(s) on Petitioner.]
Incident(s): On April 30,98 Charlie called my house repeatedly. He threaten to disable my car. He kick in the front door, & he said that I have'nt seen anything yet, he said that thing would get worse. Then later on that day Charlie did disable my car. And he continued to call daily & he harasses me on the phone. Charlie comes & sit on my front porch & he repeatedly knocks on the windows. Charlie refuses to have his mailing address changed & he waits for the mail, then he goes through my mail.

Effects(s): I am upset when he is around. I want him to stay away from me & to leave me alone. I am emotionally abuse by him and I want him to stop harassing me.

G. ☐ Petitioner should be granted exclusive possession of the residence, the special venue rules of sec. 209(b) of IDVA (applicable only in civil proceedings) having been met, because:

☐ Petitioner has a right to occupancy and Respondent has no right to occupancy. OR

☐ Both parties have a right to occupancy; and, considering the risk of further abuse by Respondent interfering with the Petitioner's safe and peaceful occupancy, the balance of hardships favors the Petitioner because of the following relevant factors:

☐ Availability, accessibility, cost, safety, adequacy, location, and other characteristics of alternative housing for each party and any minors or other dependents; and/or

☐ Effect on each party's employment; and/or

☐ Effect on the relationship of each party and any minors or dependent adults in the care of each party, to family, school, church and community.

H. ☒ The following individuals are persons who need to be protected from abuse by Respondent: Starr Morse (Wife).

I. ☒ Respondent should be ordered to stay away from Petitioner and the Protected Persons.

☐ Respondent should be prohibited from entering or remaining present at Petitioner's school, place of employment, or (specify) ______________________ because:

☐ Respondent has no right to enter/remain present at such place(s); OR

☐ The balance of hardships favors the Petitioner in prohibiting the Respondent from entering or remaining at such place(s).

J. ☐ The likelihood of future abuse would be minimized by appropriate counseling.

K. ☐ As referred to herein, "the minor child(ren)" are the child(ren) that the parties have or allegedly have in common, namely: ______________________

☐ The Court has jurisdiction over the minor child(ren) because:

☐ 1. This state

☐ a. Is the home state (as defined in the Illinois Uniform Child Custody Jurisdiction Act) of the child(ren) at the time of the commencement of this proceeding, or

☐ b. had been the child(ren)'s home state within 6 months before commencement of the proceeding and the child is absent from this State because of his removal or retention by a person claiming his custody or for other reasons, and a parent or person acting as a parent continues to live in this state;

OR

☐ 2. It is in the best interest of the child that a court of this State assume jurisdiction because the child and his parents, or the child and at least one contestant, have a significant connection with this State, and there is available in this State substantial evidence concerning the child's present or future care, protection, training and personal relationships;

OR

☐ 3. The child is physically present in this State and

☐ a. the child has been abandoned, or

☐ b. it is necessary in an emergency to protect the child because he has been subjected to or threatened with mistreatment or abuse or is otherwise neglected or dependent;

OR

☐ 4. It appears that no other state would have jurisdiction under prerequisites substantially in accordance with paragraphs 1, 2, or 3, or another state has declined to exercise jurisdiction on the grounds that this State is the more appropriate forum to determine the custody of the child, and it is in the best interest of the child that this Court assume jurisdiction.

L. ☐ No "father and child relationship" (pursuant to the Illinois Parentage Act of 1984) has been established with the following child(ren): ______________________.

M. ☐ The primary caretaker of the minor child(ren) is or has been ______________________.

N. ⌂ Petitioner should be granted physical care of the minor child(ren) or granted ...er appropriate relief because there exists a danger that the minor child(ren) will be:

- ⌂ Abused or neglected; and/or
- ⌂ Separated in an unwarranted manner from the child(ren)'s primary caretaker; and/or
- ⌂ Unprotected as to his/her/their well-being.

O. ⌂ Petitioner should be granted temporary legal custody of the minor child(ren).

P. ⌂ The Respondent's visitation with the minor child(ren) should be restricted or denied because the Respondent has or is likely to:

- ⌂ abuse or endanger the minor child(ren) during visitation; and/or
- ⌂ use visitation as an opportunity to abuse or harass Petitioner or Petitioner's family or household members; and/or
- ⌂ improperly conceal or detain the minor child(ren); and or
- ⌂ otherwise act in a manner that is not in the best interest of the minor child(ren).

Q. ⌂ It is necessary to prohibit Respondent from coming to Petitioner's residence to meet the minor child(ren) for visitation to protect any member of Petitioner's family or household from future abuse.

R. ⌂ There exists a danger that the minor child(ren) will be removed from this jurisdiction or concealed within the State.

S. ⌂ Respondent has knowledge of the whereabouts of or access to the minor child(ren).

T. ⌂ Petitioner should be granted exclusive possession of the following items of personal property:

________________________________________

________________________________________

because:

- ⌂ Petitioner, but not Respondent, owns such property;

  **OR**
- ⌂ Sharing the property creates a further risk of abuse or is impractical; the balance of hardships favors temporary possession by Petitioner; and
  - ⌂ Petitioner and Respondent own the property jointly, or
  - ⌂ The property is alleged to be marital property and a proceeding has been filed under the IMDMA.

U. ⌂ An order should be granted protecting the following items of personal property:

________________________________________

________________________________________

because:

- ⌂ Petitioner, but not Respondent, owns such property;

  **OR**
- ⌂ The balance of hardships favors Petitioner, and
  - ⌂ Petitioner and Respondent own the property jointly, or
  - ⌂ The property is alleged to be marital property and a proceeding has been filed under the IMDMA.

V. ⌂ Respondent has a legal obligation to support ⌂ Petitioner and/or ⌂ the minor child(ren), and Respondent is able to provide such support.

W. ☐ As a direct result of the above de-  ed abuse, Petitioner has suffered certain  ses, incurred certain expenses, and/or has been provided tempora_, shelter/counseling services, as follows:

______________________________________________

______________________________________________

X. ☐ There is a threat to the safety and well-being of Petitioner's family or household when Respondent enters or remains on the premises while under the influence of alcohol or drugs.

Y. ☐ Respondent should be denied access to school or other records of the minor child(ren) because:

- ☐ Respondent is or will be prohibited from having contact with the minor child(ren); or
- ☐ Petitioner's address is omitted pursuant to statute; or
- ☐ It is necessary to prevent abuse or wrongful removal or concealment of the minor child(ren).

Z. ☐ Allegations for other injunctive relief:

______________________________________________

______________________________________________

______________________________________________

## Additional Allegations for Emergency Orders Only

☐ (i) For requested remedies 1, 3, 5, 7, 8, 9, 11, 14, 15, and 17, the harm which that remedy is intended to prevent would be likely to occur if Respondent were given any prior notice, or greater notice than was actually given of Petitioner's efforts to obtain judicial relief.

☐ (ii) For requested remedy 2, the immediate danger of further abuse of Petitioner by Respondent if Petitioner chose or had chosen to remain in the household while Respondent was given any prior notice or greater notice than was actually given, outweighs the hardship to Respondent of an emergency order granting Petitioner exclusive possession of the residence or household.

☐ (iii) For requested remedy 10, improper disposition of the personal property would be likely to occur if Respondent were given any prior notice or greater notice than was actually given of Petitioner's effort to obtain judicial relief, or that Petitioner has an immediate and pressing need for possession of that property.

## REMEDIES REQUESTED

PETITIONER REQUESTS THAT THE COURT FIND THAT THE FOLLOWING ARE PROTECTED PERSONS:
Starr Morse (Wife).

______________________________________________

WHEREFORE, PETITIONER REQUESTS THE ENTRY OF AN ORDER OF PROTECTION SETTING FORTH THE FOLLOWING REMEDIES:

☒ 1. With respect to Petitioner and other Protected Persons, Respondent be prohibited from committing the following:
☒ Physical abuse; ☒ Harassment; ☒ Interference with personal liberty; ☒ Intimidation of a dependent; ☒ Willful deprivation; ☒ Neglect; ☒ Exploitation; ☒ Stalking.

☒ 2. Petitioner be granted exclusive possession of the residence and Respondent be prohibited from entering or remaining at such premises: 157 Hillside Terrace Anna, IL. 62906



Appellate Case: 15-3160 Page: 51 Date Filed: 02/29/2016 Entry ID: 4372487

☒ 3. ☒ a. Respondent be ordered to stay away from Petitioner and other Pr...ted Persons; and/or
☒ b. Respondent be prohibited from entering or remaining at 157 Hillside Terrace Anna, Il. 62906 while any Protected Person is present; and/or
☐ c. Respondent be allowed access to the residence to remove items of clothing, personal adornments, medications used exclusively by the Respondent and other items, as follows: ______________________________

☐ 4. Respondent be ordered to undergo counseling for a period of time to be determined by this court. *(Not available in Emergency Order.)*

☐ 5. ☐ a. Petitioner be granted physical care and possession of the minor child(ren;) and/or
☐ b. Respondent be ordered to:
☐ Return the minor child(ren) ______________________ to the physical care of ______________________; and/or
☐ Not remove the minor child(ren) ______________________ from the physical care of Petitioner or ______________________.

☐ 6. Petitioner be granted temporary legal custody of the minor child(ren) ______________________. *(Not available in Emergency Order.)*

☐ 7. ☐ a. Respondent be awarded visitation rights on the following dates and times or under the following conditions or parameters: ______________________

☐ b. Respondent's visitation be restricted as follows: ______________________

☐ c. Respondent's visitation be denied.

☐ d. Respondent be prohibited from meeting the minor child(ren) for visitation at Petitioner's residence and may meet the child(ren) at ______________________.

☐ 8. Respondent be prohibited from removing the minor child(ren) from Illinois or concealing them within Illinois.

☐ 9. Respondent be ordered to appear in this Court with/without the child(ren) on a date certain.

☐ 10. Petitioner be granted exclusive temporary possession of the following personal property and the Respondent be ordered to make available to Petitioner the following property which is in Respondent's possession or control: ______________________

☐ 11. Respondent be ordered not to take, transfer, encumber, conceal, damage or otherwise dispose of any of the following real or personal property: ______________________

☐ 12. Respondent be ordered to pay temporary support for ☐ Petitioner and/or ☐ the minor child(ren) of the parties as follows: $________ per ________, starting ______________ payable through the Clerk of the Circuit Court. *[Not available in Emergency Order.]*

☐ 13. Respondent be ordered to pay $__________ respecting losses and expenses within the scope of sec. 214(b)(13) of the IDVA to ______________ on or before __________. *[Not available in Emergency Order.]*

14. Respondent be prohibited from er[illegible]ng or remaining at the household or resi[illegible]e located at 157 Hillside Terrace Anna, Il. 62906 while under th[illegible] influence of alcohol or drugs and so constituting a threat to the safety and well-being of any Protected Person.

15. Respondent be denied access to school or any other records of the minor child(ren) and prohibited from inspecting, obtaining, or attempting to inspect or obtain such records.

16. Respondent be ordered to pay $ ________ to the following shelter ________________ on or before ________________. *[Not available in Emergency Order.]*

17. Respondent be further enjoined as follows:
No contact whatsoever with petitioner. He shall stop all forms of abuse to petitioner immediately. Respondent shall stop all verbal threats & harassment to petitioner immediately. He shall not make any phone calls to petitioner's residence. He shall stay away from petitioner at All times.

________________________
Signature of Attorney or State's Attorney

Starr Morse
Signature of Petitioner

UNDER PENALTIES AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED, BEING FIRST DULY SWORN ON OATH, STATES THAT SHE/HE HAS READ THE FOREGOING PETITION FOR ORDER OF PROTECTION BY HER/HIS SUBSCRIBED AND THAT THE FACTS STATED THEREIN ARE TRUE TO THE BEST OF HER/HIS KNOWLEDGE AND BELIEF.

Starr Morse
Signature of Petitioner

Subscribed and Sworn to before me this 5th day of May, 1998.

