PLEASE RETURN FOR FILING

# IMMEDIATELY

APPEARANCE

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**NO.** 15-3160

KEITH D. NELSON (Movant - Appellant)

**vs.**

UNITED STATES OF AMERICA (Respondent - Appellee)

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Respondent - Appellee

s/ David M. Ketchmark
**ATTORNEY NAME**

United States Attorney's Office
**FIRM NAME**

400 E. 9th St., Rm 5510
**STREET or P.O. BOX**

Kansas City, MO 64106
**CITY, STATE, ZIP**

816-426-3122
**OFFICE PHONE NUMBER**

816-426-4210
**FACSIMILE NUMBER**

Dave.Ketchmark@usdoj.gov
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

☑ I hereby certify that on March 15, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

________________________________________

________________________________________.

s/ David M. Ketchmark