## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 03/17/2016

**Case Name:** Keith Nelson v. United States
**Case Number:** 15-3160

**Docket Text:**
RECORD FILED - TRIAL TRANSCRIPT, 4 volumes, Source Location: USDC WM, Dt. of Proceeding/Hearing: 04/14/2014 to 4/17/2014. Type of Proceeding: Trial Hearing, Court Reporter: Wambolt, Gayle
[4378878] [15-3160]

**The following document(s) are associated with this transaction:**
Document Description: Trial Transcript - Volume 1
Document Description: Trial Transcript - Volume 2
Document Description: Trial Transcript - Volume 3
Document Description: Trial Transcript - Volume 4

**Notice will be mailed to:**

Mr. Keith D. Nelson
U.S. PENITENTIARY
07440-031
P.O. Box 33
Terre Haute, IN 47808-0033

**Notice will be electronically mailed to:**

Ms. Lajuana M. Counts: Lajuana.Counts@usdoj.gov, usamow.Appellate@usdoj.gov
Ms. Paula Kay Harms: Paula_Harms@fd.org, robin_stoltze@fd.org
Mr. David M. Ketchmark: David.Ketchmark@usdoj.gov, usamow.Appellate@usdoj.gov,usamow.ecfGeneralCrimes@usdoj.gov
Mr. David A. Ruhnke: davidruhnke@ruhnkeandbarrett.com, dr@ruhnkeandbarrett.com
Mr. Jeffrey E. Valenti: Jeff.Valenti@usdoj.gov, usamow.Appellate@usdoj.gov,usamow.ecfNVC@usdoj.gov