**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| KEITH D. NELSON, Appellant, v. UNITED STATES OF AMERICA, Appellee. | No. 15-3160 |

**GOVERNMENT'S MOTION FOR 30-DAY EXTENSION OF TIME**

The appellee, the United States of America, appears by Tammy Dickinson, United States Attorney, and Jeffrey Valenti and Lajuana M. Counts, Assistant United States Attorneys, all for the Western District of Missouri, respectfully requests a 30-day extension of time in which to respond to the appellant's application for a certificate of appealability. The United States offers the following suggestions in support of this motion:

1. Government's response is currently due May 27, 2016. The Government is requesting an extension of time up to and including June 27, 2016;

2. Appellant's application was originally due on October 12, 2015, but he was granted three extensions with a filing date of February 28, 2016;

3. Appellant filed his application for a certificate of appealability on February 29, 2016. The application is one hundred twenty-eight (128) pages in length and is accompanied by almost a thousand pages of exhibits;

4. Based upon the length of the application and the complexity of the record, the Government is seeking an extension of time up to and including June 27, 2016, within which to file its response in this case.

5. Government counsel has spoken with opposing counsel and they have no objection to this request.

Based on the foregoing reasons, the United States respectfully requests an extension of time up to and including June 27, 2016, in which to file the Government's response.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney

By ***/s/Jeffrey Valenti***

JEFFREY VALENTI
LAJUANA M. COUNTS
Assistant United States Attorneys

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2016, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Paula Harms
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, AZ 85007

David Ruhnke
47 Park Street
Montclair, NJ 07042

*Attorneys for Nelson*

/s/Jeffrey Valenti
Jeffrey Valenti
Assistant United States Attorney