IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Keith Nelson,<br>Appellant, | No. 15-3160<br>Civil No. 4:04-8005-cv-W (FJG) |
| v.<br><br>United States of America,<br>Appellees. | **CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO APPLICATION FOR CERTIFICATE OF APPEALABILITY**<br><br>**Death-Penalty Case** |

Appellant Keith Nelson, by and through counsel, respectfully requests an extension of 45 days, up to and including August 18, 2016, in which to file his Application for Certificate of Appealability (hereinafter "COA"). Counsel for the government consents to the requested extension.

## REASONS FOR REQUESTED EXTENSION OF TIME

Appellant's reply to the response to the COA application is currently due July 5, 2016. [1]

Counsel David A. Ruhnke has the following pre-existing major time commitments over the next 45 days, but believes he will have the time – with the

[1] Appellant's counsel are unclear under the rules if his reply is due seven days after the filing of the government's response in opposition, as for regular motions under Rule 27, or whether the response is considered a brief under Rule 31, in which case appellant would have fourteen days to file a reply. Counsel have calculated the deadline based upon the more conservative time limit of seven days.

assistance of co-counsel – to contribute to the finalization of the reply. Mr. Ruhnke will be out of town attending capital-defense training programs (both as a participant and faculty member) from July 7 through July 10 and August 5 through August 11. He also hopes to take some vacation time in July and August. Mr. Ruhnke just completed (on June 1) a three and one-half month non-capital RICO prosecution in the district of New Jersey involving eight members of the transnational gang MS-13, a case involving five murders. He also has ongoing responsibilities in a number of other cases, including an authorized federal capital case in the Middle District of Pennsylvania that had been scheduled to come to trial in September 2016, but which was recently continued to April 2017.

Counsel Paula Harms will be out of town for conferences June 28 to July 1 and July 7-10. Ms. Harms is sole counsel on another capital habeas case in which the Opening Brief is due in the Ninth Circuit Court of Appeals on August 9, 2016. Ms. Harms was not appointed until all the district court briefing was concluded. Ms. Harms is still completing review of the record in order to competently file the opening brief. Ms. Harms is also counsel in a capital state post-conviction case in which discovery closes on a *Brady* claim on August 29, 2016. Counsel anticipates upcoming out of state travel in order to depose the prosecutor in that case before that deadline, as well as work on upcoming deadlines for expert reports and factual development involving other witnesses to the *Brady* violation.

WHEREFORE, for the reasons herein stated, and with the consent of the United States, Nelson prays that the Court grant his motion for extension of time up to and including August 18, 2016.

Respectfully submitted this 28th day of June, 2016.


Jon M. Sands
Federal Public Defender

By *<u>/s/ Paula Harms</u>*
Paula K. Harms (Arizona Bar No. 022489)
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone (602) 382-2816
Facsimile (602) 889-3960
Paula_Harms@fd.org

Ruhnke & Barrett

By: *<u>/s/ David A. Ruhnke</u>*
David A. Ruhnke (N.Y. Bar No. 1955145)
47 Park Street
Montclair, New Jersey 07042
Telephone (973)744-1000
Facsimile (973)746-1490
dr@ruhnkeandbarrett.com

## Certificate of Service

I hereby certify that on June 28, 2016, I electronically filed the foregoing by using the appellate CM/ECF system, thus serving all parties

*/s/ David A. Ruhnke*
Counsel to Appellant



Appellate Case: 15-3160 Page: 4 Date Filed: 06/28/2016 Entry ID: 4419140