**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 15, 2016

Ms. Paula Kay Harms
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 201
850 W. Adams Street
Phoenix, AZ 85007-2730

RE: 15-3160 Keith Nelson v. United States

Dear Counsel:

Enclosed is a copy of the dispositive order entered today in the referenced case.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing must be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

Michael E. Gans
Clerk of Court

MDS

Enclosure(s)

cc: Ms. Lajuana M. Counts
Mr. David M. Ketchmark
Mr. Keith D. Nelson
Mr. David A. Ruhnke
Mr. Jeffrey E. Valenti
Ms. Paige Wymore-Wynn

District Court/Agency Case Number(s): 4:04-cv-08005-FJG