IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Keith Nelson,

Appellant,

v.

United States of America,

Appellees.

No. 15-3160

Civil No. 4:04-8005-cv-W (FJG)

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING / PETITION FOR REHEARING EN BANC**

**Death-Penalty Case**

---

Nelson, by and through counsel, respectfully requests an extension of 45 days, up to and including Thursday, December 15, 2016, in which to file his Petition for Rehearing/Petition for Rehearing *en banc*. Counsel for the government consents to the requested extension.

**REASONS FOR REQUESTED EXTENSION OF TIME**

Nelson's petition is currently due October 31, 2016. Mr. Nelson's counsel are attempting to manage their pending cases consistent with their duties under the Sixth Amendment to the United States Constitution and the ABA Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases (1989) and (2003). Mr. Nelson's counsel have a substantial need for the requested extension.

Co-counsel for Nelson, David A. Ruhnke, is heavily involved in trial preparation and a major motions deadline in an authorized federal capital case, *United States v. Jessie Con-Ui*, 13-cr-00123(ARC) (MDPA). Mr. Ruhnke, in connection with that same case, has a two-day trip planned for late October to meet with the client at the so-called "supermax" (Administrative Maximum) federal prison in Florence, Colorado. The case is set for a firm trial date in late April 2017. In addition to the *Con Ui* matter, Mr. Ruhnke has had an unusually high number of court appearances and deadlines in connection with cases he handles as a member of the CJA panels for the Southern and Eastern Districts of New York and the District of New Jersey.

Co-counsel for Nelson, Paula Harms, is experiencing an unusual amount of activity in several capital cases. Counsel was assigned to a new capital habeas case with a jurisdictional statute of limitation deadline of April 28, 2017. The record in that case is unusually large, even for a capital case, and the court ordered briefing on a juror contact issue on which oral argument was held on October 7th. In order to prepare for that argument, counsel needed to familiarize herself with as much of the trial and resentencing record as possible to determine if there was a colorable claim of juror misconduct. In another capital habeas case involving a client with an intellectual disability, all relief was denied on the same day a Certificate of Appealability was denied in this case, on September 15, 2016. Counsel had to

review the record to determine if further post-judgment motions were necessary and a Notice of Appeal was filed in that case on October 14, 2016. The Opening Brief is now due on December 20, 2016. In another capital habeas case involving the factual development of a *Brady* claim, counsel had to prepare for a deposition that was scheduled out of state for October 11, 2016. The deposition had to be rescheduled due to the unexpected hospitalization of the witness and is now set for November 1, 1016. In that same case, counsel has filed several other pleadings and reviewed thousands of pages of disclosure in preparation for the close of discovery, set for November 13, 2016. In another capital habeas case, an evidentiary hearing on issues of ineffective assistance of capital post-conviction and sentencing counsel was ordered on September 9, 2016. Counsel has been working out a discovery/hearing schedule with Respondents and various witnesses, and counsel is scheduled to appear in court on that case, in Tucson, on October 26th. In another capital habeas case, counsel has an Opening Brief due on November 4th in the Ninth Circuit Court of Appeals. In another capital habeas case, counsel has another Petition for Rehearing and Petition for Rehearing En Banc due on November 10th, in the Ninth Circuit Court of Appeals. In another capital habeas case in this Court, counsel filed an Answering Brief on September 30, 2016.



Appellate Case: 15-3160 Page: 3 Date Filed: 10/24/2016 Entry ID: 4461925

WHEREFORE, for the reasons herein stated, and with the consent of the United States, Nelson prays that the Court grant his motion for extension of time up to and including December 15, 2016.

Respectfully submitted this 24th day of October, 2016.

Jon M. Sands
Federal Public Defender

By *<u>/s/ Paula Harms</u>*
Paula K. Harms (Arizona Bar No. 022489)
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone (602) 382-2816
Facsimile (602) 889-3960
Paula_Harms@fd.org

Ruhnke & Barrett

By: *<u>/s/ David A. Ruhnke</u>*
David A. Ruhnke
47 Park Street
Montclair, New Jersey 07042
Telephone (973)744-1000
Facsimile (973)746-1490
dr@ruhnkeandbarrett.com

## Certificate of Service

I hereby certify that on October 24, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/Chelsea Pitman
Assistant Paralegal
Capital Habeas Unit



Appellate Case: 15-3160 Page: 5 Date Filed: 10/24/2016 Entry ID: 4461925