No. 15-3160

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Keith D. Nelson,

Appellant,

vs.

United States of America,

Appellees.

---

On Appeal from the United States District Court
for the Western District of Missouri
Case No. 4:04-8005-cv-W (FJG)

---

# APPENDIX TO
# APPELLANT'S PETITION FOR REHEARING/REHEARING *EN BANC*

---


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

# APPENDIX A

# APPENDIX A

*Nelson v. United States of America*, No. 15-3160
Appellant's Petition for Rehearing/Rehearing *En Banc*

**LIFE VERDICTS IN FEDERAL CAPITAL CASES INVOLVING HIGHLY AGGRAVATING FACTUAL CIRCUMSTANCES**

| Case Name | Issue |
|---|---|
| *United States v. Alexis Candelario-Santana*, D. PR No. 3:09-CR-00427-JAF | The defendant, who already had 13 prior murder convictions, was convicted of 20 murders, including the October 17, 2009 "Tombola Massacre," where eight people were killed and twenty wounded in a shooting at a bar, including an unborn child. |
| *United States v. Oscar Grande and Israel Cisneros*, E.D. VA No. 04-CR-83 | The defendants, who were members of the MS-13 street gang, were convicted of the stabbing murder of a pregnant teenager in 2003. The victim was 17 years old, and she was targeted because she was a former member of the gang who had become a federal informant. Shortly after she left the witness protection program, the defendants repeatedly stabbed her. |
| *United States v. Samuel Stephen Ealy*, W.D. VA No. 00-CR-104, 363 F.3d 292, 295 (4th Cir. 2004) | The defendant was convicted of the 1989 murder of a family of three–a husband, wife, and son. The husband and wife were found shot to death outside their home; their son was later found shot to death in a closet inside the home. 363 F.3d 292, 295 (4th Cir. 2004). |
| *United States v. Tommy Edelin*, D. D.C. No. 98-264 | The defendant was convicted of four murders that he ordered as the so-called "drug kingpin" of DC-area gang known as the "1-5 Mob." Two of those murders involved ordering the killing of a 14-year old boy and a 19-year old. |
| *United States v. Steven Green*, W.D. KY No. 5:06-CR-00019-TBR | The defendant was convicted of the 2006 murders of a family of four, including two children, and the rape and murder of their daughter. |
| *United States v. Coleman Johnson*. W.D. VA No. 3:00CR00026 | The defendant was convicted of using a pipe bomb to kill his ex-girlfriend, who was eight months pregnant, to avoid the child support he would have to pay. DNA testing performed after the murder confirmed that the defendant was the father of the child that the victim was carrying. |
| *United States v. Chevy Kehoe*, E.D. AR No. 97-243 | The defendant was convicted of the murder of a family of three–an Arkansas gun dealer, his wife, and their 8 year old daughter–in furtherance of a white supremacist racketeering enterprise. Along with her parents, the defendant disposed of the 8 year old girl's body by dumping her in a swamp. |
| *United States v. Larry Lujan*, D. NM No. 05-924 | The defendant was convicted of the 2005 kidnapping murder of a 16 year old potential federal witness in a drug prosecution. The boy was beaten, forced to perform oral sex, and nearly decapitated with a meat cleaver. His body was found 3 weeks later. The defendant was also linked by DNA to a 1993 murder of another couple. |

