**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 15-3160

Keith D. Nelson

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08005-FJG)

---

**ORDER**

By a vote of the majority of the active judges, appellant's motion to hold this matter in abeyance pending the Supreme Court of the United States' decision in No. 15-8049 *Buck v. Davis* is granted.

Counsel shall promptly notify the clerk of the issuance of the decision in *Buck v. Davis*.

February 17, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans