IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Keith Nelson, | No. 15-3160 |
| Appellant, | Civil No. 4:04-8005-cv-W (FJG) |
| v. | **NOTICE TO COURT OF DECISION IN *BUCK V. DAVIS*** |
| United States of America, | **Death-Penalty Case** |
| Appellees. | |

---

Pursuant to this Court's Order of February 17, 2017,[1] counsel for Keith Nelson hereby submits this Notice to the Court that the United States Supreme Court has reached a decision in *Buck v. Davis*, 580 U.S. ___ (2017), — S.Ct. —, 2017 WL 685534 (Feb. 22, 2017).

This case was held in abeyance pending a decision in the *Buck* case. Prior to the Order holding this matter in abeyance, the Government was ordered to respond to the Petition for Rehearing *en banc*.[2]

[1] *See* Order, Docket Entry ID: 4503119 (filed 2/27/17).
[2] *See* Order, Docket Entry ID: 4485763 (filed 1/3/17).

Respectfully submitted this 23rd day of February, 2017.

Jon M. Sands
Federal Public Defender

By */s/ Paula Harms*
Paula K. Harms (Arizona Bar No. 022489)
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone (602) 382-2816
Facsimile (602) 889-3960
Paula_Harms@fd.org

Ruhnke & Barrett, Attorneys at Law

By: */s/ David A. Ruhnke*
David A. Ruhnke
47 Park Street
Montclair, New Jersey 07042
Telephone (973)744-1000
Facsimile (973)746-1490
dr@ruhnkeandbarrett.com

**Certificate of Compliance with Type-Volume Limit,**
**Typeface Requirements, and Type-Style Requirements**

1. This document complies with the word limit of Fed. R. App. P. 35(b)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 97 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 (version 14.0.7173.5000) in 14-point font size and Times New Roman type style.

/s/ Paula K. Harms
Attorney for Keith Nelson
Dated: February 23, 2017

## Certificate of Service

I hereby certify that on February 23, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/Robin Stoltze
Assistant Paralegal
Capital Habeas Unit



Appellate Case: 15-3160 Page: 4 Date Filed: 02/23/2017 Entry ID: 4504636