IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Keith Nelson,<br>Appellant, | No. 15-3160<br>Civil No. 4:04-8005-cv-W (FJG) |
| v. | **MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING** |
| United States of America,<br>Appellees. | **Death-Penalty Case** |

---

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure, Keith Nelson, by and through counsel, respectfully requests leave of this Court *en banc* to file a supplemental pleading. By order of this Court,[1] Mr. Nelson's Petition for Rehearing/Rehearing *En Banc* (hereafter "Petition") was held in abeyance pending a decision by the United States Supreme Court in *Buck v. Davis*, No. 15-8049 (2016). The issue presented in *Buck* – whether the circuit court imposed an improper and unduly burdensome Certificate of Appealability ("COA") standard that precluded merits review of a claim that trial counsel was constitutionally ineffective – is the same as the issue presented in Mr. Nelson's Petition.[2]

The Supreme Court has now issued its decision. *See Buck v. Davis*, 580 U.S. ___ (February 22, 2017). *Buck* was decided in Mr. Nelson's favor on the dispositive issue, and it is respectfully submitted that *Buck* provides guidance to

[1] *See* Order, Docket Entry ID: 4503119 (filed 2/17/17).
[2] *See* Petition, Docket Entry ID: 4480086 (filed 12/15/16).

this Court in deciding whether to rehear Mr. Nelson's case. Specifically, *Buck*'s articulation of the relevant COA inquiry demonstrates that the panel opinion departed from the mandated procedure prescribed by 28 U.S.C. §2253 in its denial of Mr. Nelson's request for a COA. Mr. Nelson thus seeks leave to file the attached supplemental pleading. Mr. Nelson respectfully submits that granting this request will aid the Court in its decision on whether to rehear his case and avoid the possibility of a grant-vacate-remand order, and thus will serve the interests of judicial economy.

## CONCLUSION

In the interest of judicial economy, it is respectfully requested that this Court grant Mr. Nelson leave to file a supplemental pleading for *en banc* review concerning the Supreme Court's decision in *Buck v. Davis*, 580 U.S. ___ (2017).



Appellate Case: 15-3160 Page: 2 Date Filed: 02/23/2017 Entry ID: 4504641

Respectfully submitted this 23rd day of February, 2017.

Jon M. Sands
Federal Public Defender

By */s/ Paula Harms*
Paula K. Harms (Arizona Bar No. 022489)
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone (602) 382-2816
Facsimile (602) 889-3960
Paula_Harms@fd.org

Ruhnke & Barrett, Attorneys at Law

By: */s/ David A. Ruhnke*
David A. Ruhnke
47 Park Street
Montclair, New Jersey 07042
Telephone (973)744-1000
Facsimile (973)746-1490
dr@ruhnkeandbarrett.com

**Certificate of Compliance with Type-Volume Limit,**
**Typeface Requirements, and Type-Style Requirements**

1. This document complies with the word limit of Fed. R. App. P. 35(b)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 295 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 (version 14.0.7173.5000) in 14-point font size and Times New Roman type style.

/s/ Paula K. Harms
Attorney for Keith Nelson
Dated: February 23, 2017

**Certificate of Service**

I hereby certify that on February 23, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/Robin Stoltze
Assistant Paralegal
Capital Habeas Unit



Appellate Case: 15-3160 Page: 5 Date Filed: 02/23/2017 Entry ID: 4504641