# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3160

Keith D. Nelson

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08005-FJG)

---

**ORDER**

A petition for rehearing has been filed by the appellant in the above case. The court requests a response to the petition for rehearing by the panel.

The response is limited to 3900 words, and must contain a word count certificate. The response should be filed electronically by April 24, 2017.

April 14, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans