**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| **KEITH D. NELSON,** | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 15-3160 |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Appellee. | ) | |

**GOVERNMENT'S MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSE**

The appellee, the United States of America, appears by Thomas M. Larson, Acting United States Attorney, and Lajuana M. Counts, Assistant United States Attorney, both for the Western District of Missouri, respectfully requests an extension of time in which to respond to the appellant's petition for *en banc* rehearing and also for rehearing by panel. The United States offers the following suggestions in support of this motion:

1. Government's response is currently due April 24, 2017. The Government is requesting a three-week extension of time up to and including May 15, 2017;

2. Undersigned counsel needs additional time to adequately research the issue raised and prepare a response to the petition;

3. Government counsel has been reviewing other briefs and responses that were due this past week, and will be out of the office April 25-28, at mandatory training at the National Advocacy Center in Columbia, South Carolina, and will not return until Tuesday, May 2. Government counsel also has another brief that is due with this Court, *United States v. Helm*, Case No. 17-1284, upon returning to the office;

4. Accordingly, the Government is seeking a three-week extension of time until May 15, 2017, within which to file its response in this case;

Based on the foregoing reasons, the United States respectfully requests a three-week extension of time up to and including May 15, 2017, in which to file the Government's response.

Respectfully submitted,

THOMAS M. LARSON
United States Attorney

By /s/ *Lajuana M. Counts*

LAJUANA M. COUNTS
JEFF VALENTI
Assistant United States Attorneys

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Appellee*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(a)(7)(C), that this motion complies with the type-volume limitations in Fed. R. App. P. 32(a)(7)(B) and contains 482 words. This motion was prepared using Microsoft Word 2016 software. In making this certification I have relied upon the word-count feature of Microsoft Word 2016. Furthermore, this motion has been determined to be virus-free in compliance with Eighth Circuit Rule 28A(h).

/s/ *Lajuana M. Counts*
Lajuana M. Counts
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2017, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Paula Harms
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007

David Ruhnke
47 Park Street
Montclair, New Jersey 07042

*Attorneys for Nelson*

/s/ *Lajuana M. Counts*
Lajuana M. Counts
Assistant United States Attorney



Appellate Case: 15-3160 Page: 4 Date Filed: 04/24/2017 Entry ID: 4527820