**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 15-3160

Keith D. Nelson

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08005-FJG)

---

**ORDER**

Pursuant to the court's order of July 19, 2017 granting the petition for panel rehearing and directing the clerk to set a briefing schedule, the following briefing schedule is hereby established:

| | |
|---|---|
| Appellant's Brief and Addendum | September 1, 2017 |
| Appellee's Brief and Addendum | October 2, 2017 |
| Appellant's Reply Brief | October 16, 2017 |

July 20, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans