IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Keith Nelson,<br>Appellant,<br><br>v.<br><br>United States of America,<br>Appellees. | No. 15-3160<br>Civil No. 4:04-8005-cv-W (FJG)<br><br>**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND ADDENDUM**<br><br>**Death-Penalty Case** |

Nelson, by and through counsel, respectfully requests an extension of 45 days, up to and including October 16, 2017, in which to file his brief and addendum. Counsel for the government consents to the requested extension.

**REASONS FOR REQUESTED EXTENSION OF TIME**

Nelson's brief is currently due September 1, 2017. Mr. Nelson's counsel are attempting to manage their pending cases consistent with their duties under the Sixth Amendment to the United States Constitution and the ABA Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases (1989) and (2003). Mr. Nelson's counsel have a substantial need for the requested extension. The briefing schedule was set on July 20, 2017.

On July 10, 2017, Attorney David Ruhnke completed a 10-week federal death penalty trial in the Middle District of Pennsylvania, *United States v. Jessie Con-Ui*, 13-cr-00123 (ARC). The case involved the murder of a federal

correctional office by an inmate serving a life sentence for a prior murder. The murder was captured in vivid detail on videotape. Jury-selection occupied 23 days. Although guilt was not contested, the first stage of the trial lasted three days. There were three weeks of penalty-phase evidence.

Shortly after the conclusion of his capital trial, Mr. Ruhnke honored an existing teaching commitment at the Santa Clara University School of Law and was on-site teaching the defense of capital cases on a daily basis from July 29 through August 3.

The 10-week capital trial described above led to many continuances of court appearances and deadlines in other cases and Mr. Ruhnke has been dealing with that backlog ever since the conclusion of the trial. On September 6, he is scheduled to begin jury-selection in a non-capital terrorism case venued in Brooklyn the Eastern District of New York. That case, *United States v. Muhanad Al-Farekh*, 15-cr-00268 (BMC), is expected to occupy the month of September with occasional days off. Following the conclusion of the *Al-Farekh* trial, Mr. Ruhnke's schedule opens up somewhat.

Paula Harms, is co-counsel for Mr. Nelson in this matter. She currently represents eleven clients under sentences of death. Ms. Harms is lead counsel on a capital habeas case for which an evidentiary hearing was held August 14-17, 2017, in Tucson, Arizona. The case, *Salazar v. Ryan*, CV-96-00085-TUC-FRZ (D.

Ariz), involved multiple expert and fact witnesses, which required that Ms. Harms travel for depositions on July 11-13, July 19-20, and August 5-6. Ms. Harms filed witness and exhibit lists in that case on July 14, a final proposed prehearing order and proposed findings of fact and conclusions of law on July 24, and a final prehearing conference was held on August 9, 2017 in Tucson. Counsel needed to spend the bulk of her time until the hearing preparing for the case.

Ms. Harms also has conflicting deadlines in other capital cases. She is sole counsel in another capital case in which a Response to Motion to Conduct New Independent Review of Death Sentence is due with the Arizona Supreme Court on August 31, 2017, *State v. Hedlund*, CR-93-0377-AP. She is also sole counsel for another capital case in which state filings are due in the Utah State Supreme Court on August 21, 2017 and September 1, 2017, *Carter v. State*, No. 20170641.

WHEREFORE, for the reasons herein stated, and with the consent of the United States, Nelson prays that the Court grant his motion for extension of time up to and including October 16, 2017.

Respectfully submitted this 21st day of August, 2017.

Jon M. Sands
Federal Public Defender

By *__/s/ Paula Harms__*
Paula K. Harms (Arizona Bar No. 022489)
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone (602) 382-2816
Facsimile (602) 889-3960
Paula_Harms@fd.org

Ruhnke & Barrett

By: *__/s/ David A. Ruhnke__*
David A. Ruhnke
47 Park Street
Montclair, New Jersey 07042
Telephone (973)744-1000
Facsimile (973)746-1490
dr@ruhnkeandbarrett.com

**Certificate of Compliance with Type-Volume Limit,**
**Typeface Requirements, and Type-Style Requirements**

1. This document complies with the word limit of Fed. R. App. P. 35(b)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 571 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 (version 14.0.7173.5000) in 14-point font size and Times New Roman type style.

/s/ Paula K. Harms
Attorney for Keith Nelson

Dated: August 21, 2017

## Certificate of Service

I hereby certify that on August 21, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>s/Robin Stoltze</u>
Assistant Paralegal
Capital Habeas Unit



Appellate Case: 15-3160 Page: 6 Date Filed: 08/21/2017 Entry ID: 4570813