**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 15-3160

Keith D. Nelson

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08005-FJG)

---

**ORDER**

Appellant's motion to modify the certificate of appealability is granted and the certificate of appealability is expanded to include the claim that trial counsel was ineffective for advising him to plead guilty.

Appellant's motion for an extension of time to file his brief is granted to October 16, 2017.

August 28, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans