IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Keith Nelson,<br>Appellant,<br><br>v.<br><br>United States of America,<br>Appellees. | No. 15-3160<br>Civil No. 4:04-8005-cv-W (FJG)<br><br>CONSENT MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND ADDENDUM<br><br><u>Death-Penalty Case</u> |

---

Appellant Keith Nelson, by and through counsel, and with the consent of the United States, respectfully requests an extension of 30 days, up to and including November 15, 2017, in which to file his brief and addendum. The briefing schedule in Mr. Nelson's case was originally set on July 20, 2017. Due to undersigned counsel's other obligations, set out in more detail below, this Court agreed to extend the original filing date of September 1, 2016 until October 16, 2017. After that new briefing schedule was entered, one of the undersigned counsel, Paula Harms, was stranded in Puerto Rico after the island was hit by Hurricane Maria. Due to that unforeseen circumstance, Mr. Nelson's counsel have a substantial need for the requested extension. Counsel for the government consents to the requested extension.



Appellate Case: 15-3160 Page: 1 Date Filed: 09/29/2017 Entry ID: 4584143

REASONS FOR REQUESTED EXTENSION OF TIME

On September 6, 2017, Attorney David Ruhnke began jury selection in a non-capital terrorism case venued in the Eastern District of New York. That case, *United States v. Muhanad Al-Farekh*, 15-cr-00268 (BMC), has occupied most of the month of September, and is still ongoing. As a result, Mr. Ruhnke has been unable to devote any significant amount of time to Mr. Nelson's case while he has been focused on his trial obligations.

Attorney Paula Harms is co-counsel for Mr. Nelson in this matter. While Mr. Ruhnke was preparing for his terrorism case, Ms. Harms was preparing for and conducting an evidentiary hearing in *Salazar v. Ryan*, CV-96-00085-TUC-FRZ (D. Ariz), a capital § 2254 case. The four-day evidentiary hearing was conducted from August 14 to August 17, 2017, and Ms. Harms was ordered to file the post-evidentiary hearing brief in that case by October 5, 2017.

Immediately, after the *Salazar* hearing was concluded, Ms. Harms had an August 31, 2017 deadline to contend with in another capital case in which she is sole counsel: *State v. Hedlund*, CR-93-0377-AP. There, Ms. Harms was responsible for drafting and filing a Response to the State of Arizona's Motion to Conduct New Independent Review of Death Sentence in the Arizona Supreme Court, after the Ninth Court of Appeals granted the writ of habeas corpus as to a



Appellate Case: 15-3160 Page: 2 Date Filed: 09/29/2017 Entry ID: 4584143

capital sentence pursuant to *McKinney v. Ryan*, 813 F.3d 798 (9th Cir. 2015) (*en banc*). The drafting of this response took up the bulk of Ms. Harms's time during the latter half of August.

Ms. Harms also has pleadings due in two other capital cases in the month of October in the Ninth Circuit Court of Appeals: an opening brief due on October 5, 2017, in *Ramirez v. Ryan*, No. 10-99023, as well as a petition for rehearing/petition for rehearing *en banc* due on October 20, 2017, in *Atwood v. Ryan*, No. 14-99002.

On September 15, 2017, Ms. Harms traveled to Puerto Rico for what was supposed to be a ten-day trip. On September 20, Hurricane Maria, a powerful Category 4 hurricane with 150 mile-per-hour winds, made direct landfall on Puerto Rico. Ms. Harms's return flight was cancelled. After numerous re-bookings and cancellations, Mr. Harms was finally able to board a plane to New York on September 28, 2017, and is currently *en route* back to her home in Phoenix, Arizona. Because of the hurricane, Mr. Harms had no access to cellular telephone service, very limited access to email and  power was spotty and depended on generators. The situation that she faced in Puerto Rico was dire and was both physically and mentally exhausting. Needless to say, she was unable to work on the brief in Mr. Nelson's case while Mr. Ruhnke was on trial in his terrorism case, and she has fallen behind on her commitments in her other cases, too.



Appellate Case: 15-3160     Page: 3     Date Filed: 09/29/2017 Entry ID: 4584143

Mr. Nelson's counsel are attempting to manage their pending cases consistent with their duties under the Sixth Amendment to the United States Constitution and the ABA Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases (1989) and (2003). Given the unforeseen circumstances that made Ms. Harms a victim of Hurricane Maria, Mr. Nelson's counsel have a substantial need for the requested extension.

Undersigned counsel conferred with counsel for the government regarding this request; counsel for the government have stated they have no objection to an extension of 30 days.

## CONCLUSION

WHEREFORE, for the reasons herein stated, and with the consent of the United States, Mr. Nelson prays that the Court grant his motion for extension of time up to and including November 15, 2017.

Respectfully submitted this 29th day of September 2017.

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

Certificate of Compliance with Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 35(b)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 984 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 (version 14.0.7173.5000) in 14-point font size and Times New Roman type style.

*/s/ David A. Ruhnke*
Attorney for Appellant, Keith Nelson

Dated: September 29, 2017

**Certificate of Service**

I hereby certify that on September 29, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ David A. Ruhnke
Attorney for Keith Nelson



Appellate Case: 15-3160 Page: 5 Date Filed: 09/29/2017 Entry ID: 4584143