**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 15-3160

Keith D. Nelson

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08005-FJG)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until November 15, 2017 to file the brief.

September 29, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans