# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3160

Keith D. Nelson

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08005-FJG)

---

**ORDER**

Appellant's motion to file an overlength brief is granted. Appellant may file a brief not to exceed 26,000 words.

November 13, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans