# Corrected Certificate of Service

Keith D. Nelson, Appellant,

vs.

United States of America, Appellees.
No. 15-3160

I certify that on November 20, 2017, I sent copies of the Opening Brief, the Addendum and Appendix, to the following individuals in the number indicated via Federal Express:

| | |
|---|---|
| Ten copies of the Brief<br>and Addendum;<br>Three copies of the Appendix | Clerk of Court<br>U.S. Court of Appeals, 8th Circuit<br>111 South 10th Street, Room 24.329<br>St. Louis, Missouri 63102<br>San Francisco, California 94103 |
| One copy of Brief, Addendum<br>and Appendix | Lajuana Counts<br>US Attorney Office<br>400 East 9th Street, 5th Floor<br>Kansas City, Missouri 64106 |

s/Robin Stoltze
Legal Assistant
Capital Habeas Unit