**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 15-3160 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellant. | ) | |

## GOVERNMENT'S MOTION TO CONTINUE ORAL ARGUMENT

The appellee, the United States of America, by its undersigned counsel, respectfully requests a continuance of oral argument. This case has been set for oral argument in St. Louis, Missouri, on January 10, 2018, before Division II (Judges Smith, Wollman, and Colloton). The Government offers the following suggestions in support of this motion.

Appellant Keith D. Nelson's notice of appeal of the denial of his 28 U.S.C. § 2255 motion was docketed with this Court on September 28, 2015. Nelson filed his "Motion for Issuance of a Certificate of Appealability" on February 29, 2016. On March 1, 2016, this Court ordered the Government to file a response to Nelson's certification of appealability which was filed on June 27, 2016. Nelson filed his reply August 18, 2016.

This case was submitted to the panel on August 22, 2016. This Court's judgment denying Nelson's certification of appealability was entered on September 15, 2016. Subsequently, Nelson file a "Petition For Rehearing/Rehearing En Banc" on December 15, 2016. On January 3, 2017, this Court directed the Government to respond to Nelson's petition. Before the Government filed its response, Nelson filed a motion to hold this case in abeyance pending a ruling by the Supreme Court in *Buck v. Davis*, 580 U.S. —, 137 S.Ct. 759 (Feb. 22, 2017), which this Court, by a majority vote, granted on February 17, 2017.

After the Supreme Court's decision was issued in *Buck v. Davis* on February 22, 2107, Nelson filed a motion to file a supplemental pleading, which this Court granted on March 3, 2017. Nelson filed his supplemental pleading on March 3, 2017. This Court again directed the Government to file its response to Nelson's petition for rehearing. The Government filed its response in opposition to Nelson's petition for rehearing on May 5, 2017.

On July 19, 2017, this Court granted Nelson's petition for panel rehearing in part. This petition was granted as to the first and second issues raised by Nelson involving four claims in the district court:

> Claims A(2) & (3)—alleged ineffective assistance of trial counsel in failing to conduct adequate mitigation investigation, including failure to move for a continuance to complete one;
>
> Claim A(4)—alleged ineffective assistance of trial counsel in failing to conduct an adequate investigation of defendant's mental health;



Appellate Case: 15-3160 Page: 2 Date Filed: 12/08/2017 Entry ID: 4608913

> Claim A(5)—alleged ineffective assistance of trial counsel in advising or instructing defendant to decline to submit to a mental health examination by a government examiner.

(Order dated 07/19/17, 15-3160.) The remainder of Nelson's petition for rehearing was denied.

A 30-day briefing schedule was set on July 20, 2017, with the court's order anticipating oral argument on the January 2018 docket. Nelson's brief was originally due on September 1, 2017, but two more extension motions were requested and granted. This Court also granted Nelson's motions to expand the certificate of appealability to include the claim that trial counsel was ineffective for advising him to plead guilty, and to file an overlength brief of 26,000 words. Nelson's 136-page opening brief was ultimately submitted on November 15, 2017. The Government's brief was therefore due on December 18, 2017. On December 7, 2017, this Court issued its January 2018 oral argument docket, which set the Nelson case for argument on January 10, 2018, in St. Louis.

The Government, with no objection from appellant counsel, respectfully asks this Court to continue the oral argument for this case to later docket. Government counsel needs time to research, prepare, draft and file its brief in response to Nelson's 136-page brief and 462-page appendix. Furthermore, Government counsel, Mr. Valenti has a death penalty trial set for several weeks, spanning from February to March 2018. This time frame would also allow time for appellant



Appellate Case: 15-3160 Page: 3 Date Filed: 12/08/2017 Entry ID: 4608913

counsel, if they so choose, to file any reply to the Government's brief. Consequently, counsel would respectfully ask for a continuance of the oral argument until the docket set for either April 9-13, 2018, or preferably May 14-18, 2018.

Wherefore, based on the foregoing, the Government respectfully asks this Court to continue the oral argument for this case currently set for the January 10, 2018 docket, to either the April or May oral argument docket.

Respectfully submitted,

THOMAS M. LARSON
Acting United States Attorney

By ***/s/ Lajuana M. Counts***

LAJUANA M. COUNTS
JEFFREY VALENTI
Assistant United States Attorneys

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Appellee*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(a)(7)(C), that this motion complies with the type-volume limitations in Fed. R. App. P. 32(a)(7)(B) and contains 953 words. This motion was prepared using Microsoft Word 2016 software. In making this certification I have relied upon the word-count feature of Microsoft Word 2016. Furthermore, this motion has been determined to be virus-free in compliance with Eighth Circuit Rule 28A(h).

***/s/ Lajuana M. Counts***

Lajuana M. Counts
Assistant United States Attorney



Appellate Case: 15-3160 Page: 5 Date Filed: 12/08/2017 Entry ID: 4608913

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2017, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Paula Harms
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007

David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042

*Attorneys for Nelson*

***/s/ Lajuana M. Counts***

Lajuana M. Counts
Assistant United States Attorney