**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| **KEITH D. NELSON**, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 15-3160 |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Appellee. | ) | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME

The appellee, the United States of America, appears by Thomas M. Larson, Acting United States Attorney, and Lajuana M. Counts, Assistant United States Attorney, both for the Western District of Missouri, and respectfully requests an extension of time in which to respond to appellant Keith D. Nelson's brief. The Government offers the following suggestions in support of this motion:

1. Government's response is currently due December 18, 2017. The Government is requesting an extension of time up to and including February 23, 2018;

2. Nelson's brief was originally due on September 1, 2017, but he was granted a motion to expand the certification of appealability on August 28, 2017, and two extensions with a filing date of November 15, 2017;



Appellate Case: 15-3160 Page: 1 Date Filed: 12/18/2017 Entry ID: 4611498

3. Nelson filed his brief on November 15, 2017. The brief is 136 pages in length and is accompanied by a 462-page appendix;

4. Based upon the length of the application and the complexity of the record, the Government is seeking an extension of time up to and including February 23, 2018, within which to file its brief in this case;

5. Government counsel has contacted opposing counsel and they have no objection to this request.

Based on the foregoing reasons, the United States respectfully requests an extension of time up to and including February 23, 2018, in which to file the Government's brief.

Respectfully submitted,

THOMAS M. LARSON
Acting United States Attorney

By /s/ *Lajuana M. Counts*

LAJUANA M. COUNTS
JEFF VALENTI
Assistant United States Attorneys

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Appellee*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(a)(7)(C), that this motion complies with the type-volume limitations in Fed. R. App. P. 32(a)(7)(B) and contains 480 words. This motion was prepared using Microsoft Word 2016 software. In making this certification I have relied upon the word-count feature of Microsoft Word 2016. Furthermore, this motion has been determined to be virus-free in compliance with Eighth Circuit Rule 28A(h).

/s/ *Lajuana M. Counts*
Lajuana M. Counts
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2017, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Paula Harms
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007

David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042

*Attorneys for Nelson*

/s/ *Lajuana M. Counts*
Lajuana M. Counts
Assistant United States Attorney



Appellate Case: 15-3160 Page: 4 Date Filed: 12/18/2017 Entry ID: 4611498