**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 15-3160

Keith D. Nelson

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08005-FJG)

---

**ORDER**

Appellee's motion for an extension of time to file the brief is granted in part. Appellee may have until February 9, 2018 to file the brief.

This date will not be extended as the court has directed the matter to be set during the April, 2018 session of court.

December 20, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans