**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| KEITH D. NELSON, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 15-3160 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellant. | ) | |

**GOVERNMENT'S MOTION TO FILE OVERLENGTH BRIEF**

The appellee, the United States of America, appears by its undersigned counsel and requests an order allowing the Government to file an overlength brief of 20,000 words. The Government offers the following suggestions in support of this motion:

1. The Government's brief is currently due to be filed with this Court no later than February 9, 2018, with no further extensions;

2. The Government's brief is nearly completed with over 18,800 words, which already exceeds the allowable 13,000-word limit authorized by Fed. R. App. P. 32(a)(7)(B)(i). The Government believes that the remainder of its brief can be completed with a word count of no more than 20,000 words;

3. Counsel for Nelson requested, without objection from the Government, permission to file an overlength brief of 26,000 words, which this Court granted on November 13, 2017;

4. Because of the extensive record and the issues involved, the Government, despite considerable effort, has been unable to prepare a brief that adequately sets forth the facts and fully addresses all of Nelson's claims without exceeding the normal 13,000-word limit; and

5. The Government has contacted Nelson's counsel, and they do not oppose or object to the Government's request.

Wherefore, based on the foregoing reasons, the Government respectfully requests an order from this Court allowing the Government to file an overlength brief of no more than 20,000 words.

Respectfully submitted,

TIMOTHY A. GARRISON
United States Attorney

By /s/ *Lajuana M. Counts*

LAJUANA M. COUNTS
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Appellee*



Appellate Case: 15-3160 Page: 2 Date Filed: 02/05/2018 Entry ID: 4626709

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(a)(7)(C), that this motion complies with the type-volume limitations in Fed. R. App. P. 32(a)(7)(B) and contains 472 words. This motion was prepared using Microsoft Word 2016 software. In making this certification I have relied upon the word-count feature of Microsoft Word 2016. Furthermore, this motion has been determined to be virus-free in compliance with Eighth Circuit Rule 28A(h).

/s/ *Lajuana M. Counts*
Lajuana M. Counts
Assistant United States Attorney



Appellate Case: 15-3160 Page: 3 Date Filed: 02/05/2018 Entry ID: 4626709

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2018, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Paula Harms
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007

David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042

*Attorneys for Nelson*

/s/ *Lajuana M. Counts*
Lajuana M. Counts
Assistant United States Attorney