IN THE UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Keith Nelson,<br>Appellant,<br><br>v.<br><br>United States of America,<br>Appellees. | No. 15-3160<br>Civil No. 4:04-8005-cv-W (FJG)<br><br>**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF**<br><br>**Death-Penalty Case** |

---

Keith Nelson, by and through counsel, respectfully requests an extension of time in which to file his reply in response to the Government's brief. Due to undersigned counsel's other obligations, set out in more detail below, Mr. Nelson's counsel have a substantial need for the requested extension. Counsel for the Government consents to the requested extension. Mr. Nelson states the following grounds for his Motion:

1. After seeking and receiving a 53-day extension, the Government's brief was timely filed on February 12, 2018.

2. Mr. Nelson's reply brief is currently due on February 26, 2018. Mr. Nelson respectfully requests an extension of fourteen days, up to and including March 12, 2018, in which to file his reply brief.

3. Attorney David A. Ruhnke is lead counsel for Mr. Nelson in this matter. At the end of November 2017, he experienced a serious health episode that resulted in his three-week hospitalization for a condition that was at the time described as "life threatening." His medical team advised him to slow down his workload and attend to matters only as necessary. Fortunately, over the intervening months, Mr. Ruhnke has made a full recovery and has recently been cleared to resume work on a full-time basis. In the meantime, however, numerous of Mr. Ruhnke's cases were adjourned to new dates, many of which are now coming up. The requested extension will permit him to have meaningful participation in the drafting of the reply brief.

4. Attorney Paula Harms is co-counsel for Mr. Nelson in this matter. Ms. Harms has a reply brief due on February 26, 2018, in the matter of *Harrod v. Ryan*, 2:16-cv-02011-PHX-GMS (D. Ariz.), a capital habeas corpus case, and this deadline cannot be further extended. Ms. Harms will be unable to devote any significant amount of time to Mr. Nelson's case while she is focused on meeting her briefing deadline in this other matter.

5. Mr. Nelson's counsel are attempting to manage their pending cases consistent with their duties under the Sixth Amendment to the United States Constitution and the ABA Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases (1989) and (2003). Given the aforementioned scheduling conflicts, Mr. Nelson's counsel have a substantial need for the requested



Appellate Case: 15-3160 Page: 2 Date Filed: 02/16/2018 Entry ID: 4631094

extension in this case in order to provide professionally appropriate briefing in response to the substantive and procedural arguments raised by the Government's brief. The claims raised in this federal capital habeas case are uniquely fact-intensive, even by capital case standards, and the complexity of the legal issues and the record is evidenced by the fact that both parties have previously sought – and received – leave to file over-length briefs to adequately address the matters pending before this Court. This Motion is filed in good faith and is based on the undersigned's sincere belief that the requested extension is necessary so that counsel can provide the Court with a meaningful reply brief that addresses the issues presented in this case in a thorough and appropriate manner.

6. Undersigned counsel conferred with counsel for the Government regarding this request, who have stated they have no objection to an extension of 14 days.



Appellate Case: 15-3160 Page: 3 Date Filed: 02/16/2018 Entry ID: 4631094

## Conclusion

WHEREFORE, for the reasons herein stated, and with the consent of the United States, Mr. Nelson prays that the Court grant his motion for extension of time up to and including March 12, 2018.

Respectfully submitted this 16th day of February, 2018.

*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile
Paula_Harms@fd.org

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

**Certificate of Compliance with Type-Volume Limit,**
**Typeface Requirements, and Type-Style Requirements**

1. This document complies with the word limit of Fed. R. App. P. 35(b)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 557 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 (version 14.0.7173.5000) in 14-point font size and Times New Roman type style.

/s/ Paula K. Harms
Attorney for Keith Nelson
Dated: February 16, 2018

**Certificate of Service**

I hereby certify that on February 16, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/Catherine Jacobs
Assistant Paralegal
Capital Habeas Unit



Appellate Case: 15-3160 Page: 6 Date Filed: 02/16/2018 Entry ID: 4631094