**On TED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 15-3160

Keith D. Nelson

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08005-FJG)

---

**ORDER**

Appellant's motion for an extension of time is granted to March 12, 2018. However, counsel should note that the court has scheduled this case for oral argument on April 12, 2018, and no further extensions for filing the reply brief will be granted.

February 16, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans