**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 15-3160

Keith D. Nelson

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08005-FJG)

---

**ORDER**

The motion of Paula Harms for leave to file a brief in excess of the limits set forth in Federal Rules of Appellate Procedure Rule 32(a)(7)(A) and (B) is granted. The appellant may file a brief not to exceed 10,000 words.

March 07, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans