**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

November 28, 2018

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 15-3160 Keith Nelson v. United States

Dear Sirs:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant was David A. Ruhnke, of Montclair, NJ. The following attorney(s) appeared on the appellant brief; Paula Kay Harms, AFPD, of Phoenix, AZ.

Counsel who presented argument on behalf of the appellee was Jeffrey E. Valenti, AUSA, of Kansas City, MO. The following attorney(s) appeared on the appellee brief; Lajuana M. Counts, AUSA, of No City, David M. Ketchmark, AUSA, of Kansas City, MO.

The judge who heard the case in the district court was Honorable Fernando J. Gaitan, Jr.. The judgment of the district court was entered on July 27, 2015.

If you have any questions concerning this case, please call this office.

Michael E. Gans
Clerk of Court

MDS

Enclosure(s)

cc: MO Lawyers Weekly

District Court/Agency Case Number(s): 4:04-cv-08005-FJG