IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Keith Nelson,<br>Appellant,<br><br>v.<br><br>United States of America,<br>Appellees. | No. 15-3160<br>Civil No. 4:04-8005-cv-W (FJG)<br><br>**MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING/REHEARING EN BANC**<br><br>**Death-Penalty Case** |

---

Keith Nelson, by and through counsel, respectfully requests an extension of time in which to file his Petition for Rehearing/Rehearing En Banc. Due to undersigned counsel's other obligations, set out in more detail below, Mr. Nelson's counsel have a substantial need for the requested extension. Counsel for the Government consents to the requested extension. Mr. Nelson states the following grounds for his Motion:

1. Mr. Nelson's Petition for Rehearing/Rehearing En Banc is currently due on January 14, 2019. Mr. Nelson respectfully requests an extension of thirty days, up to and including February 13, 2019, in which to file his Petition for Rehearing/Rehearing En Banc.

2. Attorney David A. Ruhnke is lead counsel for Mr. Nelson in this matter. Mr. Ruhnke is scheduled to start the retrial of a federal capital case in the District of Puerto Rico, with jury selection starting on April 1, 2019. *United States v.*



Appellate Case: 15-3160 Page: 1 Date Filed: 01/07/2019 Entry ID: 4742955

*Candelario*, 09-cr-427(FAB). Over the next ninety days, Mr. Ruhnke will be heavily involved in trial preparation, the review of jury questionnaires and pre-trial motions. The extension of time is necessary that that he may meaningfully participate in the preparation of the rehearing motions.

3. Attorney Paula Harms is co-counsel for Mr. Nelson in this matter. Ms. Harms has oral argument on January 16, 2019, in the capital case of *Ramirez v. Ryan*, No. 10-99023, in the Ninth Circuit Court of Appeals. Ms. Harms has a motion for reconsideration due on January 31, 2019, in the capital case of *State of Arizona v. Hedlund*, No. CR-93-0377-AP, in which all relief was recently denied by the Arizona Supreme Court. After this court issued its opinion, Ms. Harms also argued a capital post-conviction case in the Utah Supreme Court on December 12, 2018, in *Carter v. State*, 20170641-SC.

5. Mr. Nelson's counsel are attempting to manage their pending cases consistent with their duties under the Sixth Amendment to the United States Constitution and the ABA Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases (1989) and (2003). Given the aforementioned scheduling conflicts, Mr. Nelson's counsel have a substantial need for the requested extension in this case in order to provide professionally appropriate briefing. The claims raised in this federal capital habeas case are uniquely fact-intensive, even by capital-case standards; and the complexity of the legal issues and the record is

evidenced by the fact that both parties have previously sought – and received – leave to file overlength briefs to adequately address the matters pending before this Court. This Motion is filed in good faith and is based on the undersigned's sincere belief that the requested extension is necessary so that counsel can provide the Court with a meaningful Petition that addresses the issues presented in his case in a thorough and appropriate manner.

6. Undersigned counsel conferred with counsel for the Government regarding this request, and they have no objection to an extension of thirty days.

**Conclusion**

WHEREFORE, for the reasons herein stated, Mr. Nelson prays that the Court grant his motion for extension of time up to and including February 13, 2019.

Respectfully submitted this 7th day of January, 2019.


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile
Paula_Harms@fd.org

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

**Certificate of Compliance with Type-Volume Limit,**
**Typeface Requirements, and Type-Style Requirements**

1. This document complies with the word limit of Fed. R. App. P. 35(b)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 510 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 (version 14.0.7173.5000) in 14-point font size and Times New Roman type style.

/s/ Paula K. Harms
Attorney for Keith Nelson
Dated: January 7, 2019

## Certificate of Service

I hereby certify that on January 7, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/Jessica Ward
Assistant Paralegal
Capital Habeas Unit



Appellate Case: 15-3160 Page: 5 Date Filed: 01/07/2019 Entry ID: 4742955