**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**

**DATE:** April 01, 2019

RE: 15-3160 Keith Nelson v. United States

**TO:** Paige Wymore-Wynn

**FROM:** James J. Foster

Enclosed are the following records for return to your office:

Original file: Transcript: 4 vols.

Deposition: Sealed:

Exhibits:

Other:

[x] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

Enclosure(s)

District Court/Agency Case Number(s): 4:04-cv-08005-FJG

JJF