# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 13, 2019

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

Re: Keith D. Nelson
v. United States
No. 19-5568
(Your No. 15-3160)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 8, 2019 and placed on the docket August 13, 2019 as No. 19-5568.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst