IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Keith Nelson,<br>Appellant,<br><br>v.<br><br>United States of America,<br>Appellees. | No. 15-3160<br>Civil No. 4:04-8005-cv-W (FJG)<br><br>**NOTICE OF WITHDRAWAL**<br><br>**Death-Penalty Case** |

---

The Office of the Federal Public Defender for the District of Arizona gives notice to the Court and Appellees that attorney Paula Harms is hereby withdrawing from the representation of Appellant Keith Nelson. Ms. Harms is leaving her position with the Office of the Federal Public Defender as of August 23, 2019. Attorney David A. Ruhnke will remain as counsel on Mr. Nelson's case.

Respectfully submitted this 16th day of August, 2019.


*/s/Paula K. Harms*
Jon M. Sands
Federal Public Defender
Paula K. Harms
Assistant Federal Public Defender
Capital Habeas Unit
850 W. Adams Suite 201
Phoenix, Arizona 85007
602-382-2816 telephone
602-889-3960 facsimile
Paula_Harms@fd.org

*/s/ David A. Ruhnke*
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000 telephone
973-746-1490 facsimile
dr@ruhnkeandbarrett.com

**Certificate of Service**

I hereby certify that on August 16, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/Jessica Ward
Assistant Paralegal
Capital Habeas Unit