Napeeta Jackson
Notary Public

OFFICIAL SEAL
NAPEETA JACKSON
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jan. 28, 2002

Attorney (or Pro Se Petitioner) Name: Starr Morse
Address: 157 Hillside Terrace
City: Anna, Il. 62906
Phone: ________________
Service by Facsimile ☐ will be accepted ☐ will not be accepted.
Facsimile Number must be included if service by facsimile is accepted. ________________

IN THE CIRCUIT COURT FOR THE First 1st JUDICIAL CIRCUIT
Union COUNTY, ILLINOIS

| | | |
|---|---|---|
| Starr Morse, Petitioner, | ) | Case No. 98-OP-24 |
| vs. | ) | ☒ Independent Proceeding |
| Charles Morse, | ) | ☐ Other Civil Proceeding |
| | ) | ☐ Criminal Proceedings |
| Respondent. | ) | ☐ Juvenile Proceeding |
| | | LEADS NO. |

FILED
MAY - 5 1998
Lorraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

| PETITIONER | ADDRESS | CITY |
|---|---|---|
| Starr Morse | 157 Hill Side Terrace<br>☐ Check if omitted pursuant to Statute | Anna |
| **RESPONDENT** | **ADDRESS** | **CITY** |
| Charles Morse | | Anna |

| Birthdate | Sex | Race | Height | Weight | Hair | Eyes | Social Security Number |
|---|---|---|---|---|---|---|---|
| 3/17/40 | M | Cauc. | 5'3" | 170lb. | Gray | Blue | |

## EMERGENCY ORDER OF PROTECTION

ANY KNOWING VIOLATION OF ANY ORDER OF PROTECTION FORBIDDING PHYSICAL ABUSE, NEGLECT, EXPLOITATION, HARASSMENT, INTIMIDATION, INTERFERENCE WITH PERSONAL LIBERTY, WILLFUL DEPRIVATION, OR ENTERING OR REMAINING PRESENT AT SPECIFIED PLACES WHEN THE PROTECTED PERSON IS PRESENT OR GRANTING EXCLUSIVE POSSESSION OF THE RESIDENCE OR HOUSEHOLD, PROHIBITING ENTERING OR REMAINING AT THE HOUSEHOLD WHILE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS AND SO CONSTITUTING A THREAT TO THE SAFETY AND WELL-BEING OF ANY PROTECTED PERSON, OR GRANTING A STAY AWAY ORDER, IS A CLASS A MISDEMEANOR. GRANT OF EXCLUSIVE POSSESSION OF THE RESIDENCE OR HOUSEHOLD SHALL CONSTITUTE NOTICE FORBIDDING TRESPASS TO LAND. ANY KNOWING VIOLATION OF ANY ORDER AWARDING LEGAL CUSTODY OR PHYSICAL CARE OF A CHILD OR PROHIBITING REMOVAL OR CONCEALMENT OF A CHILD MAY BE A CLASS 4 FELONY. ANY WILLFUL VIOLATION OF ANY ORDER IS CONTEMPT OF COURT. ANY VIOLATION MAY RESULT IN FINE OR IMPRISONMENT. STALKING IS A FELONY. See definition of prohibited conduct on page 4.

The following persons are protected by this Order: Starr Morse (Wife). Jennifer,Jasmine,Alicia, Jovan Rodriguez, Elijah, Samantha Wisenbaugh, Joshua Baker.

"The minor children" referred to herein are: ______

Date, time and place for further hearing:
Date May 15 1998 Time 9:00 AM Union County Courthouse, Jonesboro, Illinois.

| This Order was issued on: | This Order will be in effect until: |
|---|---|
| Date: 5-5-98 Time: 10:10 AM | Date 5-15-98 Time 9:00 AM |

Appellate Case: 15-3160 Page: 54 Date Filed: 02/29/2016 Entry ID: 4372487

The Court finds that it has jurisd`  `n over the subject matter and the parties  t the Petitioner has proven the material allegations of the Petition for Or... of Protection by substantial, competent and relevant evidence, and that an Order of Protection should be entered.

IT IS HEREBY ORDERED THAT:

☒ 1. With respect to all Protected Persons, Respondent is prohibited from committing the following:

☒ Physical abuse; ☒ Harassment; ☒ Interference with personal liberty; ☒ Intimidation of a dependent; ☒ Willful deprivation; ☒ Neglect; ☒ Exploitation; ☒ Stalking.

☒ 2. Petitioner is granted exclusive possession of the residence and Respondent shall not enter or remain in the househol or premises located at: 157 Hill Side Terrace, Anna, Il. 62906

☒ 3. ☒ a. Respondent is ordered to stay away from Petitioner and other Protected Persons; and/or
☒ b. Respondent is prohibited from entering or remaining at 157 Hillside Terrace Anna,Il. while any Protected Person is present, and/or Petitioner.

☐ 5. ☐ a. Petitioner is granted physical care and possession of the minor child(ren); and/or
☐ b. Respondent is ordered to:

☐ Return the minor child(ren) ____________________
to the physical care of ____________________; and/or
☐ Not remove the minor child(ren) ____________________
from the physical care of Petitioner or ____________________.

☐ 7. ☐ a. Respondent is awarded visitation rights on the following dates and times or under the following conditions o parameters: *[No order shall merely refer to the term "reasonable visitation."]*

____________________

____________________

____________________

____________________.

☐ b. Respondent's visitation is restricted as follows:

____________________

____________________

____________________

____________________.

☐ c. Respondent's visitation is reserved/denied.
☐ d. Respondent is prohibited from meeting the minor child(ren) for visitation at Petitioner's residence and shall meet the minor child(ren) at ____________________.

Petitioner may deny Respondent access to the minor child(ren) if, when Respondent arrives for visitation, Respondent is under the influence of drugs or alcohol and constitutes a threat to the safety and well-being of Petitioner or Petitioner's minor child(ren) or is behaving in a violent or abusive manner.

☐ 8. Respondent is prohibited from removing the minor child(ren) from Illinois or concealing them within Illinois.

☐ 9. Respondent is ordered to appear at ____________ County Courthouse, ____________, Illinois on ____________ at ________.m, with/without the minor child(ren).



Appellate Case: 15-3160 Page: 55 Date Filed: 02/29/2016 Entry ID: 4372487

⌂ 10. Petitioner is granted exclu possession of the following personal prop and the Respondent is ordered to promptly make available to . etitioner the following property that is in Respondent's possession or control: ______

⌂ 11. ⌂ a. Respondent is prohibited from taking, transferring, encumbering, concealing, damaging or otherwise disposing of the following real or personal property: ______

⌂ b. Respondent is prohibited from improperly using the financial or other resources of an aged member of the family or household for the profit or advantage of Respondent or any other person.

⌂ 14. Respondent is prohibited from entering or remaining at the household or residence located at 157 Hillside Terrace Anna, Il. 62906 while under the influence of alcohol or drugs and so constituting a threat to the safety and well-being of any Protected Person.

⌂ 15. Respondent is denied access to school and/or any other records of the minor child(ren) and is prohibited from inspecting, obtaining, or attempting to inspect or obtain such records.

⌂ 17. Respondent is further ordered and/or enjoined as follows: No contact whatsoever with petitioner. He shall stop all forms of abuse to petitioner immediately. Respondent shall stop all verbal threats & harassment to petitioner. He shall NOT make any phone calls to petitione residence.

⌂ 18. The relief requested in paragraph(s)______ of the Petition is ___Denied ___Reserved, because: ______

Date: 5-5-98

Judge: [signature]



Appellate Case: 15-3160 Page: 56 Date Filed: 02/29/2016 Entry ID: 4372487

CASE# 1994-CM-274 1994-CM-317 - 98-CF 188 - 98-CF-56 98-CF-6 95-CF-54

PLAINTIFF ______

DEFENDANT Morse

STATE OF ILLINOIS

COUNTY OF UNION )ss THIS INSTRUMENT IS A TRUE AND CORRECT COPY OF Docket Sheets · Information Affidavit Pleas Orders

FILED IN THE OFFICE OF THE CIRCUIT CLERK OF UNION COUNTY, ILLINOIS

DATED THIS 20 DAY OF Oct A.D. 20 10

(seal) (CERTIFIED) Lorraine Moreland
CIRCUIT CLERK

# ADDITIONAL RECORD SHEET

Case No. 98-CF-188 PEOPLE VS No. 2

Nature of Case CHESTER MORSE PATRICK J. COX, P.D.

Form AO 69-32A Byers Printing Company, Springfield, Illin

| DATE | JUDGE AND REPORTER | | COST |
|---|---|---|---|
| 1 28 99 | | Clerk mails notice of Preliminary Hearing set for February 4, 1999 at 900 Am | |
| 1 25 99 | | Subpoena Returned Showing Service Filed | |
| 2 4 99 | [illegible] | [illegible] case cont to Fri. 2-8-99 at 9:00 [illegible] | |
| 2 4 99 | | SUPPLEMENTAL PEOPLE'S DISCOVERY TO THE DEFENDANT WITH PROOF OF SERVICE FILED. | |
| 2 5 99 | [illegible] | Case called [illegible] Case to be set for arraignment [illegible] | |
| 2 9 99 | | Clerk mails notice of arraignment Hearing set for March 11, 1999 at 9:00 AM | |
| 3 11 99 | [illegible] | Case called. [illegible] moves to cont. State [illegible] objects [illegible] motion - Re-set in 14 days [illegible] | |
| 3 15 99 | | Clerk mails notice of arraignment Hearing set for March 25, 1999 at 900 Am | |
| 3 25 99 | [illegible] | Case called [illegible] DEPNG + RJT - Pre-trial 4-30-99 at 9:00 AM [illegible] | |

Appellate Case: 15-3160 Page: 58 Date Filed: 02/29/2016 Entry ID: 4372487

# ADDITIONAL RECORD SHEET

Case No. 98-CF 188 No. 3

Nature of Case Chester Morse Patrick J. Cox P.D.

Form AO 69-32A Byers Printing Company, Springfield, Illi

| DATE | JUDGE AND REPORTER | | COS |
|---|---|---|---|
| 3 29 99 | | Clerk mails notice of Pretrial<br>Hearing set for April 30, 1999 at 9:00 Am | |
| 4 30 99 | [illegible] | [illegible] 6-14-99 at 9:00 [illegible] | |
| 5 4 99 | | Clerk mails notice of Jury Trial<br>Hearing set for June 14, 1999 at 9:00 Am | |
| 6 14 99 | [illegible] | X Defendant is present with attorney<br>Defendant enters plea of guilty after being admonished per S.C. Rule 402. Plea is knowingly and voluntarily made. Factual basis exists. Sentence entered per signed Judgmental/Order. Defendant advised per S.C. Rule 605. to count III [illegible]<br>100 fine + ct costs.<br>80.00 restitution to Harold Smil [illegible]<br>10.00 per mo probation fee<br>18 mos. probation | |
| 6 14 99 | | Plea of Guilty Filed. | |
| 6 14 99 | | Signed Probation Order Filed. | |
| 7 7 99 | | Clerk mails notice of Status<br>Hearing set for June 16, 2000 9:00 Am | |
| 12 26 2000 | | Petition for Termination of Probation all as per Signed Order filed. | |

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

FILED
NOV - 5 1998
Lorraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| vs. | ) | NO. 98-CF-188 |
| | ) | Count I |
| CHESTER MORSE, Defendant. | ) | Class 1 FELONY |

# INFORMATION

The State's Attorney of said County charges:

That on or about September 12, 1998, in Union County, Illinois, **CHESTER MORSE** committed the offense of **RESIDENTIAL BURGLARY**, in that the said defendant knowingly and without authority, entered into the dwelling place of Harold Smith, located at 3470 St. Rt. #3, North, Wolf Lake, Union County, Illinois, with the intent to commit therein a theft, in violation of Chapter 720, Act 5, Section 19-3, of the Illinois Compiled Statutes.

Christopher K. Shell
(State's Attorney/~~Assistant~~)

---

STATE OF ILLINOIS )
) SS
COUNTY OF UNION )

The undersigned, on oath, says that the facts set forth in the foregoing information are true in substance and matter of fact.

Christopher K. Shell

Signed and sworn to before me this 30th day of October, 1998.

Billie Jo Henderson
Notary Public

OFFICIAL SEAL
BILLIE JO HENDERSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-12-99

**COUNT II** **CLASS 2 FELONY**

The State's Attorney of said County charges:

That on or about September 12, 1998, in Union County, Illinois, **CHESTER MORSE** committed the offense of **BURGLARY**, in that the said defendant without authority, knowingly entered a building of Harold Smith, located at 3470 St. Rt. 3, North, Wolf Lake, Illinois, Union County, Illinois, with the intent to commit therein a theft, in violation of Chapter 720, Act 5, Section 19-1(a), of the Illinois Compiled Statutes.