| | |
|---|---|
| *United States v. John Richard Mayhew*, S.D. OH CR No. 02 03-165 | The defendant was convicted of murdering his ex-wife, her boyfriend, and the defendant's own 18-year old daughter, with whom the defendant had an incestuous relationship. |
| *United States v. Zacarias Moussaoui*, E.D. VA No. 01-CR-455 | The defendant was convicted of being a co-conspirator in the September 11, 2001, terrorist attack on the World Trade Center and Pentagon, which killed over 3,000 people and resulted in four airline crashes in New York, Pennsylvania, and Washington, D.C. |
| *United States v. Michael Antonio Natson*, M.D. GA No. 4:05-CR-00021-CDL-GMF | The defendant was convicted of the 2003 murder of a pregnant 23 year old Georgia Southern University student. The defendant was a U.S. Air Force military police officer, and the victim's skeletal remains were found by hunters on a remote part of Fort Benning, Georgia. |
| *United States v. Steven Northington*, E.D. PA No. 2:07-CR-00550-RBS: | The defendant was convicted of a 2004 arson fire that killed six people, including four children–ages 15, 12, 10 and 1. The fire was set to retaliate against a federal informant. |
| *United States v. Thomas Pitera*, E.D. NY No. 90-0424 | The defendant was a contract killer for the Mafia who was convicted of six murders. Several of the murders involved torturing the victims, dismembering their bodies and burying them in a deserted marsh on Staten Island. |
| *United States v. Mohamed Rashed Daoud Al-'Owhali*, S.D. NY No. S6-98-cr-1023 | The defendant, an accomplice of Osama Bin Laden, was convicted of organizing two bombings of American embassies in Africa. The 1998 bombings in Kenya and Tanzania collectively killed 224 people, including 12 Americans, and more than 5,000 people were injured. |
| *United States v. Kenneth A. Tatum*, E.D. TX No. 2:99-CR-5 | The defendant, a member of the "Crips" gang, was convicted of murdering three people, one of whom was a 63-year old retired minister that the defendant kidnapped and murdered. |
| *United States v. Naeem Williams*, D. HI No. 06-00079 | The defendant was convicted of beating to death his 5-year old daughter. The testimony at trial established that the defendant routinely assaulted and tortured the 5-year old for many months leading up to her death, frequently beating her with his fists and his belt, often after she soiled herself. |
| *United States v. Tyrone Williams*, S.D. TX No. 03-CR-221 | The defendant was convicted for his participation in an alien smuggling operation that led to 19 peoples' deaths by dehydration, overheating and suffocation in the back of a truck trailer driven by the defendant. |

# APPENDIX B

# APPENDIX B

*Nelson v. United States of America, No. 15-3160*
*Appellant's Petition for Rehearing/Rehearing En Banc*

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 15-3160

---

Keith D. Nelson

Movant - Appellant

v.

United States of America

Respondent - Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08005-FJG)

---

**JUDGMENT**

Before WOLLMAN, SMITH and COLLOTON, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

September 15, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans

# APPENDIX C


# APPENDIX C


*Nelson v. United States of America, No. 15-3160*
*Appellant's Petition for Rehearing/Rehearing En Banc*

## **Comparable COA Grants in Capital Habeas Cases in Other Circuits**[1]

| Circuit | Case Name | District/Circuit Court Grant | Issue |
|---|---|---|---|
| 3d | *Outten v. Kearney*, 464 F.3d 401, 413 (3d Cir. 2006) | District | IAC for failing to investigate and present mitigating evidence re: childhood abuse, sexual abuse, & neurological damage |
| 4th | *Frogge v. Branker*, 286 Fed. Appx. 51, 62 (4th Cir. 2008) | Circuit | IAC for failing to pursue evidence of organic brain damage through neurological testing |
| 4th | *Buckner v. Polk*, 453 F.3d 195, 198 (4th Cir. 2006) | Circuit | IAC for failing to investigate and present mitigating evidence re: childhood abuse and neglect and mental health problems |
| 4th | *Walker v. True*, 401 F.3d 574, 578 (4th Cir. 2005) | Circuit | IAC for failing to investigate present mitigating evidence re: organic brain deficiency |
| 4th | *Byram v. Ozmint*, 339 F.3d 203, 206-207 (4th Cir. 2003) | District | IAC for failing to investigate and present mitigating evidence re: childhood abuse and neglect, and brain damage |
| 4th | *Jones v. Catoe*, 9 Fed. Appx. 245, 249 (4th Cir. 2001) | District | IAC for failing to investigate and present mitigating evidence re: organic brain dysfunction & psychosis, extreme poverty, and childhood abuse and neglect |
| 4th | *Skipper v. Lee*, 2000 U.S. App. LEXIS 33346, *10 n.5 (4th Cir. 2000) | District | IAC for failing to investigate and present mitigating evidence of organic brain damage |
| 5th | *Gates v. Davis*, 2016 U.S. App. LEXIS 15633 (5th Cir. 2016) | Circuit | IAC for failing to investigate and present mitigating evidence re: turbulent home life, childhood neglect, neuropsychological/cognitive disabilities, head injuries, physical and sexual abuse, and fetal alcohol-induced brain damage |
| 5th | *Escamilla v. Stephens*, 749 F.3d | Circuit | IAC for failing to investigate |