Christopher K. Miller
(State's Attorney/Assistant)

---

STATE OF ILLINOIS )
) SS
COUNTY OF UNION )

The undersigned, on oath, says that the facts set forth in the foregoing information are true in substance and matter of fact.

Christopher K. Miller

Signed and sworn to before me this 30th day of October, 1998.

Billie J. Henderson
Notary Public

OFFICIAL SEAL
BILLIE JO HENDERSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-12-99

FILED
NOV - 5 1998
Loraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

**COUNT III** **CLASS A MISDEMEANOR**

The State's Attorney of said County charges:

That on or about September 9, 1998, in Union County, Illinois, **CHESTER MORSE** committed the offense of **THEFT**, in that the said defendant knowingly exerted unauthorized control over property of Harold Smith, particularly $80.00 United State's currency, having a total value not in excess of $300.00, intending to deprive Harold Smith permanently of the use of the property, in violation of Chapter 720, Act 5, Section 16-1(a)(1)(A), of the Illinois Compiled Statutes.

Christopher K. Wells
(State's Attorney/Assistant)

---

STATE OF ILLINOIS )
) SS
COUNTY OF UNION )

The undersigned, on oath, says that the facts set forth in the foregoing information are true in substance and matter of fact.

Christopher K. Wells

Signed and sworn to before me this 30th day of October, 1998.

Billie Jo Henderson
Notary Public

OFFICIAL SEAL
BILLIE JO HENDERSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-12-99

FILED
NOV - 5 1998
Loraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY, ILLINOIS

COPY

# OFFENSE REPORT
## UNION COUNTY SHERIFF'S DEPARTMENT

**Complainant:** HAROLD SMITH **Case Number:** 19-318
**Address:** 3470 ST. RT. 3 NORTH, WOLF LAKE 833-3321
**Offense(s):** BURGLARY/THEFT
**Place of Offense(s):** RESIDENCE
**Report Received by:** U.C.S.D. **at** 6:48 P.M.
**Date Received:** 09-12-98 **How Reported:**
**Date and Time Offense(s) Committed:** 09-12-98 BETWEEN 7:30 A.M. AND 6:00 P.M.
**Officer Assigned:** TAYLOR
**Date and Time of Investigation:** 7:30 P.M. ON 09-12-98
**Suspects and/or Persons Arrested :** MILIS MORSE/ED ALLEN

---

**DETAILS OF OFFENSE**
State Fully All Other Circumstances of this Offense and Its Investigation

Complainant advised he left his residence on 09-12-98 at 7:30 a.m. and returned at 6:00 p.m. to discover that unknown subject(s) had entered his residence. Entry was gained through the kitchen window on the east side of the residence. At this time, the only thing he notices missing is a plastic Folgers coffee container which contained approximately $80.00 worth of change.

Report made by: DEPUTY KENNY TAYLOR Date: 09-12-98



Appellate Case: 15-3160 Page: 63 Date Filed: 02/29/2016 Entry ID: 4372487

VOLUNTARY STATEMENT
(Not under arrest)

Date 9-16-98 Time 3:45 PM

P70-0162

Name Harold W Smith
Date of Birth 1/1 51 P.O. Box # 8
Street Address Route 3
City, State T/
Tele. # at Home 833 3321
at Work none

Suspect's Name
DOB or age Sex Race
Address
Ht. Wt. Eyes Hair
Tat./scars/
Works at
Tele. #'s

Statement: On Sunday Sept, 13, 1998 a around 10:00 AM Jimmy gentry, Charles Morse and Chester Morse come to my House, And ~~he~~ Chester offered me my $80 Dollars, Back to me. Chester said he was sorry that he Broke In To my House. ~~He~~ Chester He said he drove Johnny Morse and Bobby Carmack To my on Saturday to my residence ~~he~~ Chester said he dropped Bobby and Johnny. he left and come Later To pick them up after bobby and Johnny broke into my House and took $80. He said this all in front of Charles and Jimmy.

HS HS HS HS

I know that I am not under arrest. I voluntarily and freely furnished this statement which is true and correct to the best of my knowledge.

Signature Harold W Smith Date 9-16-98 Time 4:05 PM

Witness: [signature] UCL

Page No.

COPY

# *SUPPLEMENTAL OFFENSE REPORT*
## *UNION COUNTY SHERIFF'S DEPARTMENT*

**Complainant:** HAROLD SMITH **Case Number:** 19-318
**Date of Sup. Report:** 09-16-98

---

**SUPPLEMENTAL DETAILS OF OFFENSE**
State Fully All Other Circumstances of this Offense and Its Investigation

On Wednesday, September 16, 1998, at approximately 3:24 p.m., R.O. conducted an interview with Complainant, Harold Smith, regarding a burglary that occurred at his residence on Saturday, September 12, 1998.

Complainant states that on Saturday evening, September 12, 1998, he spoke with Milas Morse at Hardee's restaurant in Anna, Illinois. Milas told Complainant that Chester Morse, Johnny Morse and Bobby Carmack had broke into his (Complainant's) house and stole approximately eighty dollars. Mr. Morse told Complainant that Chester Morse had told him that he had dropped Bobby Carmack and his brother, Johnny Morse off at Complainant's residence in Wolf Lake, Illinois. Chester told Milas that he waited in his truck while Bobby and Johnny went inside Complainant's residence and stole some money.

Complainant states that on Sunday, (September 13, 1998) morning around 10:00 a.m., James Gentry, Charles Morse and Chester Morse came by his house. While they were there, Chester apologized to Complainant for breaking into his home. Charles Morse tried to pay Harold eighty dollars that his brother, Fred Morse, had given Charles to give to Harold. It should be noted that Fred Morse is Chester Morse's father. Harold refused to take the money and told Chester that he had already reported the incident to the police. During the conversation, Chester told Harold that he, his younger brother, Johnny and Bobby Carmack were responsible for taking approximately eighty dollars from his (Harold's) residence.

Complainant stated when he refused to accept the money that Charles tried to give him, Chester begged him to drop the matter with the police. Chester offered to do anything for Complainant as long as he would drop the matter with the police.

R.O. obtained a written statement from Complainant regarding the aforementioned incident, see statement for additional information.

Report made by: INVESTIGATOR SCOTT HARVEL



Appellate Case: 15-3160 Page: 65 Date Filed: 02/29/2016 Entry ID: 4372487

COPY

# *SUPPLEMENTAL OFFENSE REPORT*
***UNION COUNTY SHERIFF'S DEPARTMENT***

**Complainant:** HAROLD SMITH **Case Number:** 19-318
**Date of Sup. Report:** 09-21-98

---

**SUPPLEMENTAL DETAILS OF OFFENSE**
State Fully All Other Circumstances of this Offense and Its Investigation

On September 21, 1998, at approximately 1:40 p.m., R.O. conducted an interview with Ellis C. Smith, m/w, d.o.b. 09-23-52, regarding case number 19-318. It should be noted that Ellis Smith is Harold Smith's brother.

Mr. Smith stated that Annie Turner, who is Bobby Carmack's grandmother called Ellis Smith's residence on five or six different occasions looking for Harold Smith. On one occasion Ms. Turner spoke to Ellis' wife, Ruby, who could hear Reesie Carmack talking in the background. Ressie Carmack is Bobby Carmack's mother. Ruby heard Ressie say that Bobby had his share of money to repay Harold. Mr. Smith states that he is unsure exactly what day Annie Turner called his residence, but is certain that it was a few days after Harold was missing eighty dollars from his residence.

Mr. Smith also mentioned during the conversation that he had seen James Gentry, Charles Morse and Chester Morse at his brother, Harold's house on Sunday September 13, 1998.

Ellis states that when he found out that the aforementioned people were at Harold's residence, he (Ellis) drove to Harold's house, but stayed in his car. Ellis states that he drove to his brothers house to make sure there was no trouble over the money that had been stolen from him.

ELLIS C. SMITH
M/W 09-23-52
3700 STATE RT. 3 NORTH
WOLF LAKE, IL 62998
618-833-5509

S.H.

Report made by: INVESTIGATOR SCOTT HARVEL



Appellate Case: 15-3160 Page: 66 Date Filed: 02/29/2016 Entry ID: 4372487

COPY

# *SUPPLEMENTAL OFFENSE REPORT*

## *UNION COUNTY SHERIFF'S DEPARTMENT*

**Complainant:** HAROLD SMITH **Case Number:** 19-318
**Date of Sup. Report:** 09-21-98

---

**SUPPLEMENTAL DETAILS OF OFFENSE**
State Fully All Other Circumstances of this Offense and Its Investigation

On Monday, September 21, 1998, at approximately 3:20 p.m., R.O. conducted an interview with Robert Anthony Carmack, w/m, d.o.b. 01-17-79 regarding a burglary that occurred at Harold Smith's residence.

Bobby (Robert) stated approximately one week ago on either a Thursday or Friday around 8:30 p.m., Chester Mores picked him up in the Williams Street Trailer Court. Bobby states that Chester was driving a blue Ford truck and had his younger brother, Johnny Morse was with him. Chester drove to Wolf Lake and stopped at a residence near the Fast Stop gas station. Chester went inside the residence and he (Bobby) and Johnny stayed outside to talk with some girls.

At approximately 9:30 p.m., Chester drove them to his Uncle's house, Milas Morse, in Grand Tower, Illinois.

Chester then left Bobby and Johnny at Milas' house and did not return until approximately 2:00 a.m.. Bobby stated that when Chester returned to Milas' residence he was very intoxicated. Bobby claims that he has no idea where Chester had been or who he had been with. Bobby stated that Chester went to bed and Milas drove him (Bobby) and Johnny to Williams Street Trailer Court in Anna, Illinois. Bobby denies having any involvement in the burglary at Harold Smith's residence.

However, bobby stated that Chester has made statements to the effect that the "police do not have any witnesses or evidence to arrest him."

Chester had also made comments to Bobby that would lead him to believe that he (Chester) burglarized Harold Smith's residence.

Finally, Chester told Bobby that Harold Smith was wanting him to repay him eighty dollars because he (Chester) had stole it from his house (Harold's).

Report made by: INVESTIGATOR SCOTT HARVEL



Appellate Case: 15-3160 Page: 67 Date Filed: 02/29/2016 Entry ID: 4372487

COPY

# *SUPPLEMENTAL OFFENSE REPORT*
## *UNION COUNTY SHERIFF'S DEPARTMENT*

**Complainant:** HAROLD SMITH **Case Number:** 19-318
**Date of Sup. Report:** 09-22-98

---

**SUPPLEMENTAL DETAILS OF OFFENSE**
State Fully All Other Circumstances of this Offense and Its Investigation

On Tuesday, September 22,1998, at approximately 1:15 p.m., R.O. conducted a taped interview with Charles W. Morse, m/w, d.o.b. 03-17-40 regarding case number 19-318.

During the interview, Mr. Morse stated that approximately one week ago, he along with Chester Morse and James Gentry went to Harold Smith's residence located in Wolf Lake, Illinois. Mr. Morse stated that it was either a Saturday or Sunday during the morning hours that they stopped by Harold's residence.

Mr. Morse states that the purpose of the visit was to see if Harold had an axle for a car that James Gentry was trying to repair. Mr. Gentry was also wanting to look at a repair manual that Harold possessed.

Mr. Morse also admitted during the conversation that he took eighty dollars to give to Harold at his brother's (Fred Morse) request.

Initially, Mr. Morse stated that the eighty dollars was for some pipe that Harold was wanting to buy from Fred Morse. However, later in the interview, Mr. Morse made the statement that Chester Morse was on probation and the eighty dollars was payment for the money that he had stolen from his residence.

According to Mr. Morse, Chester admitted to stopping by Harold's residence, but stated that he did not go in because Harold was not home.

Mr. Morse states that he became aware that Harold was missing some money from his residence after he (Harold) had stopped by to talk with him on Saturday evening, September 12, 1998. Harold told Mr. Morse that he suspected Bobby Carmack, Chester Morse and Johnny Morse as the persons responsible for stealing eighty dollars from his residence. Mr. Morse told Charles that if the responsible party would pay back the money, he would not have them arrested. After having a conversation with Harold, Mr. Morse spoke to Fred Morse about the incident. Fred then asked Charles go give Harold Smith eighty dollars.

Finally Mr. Morse stated that Harold would not accept the eighty dollars so he gave it back to Fred.



Appellate Case: 15-3160 Page: 68 Date Filed: 02/29/2016 Entry ID: 4372487

COPY

R.O. recorded the aforementioned interview, for additional information listen to tape (micro-cassette).