[1] This table does not purport to contain every case in which a COA was granted. It is merely illustrative and contains a representative sample of capital cases from various Circuits in which comparable ineffective assistance claims as Mr. Nelson's were granted a COA.

| | | | |
|---|---|---|---|
| | 380, 383 (5th Cir. 2014) | | and present mitigating evidence re: childhood abuse and substance abuse |
| 5th | *Cantu v. Thaler*, 632 F.3d 157, 162 (5th Cir. 2011) | District | IAC for failing to investigate mitigating mental health evidence, including bipolar disorder |
| 5th | *Gray v. Epps*, 616 F.3d 436, 439 (5th Cir. 2010) | District | IAC for failing to investigate and present mitigating evidence re: troubled upbringing and mental health problems, including low intellectual functioning |
| 5th | *Wesbrook v. Thaler*, 585 F.3d 245, 248 (5th Cir. 2009) | Circuit | IAC for failing to investigate and present mitigating evidence re: neurological impairments, including frontal lobe damage |
| 5th | *Sigala v. Quarterman*, 338 Fed. Appx. 388, 390 (5th Cir. 2009) | District | IAC for failing to investigate and present mitigating evidence re: troubled upbringing & mental health problems |
| 5th | *Blanton v. Quarterman*, 543 F.3d 230, 233 (5th Cir. 2009) | District | IAC for failing to investigate and present mitigating evidence of organic brain damage |
| 5th | *Smith v. Quarterman*, 515 F.3d 392, 397 (5th Cir. 2008) | District | IAC for failing to investigate and present mitigating evidence re: childhood background and brain damage |
| 5th | *Rodriguez v. Quarterman*, 204 Fed. Appx. 489, 491 (5th Cir. 2006) | District | IAC for failing to investigate and present evidence of brain damage |
| 5th | *Knight v. Quarterman*, 186 Fed. Appx. 518, 519 (5th Cir. 2006) | Circuit | IAC for failing to investigate and present mitigating evidence re: dysfunctional and disadvantaged upbringing and organic brain damage |
| 5th | *Smith v. Dretke*, 422 F.3d 269, 270 (5th Cir. 2005) | Circuit | IAC for failing to investigate and present mitigating evidence re: troubled background and abusive upbringing |
| 6th | *Esparza v. Sheldon*, 765 F.3d 615, 619 (6th Cir. 2014) | District | IAC for failing to investigate mitigating evidence re: abuse and neglect |
| 6th | *Van Tran v. Colson*, 764 F.3d 594, 603-04 (6th Cir. 2014) | Circuit | IAC for failing to investigate and present mitigating evidence |