CHARLES W. MORSE
M/W 03-17-40
400 NORTH MAIN ST. APT. 3
ANNA, IL 62906

Report made by: INVESTIGATOR SCOTT HARVEL



Appellate Case: 15-3160 Page: 69 Date Filed: 02/29/2016 Entry ID: 4372487

P70-0168

COPY

# SUPPLEMENTAL OFFENSE REPORT

## UNION COUNTY SHERIFF'S DEPARTMENT

**Complainant:** HAROLD SMITH **Case Number:** 19-318
**Date of Sup. Report:** 09-23-98

---

**SUPPLEMENTAL DETAILS OF OFFENSE**
State Fully All Other Circumstances of this Offense and Its Investigation

On Wednesday, September 23, 1998, R.O. spoke with Complainant, Harold Smith, to ascertain whether or not Fred Morse owed him any money for anything.

Furthermore, Mr. Smith stated that on a prior occasion, he had been the one that had talked to Fred about purchasing some pipe for his well. However, no agreement had been made to purchase the pipe.

Report made by: INVESTIGATOR SCOTT HARVEL



Appellate Case: 15-3160 Page: 70 Date Filed: 02/29/2016 Entry ID: 4372487

# *SUPPLEMENTAL OFFENSE REPORT*
*UNION COUNTY SHERIFF'S DEPARTMENT*

COPY

**Complainant:** HAROLD SMITH **Case Number:** 19-318
**Date of Sup. Report:** SEPTEMBER 30, 1998

---

**SUPPLEMENTAL DETAILS OF OFFENSE**
State Fully All Other Circumstances of this Offense and Its Investigation

On Tuesday, September 29, 1998, at approximately 1:00 p.m., R.O. conducted an interview with Milas R. Morse, m/w, d.o.b. 01-30-41 regarding his knowledge of a burglary that occurred at Harold Smith's residence reported on September 12, 1998.

Mr. Morse stated that on Friday, September 11, 1998, Chester Morse, Johnny Morse and Bobby Carmack came to his residence in Grand Tower, Illinois at approximately 10:30 p.m.. Chester walked through the front door of his residence looking for Mr. Morse's wife and then exited out the back door. Chester left the residence leaving Bobby and Johnny behind. At approximately 2:00 a.m., Chester returned to Mr. Morse's residence to get Bobby and Johnny.

The next day, Saturday, September 12, 1998, at approximately 3:30 p.m., Milas saw Chester in the vicinity of Bobby Carmack's residence in Williams Street Trailer Court.

Chester told Milas that on Friday evening Bobby Carmack and his brother Johnny Morse entered Harold Smith's residence and took some money. Chester told Milas that he waited in his truck while they went inside Harold's residence.

Chester wanted Milas to talk to Harold about the aforementioned incident. Chester informed Milas that he would pay Harold back for the money that was taken from his residence.

R.O. obtained a written statement from Milas Morse concerning the aforementioned incident, see statement for additional information.

Report made by: INVESTIGATOR SCOTT HARVEL



Appellate Case: 15-3160 Page: 71 Date Filed: 02/29/2016 Entry ID: 4372487

(Not under arrest) Date______ Time______ P70-0170

me Milas R Morse Sr

of Birth 1-30-41 P.O. Box # Box 326

reet Address 305 third st.

ty, State Grand tower Ill

le. # at Home 525-2333

at Work____

Suspect's Name____

DOB or age____ Sex____ Race____

COPY

Address____

Ht.____ Wt.____ Eyes____ Hair____

Tat./scars/____

Works at____

Tele. #'s____

atement: Friday the Sep. 11-98 at ~~[illegible]~~ Chester Morse, Johnny Morse and Bobby Carmack ~~w~~ Cam to my house at about 10:30 P.M. and Chester went out the back door and left Johnny & Bobby here and Can back at about ~~2~~1:30 or 2:00 A.M. and pick then up and went home then I went to anna at about 3:30 p.m. saturday and chester was telling ~~me~~ me about some money that ~~[illegible]~~ was taking from ~~Harry~~ Harold Smith house on a friday night, it was between Carmack and Rick Turner Torniler I told him he should go and talk to Harold Smith about it but he wanted me to ~~[illegible]~~ so I went and talk to Harold Smith about what Chester Morse ~~[illegible]~~ said that ~~[illegible]~~ he would pay the money back that ~~that~~ was taking from his house Chester Morse told me that Johnny Morse & Bobby Carmack took the money from Harold Smith house.

I know that I am not under arrest. I voluntarily and freely furnished this statement which is true and correct to the best of my knowledge.

Signature Milas R Morse Sr Date 9-29-98 Time 1:40 P.M

Witness: [signature]

Page No.____

P70-0171

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
Union County, Illinois

FILED
JUN 14 1999
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
vs.
Chester Moore , ) No. 98-CF-188
)

( ) ORDER OF SUPERVISION (X) SENTENCE OF PROBATION ( ) CONDITIONAL DISCHARGE

On this day this Defendant has been found guilty/pled guilty to the charge(s) of Theft < $300 and is HEREBY SENTENCED TO A TERM OF ( ) Court Supervision (X) Probation ( ) Conditional Discharge for a period of 18 months beginning this date, with conditions thereof as follows:

## *MANDATORY CONDITIONS*

1. Not violate any criminal statute or ordinance of any jurisdiction.
2. Immediately report in person to the probation department, and report thereafter as directed by the Probation Officer.
3. Conform to all reasonable rules and regulations of the probation department.
4. Notify the Circuit Clerk and the Probation Office of any change in address and/or phone number within 24 hours of such change.
5. Not possess a firearm or other dangerous weapon.
6. Not leave the state without the consent of the court, or, in emergency situations, without the prior approval of the Probation Officer.

## *FINANCIAL CONDITIONS*

**(Check all that apply)**

7. X **Pay the following:**
X (a) Fine in amount of $ 100, plus costs and surcharges of $ as set by Circuit Clerk
X (b) A probation/supervision service fee of $ 10 per month.
___ (c) Pay restitution in the amount of $ 80 to Harold Smith distributed per attachment.
___ (d) Pay an offense classification assessment in the amount of $ ______
___ (e) Pay a Public Defender Fee of $ ______
___ (f) Other: ______

8. All amounts ordered are to be paid in full on or before June 14, 2000. If they are not paid by that time, Defendant shall return to court on ______ at ______ a.m./p.m. to show cause why. **IF DEFENDANT DOES NOT PAY OR APPEAR, A WARRANT OF ARREST WILL BE ISSUED. DEFENDANT IS ENTITLED TO NO FURTHER NOTICE OF THIS DATE.**

## *OTHER CONDITIONS*

**(Check all that apply)**

___ 9. Complete ______ hours of public service work to be arranged through the probation office on or before ______.

___ 10. Serve a period of incarceration as follows:
___ (a) ______ days in the County Jail commencing ______ at ______ a.m./p.m.
___ (b) Periodic Imprisonment in the County Jail
**I.** ______ consecutive weekends, commencing at ______ a.m./p.m. on ______ to ______ a.m./p.m. on ______, and a like term thereafter until the sentence is served.
**II.** A sentence of Work Release allowing Defendant's release from custody between the hours of ______ a.m./p.m. and ______ a.m./p.m. on the following days of the week: ______

___ (c) A sentence of Home Confinement Electronic monitoring with the following conditions: ______

**DEFENDANT UNDERSTANDS THAT HIS WORK RELEASE IS CONDITIONED ON THE AGREEMENT WITH THE PROBATION OFFICE REGARDING WORK RELEASE OR HOME CONFINEMENT, AND A VIOLATION OF THAT AGREEMENT SHALL BE GROUNDS FOR REVOCATION OF PROBATION OR SUPERVISION.**

___ 11. Complete an Alcohol/Substance Abuse Evaluation approved by the Probation Officer within ______ days.
___ 12. Begin any approved Substance Abuse Treatment Program within 30 days of this Judgement, and successfully complete same, as follows:
___ **Level I,** (Minimum Risk) to be completed in 90 days
___ **Level II,** (Moderate Risk) to be completed within 180 days
___ **Level III,** (Significant Risk) to be completed within 270 days
___ **Level IV,** (High Risk), to be completed within 270 days
___ **Level V,** (Residential Treatment), to be completed within 270 days
___ 13. Attend school ON TIME each day it is in session unless excused by a licensed physician and maintain satisfactory grades and conduct.
___ 14. Reside at ______ with ______ unless otherwise authorized by the Probation Officer.
___ 15. Have no contact, either directly or indirectly, in person, by phone or otherwise, with ______
___ 16. Consume no alcoholic beverages and enter no establishment that sells same as its principal business.
___ 17. Undergo breath and/or urine analysis for the presence of foreign substances at the request of the Probation Officer.
___ 18. All sex offenders register with the proper authority, as directed by the Probation Officer.
___ 19. Undergo medical testing pursuant to 730 ILCS 5/5-5-3(g)(h).
X 20. Bond to be applied
X 21. Counts I & II dismissed per plea

**ENTERED THIS** 14th **DAY OF** June **19**99

[signature]
JUDGE

I hereby acknowledge receipt of a copy of this Order, and further certify that I have read the document and understand all the provisions and agree to abide by them.

[signature]
DEFENDANT

White - Original Court File Canary - State's Attorney Pink - Probation Goldenrod - Defendant

Appellate Case: 15-3160 Page: 73 Date Filed: 02/29/2016 Entry ID: 4372487

State of Illinois
In the Circuit Court of the First Judicial Circuit
Union County

FILED

JUN 14 1999

Lorraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY ILLINOIS

People of the State of Illinois )
)
vs. ) No. 98-CF-188
) Count III
Chester Morse )
Defendant

## PLEA OF GUILTY

I, the undersigned defendant, hereby voluntarily, knowingly and understandingly enter a plea of guilty to:

Theft (Under $300.00)

as charged in the above styled cause. I understand that by pleading guilty, I am giving up my right to trial, including my right to a jury trial. I am also giving up my right to confront witnesses and to subpoena witnesses on my behalf. I understand the nature of the offense and the possible penalties. I understand that if I plead guilty, the Court may sentence me up to the maximum penalty provided for this offense without hearing witnesses or having a trial. No threats have been made to get me to plead guilty.

[X] **Negotiated Plea** This plea is entered pursuant to an agreement between the prosecutor and the defendant under Illinois Supreme Court Rule 402(d) which contemplates a specified sentence will be imposed and /or that other charges before the Court will be dismissed. The parties request the Court's affirmance of the agreement. I understand that if the Court does not concur in the agreement or withdraws concurrence, I may withdraw this plea of guilty. If the Court does not concur, I may persist in my plea of guilty and the disposition may be different than that contemplated by the plea agreement and that the Court may impose any sentence up to the maximum provided for the offense. Other than the plea agreement, no other promises have been made to me to cause me to enter this plea.

[ ] **Open Plea** No promises have been made to me concerning a specific sentence or reduction and/or dismissal of charges. I understand the Court may sentence me up to the maximum penalty provided by law.

Dated this 14th day of June, 1999.

[signature]
Defendant

I hereby certify as an officer of the Court that I have fully explained and answered any questions of my client concerning the foregoing Plea of Guilty including its terms and ramifications.

[signature]
Attorney for Defendant

CIRCUIT COURT OF ILLINOIS
FIRST JUDICIAL CIRCUIT
UNION COUNTY

THE PEOPLE OF THE STATE OF ILLINOIS,
Plaintiff

-vs-

CHESTER MORSE,
Defendant

FILED
DEC 26 2000
Lorraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY ILLINOIS

NO. **1998-CF-188**

PETITION FOR TERMINATION OF PROBATION

Now comes the undersigned Probation Officer of the First Judicial Circuit of the State of Illinois and says that the above named defendant was heretofore placed on probation by the Court, and that the term of said probation status has expired, WHEREFORE the undersigned prays that an Order may be entered formally terminating said probationary status.

Dated: 12-19-00

Ted Lomick
Probation Officer

ORDER TERMINATING PROBATION

This cause coming on to be heard on the ~~foregoing~~ petition and the Court receiving no objection thereto, IT IS HEREBY ORDERED THAT said probationary status to be and the same is hereby terminated.