| | | | |
|---|---|---|---|
| | | | re: PTSD and mental health problems |
| 6th | *Fitzpatrick v. Robinson*, 723 F.3d 624, 632 (6th Cir. 2013) | District | IAC for failing to present evidence of impaired intellectual functioning |
| 6th | *Strouth v. Colson*, 680 F.3d 596, 600 (6th Cir. 2012) | District | IAC for failing to investigate and present mitigating evidence re: brain damage and mental illness, troubled upbringing and family abuse |
| 6th | *Black v. Bell*, 664 F.3d 81, 85 (6th Cir. 2011) | District | IAC for failing to investigate and present mitigating evidence re: social history, mental health issues and brain damage |
| 6th | *Matthews v. Parker*, 651 F.3d 489, 497 (6th Cir. 2011) | Circuit | IAC for failing to investigate and present mitigating evidence re: troubled upbringing, family history of mental illness, and brain damage |
| 6th | *Landrum v. Mitchell*, 625 F.3d 905, 913 (6th Cir. 2010) | District | IAC for failing to investigate3 and present mitigating evidence re: childhood abuse and mental health problems |
| 6th | *Middlebrooks v. Bell*, 619 F.3d 526, 530 (6th Cir. 2010) | Circuit | IAC for failing to investigate and present mitigating evidence re: physical & sexual abuse, and brain damage |
| 6th | *Phillips v. Bradshaw*, 607 F.3d 199, 205 (6th Cir. 2010) | Circuit | IAC for failing to investigate and present mitigating evidence re: childhood abuse, sexual abuse, and mental health problems |
| 6th | *Sneed v. Johnson*, 600 F.3d 607, 610 (6th Cir. 2010) | Circuit | IAC for failing to discover mitigating evidence re: brain damage and childhood sexual abuse |
| 7th | *Pruitt v. Neal*, 788 F.3d 248, 252 (7th Cir. 2015) | District | IAC for failing to investigate and present mitigating mental health evidence re: psychosis and schizophrenia |
| 7th | *Holman v. Gilmore*, 126 F.3d 876 (7th Cir. 1997) | District | IAC for failing to investigate mitigating evidence re: mental health problems and brain damage |
| 9th | *Mann v. Ryan*, 828 F.3d 1143, 1151 (9th Cir. 2016) | District | IAC for failing to consult with a neuropsychologist and present |

| | | | |
|---|---|---|---|
| | | | mitigating evidence re brain damage caused by car accident |
| 9th | *Smith v. Ryan*, 823 F.3d 1270, 1278 (9th Cir. 2016) | District | IAC failing to investigate and present PET and DTI scans that showed organic brain damage |
| 9th | *Gallegos v. Ryan*, 820 F.3d 1013, 1025 (9th Cir. 2016) | District | IAC for failing to present mitigating evidence re: substance abuse, learning disability, and mental health problems |
| 9th | *Hedlund v. Ryan*, 815 F.3d 1233, 1254 n. 16 & 1257 n.17 (9th Cir. 2016) | Circuit | IAC for failing to present sufficient mitigating evidence of the neuropsychological effects of defendant's child abuse and alcohol abuse, including brain damage & IAC for failing to present mitigating evidence re: childhood abuse and substance abuse |
| 9th | *Boyer v. Chappell*, 793 F.3d 1092, 1098 n.4 (9th Cir. 2015) | District | IAC for failing to investigate and present mitigating evidence re: organic brain damage |
| 9th | *Mitchell v. United States*, 790 F.3d 881, 894 n.7 (9th Cir. 2015) | District | IAC for failing to present mitigating evidence of physical abuse, substance abuse, and mental health problems |
| 9th | *Murray v. Schriro*, 745 F.3d 984, 1010 (9th Cir. 2014) | District | IAC for failing to investigate and present mitigating evidence re: troubled childhood and organic brain damage and other neurological impairments |
| 9th | *Cunningham v. Wong*, 704 F.3d 1143, 1152-53 (9th Cir. 2013) | District | IAC for failing to present expert testimony re: defendant's nightmarish childhood and chronic underlying depressive mental illness |
| 9th | *Scott v. Ryan*, 686 F.3d 1130, 1133 (9th Cir. 2012) | District | IAC for failing to investigate and present mitigating evidence re: head injuries and brain damage |
| 9th | *Stokley v. Ryan*, 659 F.3d 802, 807 (9th Cir. 2011) | District | IAC for failing to conduct further neuropsychological testing to develop mitigation evidence |
| 9th | *Crittenden v. Ayers*, 624 F.3d 943, 949 (9th Cir. 2010) | District | IAC for failing to investigate and present mitigating evidence |