Dated: 12/26/00

Circuit Judge

FILED
DEC 26 2000
Lorraine Moreland
CLERK OF THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
UNION COUNTY ILLINOIS

**ILLINOIS STATE POLICE**
**BUREAU OF IDENTIFICATION**
**260 NORTH CHICAGO STREET**
**JOLIET, ILLINOIS 60432-4075**

JASMINE M TETER
FEDERAL PUBLIC DEFENDER
850 W. ADAMS STREET
SUITE 201
PHOENIX, AZ 85007

RECEIVED
NOV 01 2010
Federal Public Defender
Capital Habeas Unit

THIS CRIMINAL HISTORY RECORD IS BEING ISSUED BY THE ILLINOIS STATE POLICE, BUREAU OF IDENTIFICATION PURSUANT TO THE UCIA NAME BASED INQUIRY SUBMITTED BY YOUR AGENCY. THIS RESPONSE DOES NOT PRECLUDE THE EXISTENCE OF CONVICTION INFORMATION UNDER OTHER PERSONAL IDENTIFIERS. TO ENSURE THAT INFORMATION FURNISHED BY THE ILLINOIS STATE POLICE POSITIVELY PERTAINS TO THE SUBJECT IN QUESTION, A UCIA FINGERPRINT INQUIRY SHOULD BE SUBMITTED.

ONE COPY OF THIS RESPONSE HAS BEEN PROVIDED. REQUESTS MADE FOR LICENSING OR EMPLOYMENT PURPOSES REQUIRE THE REQUESTER TO PROVIDE THE APPLICANT WITH A COPY OF THIS RESPONSE. THE APPLICANT THEN HAS 7 DAYS TO NOTIFY THE ILLINOIS STATE POLICE OF ANY INACCURACIES. THE APPLICANT MAY INITIATE PROCEEDINGS TO CHALLENGE OR CORRECT SUCH ERRORS BY CONTACTING THE BUREAU OF IDENTIFICATION.

ANY PERSON WHO INTENTIONALLY AND KNOWINGLY REQUESTS, OBTAINS, OR SEEKS TO OBTAIN CONVICTION INFORMATION UNDER FALSE PRETENSES, DISSEMINATES INACCURATE OR INCOMPLETE CONVICTION INFORMATION OR VIOLATES ANY OTHER PROVISIONS OF ILLINOIS COMPILED STATUTES, CHAPTER 20, ACT 2635 ET SEQ. MAY BE GUILTY OF A CRIME PUNISHABLE BY UP TO ONE YEAR OF IMPRISONMENT AND/OR MAY INCUR CIVIL LIABILITIES.

THE SEARCH ROUTINE USED TO PROCESS YOUR SUBMISSION DID NOT INCLUDE AN INQUIRY INTO THE ILLINOIS STATE POLICE SEX OFFENDER REGISTRATION FILE. TO DETERMINE IF THE SUBJECT OF YOUR INQUIRY IS A REGISTERED SEX OFFENDER, PLEASE CHECK THE ILLINOIS STATE POLICE REGISTERED SEX OFFENDER INFORMATION WEB SITE AT "WWW.ISP.STATE.IL.US".

IF YOU HAVE ANY QUESTIONS REGARDING THIS MATTER, PLEASE CONTACT THE BUREAU OF IDENTIFICATION SWITCHBOARD OPERATOR AT (815) 740-5160.

**IDENTIFIERS**

**AGENCY:** FEDERAL PUBLIC DEFENDER

| | | |
|---|---|---|
| **REQUEST DATE:** | **INQUIRY TYPE:** UCIA | **RESULT:** HIT |
| **TCN:** FRM1130L63484668 | **DCN:** L63484668 | **SID:** 29208110 |
| **Name:** MORSE, MILAS R | | |
| **Sex Code:** M | **Race Code:** W | **DOB:** 03/09/1964 |

**STATE USE ONLY**

**WARNING:** Release of this information to unauthorized individuals or agencies or misuse is prohibited by Federal Law Title 42 USC 3789g pertaining to criminal history information.

IL 493-CINQ(06/98)


Appellate Case: 15-3160 Page: 76 Date Filed: 02/29/2016 Entry ID: 4372487

Appellate Case: 15-3160 Page: 77 Date Filed: 02/29/2016 Entry ID: 4372487

ILLINOIS STATE POLICE

Bureau Of Identification

260 North Chicago Street

Joliet, IL 60432-4075

| | | | |
|---|---|---|---|
| Criminal History of: (Last Known Name) | MORSE, MILAS | State Identification Number: | IL29208110 |

| | | | |
|---|---|---|---|
| Conviction Status: | FELONY CONVICTIONS | | |
| Custodial Status: | DISCHARGED | Custodial Status Date: | 05/31/2002 |

Juvenile Data:

| | | | | | |
|---|---|---|---|---|---|
| Informal Adjustment: | 0 | Formal Adjustment: | 0 | Probation Adjustment: | 0 |

| Alias Name(s) | Date of Birth |
|---|---|
| | 03/06/1964 |
| MORSE, MILAS | 03/09/1964 |
| MORSE, MILAS J | |
| MORSE, MILAS R | |
| MORSE, MILAS RAY | |
| MORSE, MILAS RAY JR | |
| MORSE, MILAS R JR | |
| MORSE, TOE-JOE | |
| MORSE, TOEJOE | |

SUBJECT IDENTIFICATION DATA

| | | | | | |
|---|---|---|---|---|---|
| Sex: | MALE | | | | |
| Race: | WHITE | | | | |
| Height: | 601 | Date Reported: | 12/31/2000 | FBI#: | 322300RB1 |
| Weight: | 150 | Date Reported: | 12/31/2000 | Chicago IR#: | |
| Eyes: | BROWN | | | | |
| Hair: | BLACK / BROWN | | | | |
| Skin: | FAIR / MEDIUM / RUDDY | | | | |

| Scars/Marks/Tattoos | Place of Birth | Drivers License Number | DL State |
|---|---|---|---|
| TAT L ARM | ILLINOIS | M62055664071 | IL |
| | KANSAS | M62055664071 | |
| | UNITED STATES OF AMERICA | | |

| Social Security Number | Miscellaneous Number | Palm Prints Available |
|---|---|---|
| 513682299 | | JACKSON COUNTY SHERIFF'S OFFICE |
| 513682996 | | MONEE POLICE DEPARTMENT |


Appellate Case: 15-3160 Page: 78 Date Filed: 02/29/2016 Entry ID: 4372487

| Photo Available | IDOC# | FOID# | INS# |
|---|---|---|---|
| JACKSON COUNTY SHERIFF'S OFFICE | 20002693 | | |
| MONEE POLICE DEPARTMENT | | | |
| UNION COUNTY SHERIFF'S OFFICE | | | |

| Occupation | Date Reported |
|---|---|
| GENERAL LABOR | 03/01/2009 |

| Employer | Date Reported |
|---|---|
| SELF EMPLOYED | 03/01/2009 |

CRIMINAL HISTORY DATA

Arrest

DCN: L23244293 Date of Arrest: 10/27/2002
Name: MORSE, MILAS RAY JR Date of Birth: 03/09/1964

Residence: 312 MAIN
GRAND TOWER, IL 62942

Arresting Agency: JACKSON COUNTY SHERIFF'S OFFICE NCIC: IL0390000
Agency Case Number: J20021027002 Officer Badge Number: Photo Available: Yes

Arrest Charges

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-30-A-1 | VIOLATE ORDER PROTECTION | O | Z |

Arrest Type: ON-VIEW ARREST Date of Offense: 10/27/2002

Court Charges/Disposition

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-30-A-1 | VIOLATE ORDER PROTECTION | O | A |

Disposition: GUILTY Disposition Date: 12/16/2002
Case Number: 02CM741
Agency Name: JACKSON COUNTY CIRCUIT COURT NCIC: IL039015J

| Status | Sentence | Fine Amount | Date |
|---|---|---|---|
| SENTENCED TO | FINE AND/OR COSTS | $190.00 | 12/16/2002 |

Custodial

DCN: L23353377 Date Received: 05/20/2002
Name: MORSE, MILAS RAY JR Date of Birth: 03/09/1964

Residence: 304 FRONT
GRAND TOWER, IL 62942

Subject Institution Number: 20002693 Photo Available: Yes
Confining Agency: JACKSON COUNTY SHERIFF'S OFFICE NCIC: IL0390000
Agency Received From: JACKSON COUNTY SHERIFF'S OFFICE NCIC: IL0390000


Appellate Case: 15-3160 Page: 79 Date Filed: 02/29/2016 Entry ID: 4372487

Custodial Charges

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-4-A | AGGR BATTERY/GREAT BODILY HARM | O | 3 |

Case Number: 01CF291 Disposition:

| Status | Sentence | Fine Amount | Date |
|---|---|---|---|
| SENTENCED TO | 30 DAY(S) IMPRISONMENT-JAIL | | 05/20/2002 |

| Custodial Status | Status Date | Agency Name |
|---|---|---|
| RECEIVED | 05/20/2002 | JACKSON COUNTY SHERIFF'S OFFICE |
| DISCHARGED | 05/31/2002 | JACKSON COUNTY SHERIFF'S OFFICE |

---

Arrest

DCN: L23269659 Date of Arrest: 06/10/2001
Name: MORSE, MILAS RAY Date of Birth: 03/09/1964

Alias Name(s) Alias Date of Birth
MORSE, TOE-JOE

Residence: 304 FRONT ST
GRAND TOWER, IL

Arresting Agency: JACKSON COUNTY SHERIFF'S OFFICE NCIC: IL0390000
Agency Case Number: J20010610006 Officer Badge Number: 105 Photo Available: Yes

Arrest Charges

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-4-B-6 | AGG BATT/POLICE/FIRE/DOC/DHS | O | 3 |

Arrest Type: ON-VIEW ARREST Date of Offense: 06/10/2001

Court Charges/Disposition

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-4-B-6 | AGG BATT/POLICE/FIRE/DOC/DHS | O | 3 |

Disposition: GUILTY Disposition Date: 05/15/2002
Case Number: 01CF00000291
Agency Name: JACKSON COUNTY CIRCUIT COURT NCIC: IL039015J

| Status | Sentence | Fine Amount | Date |
|---|---|---|---|
| SENTENCED TO | 18 MONTH(S) PROBATION | | 05/15/2002 |

---

Arrest

DCN: L23191400 Date of Arrest: 01/22/2001
Name: MORSE, MILAS R JR Date of Birth: 03/09/1964

Residence: 304 FRONT ST
GRAND TOWER, IL

Arresting Agency: UNION COUNTY SHERIFF'S OFFICE NCIC: IL0910000


Appellate Case: 15-3160 Page: 80 Date Filed: 02/29/2016 Entry ID: 4372487

Agency Case Number: 2001CM14 Officer Badge Number: UC4 Photo Available: Yes

Arrest Charges

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-2 | AGGRAVATED ASSAULT | O | Z |

Arrest Type: ON-VIEW ARREST Date of Offense: 01/22/2001

Court Case Number: 2001CM14

County Issuing Warrant: UNION

Bond Information

Date Bonded: 01/22/2001 Bond Receipt#: Bond Amount: $5,000.00 Bond Deposit: $500.00

Bond Type

CASH TEN PERCENT

States Attorney Section

Filing Decision: FILED Decision Date: 01/22/2001

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-2-A-9 | AGGRAVATED ASSAULT | O | A |

Agency Name: UNION COUNTY STATE'S ATTORNEY NCIC: IL091013A

Court Charges/Disposition

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-2-A-9 | AGGRAVATED ASSAULT | O | A |

Disposition: GUILTY Disposition Date: 10/04/2001

Case Number: 01CM00000014

Agency Name: UNION COUNTY CIRCUIT COURT NCIC: IL091015J

| Status | Sentence | Fine Amount | Date |
|---|---|---|---|
| SENTENCED TO | 12 MONTH(S) CONDITIONAL DISCHARGE | | 10/04/2001 |

---

Arrest

DCN: L23269360 Date of Arrest: 12/31/2000

Name: MORSE, MILAS RAY Date of Birth: 03/09/1964

Residence: 304 FRONT ST PO BOX 222
GRAND TOWER, IL

Arresting Agency: MONEE POLICE DEPARTMENT NCIC: IL0990900

Agency Case Number: 200012311530 Officer Badge Number: Photo Available: Yes

Arrest Charges

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-2 | AGGRAVATED ASSAULT | O | Z |

Arrest Type: ON-VIEW ARREST Date of Offense: 12/31/2000

States Attorney Section

Filing Decision: DIRECT FILED WITH COURT Decision Date: 03/29/2001

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-2 | AGGRAVATED ASSAULT | O | Z |