| | | | |
|---|---|---|---|
| | | | re: childhood abuse and brain dysfunction |
| 9th | *Earp v. Cullen*, 623 F.3d 1065, (9th Cir. 2010) | District | IAC for failing to investigate and present mitigating evidence re: emotional and psychological problems, familial history of substance abuse and mental health issues, and organic brain damage |
| 10th | *Smith v. Duckworth*, 824 F.3d 1233 (10th Cir. 2016) | Circuit | IAC for failing to investigate and present mitigating evidence re: physical and sexual abuse, childhood head injuries, and organic brain damage |
| 10th | *United States v. Barrett*, 797 F.3d 1207 (10th Cir. 2015) | Circuit | IAC for failing to investigate and present mitigating evidence re: organic brain damage |
| 10th | *Hanson v. Sherrod*, 797 F.3d 810 (10th Cir. 2015) | District | IAC for failing to investigate and present mitigating evidence re: mental health problems and brain damage |
| 10th | *Carter v. Bigelow*, 787 F.3d 1269, 1275 (10th Cir. 2015) | District | IAC for failing to investigate and present mitigating evidence re: childhood sexual abuse, and growing up in poverty and surrounded by crime & gang violence |
| 10th | *Fairchild v. Trammell*, 784 F.3d 702, 710 (10th Cir. 2015) | Circuit | IAC for failing to investigate and present mitigating evidence re: brain damage |
| 10th | *Williams v. Trammell*, 782 F.3d 1184, 1188 (10th Cir. 2015) | District | IAC for failing to investigate and present mitigating evidence re: abuse and neglect |
| 10th | *Cole v. Trammell*, 755 F.3d 1142, 1148 (10th Cir. 2014) | District | IAC for failing to investigate and present mitigating evidence re: drugs & incest in the family home, trauma, mental illness, and frontal-temporal lobe damage mental |
| 10th | *Grant v. Trammell*, 727 F.3d 1006, 1011 (10th Cir. 2013) | District | IAC for failing to investigate and present mitigating evidence of poverty & disadvantaged background |
| 10th | *Hooks v. Workman*, 689 F.3d 1148, 1159 (10th Cir. 2012) | District | IAC for failing to investigate and present mitigating evidence re: premature birth, abusive |

| | | | |
|---|---|---|---|
| | | | father, chaotic upbringing, head injury, mental health problems, and organic brain damage |
| 10th | *Anderson v. Sirmons*, 476 F.3d 1131, 1133 n.2 (10th Cir. 2007) | District | IAC for failing to investigate and present mitigating evidence of neglect & abuse, and brain damage |
| 10th | *Smith v. Mullin*, 379 F.3d 919, 923 (10th Cir. 2004) | District | IAC for failing to investigate and present mitigating evidence re: troubled background and brain damaged caused by childhood drowning incident that resulted in lack of oxygen to the brain |
| 11th | *Arbelaez v. Fla. Dep't of Corr.*, 2016 U.S. App. LEXIS 18383, *16 (11th Cir. 2016) | District | IAC for failing to investigate and present mitigating evidence re: mental health problems and troubled family history |
| 11th | *Jones v. Sec'y, Fla. Dep't of Corr.*, 834 F.3d 1299, 1310 (11th Cir. 2016) | District | IAC for failing to investigate and present mitigating mental health evidence re: brain damage and psychosis |
| 11th | *Tharpe v. Warden*, 834 F.3d 1323, 1326 (11th Cir. 2016) | District | IAC for failing to investigate and present mitigating evidence re: brain damage and childhood abuse |
| 11th | *Ledford v. Warden, Ga. Diagnostic & Classification Prison*, 818 F.3d 600, 608 (11th Cir 2016) | District | IAC for failing to investigate and present mitigating evidence re: brain damage and childhood abuse |
| 11th | *Floyd v. Sec'y, Fla. Dep't of Corr.*, 638 Fed. Appx. 909, 910 (11th Cir. 2016) | Circuit | IAC for failing to investigate and present mitigating mental health evidence re: brain damage and psychosis |
| 11th | *McWilliams v. Comm'r, Ala. Dep't of Corr.*, 634 Fed. Appx. 698, 699 (11th Cir. 2015) | Circuit | IAC for failing to investigate and present mitigating evidence re: mental health problems |
| 11th | *Samra v. Warden*, 626 Fed. Appx. 227, 239 (11th Cir. 2015) | Circuit | IAC for failing to investigate and present mitigating evidence re: brain impairment |
| 11th | *Barwick v. Sec'y, Fla. Dep't of Corr.*, 794 F.3d 1239, 1243 (11th Cir. 2015) | District | IAC for failing to investigate and present mitigating evidence re: sexual, physical, & mental abuse, as well as brain damage and dysfunction |