Agency Name: WILL COUNTY STATE'S ATTORNEY NCIC: IL099013A



Appellate Case: 15-3160 Page: 81 Date Filed: 02/29/2016 Entry ID: 4372487

Court Charges/Disposition

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-2-A-6 | AGGRAVATED ASSAULT | O | 4 |

| | | | |
|---|---|---|---|
| Disposition: | GUILTY | Disposition Date: | 08/25/2003 |
| Case Number: | 01CF00000003 | | |
| Agency Name: | JACKSON COUNTY CIRCUIT COURT | NCIC: | IL039015J |

| Status | Sentence | Fine Amount | Date |
|---|---|---|---|
| SENTENCED TO | 360 DAY(S) IMPRISONMENT-JAIL | | 08/25/2003 |
| SENTENCED TO | 30 MONTH(S) PROBATION | | 08/25/2003 |

========== END OF RECORD ==========

---

STATE USE ONLY

**WARNING:RELEASE OF THIS INFORMATION TO UNAUTHORIZED INDIVIDUALS OR AGENCIES OR MISUSE IS PROHIBITED BY FEDERAL LAW**

**TITLE 42 USC 3789G PERTAINING TO CRIMINAL HISTORY INFORMATION**

---



Appellate Case: 15-3160 Page: 82 Date Filed: 02/29/2016 Entry ID: 4372487

**AUTHORIZATION TO DISCLOSE INFORMATION TO:**

**Jill Miller, MSSW**
Forensic Social Work Services
P.O. Box 44343
Madison, WI 53744-43439

Phone: 608-271-0227
FAX: 608-271-0491

**REGARDING:**

Name: Felicia Morse

DOB: 11-13-74

SSN: 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

**INFORMATION TO BE OBTAINED FROM:** Union County Counseling Service

Specific Information Authorized for Release Including Paper, Oral, and Electronic Interchange:

✓ Hospital and medical records, including HIV testing, AIDs testing, sexually transmitted diseases, and disability-related information (Specify dates and/or conditions treated if applicable).
✓ Psychiatric, psychological, and counseling records: social history, evaluations, treatment plans, diagnoses, summaries, and medications prescribed.
____School records: grades, disciplinary or progress notes, activities, M-team reports, Individual Education Plan, psychiatric or psychological records.
✓ Alcohol and drug treatment information including: assessments, treatment plan, diagnoses, progress notes, admission and discharge summaries.
____Employment records including: dates, position(s) held, duties performed, performance evaluations, salary, and reason terminated.
____Probation and parole file, court records, agent notes, chronological history, revocation summaries, alcohol and drug treatment information, psychiatric/psychological treatment information.
____Other:____________________

- Written and verbal exchange of information is authorized at the request of the individual for purpose of legal proceedings.
- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- This authorization is good for 12 months from the date signed below.
- I understand that information disclosed pursuant to this authorization may be re-disclosed and may no longer be protected by federal law. This information may be released to any of the following, but not limited to: experts, other parties, and/or attorneys involved in my case.
- I may write to Jill Miller and my sources to revoke this authorization at any time except to the extent that action has already been taken.
- Jill Miller will give me a copy of this form if I ask. I may ask the source to allow me to inspect or get a copy of the material to be disclosed.
- This authorization is voluntary. Refusal to sign this form will not prohibit, but may obstruct Jill Miller's ability to provide services to me. I understand that any treatment, payment, enrollment, or eligibility for benefits is not conditioned upon me signing this authorization.

[signature] Date: 8/18/10

**Individual Authorizing Disclosure**

If not signed by subject of disclosure, specify basis for authority to sign.

____________________ Date:____________________

Signature/Relationship

*This authorization form was developed to comply with provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 (HIPAA); 45 CFR parts 160 and 164; 42 US code Section 290dd-2; 42 CFR part 2; 38 US Code Section 7332; 38 CFR 1.475; 20 US Code.*

UNION COUNTY COUNSELING SERVICES
INITIAL PSYCHIATRIC CONSULTATION

**NAME:** Felecia Morse
**DATE:** 12/18/02

This individual did not show for initial psychiatric consultation.

W. Mings 1/3/3
William Mings, M.D.
WM: cjk

DICTATED BUT NOT PROOFED

WE HAVE BEEN AUTHORIZED TO RELEASE THIS CONFIDENTIAL INFORMATION TO YOU. IT IS NOT TO BE RECOPIED OR RELEASED TO ANY OTHER PERSON OR AGENCY.

UNION COUNTY COUNSELING CENTER
INITIAL PSYCHIATRIC CONSULTATION

**NAME:** Felecia Morse
**DATE:** 02/07/03

This individual did not show for initial psychiatric consultation.

MD 02-19-03
William Mings, M.D.
**WM:** cjk

WE HAVE BEEN AUTHORIZED TO RELEASE
THIS CONFIDENTIAL INFORMATION ...
IT IS NOT TO BE RECOPIED OR RELEASED
TO ANY OTHER PERSON OR AGENCY.

**UNION COUNTY COUNSELING SERVICES**
**INITIAL PSYCHIATRIC CONSULTATION**

**NAME:** Felecia Morse
**DATE:** 03/14/03
**START TIME:** 10:00 a.m.
**STOP TIME:** 11:00 a.m.

**IDENTIFICATION:** This 27-year-old, single, white female is seen along with the psychiatric nurse for psychiatric consultation because her family physician prescribed medication for obsessive compulsive disorder and depression which she subsequently stopped. Her family physician is Dr. Ribbing.

**CHIEF COMPLAINT:** "I stopped the Paxil on my own about four months ago".

**HISTORY OF PRESENT ILLNESS:** This 27-year-old, single, white female reports a history of mood instability though she says it's been less problematic since she underwent individual therapy. She says she has not been compliant with therapy recently. She says there is a history of abandonment fears and this has led to the overdose attempts that she's had on two occasions. There is a history of inappropriate anger. She says the anger again is improved since she underwent therapy. She reports a history of compulsive straightening and cleaning her house. She says she used to wash money but does not do that any more. She says she did that because of a concern over "germs". She says she spends two or three hours in the evening with excessive washing and straightening behaviors in her house. Her family physician reportedly prescribed Paxil 40 mg a day for treatment of obsessive compulsive disorder and for comorbid depressed mood. She says it helped in the beginning but then "wore off. I never took it correctly". She says as a result of it not working according to her expectations she increased the dose on her own up to 80 mg a day without telling her family physician. She says because of side effects and no apparent benefit she stopped the medication on her own four months ago. She does say that she is a perfectionist with high expectations. She is easily disappointed. She says she is "very" self-critical. She reports having problems with procrastination and getting bogged down with details. She reports having strong opinions, being conscientious, frugal and "very very" stubborn. She reports no group associations and about four close friends. She says she has no auditory or visual hallucinations and no persecutory delusions. She reports no symptoms of panic disorder and no history of eating disorder.

She says her mood is currently good. She attributes this to participating in therapy adding, "I think the counseling has really helped". She says concentration is "fine". She says she can concentrate well enough to safely drive a motor vehicle. She says she does not feel hopeless or helpless. She says she does not have any thoughts of harm to self or others. She says she would call the crisis line if she had such thoughts.

**PAST PSYCHIATRIC HISTORY:** She has a history of overdose with 40 Tylenol on one occasion and then 60 Tylenol a few days later about five months ago. She says her brother called an ambulance both times but she refused to go. She says the reason she took the overdose was "because I didn't want my family to leave me". She says she has seen Dr. Ribbing since that time and had liver enzymes checked and she reports no evidence of significant liver damage.

**SOCIAL HISTORY:** She was born in Kansas City, Kansas. She has five brothers. She says when she was five years of age her parents divorced. She lived with her father and paternal grandmother. She reports no history of abuse. She graduated high school. She is currently an SIU student and plans to graduate next year in therapeutic recreation.

**HABITS:** She reports no use of alcohol or street drugs.

**FAMILY PSYCHIATRIC HISTORY:** Her father is a recovering alcoholic and her brother is alcoholic.

**MEDICAL HISTORY:**
**ALLERGIES: CODEINE.**

WE HAVE BEEN AUTHORIZED TO RELEASE THIS CONFIDENTIAL INFORMATION TO YOU IT IS NOT TO BE RECOPIED OR RELEASED TO ANY OTHER PERSON OR AGENCY.

Name: Felecia Morse

**REVIEW OF SYSTEMS:** ENT: Negative; CARDIORESPIRATORY: Negative; GASTROINTESTINAL: Cholecystectomy recently; GU: Negative; GYN: She says she is not currently at risk of becoming pregnant; NEUROMUSCULAR: No history of seizures and no history of head injury.

**CURRENT MEDICATIONS:** None.

**MENTAL STATUS EXAMINATION:**

**BEHAVIOR/PSYCHOMOTOR:** She is alert and cooperative. She is casually dressed. Hygiene and eye contact are good. There are no unusual mannerisms.

**EMOTIONAL STATE:** Her affect is euthymic and mild to moderately constricted. She is not expansive or labile.

**SPEECH:** Fluent and not pressured.

**THOUGHT PROCESS/CONTENT:** Her thoughts are logical and goal directed. There are no loose associations. There is no flight of ideas. There is no evidence hallucinations. There is no indication of delusions. There is no evidence of any current plan to harm self or others.

**ORIENTATION:** She is oriented to person, place and time.

**MEMORY:** Immediate and recent memory are intact to three items over five minutes. Remote memory is intact to birthdate.

**CONCENTRATION:** She can spell the word world backwards.

**FUND OF KNOWLEDGE:** She can name five large cities.

**ABSTRACTION:** On comparing apples and oranges she says they are similar in that they are round and differ in color.

**JUDGEMENT:** To the letter on the ground scenario she responds, "take it to the post office".

**INSIGHT:** She has partial insight into her symptoms. She shows the ability to accept/refuse treatment and disclose/withhold information.

**DIAGNOSTIC FORMULATION:** This 27-year-old, single white female gives a history of compulsive behaviors and sad mood. Characterological comorbidity complicates both diagnosis and treatment.

**DIAGNOSTIC OPINION:**
**Axis I:** (1) Obsessive compulsive disorder 300.3; (2) history of major depressive disorder 296.35 - in partial remission.
**Axis II:** Personality disorder nos (with obsessive compulsive, dependent and cluster B personality traits).
**Axis III:** (1) ALLERGY TO CODEINE; (2) status post cholecystectomy.
**Axis IV:** Limited support group.
**Axis V:** GAF Current Level of Functioning Code 61.

**PLAN:**
1. This individual is seen for psychiatric consultation. She says she does not want to take medications. She says even when she was prescribed Paxil she did not take it as directed and then took it in excess of her doctor's recommendations. She indicates familiarity with the risks vs the benefits of taking the medication. She goes on to indicate that she would check with her family physician's office about the possibility of starting a different medication. She reportedly has considered trying Lexapro.

WE HAVE BEEN AUTHORIZED TO RELEASE THIS CONFIDENTIAL INFORMATION TO YOU IT IS NOT TO BE RECOPIED OR RELEASED TO ANY OTHER PERSON OR AGENCY.



Appellate Case: 15-3160 Page: 87 Date Filed: 02/29/2016 Entry ID: 4372487

Name. Felecia Morse

2. She indicates familiarity with emergency procedures. Current risk evaluation reveals low risk of imminent danger to self or others.
3. She is currently not active in individual therapy though she says she would consider resuming therapy if she began to have more problems.
4. She reports plans to follow-up with her family physician regularly. Follow-up psychiatric consultation at the direction of her family physician, sooner if needed.

03-26-03

**William Mings, M.D.**
**WM:** cjk

WE HAVE BEEN AUTHORIZED TO RELEASE
THIS CONFIDENTIAL INFORMATION TO YOU
IT IS NOT TO BE RECOPIED OR RELEASED
TO ANY OTHER PERSON OR AGENCY.



Appellate Case: 15-3160 Page: 88 Date Filed: 02/29/2016 Entry ID: 4372487

## UNION COUNTY COUNSELING CENTER
## FOLLOW UP PSYCHIATRIC CONSULTATION

**NAME:** Felecia Morse
**DATE:** 03/26/03

This individual was seen for psychiatric consultation on one occasion. She did not show for follow-up today for follow-up psychiatric consultation. She is receiving no medication through this program. She reported she was planning to see her family physician for treatment with medications if she decided to pursue further treatment.

WM MD 04-02-03

DICTATED BUT NOT PROOFED

**William Mings, M.D.**
**WM:** cjk

WE HAVE BEEN AUTHORIZED TO RELEASE THIS CONFIDENTIAL INFORMATION TO YOU IT IS NOT TO BE RECOPIED OR RELEASED TO ANY OTHER PERSON OR AGENCY.

# UNION COUNTY COUNSELING CENTER
## FOLLOW UP PSYCHIATRIC CONSULTATION

**NAME:** Felicia Morse
**DATE:** 04/23/03

This individual did not show for follow-up psychiatric evaluation.

05-09-03

William Mings, M.D.
WM: cjk

WE HAVE BEEN AUTHORIZED TO RELEASE THIS CONFIDENTIAL INFORMATION TO YOU IT IS NOT TO BE RECOPIED OR RELEASED TO ANY OTHER PERSON OR AGENCY.

UNION COUNTY COUNSELING CENTER
FOLLOW UP PSYCHIATRIC CONSULTATION

**NAME:** Felicia Morse
**DATE:** 04/30/03

This individual did not show for follow-up psychiatric consultation. She reportedly has been non-compliant with her counselor as well.

05-21-03
William Mings, M.D.
WM: cjk

WE HAVE BEEN AUTHORIZED TO RELEASE THIS CONFIDENTIAL INFORMATION TO YOU IT IS NOT TO BE RECOPIED OR RELEASED TO ANY OTHER PERSON OR AGENCY.

Department of Public Safety
MISSOURI STATE HIGHWAY PATROL
Colonel Ronald K. Replogle, Superintendent

An Internationally Accredited Agency

**Jeremiah W. (Jay) Nixon**
*Governor*

**John M. Britt**
*Director*

RECEIVED
NOV 01 2010
Federal Public Defender
Capital Habeas Unit

**DATE:** **October 20, 2010**

**TO:** PRIVATE ENTITIES/INDIVIDUALS

**FROM:** CAPTAIN TIMOTHY P. MCGRAIL, Director
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
MISSOURI STATE HIGHWAY PATROL

**Re:** BACKGROUND CHECKS /
MISSOURI AUTOMATED CRIMINAL HISTORY SITE

## NOTICE

The Missouri State Highway Patrol, Criminal Justice Information Services Division, will be implementing a new public website that will allow users to submit and receive name-based criminal record checks online. This service will be called the Missouri Automated Criminal History Site (MACHS) and is expected to go live this winter. Private individuals and businesses currently submitting batch name search requests via CD or diskette at the CJIS public window will be required to use this new website once it goes live.

We trust this **notice of change** will assist your agency in preparing for the implementation of this new website. As further information concerning this implementation becomes available, it will be shared with you. As always, the Criminal Justice Information Services Division will be happy to address any questions or concerns that your agency may have regarding this newly implemented website. We can be reached by telephone at 573-526-6153 or by e-mail at <machs@mshp.dps.mo.gov>.

CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
Mailing Address: P.O. Box 9500, Jefferson City, MO 65102-9500
Street Address: 1510 East Elm Street, Jefferson City, MO 65101
Telephone: 573-526-6153 - FAX: 573-751-9382 - V/TDD: 573-751-3313
www.mshp.dps.missouri.gov

P70-0191

MISSOURI STATE HIGHWAY PATROL

**REQUEST FOR CRIMINAL RECORD CHECK**

SHP-158M 01/10

PLEASE PRINT OR TYPE. OCT 21 2010

## GENERAL INFORMATION

| NAME | LAST | FIRST | MIDDLE | JR / SR |
|---|---|---|---|---|
| | Morse | Kenneth | Wayne | |
| MAIDEN / ALIAS | LAST | FIRST | MIDDLE | JR / SR |
| | | | | |

SEX: [X] MALE [ ] FEMALE
DATE OF BIRTH (MM/DD/YYYY): 01/27/1953
SOCIAL SECURITY NUMBER: 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
RACE: [ ] BLACK [X] WHITE [ ] INDIAN [ ] ASIAN [ ] OTHER

ADDRESS: STREET - P.O. BOX: incarcerated - unk CITY: STATE: ZIP CODE:

ENTITY TYPE: [ ] STATE [X] FEDERAL
PURPOSE FOR REQUEST: [ ] EMPLOYMENT [ ] VOLUNTEER [ ] LICENSING [X] OTHER (specify) Legal

## TYPE OF RECORD CHECK - PROCESSING FEE - METHOD OF PAYMENT

(per Sections 43.527 and 43.530, RSMo.)

[X] $10.00 NAME SEARCH
Based on NAME, DATE OF BIRTH, AND SOCIAL SECURITY NUMBER. Response will be returned with all open records and records of conviction.

[ ] $20.00 FINGERPRINT SEARCH
Based on APPLICANT FINGERPRINT CARD. Response will be returned with complete records to the individual or qualifying entity.

Fee is payable either by check or money order (NO CASH) to "State of Missouri, Criminal Record System Fund."

## MSHP / CENTRAL REPOSITORY RESPONSE

MISSOURI STATE HIGHWAY PATROL CENTRAL REPOSITORY

"CRIMINAL HISTORY RECORD ATTACHED"

## FORWARD TO - SEND REPLY TO

Please forward the request and fee to:
**Missouri State Highway Patrol**
**Criminal Justice Information Services Division**
**Post Office Box 9500**
**Jefferson City, MO 65102**

**SEND REPLY TO** (Print or type your mailing label below.)

Telephone (include area code) (602) 382-2864

Jasmine M. Teter
Federal Public Defender
850 W. Adams St. Suite 201
Phoenix, AZ 85007-2730

OCT 06 2010

MISSOURI STATE HIGHWAY PATROL
CRIMINAL HISTORY RECORD

10-27-2010 MO01103089 PAGE 1 OF 5

This record is provided in response to your request. All entries are compiled from the information furnished to the Central Repository. Use of the information contained in this record is governed by State and Federal law. Because modifications and additions may be made at any time, a new record should be requested when needed for subsequent use. For specific data about charges or arrests, contact the contributing agency. The recipient of this record is responsible for all secondary dissemination.

MOMHP0001
Criminal Records and
Identification Div.
P.O. Box 9500
Jefferson City, MO
65102
Telephone:
(573) 526-6153

***UNAUTHORIZED DISSEMINATION OF THIS RECORD WILL SUBJECT THE***
***DISSEMINATOR TO CRIMINAL AND CIVIL PENALTIES***

INTRODUCTION

THIS INFORMATION IS PROVIDED IN RESPONSE TO YOUR REQUEST ON:

MO01103089

DISSEMINATED TO:

REQUESTED SID: MO01103089

REQUESTED FBI: 58017J11

PURPOSE: EMPLOYMENT OR LICENSING

THIS RECORD IS BASED ON INFORMATION RETAINED BY
MISSOURI CRIMINAL RECORDS REPOSITORY 10/27/2010

MISSOURI STATE HIGHWAY PATROL
CRIMINAL HISTORY RECORD



IDENTIFICATION

| FBI | SID |
|---|---|
| 58017J11 | M001103089 |

NAMES USED
MORRIS, KENNETH
MORSE, CHRIS
MORSE, CHIRS
MORSE, KENNETH W
MORSE, KENNETH WAYNE
MORSE, KEN
MORSE, KENNETH WANYE
MORSE, KENNY
MORSE, KENNETT W
MORSE, KENNETH

DATE OF BIRTH
01-27-1953

| SEX | RACE | HEIGHT | WEIGHT |
|---|---|---|---|
| MALE | WHITE | 5'07" | 191 |
| | | 5'08" | 200 |
| | | | 205 |

| EYE COLOR | HAIR COLOR | PLACE OF BIRTH | CITIZENSHIP |
|---|---|---|---|
| BLUE | WHITE | KANSAS | |
| | BLACK | KANSAS | |
| | GRAY, PARTIALLY GRAY | UNITED STATES OR FEDERAL | |
| | BLOND OR STRAWBERRY | ILLINOIS | |
| | | ILLINOIS | |

MISCELLANEOUS

FINGERPRINT CLASSIFICATION

SCARS, MARKS, AND TATTOOS

RESIDENCE

MISSOURI STATE HIGHWAY PATROL
CRIMINAL HISTORY RECORD



CRIMINAL HISTORY
---------------------------- OCN 98708417 --------------------------
ARREST DATE: 10-02-2003
ARREST AGENCY: MO0420000 SO HENRY COUNTY - CLINTON
ARREST NAME: MORSE, KENNETH W
ARREST AGENCY CASE NUMBER:
ARREST COMMENTS:

---

PROSECUTOR ACTION DATE: 05-14-2003
PROSECUTING AGENCY: MO042013A CO PROS ATTORNEY-CLINTON
CASE NUMBER: 3464
PROSECUTION ACTION: CHARGE FILED

| CHARGE PROSECUTED | | OFFENSE TYPE | COUNT |
|---|---|---|---|
| RESIST/INTERFER FEL ARR | | FELONY | 03 |

| STATUTE CITATION | NCIC CODE | STATE CODE | CLASS |
|---|---|---|---|
| 575150 | 4802 | 27020020 | D |

PROSECUTOR COMMENTS:

---

COURT ACTION DATE: 04-12-2004
COURT ORI: MO042033J HENRY CO CIR CRT-CLINTON
CASE NUMBER: 27R04030042001

| COURT CHARGE | | OFFENSE TYPE | COUNT |
|---|---|---|---|
| RESIST/INTERFER FEL ARR | | FELONY | 03 |

| STATUTE CITATION | NCIC CODE | STATE CODE | CLASS |
|---|---|---|---|
| 575150 | 4802 | 27020020 | D |

COURT ACTION: GUILTY STATUS:

---

CONFINEMENT 004 YRS 00 MTHS 000 DAYS SUSPENDED
SENTENCE DATE: 04-12-2004

---

PROBATION 003 YRS 00 MTHS 000 DAYS
SENTENCE DATE: 04-12-2004 START DATE: 04/12/2004

---

COURT ACTION DATE: 04-12-2004
COURT ORI: MO042033J HENRY CO CIR CRT-CLINTON
CASE NUMBER: 27R04030042001

| COURT CHARGE | | OFFENSE TYPE | COUNT |
|---|---|---|---|
| RESIST/INTERFER FEL ARR | | FELONY | 03 |

| STATUTE CITATION | NCIC CODE | STATE CODE | CLASS |
|---|---|---|---|
| 575150 | 4802 | 27020020 | D |

COURT ACTION: GUILTY STATUS:

---

MISSOURI STATE HIGHWAY PATROL
CRIMINAL HISTORY RECORD



CONFINEMENT 004 YRS 00 MTHS 000 DAYS
SENTENCE DATE: 08-06-2008 START DATE: 08/06/2008

---

CRIMINAL HISTORY
---------------------------- OCN A2023347 --------------------------
ARREST DATE: 08-08-2008
CONTRIBUTING AGENCY: MO014025C MDC-RECEPT/DIAG CTR-FULTON
ARREST NAME: MORSE, KENNETH W
CONTRIBUTING AGENCY CASE NUMBER: 1112277
ARREST COMMENTS:

---

PROSECUTOR ACTION DATE:
PROSECUTING AGENCY:
CASE NUMBER:
PROSECUTION ACTION: CHARGE FILED

| CHARGE PROSECUTED | | OFFENSE TYPE | COUNT |
|---|---|---|---|
| RESIST/INTERFER FEL ARR | | FELONY | 01 |

| STATUTE CITATION | NCIC CODE | STATE CODE | CLASS |
|---|---|---|---|
| 575150 | 4801 | 27020010 | D |

PROSECUTOR COMMENTS:

---

COURT ACTION DATE:
COURT ORI: MO042023J CIR CRT-ASSOC DIV-CLINTON
CASE NUMBER: 27R04030042001

| COURT CHARGE | | OFFENSE TYPE | COUNT |
|---|---|---|---|
| RESIST/INTERFER FEL ARR | | FELONY | 01 |

| STATUTE CITATION | NCIC CODE | STATE CODE | CLASS |
|---|---|---|---|
| 575150 | 4801 | 27020010 | D |

COURT ACTION: GUILTY STATUS:

---

CONFINEMENT 004 YRS
SENTENCE DATE: 04-13-2004 START DATE: 09/20/2007

---

DEPT CORR. NO: 01112277
AGENCY: MO014025C MDC-RECEPT/DIAG CTR-FULTON
INCARCERATION 08-08-2008

---

DEPT CORR. NO: 01112277
AGENCY: MO048035G BD PROB/PAROLE DIST 4 CENTRAL
FIELD SUPERVISION 12-08-2008

---

SHP-343B 01/02

MISSOURI STATE HIGHWAY PATROL
CRIMINAL HISTORY RECORD



DEPT CORR. NO: 01112277 STATUS: ACTIVE
AGENCY: MO011035C WESTERN RECEP & DIAG CORR CENTER
INCARCERATION 04-02-2010

---

**************************************************************************
IDENTIFICATION RECORDS OBTAINED FROM THE CRIMINAL RECORDS REPOSITORY MAY BE USED SOLELY FOR THE PURPOSE REQUESTED. ALL ARREST ENTRIES CONTAINED IN THIS RECORD ARE MATCHED BY FINGERPRINT COMPARISONS. AS PER SECTION 610.120 RSMO, CLOSED RECORDS SHALL BE INACCESSIBLE TO THE GENERAL PUBLIC. THEY SHALL BE AVAILABLE TO CRIMINAL JUSTICE AGENCIES AND TO AGENCIES AS DESCRIBED IN 610.120 RSMO ONLY WITH SUBMISSION OF FINGERPRINTS FOR POSITIVE IDENTIFICATION.

THE SUBJECT OF THIS RECORD SHALL BE AFFORDED THE OPPORTUNITY TO CHALLENGE ACCURACY AND/OR COMPLETENESS OF THIS RECORD PURSUANT TO 43.532 RSMO. A CHARGE WITHOUT FINAL DISPOSITION CARRIES THE PRESUMPTION OF NOT GUILTY UNTIL THE TIME IT IS ADJUDICATED GUILTY. SUSPENDED IMPOSITION OF SENTENCE DISPOSITIONS ARE NOT CONVICTIONS AND BECOME CLOSED RECORDS WHEN PROBATION IS COMPLETED OR FINALLY TERMINATED. UNLESS FINGERPRINTS ACCOMPANIED INQUIRY, WE CANNOT GUARANTEE THIS RECORD RELATES TO THE PERSON IN WHOM YOU HAVE AN INTEREST.
**************************************************************************

**ILLINOIS STATE POLICE**
**BUREAU OF IDENTIFICATION**
**260 NORTH CHICAGO STREET**
**JOLIET, ILLINOIS 60432-4075**

RECEIVED
NOV 01 2010
Federal Public Defender
Capital Habeas Unit

JASMINE M TETER
FEDERAL PUBLIC DEFENDER
850 W. ADAM STREET
SUITE 201
PHOENIX, AZ 85007

THIS CRIMINAL HISTORY RECORD IS BEING ISSUED BY THE ILLINOIS STATE POLICE, BUREAU OF IDENTIFICATION PURSUANT TO THE UCIA NAME BASED INQUIRY SUBMITTED BY YOUR AGENCY. THIS RESPONSE DOES NOT PRECLUDE THE EXISTENCE OF CONVICTION INFORMATION UNDER OTHER PERSONAL IDENTIFIERS. TO ENSURE THAT INFORMATION FURNISHED BY THE ILLINOIS STATE POLICE POSITIVELY PERTAINS TO THE SUBJECT IN QUESTION, A UCIA FINGERPRINT INQUIRY SHOULD BE SUBMITTED.

ONE COPY OF THIS RESPONSE HAS BEEN PROVIDED. REQUESTS MADE FOR LICENSING OR EMPLOYMENT PURPOSES REQUIRE THE REQUESTER TO PROVIDE THE APPLICANT WITH A COPY OF THIS RESPONSE. THE APPLICANT THEN HAS 7 DAYS TO NOTIFY THE ILLINOIS STATE POLICE OF ANY INACCURACIES. THE APPLICANT MAY INITIATE PROCEEDINGS TO CHALLENGE OR CORRECT SUCH ERRORS BY CONTACTING THE BUREAU OF IDENTIFICATION.

ANY PERSON WHO INTENTIONALLY AND KNOWINGLY REQUESTS, OBTAINS, OR SEEKS TO OBTAIN CONVICTION INFORMATION UNDER FALSE PRETENSES, DISSEMINATES INACCURATE OR INCOMPLETE CONVICTION INFORMATION OR VIOLATES ANY OTHER PROVISIONS OF ILLINOIS COMPILED STATUTES, CHAPTER 20, ACT 2635 ET SEQ. MAY BE GUILTY OF A CRIME PUNISHABLE BY UP TO ONE YEAR OF IMPRISONMENT AND/OR MAY INCUR CIVIL LIABILITIES.

THE SEARCH ROUTINE USED TO PROCESS YOUR SUBMISSION DID NOT INCLUDE AN INQUIRY INTO THE ILLINOIS STATE POLICE SEX OFFENDER REGISTRATION FILE. TO DETERMINE IF THE SUBJECT OF YOUR INQUIRY IS A REGISTERED SEX OFFENDER, PLEASE CHECK THE ILLINOIS STATE POLICE REGISTERED SEX OFFENDER INFORMATION WEB SITE AT "WWW.ISP.STATE.IL.US".

IF YOU HAVE ANY QUESTIONS REGARDING THIS MATTER, PLEASE CONTACT THE BUREAU OF IDENTIFICATION SWITCHBOARD OPERATOR AT (815) 740-5160.

**IDENTIFIERS**

**AGENCY:** FEDERAL PUBLIC DEFENDER

| | | |
|---|---|---|
| **REQUEST DATE:** | **INQUIRY TYPE:** UCIA | **RESULT:** HIT |
| **TCN:** FRM1130L63484670 | **DCN:** L63484670 | **SID:** 28011480 |
| **Name:** MORSE, MILAS R | | |
| **Sex Code:** M | **Race Code:** W | **DOB:** 01/30/1941 |

**STATE USE ONLY**

**WARNING:** Release of this information to unauthorized individuals or agencies or misuse is prohibited by Federal Law Title 42 USC 3789g pertaining to criminal history information.

IL 493-CINQ(06/98)


Appellate Case: 15-3160 Page: 99 Date Filed: 02/29/2016 Entry ID: 4372487

Appellate Case: 15-3160 Page: 100 Date Filed: 02/29/2016 Entry ID: 4372487

ILLINOIS STATE POLICE

Bureau Of Identification

260 North Chicago Street

Joliet, IL 60432-4075

| | | | |
|---|---|---|---|
| Criminal History of: (Last Known Name) | MORSE, MILAS SR | State Identification Number: | IL28011480 |

| | | | |
|---|---|---|---|
| Conviction Status: | FELONY CONVICTIONS | | |
| Custodial Status: | RECEIVED | Custodial Status Date: | 05/20/2008 |

Juvenile Data:

| | | | | | |
|---|---|---|---|---|---|
| Informal Adjustment: | 0 | Formal Adjustment: | 0 | Probation Adjustment: | 0 |

| Alias Name(s) | Date of Birth |
|---|---|
| MARSE, MILES RAY | 01/30/1941 |
| MORSE, MIDAS R | |
| MORSE, MILAS R | |
| MORSE, MILAS RAY | |
| MORSE, MILAS R SR | |
| MORSE, MILAS SR | |

SUBJECT IDENTIFICATION DATA

| | | | | | |
|---|---|---|---|---|---|
| Sex: | MALE | | | | |
| Race: | WHITE | | | | |
| Height: | 511 | Date Reported: | 12/03/2007 | FBI#: | 537332V5 |
| Weight: | 245 | Date Reported: | 12/03/2007 | Chicago IR#: | |
| Eyes: | HAZEL | | | | |
| Hair: | BROWN / GRAY OR PARTIALLY GRAY | | | | |
| Skin: | FAIR | | | | |

| Scars/Marks/Tattoos | Place of Birth | Drivers License Number | DL State |
|---|---|---|---|
| SC R ARM | ILLINOIS | M62055641030 | IL |
| | UNITED STATES OF AMERICA | | |

| Social Security Number | Miscellaneous Number | Palm Prints Available |
|---|---|---|
| 347327313 | | |

| Photo Available | IDOC# | FOID# | INS# |
|---|---|---|---|
| ANNA POLICE DEPARTMENT | B86423 | | |
| DOC CORRECTIONAL CENTER MENARD | | | |
| JONESBORO POLICE DEPARTMENT | | | |


Appellate Case: 15-3160 Page: 101 Date Filed: 02/29/2016 Entry ID: 4372487

Occupation Date Reported

Employer Date Reported

CRIMINAL HISTORY DATA

Custodial

DCN: L44581764 Date Received: 05/20/2008
Name: MORSE, MILAS SR Date of Birth: 01/30/1941
Residence:

Subject Institution Number: B86423 Photo Available: Yes
Confining Agency: DOC CORRECTIONAL CENTER MENARD NCIC: IL079015C
Agency Received From: DOC CORRECTIONAL CENTER MENARD NCIC: IL079015C

Custodial Charges

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-14.1-A-1 | PREDATORY CRIM SEX ASSLT/CHILD | O | X |

Case Number: Disposition:

| Status | Sentence | Fine Amount | Date |
|---|---|---|---|
| CONCURRENT | 18 YEAR(S) IMPRISONMENT-DOC | | 05/15/2008 |

| Custodial Status | Status Date | Agency Name |
|---|---|---|
| RECEIVED | 05/20/2008 | DOC CORRECTIONAL CENTER MENARD |

Arrest

DCN: L60464357 Date of Arrest: 12/03/2007
Name: MORSE, MILAS R Date of Birth: 01/30/1941

Residence: 328 WILLARDS FERRY RD
JONESBORO, IL

Arresting Agency: JONESBORO POLICE DEPARTMENT NCIC: IL0910300
Agency Case Number: X Officer Badge Number: JP1 Photo Available: Yes

Arrest Charges

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-14-A | AGG CRIMINAL SEXUAL ASSAULT | O | Z |

Arrest Type: ON-VIEW ARREST Date of Offense: 12/03/2007

Court Charges/Disposition

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-14.1-A-1 | PREDATORY CRIM SEX ASSLT/CHILD | O | X |

Disposition: GUILTY Disposition Date: 03/07/2008
Case Number: 07CF00000197
Agency Name: UNION COUNTY CIRCUIT COURT NCIC: IL091015J

| Status | Sentence | Fine Amount | Date |
|---|---|---|---|


Appellate Case: 15-3160 Page: 102 Date Filed: 02/29/2016 Entry ID: 4372487

| | | | |
|---|---|---|---|
| SENTENCED TO | COST ONLY | $245.00 | 05/15/2008 |
| SENTENCED TO | 164 DAY(S) CREDIT TIME SERVED | | 05/15/2008 |
| SENTENCED TO | 18 YEAR(S) IMPRISONMENT-DOC | | 05/15/2008 |

---

Arrest

DCN: L23191385 Date of Arrest: 11/18/2000
Name: MORSE, MIDAS R Date of Birth: 01/30/1941

Residence: 1033 HART
GRAND TOWER, IL

Arresting Agency: ANNA POLICE DEPARTMENT NCIC: IL0910100
Agency Case Number: AP00716 Officer Badge Number: AP5 Photo Available: Yes

Arrest Charges

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/16A-3 | RETAIL THEFT | O | A |

Arrest Type: Date of Offense: 11/18/2000

Bond Information

Date Bonded: 11/18/2000 Bond Receipt#: Bond Amount: $1,000.00 Bond Deposit: $100.00

Court Charges/Disposition

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/16A-3-A | RETAIL THEFT | O | A |

Disposition: GUILTY Disposition Date: 01/11/2001
Case Number: 00CM00000333
Agency Name: UNION COUNTY CIRCUIT COURT NCIC: IL091015J

| Status | Sentence | Fine Amount | Date |
|---|---|---|---|
| SENTENCED TO | 12 MONTH(S) CONDITIONAL DISCHARGE | | 01/11/2001 |

========== END OF RECORD ==========

---

STATE USE ONLY

**WARNING:RELEASE OF THIS INFORMATION TO UNAUTHORIZED INDIVIDUALS OR AGENCIES OR MISUSE IS PROHIBITED BY FEDERAL LAW**

**TITLE 42 USC 3789G PERTAINING TO CRIMINAL HISTORY INFORMATION**



Appellate Case: 15-3160 Page: 103 Date Filed: 02/29/2016 Entry ID: 4372487